UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Frank J. Steinhauser, III, et al., | Civil No. <u>04-2632</u> |
| | JNE/SRN |
| Plaintiffs, | |
| v. | **THIRD AFFIDAVIT OF** |
| | **JOHN R. SHOEMAKER** |
| City of St. Paul, et al., | **IN OPPOSITION** |
| | **TO SUMMARY JUDGMENT** |
| Defendants. | |

---

| | |
|---|---|
| Sandra Harrilal, et al., | Civil No. <u>05-461</u> |
| | JNE/SRN |
| Plaintiffs, | |
| v. | |
| Steve Magner, et al., | |
| Defendants. | |

---

| | |
|---|---|
| Thomas J. Gallagher, et al., | Civil No. <u>05-1348</u> |
| | JNE/SRN |
| Plaintiffs, | |
| v. | |
| Steve Magner, et al., | |
| Defendants. | |

---

STATE OF MINNESOTA    )
                           ) ss.
COUNTY OF HENNEPIN    )

John R. Shoemkaer, being duly sworn upon oath, states and deposes as follows:

1

1. I am an attorney licensed to practice law in the State of Minnesota and admitted to practice in District Court.  I am the attorney of record for the Plaintiffs in <u>Frank J. Steinhauser, III, et. al., v. Kelly, et. al</u>., and <u>Sandra Harrilal, et. al., v. Magner, et. al</u>.  This affidavit is submitted on behalf of all of the Plaintiffs in the above captioned matters in opposition to Defendants' Motion for Summary Judgment.

2. Attached hereto as <u>Exhibit 154</u> is a true and correct copy of Bates No. PHA 7-17**.**

3. Attached hereto as <u>Exhibit 155</u> is a true and correct copy of Bates No. PHA 271-272, City of St. Paul Consolidated Plan 2005 - 2009**.**

4. Attached hereto as <u>Exhibit 156</u> is a true and correct copy of Bates No. PHA 283-285.

5. Attached hereto as <u>Exhibit 157</u> is a true and correct copy of Bates No. PHA 288-307.

6. Attached hereto as <u>Exhibit 158</u> is a true and correct copy of Bates No. PHA 408-417.

7. Attached hereto as <u>Exhibit 159</u> is a true and correct copy of Bates No. PHA 585.

8. Attached hereto as <u>Exhibit 160</u> is a true and correct copy of Bates No. PHA 591.

9. Attached hereto as <u>Exhibit 161</u> is a true and correct copy of Bates No. PHA 656-660.

10. Attached hereto as <u>Exhibit 162</u> is a true and correct copy of Bates No. PHA 3194-3390.

11. Attached hereto as <u>Exhibit 163</u> is a true and correct copy of Bates No. PHA 4114-4125.

12. Attached hereto as <u>Exhibit 164</u> is a true and correct copy of Bates No. PHA 11285.

13. Attached hereto as <u>Exhibit 165</u> is a true and correct copy of Bates No. PHA 11323.

14. Attached hereto as <u>Exhibit 166</u> is a true and correct copy of Bates No. PHA 11339.

15. Attached hereto as <u>Exhibit 167</u> is a true and correct copy of Bates No. PHA 11340.

16. Attached hereto as <u>Exhibit 168</u> is a true and correct copy of Bates No. PHA 11363.

17. Attached hereto as <u>Exhibit 169</u> is a true and correct copy of Bates No. PHA 11390.

18. Attached hereto as <u>Exhibit 170</u> is a true and correct copy of Bates No. PHA 11439.

19. Attached hereto as <u>Exhibit 171</u> is a true and correct copy of Bates No. PHA 11488-11494.

20. Attached hereto as <u>Exhibit 172</u> is a true and correct copy of Bates No. PHA 11789.

21. Attached hereto as <u>Exhibit 173</u> is a true and correct copy of Bates No. PHA 11796-11797.

22. Attached hereto as <u>Exhibit 174</u> is a true and correct copy of Bates No. PHA 11799.

23. Attached hereto as <u>Exhibit 175</u> is a true and correct copy of Bates No. PHA 11802-11816.

24. Attached hereto as <u>Exhibit 176</u> is a true and correct copy of Bates No. PHA 11827-11838.

25. Attached hereto as <u>Exhibit 177</u> is a true and correct copy of Bates No. PHA 11877-11890.

26. Attached hereto as <u>Exhibit 178</u> is a true and correct copy of Bates No. PHA 11881.

27. Attached hereto as <u>Exhibit 179</u> is a true and correct copy of Bates No. PHA 12054.

28. Attached hereto as <u>Exhibit 180</u> is a true and correct copy of Bates No. PHA 12087.

29. Attached hereto as <u>Exhibit 181</u> is a true and correct copy of Bates No. PHA 15993-16009.

30. Attached hereto as <u>Exhibit 182</u> is a true and correct copy of Bates No. PHA 16818-16843.

31. Attached hereto as <u>Exhibit 183</u> is a true and correct copy of Bates No. PHA 17348.

32. Attached hereto as <u>Exhibit 184</u> is a true and correct copy of Bates No. PHA 17394.

33. Attached hereto as <u>Exhibit 185</u> is a true and correct copy of Bates No. PHA 17505-17525.

34. Attached hereto as <u>Exhibit 186</u> is a true and correct copy of Bates No. PHA 17714.

35. Attached hereto as <u>Exhibit 187</u> is a true and correct copy of Bates No. PHA 17716-17717.

36. Attached hereto as <u>Exhibit 188</u> is a true and correct copy of Bates No. PHA 17827-17836.

37. Attached hereto as <u>Exhibit 189</u> is a true and correct copy of Bates No. PHA 18431-18487.

38. Attached hereto as <u>Exhibit 190</u> is a true and correct copy of Bates No. PHA 18488-18523.

39. Attached hereto as <u>Exhibit 192</u> is a true and correct copy of Bates No. PHA 18636-18661.

40. Attached hereto as <u>Exhibit 193</u> is a true and correct copy of Bates No. PHA 21332.

41. Attached hereto as <u>Exhibit 194</u> is a true and correct copy of Bates No. PHA 21356.

42. Attached hereto as <u>Exhibit 195</u> is a true and correct copy of Bates No. PHA 21735.

43. Attached hereto as <u>Exhibit 196</u> is a true and correct copy of Bates No. PHA 21751-21752.

44. Attached hereto as <u>Exhibit 197</u> is a true and correct copy of Bates No. PHA 21778.

45. Attached hereto as <u>Exhibit 198</u> is a true and correct copy of Bates No. PHA 22029-22045.

46. Attached hereto as <u>Exhibit 199</u> is a true and correct copy of Bates No. PHA 22191.

47. Attached hereto as <u>Exhibit 200</u> is a true and correct copy of Bates No. PHA 22198-22200.

48. Attached hereto as <u>Exhibit 201</u> is a true and correct copy of Bates No. PHA 22206-22208.

49. Attached hereto as <u>Exhibit 202</u> is a true and correct copy of Bates No. PHA 22440.

50. Attached hereto as <u>Exhibit 203</u> is a true and correct copy of Bates No. PHA 22475-22476.

51. Attached hereto as <u>Exhibit 204</u> is a true and correct copy of Bates No. PHA 22803.

52. Attached hereto as <u>Exhibit 205</u> is a true and correct copy of Bates No. PHA 22806-22808.

53. Attached hereto as <u>Exhibit 206</u> is a true and correct copy of Bates No. PHA 22850.

54. Attached hereto as <u>Exhibit 207</u> is a true and correct copy of Bates No. PHA 22855.

55. Attached hereto as <u>Exhibit 208</u> is a true and correct copy of Bates No. PHA 22857.

56. Attached hereto as <u>Exhibit 209</u> is a true and correct copy of Bates No. 40000-40003.

57. Attached hereto as <u>Exhibit 210</u> is a true and correct copy of Bates No. 40004.

58. Attached hereto as <u>Exhibit 211</u> is a true and correct copy of Bates No. 40005-40006.

59. Attached hereto as <u>Exhibit 212</u> is a true and correct copy of Bates No. 40007.

60. Attached hereto as <u>Exhibit 213</u> is a true and correct copy of Bates No. 40008.

61. Attached hereto as <u>Exhibit 214</u> is a true and correct copy of Bates No. 40009.

62. Attached hereto as <u>Exhibit 215</u> is a true and correct copy of Bates No. 40010.

63. Attached hereto as <u>Exhibit 216</u> is a true and correct copy of Bates No. 40011.

64. Attached hereto as <u>Exhibit 217</u> is a true and correct copy of Bates No. 40012-40173.

65. Attached hereto as <u>Exhibit 218</u> is a true and correct copy of Bates No. 44545-44548.

66. Attached hereto as <u>Exhibit 219</u> is a true and correct copy of Bates No. 44549-44660.

67. Attached hereto as <u>Exhibit 220</u> is a true and correct copy of Bates No. 44661-44762.

68. Attached hereto as <u>Exhibit 221</u> is a true and correct copy of Bates No. 44763-44816.

69. Attached hereto as <u>Exhibit 222</u> is a true and correct copy of Bates No. 44817-44904.

70. Attached hereto as <u>Exhibit 223</u> is a true and correct copy of Bates No. 44905-44937.

71. Attached hereto as <u>Exhibit 224</u> is a true and correct copy of Bates No. 44938-44956.

72. Attached hereto as <u>Exhibit 225</u> is a true and correct copy of Bates No. 44957-44963.

73. Attached hereto as <u>Exhibit 226</u> is a true and correct copy of Bates No. 44964-44969.

74. Attached hereto as <u>Exhibit 227</u> is a true and correct copy of Bates No. 44970-44973.

75. Attached hereto as <u>Exhibit 228</u> is a true and correct copy of Bates No. 44974-45018.

76. Attached hereto as <u>Exhibit 229</u> is a true and correct copy of Bates No. 45019-45025.

77. Attached hereto as <u>Exhibit 230</u> is a true and correct copy of Bates No. 45026-45034.

78. Attached hereto as <u>Exhibit 231</u> is a true and correct copy of Bates No. 45035-45037.

79. Attached hereto as <u>Exhibit 232</u> is a true and correct copy of Bates No. 45038-45046.

80. Attached hereto as <u>Exhibit 233</u> is a true and correct copy of Bates No. 45047-45050.

81. Attached hereto as <u>Exhibit 234</u> is a true and correct copy of Bates No. 45051-45072.

82. Attached hereto as <u>Exhibit 235</u> is a true and correct copy of Bates No. 45073-45090.

83. Attached hereto as <u>Exhibit 236</u> is a true and correct copy of Bates No. 45091-45152.

84. Attached hereto as <u>Exhibit 237</u> is a true and correct copy of Bates No. 45153-45339.

85. Attached hereto as <u>Exhibit 238</u> is a true and correct copy of Bates No. 45340-45401.

86. Attached hereto as <u>Exhibit 239</u> is a true and correct copy of Bates No. 45402-45410.

87. Attached hereto as <u>Exhibit 240</u> is a true and correct copy of Bates No. 45411.

88. Attached hereto as <u>Exhibit 241</u> is a true and correct copy of Bates No. 45412-45413.

89. Attached hereto as <u>Exhibit 242</u> is a true and correct copy of Bates No. 45414.

90. Attached hereto as <u>Exhibit 243</u> is a true and correct copy of Bates No. 45415-45426.

91. Attached hereto as <u>Exhibit 244</u> is a true and correct copy of Bates No. 45427

92. Attached hereto as <u>Exhibit 245</u> is a true and correct copy of Bates No. 45428

93. Attached hereto as <u>Exhibit 246</u> is a true and correct copy of Bates No. 45429-45490.

94. Attached hereto as <u>Exhibit 247</u> is a true and correct copy of Bates No. 45491-45496.

95. Attached hereto as <u>Exhibit 248</u> is a true and correct copy of Bates No. 45499.

96. Attached hereto as <u>Exhibit 249</u> is a true and correct copy of Bates No. 45500-45524.

97. Attached hereto as <u>Exhibit 250</u> is a true and correct copy of Bates No. 45525-45539.

98. Attached hereto as <u>Exhibit 251</u> is a true and correct copy of Bates No. 45540-45547

99. Attached hereto as <u>Exhibit 252</u> is a true and correct copy of Bates No. 45548-45560

100.   Attached hereto as <u>Exhibit 253</u> is a true and correct copy of Bates No. 45561-45570.

101.   Attached hereto as <u>Exhibit 254</u> is a true and correct copy of Bates No. 45571-45603.

102.   Attached hereto as <u>Exhibit 255</u> is a true and correct copy of Bates No. 45604-45622.

103.   Attached hereto as <u>Exhibit 256</u> is a true and correct copy of Bates No. 45623-45653.

104.   Attached hereto as <u>Exhibit 257</u> is a true and correct copy of Bates No. 45654-45658.

105.   Attached hereto as <u>Exhibit 258</u> is a true and correct copy of Bates No. 456659-45662.

106.   Attached hereto as <u>Exhibit 259</u> is a true and correct copy of Bates No. 45663-45689.

107.   Attached hereto as <u>Exhibit 260</u> is a true and correct copy of Bates No. 45690-45693.

108.   Attached hereto as <u>Exhibit 261</u> is a true and correct copy of Bates No. 45694-45700.

109.   Attached hereto as <u>Exhibit 262</u> is a true and correct copy of Bates No. 45701-45707.

110.   Attached hereto as <u>Exhibit 263</u> is a true and correct copy of Bates No. 45708-45709.

111.   Attached hereto as <u>Exhibit 264</u> is a true and correct copy of Bates No. 45710-45733.

112.   Attached hereto as <u>Exhibit 265</u> is a true and correct copy of Bates No. 45734-45757.

113.   Attached hereto as <u>Exhibit 266</u> is a true and correct copy of Bates No. 45758-45770.

114.    Attached hereto as <u>Exhibit 267</u> is a true and correct copy of Bates No. 45771-45965.

115.    Attached hereto as <u>Exhibit 268</u> is a true and correct copy of Bates No. 45966-46137.

116.    Attached hereto as <u>Exhibit 269</u> is a true and correct copy of Bates No. 46138-46199.

117.    Attached hereto as <u>Exhibit 270</u> is a true and correct copy of Bates No. 46200-46334.

118.    Attached hereto as <u>Exhibit 271</u> is a true and correct copy of Bates No. 46335-46336.

119.    Attached hereto as <u>Exhibit 272</u> is a true and correct copy of Bates No. 46337-46338.

120.    Attached hereto as <u>Exhibit 273</u> is a true and correct copy of Bates No. 46339-46345.

121.    Attached hereto as <u>Exhibit 274</u> is a true and correct copy of Bates No. 211385.

122.    Attached hereto as <u>Exhibit 275</u> is a true and correct copy of Bates No. 211402.

123.    Attached hereto as <u>Exhibit 276</u> is a true and correct copy of Bates No. 211403.

124.    Attached hereto as <u>Exhibit 277</u> is a true and correct copy of Bates No. 211408.

125.   Attached hereto as <u>Exhibit 278</u> is a true and correct copy of Bates No. 211417.

126.   Attached hereto as <u>Exhibit 279</u> is a true and correct copy of Bates No. 211425.

127.   Attached hereto as <u>Exhibit 280</u> is a true and correct copy of Bates No. 211467.

128.   Attached hereto as <u>Exhibit 281</u> is a true and correct copy of Bates No. 211590.

129.   Attached hereto as <u>Exhibit 282</u> is a true and correct copy of Bates No. 211682.

130.   Attached hereto as <u>Exhibit 283</u> is a true and correct copy of Bates No. 211685.

131.   Attached hereto as <u>Exhibit 284</u> is a true and correct copy of Bates No. 211706.

132.   Attached hereto as <u>Exhibit 285</u> is a true and correct copy of Bates No. 211714-211715.

133.   Attached hereto as <u>Exhibit 286</u> is a true and correct copy of Bates No. 211751.

134.   Attached hereto as <u>Exhibit 287</u> is a true and correct copy of Bates No. 212644.

135.   Attached hereto as <u>Exhibit 288</u> is a true and correct copy of Bates No. 213026.

136.    Attached hereto as <u>Exhibit 289</u> is a true and correct copy of Bates No.
213082.

137.    Attached hereto as <u>Exhibit 290</u> is a true and correct copy of Bates No.
213250-213251.

138.    Attached hereto as <u>Exhibit 291</u> is a true and correct copy of Bates No.
213255-213256.

139.    Attached hereto as <u>Exhibit 292</u> is a true and correct copy of Bates No.
213259-213263.

140.    Attached hereto as <u>Exhibit 293</u> is a true and correct copy of Bates No.
213517.

141.    Attached hereto as <u>Exhibit 294</u> is a true and correct copy of Bates No.
215300.

142.    Attached hereto as <u>Exhibit 295</u> is a true and correct copy of Bates No.
215581.

143.    Attached hereto as <u>Exhibit 296</u> is a true and correct copy of Bates No.
215699-215700.

144.    Attached hereto as <u>Exhibit 297</u> is a true and correct copy of Bates No.
45808.

145.    Attached hereto as <u>Exhibit 298</u> is a true and correct copy of the affidavit of
Steven Mark with exhibits A-B.

**FURTHER YOUR AFFIANT SAYTH NOT.**

Dated: 8-22-2008                                    s/John R. Shoemaker
                                                    John R. Shoemaker

Subscribed and sworn to before me
this 22nd day of August, 2008.

s/Matthew A. Engel

Notary Public
Under Seal