VI.b.1

# ░ 'BLIC HOUSING AGENCY OF THE CITY OF SAINT PAUL

**REPORT TO COMMISSIONERS**

**FROM**   **JON M. GUTZMANN**
**EXECUTIVE DIRECTOR**

**REGARDING**   SPPD-ACOP Contract
Fiscal Year 2004

**DATE**   December 18, 2002

Staff requests Board approval to contract with the City of Saint Paul, through its Police

Department (SPPD) for community policing services under ACOP (A Community Outreach

Program) beginning April 1, 2003.  Under the one-year contract the PHA will pay SPPD

$390,000 and SPPD will provide the services of one Sergeant, six Officers, and two Civilian

Liaison Officers, which is half the current ACOP staffing level.  As shown on the attached

budget, the City/SPPD will provide $204,100 to continue ACOP, by paying for the Sergeant and

employee benefits such as health insurance.  The Police Department is also providing squad cars

and other equipment for use by the ACOP unit staff.

ACOP will continue to provide services that are "above and beyond" the baseline traditional

policing services which the SPPD provides citywide.  However, with reduced staffing, the ACOP

services will be focused in the PHA's four family developments (Mt. Airy, McDonough,

Dunedin, and Roosevelt Homes), and three hi-rises in or near the family sites (Mt. Airy,

Dunedin, and Valley Hi-Rises.)  PHA staff are now working on a transition plan with the ACOP

Senior Commander, Sergeant, and other SPPD staff.

Congress terminated funding for the Public Housing Drug Elimination Program (PHDEP)

nationwide last year, ending a decade of million-dollar annual grants to the Saint Paul PHA.  The

**REPORT TO COMMISSIONERS – DECEMBER 18, 2002**
**ACOP CONTRACT FOR FY2004**
**Page 2 of 2**

PHA's final PHDEP grant will support ACOP at full strength through the beginning of 2003.

Staff is recommending that the Board approve drawing funds from other PHA budgets, primarily

the Operating Budget, to continue the ACOP program at the reduced level in the next fiscal year.

This funding will be included in staff's recommendation for the Operating Budget for FY 2004,

which will come to the Board for approval in February or March 2003.


                                            JMM/OCM/FAH

Attachment

PHA  000272

VII.C

# PUBLIC HOUSING AGENCY OF THE CITY OF SAINT PAUL

**REPORT TO COMMISSIONERS**

**FROM** **JON M. GUTZMANN**
**EXECUTIVE DIRECTOR**

**REGARDING** INFORMATIONAL REPORT
Terminations of Tenancy
April 1, 2003 - March 31, 2004

**DATE** May 26, 2004

During FY 2004, 75 resident households (individuals or families) moved out of public housing because the PHA terminated their leases "for cause", excluding non-payment of rent. This number is higher than last year's total of 66 and represents almost 2 percent of all households in public housing. Staff continues lease termination prevention efforts including thorough applicant screening, intensive new resident orientation procedures, and uniform lease enforcement.

The attached lease terminations report counts all cases in which a Housing Manager formally terminated the household's lease and the resident(s) moved out, either before or after a grievance hearing or court action. The report does not include 73 additional lease terminations initiated by Housing Managers which had other outcomes:

- 49 residents signed stipulations that allowed them to continue occupancy as long as they complied with the stipulations; 37 of these stipulations resulted from chronic late rent terminations;

- 19 lease terminations were canceled because the resident complied with lease requirements before the lease termination effective date, such as providing information required for eligibility and rent determination; attending scattered site training program or restoring utility service that had been shut off. In a few cases a lease termination was cancelled and re-issued due to other violations; and

- 5 more termination cases were still pending at the end of the fiscal year.

**PHA 000283**

**Hi-Rise Lease Terminations:** During FY 2004 there were 39 hi-rise move-outs resulting from lease terminations, as compared to 35 in the previous 12-month period. Serious disturbances, drug and other criminal activity, and unauthorized persons living in the unit accounted for 18 of the 39 lease terminations, or 46% of hi-rise terminations. Last FY, terminations for these most serious issues accounted for 74% of hi-rise terminations.

- 3 involved residents age 62 or older;
- 10 involved residents with disabilities under the age of 62; and
- 26 were single, non-disabled, non-elderly residents.

Hi-rise lease terminations related to illegal drugs and criminal activities decreased, from fifteen during the previous year to thirteen this past year. In many cases, Officers in Residence and other police units provided staff with the documentation of illegal activities needed to successfully terminate the leases.

**Family Lease Terminations:** In family units, there were 36 move-outs resulting from lease terminations during FY 2004, compared to 31 during the previous fiscal year. Drug-related and criminal activity, unauthorized persons and serious disturbances accounted for 22 of the 36 family move-outs or 61% of all family move-outs due to lease terminations. In the previous fiscal year these lease violations accounted for 48% of all family lease terminations. "One strike" lease terminations (for illegal drugs and other criminal activity) increased from 10 to 19 in FY 2004. ACOP helps managers monitor problem properties. They do "knock and talk" visits at the request of managers; and if they learn of potential lease violations or other concerns, the management staff follows up.

PHA 000284

**REPORT TO COMMISSIONERS – MAY 26, 2004**
**TERMINATIONS OF TENANCY**
**PAGE 3 of 3**

Lease terminations for chronic late rent payments increased from 10 during the previous year to 26 in FY 2004 (family areas and hi-rises combined). The PHA issues a lease termination if a resident pays rent late four times in a 12-month period. During FY 2004 staff initiated 63 termination actions for chronic late rent payment (33 hi-rise, 30 family). Of those, 50 residents signed stipulations which allowed them to stay in public housing on the condition that they would vacate upon notice if they paid their rent late one more time during the next twelve months. Thirteen residents subsequently violated the agreement and had to vacate.

The number of lease terminations increased 12% this year and reached the highest level in the past 10 years. The higher number of terminations for chronic late rent payment were a primary factor in the increase. Staff follows a step by step process with all residents beginning with their second late rent payment to try to help them avoid termination. Residents who pay rent late more than once receive a series of warning notices. Staff also offers them a meeting with a Human Services Coordinator to assist with issues that may be interfering with their timely payment of rent. Staff offers referrals for budgeting counseling and financial assistance before terminating the lease. The PHA contracts with a financial/budget counseling consultant who will work directly with residents at no cost to the resident to help them build financial management skills and avoid lease termination because of chronic late rent payment.

JJ/CT/NS

Attachments

**DEPARTMENT OF POLICE**

**CITY OF SAINT PAUL**

INTER-OFFICE COMMUNICATION

TO:              Assistant Chief Reding

FROM:         Sergeant J. Strong

SUBJ:          2003 Fourth Quarter Report-ACOP Unit

DATE:         January 15, 2004

## Personnel Changes and Additions:

### Staffing:
-one sergeant / unit commander/supervisor/investigator on tour II
-Three officers on tour II          (Fully Staffed)
-Three officers on tour III         (Fully Staffed)
-Two Community Liaison Officers   (Fully Staffed)

### Transfers:
None

### Hires:
-None

## Major Events:

McDonough: Two Robberies
                Two Agg. Aslt. W/guns

Mt. Airy:     Possession of a pistol. Arrest (gang related)

Roosevelt:    N/A

Dunedin:      N/A

2.

PHA 000288

## Training Issues:
-All ACOP officers completed firearms re-qualification requirements.
-All ACOP personnel completed In-Service training.

## Community Interaction:

### OCTOBER
-ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

-ACOP officers and C.L.O.'s assisted McDonough recreation center on two Kids Day programs and their Halloween party.

- ACOP officers participated in a Information Fair at McDonough Recreation Center.

-ACOP sergeant attends the PHA managers meeting, bi-weekly.

-ACOP sergeant attended contractor's meetings for the re-development of McDonough Family site.

-ACOP officers check daily with management at all family sites.

-ACOP C.L.O.'s assisted MGSF, Sex Crimes, FRU, and PHA, in interpreting/translating documents in search warrants and interviews.

### NOVEMBER
-ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

-ACOP sergeant attended PHA managers meeting, bi-weekly.

-ACOP officers participated in weekly orientation meeting for new residents.

-ACOP sergeant conducted door watch training for residents at 10 . W. Exchange.

-ACOP officers and C.L.O.'s assisted DOC in a search warrant at McDonough family site.

3.

PHA 000289

-ACOP sergeant, officers and C.L.O.'s worked all three days of the Hmong New Year.

-ACOP C.L.O.'s assisted MGSF, Homicide, in search warrants and interpreting.

-ACOP C.L.O.'s participated in resident council meetings and kids day at McDonough recreation center.

### DECEMBER

-ACOP officers attended residence council meeting and provided new orientation training for PHA residents.

-ACOP sergeant attended PHA managers meeting bi-weekly.

-ACOP officers attended Resident Council meetings for PHA.

- ACOP sergeant attended meetings with PHA management.

-ACOP officers and C.L.O.'s participated in Shop With Cops form the Western District.

-ACOP C.L.O.'s participated in Book Drops, Reading Programs, Job Plus and Family Events, Kids Day, McDonough's Christmas Party, Valley Hi-rise Christmas Party and the Store Fronts Christmas Party.

-ACOP C.L.O.'s assisted MGSF and S.I.U. in interpreting and search warrants.

## Equipment Needs and Requests:
-ACOP supervisor's vehicle needs an AR-15 and accouterments.
-None of our seven patrol vehicles contain an NBC respirator.
-ACOP unit could use a Laser for traffic control.
-ACOP unit could use a P.B.T.
-ACOP unit could use a new computer for the report writing room.

4.

## ACOP Officer Calls For Service Analysis 3rd, Quarter 2003:

| Citizen Generated | SIFA | Meetings | Total |
|---|---|---|---|

| | _Calls for Service_ | _(ie: traffic, investigate)_ | | _Attended_ |
|---|---|---|---|---|
| | _Calls_ | | | |
| **McDonough-**<br>**Grid 12** | 269 (48%) | 284 (51%) | 01 (1%) | **554** |
| **Mt. Airy-**<br>**Grid 92** | 121 (38%) | 192 (60%) | 5 (2%) | **318** |
| **Roosevelt-**<br>**Grid 58** | 80 (52%) | 70 (45%) | 1 (1%) | **154** |
| **Dunedin-**<br>**Grid 194** | 41 (35%) | 72 (62%) | 4 (3%) | **117** |
| **TOTALS** | **511 (45%)** | **618 (54%)** | **14 ( 1%)** | **1143** |

**Future Plans:**  ACOP will be conducting training for PHA managers on Verbal Judo and incident management.

PHA has authorized $10,000 to deal with Quality of Life issues in the four family sites and the 16 Hi-rises. I am in contact with management and their staff to address any concerns or ideas they may have to improve conditions.

McDonough family site is going through a construction phase that will extend through the summer of 2004.

**ACOP Community Liaison Officer (CLO) Calls for Service, 4th, Quarter 2003:**

| | _PHA Residents_ | _Non PHA Residents_ | _Assist_<br>_Other Units_ | _Total_ |
|---|---|---|---|---|
| OCTOBER | 42 (26%) | 53 (33%) | 66 (41%) | 161 |
| NOVEMBER | 33 (30%) | 36 (34%) | 39 (35%) | |
| | 108 | | | |
| DECEMBER | 33 (30%) | 36 (32%) | 43 (38%) | 112 |
| Totals | **108 (29%)** | **125 (33%)** | **146 (38%)** | **381** |

cc:    S/C Harrington, Western District
       Commander Smith, Western District
       Commander Morehead, Western District
       Oi Mattison, PHA

PHA  000291

**DEPARTMENT OF POLICE**

**CITY OF SAINT PAUL**

INTER-OFFICE COMMUNICATION

TO:             Assistant Chief Reding

FROM:           Sergeant J. Strong

SUBJ:           2004 First Quarter Report-ACOP Unit

DATE:           April 5th, 2004

## Personnel Changes and Additions:

### Staffing:

-one sergeant / unit commander/supervisor/investigator on tour II
-Three officers on tour II          (Fully Staffed)
-Three officers on tour III         (Fully Staffed)
-Two Community Liaison Officers     (Fully Staffed)

### Transfers:

-Officer Jeremy Ellison to Western District (north).
-Officer Nick Kellum to Canine Unit.
-Officer Steve Bystrom to ACOP from Central team.
-Officer Cortez Hall to ACOP from Western District ( north)

### Hires:

-None

## Major Events:

| | | |
|---|---|---|
| Mt. Airy: | Cn# 04-019-764 CSC. | |
| McDonough: | Cn# 04-013-115 | Agg Aslt. |
| | Cn# 04-029-163 | Agg. Domestic Aslt. |
| | Cn# 04-044-217 | Arson |
| | Cn# 04-060-336 | Agg. Domestic Aslt. |
| Roosevelt: | Cn# 04-013-671 | Agg. Domestic Aslt |
| | Cn# 04-013-701 | Narcotics. |
| Dunedin: | Cn# 04034255 | Agg. Domestic Aslt. |

2.

PHA 000292

**Training Issues:**   All ACOP officers completed firearms re-qualification requirements.
All ACOP officers are knowledgeable in Packet Writer.

## Community Interaction:

### January

ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

ACOP sergeant attended MIMS training at W. St. Paul P.D.

ACOP sergeant attends the PHA managers meeting, bi-weekly.

ACOP supplied reading material to Mt. Airy management to be distributed to the children of the family site.

ACOP officers and C.L..O.'s assisted Gang Strike Force, S.I.U, D.O.C., Sex Crimes, East Team, I.G.H. P.D. and Fridley P.D. in search warrants and Interpreting.

ACOP officers worked an PHA O.T. detail concentrating on quality of life issues.

### February

ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

ACOP sergeant attended PHA managers meeting, bi-weekly.

ACOP officers and C.L..O.'s assisted Gang Strike Force, Narcotics unit, Sex Crimes, East Team and D.O.C. in search warrants and Interpreting.

ACOP officers worked an PHA O.T. detail concentrating on quality of life issues.

3.

### March

ACOP officers attended residence council meeting and provided new orientation training for PHA residents.

ACOP sergeant attended PHA managers meeting bi-weekly.

C.L.O. Xiong assisted in interpreting at the Chief Selection Committee meeting at the Martin Luther King Center, language translation for the Communication Center and Gang Strike Force.

ACOP officers worked a PHA O.T. detail concentrating on quality of life issues.

## Equipment Needs and Requests:
-ACOP supervisor's vehicle needs an AR-15 and accouterments.
-None of our seven patrol vehicles contain an NBC respirator.

## ACOP Officer Calls For Service Analysis, 1st, Quarter 2004:

| | Citizen Generated Calls for service | S.I.F.A. | Meetings Attended | Total Calls |
|---|---|---|---|---|
| McDonough-Grid 12 | 205(42%) | 282 (57%) | 6 (1%) | 493 |
| Mt. Airy-Grid 92 | 67 (28%) | 168(70%) | 6 (2%) | 241 |
| Roosevelt-Grid 58 | 70(37%) | 114(61%) | 4 (2%) | 188 |
| Dunedin-Grid 194 | 42 (34%) | 79 (64%) | 3 (2%) | 124 |
| TOTALS | 384(38%) | 643 (61%) | 19 ( 1%) | 1046 |

4.

## Future Plans:

McDonough family site is going through a construction phase that will extend through the summer.

PHA has approved the ACOP budget for 2004-5. ACOP is no longer funded by HUD, so they are using money off their capital to fund the unit.

PHA has budgeted monies for ACOP officers to work on specific problems that may occur in the family developments. These will be considered O.T. details.

### ACOP Community Liaison Officer (CLO) Calls for Service, 1ʷ, Quarter 2003:

| | _PHA Residents_ | _Non PHA Residents_ | _Assist Other Units_ | _Total_ |
|---|---|---|---|---|
| January | 45 (31%) | 45 (31%) | 56 (38%) | 146 |
| February | 56 (41%) | 37(26%) | 47 (33%) | 141 |
| March | 39 (30%) | 51 (40%) | 39 (30%) | 129 |
| **Totals** | **140 (34%)** | **133 (32%)** | **142 (34%)** | **416** |

cc:    S/C Harrington, Western District
       Commander Smith, Western District
       Sergeant Polyak, Western District
       Oi Mattison, PHA

PHA  000295

## DEPARTMENT OF POLICE

### CITY OF SAINT PAUL

INTER-OFFICE COMMUNICATION

TO:                  Assistant Chief Reding

FROM:                Sergeant J. Strong

SUBJ:                2003 Third Quarter Report-ACOP Unit

DATE:                October 13, 2003

## Personnel Changes and Additions:

### *Staffing:*
-one sergeant / unit commander/supervisor/investigator on tour II
-Three officers on tour II              (Fully Staffed)
-Three officers on tour III             (Fully Staffed)
-Two Community Liaison Officers    (Fully Staffed)

### *Transfers:*
None

### *Hires:*
-None

**Major Events:**      McDonough: One Robbery
                        One Agg. Aslt. W/knife
                        One Occupied Forced entry Burglary
                        Two Agg. Aslts W/Guns
                        ACOP hosted a Open House kicking off National Night out.

               Mt. Airy:     One Aggravated Assault.
                             Two Robberies.

               Roosevelt:    Two Agg. Aslts W/weapon
                             One CSC
                             Two Agg. Dom. Aslts

               Dunedin:      N/A

2.

PHA 000296

**Training Issues:**

        -All ACOP officers completed firearms re-qualification requirements.

        -All ACOP personnel completed WMD training.

**Community Interaction:**

    **JULY**

        -ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

        -ACOP sergeant and officers worked the Hmong Soccer Tournament on July 4 & 5

        -ACOP sergeant attends the PHA managers meeting, bi-weekly.

        -ACOP sergeant attended contractor's meetings for the re-development of McDonough Family site.

        -ACOP officers attended Hi-rise picnics

        -ACOP officers check daily with management at all family sites.

        -ACOP C.L.O. G. Chang developed Whiffle ball program at McDonough Family site every Wednesday.

        -ACOP sergeant, officers, explorers and canine unit participated in the McDonough block party

    **AUGUST**

        -ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

        -ACOP sergeant attended PHA managers meeting, bi-weekly.

        -ACOP officers attend the PHA picnic.

        -ACOP sergeant and officers host a Open House kicking off National Night Out. Attendance for this event was well received. Horse patrol and explorers also participated. This event was paid for by ACOP personnel.

        -ACOP officers participated in weekly orientation meeting for new residents.

        -ACOP C.L.O. G. Chang continued the whiffle ball games at McDonough.

3.

PHA  000297

**SEPTEMBER**

-ACOP officers attended residence council meeting and provided new orientation training for PHA residents.

-ACOP sergeant attended PHA managers meeting bi-weekly.

-ACOP C.L.O. G. Chang organize a "Whiffle Ball" game at McDonough Family housing. The game is played every Wednesday. Approximately 10-20 kids in attendance.

-ACOP officers attended Resident Council meetings for PHA.

- ACOP sergeant attended meetings with PHA management.

## Equipment Needs and Requests:

-ACOP supervisor's vehicle needs an AR-15 and accouterments.
-None of our seven patrol vehicles contain an NBC respirator.
-ACOP unit could use a Laser for traffic control.
-ACOP unit could use a P.B.T.

## ACOP Officer Calls For Service Analysis 3rd, Quarter 2003:

| | Citizen Generated Calls for Service Calls | SIFA (ie: traffic, investigate) | Meetings Attended | Total |
|---|---|---|---|---|
| McDonough-Grid 12 | 312 (49%) | 333 (51%) | 0 (0%) | 645 |
| Mt. Airy-Grid 92 | 107 (36%) | 185 (63%) | 2 (1%) | 294 |
| Roosevelt-Grid 58 | 89 (40%) | 131 (58%) | 5 (2%) | 225 |
| Dunedin-Grid 194 | 73 (51%) | 66 (47%) | 2 (2%) | 141 |
| TOTALS | 581 (45%) | 715 (54%) | 9 (1%) | 1305 |

4.

**Future Plans:** ACOP will be conducting training for PHA managers on Sex offenders and how to better understand police reports.

PHA 000298

McDonough family site is going through a construction phase that will extend through the summer.

**ACOP Community Liaison Officer (CLO) Calls for Service, 1ᵘ, Quarter 2003:**

|  | *PHA Residents* | *Non PHA Residents* | *Assist Other Units* | *Total* |
|---|---|---|---|---|
| JULY | 33 (26%) | 38 (30%) | 56 (44%) | 127 |
| AUGUST | 58 (38%) | 43 (28%) | 51 (34%) | 152 |
| SEPTEMBER | 49 (34%) | 43 (30%) | 51 (36%) | 143 |
| **Totals** | **140 (33%)** | **124 (30%)** | **158 (37%)** | **422** |

cc:    S/C Harrington, Western District
       Commander Smith, Western District
       Sergeant Polyak, Western District
       Oi Mattison, PHA

PHA 000299

## DEPARTMENT OF POLICE

### CITY OF SAINT PAUL

INTER-OFFICE COMMUNICATION

TO:             Assistant Chief Reding

FROM:           Sergeant J. Strong

SUBJ:           2003 Second Quarter Report-ACOP Unit

DATE:           July 8th, 2003

## Personnel Changes and Additions:

### Staffing:

-one sergeant / unit commander/supervisor/investigator on tour II
-Three officers on tour II           (Fully Staffed)
-Three officers on tour III          (Fully Staffed)
-Two Community Liaison Officers      (Fully Staffed)

### Transfers:

- Officer Mike Talley          Western District
- Officer Tom Erickson         Western District
- Officer Houa Vang            Western District
- Officer Randy Schwartz       Central District
- Officer Linda Mercado        Eastern District
- C.L.O. Joe Vang              Central District

All transfers were due to budget issues with Public Housing and H.U.D.

### Hires:

-None

**Major Events:**    McDonough: One occupied Burglary.
                                Four Aggravated Assaults.

                    Mt. Airy:    One Aggravated Assault.
                                Two Robberies.

                    Roosevelt:   N/A

                    Dunedin:     N/A

2.

## Training Issues:

-All ACOP officers completed firearms re-qualification requirements.

-ACOP Officers completed EVOC training.

- ACOP had a unit meeting to go over the transition and expectations/goals of the unit/officers.

-ACOP officer L. Syring completed Spanish Immersion training.

## Community Interaction:

### April

-ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

-ACOP sergeant attended a President Council meeting, reviewing the ACOP transition.

-ACOP sergeant attends the PHA managers meeting, bi-weekly.

-ACOP sergeant attended contractor's meetings for the re-development of McDonough Family site.

-ACOP sergeant attended an open forum with Tyron Terrell at McDonough recreation center.

-ACOP officers check daily with management at all family sites.

### May

-ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

-ACOP sergeant attended PHA managers meeting, bi-weekly.

-ACOP sergeant attended graduation for Spanish Immersion training.

-ACOP sergeant meet with commanders from each district to review Public Housing Hi-rise transitions.

-ACOP officer J. Conney gave a Public Safety speech to students at Johnson Elementary.

-ACOP officer L. Vang reviewed gang activity with students at Humboldt Sr.High.

3.

### June

PHA 000301

-ACOP officers attended residence council meeting and provided new orientation training for PHA residents.

-ACOP sergeant attended PHA managers meeting bi-weekly.

-ACOP C.L.O. G. Chang organize a "Whiffle Ball" game at McDonough Family housing. The game is played every Wednesday. Approximately 10-20 kids in attendance.

-ACOP sergeant and Public Housing representative had a meeting with H.U.D. consultant Linda Kato on the success of Public Housing in St. Paul and the reasons why we are so successful. Study to be released this year.

-ACOP officers attended the Hi-rise picnic for Public Housing.

-ACOP and Sgt. T. Bergren from the Auto Theft unit hosted an Auto Theft Crime Prevention seminar for all interested Public Housing staff and residents.

## Equipment Needs and Requests:

-ACOP supervisor's vehicle needs an AR-15 and accouterments.
-None of our seven patrol vehicles contain an NBC respirator.
-ACOP supervisor is without an NBC suit.
-ACOP unit could use a Lazer for traffic control.


## ACOP Officer Calls For Service Analysis 2nd, Quarter 2003:

| | Citizen Generated Calls for Service Calls | SIFA (ie: traffic, investigate) | Meetings Attended | Total |
|---|---|---|---|---|
| McDonough-Grid 12 | 400 (66%) | 211 (33%) | 5 (1%) | 616 |
| Mt. Airy-Grid 92 | 213 (49%) | 213 (49%) | 8 (2%) | 434 |
| Roosevelt-Grid 58 | 154 (59%) | 100 (39%) | 5 (2%) | 259 |

4.

| | Citizen Generated Calls for Service Calls | SIFA (ie: traffic, investigate) | Meetings Attended | Total |
|---|---|---|---|---|
| Dunedin-Grid 194 | 115 (48%) | 59 (49%) | 4 (3%) | 178 |
| TOTALS | 882 (59%) | 583 (39%) | 22 ( 2%) | 1487 |

PHA 000302

**Future Plans:**  ACOP will be hosting an open house at our office on August 5th, 2003 from 1500-1700 hrs.
McDonough family site is going through a construction phase that will extend through the summer.

**ACOP Community Liaison Officer (CLO) Calls for Service, 1st, Quarter 2003:**

|        |            | *PHA Residents* | *Non PHA Residents* | *Assist Other Units* | *Total* |      |
|--------|------------|-----------------|---------------------|----------------------|---------|------|
| April  |            | 42 (33%)        | 39 (31%)            | 45 (36%)             | 126     | May  |
|        | 52 (32%)   | 49(31%)         | 59 (37%) 160        |                      |         |      |
| June   |            | 55 (37%)        | 44 (29%)            | 51 (34%)             | 150     |      |
| Totals |            | 149 (34%)       | 132 (30%)           | 155 (36%)            | 436     |      |

cc:    S/C Harrington, Western District
       Commander Smith, Western District
       Sergeant Polyak, Western District
       Oi Mattison, PHA

PHA  000303

# DEPARTMENT OF POLICE

## CITY OF SAINT PAUL

### INTER-OFFICE COMMUNICATION

TO:             Assistant Chief Gardell

FROM:        Sergeant J. Strong

SUBJ:        2003 First Quarter Report-ACOP Unit

DATE:        April 24th, 2003

## Personnel Changes and Additions:

### Staffing:
-one sergeant / unit commander/supervisor/investigator on tour II
-Four officers on tour II            (Fully Staffed)
-Seven officers on tour III         (Fully Staffed)
-Three Community Liaison Officers  (Fully Staffed)

### Transfers:
-None

### Hires:
-None

## Major Events:
CN# 03009420 January 15, Failure to Register as a Sex Offender
CN# 03018666 January 30, CSC
CN# 03038395 March 2,    Arson, Gang related, no injuries
CN# 03043725 March 11,  CSC
CN# 03053128 March 23,  CSC, suspect convicted.

## Training Issues:
-All ACOP officers completed firearms re-qualification requirements.

-CLO Chase Xiong has completed her Skills School and is waiting to take her
P.O.S.T. exam.

2.

PHA 000304

## Community Interaction:

### January

ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

ACOP sergeant attended a President Council meeting, reviewing the ACOP transition.

ACOP sergeant attends the PHA managers meeting, bi-weekly.

ACOP sergeant attended contractor's meetings for the re-development of McDonough Family site.

ACOP supplied reading material to Mt. Airy management to be distributed to the children of the family site.

ACOP C.L.O.'s   Developed a basketball program for McDonough recreation center called, "HOOPS, THERE IT IS".

### February

ACOP officers attended Resident Council meetings and provided new orientation training for PHA residents.

ACOP sergeant attended PHA managers meeting, bi-weekly

ACOP supplied reading material for the English Head Start program at Dunedin Hi-rise.

ACOP sergeant addressed the recruit class about the ACOP Unit.

ACOP officers and sergeant attended an St. Paul Police sponsored course titled A Frame Work For Understanding Poverty".

ACOP officers attended the Boys and Girls club Education Center grand opening.

Continued basket program,  "HOOPS, THERE IT IS".

3.

### March

ACOP officers attended residence council meeting and provided new orientation training for PHA residents.

ACOP sergeant attended PHA managers meeting bi-weekly.

ACOP officer J. Ellison completed the Intoxilizer school.

Continued basketball program "HOOPS, THERE IT IS".

## Equipment Needs and Requests:
-ACOP supervisor's vehicle needs an AR-15 and accouterments.
-None of our seven patrol vehicles contain an NBC respirator.
-ACOP supervisor is without an NBC suit.

## ACOP Officer Calls For Service Analysis, 3rd Quarter 2003:

| | Citizen Generated Calls for Service Calls | SIFA (ie: traffic, Investigate) | Meetings Attended | Total |
|---|---|---|---|---|
| McDonough-Grid 12 | 258(47%) | 285 (52%) | 5 (1%) | 548 |
| Mt. Airy-Grid 92 | 189 (37%) | 318(62%) | 5 (1%) | 512 |
| Roosevelt-Grid 58 | 61(30%) | 140(70%) 201 | 0 (0%) | |
| Dunedin-Grid 194 | 82 (48%) | 83 (49%) | 5 (3%) | 170 |
| TOTALS | 609 (40%) | 891 (58%) | 18 ( 2%) | 1518 |

4.

## Future Plans: Due to budget reductions, the ACOP Unit will be reduced to the following,

PHA  000306

effective April 1st, 2003.

- one sergeant
- six patrol officers
- two C.L.O.'s

In addition, the ACOP Unit will only be responsible for the four family sites,( McDonough, Mt. Airy, Dunedin and Roosevelt) and three hi-rises, ( 200 E. Arch, 261 University and 469 Ada). The remainder of the hi-rises will be the responsibility of their respective teams.

McDonough family site is going through a construction phase that will extend through the summer.

### ACOP Community Liaison Officer (CLO) Calls for Service, 1st, Quarter 2003:

| | *PHA Residents* | *Non PHA Residents* | *Assist Other Units* | *Total* |
|---|---|---|---|---|
| January | 32 (37%) | 25 (28%) | 26 (35%) | 83 |
| February | 35 (40%) | 32(24%) | 34 (36%) | 101 |
| March | 50 (31%) | 41 (27%) | 55 (42%) | 146 |
| Totals | 117 (35%) | 98 (30%) | 115 (35%) | 330 |

cc:    S/C Harrington, Western District
       Commander Smith, Western District
       Sergeant Polyak, Western District
       Oi Mattison, PHA

PHA  000307



**PUBLIC HOUSING AGENCY**
SAINT PAUL

# Protective Services Model
# FY04

## Saint Paul Police Department (SPPD)

<table>
<tr><td>

ACOP
- Prevention Activities
- Community Oriented
- Family Development Emphasis
- SPPD Liaison

</td><td>

Special Services
- Off Duty Coverage as Requested to Address Needs
  - ◊ PHA Developments
  - ◊ PHA Offices

</td></tr>
</table>

## Other Community Partnerships

<table>
<tr><td>

Residents
- Hi-Rise Focus
  - ◊ Store Watch
  - ◊ Door Front

</td><td>

(Police) Officer-in-Residence
- Hi-Rise Focus
- SPPD Approved

</td><td>

Special Programs
- Weed & Seed (East Consolidated) – Exclusive to Edgerton Hi-Rise

</td></tr>
</table>



**ACOP FOCUS FOR 2003: PREVENTION**

**CORE SERVICES FOR ~~2003~~ PHA FY04**

| Core Services | Family | Hi-Rise | Comments |
|---|---|---|---|
| Knock & Talks | Yes (including 3 hi-rises based on proximity) | Yes (with restrictions) | 1. Hi-Rise K&Ts to be requested thru principal manager and only after managers take all other appropriate actions. More structured process. 2. **Dunedin, Mt. Airy & Valley Hi-Rises** included in family response procedures. 3. K&Ts: priority, but only to extent officer is available to respond. Expected response time: no greater than 2 days. |
| Resident Council Meetings | Yes, as requested | Yes, attending Presidents Council | 1. Families: Attendance no less frequently than quarterly. 2. Hi-rises: Presidents Council attendance on quarterly basis to discuss law enforcement issues (not to promote ACOP services). |
| Calls-for-service | Yes | No | 1. Hi-rises: help in getting more detailed information on calls for service performed by SPPD District Units. |
| Management office communication | Yes | Limited | 1. Hi-Rises: telephone assistance in getting more information on responses provided by SPPD District if needed. **Sgt. will no longer attend Hi-Rise managers' meetings.** |
| Foot Patrol | Yes, when possible | No | Families: Officer is on foot patrol when visiting management offices and checking in with managers. |
| Bike Patrol | When possible | No | |
| Hours of Operation | Yes | No | 9 am to 7 pm; 3 pm to 1 am/ 7 days a week. |
| Non-PHA details by ACOP for SPPD | No | No | Responsibility of SPPD; no charges to PHA. |
| PHA property responses | Yes | No | Primary responsibility to PHA addresses, but may be dispatched when available. |
| Assistance with developing relationships with District units. | No | Yes | Coordinate through ACOP, OIRs, and Sgts. |
| Calls for Service DATA | Yes | Yes | Continue to receive calls for service data on a monthly basis |
| Interaction with on-site PHA Partners. | Yes | | If they're located on PHA family properties, ACOP will respond. |
| Continue with Admissions Orientation Program for "preventive measures" | Yes | No | Schedule has to be structured and planned ahead to schedule officers: Mt. Airy and McDonough. |

PHA 000409

ACOP Narrative
Proposed Budget FY2004
April 1, 2003 through March 31, 2004

| Sources | PHA | SPPD | Total |
|---|---|---|---|
| Resident Participation (Agency share) dollars | 40,000 | | 40,000 |
| LRPH Operating Reserves | 201,200 | | 201,200 |
| Section 8 Admin Reserves | 70,300 | | 70,300 |
| Capital Fund Program (management portion) | 50,000 | | 50,000 |
| SPPD | | 192,500 | 192,500 |
| Total sources | 361,500 | 192,500 | 554,000 |
| | | | |
| **Uses** | | | |
| Salaries - Police Officers (6 @ 50,000 ea) | 300,000 | | 300,000 |
| Salary - Police Sergeant (1 @ 65,000) | 0 | 65,000 | 65,000 |
| Salaries - Community Liaison Officers (2 @ 30,000 ea)) | 60,000 | | 60,000 |
| Benefits at 30% of salaries | 0 | 127,500 | 127,500 |
| Miscellaneous/Supplies | 1,500 | | 1,500 |
| Total uses | 361,500 | 192,500 | 554,000 |

Notes:

1.  This assumes full funding of the Performance Funding System (PFS).  If Congress approves less than 100% funding for the PFS, Resident Participation dollars will be proportionately reduced.

2.  The use of section 8 operating reserves is contingent upon maintaining a required occupancy level and Board approval of an equity transfer.

PHA  000410

**PHA In-Kind Contributions Towards ACOP Unit:**

Photocopier (maintenance/toner)
Fax Machine (maintenance/toner)
Paper Shredder (maintenance)
2 Computers
5 Bikes
3 ACs
1 Cell Phone/ 7 pagers ($140.00 per month)
Provide renovated Unit (Approx. $117,000.00) for ACOP office including ongoing expenses to PHA valued at $700.00 per month (3 BR @ $595 and utilities $107).
Maintenance/Upkeep of ACOP Office (not janitorial)

**Other Efforts:**

- Possible award of $50,000 Weed & Seed Grant towards East Team in 2003 to focus in and around Edgerton Hi-Rise through East Consolidated Office of Weed and Seed. (Final word end of August 2002) Two additional sites also applying , so total possible benefit totaling $150,000 due to PHA presence at these three sites.
- Researching funding through Foundations and Corporations.
- PHDEP lobbying at the national level
- Maximizing Officer in Residence Program (Police presence deters crime) ex. In addition to providing units ($405 per month), pay for personal vehicle parking for the two downtown buildings if necessary.  12 of 16 Hi-Rises filled, and one family development (Dunedin).
- Off-duty officers working at Central Hi-Rise (and Rental Office for now).
- PHA Coordinator total personnel costs $60,800.

PHA  000411

# DEPARTMENT OF POLICE
## CITY OF SAINT PAUL
### INTER-OFFICE COMMUNICATION

TO:           Oi Mattison-PHA

FROM:         Sergeant Jon Lorotz-ACOP

SUBJ:         ACOP 2003 Officer Staffing Proposal

DATE:         June 24, 2002

Below is a preliminary look at the ACOP unit for 2003.

# OFFICER COVERAGE

| DAY OF WEEK | SGT. | #1 | DAYS #2 | #3 | AFTERNOONS #4 | #5 | #6 |
|---|---|---|---|---|---|---|---|
| Monday | 09-1700 | 09-1900 | RDO | 09-1900 | RDO | RDO | 15-0100 |
| Tuesday | 09-1700 | 09-1900 | RDO | RDO | 15-0100 | RDO | 15-0100 |
| Wednesday | 09-1700 | 09-1900 | 09-1900 | RDO | 15-0100 | RDO | RDO |
| Thursday | 09-1700 | 09-1900 | 09-1900 | RDO | 15-0100 | 15-0100 | RDO |
| Friday | 09-1700 | RDO | 09-1900 | 09-1900 | 15-0100 | 15-0100 | RDO |
| Saturday | RDO | RDO | 09-1900 | 09-1900 | RDO | 15-0100 | 15-0100 |
| Sunday | RDO | RDO | RDO | 09-1900 | RDO | 15-0100 | 15-0100 |

PHA 000412

**Recommendations from PHA staff from June 21, 2002 meeting on ACOP changes.**
Attendees:  Nina Semmelroth, Connie Toavs, Oi Mattison and Joanne MacDonald.
ACOP – Sgt. Jon Loretz.

Funding: approximately $375,000
- Use the funding for up to six officers and two Community Liaison Officers (CLOs)
- Continued coverage from SPPD for:
  - Cost of one Sergeant
  - Cost of all fringe benefits for all personnel
  - Other non-personnel related expenses (as outlined in the PHDEP grant)
- PHA continues to provide office space at McDonough Homes

ACOP focus
- Hours of operation:
  - Two shifts (9:00 a.m. – 7:00 p.m. and 3:00 p.m. – 1:00 a.m.)
  - Seven day coverage
- Site coverage:
  - Core services at the four family housing developments, including the Mt. Airy and Dunedin hi-rises that are located at the family development sites. In addition, Valley would be covered because it is contiguous to Mt. Airy.
    - ✓ Attend family meetings as requested, but no less frequently than quarterly
  - Limited services at other hi-rises
    - ✓ Responding to knock and talks, to be limited to certain requests after managers take all other appropriate actions
    - ✓ As requested, obtaining more detailed information on calls-for-service performed by the SPPD Districts
    - ✓ Attend Presidents Council meetings on a quarterly basis to discuss law enforcement issues, not to promote ACOP services (e.g. link to SPPD)

Strategies to maximize coverage and maintain focus on prevention
- SPPD would pay cost of non-PHA details (the "in and around" language in the HUD PHDEP program would no longer apply – example:  University hot rod details on the Friday/Saturday evenings)
- Hi-rise managers will connect with the SPPD Senior Commander of their buildings' districts, to maximize police service and build relationships with neighborhood-based police units
- Training for managers and police officers on any changes that would be implemented in 2003
- Invite SPPD officers beyond ACOP officers to special PHA trainings (e.g. Dr. Johnsen's training on mental illness, and cultural trainings)

*Questions for evaluation—① AUGUST — evaluation team* *2003*

# EDGERTON HIGH-RISE
## WEED AND SEED SURVEY *Results May 2003*
### *37 Surveys Returned Compiled May 2003*

1. Do you think the following issues in Edgerton High-Rise are a: (circle one)

| | | Respondents | Serious Problem | Moderate Problem | Minor Problem | No Problem | Don't Know |
|---|---|---|---|---|---|---|---|
| a. | Unauthorized people in building | 37 | 35% | 24% | 19% | 11% | 11% |
| b. | Unauthorized People in Parking Lot | 34 | 19% | 32% | 23% | 8% | 18% |
| c. | Theft | 37 | 11% | 25% | 35% | 8% | 21% |
| d. | Loitering | 35 | 23% | 23% | 20% | 20% | 14% |
| e. | Illegal Activity: Drug Use | 34 | 23% | 18% | 20% | 2% | 37% |
| f. | Illegal Activity: Drug Sales | 34 | 20% | 18% | 11% | 8% | 42% |
| g. | Illegal Activity: Prostitution | 35 | 17% | 11% | 14% | 14% | 43% |
| h. | Drinking in Public Areas | 35 | 6% | 17% | 20% | 28% | 28% |
| i. | Graffiti | 34 | 3% | 6% | 26% | 41% | 23% |
| j. | Assault | 36 | 8% | 6% | 31% | 22% | 33% |
| k. | Unlocked Doors | 33 | 9% | 12% | 33% | 9% | 36% |
| l. | Arguments between Residents | 35 | 9% | 28% | 34% | 6% | 23% |

## The following are questions concerning the neighborhood

2. In the past three years, do you feel like the general conditions of your neighborhood have:

Gotten worse 13%    Improved 21%    Don't know 19%
Stayed the same 24%    Didn't live here three years ago 21%

3. In the next three years, do you feel like the general conditions of your neighborhood will: (34 respondents)

Get worse 12%    Improve 32%
Stay the same 20%    $r^8$    Don't know 35%

4. Do you think the following issues are a: (circle one)

| | | Respondents | Serious Problem | Moderate Problem | Minor Problem | No problem | Don't Know |
|---|---|---|---|---|---|---|---|
| a. | Graffiti on buildings and walls | 35 | 14% | 17% | 28% | 25% | 17% |
| b. | Abandoned cars | 37 | 2% | 16% | 24% | 19% | 39% |
| c. | Vacant, abandoned, or boarded up buildings | 35 | 2% | 23% | 26% | 26% | 23% |
| d. | Homes in need of repair | 36 | 8% | 28% | 30% | 5% | 28% |
| e. | Drug dealers or users hanging around | 36 | 25% | 19% | 19% | 4% | 33% |
| f. | Drunks hanging around | 35 | 20% | 23% | 17% | 20% | 20% |
| g. | Young adults loitering | 35 | 26% | 20% | 17% | 11% | 26% |
| h. | Gang activity | 35 | 20% | 17% | 11% | 14% | 37% |
| i. | Absentee landlords | 34 | 12% | 12% | 8% | 20% | 47% |
| j. | Robbery or assault of people on the street | 35 | 26% | 32% | 2% | 8% | 32% |

PHA 000414

| | | | | | | |
|---|---|---|---|---|---|---|
| k. | Burglary of homes when people are away | 30 | 17% | 27% | 20% | 6% | 30% |
| l. | Unsupervised young people | 32 | 25% | 31% | 19% | 9% | 16% |
| m. | Police not making enough contact with residents | 30 | 10% | 17% | 23% | 23% | 27% |
| n. | Litter or trash on the sidewalks and streets | 32 | 44% | 6% | 22% | 16% | 12% |

5.  Have you heard of the Weed and Seed program before?
    (34 respondents)                Yes 38%      No 62%

6.  What do you know about the Weed and Seed program?
    - They've helped improve buildings in the area.
    - Not very much.
    - Nothing–except general idea that it hopefully does not segregate out or shun people it considers undesirable versus legally ending crime.
    - That they have several programs to help upgrade the neighborhood and make it safer.
    - Not much.
    - That they are trying to improve conditions & work with law and police as well as residents & businesses.
    - To make better control of the neighborhood.
    - They are working hard to clean-up the neighborhood and try to get rid of the drugs and gangs of the neighborhood

7.  How long have you lived in the high-rise? (36 respondents)
    - Shortest residency: 3 weeks
    - Longest amount of residency: 17 years
    - Median residency: 5 years

8.  Age: (33 respondents)
    - Youngest: 43
    - Oldest: 87
    - Median age: 72 years

9.  Race (36 respondents)
    White   32%                   Hispanic
    African American 25%          Native American
    Asian  2%                     Other: 2%

10. Sex (34 respondents)
            Male   53%   Female   47%

11. Comments on the Door Watch Program:
    - Good
    - Moderate-good
    - Very much needed, but more residents should help-mainly evenings

-2-

PHA 000415

- Very good
- Behavior
- Beneficial
- Doing satisfactorily
- I don't think people should be putting their lives on the line, for greeting strangers. They could get hurt.
- I think its working.
- Some people participating in sitting at the desk act like prison guards and need to quit being excessively rude to good guests.
- Good
- Good
- Very Good! Thank-you!
- Good program.
- I think they have been doing a good job.
- Not sure
- They don't pay enough attention to people who are coming in the back door when (the) doctor comes to (the) clinic the ones that are watching don't let them in.
- Seem to be working well. Has cut down on the number of unwanted types entering building.
- Good
- Don't see any purpose to it.
- Need training for volunteers
- It's always nice to be greeted by a pleasant face as you come in the door.
- Excellent- Thank-you-I would serve except I've been mugged in the neighborhood & and still have fear of being grabbed again by a stranger.
- Not enough people at door watch.
- Door watch has been helpful but need more people to do it.
- Going very well so far. I can't say I have much problems with visitors.

12. What is your biggest concern related to safety and security?
- Residents letting people not known to them in thru the door.
- Get some.
- Can't say at this time, hoping the (budget) cuts with fire and police will let up.
- Unauthorized people in the building-keys given out to "friends"
- Not comfortable walking around the area.
- I feel safe and secure in my building.
- Irate young people in building
- I don't know
- Coming and going alone
- Rude people-nasty remarks
- Drugs and drinkers-behavior with others
- I worry that something bad will happen to me when I go outside. I'm afraid they may take my purse and hurt me.
- Fear of getting jumped by druggies while out on the grounds or taking a walk in the neighborhood.
- I really have none at this time.
- Getting assaulted by people who shouldn't be in the building.
- Waiting for bus to work. I'm approached often by people for cash who keep bothering me.
- Too much drinking coming in the building after 12:00am.
- If anything happens, I would appreciate our knowledge of it and what is being done.
- Out door walks-even in daytime
- To have the building secured and have the door on Payne Avenue side locked at night and also to have a police officer living here.
- Getting caught in a stalled elevator with some of these people.

-3-

PHA 000416

- To have a police officer here 24 hours a day because of the people that live here have some gang related people into the building, also all the people that hang around the outside of the building and with the skate boarders and bikes that are near us knock people over. I feel they don't screen people well enough.
- Drug dealing on the streets after 2pm (school letting out) into the evening. Also earlier in the day 6:30am-8:00am, area involved Payne Avenue from York to Lawson.
- Mental cases (on meds) do they take them? Crowded elevators(wheel chairs, walkers, etc.) anger
- Too many kids.
- To be safe.

Additional Comments:
- Residents are too quick to yell their privacy is being invaded! Isn't drugs an invasion? Can't they be shown somehow the happenings & results of things like that get a hold in a place like this-movies or something?
- We have to live in the same building. We should learn to get along, or stay on our own side of (the) fence.
- People who want to be at the door watch should not be on a power-bully attitude to good people.
- This is a place to live. I don't like being asked where I'm going, when I'm coming back. I ignore the question so now she doesn't speak. Is she paid to sit at the door? She's there at 7am-sometimes at 10:30pm.
- Smoking throwing their butts at the front door, just like a cheap bar. Dennis keeps things clean & is always cleaning-but I don't think he has to pick up cigarette butts.
- Thank-you for the respect of persons rights to live free from fear.
- Limit admission of residents to those over fifty only. No children or young adults. Deport rapists and prostitutes. Do not rent to non-citizens, or drug users-they belong in hospitals. Exceedingly strong cooking odors.
- A lot of really young people moving in the High-rise which is going to be more drugs and problems.

PHA 000417



# PHA PAYMENTS TO CITY/SPPD FOR ACOP:
## Total $8 Million Since 1991



- From 1991-2002 the PHA supported ACOP with HUD Grants (PHDEP)

- Since Congress eliminated PHDEP, the PHA has supported ACOP from our Operating Budget.

PHA 000585

Contract No. 03078
Service Provider
ACOP FY04



## CONTRACT FOR SUPPLEMENTAL POLICE SERVICES

This Contract is made and entered into this 1st day of April 2003 by and between the
**PUBLIC HOUSING AGENCY OF THE CITY OF SAINT PAUL ("PHA"), and the
CITY OF SAINT PAUL ("City"),** acting by and through its **DEPARTMENT OF
POLICE** ("Police Department") for the provision of specific police services to improve
the safety, security and livability of the PHA's public housing properties.

WHEREAS, since 1991 the PHA and the City have collaborated to provide the
community policing program known as A Community Outreach Program ("ACOP") to
create a drug- and crime-free environment and to provide for the safety and protection of
residents, employees and visitors in public housing developments; and

WHEREAS, the PHA desires to continue the ACOP program; and

WHEREAS, the City, by and through its Police Department, desires to assist in the effort
by providing effective police services at PHA locations;

NOW, THEREFORE, the PHA and the City agree as follows:

### Section 1. Scope of Services Provided by the City

The City agrees that the services rendered by the personnel assigned to the ACOP unit
under this Contract (licensed, sworn police officers and non-sworn civilian employees)
are in addition to baseline police services, and that routine police patrol and response to
911 calls in public housing developments will continue to be the responsibility of other
Police Department personnel normally assigned to such duties in their areas. The level of
these and other baseline police services will not be reduced.

The duties and extent of services of the Police Department shall include, but shall not be
limited to:

A.   The City, by and through its Police Department, will assign one police officer of
     at least the rank of sergeant and additional police officers and civilian staff to
     perform specialized patrols to enforce all state and local laws and the PHA rules
     specified in this Contract. Sworn officers shall at all times remain part of, subject
     to and in direct relationship with the Police Department's chain of command and
     under Police Department rules, regulations and standard operating procedures.

B.   The City agrees to assign police officers to targeted areas during specified periods
     of time identified by the PHA and agreed upon by the Police Department.

C.   The City agrees that the Police Department will employ a community policing
     concept and that ACOP personnel will be based at PHA locations as mutually

_390,000.00 = 163,125.00 (709)
226,875.00 (703)_

**PHA  000591**

**PHA/ACOP Rethinking Meeting**
Thursday, June 10, 2004, 2:30 – 4:30 PM
Central Hi-Rise Community Room

Agenda

1. Introductions – Oi and Sgt Strong welcomed the group and informed them that the purpose of the meeting was to allow PHA and SPPD (ACOP) staff to meet and to share perspectives. It is part of the continuing effort to strengthen the 13-year long partnership and to continue to provide quality police service to public housing residents and staff.

   - Cmdr. Bob Mercado was introduced as the new supervisor overseeing the ACOP Unit. (Note: As of 7//7/04 S/C Greg Pye is the new ACOP supervisor).
   - Chief John Harrington welcomed the group.
   - 30 people in attendance. SPPD - 4 ACOP Officers, and 2 CLOs. PHA - Connie Toavs, Principal Manager, 4 Housing Managers, 8 Asst. Managers, 6 Human Services Coordinators (the majority of PHA staff from family sites since ACOP covers this area).
   - julius erolin, Director of Equal Opportunity and Diversity, facilitated the group.

2. Group Activity: "F's" Exercise – "It's a matter of perspective and working together"

3. Discussion of ground rules – goal of open communication and generating ideas

4. What's Working Well (Strengths) – Small and Large Group Discussion – See P. 2

5. What would you like to improve (Issues and Challenges) – Small and Large Group Discussion – See P. 3

6. Updates (Reminders and Suggestions, Ongoing Issues) – See P. 4

7. Next Steps
   - Meet on a regular basis
   - Problem-solve around specific challenges when possible.

**PHA 000656**

## <u>STRENGTHS</u> – What's Working Well

- ACOP attendance at Admissions and Orientation Program (AOP) and Resident Council (RC) meetings.
- Recently started tracking ACOP attendance at AOP and RC meetings, results are positive.
- Dealing with serious matters, good coordination.
- Bike Patrol
- Knock and Talks – process is successful.
- Knock and Talks sent and accessed via e-mail creates better follow-through, and makes it easier to track, delegate, respond to requests and to share information.
- Coordination between PHA, ACOP, and FORCE.
- Familiarity, Responsible.
- ACOP office is on site at McDonough Family Development, and supports 2 storefronts (Dunedin and Valley).
- Using officers for Off-duty details and supporting the off-duty weekend details at Central Hi-Rise.
- Civilian Liaison Officers (CLOs) very responsive and enthusiastic to assist.
- Collaboration between Management and ACOP.
- Good relationship between ACOP and PHA.
- Open communication between PHA and ACOP.
- Officers are very committed.
- Partnership is successful because of commitment.
- ACOP presence makes lease enforcement effective.
- Accessible by phone.
- Positive shared leadership.
- Joe comes to manager's meetings and Oi comes to both hi-rises and manager's meetings.
- Teaming
- When doing welfare check on weekends, etc. emergency PHA staff respond well.
- ACOP identifies persons present on a call and provides addresses needed by PHA for follow up.
- Quick Response.
- Stop by management offices to exchange information.
- Making rounds
- Tenants and Officers have developed relationships.
- ACOP is able to spend more time addressing an issue.
- ACOP understands the different needs of cultures.
- We are able to use CLO's to speak to tenants who don't speak English.
- Familiar with our family developments.
- ACOP makes their presence known within our community.
- Attending Crime Watch meetings at Dunedin.
- Access to Police Officers – Oi e-mail or calling.

**PHA 000657**

- ACOP relationship has allowed PHA to provide useful training opportunities through SPPD.

## <u>CHALLENGES</u> – What We Want to Improve

- Timely response to resident calls -- residents sometimes feel that officers arrive "after the fact" and nothing's solved.
- More detailed police reports, more narrative. Noting the letter of the Unit would be helpful i.e. Apt. A, B, C, D.
- More access to the FORCE plainclothes officers.
- More funding and staffing at both PHA and ACOP –more officers!
- Hours of Operation, availability of officers. Residents can't get through to the ACOP # in the evening hours when there's more criminal activity.
- More drug activity on PHA properties.
- Doing more identifying of other individuals in a resident's unit when doing a knock and talk.
- Keeping the youth occupied through more programs and directed activities. School ending means youth at a higher risk for committing crimes and getting involved in gang activity.
- Older kids need employment.
- More curfew patrol.
- Language/Cultural barriers, especially with new immigrants, i.e. Somali, new Hmong refugees, Hispanic.
- More refugees coming in.
- More ethnic representation in the Saint Paul Police Department.
- Crime prevention education for residents (especially at family sites).
- More follow up on unsuccessful knock and talks. Keep an eye out for activity even if officers are not successful the first time.
- Don't tell resident that management requested the knock and talk.
- Keeping a balance between law enforcement and building positive relationship with residents so that they feel comfortable going to the police for assistance.
- Better and more parking enforcement.
- Need more officers on duty to increase the response time.
- Different perceptions/lenses between PHA, ACOP, and residents. Communication may be sometimes "grey" for the police since the response and solutions to a problem will change day to day depending on circumstances.
- More communication and reporting from front line staff to Joe and Oi to keep them current on issues, and to allow them to better assist with problem-solving.
- Confidentiality, appropriate sharing of information and finding a private space to share information rather than doing it in the open.
- Search warrants – refer to PHA's executive communication #4.
- Check with ACOP for more information on "sensitive issues" in monthly calls for police service reports – i.e. rape, child abuse, domestic, etc.
- Getting the right information to the right person.

PHA  000658

- It's a challenge to get the correct information in a timely manner.
- Need more terminations of bad tenants at family and hi-rise units.
- Need more parking spaces.
- Unauthorized causing problems.
- Working collaboratively to increase efficiency.
- Increasing awareness about criminal issues i.e. gangs, auto theft prevention, domestic.
- Building a relationship with PHA residents.
- Communicating with other Police Districts.
- Communicating with Officer-in-Residence.
- More cordial response by officers to residents.

## REMINDERS AND SUGGESTIONS:

- **Search Warrants** – Please read the PHA Employee Handbook, p. 66 - 67, Executive Communication #4 to familiarize yourself with the process for assisting law enforcement investigations in the case of a search warrant. Use your best judgment and contact your supervisor immediately if you have any questions.

- **Confidentiality** – Please keep conversations with the police and with other PHA staff confidential, especially when it relates to residents. Be aware that other staff and residents may be around to hear your private conversations. Whenever possible, please go into an enclosed office space and discuss confidential matters and not risk being overheard.

- **Other Districts Responding** - Please keep in mind that other Police Districts also respond to PHA properties if ACOP is unavailable. We have higher expectations and continue to problem-solve with the ACOP Unit, but we may not always have consistency in service if we are dealing with other district officers who are just trying to contain the "problem" and are not in the position to problem solve on a long-term basis. This means that sometimes the police response may be inconsistent because it's not always ACOP that is responding. Please continue to communicate to Sgt. Strong and Oi if you have any concerns or complaints from residents about the quality of service they received from a police officer.

- **Priority Response to Calls** - When citizens call 911, the dispatcher will prioritize the call from 1 to 5, one being the highest priority (usually when an officer is down), the majority of the calls fall under priority 2 or 3 (burglary or crime with a weapon in progress – high risk), 4 and 5 when it's not life threatening or after the fact (auto theft, theft etc.). Depending on the number of officers on duty and the number of calls coming in, not every call will receive priority, but the police have an obligation to eventually follow up on every 911 call that they receive, even if it's an hour later.

**PHA  000659**

- **Gathering More Information** – Please use the ACOP Unit as a resource (remember to contact your supervisor and the Sergeant on serious matters). When you review your monthly calls for police service and you see headings that are more sensitive in nature such as rape, domestic assault, child abuse, etc. (sometimes these may come under another heading), please call the ACOP Unit, or Oi to assist in gathering more information before making contact with the head of household, if they have not contacted management. By taking this extra step you can prevent putting any household member in jeopardy until you have a better picture of the situation and decide if PHA needs to get involved.

- **Contacting ACOP -** Please remind residents to call 911 if there is an emergency. If they are unable to reach someone at ACOP (558-2305) since a CLO is not always available to respond, they can call 291-1111, and the dispatcher will send an ACOP officer if one is available, otherwise a district officer will respond.

- **Who's Requesting Knock and Talks** – Please be sure to inform the Officer if you are making a request for a knock and talk on a serious matter and would prefer to remain anonymous. If you request a knock and talk and you have not yet addressed the issue directly with the resident, it may be fair to say that the resident should have the opportunity to come in and discuss any allegations with management. Knock and Talk requests should be made to address continuing behavior that is associated with criminal activity or behavior that may affect the quality of life of other residents.

**PHA  000660**