

**PUBLIC HOUSING AGENCY**
S A I N T   P A U L

# 1999 DRUG ELIMINATION PROGRAM APPLICATION

## TABLE OF CONTENTS

PAGE

TAB 1    Application Cover Letter.................................................................. 1-1
         Executive Summary........................................................................ 1-2

TAB 2    1999 Applicant Data Input Form...................................................... 2-1
         Project Summary/Congressional Notification................................. 2-4

TAB 3    Standard Form-424, Application for Federal Assistance............... 3-1

TAB 4    Standard Form-424A....................................................................... 4-1
         FY1999 PHDEP Summary Budget Information.......................... 4-3
         Budget Narratives and Supporting Documentation.................... 4-4

TAB 5    Standard Form-424B, Assurances (Non-construction programs)............... 5-1

TAB 6    Form HUD-2880, Applicant/Recipient Disclosure/Update Report............. 6-1

TAB 7    Statement of the Problem................................................................ 7-1

         Plan for Addressing the Problem................................................... 7-2

         Program Plan Goal Explanations................................................... 7-10

         Summary Grid - Plan for Addressing the Problem of Drug-related Crime
         and the Problems Associated with Drug-related Crime................................ 7-28
           • Goals and Objectives by Activity
           • Baseline Information by Program
           • Measures to Assess Progress

         Attachment:   Crime Statistics........................................................7-40

         Attachment:   PHA Demographics............................................... 7-61

*See also Tab 10 for further program information.

(CONTINUED)

i



PHA 003194

TAB 8        Implementation Schedule (Activity Timetable)............................................ 8-1

TAB 9        Description of Partners Roles.................................................:................. 9-1

TAB 10       Summary of 1998 Evaluation .................................................... 10-1

TAB 11       Drug Elimination Program Description (5 sentences or less)...................... 11-1

TAB 13       Certifications............................................................................... 13-1

TAB 15       Form HUD 2993 Acknowledgment of Application Receipt...................... 15-1

PHA  003195



**PUBLIC HOUSING AGENCY**
S A I N T   P A U L

June 16, 1999

Ms. Diane Cmiel, Acting Public Housing Division Director
Attention: Deborah Kravik
Department of Housing & Urban Development
220 South Second Street
Minneapolis, MN 55401-2195

Re:    1999 Public Housing Drug Elimination Program (PHDEP) Grant Application

Dear Ms. Cmiel:

We are pleased to submit the enclosed application (original and two copies) for another grant under the
Public Housing Drug Elimination Program (PHDEP). We propose a five year plan to continue the basic
elements of the three most successful drug prevention programs we began with PHDEP funding. They are
the ACOP community policing program, Boys and Girls Club programs, and the Saint Paul Division of
Parks and Recreation's programs at the McDonough Recreation Center.

A recent evaluation of the PHDEP efforts affirms our conviction that these programs make the Saint Paul
PHA's properties safer places to live and work, so we are allocating over 90% of the PHA's PHDEP grant
to them. In this application we also propose to continue some newer programs, including a scholarship
fund, an innovative program that helps families avoid being evicted based on their children's illegal
behavior. The attached Executive Summary shows the total amounts budgeted for each program, and
highlights the significant local resources which are committed.

The PHA's drug elimination plan responds in part to the results and data collected from the 1998 PHDEP
Evaluation, resident surveys and recommendations of staff from the PHA and our partner agencies in the
PHDEP programs. Assessing and responding to these results is a high priority for the PHA. We have
succeeded in keeping the crime rate in public housing areas below the citywide average so far, and we
intend to continue that trend.

The Saint Paul PHA's high PHMAP scores show we are succeeding on many important housing
management indicators, but the threats of illegal drug- and gang-related activity are ever-present and
increasing. We hope that HUD will again be able to provide the needed funds to support these proven
programs to combat illegal drug and gang problems in Saint Paul.

If you have any questions about our application, please contact Lynn Connolly, at (651) 292-6053.

Sincerely,

Jon M. Gutzmann
Executive Director

1-1

PHA 003196

# EXECUTIVE SUMMARY

## HUD PUBLIC HOUSING DRUG ELIMINATION PROGRAM - 1999 APPLICATION
Total Costs, PHDEP and Local Contributions

| AGENCY PROGRAM(S) | TOTAL COST | 1999 PHDEP GRANT APPLICN | LOCAL Contribution | PHA Contribution (Federal $) |
|---|---|---|---|---|
| **St. Paul Police Dept** | | | | |
| ACOP Community Policing & ACOP Liaison Team | $1,065,105 | $627,300 | $ 377,805 | $60,000 |
| **ACOP Subtotal** | $1,065,105 | $627,300 | $ 377,805 | $60,000 |
| | | | | |
| **Boys & Girls Club** | | | | |
| Mt. Airy Club | $ 240,865 | $ 102,000 | $ 138,865 | |
| East Side Club | $ 303,013 | $ 77,250 | $ 225,763 | |
| West Side Club | $ 273,135 | $ 6,600 | $ 266,535 | |
| ProgramWide Costs | $ 290,102 | $ 13,050 | $ 277,052 | |
| Administration Salaries | $ 282,807 | | $ 282,807 | |
| Supplies | $ 17,000 | $ 5,000 | $ 12,000 | |
| Travel | $ 11,000 | | $ 11,000 | |
| Equipment | $ 23,000 | | $ 23,000 | |
| Other | $ 259,440 | $ 15,000 | $ 244,440 | |
| Construction | $ 40,000 | | $ 40,000 | |
| In-Kind | $ 120,000 | | $ 120,000 | |
| Facility Expenses | $ 81,850 | | $ 81,850 | |
| **Boys & Girls Club Subtotal** | $ 1,942,212 | $ 218,900 | $ 1,723,312 | |
| | | | | |
| **Parks & Recreation** | | | | |
| McDonough Teen Council | $ 15,018 | $ 15,018 | | |
| Targeted Activities | $ 199,890 | | $ 199,890 | |
| Youth Play Area | $ 9,589 | $ 9,589 | | |
| Computer-Based Tutoring | $ 7,004 | $ 7,004 | | |
| McDonough Youth Sports | $ 5,652 | $ 5,652 | | |
| Lease Van | $ 5,922 | $ 5,922 | | |
| Weekly Art | $ 2,500 | $ 2,500 | | |
| Kwansa Study | $ 1,065 | $ 1,065 | | |
| Summer Swimming/Water Safety | $ 1,050 | $ 1,050 | | |
| **Parks & Rec Subtotal** | $ 247,690 | $ 47,800 | $ 199,890 | $ - |
| | | | | |
| **PHA** | | | | |
| DEP Coordinator (0.5 FTE) | $ 23,050 | | | $ 23,050 |
| Travel/Training/Other | $ 1,160 | $ 1,160 | | |
| Equipment & Supplies | $ 1,000 | $ 1,000 | | |
| Evaluation - Contract | $ 24,500 | $ 24,500 | | |
| Scholarships- Law Enforcement | $ 5,000 | $ 5,000 | | |
| Successful Living | $ 5,000 | $ 5,000 | | |
| Avoiding Evictions- Families in Trouble | $ 5,000 | $ 5,000 | | |
| Physical Improvements for Security | $ 100,000 | | | $ 100,000 |
| **PHA Subtotal** | $ 184,710 | $ 41,660 | | $ 123,050 |
| **TOTAL** | $3,419,717 | $ 935,660 | $ 2,301,007 | $ 183,050 |
| | | PHDEP | LOCAL | PHA |

TOTAL MINUS PHA CONTRIBUTION $ 3,236,667 (Form 424A, Sec A, Line 5))

TOTAL MINUS PHA CONTRIBUTION AND CARRYOVER $ 3,236,667 (Form SF424, Line 15.g.)

1-2

## ST PAUL PHA - EXECUTIVE SUMMARY



PHA  003198

# FY 1999 PHDEP Applicant Data Input Form

Application control number __MN__ / __MN001__ (State/HA, Tribe, or TDHE No.)

IRS Employer Identification Number (EIN) __41-1309192__ (from Item 6. of the SF-424)

HA, Tribe, or TDHE Name __Public Housing Agency of the City of St. Paul__

HUD Area Office __Minneapolis__  State __MN__  Field Office __Minneapolis__

HA, Tribe, or TDHE Executive Director __Jon M. Gutzmann__  Phone __651-298-5664__

HA, Tribe, or TDHE Grant Coordinator __Lynn Connolly/Joanne MacDonald__  Phone __651-298-5664__

List the names of the specific developments targeted for assistance under this grant.
(Attach additional pages if more space is needed.)

```
McDonough Homes        (580 units)
Roosevelt Homes        (313 units)
Mt. Airy Homes         (298 units)
Dunedin Terrace        ( 88 units)
16 hi-rise buildings   (2527 units)
```

In accordance with section IV(A) of the NOFA, provide the unit count(s).

| Units | Count |
|---|---|
| 1. Public Housing | 4,253 |
| 2. Indian Housing | |
| 3. Section 23 Leased Housing | |
| 4. Turnkey III Homeownership | |
| 5. Mutual Help Homeownership | |
| 6. TOTAL UNIT COUNT | 4,253 |

Applicant must attach documentation verifying the unit count. (Form 52723)

**Has the applicant confirmed the HA, Tribe, or TDHE unit count with the local HUD Field Office or HUD/AONAPs?**

Yes [x]   No [ ]   Date __5/20/99__

Name of Field Office representative that confirmed the unit count:

__Nancy Mejia, Financial Analyst__

PHA 003199

# Calculation of Performance Funding System Operating Subsidy
## PHA / IHA - Owned Rental Housing

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing

OMB Approved No. 2577-0029 (exp. 7/31/9 )

Name and Address of Public Housing Agency / Indian Housing Authority: (PHA/IHA)

Public Housing Agency of the City of St Paul
480 Cedar Street;  Suite 600
St. Paul, Mn 55101

☐ Budget submission to HUD required

RECEIVED
FEB 2 6 1999

Type of Submission:
☑ Original    *PH*
☐ Revision No:

*MN00100100M*

| Number of HA Units | Unit Months Available: (UMAs) | Subject Fiscal Year | ACC Number | PAS/LOCCS Project No. | Submission Date: |
|---|---|---|---|---|---|
| 4253 | 51,030  ~~51,042~~ | 4/1/99-3/31/00 | C-4118 | MN00100~~199~~M | February 24, 1999 |

| Line No. | Description | Requested by PHA/IHA (PUM) | HUD Modifications (PUM) |
|---|---|---|---|
| | **Part A. Allowable Expense and Additions** | | |
| 01 | Previous allowable expense level (line 07 of form HUD-52723 for previous fiscal year) | 270.39 | ✓ |
| 02a | Line 01 multiplied by .005: | 1.35 | ✓ |
| 02b | Delta from form HUD-52720-B, if applicable (see instructions )  .      4,222 ✓ | N/A | |
| 03 | 'Requested' year units from latest form HUD-52720-A (see instructions ) | | |
| 04 | Add-ons to allowable expense level from previous fiscal year (see instructions) | 0 | |
| 05 | Total of lines 01, 02a, 02b, and 04 | 271.74 | ✓ |
| 06 | Inflation factor | 1.0220 | ✓ |
| 07 | Revised allowable expense level (AEL) (line 05 times line 06) | 277.72 | ✓ |
| 07a | Transition Funding | 0 | |
| 07b | Increase to AEL | 0 | |
| 08 | Allowable utilities expense level from form HUD-52722-A | ~~65.70~~ | 65.71 |
| 09 | ☐ Actual or   x  Estimated PUM cost of Independent Audit (IA) during subject fiscal year | 0.49 | ✓ |
| 10 | Costs attributable to deprogrammed units | 0 | |
| 11 | Total allowable Expenses and Additions (sum of lines 07 thru 10 ) | ~~343.91~~ | 343.92 |
| | **Part B. Dwelling Rental Income** | | |
| 12 | Total rent roll ( as of  1 / 1 / 99 )  for Jan 99        $      771,959 | | |
| 13 | Number of occupied units as of rent roll date        4,199 | | |
| 14 | Average monthly dwelling rental charge per unit (line 12 divided by line 13) | 183.84 | ✓ |
| 15 | Change factor | 1.03 | ✓ |
| 16 | Projected average monthly dwelling rental charge per unit (line 14 times line 15) | 189.36 | ✓ |
| 17 | Projected occupancy percentage (see instructions) form HUD-52728-A | 97.0% | ✓ |
| 18 | Projected average monthly dwelling rental income per unit (line 16 times line 17) | 183.68 | ✓ |
| | **Part C. Non-dwelling Income** | | |
| 19 | Estimated Investment Income ( EII )  - see attached 'Schedule of EII'    *324,453* | 6.36 | ✓ |
| 20 | Other Income - see attached 'Calculation of Other Income'    *363,000* | 7.11 | ✓ |
| 21 | Total non-dwelling income ( line 19 plus line 20 ) | 13.47 | ✓ |
| 22 | Total operating receipts ( lines 18 plus line 21 ) | 197.15 | ✓ |
| 23 | PUM deficit or ( income ) (line 11 minus line 22 ) | ~~146.76~~ | 146.77 |

| Line No. | Description | Requested by PHA/IHA (Whole dollars) | HUD Modifications (Whole dollars) |
|---|---|---|---|
| 24 | Deficit or ( income ) before add-ons (line 23 times UMAs shown in heading ) | ~~7,490,924~~ | 7,489,673 |
| | **Part D. Add-ons for changes in federal law or regulation and other eligibility** | | |
| 25 | FICA contributions - FY99 (See attached 'Calculation of FICA Add-On') | ~~170,470~~ | 184,601 |
| 26 | Unemployment compensation - see attached calculation of 'UC Add-On' | 12,024 | |
| 27 | Flood insurance premiums | 0 | |
| 28 | Total Other  (see attached pages) | 252,757 | ✓ |
| 28a | Add-on for Family Self Sufficiency Program  (see attached calculation)    12,805 ✓ | | |
| 28b | Other Add-on for Federal law or regulations    0 | | |
| 28c | Unit reconfiguration (see explanation on attached 'remarks' page).    226,620 ✓ | | |
| 28d | Non-dwelling units  (see explanation on attached 'remarks' page).    13,332 ✓ | | |
| 28e | Long-Term Vacant Units    0 | | |
| 29 | Total add-ons ( sum of lines 25 thru 28 ) | ~~441,254~~ | 449,382 |

Previous edition is obsolete for PHA/IHA Fiscal Years
beginning 1/1/95 and thereafter

Page 1

form HUD-52723 (5/96) substitute
ref. Handbook 7475.13

PHA  003200

| Line No. | Description | Requested by PHA/IHA (PUM) | HUD Modifications (PUM) |
|---|---|---|---|
| | **Part E. Calculation of Operating Subsidy Eligibility Before Year-End Adjustments** | | |
| 30 | Deficit or ( income ) before year-end adjustments ( total of lines 24 and 29 ) | 7,032,178 | 7,739 65 |
| 31 | Actual or [x] Estimated cost of Independent Audit (IA) during subject fiscal year | 25,000 | |
| 32 | PFS operating subsidy eligibility before year-end adjustments ( greater of line 30 or line 31) (If less than zero, enter zero ( 0 )) | 7,032,178 | 7,939,05 |
| | **Part F. Calculation of Operating Subsidy Approvable for Subject Fiscal Year** (Note: Do not revise after the end of the subject FY ) | | |
| 33 | Prior years' net year-end adjustments (identify individual FYs and amounts under " remarks") | 0 | |
| 34 | Additional subject fiscal year operating subsidy eligibility ( specify ) | 0 | |
| 35 | Overobligations from prior fiscal years to be recovered in subject fiscal year | 0 | |
| 36 | Unfunded eligibility in prior fiscal years to be obligated in subject fiscal year | 0 | |
| 37 | Other ( specify ): Incentive Adjustment (see attached worksheet) | 176,989 | — 0 — |
| 38 | Other ( specify ) | 0 | |
| 39 | Other ( specify ) | 0 | |
| 40 | Unfunded portion due to proration    7.50% Unfunded | (594,913) | (595,429 |
| 41 | Operating subsidy approvable for subject fiscal year ( total of lines 32 thry 40 ) | 7,514,174 | 7,343,626 |
| | **HUD Use Only ( Note: Do not revise after the end of the subject FY )** | | |
| 43 | Amount of operating subsidy approvable for subject fiscal year not funded | | |
| 44 | Amount of funds obligated in excess of operating subsidy approvable for subject fiscal year | | |
| 45 | Funds obligated in subject fiscal year ( total of lines 41 thry 44 )  86X0163 SY-99F (Must be same as line 960 of the Operating Budget, form HUD-52564, for the subject fiscal year ) | | 7,343,62 |
| | **Part G. Memorandum of Amounts Due HUD, Including amounts on Repayment Schedules** | | |
| 46 | Total amount due in previous fiscal year ( line 49 of form HUD-52723 for previous fiscal year ) | | |
| 47 | Total amount to be collected in subject fiscal year ( identify individual amounts under "remarks") | ( ) | |
| 48 | Total additional amount due HUD ( include any amount entered on line 44 ) ( Identify individual amounts under " remarks" ) | | |
| 49 | Total amount due HUD to be collected in future fiscal year(s) ( Total of lines 46 thru 48 ) ( Identify individual amounts under " remarks" ) | 0 | |
| | **Part H. Calculation of Year-end Adjustment for Subject Fiscal Year** This part is to be completed only after the subject fiscal year has ended | | |
| 50 | Indicate the types of adjustments that have been reflected on this form: ☐ Utility adjustment  ☐ Unit Months Available (UMAs)  ☐ Target Investment Income (TII) Adjustment  ☐ Dwelling Rental Income  ☐ Adjustment of Independent Audit (IA) Costs  ☐ Add-ons  ☐ Other ( specify under "remarks") | | |
| 51 | Estimated Investment Income ( EII ) | | |
| 52 | Target Investment Income ( TII ) | | |
| 53 | TII Adjustment ( line 51 minus line 52 ) | | |
| 54 | Utility adjustment ( line 22, form HUD-52722-B ) | | |
| 55 | Combined utility and TII adjustment ( total of lines 53 and 54 ) | | |
| 56 | Deficit or ( income ) after year-end adjustments ( total of lines 30 and 55 ) | | |
| 57 | PFS operating subsidy eligibility after year-end adjustments ( greater of line 31 or line 56 ) | | |
| 58 | Line 32 of latest form HUD-52723 approved during subject FY (Do not use line 32 of this revision) | | |
| 61 | Net year-end adjustments for subject fiscal year ( line 57 minus line 58 ) | | |
| 62 | Unfunded portion due to proration | | |
| 63 | Prorated net year-end adjustment for subject fiscal year | | |

I hereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties.

Signature of Authorized HA Representative & Date: X Barbara Sonlein for JMG 2/24/99  Jon M. Gutzmann

Signature of Authorized Field Office Representative & Date: X Daniel H. Larson  Director of Public Housing  see attached pages

Remarks

# PROJECT SUMMARY

**CONGRESSIONAL NOTIFICATION
INFORMATION SHEET
FY 1999 PUBLIC HOUSING DRUG
ELIMINATION PROGRAM**

**U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

A narrative (one paragraph only) must be completed by each applicant. HUD will use this narrative for congressional notifications.

**PLEASE INCLUDE IN YOUR NARRATIVE:**
1. Components or elements of your comprehensive plan.
2. Major activities and/or programs.
3. Use specific names of targeted developments including location of developments.
4. Identify population to be assisted and projected number of residents served (if applicable).

The PHDEP grant to the St. Paul PHA will be used to support three successful current programs: (1) ACOP Community Policing Program, providing services to the four family and 16 hi-rise developments; (2) Boys and Girls Club of St. Paul, supporting youth and family programs at Mt. Airy and East Side Clubs; and (3) McDonough Parks and Recreation Center, implementing teen and youth programs. The grant will also pay for special training on cross-cultural communication and conflict resolution; eviction prevention services; some resident scholarships; and a program evaluation.

| NAME(S) OF CONGRESSIONAL REPRESENTATIVE(S) | CONGRESSIONAL DISTRICT |
|---|---|
| 1. Representative Bruce Vento | 4th District MN, U.S. Congress |
| 2. | |
| 3. | |
| 4. | |

PHA 003202

# Application for Federal Assistance

OMB Approval No. 0348-0043

| | |
|---|---|
| **Type of Submission** | **2. Date Submitted** 6/15/99 — **Applicant Identifier** MN001 |

**Type of Submission**

Application — ☐ Construction — ☒ Non-Construction

Preapplication — ☐ Construction — ☐ Non-Construction

**2. Date Submitted** 6/15/99

**Applicant Identifier** MN001

**3. Date Received by State** N/A

**State Application Identifier**

**4. Date Received by Federal Agency**

**Federal Identifier**

**5. Applicant Information**

**Legal Name** Public Housing Agency of the City of St. Paul

**Organizational Unit** Resident Services Department

**Address (give city, county, State, and zip code)**
480 Cedar Street, Suite 600
Saint Paul, Minnesota 55101
Ramsey County

**Name, telephone number, and facsimile number of the person to be contacted on matters involving this application (give area codes)**
Lynn Connolly/Joanne MacDonald
651-298-5664

**6. Employer Identification Number (EIN)** 41-1309192

**7. Type of Applicant (enter appropriate letter in box)** O

A. State
B. County
C. Municipal
D. Township
E. Interstate
F. Intermunicipal
G. Special District
H. Independent School Dist.
I. State Controlled Institution of Higher Learning
J. Private University
K. Indian Tribe
L. Individual
M. Profit Organization
N Non-profit
O Public Housing Agency
P. Other (Specify)

**8. Type of Application**
☒ New   ☐ Continuation   ☐ Revision

If Revision, enter appropriate letter(s) in box(es) ☐ ☐

A. Increase Award   B. Decrease Award   C. Increase Duration
D. Decrease Duration   Other (specify)

**9. Name of Federal Agency**
U.S. Department of Housing & Urban Development

**10. Catalog of Federal Domestic Assistance Number** 14-854
Public and Indian Housing Drug Elimination Program

**11. Descriptive Title of Applicant's Project**
Community Policing (ACOP) and Drug Prevention Program of Boys and Girls Club and Parks and Recreation Division

**12. Areas Affected by Project (cities, counties, States, etc.)**
City of St. Paul, Ramsey County, Minnesota

**13. Proposed Project**

| Start Date | Ending Date |
|---|---|
| 1/1/2000 | 1/1/2001 |

**14. Congressional Districts of**

| a. Applicant | b. Project |
|---|---|
| 4th | 4th |

**15. Estimated Funding** Use form HUD-424-M (Matrix)

| | |
|---|---|
| a. Federal | $ .00 |
| b. Applicant | $ .00 |
| c. State | $ .00 |
| d. Local | $ See attached .00 |
| e. Other | $ Funding matrix .00 |
| f. Program Income | $ .00 |
| g. Total | $ .00 |

**16. Is Application Subject to Review by State Executive Order 12372 Process?**

a. ☐ Yes   This preapplication/application was made available to the State Executive Order 12372 Process for review on
Date: 6/15/99

b. No ☐ Program is not covered by E.O. 12372

or ☐ Program has not been selected by State for review.

**17. Is the Applicant Delinquent on Any Federal Debt?**
☐ Yes   If "Yes," explain below or attach an explanation   ☒ No

**18. To the best of my knowledge and belief, all data in this application/preapplication are true and correct, the document has been duly authorized by the governing body of the applicant and the applicant will comply with the attached assurances if the assistance is awarded.**

| a. Typed Name of Authorized Representative | b. Title | c. Telephone Number |
|---|---|---|
| n M. Gutzmann | Executive Director | 651-298-5664 |

d. Signature of Authorized Representative

e. Date Signed 6/11/99

Previous Editions Not Usable
Authorized for Local Reproduction

form SF-424 (4/92)
Prescribed by OMB Circular A-102

3-1

**Instructions for the SF-424**

Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Please do not return your completed form to the Office of Management and Budget; send it to the address provided by the sponsoring agency.

This is a standard form used by applicants as a required facesheet for preapplications and applications submitted for Federal assistance. It will be used by Federal agencies to obtain applicant certification that States which have established a review and comment procedure in response to executive Order 12372 and have selected the program to be included in their process, have been given an opportunity to review the applicant's submission.

| Item | Entry |
|------|-------|
| 1. | Self-explanatory. |
| 2. | Date application submitted to Federal agency (or State if applicable) and applicant's control number (if applicable). |
| 3. | State use only (if applicable). |
| 4. | If this application is to continue or revise an existing award, enter present Federal identifier number. If for a new project, leave blank. |
| 5. | Legal name of applicant, name of primary organizational unit which will undertake the assistance activity, complete address of the applicant, and name and telephone number of the person to contact on matters related to this application. |
| 6. | Enter Employer Identification Number (EIN) as assigned by the Internal Revenue Service. |
| 7. | Enter the appropriate letter in the space provided. |
| 8. | Check appropriate box and enter appropriate letter(s) in the space(s) provided: |

- "New" means a new assistance award.
- "Continuation" means an extension for an additional funding budget period for a project with a projected completion date.
- "Revision" means any change in the Federal Government's financial obligation or contingent liability from an existing obligation.

| 9. | Name of Federal agency from which assistance is being requested with this application. |
|------|-------|
| 10. | Use the Catalog of Federal Domestic Assistance number and title of the program under which assistance is requested. |
| I11. | Enter a brief descriptive title of the project. If more than one program is involved, you should append an explanation on a separate sheet. If appropriate (e.g., construction or real property projects), attach a map showing project location. For preapplications, use a separate sheet to provide a summary description of this project. |

| Item | Entry |
|------|-------|
| 12. | List only the largest political entities affected (e.g., State, counties, cities). |
| 13. | Self-explanatory. |
| 14. | List the applicant's Congressional District and any District(s) affected by the program or project. |
| 15. | Amount requested or to be contributed during the first funding/budget period by each contributor. Value of in-kind contributions should be included on appropriate lines as applicable. If the action will result in a dollar change to an existing award, indicate only the amount of the change. For decreases, enclose the amounts in parentheses. If both basic and supplemental amounts are included, show breakdown on an attached sheet. For multiple program funding, use totals and show breakdown using same categories as item 15. |
| 16. | Applicants should contact the State Single Point of Contact (SPOC) for Federal Executive Order 12372 to determine whether the application is subject to the State intergovernmental review process |
| I17. | This question applies to the applicant organization, not the person who signs as the authorized representative. Categories of debt include delinquent audit disallowances, loans and taxes. |
| 18. | To be signed by the authorized representative of the applicant. A copy of the governing body's authorization for you to sign this application as official representative must be on file in the applicant's office. (Certain Federal agencies may require that this authorization be submitted as part of the application.) |

## Federal Assistance Funding Matrix

The applicant must provide the funding matrix shown below, listing each program for which Federal funding is being requested.

| Program | Applicant Share | Federal Share | State Share | Local | Other | Program Income | Total |
|---|---|---|---|---|---|---|---|
| PHDEP 1999 | $183,050 | $935,660 | -0- | $2,301,007 | | | $3,419,717 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Grand Totals | | | | | | | |

| Authorized Official Signature | Name (printed) |
|---|---|
| *Barbara L Sporlein* for *mes*  Executive Director | Jon M. Gutzmann |
| | Date   6/11/99 |

Authorized for local reproduction

3-3

form HUD-424-M (2/99)

**PHA  003205**

## Instructions for the HUD-424-M

Public reporting burden for this collection of information is estimated to average 45 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  This agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

This form is to be used by applicants requesting funding from the Department of Housing and Urban Development for application submissions for Federal assistance.

Complete the funding matrix as follows:

**Program:**  The HUD funding program you are applying under.

**Applicant Share:**  Enter the amount of funds or cash equivalent of in-kind contributions you are contributing to your project or program of activities.

**Federal Share:**  Enter the amount of HUD funds you are requesting with your application.

**State Share:**  Enter the amount of funds or cash equivalent of in-kind services the State is contributing to your project or program of activities.

**Local Share:**  Enter the amount of  funds or cash equivalent of in-kind services your local government is contributing to your project or program of activities.

**Other:**  Enter the amount of other sources of private, non-profit, or other funds or cash equivalent of in-kind services being contributed to your project or program of activities.

**Program Income:**  Enter the amount of program income you expect to generate and contribute to this program over the life of your award.

**Total:**  Please total all columns and fill in the amounts.

3-4

PHA  003206

| Verif. Unit Count | Maximum Grant Available= | Amount Requested= |
|---|---|---|
| 4253 | $935,660 | $935,660 |

Page 1

1999 PHDEP    BUDGET INFORMATION - NON-CONSTRUCTION PROGRAMS    Page 1 of 2

## SECTION A - BUDGET SUMMARY

| Grant Program Function or Activity ( a ) | Catalogue of Fed. Domestic Assist. Number ( b ) | Estimated Unobligated Funds | | New or Revised Budget | | |
|---|---|---|---|---|---|---|
| | | Carryover Federal ( c ) | Non-Federal ( d ) | New Grant Federal ( e ) | Non-Federal ( f ) | Total ( g ) |
| 1. Law Enforcement - ACOP | 14.854 | $0 | | $627,300 | $377,805 | $1,005,105 |
| 2. Prevention - Boys & Girls Club | 14.854 | 0 | | 218,900 | 1,723,312 | 1,942,212 |
| 3. Prevention - McDonough Teen Council etc. | 14.854 | 0 | | 47,800 | 199,890 | 247,690 |
| 4. Prevention - PHA Activities | 14.854 | 0 | | 41,660 | 0 | 41,660 |
| 5. TOTALS | | $0 | $0 | $935,660 | $2,301,007 | $3,236,667 |

## SECTION B - BUDGET CATEGORIES

| 6. Object Class Categories | GRANT PROGRAM, FUNCTION OR ACTIVITY | | | | Total ( 6 ) |
|---|---|---|---|---|---|
| | 1. ACOP | 2. B&G Club | 3. Teen Council | 4. PHA Activ's | |
| a.  Personnel | $621,055 | S    198,900 | $32,170 | $0 | $852,125 |
| b.  Fringe Benefits | 6,245 | 0 | 0 | 0 | $6,245 |
| c.  Travel | 0 | 0 | 0 | 1,160 | $1,160 |
| d.  Equipment | 0 | 0 | 900 | 0 | $900 |
| e.  Supplies | 0 | 5,000 | 3,681 | 1,000 | $9,681 |
| f.  Contractual | 0 | 0 | 0 | 34,500 | $34,500 |
| g.  Construction | 0 | 0 | 0 | 0 | $0 |
| h.  Other | 0 | 15,000 | 11,049 | 5,000 | $31,049 |
| i.  Total Direct Charges (sum of 6a-6h) | 627,300 | 218,900 | 47,800 | 41,660 | 935,660 |
| j.  Indirect Charges - None Authorized | | | | | 0 |
| k.  TOTALS (sum of 6i and 6j) | $627,300 | $218,900 | $47,800 | $41,660 | $935,660 |
| 7. Program Income | $0 | $0 | $0 | $0 | $0 |

Substitute Form 424A ( 4-92 )

PHA 003267 1999

| Page 2 | SECTION C - NON-FEDERAL RESOURCES | | | Page 2 of 2 |
|---|---|---|---|---|
| (a) Grant Program | (b) Applicant | (c) State | d)OtherSources | (e) TOTALS |
| 8.    ACOP | $0 | $0 | $377,805 | $377,805 |
| 9.    B&G CLUB | $0 | $0 | $1,723,312 | $1,723,312 |
| 10.   McDONOUGH TEEN COUNCIL | $0 | $0 | $199,890 | $199,890 |
| 11.   PHA PREVENTION ACTIVITIES | $0 | $0 | $0 | $0 |
| 12. TOTALS  ( sum of lines 8 through 11 ) | $0 | $0 | $2,301,007 | $2,301,007 |

| SECTION D - FORECASTED CASH NEEDS | | | | | |
|---|---|---|---|---|---|
| | Total | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
| 13. Federal | $935,660 | $215,000 | $234,000 | $243,000 | $243,660 |
| 14. Non-Federal | | | | | |
| 15. TOTAL (sum of lines 13 and 14) | $935,660 | $215,000 | $234,000 | $243,000 | $243,660 |

| SECTION E - BUDGET ESTIMATES OF FEDERAL FUNDS NEEDED FOR BALANCE OF THE PROJECT | | | | |
|---|---|---|---|---|
| | FUTURE FUNDING PERIODS  ( Years ) | | | |
| (a) Grant Program | (b) First | (c) Second | (d) Third | (e) Fourth |
| 16. | N / A | N / A | N / A | N / A |
| 17. | N / A | N / A | N / A | N / A |
| 18. | | | | |
| 19. | | | | |
| 20. TOTALS (sum of lines 16-19) | $0 | $0 | $0 | $0 |

| SECTION F - OTHER BUDGET INFORMATION |
|---|
| (Attach additional Sheets if Necessary) |

| 21. Direct Charges: Please see attached narrative | 22. Indirect Charges: None Authorized |
|---|---|

23. Remarks        SIGNATURE: JON M. GUTZMANN, Executive Director

*Barbara L Gorlein for* JMG       6-11-99

Substitute Form 424A ( 4-88 )

PHA 003203

# FY 1999 PHDEP Summary Budget Information
## (HUD Automated Tracking)

Name and Address of Applicant:  Public Housing Agency of the City of St. Paul

480 Cedar Street, Suite 600

Saint Paul, MN  55101 .

Program:  PHDEP - 1999

Field Office:  Minneapolis

List amounts budgeted for each line item. These line items and amounts will be programmed into HUD's Line of Credit Control System (LOCCS) for designating and tracking uses of drawdowns.

## Detailed Description of Budget

| Budget Line Item No. | Activities | Funds Requested | Funds Approved (HUD use only) |
|---|---|---|---|
| 9110 | Reimbursement of local law enforcement agencies over and above baseline service | $ 627,300 | $ |
| 9120 | Security Personnel | | |
| | 1. HA Employment of Security Personnel | $ | $ |
| | 2. Contracted/HA Security Guards | $ | $ |
| | 3. Equipment for and Employment of Personnel for Housing Authority Police Department Personnel/Equipment | $ | $ |
| | Sub-Total: (1-3) | $ | $ |
| 9130 | Employment of Investigator(s) | $ | $ |
| 9140 | Voluntary Tenant Patrol | $ | $ |
| 9150 | Physical Improvements | $ | $ |
| Programs to reduce the use of illegal drugs | | | |
| 9160 | Drug Prevention | $ 308,360 | $ |
| 9170 | Drug Intervention | $ | $ |
| 9180 | Drug Treatment | $ | $ |
| Grant Administration | | | |
| 9190 | Other Program Costs | $ | $ |
| | HA Total funding requested: | $ 935,660 | $ |
| | HUD Official Use: Total funding approved by HUD | $ | $ |

I-27

4-3

PHA 003209

## 1. ADDITIONAL LAW ENFORCEMENT - ACOP in 1999

### BUDGET NARRRATIVE

BRIEF PROGRAM DESCRIPTION:
The St. Paul Police Department's ACOP community policing program provides special
police services beyond those provided in other neighborhoods.
The requested funds will support personnel costs.

**Funds Requested for Activity : $627,300**   (12 Month Budget)

**Amplified Budget Items by Object Class Category (From SF-424A, Section B.6.)**

| | Unit Costs | PHDEP | Local Cash / In Kind | Total Budget |
|---|---|---|---|---|
| a. Personnel: ACOP Salaries: | | | | |
| (1) SPPD Sergeant @ (unit commander) | $59,877 | | $59,877 | $59,877 |
| (7) SPPD Officers @ | $51,270 | $279,795 | | $279,795 |
| PHA Contribution | | | $60,000 | $60,000 |
| SPPD Contribution | | | $19,095 | $19,095 |
| (3) Interpreters (CLO)@ | $27,516 | $82,548 | | $82,548 |
| (11.00) Subtotal ACOP Personnel | | $362,343 | $138,972 | $501,315 |
| Personnel: ACOP-PHA Liaison Team | | | | |
| (1) SPPD Sergeant @ | $59,877 | $59,877 | | $59,877 |
| (4) SPPD Officers for hi-rises @ | $51,270 | $205,080 | | $205,080 |
| **TOTAL PERSONNEL - 16** | | **$627,300** | **$138,972** | **$766,272** |
| | $484,875 | | | |
| b. Fringe Benefits- ACOP | | | $210,188 | $210,188 |
| **Subtotal Fringe Benefits** | | | **$210,188** | **$210,188** |
| **Subtotal Personnel + Fringe before Overtime** | | **$627,300** | **$349,160** | **$976,460** |
| c. Overtime Cost - ACOP | | | $18,470 | $18,470 |
| **TOTAL SALARIES PLUS FRINGES PLUS OVERTIME** | | **$627,300** | **$367,630** | **$994,930** |
| d. Training - CEU's for POST License specialized conferences | | | $4,000 | $4,000 |
| e. Equipment - TOTAL ANNUALIZED COSTS | | | | |
| (5) marked police squad cars, @ | $7,420 | $0 | $37,100 | $37,100 |
| (5) unmarked police cruisers, @ | $4,240 | $0 | $21,200 | $21,200 |
| Total Equipment | | $0 | $58,300 | $58,300 |
| f. Supplies: Consumable supplies and printing | | | | |
| postage, phones for ACOP office, squad cell phone | | $0 | $7,875 | $7,875 |
| Total Supplies | | $0 | $7,875 | $7,875 |
| g. Contractual    No Items | | $0 | $0 | $0 |
| h. Construction    No Items | | $0 | $0 | $0 |
| i. Other    No Items | | $0 | $0 | $0 |
| Total Direct Costs | | 627,300 | $437,805 | $1,065,105 |
| Less PHA Contribution | | | ($60,000) | |
| City/SPPD Contribution | | | $377,805 | |

4-4

**PHA 003210**

**2. PROGRAMS TO REDUCE THE USE OF DRUGS - DRUG PREVENTION - BUDGET NARRATIVE**

BRIEF PROGRAM DESCRIPTION:

**THE BOYS & GIRLS CLUB OF SAINT PAUL** will provide a full range of youth programs at the Mt. Airy  Club, the East Side Club and the West Side Club.

**FUNDS REQUESTED FOR ACTIVITY:  $     218,900          (12 Month Budget)**
Amplified Budget Items by Object Class Category (From SF-424A, Section B.6.)

| (all 40 hrs/wk except as shown)<br>Mt. Airy Club - Personnel & Benefits | PHDEP<br>Grant | LOCAL<br>FUNDING | Total<br>Costs |
|---|---|---|---|
| Unit Director | 33,000 | 0 | 33,000 |
| Prevention Coordinator | 25,000 | 0 | 25,000 |
| Education Director | 22,000 | 4,000 | 26,000 |
| Cultural Enrichment (.5) | | 13,000 | 13,000 |
| Health & Physical Education | 22,000 | 0 | 22,000 |
| Family Support Worker | 0 | 26,000 | 26,000 |
| Membership Secretary (.6) | 0 | 12,000 | 12,000 |
| Computer Instructor (.5) | 0 | 13,000 | 13,000 |
| Teen Specialist (.6) | 0 | 14,000 | 14,000 |
| Family Assistant (.6) | 0 | 13,000 | 13,000 |
| Maintenance | 0 | 9,000 | 9,000 |
| Payroll Tax  (.0775) | 0 | 15,965 | 15,965 |
| Fringe Benefits | 0 | 18,900 | 18,900 |
| Subtotals | 102,000 | 138,865 | 240,865 |
| **East Side Club - Personnel & Benefits** | | | |
| Unit Director | 24,750 | 8,250 | 33,000 |
| Social Development Director | | 23,000 | 23,000 |
| Health & Physical Education | 17,250 | 5,750 | 23,000 |
| Education Director | 17,250 | 5,750 | 23,000 |
| Prevention Coordinator | 18,000 | 6,000 | 24,000 |
| Membership Director (.6) | 0 | 14,000 | 14,000 |
| Computer Instructor (.5) | 0 | 12,000 | 12,000 |
| Teen Specialist (.5) | 0 | 12,000 | 12,000 |
| Cultural Enrichment (.75) | 0 | 15,600 | 15,600 |
| Family Support Director | 0 | 25,000 | 25,000 |
| Family Support (.6) | 0 | 13,000 | 13,000 |
| Environmental Education (.75) | 0 | 24,000 | 24,000 |
| Health & P. Ed. Asst. (.5) | 0 | 12,000 | 12,000 |
| Maintenance | 0 | 8,500 | 8,500 |
| Payroll Tax  (.0775) | 0 | 20,313 | 20,313 |
| Fringe Benefits | 0 | 20,600 | 20,600 |
| Subtotals | 77,250 | 225,763 | 303,013 |
| **West Side Club - Personnel & Benefits** | | | |
| Unit Director | 6,600 | 26,400 | 33,000 |
| Social Development Director | 0 | 22,000 | 22,000 |
| Health & Physical Education | 0 | 24,000 | 24,000 |
| Teen Director | 0 | 23,000 | 23,000 |
| Prevention Coordinator | 0 | 28,000 | 28,000 |
| Education Director | 0 | 28,000 | 28,000 |
| Membership Secretary (.75) | 0 | 13,000 | 13,000 |
| Cultural Enrich. Instructor (.4) | 0 | 8,700 | 8,700 |
| Computer Instructor (.5) | 0 | 13,000 | 13,000 |
| Family Support Worker | 0 | 25,000 | 25,000 |
| Family Support Assistant (.75) | 0 | 16,300 | 16,300 |
| Payroll Tax  (.0775) | 0 | 18,135 | 18,135 |
| Fringe Benefits | 0 | 21,000 | 21,000 |
| Subtotals | 6,600 | 266,535 | 273,135 |

4-5

PHA  003211

| 2. BOYS & GIRLS CLUB, cont'd | PHDEP Grant | LOCAL FUNDING | Total Costs |
|---|---|---|---|
| **Program Wide - Personnel & Benefits** | | | |
| Director of Operations | 13,050 | 41,950 | 55,000 |
| Gang Intervention Manager | 0 | 31,000 | 31,000 |
| Gang Intervention Outreach | 0 | 26,500 | 26,500 |
| Gang Intervention Outreach | 0 | 26,000 | 26,000 |
| Gang Intervention Outreach | 0 | 26,000 | 26,000 |
| Youth Advocate (.4) | 0 | 11,000 | 11,000 |
| Employment Coordinator | 0 | 25,000 | 25,000 |
| Employment Coordinator | 0 | 25,000 | 25,000 |
| Armory Program Coordinator | 0 | 25,000 | 25,000 |
| Payroll Tax (.0775) | 0 | 18,402 | 18,402 |
| Fringe Benefits | 0 | 21,200 | 21,200 |
| Subtotals | 13,050 | 277,052 | 290,102 |
| **Administration Salaries** | | | |
| Total Salaries | | 241,600 | 241,600 |
| Fringe Benefits | | 19,207 | 19,207 |
| Payroll Taxes | | 22,000 | 22,000 |
| Total Administration | | 282,807 | 281,807 |
| **PERSONNEL/BENEFITS TOTAL** | 198,900 | 1,191,022 | 1,389,922 |
| | | | |
| a. PERSONNEL SUBTOTAL | 198,900 | 995,300 | 1,194,200 |
| b. PAYROLL/BENEFITS SUBTOTAL | 0 | 195,722 | 195,722 |
| | | | |
| c. Travel | 0 | 11,000 | 11,000 |
| d. Equipment | 0 | 23,000 | 23,000 |
| e. Supplies | 5,000 | 12,000 | 17,000 |
| f. Contractual | 0 | 0 | 0 |
| g. Construction | 0 | 40,000 | 40,000 |
| h. Other | | | |
| Audit | 0 | 14,000 | 14,000 |
| Printing/Postage | 0 | 21,000 | 21,000 |
| Liability Insurance | 0 | 28,000 | 28,000 |
| Summer Lunch/Breakfast | 0 | in-kind | in-kind |
| Phone/Internet | 0 | 15,540 | 15,540 |
| Training | 0 | 35,000 | 35,000 |
| Transportation | 5,000 | 18,500 | 23,500 |
| Residential Camp | 10,000 | 20,000 | 30,000 |
| Outdoor Education | 0 | 30,000 | 30,000 |
| Keystone Leadership | 0 | 15,000 | 15,000 |
| Gang Int. Health Related | 0 | 19,000 | 19,000 |
| Teen Stipends | 0 | 21,000 | 21,000 |
| National Fees | 0 | 7,400 | 7,400 |
| Subtotals | 15,000 | 244,440 | 259,440 |
| | | | |
| **Facility Related Expenses (not PHDEP-funded)** | | - | |
| Occupancy Costs | 0 | 81,850 | 81,850 |
| In-kind | 0 | 120,000 | 120,000 |
| Total Non-Personnel | 20,000 | 532,290 | 552,290 |

| TOTALS | $ 218,900 PHDEP GRANT | $ 1,723,312 LOCAL FUNDING | $ 1,942,212 TOTAL COST |
|---|---|---|---|

PHA 003212

**TAB 4 - BUDGET - BOYS AND GIRLS CLUB**

## FIVE YEAR FORECAST:

This budget is a full service budget.  Our five year forecast is that the operating budget will grow by 2-3 per annum based upon inflation.  With staff turnover means we will hire at lower cost levels in certain positions each year, lowering the rate of increase.

We may have larger budgetary increases as a result of our grant-writing efforts that will allow us to enhance services in specialized areas, such as the arts.  These types of grants will be used to train our current staff in certain skills and build relationships with organizations that may donate goods and services allowing us to continue the programs beyond the a grant period.

4-7

### 3. PROGRAMS TO REDUCE THE USE OF DRUGS - DRUG PREVENTION

#### BUDGET NARRRATIVE

BRIEF PROGRAM DESCRIPTION:

THE McDONOUGH TEEN COUNCIL, staffed by the ST. PAUL PARKS & RECREATION Division will continue to provide activities, leadership training and community service opportunities to youth living in public housing.

With PHDEP funding the Rec Center will expand its programs for McDonough residents. See attached supporting documentation.

**FUNDS REQUESTED FOR ACTIVITY:    $47,800  (12 Months)**
**Amplified Budget Items by Object Class Category (From SF-424A, Section B.6.)**

| | PHDEP | Local cash / In Kind | Total Budget |
|---|---|---|---|
| a. Personnel       (all 40 hrs/wk except as shown) | | | |
| Teen Council Advisor - 15 hrs/wk | $7,500 | | $7,500 |
| Youth Assistant (Resident)  - 10 hrs/wk | $2,750 | | $2,750 |
| Youth Play Area Asst's (Residents) - 12hrs/wk | $9,306 | | $9,306 |
| Kwansa instructor | $810 | | |
| Art Instructor | $2,000 | | |
| Computer Aides (Residents) - 12hrs/wk | $6,204 | | $6,204 |
| Coaching Stipends | $3,600 | | $3,600 |
| Rec Center Director (1.0 FTE) | | $43,972 | $43,972 |
| Rec Center Leader (4.5 FTE) | | $92,556 | $92,556 |
| Maintenance Worker (0.3 FTE) | | $11,949 | $11,949 |
| | $32,170 | $148,477 | $177,837 |
| | | | |
| b. Fringe Benefits on above ($63,300 x 28.5%) | $0 | $42,613 | $42,613 |
| Total Fringe Benefits | $0 | $42,613 | $42,613 |
| | | | |
| c. Travel | | | |
| No items (Local transportation under OTHER) | $0 | $0 | $0 |
| Total Travel | $0 | $0 | $0 |
| | | | |
| d. Equipment - See attached | | | |
| Teen Council - computer related | $700 | | $700 |
| League sports equipment | $900 | $0 | $900 |
| | $1,600 | $0 | $1,600 |
| | | | |
| e. Supplies - See attached | | | |
| Office and program supplies | $2,981 | $300 | $3,281 |
| Total Supplies | $2,981 | $300 | $3,281 |
| | | | |
| f. Contractual  - See attached | | $0 | $0 |
| Total Contractual | $0 | $0 | $0 |
| | | | |
| g. Construction - No items. | $0 | $0 | $0 |
| Total Construction | $0 | $0 | $0 |
| | | | |
| h. Other | | | |
| See attached for details | $11,049 | $350 | $11,399 |
| Total Other | $11,049 | $350 | $11,399 |
| | | | |
| i. Building Costs (not paid by PHDEP) | | $8,150 | $8,000 |
| | | | |
| I. Total Direct Costs | $47,800 | $199,890 | $247,690 |

PHA  003214

HUD PH DRUG ELIMINATION PROGRAM - 6/15/98  APPLICATION
PARKS & REC - McDONOUGH PROGRAMS

** Resident Employment Opportunities

| | | | PHDEP GRANT | PERSONNEL BENEFITS | TRAVEL EQPMT | SUPPLIES Contract | OTHER |
|---|---|---|---|---|---|---|---|
| **1  TEEN COUNCIL** | | | PHDEP | | | | |
| PERSONNEL | Ann. Salary or $/HR | Hrs/wk | # WKS | | | | |
| ** Teen Council Advisor | $10.00 | 15 | 50 | 7500 | 7500 | | | |
| ** Youth Assistant | $5.50 | 10 | 50 | 2750 | 2750 | | | |
| Transportation - Field Trips | | | | 450 | | | | 450 |
| Equipment | | | | 0 | | 0 | | |
| Supplies | | | | 1218 | | | 1218 | |
| Equipment - computer | | | | 700 | | 700 | | |
| Other - Activities | | | | 2400 | | | | 2400 |
| | | Subtotal | 15018 | | | | | |
| **II.A  Youth Play Area** | | | | | | | | |
| ** Aides/Assistants (3) | $5.50 | 36 | 47 | 9306 | 9306 | | | |
| Supplies | | | | 283 | | | 283 | |
| | | Subtotal | 9589 | | | | | 0 |
| **II.B  Computer-Based Tutoring** | | | | | | | | |
| Personnel | $/HR | Hrs/wk | # WKS | | | | | |
| ** Aides/Assistants (2) | $5.50 | 24 | 47 | 6204 | 6204 | | | |
| Supplies, I-net access | | | | 800 | | | 800 | |
| | | Subtotal | 7004 | | | | | 0 |
| **II.C  YOUTH SPORTS** | | | | | | | | |
| ** Coaching Stipends | $200 | /team x | 18 | 3600 | 3600 | | | |
| Equipment | $50 | /team x | 18 | 900 | | 900 | | |
| balls, bats, gloves | | | | | | | | |
| $75 per team | | | | | | | | |
| Transportation | $64 | /team x | 18 | 1152 | | | | 1152 |
| Teams: | | | | | | | | |
| Spring Volleyball | | | | | | | | |
| Spring Gym Hockey | | | | | | | | |
| Summer Baseball/Softball | | | | | | | | |
| Fall Soccer Program | | | | | | | | |

4-6

PHA 003215

01-41

| | $/HR | Hrs/wk | # WKS | Subtotl | PHDEP GRANT | PERSONNEL | BENEFITS | TRAVEL | EQPMT | SUPPLIES | Contract | OTHER | CHECK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** Resident Employment Opportunities | | | | | | | | | | | | | |
| Winter Basketball | | | | | | | | | | | | | |
| Winter Soccer | | | | | | | | | | | | | |
| Subtotal | | | | 5652 | | | | | | | | | |
| | | | | | | | | | | | | | |
| II.D  VAN LEASE | | | | | | | | | | | | | |
| Lease from Public Wks | | | | | 5922 | | | | | | | 5922 | |
| | | | | | | | | | | | | | |
| II.E  WEEKLY ART | | | | | | | | | | | | | |
| | $/HR | Hrs/wk | # WKS | | | | | | | | | | |
| Art Instructor (adult) | $10.00 | 4 | 50 | | 2000 | | | | | | 2000 | | |
| Art supplies | $10 | | 50 | | 500 | | | | | 500 | | | |
| Subtotal | | | | 2500 | | | | | | | | | |
| | | | | | | | | | | | | | |
| II.F  KWANSA STUDY | | | | | | | | | | | | | |
| | $/HR | Hrs/wk | # WKS | | | | | | | | | | |
| Instructor (adult) | $30.00 | 2 | 18 | | 810 | | | | | | 810 | | |
| Supplies | $10 | | 18 | | 180 | | | | | 180 | | | |
| Transportation | $75 | | 1 | | 75 | | | | | | | 75 | |
| Subtotal | | | | 1065 | | | | | | | | | |
| | | | | | | | | | | | | | |
| II.G  Summer Swimming/Water Safety | | | | | | | | | | | | | |
| Lessons | $30 | /lesson x | 20 | | 600 | | | | | | | 600 | |
| Admissions | $0.75 | x | 600 | | 450 | | | | | | | 450 | |
| | | | | | | | | | | | | | |
| | | | | 1050 | | | | | | | | | CHECK |
| SUBTOTAL McDONOUGH TEEN COUNCIL | | | | | 15018 | 10250 | 0 | 0 | 700 | 1218 | 0 | 2850 | 15018 |
| SUBTOTAL McDONOUGH REC CENTER | | | | | 32782 | 19110 | 0 | 0 | 900 | 1763 | 2810 | 8199 | 32782 |
| | | | | | | | | | | | | | |
| TOTAL PARKS & RECREATION McDONOUGH | | | | | 47800 | 29360 | 0 | 0 | 1600 | 2981 | 2810 | 11049 | 47800 |

| PHDEP GRANT | PERSONNEL | BENEFITS | TRAVEL | EQPMT | SUPPLIES | Contract | OTHER |
|---|---|---|---|---|---|---|---|

PHA 003216

# III. BUDGET DOCUMENTATION

## *I. McDONOUGH TEEN COUNCIL*

| | |
|---|---|
| <u>Personnel/Staff</u> | $10,250 |

Teen Council Advisor (adult)
15 hrs/wk x $10/hr x 50 weeks =    $ 7,500
Teen Council Youth Assistant (youth)
10 hrs/wk x $5.50/hr x 50 weeks =   <u>$ 2,750</u>
                     Subtotal      $10,250

| | |
|---|---|
| <u>Travel</u> | $   450 |

Participant transportation for field trips/special events
5 trips x $90/trip = $450

| | |
|---|---|
| <u>Supplies</u> | $ 1,218 |

Printing/copying/office supplies =          $ 300
Arts and crafts supplies for youth projects = <u>$ 918</u>
                     Subtotal          $1,218

| | |
|---|---|
| <u>Computer program</u> | $   700 |

Supplies (diskettes, printer paper) = $300
Software = $400

| | |
|---|---|
| <u>Activity expenses</u> | <u>$ 2,400</u> |

Activity specific expenses for Teen Council activities
Examples may include: admission fees, special training requirements,
field trip expenses, and equipment rentals

| | |
|---|---|
| **TOTAL FUNDING REQUESTED FOR TEEN COUNCIL** | **$15,018** |

## *II. McDONOUGH RECREATION CENTER YOUTH ACTIVITIES*

### *A. Youth Play Area*         **$9,589**

<u>Personnel/Staff</u>
Aides/Assistants (youth)·
$5.50/hr x 3 hrs/day x 4 days/wk x 47 wks/yr x 3 aides = $9,306

<u>Supplies</u>
Cleaning =          $ 50
Gym accessories =   <u>$233</u>
       Subtotal     $283

4-11

## B. *Computer Based Tutoring*                                      $7,004

Staff/personnel
Aides/Assistants (youth)
$5.50/hr x 3 hr/day x 4 days/wk x 47 wks/yr x 2 aides = $6,204

Supplies
Diskettes/paper =     $300
Software =            $300
Internet access =     $200
        Subtotal     $800

## C. *Youth Sports Program*                                         $5,652

Coaching stipends
Team coach (youth or adult)
$200/coach  x 1 coach/ team x 18 teams = $3,600

Equipment
Examples may include: basketballs, baseballs, soccer balls,
scorebooks, gloves, baseball bats.
$50/team x 18 teams = $900

Transportation
1 trips/team  x $64/trip x 18 teams = $1,152

## D. *Lease Van from Department of Public Works*                    $5,922

Charge for one year lease of 15 passenger van
Includes gasoline and service/repairs

## E. *Weekly Art*                                                   $2,500

Staff/personnel
Art instructor (adult)
$10/hr x 4 hr/wk x 50 wks = $2000

Supplies
Examples may include paper, pencils, pens, erasers, paints, brushes.
$10/wk x 50 wks = $500

4-12

*F. Kwansa Study*                                          **$1,065**

> Staff/personnel
> Instructor (adult)
> $30/hr x 1.5 hrs/wk x 18 wks = $810
>
> Supplies
> Examples may include: books, arts and craft items
> $10/wk x 18 wks = $180
>
> Transportation
> Field trips to special events
> 1 trip @ $75 = $75

*G. Summer Swimming/Water Safety*                          **$1,050**

> Lessons
> $30/lesson x 20 lessons = $600
>
> Open Swims
> 600 open swims x $0.75/open swim = $450

**TOTAL FUNDING REQUESTED FOR McDONOUGH RECREATION
CENTER YOUTH ACTIVITIES**                                  **$32,782**

## SUMMARY

| McDONOUGH RECREATION CENTER YOUTH ACTIVITIES | |
|---|---|
| SUBTOTAL | **$15,018** |
| **McDONOUGH TEEN COUNCIL SUBTOTAL** | **$32,782** |
| **PARKS AND RECREATION McDONOUGH TOTAL** | **$47,800** |

4-13

## IN KIND CONTRIBUTIONS PROVIDED ANNUALLY
## BY SAINT PAUL PARKS AND RECREATION

**Staff**

| | |
|---|---|
| 1.0 FTE Recreation Center Director | $ 43,972 |
| 4.5 FTE Recreation Leader | $ 92,556 |
| 0.3 FTE Maintenance Worker | $ 11,949 |
| **Subtotal (actual)** | **$ 148,477** |

**Benefits**

| | |
|---|---|
| Total staff salaries ($148,477) x 0.287 | $ 42,613 |

**Allocation**

| | |
|---|---|
| General supplies | $   300 |
| Transportation | $   350 |
| **Subtotal (actual)** | **$   650** |

**Facilities**

| | |
|---|---|
| Utilities (approximate) | $ 8,150 |

**TOTAL IN KIND CONTRIBUTIONS**        **$199,890**

Note: The remainder of all programming funds are generated through localized fundraising efforts and partnerships, bot budgeted funds. Moneys obtained through grant programs and localized fundraising are necessary to provide these proposed programs, as participant fees will discourage involvement and create a barrier for many youth.

4-14

PHA  003220

## 4. PROGRAMS TO REDUCE THE USE OF DRUGS - DRUG PREVENTION

### BUDGET NARRRATIVE

BRIEF PROGRAM DESCRIPTION:

The PHA will use PHDEP funds to contract for evaluations of the prevention programs, as well as a survey on resident perception of safety and security. Other programs, including one to help families in trouble avoid eviction will also be funded. The PHA will use its other HUD funds to pay the salary of the part-time Drug Elimination Programs Coordinator and for physical security enhancements, resident employment, etc. See attached.

**FUNDS REQUESTED FOR ACTIVITY:**      $ 41,660   (12 Months)

**Amplified Budget Items by Object Class Category (From SF-424A, Section B.6.)**

| (all 40 hrs/wk except as shown) | PHDEP | Non-Fed'l Other | Other PHA Fed'l |
|---|---|---|---|
| a. Personnel | | | |
| PHDEP Coordinator (1/2-time) | $0 | $0 | $19,700 |
| Total Personnel | $0 | $0 | $19,700 |
| | | | |
| b. Fringe Benefits on above | $0 | $0 | $3,350 |
| Total Fringe Benefits | $0 | $0 | $3,350 |
| | | | |
| c. Travel - HUD conferences, training for PHDEP staff/residents | $1,160 | $0 | $0 |
| Total Travel | $1,160 | $0 | $0 |
| | | | |
| d. Equipment - fax, PC, software | $0 | $0 | $0 |
| | $0 | $0 | $0 |
| | | | |
| e. Supplies - Printing, postage | $1,000 | $0 | $0 |
| Total Supplies | $1,000 | $0 | $0 |
| | | | |
| f. Contractual - See attached. | | | |
| Avoiding Evictions/ Successful Living | $5,000 | | |
| Families in Trouble | $5,000 | | |
| Evaluation | $24,500 | $0 | |
| Total Contractual | $34,500 | $0 | |
| | | | |
| g. Construction - No items. | $0 | $0 | |
| | $0 | $0 | |
| h. Other | | | |
| Scholarships | $5,000 | $0 | |
| Physical Improvements/Security | | | $100,000 |
| | $0 | $0 | |
| Total Other | $5,000 | $0 | $100,000 |
| | | | |
| i. Total Direct Costs | $41,660 | $0 | $123,050 |

4-15

PHA 003221

# PHA DRUG PREVENTION ACTIVITIES
## BUDGET EXPLANATION

a.  **Personnel - No PHDEP funding requested.** The PHA will continue to use Comp Grant and/or public housing operating budget funds to pay the PHDEP Coordinator. The position is currently split, with one person working one-half time as PHDEP Coordinator and one-half time as an Assistant Housing Manager.

b.  **Fringe Benefits. Same.**

c.  **Travel - $1,160.** We anticipate the need to send PHA staff and/or residents to one or more training conferences related to PHDEP activities during the year. The amount requested would cover approximately 1-3 trips (airfare, lodging, meals).

d.  **Supplies - $1,000.** We anticipate using at least this amount for special printing and mailing costs relating to PHDEP resident activities. One special mailing to all 4300 households costs $1376 in postage alone, so we generally send out announcements with rent statements.

e.  **Contractual - $34,500.**
    **i. Avoiding Eviction: Help for Families in Trouble. ($5,000)**

Over the past two years the PHA has collaborated with community service providers to offer extra help to some families who wished to avoid eviction based on their children's illegal and disruptive behavior. These are often families with one or more children involved in illegal gang activity or other criminal or violent behavior. The model "Social Adjustment Program" was developed by McDonough Homes and Wilder Foundation staff. It has succeeded in helping some families avoid eviction by redirecting the offending youth (and sometimes younger children in the family) toward more positive activities.

With funding provided by the 1997 and 1998 PHDEP grants, the PHA contracted with the Wilder Foundation to expand the services of the "Social Adjustment Program" to other PHA sites. Although the Wilder program is open to any resident referred by housing managers, it focuses on Asian American families, especially Hmong families.

**ii. PHDEP Evaluation and Resident Survey- $24,500.** Using 1997 PHDEP funds and other PHA funds, the PHA is contracting with the Wilder Research Center, a division of the Amherst H. Wilder Foundation in Saint Paul, for a major evaluation of PHDEP programs. The evaluation

PHA 003222

will begin 1998 and continue in 1999 if the requested grant is awarded. The evaluations are explained further at Tab 14.

The PHA has used past Wilder evaluations as a basis for adding, dropping and modifying PHDEP funded programs. (We stopped funding parent education programs by Boys & Girls Club and Women's Association of Hmong and Lao; ongoing programs are stressing employment, non-violent conflict resolution, etc.)

iii. **Successful Living ($5,000).** In November 1998, the PHA used 1997 PHDEP funds to contract with African American Family Services (AAFS) in the amount of $10,000. A pilot program (Successful Living) was started to provide a variety of services including resident training seminars, chemical dependency assessments, treatment and aftercare, and violence intervention programs. Due to reduced PHDEP funding, the PHA requests $5,000 to continue a large portion of the contract with AAFS. Family development and scattered site residents will be given the opportunity to participate in two seminars which will have discussion on topics related to cultural differences, chemical dependency, and getting along with neighbors.

f.     **Other - ($5,000) Scholarships.**
The PHA requested PHDEP funds for scholarships (maximum $500 per scholarship) in both 1997 and 1998. The PHA is requesting another $5,000 to continue scholarship opportunities. The scholarships will support the PHDEP objectives as follows: First priority will be given to residents enrolling in post-secondary and/or law enforcement programs, and who have participated in PHA crime watch or door watch programs, SPPD's NAO (Neighborhood Assistance Officer) program, etc. Scholarships will also be considered for technical or vocational educational experiences, and recreational and enrichment camp experiences for youth.

g.     **Physical improvements to enhance security - None.** The PHA is not requesting 1999 PHDEP funds for physical improvements. The PHA will spend approximately $100,000 this year to continue making needed upgrades in the hi-rise entry security systems and other security-related improvements.

BGTNRPHA.DOC

PHA 003223