**TAB 4 - BUDGET - WILDER SOCIAL ADJ. PROGRAM**

## PHA Living in America Project
## 2000 - 2005
## BUDGET
## 12 Months

| | | |
|---|---|---|
| Staff salaries | 16.20/hour - 159 hours | $2575 |
| Benefits @ 28% | | 750 |
| Stipends for parents and teens to help facilitate groups (former group participants) | 8 stipends @ $25/each | 200 |
| Staff time and supplies for 2 camping trips | Cambodian fathers and sons | 675 |
| | Hmong youth | 600 |
| Trips and activities | Cambodian and Hmong families | 200 |
| **Total** | | **$5000** |
| In Kind - Administrative Overhead | | $ 750 |
| Supervision | 52 hours @ $23/hour | 1200 |
| **Total In-Kind** | | **$1950** |

PHA  003224

**Workshops for Residents of St. Paul Public Housing**

**A Collaborative Project of St, Paul Public Housing Agency (PHA)**
**And African American Family Services**

## Budget Narrative

**Brief Program Description:**
PHA and African American Family Services will provide workshops for residents of each of the four sites administered by PHA, the over-arching purpose of which is to help build community and a sense of community empowerment by providing useful, life-enhancing information on alcohol and other drug abuse, and dealing with cultural differences among residents.

| | | | |
|---|---|---|---|
| a. | Personnel | (staff time) | $ 1,000 |
| b. | Workshops | (2 each at 4 sites @$350 a workshop) | 2,800 |
| c. | Incentives | (gift certificates) | 690 |
| d. | Printing | (flyers and reminder cards) | 350 |
| e. | Food | (refreshments) | 160 |
| TOTAL | | | $ 5,000 |

We anticipate that these budget amounts will remain consistent over the next five years.

PHA  003225

## Assurances—Non-Construction Programs

OMB Approval No. 0348-0040

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Please do not return your completed form to the Office of Management and Budget; send it to the address provided by the sponsoring agency.

Note: Certain of these assurances may not be applicable to your project or program. If you have questions, please contact the awarding agency. Further, certain Federal awarding agencies may require applicants to certify to additional assurances. If such is the case you will be notified.

As the duly authorized representative of the applicant I certify that the applicant:

1. Has the legal authority to apply for Federal assistance, and the institutional, managerial and financial capability (including funds sufficient to pay the non-Federal share of project costs) to ensure proper planning, management and completion of the project described in this application.

2. Will give the awarding agency, the Comptroller General of the United States, and if appropriate, the State, through any authorized representative, access to and the right to examine all records, books, papers, or documents related to the award; and will establish a proper accounting system in accordance with generally accepted accounting standards or agency directives.

3. Will establish safeguards to prohibit employees from using their positions for a purpose that constitutes or presents the appearance of personal or organizational conflict of interest, or personal gain.

4. Will initiate and complete the work within the applicable time frame after receipt of approval of the awarding agency.

5. Will comply with the Intergovernmental Personnel Act of 1970 (42 U.S.C. §§ 4728-4763) relating to prescribed standards for merit systems for programs funded under one of the nineteen statutes or regulations specified in Appendix A of OPM's Standards for a Merit System of Personnel Administration (5 C.F.R. 900, Subpart F).

6. Will comply with all Federal statutes relating to nondiscrimination. These include but are not limited to: (a) Title VI of the Civil Rights Act of 1964 (P.L. 88-352) which prohibits discrimination on the basis of race, color or national origin; (b) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. §§ 1681-1683, and 1685-1686), which prohibits discrimination on the basis of sex; (c) Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. § 794), which prohibits discrimination on the basis of handicaps; (d) the Age Discrimination Act of 1975, as amended (42 U.S.C. §§ 6101-6107), which prohibits discrimination on the basis of age; (e) the Drug Abuse Office and Treatment Act of 1972 (P.O. 92-255), as amended, relating to nondiscrimination on the basis of drug abuse; (f) the Comprehensive Alcohol Abuse and Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (P.L. 91-616), as amended, relating to nondiscrimination on the basis of alcohol abuse or alcoholism;

(g) §§ 523 and 527 of the Public Health Service Act of 1912 (42 U.S.C. 290 dd-3 and 290 ee-3), as amended, relating to confidentiality of alcohol and drug abuse patient records; (h) Title VIII of the Civil Rights Act of 1968 (42 U.S.C. § 36701 et seq.), as amended, relating to nondiscrimination in the sale, rental or financing of housing; (i) any other nondiscrimination provisions in the specific statute(s) under which application for Federal assistance is being made; and (j) the requirements of any other nondiscrimination statute(s) which may apply to the application.

7. Will comply, or has already complied, with the requirements of Titles II and III of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (P.L. 91-646) which provide for fair and equitable treatment of persons displaced or whose property is acquired as a result of Federal or federally assisted programs. These requirements apply to all interests in real property acquired for project purposes regardless of Federal participation in purchases.

8. Will comply, as applicable, with the provisions of the Hatch Act (5 U.S.C. §§ 1501-1508 and 7324-7328) which limit the political activities of employees whose principal employment activities are funded in whole or in part with Federal funds.

9. Will comply, as applicable, with the provisions of the Davis-Bacon Act (40 U.S.C. §§ 276a and 276a-7), the Copeland Act (40 U.S.C. § 276c and 18 U.S.C. §§ 874), and the Contract Work Hours and Safety Standards Act (40 U.S.C. §§ 327-333), regarding labor standards for federally assisted construction subagreements.

10. Will comply, if applicable, with flood insurance purchase requirements of Section 102(a) of the Flood Disaster Protection Act of 1973 (P.L. 93-234) which requires recipients in a special flood hazard area to participate in the program and to purchase flood insurance if the total cost of insurable construction and acquisition is $10,000 or more.

11. Will comply with environmental standards which may be prescribed pursuant to the following: (a) institution of environmental quality control measures under the National Environmental Policy Act of 1969 (P.L. 91-190) and Executive Order (EO) 11514; (b) notification of violating facilities pursuant to EO 11738; (c) protection of wetlands pursuant to EO 11990; (e) evaluation of flood hazards in flood plains in accordance with EO 11988; (e) assurance of

Previous Editions Usable

Page 1 of 2
Authorized for Local Reproduction
5-1

SF-424B (Rev. 4/92)
Prescribed by OMB Circular A-102
PHA 003226

project consistency with the approved State management program developed under the Coastal Zone Management Act of 1972 (16 U.S.C. §§ 1451 et seq.); (f) conformity of Federal actions to State (Clear Air) Implementation Plans under Section 176(c) of the Clear Air Act of 1955, as amended (42 U.S.C. § 7401 et seq.); (g) protection of underground sources of drinking water under the Safe Drinking Water Act of 1974, as amended, (P.L. 93-523); and (h) protection of endangered species under the Endangered Species Act of 1973, as amended, (P.L. 93-205).

12. Will comply with the Wild and Scenic Rivers Act of 1968 (16 U.S.C. §§ 1271 et seq.) related to protecting components or potential components of the national wild and scenic rivers system.

13. Will assist the awarding agency in assuring compliance with Section 106 of the national Historic Preservation Act of 1966, as amended (16 U.S.C. 470), EO 11593 (identification and protection of historic properties), and the Archaeological and Historic Preservation Act of 1974 (16 U.S.C. 469a-1 et seq.).

14. Will comply with P.L. 93-348 regarding the protection of human subjects involved in research, development, and related activities supported by this award of assistance.

15. Will comply with the Laboratory Animal Welfare Act of 1966 (P.L. 89-544, as amended, 7 U.S.C. 2131 et seq.) pertaining to the care, handling, and treatment of warm-blooded animals held for research, teaching, or other activities supported by this award of assistance.

16. Will comply with the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. §§ 4801 et seq.) which prohibits the use of lead based paint in construction or rehabilitation of residence structures.

17. Will cause to be performed the required financial and compliance audits in accordance with the Single Audit Act of 1984 or OMB Circular No. A-133, Audits of Institutions of Higher Learning and other Non-profit Institutions.

18. Will comply with all applicable requirements of all other Federal laws, executive orders, regulations and policies governing this program.

| Signature of Authorized Certifying Official | Title |
|---|---|
|  | Executive Director |
| Applicant Organization | Date Submitted |
| Public Housing Agency of the City of St. Paul | 6/15/99 |

Previous Editions Usable — Page 2 of 2 — Authorized for Local Reproduction — SF-424B (Rev. 4/9. Prescribed by OMB Circular A-10.

PHA 003227

5-2

TAB 6

**Applicant/Recipient
Disclosure/Update Report**

U.S. Department of Housing
and Urban Development
Office of Ethics

OMB Approval No.2510-0011
& 2506-0167 (exp. 1/31/99)

Instructions. (See Public Reporting Statement and Privacy Act Statement and detailed instructions on page 4.)

**Part I  Applicant/Recipient Information**     Indicate whether this is an Initial Report [X]     or an Update Report [ ]

| 1. Applicant/Recipient Name, Address, and Phone (include area code) | Social Security Number or Employer ID Number |
|---|---|
| Public Housing Agency of the City of Saint Paul<br>480 Cedar Street, Suite 600<br>Saint Paul, MN 55101 | 41-1309192 |

2. Project Assisted/ to be Assisted (Project/Activity name and/or number and its location by Street address, City, and State)     *see atta[ched]
for hi-r[ise]
listing

McDonough Homes          Mt. Airy Homes          Roosevelt Homes          Dunedin Terrace
1544 Timberlake Rd       200 E. Arch St.         1575 Ames Ave.           469 Ada St.
St. Paul MN 55117        St. Paul, MN 55101      St. Paul MN 55106        St. Paul MN 55107

| 3. Assistance Requested/Received | 4. HUD Program | 5. Amount Requested/Received |
|---|---|---|
| Drug Elimination / Prevention Funding | PHDEP 1999 | $ 935,660 |

**Part II. Threshold Determinations -- Applicants Only**

1. Are you requesting HUD assistance for a specific project or activity, as provided by 24 CFR Part 12, Subpart C, and have you received, or can you reasonably expect to receive, an aggregate amount of all forms of covered assistance from HUD, States, and units of general local government, in excess of $200,000 during the Federal fiscal year (October 1 through September 30) in which the application is submitted?     [X] Yes   [ ] No

If Yes, you must complete the remainder of this report.

If No, you must sign the certification below and answer the next question.

I hereby certify that this information is true. (Signature) _____ Date _____

2. Is this application for a specific housing project that involves other government assistance?     [X] Yes   [ ] No

If Yes, you must complete the remainder of this report.

If No, you must sign this certification.

I hereby certify that this information is true. (Signature) _____ Date _____

If your answers to both questions are No, you do not need to complete Parts III, IV, or V, but you must sign the certification at the end of the report.

**Part III.  Other Government Assistance Provided/Requested**

| Department/State/Local Agency Name and Address | Program | Type of Assistance | Amount Requested/Provided |
|---|---|---|---|
| City of St. Paul Police Dept.<br>100 E. 11th St.<br>St. Paul, MN 55101 | St. Paul Police Department | In-kind personnel costs, equipment, supplies, training | $377,805 |
| City of St. Paul Parks and Recreation Division<br>25 W. 4th St.<br>St. Paul, MN 55102 | Parks and Recreation | In-kind personnel costs supplies transportation facilities | $199,890 |

Is there other government assistance that is reportable in this Part and in Part V, but that is reported only in Part V?   [ ] Yes   [X] No

If there is no other government assistance, you must certify that this information is true.

I hereby certify that this information is true. (Signature) _____N/A_____ Date 6/11/99

6-1

form HUD-2880 (3/92)
ref. Sec 102, HRA 1989; PL. 101 - 235

PHA 003228

**Part IV. Interested Parties**

| Alphabetical list of all persons with a reportable financial interest in the project or activity (for individuals, give the last name first) | Social Security Number or Employee ID Number | Type of Participation in Project/Activity | Financial Interest in Project/Activity ($ and %) |
|---|---|---|---|
| Boys & Girls Club of St. Paul<br>  Richard Grigos, Interim Executive Director | 36-3326150 | Contract | $218,900 |
| City of St. Paul Parks and Recreation<br>  Vic Wittgenstein, Interim Superintendent | N/A | Contract | $ 47,800 |
| City of St. Paul Police Department<br>  William Finney, Chief<br>  Norm Coleman, Mayor | N/A | Contract | $627,300 |

If there are no persons with a reportable financial interest, you must certify that this information is true.

I hereby certify that this information is true. (Signature) _Barbara L Spillum for fmS_   Date _6/11/99_

form HUD-2880 (3/92)
ref. Sec 102, HRA 1989; PL. 101 - 235

PHA 003229

**Part V.  Report on Expected Sources and Uses of Funds**

## Source

935,660 – Public Housing Drug Elimination
            (CFDA – 14.854)
            U.S. Department of HUD
            451 Seventh St. SW, Room 4116
            Washington, DC  20410

$199,890 In-kind

St. Paul Parks and Recreation
Division
25 W. 4th St.
St. Paul, MN  55102

$183,050   St. Paul PHA
In-Kind    480 Cedar Street
           St. Paul MN  55101

$377,805  In-kind

City of St. Paul Police Department
100 E. 11th St.
St. Paul, MN  55101

$1,723,312  In-kind

Boys & Girls Club of St. Paul
1620 Ames Ave.
St. Paul, MN  55106

If there are no sources of funds, you must certify that this information is true.
I hereby certify that this information is true. (Signature) _____ N/A _____ Date _____

## Use

See Tab 4.

Use of funds:

Law enforcement and drug prevention programs.

If there are no uses of funds, you must certify that this information is true.
I hereby certify that this information is true. (Signature) _____ N/A _____ Date  6/11/99

**Certification**

**Warning:**  If you knowingly make a false statement on this form, you may be subject to civil or criminal penalties under Section 1001 of Title 18 of the United States Code.  In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.

I certify that this information is true and complete.

| Signature | Date |
|---|---|
| *Barbara L. Sprlick for JWH* | 6/11/99 |

form HUD-2880 (3/92)
ref. Sec 102, HRA 1989; PL. 101 - 235

**PHA 003230**

Public reporting burden for this collection of information is estimated to average 2.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  This agency may not conduct or sponsor, and a person is not required to respond to, a collection information unless that collecton displays a valid OMB control number.

Privacy Act Statement. Except for Social Security Numbers (SSNs) and Employer Identification Numbers (EINs), the Department of Housing and Urban Development (HUD) is authorized to collect all the information required by this form under section 102 of the Department of Housing and Urban Development Reform Act of 1989, 42 U.S.C. 3531. Disclosure of SSNs and EINs is optional.  The SSN or EIN is used as a unique identifier.  The information you provide will enable HUD to carry out its responsibilities under Sections 102(b), (c), and (d) of the Department of Housing and Urban Development Reform Act of 1989, Pub. L. 101-235, approved December 15, 1989.  These provisions will help ensure greater accountability and integrity in the provision of certain types of assistance administered by HUD.  They will also help ensure that HUD assistance for a specific housing project under Section 102(d) is not more than is necessary to make the project feasible after taking account of other government assistance.  HUD will make available to the public all applicant disclosure reports for five years in the case of applications for competitive assistance, and for generally three years in the case of other applications.  Update reports will be made available along with the disclosure reports, but in no case for a period generally less than three years.  All reports, both initial reports and update reports, will be made available in accordance with the Freedom of Information Act (5 U.S.C. §552) and HUD's implementing regulations at 24 CFR Part 15. HUD will use the information in evaluating individual assistance applications and in performing internal administrative analyses to assist in the management of specific HUD programs. The information will also be used in making the determination under Section 102(d) whether HUD assistance for a specific housing project is more than is necessary to make the project feasible after taking account of other government assistance.  You must provide all the required information.  Failure to provide any required information may delay the processing of your application, and may result in sanctions and penalties, including imposition of the administrative and civil money penalties specified under 24 CFR §12.34.

Note: This form only covers assistance made available by the Department. States and units of general local government that carry out responsibilities under Sections 102(b) and (c) of the Reform Act must develop their own procedures for complying with the Act.

## Instructions (See Note 1 on last page.)

I.  Overview. Subpart C of 24 CFR Part 12 provides for (1) initial reports from applicants for HUD assistance and (2) update reports from recipients of HUD assistance.  An overview of these requirements follows.

A. Applicant disclosure (initial) reports: General. All applicants for assistance from HUD for a specific project or activity must make a number of disclosures, if the applicant meets a dollar threshold for the receipt of covered assistance during the fiscal year in which the application is submitted. The applicant must also make the disclosures if it requests assistance from HUD for a specific housing project that involves assistance from other governmental sources.

Applicants subject to Subpart C must make the following disclosures:

Assistance from other government sources in connection with the project,

The financial interests of persons in the project,

The sources of funds to be made available for the project, and

The uses to which the funds are to be put.

B. Update reports: General. All recipients of covered assistance must submit update reports to the Department to reflect substantial changes to the initial applicant disclosure reports.

C.  Applicant disclosure reports:  Specific guidance.  The applicant must complete all parts of this disclosure form if either of the following two circumstances in paragraph 1. or 2., below, applies:

1.a.  Nature of Assistance. The applicant submits an application for assistance for a specific project or activity (See Note 2) in which:

HUD makes assistance available to a recipient for a specific project or activity;  or

HUD makes assistance available to an entity (other than a State or a unit of general local government), such as a public housing agency (PHA), for a specific project or activity, where the application is required by statute or regulation to be submitted to HUD for any purpose;  and

b.     Dollar Threshold. The applicant has received, or can reasonably expect to receive, an aggregate amount of all forms of assistance (See Note 3) from HUD, States, and units of general local government, in excess of $200,000 during the Federal fiscal year (October 1 through September 30) in which the application is submitted. (See Note 4)

2. The applicant submits an application for assistance for a specific housing project that involves other government assistance. (See Note 5)     Note:  There is no dollar threshold for this criterion: any other government assistance triggers the requirement. (See Note 6)

If the Application meets neither of these two criteria, the applicant need only complete Parts I and II of this report, as well as the certification at the end of the report. If the Application meets either of these criteria, the applicant must complete the entire report.

The applicant disclosure report must be submitted with the application for the assistance involved.

D. Update reports: Specific guidance. During the period in which an application for covered assistance is pending, or in which the assistance is being provided (as indicated in the relevant grant or other agreement), the applicant must make the following additional disclosures:

1. Any information that should have been disclosed in connection with the application, but that was omitted.

2. Any information that would have been subject to disclosure in connection with the application, but that arose at a later time, including information concerning an interested party that now meets the applicable disclosure threshold referred to in Part IV, below.

3. For changes in previously disclosed other government assistance:

For programs administered by the Assistant Secretary for Community Planning and Development, any change in other government assistance that exceeds the amount of such assistance that was previously disclosed by $250,000 or by 10 percent of the assistance (whichever is lower).

For all other programs, any change in other government assistance that exceeds the amount of such assistance that was previously disclosed.

4. For changes in previously disclosed financial interests, any change in the amount of the financial interest of a person that exceeds the amount of the previously disclosed interests by $50,000 or by 10 percent of such interests (whichever is lower).

form HUD-2880 (3/92)
ref. Sec. 102, HUD 1989, P.L. 101 - 235

PHA 003231

# LIST OF PHA HI-RISES

**CENTRAL HI-RISE**
554 W. Central Avenue
St. Paul, MN  55103

**CLEVELAND HI-RISE**
899 S. Cleveland Avenue
St. Paul, MN  55116

**DUNEDIN HI-RISE**
469 Ada Street
St. Paul, MN  55107

**EDGERTON HI-RISE**
1000 Edgerton Street
St. Paul, MN  55101

**EXCHANGE HI-RISE**
10 W. Exchange Street
St. Paul, MN  55102

**FRONT HI-RISE**
727 Front Street
St. Paul, MN  55103

**HAMLINE HI-RISE**
777 N Hamline Avenue
St. Paul, MN  55104

**IOWA HI-RISE**
1743 E. Iowa Avenue
St. Paul, MN  55106

**MONTREAL HI-RISE**
1085 Montreal Avenue
St. Paul, MN  55116

**MT. AIRY HI-RISE**
200 E. Arch Street
St. Paul, MN  55101

**NEILL HI-RISE**
325 Laurel Avenue
St. Paul, MN  55102

**RAVOUX HI-RISE**
280 Ravoux Street
St. Paul, MN  55103

**SEAL HI-RISE**
825 Seal Street
St. Paul, MN  55114

**VALLEY HI-RISE**
261 E. University Avenue
St. Paul, MN  55101

**WABASHA HI-RISE**
545 N. Wabasha Street
St. Paul, MN  55102

**WILSON HI-RISE**
1300 Wilson Avenue
St. Paul, MN  55106

6-5

# TAB 7

## TABLE OF CONTENTS:

- STATEMENT OF THE PROBLEM
- PLAN FOR ADDRESSING THE PROBLEM
- PROGRAM PLAN GOAL EXPLANATIONS
- SUMMARY GRID
- CRIME STATISTICS
- PHA DEMOGRAPHICS

PHA 003233

## BRIEF STATEMENT OF THE PROBLEM

A 1998 survey shows that most St. Paul public housing families and hi-rise residents (elderly, disabled and single people) feel safe in their developments. In fact, reported crime rates in most categories, for most PHA housing developments, are lower than the citywide rates. PHDEP efforts in the last eight years contribute to these results. The ACOP community policing, specific youth programming, and other PHDEP-funded activities remain important partners in continuing to achieve lower crime rates "in and around" public housing properties than crime rates citywide.

Although crime statistics indicators reflect a relatively low incidence of drug-related crime and other criminal activities associated with drug-related problems, there remain many risk factors for poor families and youth living in PHA public housing, resulting in susceptibility to the lure of such criminal behavior. A comprehensive and coordinated approach with seasoned PHDEP partners is proposed to address criminal behavior and problems that may contribute to drug and drug-related criminal activities in and around public housing.

The problems include: illegal drug use and dealing, in occupied units and "open-air drug markets;" drive-by shootings; illegal firearms possession, use and sale; use or threat of deadly weapons; domestic violence and violence toward staff; illegal gang activities; cultural and family conflicts; low academic achievement (high drop out rates); continued high dependency on welfare assistance (even though several families now report some earned income); vandalism, including graffiti; and numerous barriers (including acculturation difficulties and lack of language skills faced by many of the PHA's immigrant and refugee households) that result in resident hopelessness, lack of control and lack of involvement.

The following narrative describes St. Paul's comprehensive approach, and core program plans for addressing the problems. This is accompanied by a summary grid, which characterizes the issues under three main "Problem Description" headings, and highlights the PHDEP activities, goals and outcomes to address the problems. In addition several non-PHDEP funded supportive activities are noted, to provide a better understanding of overall DEP strategies in and around St. Paul public housing.

PHA 003234

# TAB 7

## THE PHA'S LONG-RANGE PLAN FOR DRUG ELIMINATION AND PREVENTION, SAFETY AND SECURITY

PHA 003235

TAB 7 - PHA'S PLAN



**PUBLIC HOUSING AGENCY**
**SAINT PAUL**



## SAFE COMMUNITIES:

## THE PHA'S LONG-RANGE PLAN FOR
## DRUG ELIMINATION AND PREVENTION, SAFETY AND SECURITY

**SUMMARY:** As stated in the PHA's ANTI-DRUG STRATEGY/SECURITY
POLICY,

> The PHA is committed to working with residents of public housing,
> local officials, law enforcement agencies, and other public, private
> and nonprofit partners to eliminate drugs, violence and other
> criminal behavior on PHA properties and provide a secure and
> positive environment for residents.

The PHA will maintain that environment in family housing developments and hi-
rises by creatively employing community policing; rapid-response security
measures; illegal drug, violence and gang-prevention strategies; training and
employment ("Welfare to Work") programs; targeted youth and parenting
programs; and sound public housing management practices.

**PHA VISION STATEMENT.** The St. Paul PHA's long range plan for drug and
drug related crime elimination has its basis in the 1998-2000 Vision Statement
adopted by the PHA Board of Commissioners in June, 1997. The statement reads
in part,

> The PHA will build upon its tradition of providing decent, safe and
> affordable housing in all areas of the city, through the efforts of its
> Board, residents, staff and external partners....The PHA, in
> partnership with residents, will continue to assess residents' needs
> and actively pursue programs to provide needed support services
> that promote independence  and economic self-sufficiency, and

7-2

480 Cedar Street • Suite 600 • Saint Paul, Minnesota 55101-2240 **PHA 003236**
651-298-5664 • Fax 651-298-5666



eliminate barriers to aging in place.  The PHA recognizes the importance of partnerships and collaborations, and of working with the valued network of community service providers to meet the needs of a diverse resident population and to promote resident leadership and involvement.

**BACKGROUND:**  The Saint Paul PHA's first Public Housing Drug Elimination Program (PHDEP), funded by HUD in 1990, was designed with the Saint Paul Police Department (SPPD) to develop a community policing program that would address the needs of residents of family public housing developments.  At that time the majority of family residents were Southeast Asian refugees with multiple barriers to accessing police services and dealing with drug related crime.  After ACOP's first year, its mission was broadened to serve the full community of public housing residents, including all races and cultures.  As PHA and SPPD staff saw and heard residents speak to the need for youth and parenting programs to augment the community policing program, the PHA collaborated with the community to insure access to needed programs exists in the housing developments.  The PHA is committed to incorporating best practices into plans and programming and has received PHDEP in Federal Fiscal Years 1990 through 1994 and in FFY1996, 1997, and 1998.

**EFFECTS OF DRUGS AND GANGS:**  The PHA recognizes the potentially devastating impact of illegal drugs and drug-related crime on its residents in both hi-rises and family developments.  Illegal gang activity and related drug crime are increasing rapidly in the Midwest among youth and adults; the number of older adults involved in drug related crime is also increasing.  Drug-related crime can destroy the ability of families and individuals to successfully move from dependence on public assistance to increasing self-sufficiency and independence.  Drug-related and other illegal activities can deny safety, security and the "peaceful enjoyment of the premises" to direct participants, their families,

7-3

PHA  003237

friends, neighbors and the whole community. Domestic violence is often related to chemical use by a member of the household.

**DESIGNING AN INCLUSIVE PROGRAM DRIVEN BY NEEDS: Recurrent Appraisal.** Building on an already successful ACOP program, the DEP program incorporates recurrent assessing, planning, funding, staffing, programming and evaluating as well. The program design is founded on HUD-DEP Best Practice components.

**RESIDENT INVOLVEMENT: Increase Community Ownership and Welcome Volunteers.** All public housing residents can contribute to making their homes and communities safer. Effective and sustainable drug and crime prevention strategies must come from actively involved residents, including youth and adults of all ages, both long-time residents and new arrivals from other states or countries. Successful examples of resident crime prevention initiatives include Hi-Rise Resident Volunteer Door Watch and Storefront security offices, and Crime Watch programs in family developments. Residents can be equal partners in planning, carrying out and evaluating drug and crime prevention programs.

**COMMUNITY POLICING: A Systematic Approach.** The PHA's long range plan to address drug related crime is centered on a comprehensive community policing strategy which provides a coordinated approach to law enforcement services to public housing residents above and beyond those provided to other city residents and neighborhoods. Supported by PHA and City funds, the ACOP (A Community Outreach Program) police team works with residents, the PHA, other law enforcement entities, and public and private service agencies to prevent crime, act quickly and decisively when crime occurs, reduce the fear of

PHA 003238

crime through community involvement in solutions, and develop communities
that support work.

**YOUTH and FAMILY:  Support and Leverage Programs that Address the
Entire Family-System.**  Successful drug prevention for children and young
people includes activities that discourage violence, drug use and illegal gang
involvement, and support positive alternatives, self-esteem, peaceful conflict
resolution, family support, leadership, and success in school and beyond.  The
Boys and Girls Club of Saint Paul and the Saint Paul Division of Parks and
Recreation are two of the PHA's foremost partners in these programs.  In
addition, African American Family Service's Successful Living program
complements the other core programs efforts around communication and conflict
resolutioin.  The Wilder Social Adjustment Program offers extra help to families
who wish to avoid eviction based on their children's illegal and disruptive
behaviore.  To encourage and reward students (youth and adults), the PHA
offers scholarship assistance to some residents, including post-secondary
academic, technical or vocational educational experiences (e.g. law enforcement
training), and recreational and enrichment camp experiences for youth.

**EVALUATION AND MODIFICATION:  Assess and Re-Assess Performance
and Needs.**  PHA PHDEP programs and related safe communities programs
include appropriate evaluation and feedback mechanisms to modify current
programs and to guide future programs and allocation of resources.  Evaluation
strategies assure residents, community providers and HUD that PHDEP and
other public funds are being utilized as effectively and fully as possible.

**LEVERAGING RESOURCES:  Increase Resources Over and Above Existing
Services.**  To the greatest extent feasible, the PHA will target its PHDEP grants
and other HUD funds to leverage other community resources, both financial and

PHA  003239

PHA's LONG-RANGE PLAN FOR DRUG ELIMINATION AND PREVENTION

other as well as apply for new funds and programs.  Pooling resources increases both sustainability and community ownership of programs for public housing residents.  In addition, integrating the PHDEP efforts with other PHA programs and services, allows for greater impact than what could be accomplished by programs that operate independently from one another.

**ESTABLISH PARTNERSHIPS:  Involve Partners in Creating Responses and Solutions.**  The PHA acknowledges the value of programs provided by the social service community to meet needs of residents and will continually seek new partners to enhance programs tailored to the specific needs of the diverse family population.

**"VILLAGE" MODEL in FAMILY HOUSING:  Community Ownership.**  To increase the effectiveness of community policing and other drug and crime prevention programs in its four family developments, the PHA is utilizing PHDEP funds to create a "village" policing model.  Like a village, each development now has its "own" ACOP community police officers assigned on a regular basis, so they can communicate daily with residents, other law enforcement units and the PHA management staff.  The ACOP officers provide a strong liaison with the community center that is the hub of services to family members moving from welfare to work and the center of youth activity and youth leadership in each development. The ACOP officers regularly communicate with the Resident Council and its leadership about crime in the area and prevention strategies in the particular village.  Boys and Girls Club and Parks and Recreation staff will further develop their programs to support the "village" concept and will provide alternatives to illegal drug and gang involvement for youth, and opportunities to develop work and work readiness skills.

7-6

**PHA  003240**

PHA's LONG-RANGE PLAN FOR DRUG ELIMINATION AND PREVENTION

**HI-RISES: Intergenerational Community Collaboration.** To respond to the increasing threats of crime, violence, illegal gang activity and drug related crime and the fear of crime in the PHA's sixteen hi-rise buildings (all elderly, disabled and younger single residents without children), the PHA recently expanded the ACOP "village" model to all sixteen hi-rises. Each hi-rise has its "own" ACOP community police officer assigned on a regular basis, so they can routinely communicate with the residents and the PHA management staff. When drug and gang activity escalates suddenly in the hi-rise buildings, the ACOP liaison staff will also join in the PHA's "rapid response" by consulting with residents and staff, and designing counteractive measures.

The current PHDEP grant request continued funding for a PHA/ACOP Liaison Team to work part-time in PHA hi-rises. The Liaison Team officers and supervisor work with residents and PHA staff on crime prevention strategies that reduce crime and fear of crime and to resolve incidents and problems that occur in the buildings.

**COOPERATION AMONG LAW ENFORCEMENT AGENCIES:  Leveraging and Coordinating Resources.** The PHA, SPPD and Ramsey County Sheriff's Department (RCSD) will continue and strengthen their close working relationships, sharing information and strategies to serve public housing residents and staff better. The SPPD will continue to provide the services of special investigative units and response to emergency calls for service, to supplement the ACOP unit's services in public housing. The PHA, SPPD and RCSD will cooperate with State and Federal law enforcement agencies on appropriate cases.

**RAPID RESPONSE:  Creativity and Flexibility.** The PHA will continue its "rapid response" strategy, adopted over a year ago when illegal gang and drug

7-7

PHA's LONG-RANGE PLAN FOR DRUG ELIMINATION AND PREVENTION

problems flared at one of the hi-rises.  The PHA immediately counterattacked with a combination of measures tailored to meet the specific needs: assigning more PHA staff to the building, scheduling split shifts and overtime, contracting for more law enforcement and security personnel, increasing resident involvement, installing physical security measures, and vigorously enforcing leases.  The problems were soon brought under control.

In consultation with SPPD and RCSD, the PHA will continue to utilize private security agencies and off-duty law enforcement personnel on a short-term basis as part of the PHA's rapid response to flare-ups of illegal drug and gang activity in public housing.  However, the PHA cannot sustain over the long term the costs of high levels of security guard and off duty police to assure resident safety and sense of security.  Active resident involvement in planning and providing security is the best long term solution.

**RESIDENT EMPLOYMENT: Building Capacity through an Integrated Approach.**  The PHA has expanded its training and employment programs as part of its drug and crime prevention plan.  Many family and hi-rise public housing residents are affected by welfare cuts and face increased pressure to work now. (Minnesota has adopted a five year eligibility plan, with a focus on "work first," to help families move into jobs and out of poverty as quickly as possible.  This poses some unique problems especially for many of the PHA's immigrant and refugee families, whose language skills and work experiences may be very limited.)  Through close working relationships with the local county community human services division the PHA and its other partners more effectively coordinate work placement and other services for residents.  In fact, as an innovative experiment, bi-lingual county staff are actually co-located on-site in a family development for residents easy access.  The PHA applies HUD's rent incentives for training and employment, whenever possible.  The PHA will

7-8

PHA  003242

PHA's LONG-RANGE PLAN FOR DRUG ELIMINATION AND PREVENTION

also adhere to HUD's directive for volunteer hours for certain residents who are not working, to help them gain needed experience for job success.

The PHA and its community partners also strive to train and employ as many residents as possible in their own programs.

Preventing violence, illegal gang activity and drug-related crime complements the PHA's goal of creating "community support for work" (one of the three *Jobs-Plus* goals).  Residents cannot successfully move into work if they are victims or participants in drug-related or other crime, or if they cannot be assured that their children and their property are safe when they are at work.  Community support for work includes coordinating and leveraging all options for employment and training for residents, safety and security, and sound property management.

**HOUSING MANAGEMENT:  Build on Respect and Resident Quality of Life.**
The PHA continues to stress excellent property management (applicant screening, lease enforcement, property maintenance, etc.) as a cornerstone of its illegal drug and gang prevention programs, "welfare to work" strategies and other resident initiatives.  Managing public housing well engenders respect for residents, resident organizations, PHA and agency staff, and the properties.

Note: The above plan builds on a plan developed by the PHA in 1992 to address the safety and social service needs of adults and youth in PHA family developments following the completion of a Wilder Research Center survey along with a series of community-wide study groups.

L-R-PLN2.DOC

7-9

PHA  003243

# TAB 7

# PROGRAM PLAN GOAL EXPLANATIONS

PHA 003244

TAB 7 - THE PLAN - ACOP

## A COMMUNITY OUTREACH PROGRAM (ACOP)

With the transfer of the Asian Youth Gang Task Force and Violence Task Force to the newly formed Minnesota Gang Strike Task Force, a decision was made to enhance our ability within ACOP to proactively respond to on site gang activity in both the family developments and hi-rises. In order to deter the activity of gangs, drugs, and crime, it was determined that it was necessary to develop a "team" with the ability to effectively respond to the concerns of drug and gang activity and move forward to identify and address these concerns.

Since its inception in the winter of 1997, the ACOP "Liaison Team" has taken proactive steps in the PHA family sites and hi-rises. The "Liaison Team", which began with one Sergeant supervisor and four full-time officers, evolved directly in response to the changing needs of the St. Paul PHA. The ACOP "Liaison Team" focuses its attention on the needs and concerns of the PHA management and residents. While employing many of the same techniques that were used by the Asian Youth and Violence Team, the Liaison Team has expanded its focus to the changing demographics of the St. Paul PHA. The Liaison team has coordinated its efforts with multiple agencies to establish proactive measures and strategies for dealing with gang and drug related activities within St. Paul PHA.

The Liaison Team regularly meets with the Metro/State Gang Task Force ,the SPPD FORCE Unit, and PHA management and residents. By establishing these contacts, the Liaison Team has developed working partnerships with both public and private agencies. These partnerships blended each agencies expertise to deliver the best solutions to each particular problem within PHA.

During the past year ACOP has collaborated with over twenty eight various agencies in their effort to bring positive outcomes and solutions to PHA problems. The total number of assists to and with outside agencies was two hundred and nine (209).

The following list of ACOP activities and actual cases give a brief synopses of the positive outcomes the ACOP/Liaison team has achieved within the PHA family sites and hi-rises by combining their own expertise with various agencies and with PHA management and residents. These activities will continue with future DEP funding.

## KNOCK AND TALKS

- Investigated suspected drug use and sales; arrests made, two terminations

- Residents at Valley hi-rise informed liaison officer off drug use in apt., arrest made; termination

**PHA  003245**

**TAB 7 - THE PLAN - ACOP**

- Conducting investigation in McDonough, drug use admitted; termination

- Assisting Mt. Airy management on lease violation; firearm recovered

  Following-up on suspected gang member in McDonough; recovered three long guns (one assault type weapon.), gang paraphernalia. eviction

- Investigated unauthorized in Cleveland hi-rise; identified known drug dealer/user (with assist from FORCE unit); termination

## FORCE / S.I.U. / NARCOTICS

- Narcotics gives ACOP information. on a suspected drug dealer in the area of Ravoux hi-rise. Dealer identified and arrested/ trespassed.

- FORCE gave ACOP information on suspected narcotic use at Exchange hi-rise, identified suspects and apartment; termination.

- Assisted S.I.U. with information. on suspect selling opium. Search warrant executed, drugs/handgun recovered, arrest made; termination.

## ROBBERIES / BURGLARIES

- Central team gave ACOP information. on a suspected drug user/dealer doing robberies in Mt. Airy; Liaison team monitored area, suspect arrested for Aggravated Assault and Robbery.

- ACOP liaison officer followed up on Aggravated Robbery at Edgerton hi-rise; with residents'/managers.' assistance, suspect arrested ;termination.

- ACOP received information. from Roosevelt resident on burglary/auto theft ring, investigated with EAST team, recovered fourteen stolen cars, $30,000.00 property recovered.

- ACOP investigated a burglary ring in Mt. Airy; five arrested, two more identified, search warrant executed, $5,000.00 property recovered.

## MN. GANG STRIKE FORCE / MN. FUGITIVE TASK FORCE

- Assist MN.G.S.F. with traffic stop in McDonough on vehicle occupied by gang members; five arrests, one handgun recovered.

7-11

**PHA  003246**

## TAB 7 - THE PLAN - ACOP

- MN. G.S.F. recovers fifteen handguns on information generated by ACOP officers on a traffic stop.

- ACOP assisted MN. G.S.F. with execution of a search warrant; ten weapons recovered.

- ACOP assisted MN. Fugitive Task Force in the area of 1000 Edgerton; fugitive arrested for suspected homicide; handgun recovered.

## PROBLEM PROPERTIES

- Liaison officers investigating complaint from Montreal hi-rise on suspicious party, make arrest, execute search warrant, recover handguns/rifles.

- ACOP investigates domestic at 200 Arch hi-rise; recovers two handguns.

- ACOP investigates complaints of gang activity in Dunedin; arrest made/trespassed, handgun recovered.

- ACOP liaison investigates suspected gang activity at Dunedin, arrests made, search warrant executed, handguns /rifles recovered, trespassed-termination.

- Liaison officers respond to multiple calls at address in McDonough, identify unauthorized, code/lease violations; termination.

- ACOP receives multiple complaints on drug use at address in Roosevelt, investigates; tenant admits activity; termination

In the past year, ACOP has worked with several other agencies such as the B.C.A. , A.T.F. and F.B.I. to identifying problem properties and executed several search warrants at those properties.

ACOP has also been directly involved with the recovery of an additional nineteen (19) handguns. These handguns were stolen in several gun shop burglaries in both Minnesota and Wisconsin . A combined total of forty-two firearms were recovered in 1998. This was the result of the direct efforts of the ACOP program in the St. Paul PHA. Credit must also be given to the shared efforts of all the outside agencies that enhance our objectives within St. Paul PHA.

7-12

PHA 003247

**TAB 7 - THE PLAN - ACOP**

## OFFICER IN RESIDENCE

The Saint Paul Police Department have recently coordinated efforts with PHA to place "Officers in Residence" at some of the hi-rise locations. In November 1996 Officer Jon Loretz moved into Front hi-rise. This met with positive feedback from both the residents and managers, as well as the citizens who live nearby.

This program has currently expanded to encompass a total of five hi-rises.

## REGULAR ATTENDANCE AT RESIDENT COUNCIL MEETINGS

In addition to attending the regular monthly resident council meetings at the PHA family sites, the Liaison Team also meets regularly with the managers of the hi-rises . In 1998 the Liaison Team attended a total of eighty-one (81) resident council meetings at the hi-rises. These meetings, combined with the forty-four (44) meetings at the family sites totals one hundred twenty-five (125).

## YOUTH SPORT MENTOR PROGRAMS

ACOP is also involved with Youth Sport Mentor Programs. During the summer of 1998 ACOP officers participated in a youth baseball league sponsored by the Minnesota Twins Rookie League. In the fall/winter of 1998/99, the officers participated in a basketball league sponsored by the McDonough recreational center . These programs have proven to be successful in steering the youth toward positive activities and establishing good rapport between the officers and children who participate. ACOP anticipates taking part in the Youth Athletic programs again in 1999. We are looking forward to expanding participation to include a girls softball team.

## ST. PAUL PHDEP EVALUATION REPORT

A recent survey was conducted by the Wilder Research Center, 1295 Bandana Blvd. North, St. Paul, MN.. This survey was prepared by Pamela Larson Ph.D. and Mai Thoa, B.A. The results of this survey showed that 76% of residents rate the safety of the hi-rise buildings as excellent or good. It also showed that satisfaction with police service is high.

In the family developments, the question was asked, "Overall, how satisfied are you with this site as a place to raise children?". The response was indeed very high as 86% of respondents said they were very satisfied or satisfied. When asked how they got along with their neighbors, 95% said they get along very well or well with their neighbors, which is a ten percent increase from a similar survey conducted in 1990.

PHA  003248

## TAB 7 - THE PLAN - ACOP

### CALLS FOR SERVICE THROUGH ACOP OFFICE AT MCDONOUGH

In addition, the number of calls handled by the CLO's (Community Liaison Officer) directly at our A.C.O.P. substation have steadily increased over the past several years. When the ACOP program first started, the C.L.O.'s handled approximately one hundred-sixty (160) calls at our substation. As the years progressed and the ACOP program became better known and accepted, the calls being handled by the C.L.O.'s. have increase dramatically. This information shows that PHA residents trust and depend on ACOP to be responsive to their needs and concerns.

NUMBER OF CALLS:

| | |
|---|---|
| 1991 | 160 |
| 1993 | 629 |
| 1995 | 848 |
| 1997 | 1300 |
| 1999 (1ST QTR.) | 466 |

Keep in mind that these numbers represent the calls that the ACOP C.L.O.'s receive in the ACOP substation and not the calls received by the St. Paul Police communication center located at police headquarters. These numbers strongly demonstrate that the ACOP program has been widely accepted and supported by the residents of St. Paul PHA.

### SUMMARY

The overall quality of life within the PHA family sites and hi-rises can be attributed to the establishment of the PHDEP-ACOP program. It is this program and its concerted effort that lend to the overall sense of security and high level of satisfaction the PHA community currently enjoys. Furthermore, without vigorous support of this program it is probable that an increase of gang, drug and criminal activity would arise, which would diminish the overall quality of life within PHA.

The ACOP unit, currently staffed with two sergeants, seven officers, four liaison team officers and three community liaison officers, intend to meet several goals throughout the next five years. These goals include, but are not limited to:

- To maintain community policing services, above baseline, in all public housing developments and hi-rises.

- ACOP officers and staff will elicit community involvement in volunteer resident crime watch programs (ie: Doorwatch, Storefront).

7-14

**TAB 7 - THE PLAN - ACOP**

- ACOP officers will continue to regularly attend PHA staff meetings and Resident Council Meetings.

- ACOP staff will provide PHA with monthly Calls for Service reports for each family development and hi-rise, as well as CLO reports on a quarterly basis.   .

- ACOP officers and staff will work toward a goal of increasing resident awareness of the program.

7-15

**PHA  003250**

**TAB 7 -THE PLAN - BOYS & GIRLS CLUB OF SAINT PAUL**

### Performance Target Outcomes

### Performance Target ONE
*74 percent (188 of 255) members in education-related programs will show an improvement in their report card results.  (25 per quarter per club/10 PHA members)*

### Methods/Sources:
School report card results (received on a quarterly basis), including grades, attendance, behavior
Power Hour attendance and work samples
Improved efforts as observed by educational staff

### Performance Target TWO
*48 of 60 (75 percent) of the youth involved in our Leadership Development programs will exemplify leadership qualities.  (15 per quarter/9 PHA members).*

### Methods/Sources:
Involvement and achievement in such programs as:
Youth of the Year
Youth/Members of the Month
Keystone, Torch Club, and Jr. Leaders
Attainment of an officer position in a leadership club
Volunteer service to the club and/or community
Acting as a role model in terms of club behavior

### Performance Target THREE
*500 members will demonstrate increased computer proficiency as determined by pre-established standards.  (Approximately 50 per quarter/15 PHA members).*

### Methods:
Participation in computer orientations and skill instruction
Progress and increased competency in use of computer programs and software
Increased knowledge about computer parts and hardware
Increased abilities in word processing, typing, and printing
Knowledge and use of Internet

*NOTE:Projected for 2000: Measure computer competency according to three levels of proficiency:*
*Beginner - Successful completion of computer orientation to hardware/software.*
*Intermediate - Basic word processing and typing skills, printing and saving, graphics programs*
*Advanced - Knowledge and use of the Internet, web site development*

### Performance Target FOUR
*48 of 60 teen members involved in employment/career exploration related programs will have a plan for their future employment.  This plan will include goals and specific action steps for achieving these goals.(15 per quarter/10 PHA members)*

### Methods:
Development of an action plan for future employment by youth involved in career/employment exploration programs, including such programs as:

PHA 003251

**TAB 7 - THE PLAN - BOYS & GIRLS CLUB OF SAINT PAUL**

Broader Horizons
Job Search Club
MN Mutual Mentoring Program
Boyz II Men
Women of Tomorrow
Junior Staff Programs

## Performance Target FIVE

*150 of the 160 members who participate in our Second Step and Talking with T.J. programs will demonstrate an understanding about appropriate behavior to resolve conflicts in a non-violent manner. (40 per quarter/15 will be PHA members)*

### Methods:

Pre and Post Tests given to members
Appropriate behavior demonstrated through role playing in program sessions
Tracking by instructors as to whether members have displayed understanding during the sessions
Reduced number of incidences of behavioral problems in the club
Successful completion of Second Step and T.J. programs

## Performance Target SIX

*Of the 150 Gang Prevention (GP) members chosen because they are considered at risk of gang involvement, 75% of those who continue to reside in the service area of the club will be active members. (30 will be PHA members)*

### Methods/Sources:

An active member is defined by the following criteria:
1. Attends the club at least once per week.
2. Participates in one developmental activity (Power Hour, SMART Moves, or Second Step)
3. Participates in sports leagues or other skill development activities.
4. Attends at least one special event per year.

Daily logs track member's club attendance and status in various club skills and developmental programs.
A case file is established for each GP member. This includes an assessment of the member's background and interests and a program plan for each GP member. Activities and important member information is recorded during the year via a case tracking file, and the staff assigned to a specific member will look at the general and program attendance records.

## Performance Target SEVEN

*Ninety percent (90%) of the 150 members active in this program will not have joined a gang by the end of the year. (135 total will not have joined a gang by the end of the year.)*
*(30 will be PHA members)*

### Methods/Sources:

Gang membership can be determined by one or more of these factors:
-Participation in criminal activity
-Chronic negative disruptive behavior in school and/or the club
-Inability of the family to control behavior
-Withdrawal from general community participation

PHA  003252

## TAB 7 -THE PLAN - BOYS & GIRLS CLUB OF SAINT PAUL

### Performance Target EIGHT

*Of the 100 youth involved in our Job Ready program, 80% will be certified being ready for the work force.  Of the youth certified through the course, 80% will have a job within three months.  (12 will be PHA members or 48 per year)*

#### Method/Indicators

- Youth will attend 70% of the classes and display understanding in writing resumes, filling out applications, and answering questions in role plays for interviewing
- Follow up with  graduates to assess their job status

### Performance Target NINE

*120 Youth will complete the Broader Horizons program and all will create an educational/career action plan.  Within three months, 85% will have followed through on three items in the plan.*
*(12 will be PHA members or 48 per year)*

#### Method/Indicators

- Youth will attend 70% of the classes
- Complete education/career plan
- Follow through on 3 action steps

### Performance Target TEN

Of the 65 youth in our Gang Intervention program, 55 will make a transition out of gangs and work towards a positive lifestyle.  **(5 will be PHA members)**

#### Method/Indicators

- Set and maintain goals in five component areas
- Successfully complete tattoo removal
- Transition out of gangs

### Performance Target ELEVEN

*Of the 35 youth in the Targeted Reintegration Program a collaboration with Boys Totem Town Correctional Facility, 80% will not be re-incarcerated within one year and 70% will continue to be involved in the Club on a daily basis.  (4 will be PHA members)*

#### Method/Indicators

- Will not be re-incarcerated within one year
- 70% will continue to be involved at the Club on a daily basis and in good standing
- 

### Performance Target TWELVE

*60 youth involved in our social etiquette program, 80% will have an understanding of how to make and sustain friendships. (20 youth per Club per year or 9 PHA members)*

#### Method/Indicators

- Graduate from the Social Etiquette Program
- Attend 70% of the sessions

7-18

PHA  003253