**TAB 7 - THE PLAN - BOYS & GIRLS CLUB OF SAINT PAUL**

**Performance Target THIRTEEN**
*Of the 100 youth involved in our Tournament of Champions Program, 80% will demonstrate improved skills in recreational games and/or activities.*
*(9 youth per Club per quarter or 3 PHA members)*

### Method/Indicators
- Demonstrate proper techniques when playing social development activities (foosball, pool, bumper pool, chess)
- Participate in skills clinics
- Participate in quarterly Gamesroom Tournament of Champions

**Performance Target FOURTEEN**
*Of the 200 youth involved in our fitness programs, 75% will show marked improvements.*
*(17 youth per quarter per Club, 12 will be PHA members)*

### Method/Indicators
- Participate in fitness programs such as Nike Play Challenge, Presidents Council
- Pre/Post test

**Performance Target FIFTEEN**
*Of the 200 youth involved in The Arts Programs, 100 will participate in the Fine Arts and/or Photography Program. 30 youth will participate in the Boys & Girls Clubs of America Fine Art Exhibit and 30 will participate in the Photo Exhibit.*
*(Each Club will collect 13 pieces of Art and Photos per quarter, 6 will be from PHA members)*

### Method/Indicators
- Participate in daily Fine Arts and/or Photo programs
- Participate in the Club's Fine Art and/or Photo Exhibit
- Participate in the Boys & Girls Clubs of America's Fine Art and/or Photo Exhibits

**Performance Target SIXTEEN**
*150 youth will participate in the Voyager Environmental Camp, a weeklong residential camp with Boys 7 Girls Club of Minneapolis. (50 youth per Club and 25 will be PHA members)*

### Method/ Indicators
- Participate in the week long camping experience
- Learn how to canoe
- Learn how to use a compass
- Identification of plants and animal species native in Minnesota

**Performance Target SEVENTEEN**
*Of the 600 parents involved with family activities during the year, 450 parents will respond that the programs have improved family relationships.*
*(50 parents per Club per quarter, 40 PHA parents per year)*

### Method/Indicators
- Track attendance at Family Night Activities
- Survey parents on impacts and improvements

PHA 003254

## TAB 7 -THE PLAN - BOYS & GIRLS CLUB OF SAINT PAUL

### Performance Target EIGHTEEN
*Of the 200 parents involved with developmental programs, 170 will gain knowledge that improves their care giving capacity.*
*(17 parents per quarter per Club, 7 will be PHA parents)*

#### Method/Indicators
- Conduct ESL, Personal safety, Job Training classes
- Staff observations at Family Night Events
- Pre/Post test

### Performance Target NINETEEN
*Of the 70 parents involved with parents' education support groups, 50 will demonstrate improved parenting skills as a result of the sessions. (Short term)*
*(6 parents per Club per quarter, 2 will be PHA parents)*

#### Method/Indicators
- Parent Group attendance
- Staff observation – role playing
- Parenting Classes

### Performance Target TWENTY
*Of the 50 parents who show improved parenting skills, 35 will show improved skills at the Club in terms of parent/child interactions. (Long term)*
*(8 will be PHA parents)*

#### Method/Indicators
- Track families attending support group sessions
- Family Support Staff observe family interaction in the Clubs

### Performance Target TWENTY_ONE
*Of the 150 youth involved in the Smart Moves Program, 80 will demonstrate the techniques to resist drugs, alcohol and abstain from sex..*
*(13 per Club per quarter or 5 PHA members)*

#### Method/Indicators
- Attend 70% of the sessions
- Pre/Post tests
- Staff observations

PHA 003255

## Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES

## McDonough Teen Council and Recreation Center Youth Activities

## Goals and Measurable Objectives

Each measurable objective listed in the Program Description/Narrative section above is numerically detailed below. Each of the five years of the grant is listed in the first column ("Year"), while the measurable unit or percentage that obtains for the first six months of each year is listed in the second column ("Intermediate Total/Percentage"). The measurable unit or percentage for each complete year of the grant is listed in the third column ("Annual Total/Percentage"), while the accumulated total or percentage of measurable units for each objective from January 1, 2000 through December 31 of each successive year is noted in the fourth column ("Cumulative Total/Percentage").

**Program:** Teen Council
**Goal #/Measurable Objective #:** 1 / 1
**Description:** Provide volunteer opportunities for members
**Unit of Measurement:** Number of opportunities
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31 200X) |
|---|---|---|---|
| 2000 | 6 | 12 | 12 |
| 2001 | 6 | 12 | 24 |
| 2002 | 6 | 13 | 37 |
| 2003 | 7 | 14 | 51 |
| 2004 | 7 | 15 | 66 |

**Program:** Teen Council
**Goal #/Measurable Objective #:** 1 / 2
**Description:** Provide organized participatory activities for members
**Unit of Measurement:** Number of activities
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 8 | 16 | 16 |
| 2001 | 8 | 17 | 33 |
| 2002 | 9 | 18 | 51 |
| 2003 | 9 | 19 | 70 |
| 2004 | 10 | 20 | 90 |

**Program:** Teen Council
**Goal #/Measurable Objective #:** 1 / 3
**Description:** Provide members with opportunities to interact with adult role models
**Unit of Measurement:** Number of opportunities
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 2 | 4 | 4 |
| 2001 | 2 | 4 | 8 |
| 2002 | 2 | 5 | 13 |
| 2003 | 2 | 5 | 18 |
| 2004 | 3 | 6 | 24 |

PHA 003256

**Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

**Program:** Teen Council
**Goal #/Measurable Objective #:** 1 / 4
**Description:** Provide family activities for Teen Council members
**Unit of Measurement:** Number of activities
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 0 | 1 | 1 |
| 2001 | 0 | 1 | 2 |
| 2002 | 0 | 1 | 3 |
| 2003 | 1 | 2 | 5 |
| 2004 | 1 | 2 | 7 |

**Program:** Teen Council
**Goal #/Measurable Objective #:** 2 / 1
**Description:** Give employment referrals or information to Teen Council members.
**Unit of Measurement:** Number of members
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 7 | 15 | 15 |
| 2001 | 7 | 15 | 30 |
| 2002 | 7 | 15 | 45 |
| 2003 | 7 | 15 | 60 |
| 2004 | 10 | 15 | 75 |

**Program:** Teen Council
**Goal #/Measurable Objective #:** 2 / 2
**Description:** Provide employment opportunity as Teen Council Coordinator to McDonough Homes residents
**Unit of Measurement:** Number of employment opportunities
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 1 | 1 | 1 |
| 2001 | 1 | 1 | 2 |
| 2002 | 1 | 1 | 3 |
| 2003 | 1 | 1 | 4 |
| 2004 | 1 | 1 | 5 |

7-22

## Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES

**Program:** Youth Play Area
**Goal #/Measurable Objective #:** 1 / 1
**Description:** Provide youth ages 8 and under with the opportunity to use play area
**Unit of Measurement:** Number of youth who use play area (duplicated number)

| Timetable: | Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|---|
| | 2000 | 6,000 | 12,000 | 12,000 |
| | 2001 | 6,250 | 12,500 | 24,500 |
| | 2002 | 6,500 | 13,000 | 37,500 |
| | 2003 | 6,750 | 13,500 | 51,000 |
| | 2004 | 7,000 | 14,000 | 65,000 |

**Program:** Youth Play Area
**Goal #/Measurable Objective #:** 2 / 1
**Description:** Hire two aides from McDonough Homes each year to supervise play area
**Unit of Measurement:** Number of aides hired

| Timetable: | Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|---|
| | 2000 | 2 | 2 | 2 |
| | 2001 | 2 | 2 | 4 |
| | 2002 | 2 | 2 | 6 |
| | 2003 | 2 | 2 | 8 |
| | 2004 | 2 | 2 | 10 |

**Program:** Computer-Based Training
**Goal #/Measurable Objective #:** 1 / 1
**Description:** Make computers available to recreation center visitors
**Unit of Measurement:** Hours of individual computer accessibility

| Timetable: | Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|---|
| | 2000 | 2,500 | 5,000 | 5,000 |
| | 2001 | 2,550 | 5,100 | 10,100 |
| | 2002 | 2,600 | 5,200 | 15,300 |
| | 2003 | 2,650 | 5,300 | 20,600 |
| | 2004 | 2,700 | 5,400 | 26,000 |

**Program:** Computer-Based Training
**Goal #/Measurable Objective #:** 2 / 1
**Description:** Make computers available to community agencies
**Unit of Measurement:** Number of community agencies who make regular use of computers

| Timetable: | Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|---|
| | 2000 | 2 | 2 | 2 |
| | 2001 | 2 | 2 | 4 |
| | 2002 | 2 | 2 | 6 |
| | 2003 | 2 | 2 | 8 |
| | 2004 | 2 | 2 | 10 |

**PHA 003258**

**Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

**Program:** Youth Sports Program
**Goal #/Measurable Objective #:** 1 / 1
**Description:** Provide adult volunteer or staff coaches for all teams
**Unit of Measurement:** Percentage of teams with adult coaches

| Timetable: Year | Intermediate % (as of June 30) | Annual % (as of December 31) | Cumulative % (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 100% | 100% | 100% |
| 2001 | 100% | 100% | 100% |
| 2002 | 100% | 100% | 100% |
| 2003 | 100% | 100% | 100% |
| 2004 | 100% | 100% | 100% |

**Program:** Youth Sports Program
**Goal #/Measurable Objective #:** 1 / 2
**Description:** Provide NYSCA coaches to 40-50% of all teams
**Unit of Measurement:** Percentage of teams with NYSCA certified coaches

| Timetable: Year | Intermediate % (as of June 30) | Annual % (as of December 31) | Cumulative Average % (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 40% | 40% | 40% |
| 2001 | 40% | 40% | 40% |
| 2002 | 45% | 45% | 41.7% |
| 2003 | 45% | 45% | 42.5% |
| 2004 | 50% | 50% | 44% |

**Program:** Youth Sports Program
**Goal #/Measurable Objective #:** 1 / 3
**Description:** Up to 100% of sports teams will participate in a discussion of fair play and good sportsmanship
**Unit of Measurement:** Percentage of teams who hold discussions led by the coach

| Timetable: Year | Intermediate % (as of June 30) | Annual % (as of December 31) | Cumulative % (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 75% | 75 % | 75% |
| 2001 | 80% | 80% | 77.5% |
| 2002 | 85% | 85% | 80% |
| 2003 | 90% | 90% | 82.5% |
| 2004 | 100% | 100% | 86% |

**Program:** Youth Sports Programs
**Goal #/Measurable Objective #:** 1 / 4
**Description:** To bring participants to other parts of city to play games
**Unit of Measurement:** Percentage of trips taken to away games

| Timetable: Year | Intermediate % (as of June 30) | Annual % (as of December 31) | Cumulative % (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 50% | 50% | 50% |
| 2001 | 50% | 50% | 50% |
| 2002 | 50% | 50% | 50% |
| 2003 | 50% | 50% | 50% |
| 2004 | 50% | 50% | 50% |

**PHA  003259**

**Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

**Program:** Lease a Van from Saint Paul Department of Public Works
**Goal #/Measurable Objective #:** 1 / 1
**Description:** To make effective use of the van
**Unit of Measurement:** Number of times used
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 84 | 168 | 168 |
| 2001 | 90 | 180 | 348 |
| 2002 | 96 | 192 | 540 |
| 2003 | 102 | 204 | 744 |
| 2004 | 108 | 216 | 960 |

**Program:** Lease a Van from the Saint Paul Department of Public Works
**Goal #/Measurable Objective #:** 1 / 2
**Description:** Save money by leasing the van rather than ordering school busses
**Unit of Measurement:** Dollars saved
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | $5,109 | $10,038 | $10,038 |
| 2001 | $5,589 | $11,178 | $21,216 |
| 2002 | $6,124 | $12,248 | $33,464 |
| 2003 | $6,694 | $13,388 | $46,852 |
| 2004 | $7,264 | $14,528 | $61,380 |

**Program:** Weekly Art Program
**Goal #/Measurable Objective:** 1 / 1
**Description:** Use from eight to 12 different media when completing projects
**Unit of Measurement:** Number of media used
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Average Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 4 | 8 | 8 |
| 2001 | 4 | 9 | 8.5 |
| 2002 | 5 | 10 | 9 |
| 2003 | 5 | 11 | 9.5 |
| 2004 | 6 | 12 | 10 |

**Program:** Weekly Art Program
**Goal #/Measurable Objective:** 1 / 2
**Description:** Give students the opportunity to complete at least 45 projects annually
**Unit of Measurement:** Number of projects
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 22 | 45 | 45 |
| 2001 | 22 | 45 | 90 |
| 2002 | 22 | 45 | 135 |
| 2003 | 22 | 45 | 180 |
| 2004 | 22 | 45 | 225 |

PHA  003260

## Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES

**Program:** Kwansa Study
**Goal #/Measurable Objective #:** 1 / 1
**Description:** To involve up to five African-American families in Kwansa study
**Unit of Measurement:** Number of families regularly involved
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 0 | 3 | 3 |
| 2001 | 0 | 3 | 6 |
| 2002 | 0 | 4 | 10 |
| 2003 | 0 | 4 | 14 |
| 2004 | 0 | 5 | 19 |

**Program:** Kwansa Study
**Goal #/Measurable Objective #:** 2 / 1
**Description:** Hire one African-American adult to lead this activity
**Unit of Measurement:** Number of adults hired
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 0 | 1 | 1 |
| 2001 | 0 | 1 | 2 |
| 2002 | 0 | 1 | 3 |
| 2003 | 0 | 1 | 4 |
| 2004 | 0 | 1 | 5 |

**Program:** Summer Swim/Water Safety
**Goal #/Measurable Objective #:** 1 / 1
**Description:** Give at least 225 youth the opportunity to participate in open swimming
**Unit of Measurement:** Number of participants (unduplicated in intermediate and annual totals)
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 75 | 225 | 225 |
| 2001 | 75 | 225 | 450 |
| 2002 | 75 | 225 | 675 |
| 2003 | 75 | 225 | 900 |
| 2004 | 75 | 225 | 1125 |

**Program:** Summer Swim/Water Safety
**Goal #/Measurable Objective #:** 1 / 2
**Description:** Give at least 20 youth the opportunity to take swimming lessons
**Unit of Measurement:** Number of participants (unduplicated in intermediate and annual totals)
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|---|---|---|---|
| 2000 | 6 | 20 | 20 |
| 2001 | 6 | 20 | 40 |
| 2002 | 6 | 20 | 60 |
| 2003 | 6 | 20 | 80 |
| 2004 | 6 | 20 | 100 |

PHA 003261

## Tab 7 - THE PLAN- MCDONOUGH T.C. AND YOUTH ACTIVITIES

**Program:** Summer Swim/Water Safety
**Goal #/Measurable Objective #:** 1 / 3
**Description:** Take students to aquatics facilities away from their neighborhood
**Unit of Measurement:** Number of swim trips taken
**Timetable:**

| Year | Intermediate Total (as of June 30) | Annual Total (as of December 31) | Cumulative Total (Jan. 1, 2000-Dec. 31, 200X) |
|------|------|------|------|
| 2000 | 3 | 10 | 10 |
| 2001 | 3 | 10 | 20 |
| 2002 | 3 | 10 | 30 |
| 2003 | 3 | 10 | 40 |
| 2004 | 3 | 10 | 50 |

7-27

TAB 7

SUMMARY GRID - PLAN FOR
ADDRESSING THE PROBLEM OF DRUG-
RELATED CRIME AND THE PROBLEMS
ASSOCIATED WITH DRUG-RELATED
CRIME

PHA 003263

# SUMMARY OF PROBLEM DESCRIPTIONS, GOALS AND MEASUREMENTS

**Problem Description #1:  Area increases in drug abuse and related criminal activities are  evidenced at St. Paul public housing sites.**

**PHDEP Funded Activity to Address Problem #1:**

Through the St. Paul Police Department (SPPD), continue "A Community Outreach Policing Program" (ACOP) that operates in the four family developments and in the 16 hi-rises.

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| To maintain an overall lower crime rate "in and around" public housing developments than the crime rate level in the City of Saint Paul. | Up to nine FTE licensed police officers and three community liaison officers are assigned to ACOP from the St. Paul Police Department to provide community policing services in public housing, including crime prevention, crime intervention, and community involvement activities for family and youth. | Annual crime data for the City, compared to crime data for the grids in which public housing is located, showing lower crime rates in the public housing areas of the grids. | St. Paul Police Department annual crime rate data. | SPPD: <br> • provide up to .50 FTE services from the department's Gang Task Force. <br><br> St. Paul PHA Coordinated: <br> • Space provided for ACOP central office at McDonough Home; offices provided at the other family sites for liaison teams. <br> • Active enforcement of all leases. <br> • Referrals to prevent evictions. |

7-28

PHA  003264

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| | ACOP assigns officers to work in liaison teams within each family development and group of hi-rises, meeting at least monthly with housing managers to discuss incidents, trends and actions to take; written crime data presented no less than monthly on types of criminal activities. | Annual satisfaction survey of residents and staff showing satisfaction at levels no less than 1998 survey results with services and liaison team responsiveness. | 1998 survey results, showing:<br>• 76% hi-rise "excellent" or "good" satisfaction with safety.<br>• 83% family "very satisfied" or "satisfied" with safety. | • Staff responsiveness to monthly ACOP data (including implementing physical security measures as needed.) |
| | Increase residents crime prevention involvement through awareness of ACOP in the family developments, from 71% currently to 80% by Yr. 5:<br>• ACOP officers attend regularly scheduled council meetings (usually monthly, with summer breaks).<br>• ACOP officers conduct at least one special meeting each year at each family development, as requested. | Annual survey, showing:<br>Year 1: 73% awareness<br>Year 2: 75% awareness<br>Year 3: 77% awareness<br>Year 4: 79% awareness<br>Year 5: 80% awareness | 1998 Survey of 400 families, showing 71% awareness. | • Space provided in hi-rises and at family community centers for "storefronts."<br>• Support provided to resident councils to respond to criminal activity.<br>• Apartments offered to officers at zero rent through "police in residence" program. |

7-29

PHA 003265

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| | Increase resident involvement in crime prevention through awareness of ACOP in the hi-rises, from 52% currently to 60% by Yr. 5:<br>• ACOP officers attend regularly scheduled council meetings.<br>• ACOP officers conduct up to a total of six special meetings as requested. | Annual survey, showing:<br>Year 1: 54% awareness<br>Year 2: 56% awareness<br>Year 3: 58% awareness<br>Year 4: 59% awareness<br>Year 5: 60% awareness | 1998 Survey of 900 hi-rise residents, showing 52% awareness. | • Space provided in hi-rises and at family community centers for "storefronts."<br>• Support provided to resident councils to respond to criminal activity.<br>• Apartments offered to officers at no cost, through "police in residence" program. |

7-30

PHA  003266

**Problem Description #2:  Public housing youth are at risk for criminal involvement, including gang membership and other illegal behavior.**

### PHDEP Funded Activity to Address the Problem #2

1. Through Boys & Girls Club of St. Paul, provide activities and training at Roosevelt Homes, Mt. Airy Homes and Dunedin Homes, including civic and personal responsibilities, gang prevention, educational and personal development, and recreational opportunities.

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities, |
|---|---|---|---|---|
| Provide services and programs for up to 12,500 public housing participants, ages 6-18 years. | Attendance at programs by 2,500 public housing youth, including those "at risk" of joining gangs. | Quarterly reporting, tracking number of participants. (see also other Club goals) Through staff observations, records, and, possibly by pre/post tests:<br>• 60 PHA youth will demonstrate improved skills in recreational games and/or activities, or show marked improvements in fitness programs.<br>• 24 youth involved in arts programs will exhibit their work.<br>• 25 youth participate in the Voyager Environmental Camp. | • Number of public housing youth participating in each of the PHDEP funded activities offered by the Boys & Girls Club each year shall start with zero.<br><br>• As appropriate, the baseline for competency in recreational programs shall be established through a pretest. | St. Paul PHA Coordinated:<br>• Referrals to local service providers to prevent evictions due to illegal behavior.<br>• Referrals for drug assessment and treatment programs. |

1-31

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Provide educational and employment services that teach youth ways to resist negative behaviors, result in new competencies, and help prepare youth for work. | • 37 youth involved in "Smart Moves."<br>• 60 youth show increased computer proficiency.<br>• 12 youth involved with career exploration programs.<br>• 60 youth involved in "Job Ready" program.<br>• 56 youth participated in Broader Horizons | Staff assessment and plan completion showing:<br>• 20 youth demonstrate techniques to resist drugs and alcohol and abstain from sex.<br>• Computer competency system of measure-ment will be used; 60 youth successful.<br>• 10 youth develop employment plans.<br>• 48 youth get a job within 3 months.<br>• 48 youth meet 3 goals in action plan within 3 month. | • Number in "Smart Moves starts with zero.<br>• Computer competency at time of enrollment will be used as the baseline for each individual.<br>• Number in employment related programs starts with zero. | • Summer youth employment program.<br>• Special HUD funded carpentry and painting program for high-school drop out youth (ages 16-24) - note: ends by August, 2000.<br>• Scholarship program for post-secondary candidates.<br>• Computer labs, with GED and computer training classes, at McDonough & Mt. Airy Centers. |
| Provide activities to support parent learning and improve family relationships. | • 64 parents involved in activities, developmental programs, or educational support groups | Survey and staff observations showing:<br>• 40 parents note improved family relationships<br>• 9 gain knowledge of improved parenting/care giving skills. | • Number of participants starts at zero each year. | • PHA provides space for Early Childhood Family Education programming, including parent learning activities. |

PHA 003268

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Provide civic and personal responsibility training/classes to public housing youth that strengthen youth development. | • 48 youth participate in Leadership Development Programs: Keystone, Torch Cub, Jr. Leaders, Mentoring Program, etc.<br>• 64 youth participate in Second Step and Talking with T. J. (resolving conflicts in a non-violent manner)<br>• 44 youth involved in Social Etiquette Program | Semi-annual information reports, with the following outcomes:<br>• 36 youth exemplify leadership qualities<br>• 60 youth demonstrate an understanding of non-violent conflict resolution.<br>• 18 youth per year exemplify leadership qualities.<br>• 36 youth have an understanding of how to make and sustain friendships. | Number of public housing youth participating in each of the noted activities offered by the Boys & Girls Club each year shall start with zero. | |
| Serve gang and "at risk" youth with programs that result in positive prevention and intervention outcomes. | • 40 "at risk" youth served.<br>• 6 youth in "Gang Prevention" program.<br>• 5 youth in "Targeted Reintegration Program" (with Boys Totem Town Correctional Facility). | Semi-annual information reports, showing:<br>• 30 "at risk" youth maintain active club involvement.<br>• 30 don't join a gang by the end of the year.<br>• 5 youth transition out of gangs and work towards a positive lifestyle<br>• 4 youth are not re-incarcerated within one year. | Number of public housing youth participating in activities each year shall start with zero. | |

7-33

**2. Through the City of St. Paul, Parks and Recreation Center, provide a recreation-based program for diverse youth of various ages at McDonough Homes, that offers structured activities that foster self-esteem, personal responsibility, good sportsmanship, and physical fitness.**

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Coordinate a teen council, for McDonough youth ages 13-18, that fosters positive interaction with and services to other groups, including family members, adult role models and the general public. | Attendance at meetings and events by 25 youth., in such activities as: tutoring, homework assistance for younger children, community service projects, dances, child care and baby-sitting, spring clean-up, holiday festivals, and parent/teen picnic. | Annual survey and staff reporting:<br>• 80% of members report positively on social responsibilities characteristics.<br>• 12 organized volunteer opportunities.<br>• four community activities/events planned and executed.<br>• types of activities and attendance levels. | Number of public housing youth that become Teen Council members shall start with zero. | Parks & Recreation:<br>• Opportunities for employment of residents for aide and coordinator positions<br>St. Paul PHA Coordinated:<br>• Space for Parks & Recreational facility<br>• Referrals to local service providers to prevent evictions due to illegal behavior.<br>• Referrals for drug assessment and treatment programs.<br>• Summer youth employment program.<br>• Special HUD funded carpentry and painting program for high-school drop out youth (ages 16-24) - note: ends by August, 2000. |

PHA 003270

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Provide recreational programs, with up to 500,000 attendees at McDonough Recreation Center. | Attendance of 90,000-100,000 for programs (including youth sports), activities, and special events. | Semi-annual reporting showing attendance numbers, including records of youth and their ages in youth sports programs, and those using the Children's Play Area. | • Number participating in activities each year shall start with zero. | (Same as above.) |
| Serve 1,250 public housing residents in cultural, arts, educational and special recreational programs. | 250 residents annually participate in special seasonal recreational and learning programs, or for cultural/ethnic awareness: Kwanzaa study, computer based tutoring, art activities, water safety. | Annual survey and quarterly reporting of numbers of those enrolled in programs, age ranges, level of activities and youth participation. | • Number participating each year shall start with zero.<br>• Seasonal activities shall start with zero at the beginning of each year. | • Post-secondary Scholarship program.<br>• Computer labs, with GED and computer training classes.<br>• Space for Sheriff's Department tutoring program.<br>• Space for cultural, community and family events.<br>• Space for cultural, community and family events. |

7-35

PHA 003271

**Problem Description #3:  Poverty, cultural conflicts, and a general sense of hopelessness/not belonging lead to susceptibility to the lure of illegal drug use and related activities, and/or the inability to respond and influence changes in negative behavior.**

**PHDEP Funded Activity to Address Problem #3:**

1.  Through African American Family Services, provide training, for all interested ethnic groups, on understanding and responding to drug abuse and related dependencies, cross-cultural communication, and effective conflict resolution within families and communities.

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Provide up to 40 presentations to residents living in the family developments | Each year provide 8 presentations, on various topics, using a multi-- media, lecture and discussion format including: dealing with cultural differences, dealing with conflict between family and neighbors, and substance abuse and addiction. | Quarterly information from the provider on number of events/meetings held, topics covered, attendance, and outcomes (e.g. numbers referred for counseling) | Participant levels shall be counted as zero at the start of each grant period. | African American Family Services: <br> • Counseling to individ-uals and families. <br> St. Paul PHA Coordinated: <br> • Referrals to culturally responsive mental and physical health programs. <br> • Space for health clinics at community centers. <br> • Community centers and management offices with diverse and bi-lingual staff. <br> • Monthly meetings with primary service providers at each site. |

7-36

PHA  003272

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| | | | | PHA (continued):<br>• Meetings with each family at time of move-in to review leases and talk about available supportive services.<br>• Support to residents for community leadership and capacity building through PHA funding and for TOP grants administration |

7-37

**3. Through PHA coordination, provide scholarships for adults (including young adults) to pursue post-secondary academic or career related training, including law enforcement, and/or for youth (and their families, if applicable) to participate in recreational and learning enrichment experiences.**

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Offer up to $25,000 in scholarships for adult educational and youth/family learning enrichment experiences. | Design, market, and implement a scholarship program for up to 5 adults and/or 50 youth/families. | Through PHA records, the following information will be maintained: types of adult/family/youth awards, and numbers of residents served. | Participation levels shall be counted as zero at the start of each grant period. | • The PHA offers additional adult scholarship programs through *Jobs-Plus* for Mt. Airy residents.<br>• Boys & Girls Club and McDonough Parks and Recreation offer some scholarships or low cost camping experiences for youth.<br>• Family Resident Councils are supported by the PHA in requesting local grants to support summer camp experiences. |

PHA 003274

**2. Through the Amherst H. Wilder Foundation's Social Adjustment Program, "Living in America" project, provide Southeast Asian immigrant and refugee families with culturally sensitive training and support to prevent evictions, and resolve family conflicts and adjustment issues.**

| Five Year Program Goals | Annual Activity Goals | Measures and Outcomes | Baseline | Non-PHDEP Funded Support Activities |
|---|---|---|---|---|
| Provide services to Southeast Asian families with youth, with evictions prevented for 90% of all families. | Serve up to 24 families:<br>• 4 Hmong families attend 8 group sessions each quarter,<br>• 4 Cambodian families attend 8 groups sessions twice a year<br><br>75% of youth avoid negative gang behavior.<br><br>Conduct at least two training sessions per year for parents to act as co-facilitators | • Through PHA records and in consultation with Wilder, show prevention of evictions for 90% of families.<br>• Through quarterly information to the PHA, show number of attendees (and outcomes).<br>• Through complaints to Housing, parent reports and police reports, measure youth avoidance of gang behavior, to determine outcome of 90% eviction prevention. | Participation levels shall be counted as zero at the start of each grant period. | The Wilder Foundation:<br>• Additional counseling through the Social Adjustment Program<br>St. Paul PHA Coordinated:<br>• Providing space at community centers for providers responding to family needs: ESL classes, GED and basic skills training, citizenship training, computer classes, employment readiness, training and placement programs, health clinics.<br>• Offer HUD approved employment and training opportunities for residents. |

7-39

TAB 7

ATTACHMENT:   CRIME STATISTICS

PHA 003276

**1998 Saint Paul Police Department  Asian Community Outreach Program  Statistical Report**

| Section | Description | Source | Page |
|---|---|---|---|
| Part I Offenses | Description of Uniform Crime Report's Part I Offenses by grid. | Published Saint Paul Police Dep. (SPPD) Crime Reports | 2-10 |
| Part II Offenses | Description of selected part II offenses including weapons, narcotics, and vandalism*; same format as part I offense section. | SITS database** | 11-13 |
| 1998 Per Capita | Comparisons per capita of Public Housing Agency (PHA) Family Housing Development Sites and Saint Paul. | SITS database**, PHA, Metropolitan Council | 14-18 |
| Calls for Service | Comprisons by PHA Family Housing and Saint Paul. Asian Community Outreach Program (ACOP) community liaison officer calls subsection. | SITS database**, PHA, Metropolitan Council | 19 |
| Juvenile Map | 1998 SPPD Crime Report map with PHA Family Housing Development Sites overlay. | 1998 Crime Report | |
| Narcotics Map | 1998 Narcotics map for Saint Paul with PHA Family Housing Development Sites overlay. | Data from SITS database** | |

*Offenses are categorized according to the Uniform Crime Reports (UCR) Summary Reporting Heirarchy Rule, which requires that part II offenses occurring in conjunction with a part I offense will be coded as the part I offense.

**Saint Paul Police Department Single Incident Tracking System (SITS) database containing records from 1995.

### Grids Included in Sections I & II***

| Grid | Family Housing Developments | | Grid | Hi-Rises |
|---|---|---|---|---|
| 12 | McDonough Homes | | 18 | Iowa |
| 58 | Roosevelt Homes | | 48 | Front |
| 92 | Mt. Airy Homes | | 54 | Edgerton |
| 194 | Dunedin Terrace | | 62 | Seal |
| | | | 92 | Mt. Airy, Valley |
| | | | 109 | West Central |
| | | | 110 | Ravoux |
| | | | 117 | Wilson |
| | | | 130 | Neill |
| | | | 131 | Exchange, Wabasha |
| | | | 194 | Ada |
| | | | 202 | Cleveland |
| | | | 207 | Montreal |

| | McDon'gh Grid 12 | Roosevelt Grid 58 | Mt. Airy Grid 92 | Dunedin Grid 194 | TOTAL 4 Grids |
|---|---|---|---|---|---|
| Grid Popn | 2863 | 2189 | 2270 | 2475 | 9797 |
| PH Popn | 2295 | 885 | 1470 | 517 | 5167 |
| % PH | 80.2% | 40.4% | 64.8% | 20.9% | 52.7% |

***Grids are geographic sections of the city (approx .25 sq.mi.) used by SPPD. Grids listed in this report include calls from the listed PHA properties and surrounding area. Grids 92 and 194 contribute to both Family Housing Development and Hi-Rise totals.

**Offense: Homicide**

Family Housing Development (F.H.Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 6 | NA | NA |
| 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | NA | NA |
| 92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | NA | NA |
| 194 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | NA | NA |
| **Hi-Rises** | | | | | | | | | | | | | |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NA | NA |
| 48 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | -100% | NA |
| 54 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | NA | NA |
| 62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | NA | -100% |
| 92 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | NA | NA |
| 109 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | -100% | -100% |
| 110 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | -100% | NA |
| 117 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | NA | -100% |
| 130 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0% | NA |
| 131 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NA | NA |
| 194 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | NA | NA |
| 202 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NA | NA |
| 207 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | NA | NA |
| **F.H.Dev. Tot.** | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 9 | NA | NA |
| **Hi-Rise Tot.** | 2 | 1 | 4 | 4 | 2 | 2 | 1 | 2 | 2 | 3 | 4 | 0% | 33% |
| **St. Paul Tot.** | 17 | 15 | 19 | 12 | 30 | 22 | 29 | 25 | 29 | 24 | 24 | 26% | 0% |



Homicide Trends

7-41

PHA 003278

**Offense: Rape***

Family Housing Development (F.H.Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | % Change 90 to 98 | % Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 6 | 4 | 3 | 2 | 0 | 1 | 1 | 1 | 2 | 2 | 1 | -67% | -50% |
| 58 | 2 | 1 | 0 | 2 | 2 | 0 | 2 | 3 | 2 | 0 | 3 | NA | NA |
| 92 | 1 | 4 | 2 | 4 | 6 | 2 | 2 | 1 | 6 | 4 | 4 | 100% | 0% |
| 194 | 2 | 0 | 2 | 3 | 1 | 9 | 3 | 5 | 4 | 3 | 3 | 50% | 0% |
| Hi-Rises | | | | | | | | | | | | | |
| 18 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | NA | -100% |
| 48 | 0 | 0 | 0 | 2 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | NA | 100% |
| 54 | 5 | 3 | 1 | 6 | 5 | 3 | 6 | 4 | 2 | 6 | 5 | 400% | -17% |
| 62 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | NA | 0% |
| 92 | 1 | 4 | 2 | 4 | 6 | 2 | 2 | 1 | 6 | 4 | 4 | 100% | 0% |
| 109 | 4 | 4 | 4 | 5 | 3 | 1 | 3 | 2 | 4 | 5 | 3 | -25% | -40% |
| 110 | 4 | 2 | 5 | 8 | 2 | 2 | 5 | 5 | 6 | 1 | 4 | -20% | 300% |
| 117 | 3 | 3 | 1 | 3 | 1 | 4 | 2 | 2 | 2 | 1 | 1 | 0% | 0% |
| 130 | 5 | 4 | 1 | 2 | 0 | 4 | 2 | 4 | 3 | 2 | 0 | -100% | -100% |
| 131 | 5 | 3 | 3 | 8 | 5 | 0 | 7 | 2 | 1 | 1 | 4 | 33% | 300% |
| 194 | 2 | 0 | 2 | 3 | 1 | 9 | 3 | 5 | 4 | 3 | 3 | 50% | 0% |
| 202 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | NA | -100% |
| 207 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | NA | NA |
| F.H.Dev. Tot. | 11 | 9 | 7 | 11 | 9 | 12 | 8 | 10 | 14 | 9 | 11 | 57% | 22% |
| Hi-Rise Tot. | 31 | 24 | 19 | 42 | 26 | 27 | 30 | 25 | 31 | 27 | 27 | 42% | 0% |
| St. Paul Tot. | 242 | 197 | 276 | 307 | 248 | 257 | 285 | 246 | 246 | 243 | 255 | -8% | 5% |



Rape Trends*

*Due to a systems change, totals for 1996-98 reflect total events, not victims. The magnitude of difference for Rape, if any, has not yet been determined.

Prepared by SPPD, Research, SY, SZ -- 5/99

7-42

PHA 003279

**Offense: Robbery**

Family Housing Development (F.H.Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|---------|---------|
| 12 | 4 | 2 | 4 | 3 | 4 | 1 | 1 | 1 | 2 | 5 | 5 | 25% | 0% |
| 58 | 5 | 2 | 1 | 1 | 2 | 5 | 4 | 6 | 3 | 5 | 2 | 100% | -60% |
| 92 | 10 | 4 | 13 | 11 | 4 | 12 | 4 | 5 | 10 | 6 | 9 | -31% | 50% |
| 194 | 5 | 8 | 11 | 16 | 5 | 8 | 4 | 5 | 9 | 5 | 7 | -36% | 40% |

Hi-Rises

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|---------|---------|
| 18 | 6 | 1 | 2 | 0 | 1 | 1 | 1 | 1 | 3 | 2 | 2 | 0% | 0% |
| 48 | 5 | 5 | 2 | 6 | 6 | 4 | 6 | 2 | 6 | 2 | 2 | 0% | 0% |
| 54 | 12 | 15 | 12 | 19 | 19 | 16 | 15 | 22 | 20 | 20 | 26 | 117% | 30% |
| 62 | 3 | 4 | 8 | 0 | 4 | 5 | 1 | 7 | 2 | 4 | 0 | -100% | -100% |
| 92 | 10 | 4 | 13 | 11 | 4 | 12 | 4 | 5 | 10 | 6 | 9 | -31% | 50% |
| 109 | 26 | 21 | 12 | 13 | 11 | 15 | 11 | 17 | 12 | 12 | 7 | -42% | -42% |
| 110 | 13 | 23 | 11 | 4 | 10 | 9 | 10 | 13 | 9 | 18 | 8 | -27% | -56% |
| 117 | 2 | 3 | 1 | 4 | 4 | 4 | 1 | 2 | 3 | 5 | 2 | 100% | -60% |
| 130 | 9 | 8 | 5 | 9 | 7 | 8 | 11 | 4 | 5 | 3 | 3 | -40% | 0% |
| 131 | 21 | 35 | 18 | 17 | 13 | 9 | 13 | 19 | 8 | 6 | 12 | -33% | 100% |
| 194 | 5 | 8 | 11 | 16 | 5 | 8 | 4 | 5 | 9 | 5 | 7 | -36% | 40% |
| 202 | 6 | 4 | 4 | 1 | 1 | 1 | 0 | 1 | 1 | 3 | 1 | -75% | -67% |
| 207 | 0 | 0 | 1 | 3 | 2 | 1 | 3 | 4 | 1 | 0 | 4 | 300% | NA |
| **F.H.Dev. Tot.** | 24 | 16 | 29 | 31 | 15 | 26 | 13 | 17 | 24 | 21 | 23 | -21% | 10% |
| **Hi-Rise Tot.** | 118 | 131 | 100 | 103 | 87 | 93 | 80 | 102 | 89 | 86 | 83 | -17% | -3% |
| **St. Paul Tot.** | 805 | 868 | 804 | 878 | 854 | 973 | 881 | 950 | 890 | 836 | 852 | 6% | 2% |

### Robbery Trends



Robbery Scale

7-43                        PHA  003280

## Offense: Aggravated Assault*
**Family Housing Development (F.H.Dev.)**

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | % Change 90 to 98 | % Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 13 | 14 | 4 | 15 | 21 | 8 | 21 | 16 | 16 | 16 | 10 | 150% | -38% |
| 58 | 10 | 6 | 5 | 8 | 6 | 5 | 8 | 16 | 14 | 8 | 8 | 60% | 0% |
| 92 | 16 | 15 | 15 | 22 | 18 | 17 | 21 | 35 | 26 | 18 | 13 | -13% | -28% |
| 194 | 13 | 25 | 24 | 20 | 18 | 25 | 27 | 19 | 17 | 19 | 25 | 4% | 32% |
| **Hi-Rises** | | | | | | | | | | | | | |
| 18 | 0 | 3 | 1 | 3 | 3 | 8 | 3 | 1 | 1 | 0 | 8 | 700% | NA |
| 48 | 4 | 6 | 7 | 4 | 9 | 6 | 3 | 6 | 4 | 10 | 2 | -71% | -80% |
| 54 | 23 | 27 | 45 | 32 | 40 | 28 | 47 | 32 | 33 | 23 | 33 | -27% | 43% |
| 62 | 1 | 2 | 7 | 3 | 1 | 0 | 2 | 2 | 3 | 1 | 0 | -100% | -100% |
| 92 | 22 | 18 | 15 | 22 | 18 | 17 | 21 | 35 | 26 | 18 | 13 | -13% | -28% |
| 109 | 19 | 23 | 22 | 21 | 17 | 27 | 16 | 15 | 19 | 18 | 9 | -59% | -50% |
| 110 | 16 | 23 | 39 | 20 | 12 | 15 | 22 | 17 | 13 | 19 | 12 | -69% | -37% |
| 117 | 9 | 9 | 11 | 9 | 3 | 3 | 14 | 3 | 4 | 7 | 4 | -64% | -43% |
| 130 | 16 | 8 | 12 | 8 | 3 | 11 | 5 | 6 | 10 | 6 | 8 | -33% | 33% |
| 131 | 31 | 30 | 24 | 17 | 16 | 8 | 16 | 9 | 8 | 11 | 13 | -46% | 18% |
| 194 | 13 | 25 | 24 | 20 | 18 | 25 | 27 | 19 | 17 | 19 | 25 | 4% | 32% |
| 202 | 2 | 4 | 3 | 1 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | -100% | NA |
| 207 | 1 | 0 | 2 | 3 | 2 | 4 | 2 | 3 | 1 | 3 | 3 | 50% | 0% |
| **F.H.Dev. Tot.** | 52 | 60 | 48 | 65 | 63 | 55 | 77 | 86 | 73 | 61 | 56 | 17% | -8% |
| **Hi-Rise Tot.** | 157 | 178 | 212 | 163 | 142 | 153 | 178 | 150 | 140 | 135 | 130 | -39% | -4% |
| **St. Paul Tot.** | 1437 | 1417 | 1713 | 1593 | 1533 | 1453 | 1570 | 1369 | 1296 | 1312 | 1282 | -25% | -2% |



### Aggravated Assault Trends*

*Due to a systems change, totals for 1996-98 reflect total events, not victims.  The magnitude of difference for Agg. Assault, if any, has not yet been determined.

Prepared by SPPD, Research, SY, SZ — 5/99

7-44

PHA 003281

5

## Offense: Residential Burglary
### Family Housing Developmetn (F.H.Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 14 | 10 | 4 | 4 | 6 | 6 | 4 | 13 | 8 | 5 | 6 | 50% | 20% |
| 58 | 20 | 11 | 7 | 18 | 14 | 9 | 10 | 15 | 21 | 16 | 10 | 43% | -38% |
| 92 | 4 | 17 | 9 | 15 | 10 | 6 | 3 | 11 | 12 | 19 | 14 | 56% | -26% |
| 194 | 48 | 34 | 32 | 27 | 18 | 19 | 16 | 18 | 21 | 22 | 16 | -50% | -27% |

### Hi-Rises

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 12 | 20 | 8 | 19 | 4 | 12 | 19 | 14 | 18 | 23 | 19 | 138% | -17% |
| 48 | 17 | 15 | 27 | 14 | 11 | 38 | 17 | 19 | 33 | 24 | 25 | -7% | 4% |
| 54 | 67 | 72 | 57 | 63 | 57 | 57 | 44 | 72 | 47 | 80 | 59 | 4% | -26% |
| 62 | 10 | 6 | 0 | 2 | 3 | 5 | 4 | 2 | 2 | 5 | 0 | NA | -100% |
| 92 | 4 | 17 | 9 | 15 | 10 | 6 | 3 | 11 | 12 | 19 | 14 | 56% | -26% |
| 109 | 26 | 30 | 26 | 29 | 19 | 13 | 9 | 18 | 21 | 30 | 29 | 12% | -3% |
| 110 | 27 | 37 | 24 | 17 | 18 | 20 | 12 | 12 | 9 | 24 | 11 | -54% | -54% |
| 117 | 11 | 22 | 34 | 17 | 12 | 16 | 20 | 19 | 15 | 29 | 25 | -26% | -14% |
| 130 | 53 | 46 | 43 | 42 | 33 | 33 | 26 | 37 | 26 | 21 | 27 | -37% | 29% |
| 131 | 16 | 8 | 9 | 5 | 14 | 10 | 8 | 12 | 8 | 3 | 6 | -33% | 100% |
| 194 | 48 | 34 | 32 | 27 | 18 | 19 | 16 | 18 | 21 | 22 | 16 | -50% | -27% |
| 202 | 14 | 4 | 7 | 10 | 6 | 8 | 4 | 5 | 10 | 15 | 8 | 14% | -47% |
| 207 | 6 | 6 | 13 | 14 | 13 | 8 | 16 | 4 | 8 | 9 | 12 | -8% | 33% |
| | | | | | | | | | | | | | |
| F.H.Dev. Tot. | 86 | 72 | 52 | 64 | 48 | 40 | 33 | 57 | 62 | 62 | 46 | -12% | -26% |
| Hi-Rise Tot. | 311 | 317 | 289 | 274 | 218 | 245 | 198 | 243 | 230 | 304 | 251 | -13% | -17% |
| St. Paul Tot. | 4105 | 4158 | 4188 | 3853 | 3841 | 3278 | 3288 | 3492 | 3585 | 3381 | 3268 | -22% | -3% |



### Residential Burglary Trends

## Offense: Commercial Burglary

**Family Housing Development (F.H.Dev.)**

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 1 | 5 | 2 | 0 | 0 | 2 | 0 | 1 | 1 | 4 | 2 | 0% | -50% |
| 58 | 1 | 2 | 1 | 0 | 0 | 0 | 2 | 4 | 1 | 1 | 0 | -100% | -100% |
| 92 | 12 | 6 | 9 | 7 | 4 | 7 | 10 | 6 | 4 | 10 | 11 | 22% | 10% |
| 194 | 25 | 6 | 11 | 7 | 5 | 6 | 2 | 6 | 6 | 6 | 3 | -73% | -50% |
| **Hi-Rises** | | | | | | | | | | | | | |
| 18 | 4 | 3 | 3 | 3 | 1 | 7 | 3 | 6 | 0 | 0 | 3 | 0% | NA |
| 48 | 6 | 5 | 1 | 2 | 1 | 2 | 6 | 4 | 1 | 0 | 2 | 100% | NA |
| 54 | 13 | 13 | 17 | 9 | 10 | 6 | 8 | 10 | 3 | 12 | 13 | -24% | 8% |
| 62 | 21 | 19 | 22 | 11 | 16 | 12 | 12 | 13 | 7 | 4 | 8 | -64% | 100% |
| 92 | 12 | 6 | 9 | 7 | 4 | 7 | 10 | 6 | 4 | 10 | 11 | 22% | 10% |
| 109 | 13 | 7 | 4 | 15 | 15 | 4 | 16 | 13 | 12 | 5 | 21 | 425% | 320% |
| 110 | 12 | 14 | 7 | 28 | 11 | 5 | 6 | 7 | 11 | 17 | 12 | 71% | -29% |
| 117 | 3 | 8 | 0 | 10 | 9 | 9 | 4 | 3 | 2 | 1 | 3 | NA | 200% |
| 130 | 8 | 6 | 4 | 7 | 0 | 4 | 1 | 2 | 5 | 1 | 2 | -50% | 100% |
| 131 | 15 | 12 | 15 | 6 | 3 | 6 | 3 | 9 | 7 | 2 | 2 | -87% | 0% |
| 194 | 25 | 6 | 11 | 7 | 5 | 6 | 2 | 6 | 6 | 6 | 3 | -73% | -50% |
| 202 | 9 | 6 | 4 | 9 | 7 | 6 | 4 | 11 | 6 | 5 | 8 | 100% | 60% |
| 207 | 0 | 6 | 0 | 3 | 4 | 1 | 3 | 3 | 4 | 3 | 5 | NA | NA |
| **F.H.Dev. Tot.** | 39 | 19 | 23 | 14 | 9 | 15 | 14 | 17 | 12 | 21 | 16 | -30% | -24% |
| **Hi-Rise Tot.** | 141 | 111 | 97 | 117 | 86 | 75 | 78 | 93 | 68 | 66 | 93 | -4% | 41% |
| **St. Paul Tot.** | 1108 | 1003 | 1021 | 901 | 932 | 797 | 817 | 827 | 584 | 660 | 723 | -29% | 10% |

### Commercial Burglary Trends



