## Offense: Theft

Family Housing Development (F.H. Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 35 | 65 | 73 | 61 | 94 | 108 | 57 | 63 | 57 | 75 | 77 | 5% | 3% |
| 58 | 23 | 27 | 39 | 37 | 24 | 20 | 39 | 49 | 41 | 45 | 36 | -8% | -20% |
| 92 | 49 | 73 | 75 | 101 | 85 | 71 | 64 | 93 | 59 | 73 | 62 | -17% | -15% |
| 194 | 74 | 76 | 58 | 72 | 53 | 72 | 57 | 65 | 60 | 67 | 76 | 31% | 13% |

Hi-Rises

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 25 | 28 | 26 | 20 | 20 | 33 | 21 | 37 | 32 | 42 | 58 | 123% | 38% |
| 48 | 45 | 41 | 37 | 41 | 35 | 68 | 51 | 66 | 57 | 58 | 55 | 49% | -5% |
| 54 | 114 | 136 | 150 | 164 | 147 | 126 | 128 | 122 | 127 | 134 | 160 | 7% | 19% |
| 62 | 31 | 36 | 45 | 39 | 46 | 59 | 46 | 30 | 33 | 32 | 54 | 20% | 69% |
| 92 | 49 | 73 | 75 | 101 | 85 | 71 | 64 | 93 | 59 | 73 | 62 | -17% | -15% |
| 109 | 127 | 152 | 163 | 168 | 127 | 150 | 114 | 128 | 123 | 94 | 94 | -42% | 0% |
| 110 | 208 | 186 | 160 | 151 | 180 | 214 | 259 | 298 | 297 | 292 | 260 | 63% | -11% |
| 117 | 41 | 63 | 51 | 61 | 49 | 40 | 44 | 66 | 67 | 63 | 65 | 27% | 3% |
| 130 | 70 | 64 | 83 | 92 | 84 | 73 | 39 | 79 | 65 | 83 | 94 | 13% | 13% |
| 131 | 110 | 112 | 133 | 112 | 91 | 72 | 69 | 67 | 103 | 76 | 101 | -24% | 33% |
| 194 | 74 | 76 | 58 | 72 | 53 | 72 | 57 | 65 | 60 | 67 | 76 | 31% | 13% |
| 202 | 71 | 51 | 74 | 77 | 68 | 74 | 38 | 62 | 65 | 76 | 54 | -27% | -29% |
| 207 | 19 | 31 | 36 | 18 | 48 | 36 | 65 | 61 | 44 | 31 | 33 | -8% | 6% |

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F.H.Dev. Tot. | 181 | 241 | 245 | 271 | 256 | 271 | 217 | 270 | 217 | 260 | 251 | 2% | -3% |
| Hi-Rise Tot. | 984 | 1049 | 1091 | 1116 | 1033 | 1088 | 995 | 1174 | 1132 | 1121 | 1166 | 7% | 4% |
| St. Paul Tot. | 11183 | 11606 | 12114 | 12117 | 11943 | 11440 | 10708 | 11311 | 11617 | 12353 | 11682 | -4% | -5% |

### Theft Trends



Prepared by SPPD, Research, SY, SZ -- 5/99

7-47

PHA 003284

## Offense: Motor Vehicle Theft

Family Housing Development (F.H.Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 12 | 51 | 82 | 56 | 48 | 65 | 72 | 75 | 40 | 44 | 48 | 22 | -61% | -54% |
| 58 | 26 | 19 | 23 | 40 | 14 | 16 | 19 | 15 | 18 | 17 | 21 | -9% | 24% |
| 92 | 28 | 57 | 36 | 48 | 45 | 43 | 46 | 49 | 46 | 32 | 26 | -28% | -19% |
| 194 | 36 | 51 | 31 | 33 | 25 | 27 | 18 | 23 | 24 | 39 | 23 | -26% | -41% |

Hi-Rises

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 18 | 5 | 7 | 8 | 9 | 12 | 12 | 5 | 10 | 4 | 8 | 7 | -13% | -13% |
| 48 | 10 | 11 | 11 | 18 | 25 | 31 | 21 | 15 | 13 | 10 | 7 | -36% | -30% |
| 54 | 33 | 37 | 38 | 32 | 61 | 31 | 43 | 46 | 47 | 48 | 45 | 18% | -6% |
| 62 | 3 | 10 | 7 | 9 | 11 | 5 | 5 | 6 | 14 | 8 | 4 | -43% | -50% |
| 92 | 28 | 57 | 36 | 48 | 45 | 43 | 46 | 49 | 46 | 32 | 26 | -28% | -19% |
| 109 | 17 | 35 | 21 | 25 | 22 | 28 | 29 | 37 | 47 | 47 | 24 | 14% | -49% |
| 110 | 36 | 65 | 24 | 38 | 36 | 40 | 24 | 27 | 52 | 42 | 41 | 71% | -2% |
| 117 | 11 | 24 | 13 | 19 | 15 | 14 | 12 | 20 | 18 | 22 | 36 | 177% | 64% |
| 130 | 16 | 17 | 16 | 18 | 14 | 10 | 9 | 15 | 17 | 18 | 11 | -31% | -39% |
| 131 | 9 | 21 | 14 | 10 | 11 | 6 | 9 | 9 | 7 | 5 | 5 | -64% | 0% |
| 194 | 36 | 51 | 31 | 33 | 25 | 27 | 18 | 23 | 24 | 39 | 23 | -26% | -41% |
| 202 | 12 | 11 | 10 | 10 | 5 | 4 | 3 | 3 | 5 | 6 | 3 | -70% | -50% |
| 207 | 6 | 5 | 5 | 4 | 7 | 3 | 6 | 5 | 11 | 5 | 13 | 160% | 160% |

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| F.H.Dev. Tot. | 141 | 209 | 146 | 169 | 149 | 158 | 158 | 127 | 132 | 136 | 92 | -37% | -32% |
| Hi-Rise Tot. | 222 | 351 | 234 | 273 | 289 | 254 | 230 | 265 | 305 | 290 | 245 | 5% | -16% |
| St. Paul Tot. | 1976 | 2949 | 2502 | 2488 | 2602 | 2510 | 2177 | 2351 | 2771 | 2743 | 2438 | -3% | -11% |

### Motor Vehicle Theft Trends



Motor Vehicle Theft Scale

**Offense: Arson**

Family Housing Development (F.H.Dev.)

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 12 | 5 | 3 | 0 | 1 | 4 | 6 | 4 | 5 | 3 | 1 | 1 | NA | 0% |
| 58 | 2 | 2 | 0 | 1 | 2 | 1 | 2 | 3 | 1 | 1 | 2 | NA | 100% |
| *92* | *2* | *0* | *2* | *0* | *7* | *1* | *6* | *3* | *4* | *3* | *3* | *50%* | *0%* |
| *194* | *3* | *1* | *0* | *2* | *5* | *2* | *3* | *2* | *2* | *4* | *2* | *NA* | *-50%* |

**Hi-Rises**

| Grid | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | %Change 90 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 18 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | -100% | NA |
| 48 | 1 | 1 | 2 | 2 | 4 | 1 | 3 | 7 | 1 | 0 | 3 | 50% | NA |
| 54 | 11 | 5 | 3 | 10 | 9 | 7 | 10 | 10 | 7 | 8 | 8 | 167% | 0% |
| 62 | 0 | 0 | 0 | 3 | 1 | 3 | 3 | 1 | 0 | 1 | 0 | NA | -100% |
| *92* | *2* | *0* | *2* | *0* | *7* | *1* | *6* | *3* | *4* | *3* | *3* | *50%* | *0%* |
| 109 | 1 | 0 | 2 | 1 | 3 | 2 | 3 | 6 | 1 | 3 | 4 | 100% | 33% |
| 110 | 2 | 0 | 0 | 1 | 1 | 1 | 2 | 3 | 2 | 3 | 3 | NA | 0% |
| 117 | 0 | 3 | 1 | 0 | 0 | 1 | 0 | 1 | 7 | 1 | 2 | 100% | 100% |
| 130 | 1 | 0 | 1 | 2 | 1 | 0 | 0 | 0 | 2 | 5 | 3 | 200% | -40% |
| 131 | 6 | 2 | 2 | 3 | 0 | 1 | 0 | 0 | 2 | 1 | 0 | -100% | -100% |
| *194* | *3* | *1* | *0* | *2* | *5* | *2* | *3* | *2* | *2* | *4* | *2* | *NA* | *-50%* |
| 202 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | -100% | NA |
| 207 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | NA | 0% |

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | | |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| **F.H.Dev. Tot.** | 12 | 6 | 2 | 4 | 18 | 10 | 15 | 13 | 10 | 9 | 8 | 300% | -11% |
| **Hi-Rise Tot.** | 27 | 12 | 15 | 26 | 31 | 21 | 30 | 35 | 29 | 30 | 29 | 93% | -3% |
| **St. Paul Tot.** | 258 | 264 | 285 | 259 | 252 | 327 | 336 | 332 | 329 | 290 | 276 | -3% | -5% |



Arson Trends

**Offense: Narcotics**

Family Housing Development (F.H.Dev.)

| Grid | 1995 | 1996 | 1997 | 1998 | %Change 95 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------|------|
| 12 | 2 | 3 | 6 | 7 | 250% | 17% |
| 58 | 2 | 1 | 4 | 3 | 50% | -25% |
| *92* | *6* | *16* | *26* | *14* | *133%* | *-46%* |
| *194* | *15* | *12* | *16* | *19* | *27%* | *19%* |
| Hi-Rises | | | | | | |
| 18 | 1 | 0 | 2 | 0 | -100% | -100% |
| 48 | 5 | 5 | 0 | 5 | 0% | NA |
| 54 | 23 | 29 | 45 | 36 | 57% | -20% |
| 62 | 1 | 0 | 1 | 2 | 100% | 100% |
| *92* | *6* | *16* | *26* | *14* | *133%* | *-46%* |
| 109 | 17 | 12 | 20 | 32 | 88% | 60% |
| 110 | 6 | 5 | 35 | 53 | 783% | 51% |
| 117 | 6 | 4 | 13 | 3 | -50% | -77% |
| 130 | 7 | 10 | 5 | 11 | 57% | 120% |
| 131 | 56 | 72 | 33 | 58 | 4% | 76% |
| *194* | *15* | *12* | *16* | *19* | *27%* | *19%* |
| 202 | 1 | 1 | 1 | 1 | 0% | 0% |
| 207 | 1 | 1 | 4 | 3 | 200% | -25% |
| | | | | | | |
| **F.H.Dev. Tot.** | 25 | 32 | 52 | 43 | 72% | -17% |
| **Hi-Rise Tot.** | 145 | 167 | 201 | 237 | 63% | 18% |
| **St. Paul Tot.** | 1285 | 1300 | 1633 | 1790 | 39% | 10% |

**Narcotics Trends**



Narcotics Scale

**Offense: Vandalism**

Family Housing Development (F.H.Dev.)

| Grid | 1995 | 1996 | 1997 | 1998 | %Change 95 to 98 | %Change 97 to 98 |
|---|---|---|---|---|---|---|
| 12 | 84 | 98 | 142 | 62 | -26% | -56% |
| 58 | 43 | 59 | 61 | 44 | 2% | -28% |
| *92* | *73* | *84* | *66* | *60* | *-18%* | *-9%* |
| *194* | *63* | *75* | *64* | *62* | *-2%* | *-3%* |
| **Hi-Rises** | | | | | | |
| 18 | 22 | 22 | 30 | 15 | -32% | -50% |
| 48 | 20 | 16 | 29 | 19 | -5% | -34% |
| 54 | 86 | 67 | 91 | 73 | -15% | -20% |
| 62 | 14 | 13 | 7 | 11 | -21% | 57% |
| *92* | *73* | *84* | *66* | *60* | *-18%* | *-9%* |
| 109 | 39 | 43 | 35 | 46 | 18% | 31% |
| 110 | 35 | 39 | 44 | 46 | 31% | 5% |
| 117 | 28 | 22 | 29 | 29 | 4% | 0% |
| 130 | 26 | 14 | 17 | 24 | -8% | 41% |
| 131 | 25 | 10 | 15 | 16 | -36% | 7% |
| *194* | *63* | *75* | *64* | *62* | *-2%* | *-3%* |
| 202 | 24 | 19 | 23 | 11 | -54% | -52% |
| 207 | 22 | 10 | 15 | 4 | -82% | -73% |
| | | | | | | |
| **F.H.Dev. Tot.** | 263 | 316 | 333 | 228 | -13% | -32% |
| **Hi-Rise Tot.** | 477 | 434 | 465 | 416 | -13% | -11% |
| **St. Paul Tot.** | 5009 | 4576 | 4823 | 4168 | -17% | -14% |

**Vandalism Trends**



St. Paul Tot.

Vandalism Scale

F.H.Dev. Tot.    Hi-Rise Tot.

**Offense: Weapons***

Family Housing Development (F.H.Dev.)

| Grid | 1995 | 1996 | 1997 | 1998 | %Change 95 to 98 | %Change 97 to 98 |
|------|------|------|------|------|------------------|------------------|
| 12 | 0 | 0 | 0 | 5 | NA | NA |
| 58 | 0 | 1 | 1 | 1 | NA | 0% |
| 92 | 4 | 3 | 3 | 1 | -75% | -67% |
| 194 | 3 | 2 | 6 | 7 | 133% | 17% |
| Hi-Rises | | | | | | |
| 18 | 0 | 0 | 0 | 2 | NA | NA |
| 48 | 3 | 5 | 4 | 2 | -33% | -50% |
| 54 | 13 | 6 | 7 | 7 | -46% | 0% |
| 62 | 0 | 0 | 0 | 0 | NA | NA |
| 92 | 4 | 3 | 3 | 1 | -75% | -67% |
| 109 | 5 | 1 | 6 | 5 | 0% | -17% |
| 110 | 3 | 2 | 3 | 4 | 33% | 33% |
| 117 | 1 | 1 | 0 | 1 | 0% | NA |
| 130 | 2 | 0 | 0 | 0 | -100% | NA |
| 131 | 4 | 7 | 3 | 5 | 25% | 67% |
| 194 | 3 | 2 | 6 | 7 | 133% | 17% |
| 202 | 0 | 0 | 0 | 1 | NA | NA |
| 207 | 0 | 0 | 0 | 0 | NA | NA |
| | | | | | | |
| F.H.Dev. Tot. | 7 | 6 | 10 | 14 | 100% | 40% |
| Hi-Rise Tot. | 38 | 27 | 32 | 35 | -8% | 9% |
| St. Paul Tot. | 268 | 272 | 254 | 266 | -1% | 5% |



Weapons Trends

*Weapons offenses include illegal transfer or possession of assault weapons, and reckless use of a firearm. 'Discharge of a firearm within city limits' is not included.

Prepared by SPPD, Research, SY, SZ -- 5/99          1-52

PHA 003289

## 1998 Per Capita Comparisons: Family Housing Development Sites and Saint Paul

Incident groups are listed with total non-cancelled calls for service per 100 residents. Estimates for Family Housing Development (F.H.Dev.) Sites are PHA counts for 4/1/99 (1998 counts not available). Estimate for Saint Paul is Metropolitan Council's preliminary 4/1/98 estimate. Family Housing Development Sites are defined by F.H.Dev. addresses and intersections entirely within F.H.Dev. property. Incident groups are defined on pages 15-19.

|  | McDonough | Mt. Airy | Roosevelt | Dunedin | St. Paul |
|---|---|---|---|---|---|
| *Population* | *2295* | *1470* | *885* | *517* | *268,667* |
| Domestics | 7.06 | 7.01 | 10.40 | 6.58 | 6.40 |
| Violence--Not Domestic | 0.44 | 0.88 | 0.34 | 0.77 | 0.72 |
| Property--Not Commercial | 4.62 | 5.71 | 5.08 | 2.13 | 7.44 |
| Quality of Life | 10.28 | 8.50 | 13.45 | 6.77 | 15.44 |









Prepared by SPPD, Research, SY, SZ -- 5/99

1-53

PHA 003290

14

## Categories Included in Incident Groups for Per Capita Analysis

**Domestics**
*INCD*      *Incident Description*
    31 DOMESTICS
    411 AGG ASLT W/FIREARM - DOMESTIC (OPPOSITE SEX)AA
    412 AGG ASLT W/FIREARM - DOMESTIC (FAMILY-CHILD)
    421 AGG ASLT W/CUTTING INST - DOMESTIC (OPPOSITE SEX)
    422 AGG ASLT W/CUTTING INST - DOMESTIC (FAMILY-CHILD)
    431 AGG ASLT W/ OTHER WEAPON - DOMESTIC (OPPOSITE SEX)
    432 AGG ASLT W/ OTHER WEAPON - DOMESTIC (FAMILY-CHILD)
    441 AGG ASLT W/FISTS,FEET,ETC.-DOMESTIC (OPPOSITE SEX)
    442 AGG ASLT W/FISTS,FEET,ETC.-DOMESTIC (FAMILY-CHILD)
    861 OTHER ASSAULTS, ALL (DOMESTIC, OPP SEX)
    862 OTHER ASSAULTS, ALL (DOMESTIC, FAMILY-CHILD)

**Violence--Not Domestic**
*INCD*      *Incident Description*
    100 HOMICIDE
    110 MURDER, NON NEGLIGENT MANSLAUGHTER
    120 MURDER, MANSLAUGHTER BY NEGLIGENCE
    200 FORCIBLE RAPE
    210 RAPE BY FORCE
    220 ASSAULT TO RAPE ATTEMPTS
    311 HIGHWAY ROBBERY WITH A FIREARM
    312 HIGHWAY ROBBERY WITH A KNIFE OR CUTTING INSTRUMENT
    313 HIGHWAY ROBBERY WITH OTHER DANGEROUS WEAPONS
    314 HIGHWAY ROBBERY BY STRONG ARM
    351 ROBBERY OF RESIDENCE WITH A FIREARM
    352 ROBB OF RESIDENCE, KNIFE OR CUTTING INSTRUMENT
    353 ROBBERY OF RESIDENCE, WITH OTHER DANGEROUS WEAPONS
    354 ROBBERY OF RESIDENCE, BY STRONG ARM
    410 AGG ASSAULT WITH REVOLVERS, PISTOLS, SHOTGUN ETC.
    420 AGG ASSAULT WITH KNIFE OR CUTTING INSTRUMENT ETC.
    430 AGG ASSAULT WITH OTHER DANGEROUS WEAPONS
    440 AGG ASSAULT WITH FIST, FEET, AND HANDS ETC.

**Property Crimes--Not commercial**
*INCD*      *Incident Description*
    510 BURGLARY FORCED ENTRY, NIGHT, RESIDENCE
    511 BURGLARY FORCED ENTRY, NIGHT, RESIDENCE, OCCUPIED
    513 BURGLARY FORCED ENTRY, NIGHT, GARAGE
    520 BURGLARY NO FORCED ENTRY, NIGHT, RESIDENCE
    521 BURGLARY NO FORCED ENTRY, NIGHT, RESIDENCE, OCCUD
    523 BURGLARY NO FORCED ENTRY, NIGHT, GARAGE
    530 BURGLARY FORCED ENTRY, DAY, RESIDENCE
    531 BURGLARY FORCED ENTRY, DAY, RESIDENCE, OCCUPIED
    533 BURGLARY FORCED ENTRY, DAY, GARAGE
    540 BURGLARY NO FORCED ENTRY, DAY, RESIDENCE
    541 BURGLARY NO FORCED ENTRY, DAY, RESIDENCE, OCCUPIED
    543 BURGLARY NO FORCED ENTRY, DAY, GARAGE

PHA 003291

550 ATTEMPTED BURG FORCED ENTRY, NIGHT, RESIDENCE
551 ATTEMPTED BURG FORCED ENTRY,NIGHT, RESIDENCE, OCCD
553 ATTEMPTED BURG FORCED ENTRY, NIGHT, GARAGE
560 ATTEMPTED BURG FORCED ENTRY, DAY RESIDENCE
561 ATTEMPTED BURG FORCED ENTRY, DAY RESIDENCE, OCCUD
563 ATTEMPTED BURG FORCED ENTRY, DAY, GARAGE
600 THEFT EXCEPT AUTO THEFT
611 POCKET PICKING UNDER $50
612 POCKET PICKING $50 TO $200
613 POCKET PICKING OVER $200
621 PURSE SNATCHING UNDER $50
622 PURSE SNATCHING $50 TO $200
623 PURSE SNATCHING OVER $200
641 THEFT FROM AUTO UNDER $50
642 THEFT FROM AUTO $50 TO $200
643 THEFT FROM AUTO   OVER $200
651 THEFT OF AUTO ACCESSORIES UNDER $50
652 THEFT OF AUTO ACCESSORIES $50 TO $200
653 THEFT OF AUTO ACCESSORIES OVER $200
661 BICYCLE THEFT UNDER $50
662 BICYCLE THEFT $50 TO $200
663 BICYCLE THEFT OVER $200
671 THEFT FROM BUILDING UNDER $50
672 THEFT FROM BUILDING $50 TO $200
673 THEFT FROM BUILDING OVER $200
691 THEFT, ALL OTHER, UNDER $50
692 THEFT, ALL OTHER, $50 TO $200
693 THEFT, ALL OTHER, OVER $200
700 THEFT OF MOTOR VEHICLE
710 AUTO THEFT, AUTOMOBILE
711 AUTO THEFT, TRUCKS AND BUSES
712 AUTO THEFT, ALL OTHER VEHICLE
720 ATTEMPTED AUTO THEFT, AUTOMOBILE
721 ATTEMPTED AUTO THEFT, TRUCKS AND BUSES
722 ATTEMPTED AUTO THEFT, ALL OTHER VEHICLES

**Quality of Life**
*INCD*      *Incident Description*
24 DETOX
30 DISTURBANCE CALLS
32 FIGHTS
35 DISORDERLY BOYS, GIRLS, PERSONS
800 OTHER ASSAULTS
830 OTHER ASSAULT, THREATS W/O WEAPON, NON-TERRORISTIC
860 OTHER ASSAULTS, ALL
1400 CRIMINAL DAMAGE TO PROPERTY
1401 GRAFFITI
1410 CRIMINAL DAMAGE TO PROPERTY
1415 GRAFFITI (MISDEMEANOR UNDER $300)
1420 AGGRAVATED CRIMINAL DAMAGE (FELONY OVER $300)
1425 GRAFFITI (FELONY DAMAGE OVER $300)

PHA 003292[16]

1430 CRIMINAL DAMAGE TO PROPERTY (GRAFFITI)
1500 WEAPONS
1510 CARRYING A CONCEALED WEAPON
1520 ILLEGAL TRANSFER OF FIREARMS
1530 UNCASED FIREARM
1540 POSSESSION OF AN ASSAULT WEAPON(FIREARMS)
1545 POSSESSION OF A FIREARM BY FELON
1550 ILLEGAL TRANSPORTATION OF A FIREARM
1560 RECKLESS USE OF FIREARM
1565 RECKLESS DISCHARG OF FIREARM
1600 PROSTITUTION AND COMMERCIAL VICE
1610 SOLICITING FOR PROSTITUTION
1620 LOITERING WITH INTENT TO SOLICIT
1630 PROMOTING PROSTITUTION
1770 LEWD CONDUCT, INDECENT EXPOSURE
1800 NARCOTIC DRUGS
1810 POSSESSION OF OPIUM OR COCAINE
1815 POSSESSION WITH INTENT TO SELL COCAINE
1820 POSSESSION OF SYNTHETIC NARCOTIC, DEMERAL ETC.
1825 POSSESSION WITH INTENT TO SELL SYNTHETICS
1830 POSSESSION DANGEROUS NON-NARCOTIC DRUGS
1835 POSSESSION OF MARIJUANA
1840 SELLING OPIUM, COCAINE, ETC.
1845 POSSESSION WITH INTENT TO SELL NON-NARCOTICS
1850 SELLING SYNTHETIC NARCOTICS
1855 POSSESSION WITH INTENT TO SELL MARIJUANA
1860 SELLING DANGEROUS NON NARCOTICS
1865 SELLING MARIJUANA
1870 SNIFFING GLUE, PAINT, ETC.
1880 POSSESSION OF NARCOTIC PARPHENALA
1885 LOITERING, WITH INTENT TO SELL NARCOTICS
1900 GAMBLING
1910 POSSESSION OF GAMBLING DEVICE
1920 GAMBLING--NUMBERS OR LOTTERIES
1930 MISCELLANEOUS GAMBLING VIOLATIONS
2200 LIQUOR LAWS
2210 OPEN BOTTLE IN AUTO
2220 FURNISHING LIQUOR TO A MINOR
2230 MINOR CONSUMING
2235 MINOR POSSESSION
2240 CONSUMPTION OF LIQUOR IN PUBLIC
2245 ALCOHOL IN A PARK
2250 SELLING LIQUOR DURING PROHIBITED HOURS
2260 LOITERING IN A TAVERN BY A MINOR
2270 STATE ALCOHOL TAX VIOLATION
2280 MISCELLANEOUS LIQUOR VIOLATION
2300 DRUNKENNESS
2400 DISORDERLY CONDUCT
2410 DISTURBING THE PEACE
2420 (DOC)--DISORDERLY CONDUCT
2500 VAGRANCY

2510 BEGGING
2520 LOITERING IN THE PARK
2530 LOITERING
2619 DISCHARGING A FIREARM IN THE CITY LIMITS
2620 LURKING
2626 OPERATING, VISITING A DISORDERLY HOUSE
2627 SALE OR DISTRIBUTION OF OBSCENE MATERIALS
2635 VIOLATION OF NOISE ORDINANCE
2640 URINATING IN PUBLIC

## Calls for Police Service

Family Housing Development (F.H.Dev.) Sites and population estimates used to compute *1998 Calls per 100 Residents* defined on page 14.

|  | 1995 | 1996 | 1997 | 1998 | 1998 Calls per 100 Residents |
|---|---|---|---|---|---|
| McDonough | 715 | 854 | 1322 | 1273 | 55.47 |
| Mt. Airy | 756 | 780 | 757 | 768 | 52.24 |
| Roosevelt | 468 | 541 | 633 | 535 | 60.45 |
| Dunedin | 152 | 196 | 184 | 195 | 37.72 |
| St. Paul | 182085 | 188487 | 194837 | 194545 | 72.41 |



Calls for Service Trends: Family Housing Development Sites

McDonough — Mt. Airy — Roosevelt — Dunedin

## ACOP Community Liaison Officer Calls

ACOP Community Liaison Officer (C.L.O.) calls are calls for service requested through an ACOP C.L.O. rather than directly through the communications center. The results of the ACOP C.L.O. quarterly report, begun 4/98, are included here as a measure of resident-C.L.O. trust as well as ACOP C.L.O. activity.

| Month | C.L.O. Calls |
|---|---|
| Apr-98 | 96 |
| May-98 | 225 |
| Jun-98 | 230 |
| Jul-98 | 257 |
| Aug-98 | 248 |
| Sep-98 | 157 |
| Oct-98 | 194 |
| Nov-98 | 182 |
| Dec-98 | 145 |
| Jan-99 | 165 |
| Feb-99 | 168 |
| Mar-99 | 172 |

C.L.O. Calls

Prepared by SPPD, Research, SY, SZ -- 5/99       7-58

PHA 003295

19

# 1998 Saint Paul Narcotics Incidents* with PHA Family Housing Development Sites



1998 Narcotics Incidents
Range break between 5th & 6th ranges.

| | | |
|---|---|---|
| ▨ | 765-815 | (1) |
| ▧ | 204-254 | (1) |
| ☐ | 153-203 | (3) |
| ☐ | 102-152 | (3) |
| ☐ | 51-101 | (13) |
| ☐ | 0-50 | (179) |

● PHA Family Housing Development Sites

*4114 non-cancelled calls for police service coded as Narcotics, occurring in 1998
Created by SPPD, R&D, DA, SZ–5/20/99



**PHA  003296**

# 1998 Crime Report Juvenile Map* with PHA Family Housing Development Sites



1998 Juveniles by Home Address

140

70

14

1998 Juvenile Crime Incidents

| | | |
|---|---|---|
| ■ | 115-147 | (2) |
| ▨ | 87-115 | (6) |
| □ | 58-86 | (12) |
| □ | 29-57 | (30) |
| □ | 0-28 | (150) |

● PHA Family Housing Development Sites

# TAB 7

## ATTACHMENT:  PHA DEMOGRAPHICS

PHA  003298

# RACE/ETHNICITY OF PUBLIC HOUSING HOUSEHOLDS

1st Qtr 1999

| HUD | Development | White | | Afr-Am | | AmInd | | Asian/PI | | TOTAL | | Hisp | | Non-Hisp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proj. | Name or Address | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| | FAMILY HOUSING | | | | | | | | | | | | | | |
| 1-1 | John J. McDonough Homes | 54 | 11.4% | 135 | 28.5% | 5 | 1.1% | 279 | 59.0% | 473 | 100.0% | 21 | 4.4% | 452 | 95.6% |
| 1-4 | -1st Addition | 2 | 5.1% | 10 | 25.6% | 0 | 0.0% | 27 | 69.2% | 39 | 100.0% | 1 | 2.6% | 38 | 97.4% |
| 1-8A | -2nd Addition | 3 | 5.7% | 9 | 17.0% | 0 | 0.0% | 41 | 77.4% | 53 | 100.0% | 1 | 1.9% | 52 | 98.1% |
| | *McDonough Subtotal* | 59 | 10.4% | 154 | 27.3% | 5 | 0.9% | 347 | 61.4% | 565 | 100.0% | 23 | 4.1% | 542 | 95.9% |
| 1-2 | *F. D. Roosevelt Homes* | 39 | 13.2% | 76 | 25.7% | 4 | 1.4% | 177 | 59.8% | 296 | 100.0% | 6 | 2.0% | 290 | 98.0% |
| 1-3 | Mt. Airy Homes | 21 | 7.8% | 71 | 26.5% | 1 | 0.4% | 175 | 65.3% | 268 | 100.0% | 9 | 3.4% | 259 | 96.6% |
| 1-8B | -Addition to Mr. Airy | 4 | 18.2% | 4 | 18.2% | 0 | 0.0% | 14 | 63.6% | 22 | 100.0% | 1 | 4.5% | 21 | 95.5% |
| 1-10 | -Mt. Airy Rehabs | 0 | 0.0% | 2 | 66.7% | 0 | 0.0% | 1 | 33.3% | 3 | 100.0% | 0 | 0.0% | 3 | 100.0% |
| | *Mt. Airy Homes Subtotal* | 25 | 8.5% | 77 | 26.3% | 1 | 0.3% | 190 | 64.8% | 293 | 100.0% | 10 | 3.4% | 283 | 96.6% |
| 1-9 | *Dunedin Terrace* | 14 | 16.1% | 25 | 28.7% | 0 | 0.0% | 48 | 55.2% | 87 | 100.0% | 7 | 8.0% | 80 | 92.0% |
| | *Subtotal Developments* | 137 | 11.0% | 332 | 26.8% | 10 | 0.8% | 762 | 61.4% | 1,241 | 100.0% | 46 | 3.7% | 1,195 | 96.3% |
| 1-5 | Central Duplexes | 1 | 2.4% | 7 | 17.1% | 0 | 0.0% | 33 | 80.5% | 41 | 100.0% | 0 | 0.0% | 41 | 100.0% |
| 1-7 | W Side Duplexes | 1 | 7.1% | 10 | 71.4% | 0 | 0.0% | 3 | 21.4% | 14 | 100.0% | 0 | 0.0% | 14 | 100.0% |
| 1-20 | Scattered Sites | 0 | 0.0% | 6 | 33.3% | 1 | 5.6% | 11 | 61.1% | 18 | 100.0% | 0 | 0.0% | 18 | 100.0% |
| 1-22 | Scattered Sites | 2 | 12.5% | 6 | 37.5% | 0 | 0.0% | 8 | 50.0% | 16 | 100.0% | 0 | 0.0% | 16 | 100.0% |
| 1-23 | Scattered Sites | 2 | 7.7% | 8 | 30.8% | 1 | 3.8% | 15 | 57.7% | 26 | 100.0% | 1 | 3.8% | 25 | 96.2% |
| 1-29 | Scattered Sites | 12 | 18.2% | 13 | 19.7% | 0 | 0.0% | 41 | 62.1% | 66 | 100.0% | 3 | 4.5% | 63 | 95.5% |
| 1-30 | Scattered Sites | 2 | 8.3% | 8 | 33.3% | 0 | 0.0% | 14 | 58.3% | 24 | 100.0% | 0 | 0.0% | 24 | 100.0% |
| 1-31 | Scattered Sites | 10 | 13.3% | 11 | 14.7% | 1 | 1.3% | 53 | 70.7% | 75 | 100.0% | 2 | 2.7% | 73 | 97.3% |
| 1-32 | Scattered Sites | 1 | 4.0% | 6 | 24.0% | 1 | 4.0% | 17 | 68.0% | 25 | 100.0% | 1 | 4.0% | 24 | 96.0% |
| 1-33 | Scattered Sites | 10 | 22.2% | 11 | 24.4% | 0 | 0.0% | 24 | 53.3% | 45 | 100.0% | 3 | 6.7% | 42 | 93.3% |
| 1-34 | Scattered Sites | 5 | 10.0% | 11 | 22.0% | 0 | 0.0% | 34 | 68.0% | 50 | 100.0% | 1 | 2.0% | 49 | 98.0% |
| 1-35 | Scattered Sites | 1 | 6.3% | 4 | 25.0% | 0 | 0.0% | 11 | 68.8% | 16 | 100.0% | 0 | 0.0% | 16 | 100.0% |
| 1-37 | Scattered Sites | 2 | 8.3% | 3 | 12.5% | 0 | 0.0% | 19 | 79.2% | 24 | 100.0% | 1 | 4.2% | 23 | 95.8% |
| 1-38 | Scattered Sites | 4 | 25.0% | 11 | 68.8% | 0 | 0.0% | 1 | 6.3% | 16 | 100.0% | 2 | 12.5% | 14 | 87.5% |
| 1-39 | Scattered Sites | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 1 | 100.0% | 1 | 100.0% | 0 | 0.0% | 1 | 100.0% |
| | *Scattered Site Subtotal* | 53 | 11.6% | 115 | 25.2% | 4 | 0.9% | 285 | 62.4% | 457 | 100.0% | 14 | 3.1% | 443 | 96.9% |
| | *FAMILY PUBLIC HOUSING* | 190 | 11.2% | 447 | 26.3% | 14 | 0.8% | 1,047 | 61.7% | 1,698 | 100.0% | 60 | 3.5% | 1,638 | 96.5% |
| | | White | | Afr-Am | | AmInd | | Asian/PI | | TOTAL | | Hisp | | Non-Hisp | |

7-61

**PHA 003299**

| HUD Proj. | Development / Name or Address | White # | White % | Afr-Am # | Afr-Am % | AmInd # | AmInd % | Asian/PI # | Asian/PI % | TOTAL # | TOTAL % | Hisp # | Hisp % | Non-Hisp # | Non-Hisp % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **HI-RISES** | | | | | | | | | | | | | | |
| 1-3A | Mt. Airy Hi-Rise | 72 | 47.7% | 30 | 19.9% | 0 | 0.0% | 49 | 32.5% | 151 | 100.0% | 5 | 3.3% | 146 | 96.7% |
| 1-5A | Central Hi-Rise | 29 | 21.0% | 67 | 48.6% | 2 | 1.4% | 40 | 29.0% | 138 | 100.0% | 2 | 1.4% | 139 | 100.7% |
| 1-6 | 261 E. University | 86 | 57.3% | 52 | 34.7% | 1 | 0.7% | 11 | 7.3% | 150 | 100.0% | 2 | 1.3% | 148 | 98.7% |
| 1-7A | Laurel Hi-Rise | 81 | 80.2% | 15 | 14.9% | 2 | 2.0% | 3 | 3.0% | 101 | 100.0% | 1 | 1.0% | 100 | 99.0% |
| 1-9A | Dunedin Hi-Rise | 113 | 81.9% | 20 | 14.5% | 1 | 0.7% | 4 | 2.9% | 138 | 100.0% | 32 | 23.2% | 106 | 76.8% |
| 1-11 | 899 South Cleveland | 137 | 96.5% | 5 | 3.5% | 0 | 0.0% | 0 | 0.0% | 142 | 100.0% | 3 | 2.1% | 139 | 97.9% |
| 1-13 | 1743 East Iowa | 137 | 95.1% | 7 | 4.9% | 0 | 0.0% | 0 | 0.0% | 144 | 100.0% | 1 | 0.7% | 143 | 99.3% |
| 1-14 | 1300 Wilson | 145 | 80.6% | 24 | 13.3% | 2 | 1.1% | 9 | 5.0% | 180 | 100.0% | 6 | 3.3% | 174 | 96.7% |
| 1-15 | 727 Front | 119 | 78.8% | 28 | 18.5% | 2 | 1.3% | 2 | 1.3% | 151 | 100.0% | 3 | 2.0% | 148 | 98.0% |
| 1-16 | 280 Ravoux | 152 | 70.0% | 51 | 23.5% | 2 | 0.9% | 12 | 5.5% | 217 | 100.0% | 5 | 2.3% | 212 | 97.7% |
| 1-17 | 545 Wabasha | 48 | 70.6% | 15 | 22.1% | 3 | 4.4% | 2 | 2.9% | 68 | 100.0% | 1 | 1.5% | 67 | 98.5% |
| 1-18 | 1085 Montreal | 155 | 84.7% | 20 | 10.9% | 3 | 1.6% | 5 | 2.7% | 183 | 100.0% | 4 | 2.2% | 179 | 97.8% |
| 1-19 | 10 West Exchange | 140 | 76.5% | 36 | 19.7% | 4 | 2.2% | 3 | 1.6% | 183 | 100.0% | 9 | 4.9% | 174 | 95.1% |
| 1-24 | 1000 Edgerton | 172 | 84.7% | 17 | 8.4% | 2 | 1.0% | 12 | 5.9% | 203 | 100.0% | 5 | 2.5% | 198 | 97.5% |
| 1-26 | 777 North Hamline | 159 | 88.3% | 18 | 10.0% | 1 | 0.6% | 2 | 1.1% | 180 | 100.0% | 5 | 2.8% | 175 | 97.2% |
| 1-27 | 825 Seal | 108 | 75.0% | 23 | 16.0% | 1 | 0.7% | 12 | 8.3% | 144 | 100.0% | 2 | 1.4% | 142 | 98.6% |
| | **HI-RISE TOTALS** | 1,853 | 74.9% | 428 | 17.3% | 26 | 1.1% | 166 | 6.7% | 2,473 | 100.0% | 86 | 3.5% | 2,387 | 96.5% |

ALL UNIT SIZES

| OCCUPANCY | White # | White % | Afr-Am # | Afr-Am % | AmInd # | AmInd % | Asian/PI # | Asian/PI % | TOTAL # | TOTAL % | Hisp # | Hisp % | Non-Hisp # | Non-Hisp % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMBINED PH & SEC 8** | 3,966 | 51.5% | 2,174 | 28.2% | 151 | 2.0% | 1,409 | 18.3% | 7,700 | 100.0% | 359 | 4.7% | 7,341 | 95.3% |
| **PUBLIC HOUSING** | 2,043 | 49.0% | 875 | 21.0% | 40 | 1.0% | 1,213 | 29.1% | 4,171 | 100.0% | 146 | 3.5% | 4,025 | 96.5% |
| **SECTION 8** | 1,923 | 54.5% | 1,299 | 36.8% | 111 | 3.1% | 196 | 5.6% | 3,529 | 100.0% | 213 | 6.0% | 3,316 | 94.0% |

| WAITING LISTS | White # | White % | Afr-Am # | Afr-Am % | AmInd # | AmInd % | Asian/PI # | Asian/PI % | TOTAL # | TOTAL % | Hisp # | Hisp % | Non-Hisp # | Non-Hisp % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **COMBINED PH & SEC 8** | 1,297 | 30.1% | 2,465 | 57.3% | 115 | 2.7% | 427 | 9.9% | 4,304 | 100.0% | 228 | 5.3% | 4,076 | 94.7% |
| **PUBLIC HOUSING** | 755 | 26.3% | 1,713 | 59.7% | 73 | 2.5% | 329 | 11.5% | 2,870 | 100.0% | 145 | 5.1% | 2,725 | 94.9% |
| **SECTION 8** | 602 | 36.2% | 915 | 55.1% | 51 | 3.1% | 93 | 5.6% | 1,661 | 100.0% | 89 | 5.4% | 1,572 | 94.6% |

c:  JMG, Sr.Staff;C.Toevs,K.Lindgren,D.Valento,R.Ander; Housing Managers;E.Anderson;J.MacDonald;L.Connolly;M.Driscoll

RACE1Q99   S-FAH

| Place of Origin | # of HHs* | % | # of HHs | % | # of HHs | % | # of HHs | % | # of HHs | % |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1996* | TOTAL | 1997* | TOTAL | 1998 | TOTAL | 1Q99 | | 1999 | YTD |
| SAINT PAUL | 451 | 50% | 330 | 46% | 349 | 49% | 74 | 47% | 74 | 47% |
| Minneapolis | 34 | 4% | 34 | 5% | 33 | 5% | 5 | 3% | 5 | 3% |
| Other Twin Cities locations: | 62 | 7% | 52 | 7% | 42 | 6% | 9 | 6% | 9 | 6% |
| Other Minnesota: | 22 | 2% | 18 | 2% | 22 | 3% | 2 | 1% | 2 | 1% |
| Subtotal Minnesota | 569 | 63% | 434 | 60% | 446 | 63% | 90 | 58% | 90 | 58% |
| OTHER CITIES/STATES: | | | | | | | | | | |
| Chicago | 80 | 9% | 66 | 9% | 39 | 5% | 14 | 9% | 14 | 9% |
| Other Illinois: | 10 | 1% | 10 | 1% | 10 | 1% | 4 | 3% | 4 | 3% |
| Subtotal Illinois | 90 | 10% | 76 | 11% | 49 | 7% | 18 | 12% | 18 | 12% |
| California: | 16 | 2% | 21 | 3% | 27 | 4% | 10 | 6% | 10 | 6% |
| Other U.S. locations: | 110 | 12% | 105 | 15% | 85 | 12% | 27 | 17% | 27 | 17% |
| Subtotal other states (including Illinois) | 216 | 24% | 202 | 28% | 161 | 23% | 55 | 35% | 55 | 35% |
| SE Asian Countries: Cambodia, Laos, Thailand, Vietnam, China, India | 90 | 10% | 55 | 8% | 56 | 8% | 6 | 4% | 6 | 4% |
| Non-Asian countries: Ethiopia, Salvador, Russia, Puerto Rico, Somalia, Kenya, Eritrea, Jamaica, Cuba, Guinea, Poland, Sudan, Mexico, Liberia, Haiti, Malaysia, Ukraine, Israel, Belarus, Bangladesh, France, Cameroon, Asmara, Iran, Ghana, Dominican Republic | 29 | 3% | 30 | 4% | 48 | 7% | 5 | 3% | 5 | 3% |
| Subtotal Other Countries | 119 | 13% | 85 | 12% | 104 | 15% | 11 | 7% | 11 | 7% |
| Subtotal Non-Minnesota | 335 | 37% | 287 | 40% | 265 | 37% | 66 | 42% | 66 | 42% |
| GRAND TOTAL | 904 | 100% | 721 | 100% | 711 | 100% | 156 | 100% | 156 | 100% |

* 1996 data includes resident transfers; transfers were excluded from data effective 1/1/97.
Data for this report is compiled quarterly and published in the monthly management report.

PHA 003301

# LEASE TERMINATIONS FOR CAUSE

| *Report changed to fiscal year 15 month period 1/1/96 - 3/31/96 | 1989 | | 1990 | | 1991 | | 1992 | | 1993 | | 1994 | | 1995 | | *1996 | | 1997 | | 1998 | | 1999 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family | Hi-Rise | Family |
| Disturbances | 12 | 0 | 8 | 4 | 6 | 1 | 9 | 0 | 13 | 1 | 9 | 0 | 5 | 0 | 11 | 2 | 15 | 0 | 11 | 0 | 6 | 2 |
| Failure to complete Application for Occupancy | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 2 | 0 | 2 | 1 |
| Falsification of income/fraud | 0 | 4 | 0 | 4 | 0 | 2 | 0 | 4 | 0 | 4 | 1 | 2 | 0 | 1 | 0 | 1 | 0 | 3 | 0 | 3 | 3 | 0 |
| Habitual delinquency (late rent payment) | 3 | 0 | 0 | 1 | 3 | 3 | 0 | 0 | 0 | 4 | 0 | 2 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 |
| Health/safety hazard | 0 | 0 | 1 | 0 | 3 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Housekeeping/ property damage | 2 | 3 | 1 | 0 | 1 | 1 | 3 | 0 | 5 | 3 | 2 | 0 | 1 | 2 | 1 | 2 | 3 | 1 | 0 | 2 | 1 | 1 |
| Non-Renewal of Lease | 0 | 3 | 0 | 5 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 |
| Pet/pet disturbances | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Drug possession/illegal activities | 1 | 2 | 2 | 1 | 3 | 1 | 1 | 2 | 2 | 5 | 3 | 11 | 4 | 6 | 5 | 6 | 22 | 14 | 23 | 11 | 9 | 8 |
| Unauthorized persons | 1 | 3 | 1 | 1 | 1 | 1 | 0 | 2 | 5 | 1 | 2 | 3 | 5 | 3 | 6 | 3 | 2 | 2 | 5 | 5 | 4 | 4 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sub Total | 19 | 16 | 15 | 17 | 19 | 9 | 15 | 13 | 26 | 20 | 18 | 18 | 16 | 14 | 25 | 16 | 43 | 23 | 41 | 22 | 26 | 18 |
| Annual Total | 35 | | 32 | | 28 | | 28 | | 46 | | 36 | | 30 | | 41 | | 66 | | 63 | | 44 | |



# LEASE TERMINATIONS FOR CAUSE
## FY99 (4/1/98 - 3/31/99)

| Reason for Termination | Hi-Rise | Family |
|---|---|---|
| | 4/1/98 - 3/31/99 | 4/1/98 - 3/31/99 |
| Disturbances | 6 | 2 |
| Failure to complete Application for Continued Occupancy | 2 | 1 |
| Falsification of income/fraud | 3 | 0 |
| Habitual delinquency (late rent payment) | 0 | 1 |
| Health/safety hazard | 0 | 0 |
| Housekeeping, property damage | 1 | 1 |
| Non-renewal of lease | 1 | 1 |
| Pet/pet disturbances | 0 | 0 |
| Drug possession/illegal activities | 9 | 8 |
| Unauthorized persons | 4 | 4 |
| Other | 0 | 0 |
| Subtotal | 26 | 18 |

| TOTAL | FY 99    44 -  (4/1/98 - 3/31/99) |
|---|---|

7-65

PHA  003303

| | | WAGES | SS | PA | ASSETS | OTHER | EXCLUDED |
|---|---|---|---|---|---|---|---|
| **CENTRAL HR** | | | | | | | |
| Number of HH: | Total $: | 350,519 | 380,259 | 20,712 | 1,567 | 50,220 | 21,89?? |
| 136 | # Households: | 31 | 54 | 9 | 21 | 38 | |
| **CLEVELAND HR** | | | | | | | |
| Number of HH: | Total $: | 100,954 | 901,751 | 33,528 | 42,257 | 165,336 | 0 |
| 141 | # Households: | 12 | 120 | 24 | 66 | 67 | 0 |
| **DUNEDIN HOMES** | | | | | | | |
| Number of HH: | Total $: | 570,381 | 203,614 | 404,132 | 493 | 17,881 | 35,387 |
| 84 | # Households: | 31 | 27 | 57 | 9 | 3 | 3 |
| **DUNEDIN HR** | | | | | | | |
| Number of HH: | Total $: | 225,551 | 831,899 | 20,892 | 11,365 | 126,967 | 18,013 |
| 136 | # Households: | 20 | 109 | 20 | 53 | 57 | 1 |
| **EDGERTON HR** | | | | | | | |
| Number of HH: | Total $: | 112,428 | 1,439,515 | 20,904 | 43,369 | 233,110 | 0 |
| 205 | # Households: | 14 | 187 | 22 | 93 | 89 | 0 |
| **EXCHANGE HR** | | | | | | | |
| Number of HH: | Total $: | 412,481 | 1,001,638 | 35,438 | 12,053 | 146,674 | 0 |
| 190 | # Households: | 39 | 143 | 24 | 64 | 72 | 0 |
| **FRONT HR** | | | | | | | |
| Number of HH: | Total $: | 266,717 | 825,309 | 22,524 | 29,548 | 152,546 | 0 |
| 149 | # Households: | 23 | 110 | 7 | 69 | 67 | 0 |
| **HAMLINE HR** | | | | | | | |
| Number of HH: | Total $: | 44,451 | 1,437,667 | 7,764 | 98,372 | 395,184 | 0 |
| 182 | # Households: | 5 | 168 | 7 | 142 | 96 | 0 |
| **IOWA HR** | | | | | | | |
| Number of HH: | Total $: | 153,812 | 983,441 | 52,958 | 43,933 | 210,305 | 0 |
| 148 | # Households: | 18 | 124 | 17 | 82 | 73 | 0 |
| **MCDONOUGH HOMES** | | | | | | | |
| Number of HH: | Total $: | 2,151,775 | 1,418,621 | 2,447,950 | 9,556 | 149,573 | 95,202 |
| 571 | # Households: | 154 | 213 | 362 | 49 | 70 | 4 |
| **MONTREAL HR** | | | | | | | |
| Number of HH: | Total $: | 231,933 | 973,759 | 105,271 | 41,827 | 181,499 | |
| 180 | # Households: | 31 | 130 | 31 | 72 | 91 | |
| **MT. AIRY HOMES** | | | | | | | |
| Number of HH: | Total $: | 296,715 | 839,487 | 1,285,626 | 2,201 | 77,403 | 1,899,591 |
| 293 | # Households: | 28 | 131 | 196 | 29 | 29 | 110 |
| **IT. AIRY HR** | | | | | | | |
| Number of HH: | Total $: | 186,673 | 964,505 | 23,628 | 2,309 | 127,041 | 2 |
| 151 | # Households: | 19 | 129 | 12 | 37 | 85 | 1 |
| **NEIL HR** | | | | | | | |
| Number of HH: | Total $: | 195,830 | 715,369 | 6,372 | 13,346 | 126,461 | 0 |
| 101 | # Households: | 18 | 90 | 5 | 41 | 42 | 0 |
| **RAVOUX HR** | | | | | | | |
| Number of HH: | Total $: | 327,614 | 1,190,020 | 95,672 | 37,087 | 217,079 | 0 |
| 213 | # Households: | 35 | 163 | 32 | 77 | 92 | 0 |
| **ROOSEVELT HOMES** | | | | | | | |
| Number of HH: | Total $: | 1,140,768 | 907,501 | 844,234 | 487 | 97,766 | 130,832 |
| 301 | # Households: | 81 | 142 | 153 | 27 | 59 | 10 |
| **SCATTERED SITES** | | | | | | | |
| Number of HH: | Total $: | 3,573,412 | 1,418,476 | 1,862,070 | 11,779 | 156,070 | 70,361 |
| 450 | # Households: | 204 | 198 | 257 | 68 | 38 | 6 |
| **SEAL HR** | | | | | | | |
| Number of HH: | Total $: | 357,774 | 846,266 | 8,844 | 23,773 | 107,906 | 0 |
| 144 | # Households: | 29 | 104 | 4 | 52 | 54 | 0 |
| **VALLEY HR** | | | | | | | |
| Number of HH: | Total $: | 301,835 | 816,886 | 13,152 | 4,906 | 110,563 | 16,640 |
| 154 | # Households: | 34 | 109 | 6 | 47 | 61 | 1 |
| **WABASHA HR** | | | | | | | |
| Number of HH: | Total $: | 202,852 | 304,947 | 1,620 | 5,759 | 42,467 | 0 |
| 70 | # Households: | 21 | 43 | 2 | 24 | 21 | 0 |
| **WILSON HR** | | | | | | | |
| Number of HH: | Total $: | 292,736 | 1,024,195 | 16,092 | 30,595 | 209,790 | |
| 182 | # Households: | 33 | 136 | 8 | 67 | 84 | 0 |
| | | | | | | | |
| **Grand Totals:** | | 11,497,211.00 | 19,425,125.00 | 7,329,383.00 | 466,582.00 | 3,101,841.00 | 2,287,926.00 |
| 4,181 | | 880 | 2,630 | 1,255 | 1,189 | 1,288 | 139 |

7-66

**PHA 003304**



B 8 - TIMETABLE - ACOP COMMUNITY POLICING PROGRAM

ACOP COMMUNITY POLICING PROGRAM  (ONGOING)

| PROGRAM ACTIVITY | 1999 DEC | 2000 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2001 JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. LAW ENFORCEMENT** | | | | | | | | | | | | | | |
| Community Policing | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Investigator | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| CLO/Interpreters | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Review Evaluation Data | | X | | | X | | | X | | | X | | | X |
| | | | | | | | | | | | | | | |
| **2. ACOP LIAISON TEAM** | | | | | | | | | | | | | | |
| ON DUTY | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

PHA  003305

## Boys & Girls Club of St. Paul

### PHDEP Grant-Timeline and Intermediate Service Goals

| Program /Activity | JAN | FEB | MAR | APRIL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SMART MOVES-Substance Abuse Prevention** | | | | | | | | | | | | |
| Recruitment for sessions | | | X | | | X | | | X | | | X |
| Sessions Held | X | X | | X | X | | X | X | | X | X | |
| Goals for Graduation | | 12 | | | 12 | | | 12 | | | | 12 |
| **Keystone Leadership Development Club** | | | | | | | | | | | | |
| Recruit members | X | | | | | | | | | | | |
| Club Planning sessions | X | | | | | | | | | | | |
| Group Projects | | X | | | X | | | X | | | X | X |
| Youth Participants | | | 9 | | | 9 | | | 9 | | | 9 |
| **Computer/Technology Training** | | | | | | | | | | | | |
| Develop standards for level of performance at each level | X | | | | | | | | | | | |
| Schedule Computer Training | X | X | X | X | X | X | X | X | X | X | X | X |
| Assess Proficiency Levels | X | X | X | X | X | X | X | X | X | X | X | X |
| Participants demonstrate increased proficiency | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| **Employment Preparedness Training** | | | | | | | | | | | | |
| Recruit members | | X | | | X | | | X | | | X | |
| Hold Training Sessions | X | | X | X | | X | X | | X | X. | | X |
| Identify job prospects in the neighborhood | X | X | X | X | X | X | X | X | X | X | X | X |
| Youth Graduate and Get Jobs | 9 | | | 12 | | | 15 | | | 12 | | |
| **Broader Horizons-Vocational Awareness Training** | | | | | | | | | | | | |
| Recruit members | | X | | | X | | | X | | | X | |
| Hold Training Sessions | X | | X | X | | X | X | | X | X | | X |
| College/Post-secondary site visits | | X | X | X | X | | | | | | | |
| Youth Graduate and Get Jobs | 9 | | | 13 | | | 15 | | | 11 | | |

8-2



(page 2)

| Program Activity | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Second Step Conflict Resolution and Talking with TJ** | | | | | | | | | | | | |
| Recruit members | | X | | X | | | | X | | | X | |
| Hold Training Sessions | X | X | X | X | X | X | X | X | X | X | X | X |
| Youth Graduate/Show Proficiency in Non-violent Conflict Resolution | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| **Gang Prevention Through Targeted Outreach** | | | | | | | | | | | | |
| Receive referrals from community and internal staff about youth who could be at-risk of gang involvement | X | X | X | X | X | X | X | X | X | X | X | X |
| Case assessment/program referral | X | X | X | X | X | X | X | X | X | X | X | X |
| On-going monitoring of individuals | X | X | X | X | X | X | X | X | X | X | X | X |
| Assessment of youth in relation to active Club involvement and non-gang involvement | | | | | | | | | | | | 30 |
| **Summer Residential Camp** | | | | | | | | | | | | |
| Recruitment | | | | X | X | X | X | | | | | |
| Parent Orientation | | | | X | X | X | X | | | | | |
| Camp Sessions | | | | | | | X | X | | | | |
| PHA Resident participation | | | | | | | 25 | 25 | | | | |
| **After School Tutoring** | | | | | | | | | | | | |
| Outreach to Neighborhood Schools | X | X | X | X | X | | | | X | X | X | X |
| After School Tutoring | X | X | X | X | X | | | | X | X | X | X |
| Education Enrichment | | | | | | X | X | X | | | | |
| PHA youth demonstrate improved school performance | 10 | | | 10 | | 10 | | | | | 10 | |

8-3

PHA 003307

**TAB 8 - TIMETABLE - MCDONOUGH T.C. AND YOUTH ACTIVITIES**

# II. TIMETABLE

## A. Monthly activities

If funding is secured, programming at McDonough can continue to operate for an additional five year period.  While the timetable printed below is subject to modification over this length of time, it is anticipated that the administrative and programmatic activities listed will remain constant throughout the 2000-2004 grant cycle.  Any changes in the timetable that may become necessary will be noted on quarterly or annual reports.

**MONTHLY ACTIVITIES TIMETABLE: 2000-2004**

| | mo. 1 | mo. 2 | mo. 3 | mo. 4 | mo. 5 | mo. 6 | mo. 7 | mo. 8 | mo. 9 | mo. 10 | mo. 11 | mo. 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Activities:** | | | | | | | | | | | | |
| City Council Approval | x | | | | | | | | | | | |
| Work w/co-sponsoring agencies | x | x | x | x | x | x | x | x | x | x | x | x |
| Hire Staff | x | | | | | | | | | | | |
| Staff Training | | x | | | | | x | | | | | |
| Recruit Participants | x | x | x | x | x | x | x | x | x | x | x | x |
| Submit Progress Reports | x | | | x | | | x | | | x | | |
| **Program Activities:** | | | | | | | | | | | | |
| Teen Council | x | x | x | x | x | x | x | x | x | x | x | x |
| Youth Play Area | x | x | x | x | x | x | x | x | x | x | x | x |
| Computer-based Training | x | x | x | x | x | x | x | x | x | x | x | x |
| Youth Sports Program | x | x | x | | | x | x | x | x | x | x | x |
| Lease Van | x | x | x | x | x | x | x | x | x | x | x | x |
| Weekly Art | x | x | x | x | x | x | x | x | x | x | x | x |
| Kwansa Study | x | | | | | | | | x | x | x | x |
| Summer Swimming/ Water Safety | | | | | | x | x | x | | | | |

8-4

TAB 8 - TIMETABLE - PHA ACTIVITIES

## PUBLIC HOUSING AGENCY - DRUG PREVENTION COORDINATION, EVALUATION; SCHOLARSHIPS

5-8

| PROGRAM ACTIVITY | 1999 DEC | 2000 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2001 JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coordinate ACOP and | | | | | | | | | | | | | | |
|   drug prevention progs | | X | X | X | X | X | X | X | X | X | X | X | X | |
| Prepare and submit required | | | | | | | | | | | | | | |
|   reports | | | | | | | | X | | | | | | X |
| Evaluation: | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Consult with evaluators | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Surveys, etc. | | | | | | | X | X | X | X | | | | |
|   review quarterly data | | | | | X | | | X | | | X | | | X |
|   review draft report | | | | | | | | | | | | X | | |
|   final report | | | | | | | | | | | | | | X |
| Program adjustments | | X | | | X | | X | X | | | X | | X | |
| Budget Revisions (est) | | | | | | X | | | | | | X | | |
| | | | | | | | | | | | | | | |
| Avoiding Eviction program | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Successful Living program | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Scholarships | | | | | | | | | | | | | | |
|   announce availability | | | | | | | X | X | | | | | | |
|   accept applications | | | | | | | X | X | | | | | | |
|   award | | | | | | | | | X | | | | | |

**PHA 003309** 6/30/1999

*Activity Timetables PHDEP 2000 - 2005*

# WILDER SOCIAL ADJUSTMENT PROGRAM FOR SOUTHEAST ASIANS LIVING IN AMERICA PROJECT

| GOAL | ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Prevent eviction of 16 Hmong families and 8 Cambodian families | Family Group | X | X |  | X | X |  |  |  | X | X |  |  |
|  | Individual Family Sessions | X | X | X | X | X | X | X | X | X | X | X | X |
|  | Youth Group |  |  |  |  |  | X | X | X |  |  |  |  |
|  | Individual Sessions with Youth | X | X | X | X | X | X | X | X | X | X | X | X |
|  | Meet with other housing service providers to coordinate services | X | X | X | X | X | X | X | X | X | X | X | X |
|  | Mid-term evaluations | X |  |  | X |  |  | X |  |  | X |  |  |
| 2. Involve 4 adult residents in assisting other Hmong & Cambodian families | Contact family group graduates to help with new groups |  | X |  |  |  |  | X |  |  |  |  | X |
|  | Mid-term evaluations | X |  |  | X |  |  | X |  |  | X |  |  |
| 3. Prevent 32 Hmong youth and 16 Cambodian youth from participating in negative gang behavior | Youth group |  |  |  |  |  | X | X | X |  |  |  |  |
|  | Individual Sessions with Youth | X | X | X | X | X | X | X | X | X | X | X | X |
|  | Mid-term evaluations | X |  |  | X |  |  | X |  |  | X |  |  |

6-9

**TAB 8 - TIMETABLE - AAFS SUCCESSFUL LIVING**

**PHA/AAFS Activity**
**Timetables**

| Resident Focus Groups/Planning | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct. | Nov. | Dec. | Jan. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Focus Groups Meet | X | X | | | | | | | | | | | |
| Curriculum Design | | X | X | | | | | | | | | | |
| Planning with Staff and Residents | | X | X | | | | | | | | | | |
| Workshops | | | | X | X | X | X | | X | X | X | X | |

L-8

# COMMUNITY POLICING

ACOP teaming up with...



✪ ✪ ✪ ✪ ✪
YOUTH
✪ ✪ ✪ ✪ ✪

✪ ✪ ✪ ✪ ✪
FAMILIES
✪ ✪ ✪ ✪ ✪

and

✪ ✪ ✪ ✪ ✪
HI-RISE RESIDENTS
✪ ✪ ✪ ✪ ✪

to serve the community.

PHA 003312

DEPARTMENT OF POLICE
*William K. Finney, Chief of Police*



**CITY OF SAINT PAUL**
*Norm Coleman, Mayor*

*100 East Eleventh Street*     Telephone: 651-291-1111
*Saint Paul, Minnesota 55101*     Facsimile: 651-292-3711

May 27, 1999

Mr. Jon Gutzmann, Executive Director
Saint Paul Public Housing Agency
480 Cedar Street, Suite 600
Saint Paul, Minnesota 55101

Dear Mr. Gutzmann:

Once more, the Saint Paul Police Department and the Public Housing Agency are cooperating on an application to HUD for a grant under the *Public Housing Drug Elimination Program* (PHDEP). If the grant is awarded, the City of Saint Paul, through the police department, will operate the ACOP program and provide the local support described in the ACOP budget in the application. The baseline police services, which are available community-wide, will continue.

The ACOP community-policing program that we developed for family public housing areas with PHDEP funds continues to be one of our most effective units, creating better police-community relations and discouraging much of the drug-related criminal behavior which is rampant in some other urban public housing areas. Despite ACOP's success; however, we will have difficulty moving forward in its present form if HUD is not able to award Saint Paul another PHDEP grant.

Young people living in public housing are facing increased opportunities and pressures to join in illegal drug and gang-related activities. Use of illegal drugs by gang members is quite prevalent. To combat that threat, the Saint Paul Police Department and the Ramsey County Sheriff's Office have joined forces in a cooperative Asian Gang Task Force, based in the McDonough Homes public housing development. The team focused on violent Asian youth behavior both in and out of school. Their ability to function in this manner provided to be such a great tool in solving and often preventing gang crime, that the state patterned a state-wide task force in the fall of 1997. These initiatives increase our effectiveness in dealing with the drug and gang-related crime problems in

9-1

**PHA 003313**