Mr. Jon Gutzmann, PHA
May 27, 1999
Page 2 of 2

public housing, at no additional cost to the PHA.

We used HUD's grants to develop the ACOP model, and now we are seeing the HUD grants focusing and leveraging considerable local funds to increase law enforcement services and community policing in public housing. Your proposed PHDEP grant budget details the local cash and in-kind support which will supplement the requested HUD grant.

Over the past two years, the ACOP staff has made special efforts to work more closely with public housing resident groups – asking their advice, discussing their concerns about drugs and crime, and making ACOP more accessible to all groups living in public housing. In the winter of 1997, the PHDEP/ACOP program again evolved in response to the changing needs and demographics of the Saint Paul Public Housing Agency. The efforts of other large-city PHA's to reduce drug-related problems in their housing developments may be responsible, in part, for some illegal drug and gang-related problems moving into the Twin Cities.

In order to curb the persistent increase of gangs, drugs and crime we needed the ability to immediately identify and develop solutions to those specific problems in Saint Paul PHA. In response to those problems, we developed a "team" that can continue to focus attention directly on these issues and solutions. The ACOP/PHA Liaison Team consists of a Sergeant supervisor and four full-time officers. We value our relationship with the residents; and I know you are describing the extensive resident involvement and support for ACOP in your proposal to HUD.

Good communication and cooperation between ACOP and PHA staff and with the residents in the PHA developments helps make the developments safer places to work and live. Our officers also hear from the district planning councils (citizen participation groups) in the neighborhoods surrounding the public housing development, that they also appreciate ACOP and how it makes the community safer.

Please contact me if I can provide additional information or support for your application. I look forward to continuing our working partnership.

Sincerely,

William K. Finney
CHIEF OF POLICE

WKF/acs

9-2

PHA 003314

## TAB 9 - PROGRAM DESCRIPTIONS - ACOP

## ACOP - COMMUNITY POLICING THAT WORKS

ACOP (A Community Outreach Program) is one of the first and most successful community policing programs in public housing (first funded on a small scale in 1990). It is a unit of the Saint Paul Police Department (SPPD), funded with a combination of City, State and PHA/HUD PHDEP funds.

ACOP provides a full range of community policing services and combines the concept's most successful elements.

**(1) [ACOP] Community policing is a method of providing law enforcement services that stresses a partnership among residents, police, schools, churches, government services, the private sector, and other local, State, Tribal, and Federal law enforcement agencies to prevent crime and improve the quality of life by addressing the conditions and problems that lead to crime and the fear of crime.**

(2) This method of policing involves a philosophy of proactive measures, such as foot patrols, bicycle patrols, motor scooters patrols, **KOBAN** activities (community police officers who operate through community-based facilities in housing authorities [e.g., community center, police mini station] providing human resource activities with inner-city youth who demonstrate high risk behaviors which can lead to drug-related crime), and citizen contacts. . . .

This concept empowers police officers at the beat and zone level and residents in neighborhoods in an effort to:
- Reduce crime and fear of crime;
- Assure the maintenance of order;
- Provide referrals of residents, victims, and the homeless to social services and government agencies;
- Assure feedback of police actions to victims of crime; and
- Promote a law enforcement value system on the needs and rights of residents.

9-3

PHA 003315

## TAB 9 - PROGRAM DESCRIPTIONS - ACOP

The program has evolved from a staff of one full-time supervisor, two interpreters and part-time officers serving one family housing area, to a staff of two Sergeant Supervisors, seven full-time Officers and three liaison Officers.  ACOP also provides three civilian staff of full-time interpreters/Community Liaison Officers over and above the civilian staffing of the SPPD.

ACOP is most visible in the PHA's four public housing developments for families. The primary ACOP office is in a dwelling unit at McDonough Homes.  The office functions like a KOBAN, where residents can stop in or call to report suspicious activity or just chat with the officers and civilian staff.  That office is supplemented by offices at Roosevelt Homes and Mt. Airy Homes Community Centers and "storefront" offices with PHA resident volunteers in hi-rises.  The officers share their time among all four family areas, primarily working day shifts (usually 8 AM- 6 PM, sometimes starting at 6 AM) and evening shifts (4 PM - 2 AM, or 2 PM - Midnight).  The regular City police assist during those hours and cover the times when ACOP officers are off duty.

In 1997 ACOP has evolved to more of a "village" model, with staff assigned primarily to designated housing developments, so the same officers usually are at McDonough Homes, other officers at Roosevelt Homes, etc.  This "village" model responds to requests by residents and staff for greater visibility and continuity of the ACOP officers.

### ACOP/PHA LIAISON TEAM.

Another innovation this year is the ACOP/PHA Liaison Team, consisting of a Sergeant supervisor and four full-time officers whose duties include but are not limited to the following:

9-4

## TAB 9 - PROGRAM DESCRIPTIONS - ACOP

- To coordinate proactive gang and drug enforcement strategies between the Metro/State Gang Task Force, the SPPD FORCE Unit and ACOP/PHA.

- To attend meetings with PHA residents and management staff on crime related issues and lease violations, and do follow up investigations.

- To establish working partnerships between all public/private agencies; including police, PHA, city and county attorneys, courts, and social service agencies to expedite solutions to specific problems (illegal tenant behavior, violence, gangs, drugs, etc.) within public housing.

- To research possible solutions to problems and identify strategies for action (bike patrol, foot patrol, crime prevention, safety and security training, etc.), and implement them.

- To participate in youth activities and mentoring programs as pro-active prevention strategies.

- To patrol St. Paul PHA Hi-Rise sites.

The ACOP/PHA Liaison Officer's role demands continuous, sustained contact with PHA managers and residents. Together they can explore creative new solutions to particular concerns (gangs, drugs, guns, welfare of children, etc.) resulting in an improved overall quality of life, well being and personal security. In order to accomplish this, the Liaison Officers are housed with and work under the direct supervision of the SPPD/PHDEP ACOP program.

While using many of the same techniques developed by the Asian Youth and Violence Team, the Liaison officers are not focused on Asian specific problems alone. With the changing demographics in St. Paul PHA, it has become necessary to deal with gang and drug problems in a more diverse setting. Using the multifaceted approach towards prevention and intervention, involving a collaborative effort between law enforcement, probation, corrections, courts, attorneys and social service agencies, the Liaison Team is able to provide an immediate response to any problem in PHA.

PHA 003317

## TAB 9 - PROGRAM DESCRIPTIONS - ACOP

Each Liaison Team officer is assigned to four PHA hi-rises and one family development, further reinforcing the "village" model described above.

ACOP is just one of the reasons that the crime rates in Saint Paul's public housing areas have stayed below the citywide rates and Saint Paul's overall crime rates are below comparable cities' in most categories. **The PHA's overall goal for its PHDEP grant and program is to keep PHA properties safer than the citywide average.**

## OTHER SPPD - PHA INITIATIVES

ACOP is the primary special link between the PHA and the Saint Paul Police Department (SPPD), but not the only one. (The SPPD provides the PHA with the full services of all of its regular units.) The SPPD also cooperates with the PHA in the "Officer in Residence" program. With a COPS grant awarded to the SPPD in 1997 the department is providing extra services to PHA residents through Boys and Girls Clubs and community centers.

PHA 003318



♥ **Youth**

**Learning and** ♥

♥ **Serving Together** ♥



**BOYS & GIRLS CLUB**
OF ST. PAUL

1620 Ames Avenue
St Paul. MN 55106

(651) 771-3550
FAX (651) 771-5336

June 14, 1999

BOARD OF DIRECTORS

President
Neel Johnson

Vice President
James Hannon

Treasurer
Wendell Butler

Secretary
Penny Berger

Members
Bryan Anderson
Kevin Berg
Greg Boyle
Daniel Burke
Id Camarena
s Carlson
Lori Cohen
Joel Gottesman
Louis Henry, Jr.
Mark Hier
Greg Hoglund
Jana Johnson
Nancy Kingman
Kathleen Larkin
Diana Lewis
Bill Mears
Lt. Joseph Motiner
Ford Nicholson
Joseph Pelano
Kenneth Roberts
Walt Sawicki
Fred Shank
Shelia Wolts
Mary Berg-Weber
David Yantes
Mary Zehring

Honorary Board
Mayor Norm Coleman
Ted Weyerhaeuser

Mr. Jon M. Gutzmann
Executive Director
Public Housing Agency of St. Paul
480 Cedar Street, Suite 600
St. Paul, Minnesota 55101-2240

Dear Jon:

The Boys & Girls Club of St. Paul greatly values our collaborative relationship with the Public Housing Agency of St. Paul and its residents.

We share a common goal – to empower and enable individuals from disadvantaged circumstances to become productive community citizens. The Club's strategy is to be part of the neighborhoods we serve, offering a safe, positive place where children can learn and develop their skills. Increasingly, our focus will extend to the entire family.

The Boys & Girls Club of St. Paul leverages the Drug Elimination Program's funds to bring other resources to PHA residents. Through our various community input mechanisms we identify the needs and interests of our members and their families. We then build programs that address these needs. We confirm our commitment of the monetary and in-kind resources outlined in this proposal.

While we have outlined several performance targets in the grant, our successes are measured in the individual achievements of our members. In 1999 Nou Ka Yang, a PHA resident, was named our Youth of the Year. Nou Ka came to the Mt. Airy Club facing the barriers of needing to learn a new culture and language. She has thrived, making new friends and advancing her education. As part of the Youth of the Year she won a scholarship enabling her to pursue a career in graphic design.

This success story and so many more motivate us to continue and expand our efforts to help young people and their families achieve their dreams.

Sincerely,

Richard Grigos
Interim Executive Director

RG:je

9-7



United Way
Funded Agency

**PHA  003320**

**TAB 9 -PROGRAM DESCRIPTION- BOYS & GIRLS CLUB OF SAINT PAUL**

## Boys & Girls Club of St. Paul

### Drug Elimination Prevention Program

#### Statement of Need

- Average income among Club residents served is estimated to be $13,200 with an average family size of five members. Poverty correlates positively to family stress, substance abuse, family violence, neighborhood crime and other signs of dysfunction.
- In over 30 percent of our members' families served, English is not the primary language spoken at home. 37% of our members are Asian, having emigrated from Southeast Asia. Recent or first-generation youth often background feel alienated or caught between their parents and the American culture, leading many youth to form gangs.
- Neighborhood schools (serving high percentages of public housing residents) report the lowest standardized test performance scores in public schools. Hunger, lack of family support, language problems, and the lack of positive role models are the underlying causes for poor performance. As youth feel deflated about their abilities to perform well in school, truancy, negative behavior such as substance abuse and family problems increases.

#### Solution

The Boys & Girls Club program responds to youth development research, which consistently shows that:

- youth need to have hopeful vision for their future and feel that there are avenues available to develop their values and skills
- solutions involve providing a comprehensive array of services to meet the needs of a diverse population, consistent availability of services over a multi-year period, and mentors that offer role models and timely advice.
- youth that feel motivated by positive goals are more likely to resist negative behavior such as substance abuse.
- parent programming to improve their capacity to support and nurture their children is essential to give the children consistent message around behavior and discipline.

#### Community/Member Input

- Each unit has a neighborhood advisory committees made up of area businesses, civic organizations, schools, and other community leaders to discuss program direction and insights into needs
- Parents of new members attend an orientation session in which we seek their input and involvement in programs
- Teen Forums provide regular input into our programs
- First session in all small group Clubs (Science, Eco-Arts, Women of Tomorrow) seeks input from participants about their interest. The participants choose options on how they would like to proceed and often take leadership roles.
- Gang Intervention and Prevention programs do a case assessment of participants and

PHA 003321

**TAB 9 -PROGRAM DESCRIPTION- BOYS & GIRLS CLUB OF SAINT PAUL**

then develop action plans to meet their specific needs.
- Staff regularly attend Tenant Council meetings to present programs and listen.

## Overview of the Boys & Girls Club of St. Paul

- Local affiliate of national organization that focuses on developing skills and values youth from disadvantaged situations
- Located in target neighborhoods readily available to public housing residents
    - East Side (adjacent to Roosevelt Homes Public Housing)
    - Mt.Airy (adjacent Mt. Airy Public Housing)
    - West Side (transportation provided to Dunedin youth)
- Served 4743 members, an 11% increase from 1996
- Culturally diverse membership (serving youth aged 6-18)
    - Asian 37%          -African American 27%
    - Latino 15%          -Caucasian 16%
    - Multi-racial/Other 5%
- Staff reflects the diversity of the membership and trained in building cultural appreciation.  We have 9 members who either were or are currently public hosing residents.  Also, we are a youth-training site for 20 youth that reside in public housing.
- Adult staff/volunteers act as role models providing positive counsel and encouragement.
- Clubs serves as the hub for youth development activities in the neighborhoods, collaborating with other service providers and community organizations
- **Most recent initiatives**
    Family programming to improve parenting skills, involvement in family orientated programming, and offering English as Second Language classes through a collaborative relationship
    Employment programs and vocational preparedness to help youth prepare for their future including mentoring programs
Working with neighborhood schools to improve member school performance

## Strategies
### Youth Development (builds a hopeful image for the future and teaching the skills)

- Focus on youth development programs that
    - Build self esteem
    - Give a sense of belonging
    - Develop a sense of competence
    - Offer opportunities to influence decisions about Club programs
- Programs divided into three areas
    - **Preparation**- instill a sense of a hopeful future and then teach values and skills needed to be successful
    - **Prevention**-Identify youth that are at a crossroads and work with them on an intensive case management basis to divert their lives in a positive direction
    - **Intervention**- Work with youth in gangs and detention centers to turn their lives

9-9

PHA  003322

**TAB 9 -PROGRAM DESCRIPTION- BOYS & GIRLS CLUB OF SAINT PAUL**

around and help them build the new peer relations and skills to become positive citizens

- **Comprehensive array of programs**

    **Preparation- Social Development (builds skills and positive peer interaction)**
    -Gamesroom and sports programs
    -Arts and Crafts
    -Small group Clubs to discuss life issues or pursue special interest
    -Life Skills (teaches skills and values that help resist negative peer pressure)
    -SMART Moves (age specific substance prevention programs) teaches respecting yourself, taking responsibility for your life, saying no to drugs, and resisting peer pressure in a 13 week period program with role playing and speakers.  Youth and Parent advisory groups help with planning.
    -Second Step Conflict Resolution (how to resolve personal differences non-violently).  For younger children, Talking with TJ video is used.  This is required for all members in our competitive sports and leadership programs
    -**Preparation -Health and Physical Education (teach teamwork and sportsmanship)**
    -Competitive sports
    -Intramural sports
    -Healthy lifestyle and physical fitness
    -Collaborations with Minnesota Twins(baseball) , Thunder(soccer) and Timberwolves (basketball), and other sports teams
    -Attendance 1900 members          PHA Attendance-1650 youth
    -**Preparation- Citizenship and Leadership Development (Keystone and Torch Club)**
    -Community service          -Learn Civic issues
    -Team projects              -Entrepreneurial project
    -Career exploration         -Role model for younger kids
    -**Preparation-Personal and Educational Development**
    -After School tutoring       -Small Clubs to pursue personal interests
    -Assistance in subjects needed       Public Speaking
    -Field trips to library, museums, and other points of interest
    -Age/sex specific clubs to talk about life issues
    -Environmental education          Creative expression
    -Goal for Growth- Setting and meeting objectives
    -Broader Horizons- Orientation to various vocational options and how to pursue interests in terms of education needed, training opportunities
    -Job Search Club-How to get and maintain a job, using employers as resources
    -Mentoring- Matching youth with adults
    -Conducting college visits, scholarship opportunities, and other assistance
    -Employment site for youth
    -Cultural enrichment (build appreciation for one's culture and

9-10

PHA  003323

## TAB 9 -PROGRAM DESCRIPTION- BOYS & GIRLS CLUB OF SAINT PAUL

respect for others)
-Expression through the arts (drawing, photography, theater,
music, and dance)
-Attendance of events in the community through donated tickets
-Celebrate various holidays special events that educates members to appreciate
their own culture and respect others.
-Outdoor and Environmental Education
-Summer residential camp provides one week summer residential camp
experience that specialize in certain skill development i.e. fishing,
swimming, and other related programs
-High Adventure activities for teens including Vertical Endeavors
rock climbing, and camping in conjunction with Camp Ripley
-Development of a community park and nature education center through
Youth Leadership Club

- **-Prevention (work with youth at risk of gang involvement)**
  -Referrals from ACOP, public housing social workers, parents, schools, juvenile
  authorities, and other neighborhood agencies
  -Prevention coordinators meet with referrals, to learn their background and
  interests
  -Youth are urged to attend Boys & Girls Club or other community agency
  programs. Assist with finding a job or other activities that meet their needs. help
  with family problems, as appropriate.
  -Staff follows up with participants them on a regular basis, offering
  encouragement, counseling when needed, and finding other opportunities to get
  them engaged in positive programs.
  -Appropriate contacts with other organizations giving the referral.
  -Outreach effort if a youth stops attending
  -Case records maintained on each participant

- **-Intervention (work with known gang members to change their lifestyle)**
  -Gang members and those in juvenile detention centers who express an interest
  changing their lifestyle because of fear of injury and/or imprisonment, death or
  injury of a friend or another gang member, rejection by family and other peers or
  desire to gain employment
  -Referrals from police, ACOP, schools, juvenile authorities, self referrals,
  Ramsey County Youth Gang Task Force
  -Individual Services staff does a case assessment
  -Establish goals in five areas
  -Community service to re-connect member to community
  -Education to build discipline and employability
  -Positive peer relations to establish new behavior patterns
  -Employment to build self worth and independence
  -Life skills including substance abuse, interaction skills, and
  relationships with family.  Referral establish to work with those substance
  abuse problems

9-11

## TAB 9 -PROGRAM DESCRIPTION- BOYS & GIRLS CLUB OF SAINT PAUL

-Important incentive is tattoo removal

-Collaborative with area hospital and neighborhood clinic health which provides the laser equipment and professionals

-Removal assists with youth seeking employment because employers are reluctant to hire gang members

-Important symbolically for members to remove vestiges of gang involvement, lowering likelihood of problems on the street

-Requires 10-12 months to complete process during participants must demonstrate satisfactory progress in the five goal areas

<u>-Youth Advocate (former gang member) works with all youth to tell them about the harsh realities of the gang life style and to work with targeted youth on a more intensive basis.</u>

### Family Involvement

-Neighborhood needs assessment conducted through the Wilder Foundation

    -Parents seek more involvement with kids

    -Parents need skills so they can be positive role models for children

    -Children want parental recognition of accomplishments

    -Significant cultural gap related to family-child relations among the Asian culture

-Family Involvement Strategies

-More family orientated special events, including attendance of community events

-Invite parents to develop cultural related programs that show their expertise (dance, music, sewing, or food) and giving them the opportunity to pass on knowledge and show their talents. Builds appreciation among youth members about different cultures.

-Offer our neighborhood buildings during non-Club hours for programs    that will enhance adult skills including ESL, citizenship classes, employment training, and family orientated recreational opportunities.

-Coordinate community programs that interest adults, including crime prevention safety tips, music, theater, and other such events

-Involve parents and older siblings in all recognition programs

-Collaborate with family service agencies to provide parent support groups, parenting skills, positive discipling and other programs to build the nurturing capacity of parents

### Coordination with ACOP Program

-ACOP staff encouraged to drop by the Clubs in order to build relationship with our members

-ACOP and police department offer programs to the Club members bicycle safety and crime deterrence

-Regularly discuss status of ACOP youth referrals to Gang Intervention and Prevention programs

-When neighborhood incidents occur, ACOP staff meet with Club Staff to discuss the facts of situation and possible implications. Staff can play an important intermediate role in conveying information to the community.

PHA 003325

## Community Collaborations (Examples)

-Pioneer Press sponsors a Back to School community campaign generating school supplies and other clothing
-Minnesota Twins sponsors our rookie league and young ladies softball team
-Minnesota Thunder Youth Development offers us coaches for our soccer program
-Junior Achievement provides us with core curriculum for business orientation classes
-SASE:The Write Place offers creative classes expression
-East Metro Music Academy will offer teachers for a choir and band
-House of Hope Church and Edina Realty donate holiday gifts for our members
-Minnesota Mutual and other corporations offer volunteer mentors to give youth first hand experiences about the workplace
-Members of After School Enrichment Collaboratives on the East Side, West Side, and Summit University area
-Family Services of St. Paul will offer parenting classes and other family resources to promote positive family living
-Abbott Northwestern Hospital, a private practitioner, and a neighborhood health clinic offer services for the tattoo for the Gang Intervention program

## Future Funding

The Boys & Girls Club of St. Paul has adopted a Strategic Plan for Resource Development that calls for the diversification of its funding base. The Plan's objectives includes:

1. Greater United Way funding, addressing priority areas and specifying specific outcome based performance targets. We address targeted needs and have produced outcome based measurements resulting in over 40 percent increase over the past year;

2. Increased individual giving, using our Board contacts to achieve greater personal contributions;

3. Special events, finding opportunities to have fun events that both raises funds     and awareness;

4. Rental income, using our facilities during non-Club hours, especially during the school year. This could produce $100,000 in additional income.

5. We also plan to continue pursuit of public sector funding in such areas as gang prevention/ intervention and employment, because they address major community concerns.

The Boys & Girls Club mission is to work with youth and their families from disadvantaged circumstances. Our staff and volunteers will work diligently to sustain the programs so vitally needed in public housing and other low-income neighborhoods. We must work to level the playing field so youth have the opportunities to become productive members of our community. Giving youth a sense of optimism about their future provides an inoculation against the feeling of despair that often leads to crime and drug abuse.

9-13

DIVISION OF PARKS AND RECREATION
RECREATION PROGRAMS



**CITY OF SAINT PAUL**
*Norm Coleman, Mayor*

*125 City Hall Annex*     *Telephone : 651-266-6400*
*25 West Fourth Street*    *Facsimile:  651-298-5652*
*Saint Paul, MN 55102*

June 4, 1999

Lynn Connolly, DEP Coordinator
Public Housing Agency
400 Cedar Street, Suite 600
Saint Paul, Minnesota 55101

Subject:     Public Housing Drug Elimination Program
             Youth Activities Application for McDonough Homes Residents

Dear Ms. Connolly:

Thank you for the opportunity to submit a proposal to fund youth programs in the
McDonough Homes public housing community.  Attached is a request for continued
Public Housing Drug Elimination Program (PHDEP) funding of the McDonough Teen
Council and McDonough Recreation Center Youth Activities Program for the years 2000-
2004.  As per your instructions, the amount requested for each of these five years is
$47,800.

The Teen Council is an ongoing success story at McDonough Recreation Center.  This
program consists of volunteer and enrichment activities that help teenagers grow as
individuals through service to the community and participation in drug, alcohol and
tobacco free activities.  The community service activities are the result of needs for
assistance expressed by neighborhood residents, while the enrichment activities are
provided as a response to the desire communicated by Teen Council members for
enjoyable and worthwhile recreational opportunities.

About 25 youngsters are members of the Teen Council, while hundreds more attend
special events which the members help to organize.  Through participation in Teen
Council activities, members gain personal confidence, a greater sense of responsibility for
their own well being, and the ability to respect others.  Such values as these are important
to young people as they seek to avoid the temptations of substance use and abuse to
which they are at risk.

The Youth Activities Program at McDonough Recreation Center features activities
designed to give youngsters a range of productive ways in which to spend their free time.

9 - 14

**PHA  003327**

Ms. Lynn Connolly
June 4, 1999
page two

Included are organized athletics, arts and crafts classes, the use of a computer lab, a play area for younger children, a Kwansa study program for African American youth, and open swims and swim lessons during the summer.  These activities help youngsters develop new skills and hobbies, make new friends, interact with positive adult role models, and learn about the wider Saint Paul community through field trips and athletic events away from their local neighborhood.

A final aspect of the program is the leasing of a fifteen passenger van from the Saint Paul Department of Public Works.  As a substitute for ordering school busses, this van will provide significant cost savings for the center which can be used in turn to provide enhanced programs for youth.

These programs demonstrate how young people can be engaged in positive drug, alcohol and tobacco free activities that make a real difference in their lives and in the life of their community.  Thank you again for the opportunity to apply for funding for these programs, and for your agency's continued assistance in providing high quality youth programs at the McDonough Homes and in other public housing communities.

Sincerely,

Vince Gillespie
Manager of Recreation Services

: attachments

cc:    Vic Wittgenstein
       Lori Sundelius
       Ann Simerson
       Mike Rossberg

9-15

PHA  003328

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**
## SAINT PAUL PARKS AND RECREATION

## McDONOUGH TEEN COUNCIL
## AND
## McDONOUGH RECREATION CENTER YOUTH ACTIVITIES:
## 2000-2004

# OVERVIEW

With 580 townhouse units of 1-5 bedrooms, McDonough Homes houses twice as many people as other Public Housing Authority (PHA) sites in Saint Paul. Located adjacent to McDonough Homes, the newly renovated McDonough Recreation Center is a place where children from the Homes and surrounding neighborhood can come and feel safe from gang activity, violence, and the harmful effects of drugs, alcohol and tobacco. McDonough Recreation Center is frequented by more youth than any other program in the community, and is seen by PHA and McDonough parents as a principal check to gang and drug participation for the community's youth.

McDonough Recreation Center is operated by the City of Saint Paul, Division of Parks and Recreation. The City of Saint Paul is a unit of local government and a political subdivision of the State of Minnesota. The recreation center building is owned by PHA and leased to the City for the purpose of providing recreation programs, and forms a part of the McDonough Homes Community Center. The City of Saint Paul provides a $199,890 budget for basic utilities, professional staffing, and administrative and program oversight for McDonough Recreation Center. The City also provides maintenance for the Recreation Center facility and grounds. With the exception of an annual supply and transportation allocation of $650, all program funding must be raised through participant fees, donations and grants.

Both youth and adults visit McDonough Recreation Center for a wide variety of programs and special events. Average annual attendance at the center for the period 1995-1998 was 95, 854, with a total attendance in 1998 of 104,884. **The recent success of programming at McDonough is directly associated with the continued commitment of the local city government and the PHA in combination with the U.S. Department of Housing and Urban Development (HUD) Drug Elimination Program grant funding.**

McDonough Recreation Center's participation in HUD grant programs has invigorated the youth programming the center is able to provide. Prior to the availability of Public Housing Drug Elimination Program (PHDEP) funding for youth sports, Teen Council, after school art and other popular activities made possible by it, only a limited number of activities were offered at the recreation center. Because of a lack of funds, these activities were primarily of the low-organized or "drop-in" variety. This made it difficult to consistently engage youth and establish participant attendance in programs. Youth would often congregate at the recreation center, but the lack of positive structured activities often left them bored and susceptible to involvement in gangs, drugs and crime.

9-16

PHA 003329

## Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES

Since PHDEP funding became available, the recreation center has become a focal point for positive activities and a haven from situations involving drugs, crime, gangs and other negative behaviors. The City has subsequently increased funding for staffing, both to further improve safety at the facility and to manage the growth of the programs. In fact, the success of the activities funded by PHDEP was the key component which prompted the expansion of the recreation center in 1998.

Continuation of PHDEP grant funding is essential for continuing these successful efforts. Funding allows a diverse range of activities to be provided to residents at little or no cost, ensuring access to all who wish to participate. Without this funding, programming at the recreation center would be greatly reduced and access to activities would be limited for many youth due to economic barriers. In that event, youth would have to find other ways to occupy more idle time and would become increasingly susceptible to involvement in drugs, crime and gangs.

9-17

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**
## PROGRAM DESCRIPTION/NARRATIVE

## ACTIVITIES

This proposal requests funding necessary for the following activities at McDonough Recreation Center.

- **Teen Council**
- **Youth Play Area**
- **Computer Based Tutoring**
- **Youth Sports Programs**
- **Lease a Van from Saint Paul Department of Public Works**
- **Weekly Art**
- **Kwansa Study**
- **Summer Swimming/Water Safety**

The listed activities provide a comprehensive recreation-based program for youth of various ages and interests. **Maintaining involvement in positive structured activities fosters self-esteem and personal responsibility among participants while encouraging them to develop interests and skills in a variety of areas.** This positive use of free time reduces the opportunity for involvement in drugs, crime and gangs, particularly during after school hours when these temptations may be greatest.

The Division of Parks and Recreation provides training for on-site staff to help them coordinate efforts with outside agencies, plan and implement worthwhile activities and interact with youth who are at risk for involvement in negative behaviors. The Division of Parks and Recreation is committed to providing youth in the McDonough community access to positive recreation programs in an environment free from drugs, crime and gang activity. McDonough Recreation Center staff members work with the Police Department's ACOP officers to reduce and prevent negative behaviors. Both the ACOP program and the Division of Parks and Recreation's programs play prominent roles in the PHA's Long-Range Plan for Drug Elimination and Prevention, Safety and Security. ACOP officers are often present at the recreation center while programming occurs, and some even volunteer their time as coaches and instructors. Providing outlets for youth to use their free time in positive activities is complementary to the community policing strategy employed by ACOP.

## QUALIFICATIONS

The City of Saint Paul, Division of Parks and Recreation has provided programs and activities for the residents of Saint Paul since the early 1870's. The Division encompasses over 4,200 acres of publicly owned open space, including 41 recreation centers, four golf courses, three swimming facilities, 47 miles of parkways and over 160 parcels of park land.

9-18

PHA 003331

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

The Division of Parks and Recreation operates McDonough Recreation Center. In addition, the Division operates El Rio Vista Recreation Center near the Dunedin Terrace Family Housing Community.

The current Director of McDonough Recreation Center is Ann Simerson. Ms. Simerson, a 12 year employee of the Division of Parks and Recreation, was assigned to work at McDonough in 1996. Ms. Simerson has over nine years of experience directing recreation programs for all ages, interests and ethnic backgrounds. She has directed programs and activities targeted to the youth residing in the McDonough Homes since assuming the leadership of the program. Ms. Simerson has extensive experience working with teen councils, youth athletics and specialty programs, and will serve as the primary contact between the PHA and the Division of Parks and Recreation for grant activities.

## OUTCOMES

This grant proposal focuses on engaging young people in positive activities which serve as worthwhile alternatives to involvement in drugs, gangs and crime. The following outcomes pertain to the comprehensive program as described in this application. Specific goals and measurable objectives have also been provided for individual programs and can be found in the detailed descriptions for each program.

- **Continued/increased activities for youth to reduce involvement in drugs, gangs and crime.**
  Programs will be provided to engage youth in positive activities. Attendance for all activities will be accurately monitored and recorded. These activities serve as alternatives to non-productive behaviors which may lead to involvement in drugs, crime and gangs.

- **Continued/increased contacts between youth and positive adult role models.**
  Programs will foster youth/adult interaction. Adults will function as role models for youth participating in sponsored events and activities.

- **Continued/increased involvement of the entire family in volunteer community betterment activities.**
  Ongoing participation will incorporate families as partners in making activities successful. This will develop a collective sense of responsibility, promote volunteerism in a wide range of age groups, and actively involve residents in bettering their community.

- **Continued/increased opportunities for resident employment.**
  Various employment opportunities will result from this grant program, ranging from staff positions to activity instructors. The city will recruit for these positions from within the McDonough community whenever possible.

- **Continued/increased community safety and security.**
  By increasing community involvement, providing positive youth programming, developing employment opportunities and fostering role modeling, safety and security within the McDonough Community will be improved.

**PHA 003332**

Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES

## McDONOUGH TEEN COUNCIL

A.  **Program Description**

A Teen Council has been active for over eight years at McDonough. Prior to receiving PHDEP grant funding, the program struggled due to a lack of resources. Funding available for programming was limited, and no staff resources could be dedicated to Teen Council activities. Since 1994, a coordinator for the Teen Council has been provided with grant funding. This person works with the teens to plan, organize and implement various volunteer and participatory activities.

Teenagers from the community are recruited to become active in the Teen Council and participate in Teen Council activities. The interests of the participants and the needs of the community are central to the activities of the group. **The activities of the Teen Council and their positive impacts on the McDonough Homes community have increased dramatically during the past five years.**

**Although the Teen Council maintains an active membership of approximately 25 participants, hundreds of other teens and youth from the McDonough Homes and the surrounding community participate in and benefit from Teen Council programs and activities.** These activities range from sponsoring dances for teens to providing tutoring and homework assistance for younger children. The following is a partial listing of typical Teen Council projects and activities:

| | |
|---|---|
| Computer Training | Dances |
| Gym Nights | Child Care and Babysitting |
| Membership Recruitment | Tutoring |
| Community Service Projects | Parent Teen Picnic |
| Field Trips | Fund Raising |
| Holiday Festivals | Enrichment Classes |
| Special Events | Evaluation/Survey Research |

**Teen Council activities also create interaction between the youth membership and adults from the McDonough Homes community and surrounding communities.** The following is a partial listing of programs in which Teen Council members interact with or provide services to adults.

| | |
|---|---|
| Spring Park Clean-up | Evaluation/Survey Research |
| North End Area Revitalization | MORE Partnership |
| Resident Council Participation | Salvation Army Holiday Helper Program |
| McDonough Family Flyers/ | Safe Tot Lot Program |
| Special Events Canvas | McDonough Maintenance Partnership |
| United Way Youth Groups | |

9-20

PHA 003333

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

The Teen Council Coordinator is essential to the operation of the program and has been a primary factor in the success and growth of the program over the past five years. The coordinator recruits members, organizes and prepares for council activities, and has the primary responsibility for working with the group to accomplish the program initiatives. He or she plays a vital role in instilling a sense of community and responsibility within the activities of the council.

1. <u>Budget (See itemized budget, Tab 4)</u>          $115,108

2. <u>Goals and Measurable Objectives</u>

**Goal 1**

To involve the McDonough Teen Council in a wide range of volunteer and participatory activities that foster positive interaction with and service to other groups including family members, adult role models and the general community.

**Measurable Objectives**

1. Teen Council members will be provided at least 12 organized volunteer opportunities in 2000. This number will increase to 15 by 2004.

2. Teen Council members will be provided at least 16 organized participatory activities in 2000. This number will increase to 20 by 2004.

3. Teen Council members will be provided at least four opportunities for positive interaction with adult role models during 2000. This number will increase to six by 2004.

4. Teen Council members will be provided at least one family/teen activity in 2000. This number will be doubled by 2003.

**Goal 2**

To provide employment information and opportunities to Teen Council members and adult McDonough Homes residents.

**Measurable Objectives**

1. Employment referrals will be given to at least 15 Teen Council members each year during the grant period.

2. Adult McDonough residents will be given the opportunity to apply for the one Teen Council Coordinator position each year during the grant period.

## McDONOUGH RECREATION CENTER YOUTH ACTIVITIES

# 1. Youth Play Area

**A.**     **<u>Program Description</u>**

The 1998 addition to the recreation center includes a play area and indoor playground for young children (8 years and under). This new facility and new equipment allow young children access to the recreation center in an area specifically designed to meet their needs.

9-21

## Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES

Direct supervision is provided for these activities to ensure the participants' safety. Activity instructors will interact with the young children in programs such as tumbling, jump rope and games which are specifically targeted to this age group. The youth play area programs will be provided between 4:00-7:00 p.m. 3-5 times per week.

1.     Budget (See itemized budget, Tab 4)            $9,589

2.     Goals and Measurable Objectives
**Goal 1**
To provide a safe, supervised and specially designed on-site activities for all children ages eight and under who may wish to participate in them.

**Measurable Objective**
1. At least 12,000 youth ages eight and under will be given the opportunity to participate in the Children's Play Area during 2000. This minimum duplicated number will be increased to 14,000 by 2004.

**Goal 2**
To provide an employment opportunity for residents of the McDonough Homes.

**Measurable Objective**
1. During the duration of the grant period, at least two aides from the McDonough Homes will be hired to supervise the Children's Play Area.

## 2. Computer-Based Tutoring

A.     **Program Description**
Youth, including members of the Teen Council, will have access to computers at the recreation center during designated times for use in completing homework assignments, as a tool in mentoring and receiving tutoring from others, and as a form of leisure time recreation. Many families in public housing communities with school age children do not have financial resources that will allow them to own a home computer. This program will provide access to computers for housing community residents in a safe and convenient location.

1.     Budget (See itemized budget, Tab 4)            $7,004

2.     Goals and Measurable Objectives
Goal 1
To make computers readily available to visitors to McDonough Recreation Center.
**Measurable Objective**
1. Offer at least 5,000 hours of computer time (# of days computers available x number of computers x # hours/day) to the public during 2000. Increase this number to at least 5,400 hours by 2004.

**Goal 2**
To provide access to computers to members of community groups who might otherwise not have ready access to them.

9-22

PHA 003335

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

> **Measurable Objective**
> 1. At least two community agencies each year during the grant period will be allowed regularly scheduled access to the computers at McDonough Recreation Center.

# 3. Youth Sports Program

A.    <u>Program Description</u>

McDonough Recreation Center participates in the citywide Municipal Athletics program. The recreation center youth sports program provides hundreds of multi-cultural youth the opportunity to interact with and compete against other youth from across the city in such sports as basketball, volleyball, baseball, softball and soccer.

To participate in the Municipal Athletics program, local recreation centers are responsible for team entry fees, uniforms and approved sports equipment. These expenses are usually accounted for by recreation centers in the course of sponsoring teams through participation fees. The financial demands on a center which serves a large public housing community, however, are greater than on most others. Since McDonough Recreation Center is located in such a community, many of its youth sports participants are unable to pay the fees necessary to cover the costs associated with playing in the Municipal Athletics program. Because only small fees are collected from participants and many fees are waived altogether, the center has difficulty covering league fees, let alone providing for the appropriate uniforms and equipment.

Another important difference between McDonough and other recreation centers is the absence of a strong adult volunteer base or "Booster Club". For many reasons (mostly financial, but also cultural), McDonough has not benefitted from strong parental support. A typical center with strong parental support has resources that help to pay for the program as well as a pool of volunteers to assist with coaching and transportation. McDonough does not have the benefit of this support. However, it remains necessary to provide competent coaches for youth teams and to transport them to and from scheduled games.

<u>Anticipated Teams in 2000-2004:</u>

| | |
|---|---|
| Summer Soccer (5 teams) | Fall Soccer (4 teams) |
| Fall Basketball (4 teams) | Summer Rookie Softball (1 team) |
| Winter Volleyball (3 teams) | Summer Rookie Baseball (2 teams) |

1.    <u>Budget (See itemized budget, Tab 4)</u>                      $5,652

Competent and responsible coaches are essential for providing the youth sports program. Because of the lack of strong parental involvement for the reasons noted above, it is sometimes necessary to offer an incentive for volunteers to make a commitment to coach a team. Coaching an athletic team typically requires a 50 hour commitment (5 hours per week over a 10 week season). Funds are also needed to purchase equipment and uniforms. In addition to the amount requested in this grant application, other funding sources will be identified to help defray the costs of athletic and safety equipment, particular uniform

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**
and league fees.

2.    Goal and Measurable Objectives

**Goal 1**
To provide youth a worthwhile, well-rounded athletic experience that includes lessons on playing fair and being a good sport, exposure to positive adult role models and a chance to learn about other parts of the city by traveling to away games.

**Measurable Objectives**
1. 100% of all sports teams will have an adult staff or volunteer coach during the grant period.
2. At least 40% of teams coaches will be certified by the National Youth Sports Coaches Association (NYSCA) during 2000. This number will be increased to 50% by 2004.
3. 75% of all athletic teams will participate in a discussion with the coach or staff supervisor about fair play and good sportsmanship in 2000. 100% compliance will be reached with this objective by 2004.
4. At least 50% of all games played will be played at locations other than McDonough Recreation Center during the grant period.

# 4. Lease a Van From Saint Paul Department of Public Works

A.    **Program Description**
McDonough Recreation Center will need to transport youngster for many of the activities described in this grant application. Through an arrangement with the Saint Paul Department of Public Works, McDonough Recreation Center will be able to lease a 15 seat van at an annual cost considerably less than would be required to rent school busses on a trip by trip basis. In cases where more youngsters, family members and fans than can fit into the van must be transported, those expenses have been listed under the transportation line item in each program budget.

1.    Budget (See itemized budget, Tab 4)          $5, 922

2.    Goal and Measurable Objectives

9-24

**PHA 003337**

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

**Goal 1**
To provide a readily available means of transportation for getting youngsters to and from scheduled activities that will save money which can in turn be used to enhance programming at the recreation center.

**Measurable Objectives**
1. The van will be used an average of at least 14 times per month during 2000 (168 times total). This number will be increased to an average of at least 18 times per month in 2004 (216 times total).
2. Using the formula:

$$\text{Annual cost of bus transportation} = \text{Number of trips/year} \times \$95/\text{trip}$$
$$\text{and}$$

Savings to program = Annual cost of bus transportation - Annual cost to lease van,

McDonough Recreation Center will save at least $10,038 in expenses during 2000 which can be devoted to programming, an amount which will increase to at least $14,528 in 2004.

# 5. Weekly Art Program

A.   **Program Description**
Participants will meet weekly during the year to complete projects and develop skills using various media including clay, models, paper and pencil, and paint.

1.   **Budget (See itemized budget, Tab 4)**          $2,500

2.   Goal and Measurable Objectives

Goal 1
To give youngsters instruction in a creative skill through completion of a series of art projects using a variety of media.

Measurable Objectives
1. At least eight different media will be used for art projects conducted during 2000. This number will be increased to 12 by 2004.
2. Student will be given the opportunity to complete at least 45 projects annually during the grant period.

9-25

PHA  003338

**Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES**

# 6. Kwansa Study

**A.**  **Program Description**
This program will utilize an experienced facilitator to foster an awareness and appreciation of the African-American holiday Kwansa in youth who participate in recreation center activities. The richness of this newly emerging cultural celebration will be explored through classes, events and field trips, which will build participants' pride, self esteem and sense of community.

1.  Budget (See itemized budget, Tab 4)                $1,065

2.  Goals and Measurable Objectives
Goal 1
To provide a in depth, family oriented activity for African-American youth which celebrates and gives enhanced meaning to traditional cultural values through the study of Kwansa.

**Measurable Objective**
1. At least three African-American families will become regular participants in Kwansa study activities in 2000. This number will be increased to five families by 2004.

**Goal 2**
To provide a mentorship opportunity between the adult facilitator and the youth participants.

**Measurable Objective**
1. One qualified African-American adult instructor will be hired to lead Kwansa study activities during each year of the grant period.

# 7. Summer Swim/Water Safety

**A.**  **Program Description**
Children who may not otherwise have the chance to learn to appreciate and recreate in the water will have the opportunity to participate in the open swim program at either Saint Paul Public School indoor or City of Saint Paul outdoor aquatics facilities. Included are both open swimming and water safety instruction.

1.  Budget (See itemized, Tab 4)                $1,050

2.  Goal and Measurable Objectives

9-26

**PHA  003339**

## Tab 9 - PROGRAM DESCRIPTION- MCDONOUGH T.C. AND YOUTH ACTIVITIES

### Goal 1
To provide youth with a worthwhile off-site recreational opportunity that helps them develop skills in swimming and teaches safety in and around water.

### Measurable Objectives
1.  At least 225 youth (unduplicated number) will be given the opportunity to participate in open swimming during each year of the grant period.
2.  At least 20 youth (unduplicated number) will be given the opportunity to take Red Cross swim lessons during each year of the grant period.
3.  At least 10 opportunities will be given to youth to travel to city outdoor or public school indoor pools away from McDonough Recreation Center each year during the grant period.

9-27



> **"May peace be in our homes and in our communities"**





## MOUNT AIRY HOMES
### PEACE POLE DEDICATION
### SPRING, 1999

PHA 003341



AMHERST H
**WILDER**
FOUNDATION

919 Lafond Avenue
Saint Paul, MN 55104
651-642-4098
FAX 651-642-2050

Tom Kingston

Chair
Charlton Dietz
*First Vice Chair*
Elizabeth M. Kiernat
*Second Vice Chair*
Anthony L. Andersen
*Secretary*
Malcolm W. McDonald
*Directors*
Elisabeth W. Doermann
Charles M. Osborne
Mary Thornton Phillips
Kennon V. Rothchild
Barbara B. Roy
Robert L. Senkler

May 25, 1999

Jon Gutzmann, Executive Director
Public Housing Agency of the City of Saint Paul
480 Cedar Street, Suite 600
Saint Paul, MN 55101

Dear Mr. Gutzmann:

I am pleased to support the grant request of the Public Housing Agency to receive drug elimination program funding from the U. S. Department of Housing and Urban Development. The Wilder Foundation operates the Living in America Program, one of the programs described in the grant application.

The Living in America Program works to assist public housing families threatened with eviction because of serious lease violations caused by their teenage children being involved in gang activities. Such violations occur when resident children invite gang members to congregate in public housing neighborhoods, and the gang members sometimes harass, terrorize and threaten other residents, carry and fire hand guns, and steal cars and money.

The objectives of the Living in America Program are to help foster trust among families and housing staff; to help parents learn how to make their children involved with gangs accountable for their actions; to help prevent siblings from becoming involved in gangs; to provide opportunities for members to become educated about their rich bicultural backgrounds; and to build the capacity of families and housing staff to learn to work together to solve community problems. This program, piloted in 1997 at the McDonough Public Housing project, will be expanded to include families from Roosevelt Homes.

If you have any questions about the role of the Foundation in this project, please feel free to call Diane Dovenberg-Lewis, Director of the Social Adjustment Program for SE Asians, at 647-9676.

Sincerely,

Tom Kingston
President

TK/gmo

9-28

**PHA  003342**

TAB 9 - PROGRAM DESCRIPTION - WILDER SOCIAL ADJ. PROGRAM

## WILDER SOCIAL ADJUSTMENT PROGRAM

### Program Description

The Living in America Project is a collaboration between Wilder Social Adjustment Program for Southeast Asians and the Public Housing Agency. It was developed in response to a need to assist public housing families who may be evicted due to serious lease violations on the part of their gang involved teenage children. Examples of such lease violations include youth who allow their gang friends to congregate in Public Housing Agency neighborhoods, harassing, terrorizing and threatening other families, carrying and firing hand guns, stealing cars and money from other residents.

The basic program consists of 8 two hour group sessions for 3 - 6 families at a time. These groups combine parent education, support and counseling. Parents are urged to cooperate with Housing Authorities, police and probation officers to help rein in their wayward youth. Youth are seen individually (for 1 - 2 hour sessions) and with the parents group during the school year. Over the summer youth groups meet to learn about their own culture, problem solve situations which arise out of the differences between their native cultures and to have fun in positive ways. Youth are seen at least four hours a month during the time their parents are in group and after that according to their need. Parent graduates are recruited to assist the next group. Siblings are also included to prevent them from future gang involvement.

The program has been very successful. Only one family has been evicted since the program began in 1997. Sixty families have successfully avoided eviction. Of 150 youth served, only 20 have been involved with the law (13%). Program staff work with other social services in the Public Housing Area to enhance resources and provide positive activities for youth. Parent graduates are encouraged to support future program participants and are given stipends for this work. They are also encouraged to attend Housing Community Meetings, but this is difficult because of language barriers. At least one parent has attended resident council meetings. Several parents have supported other Hmong & Cambodian parents who are having trouble controlling the behavior of their teens. This is a significant change for these families. Asian culture dictates that problems stay within the family, and seeking outside help is considered both embarrassing and inappropriate. However, in this country, many families have lost the extended family support they had in their native land, and support from outside the family is essential.

The Living in America Project is primarily supported by a grant from the Department of Children, Families and Learning and subsidized by the Wilder Foundation. In 1998 Public Housing Authority (PHA) agreed to provide $5,000 to enhance summer programming, provide stipends for parents who help others and contribute to the salary of one of the staff.

Client information is recorded on Management Information System (MIS) forms and statistical information (number of clients and number of hours), demographics and outcome data are compiled by computer. The Southeast Asian Program's current method

**PHA 003343**

**TAB 9 - PROGRAM DESCRIPTION - WILDER SOCIAL ADJ. PROGRAM**

of evaluation is pre- and post-testing on 50% of all Program clients. Living in America clients are part of this large pool. For now we will continue to include Living in America clients in our overall Program evaluation. Meetings with Wilder Research Center have determined that it is not feasible to formally study this small sample as a separate entity. We will also continue to keep progress reports in each case record so we will be able to track Living in America clients' progress through this record system. The program staff and supervisor evaluate outcomes each quarter to ensure that we are on track with projected goals.

## GOALS

- 4 Hmong families attend 8 group sessions each quarter (16 families per year)
- 4 Cambodian families attend 8 group sessions twice a year (8 families per year)
- 90% of families avoid eviction (14 Hmong, 7 Cambodian)
- 16 Hmong youth attend summer group sessions.
- 8 Hmong youth attend 4 individual sessions each quarter (32 youth per year)
- 10 Cambodian youth attend 12 summer groups
- 8 Cambodian youth attend individual counseling each quarter
- 16 Cambodian youth and 8 fathers attend summer camp
- 75% of youth will avoid negative gang behavior as measured by complaints to Housing, parent reports and police reports (24 Hmong, 6 Cambodian)

9-30

## AFRICAN AMERICAN FAMILY SERVICES SUCCESSFUL LIVING PROGRAM:

In September of 1998, African American Family Services and St. Paul Public Housing Agency, (PHA) entered into a one year contract to provide workshops for residents of each of the four sites administered by PHA. The over-arching purpose of the workshops created through this collaboration is to help build community and a sense of community empowerment by providing useful, life-enhancing information on alcohol and other drug abuse, and dealing with cultural differences among residents.

Some of the specific goals are:
- To help increase residents' comfort level with each other and decrease the level of tension and conflict in an environment that is increasingly culturally diverse;

- To help residents deal with conflict more effectively when it *does* arise, both with their neighbors and within their own families;

- To help residents develop a better understanding of chemical dependency and the resources they have access to if they need help for themselves or loved ones.

Staff from both agencies met in August and September of 1998 to determine the overall shape the workshops would take and to establish a year-long calendar for them. The workshop leader and PHA staff met with residents to brainstorm topic ideas and format. We developed a series of three workshops and decided to settle on a schedule that would entail doing the same sequence of three workshops at each of the four sites during the contract year. We have not been able to offer child care, but children have been present at each of the workshops so far and their presence has not been problematic.

Each workshop is designed to last one hour and thirty to forty-five minutes, including time for questions at the end. Although some of the material and approach has a specifically African American flavor and focus, the content is broad enough to include everyone and everyone is invited. However, given the short workshop time available, it was decided to offer them in English only.

The main marketing tools have been flyers mailed out to all residents that describe the entire workshop series in advance, followed up by a reminder card that goes out a week to ten days before each one. The flyers and cards also announce the fact that snacks and door prizes are there for participants.

The topics decided on were the following:

I     **Dealing with Cultural Difference**
Overhead slides with lecture and videotape are used to spark discussion of the tension that dealing with cultural diversity can bring, as well as the richness it brings when people begin to explore many areas of common ground they may not have been aware of before.

9-31

2

**II      If I Want Drama, I'll Go See A @#$% Movie!**
         **Dealing With Conflict Between Family and Neighbors**
A videotape on cultural tension and short segments of a video series on several different major
cultural groups are used as a jumping off point for a discussion about resolving conflicts and
living respectfully with one another.

**III      Is There A Problem Here? Chemical Dependency in Our Families**
         **and In Our Community**
Chemical Dependency 101 with overhead slides and lecture: a look at the causes and the
progression of substance abuse and addiction, with specific information about the Twin Cities
and what concerned people can do to help people they are concerned about, both in their own
homes and in the community at large.

**Program History**

The first workshop series was held at Dunedin on November 12, 1998. Six adult residents came,
two of them Somali and the other four Hmong. The workshop concluded after one and a half
hours, for a total of nine contact hours. At the second workshop on December 10, eight adult
residents were in attendance, including three African Americans and five Hmong. The workshop
lasted a full two hours, for a total of sixteen contact hours. The third and final workshop of the
Dunedin series on January 14, 1999, attracted six adult residents, all Hmong. Translation turned
out to be necessary at this meeting and fortunately, a Hmong PHA staff member was available to
provide it. The workshop ran for one hour and forty-five minutes, including questions, for a total
of ten and a half contact hours.

The second series was held at Roosevelt Family Center, the first of these on February 11. There
were eight adult residents in attendance, seven Asian Americans and one African American.
Because the subject matter of the evening is about dealing with cultural differences, the
exchange would have been much richer had more African American as well as residents of other
cultural backgrounds been in attendance, but the quality of the discussion and the level of
participation was still high, despite the fact that the meeting moved slowly due to our need to
"draft" a staff member to provide translation. The workshop lasted one and a half hours for a
total of twelve contact hours.

The second workshop was held at the same site on March 11 with fourteen residents, all Asian
American, in attendance. This time, the Public Housing staff in attendance were non-Asian
American and most of the attendees had limited English. A young female participant
volunteered herself and did an excellent job. Once she helped us get over our awkward
beginning, participant and staff involvement was at a high level. The meeting was also made
difficult by the large number of children (12) brought along. The program lasted for one hour
and fifteen minutes, for a total of seventeen and a half contact hours.

9-32

3

The third was held on April 8 and attracted eight adult residents, all Asian American. Once again, translation turned out to be indispensable. The workshop ran for an hour and a half, for a total of twelve contact hours.

The first workshop of the Mt. Airy series was held on May 13 and attracted four residents, one Somali and three Asian American. The program lasted for an hour and fifteen minutes, for a total of five contact hours.

A written evaluation is handed out and collected at each session, but due to translation issues, compliance has tended to be limited. Verbal feedback has been consistently good, however, and residents who have attended have generally reported feeling very positive about their experience.

Accordingly, one goal for the year 2000 contract is to spend a few focused minutes at the end of each session on the evaluation so that English speaking residents take the time to fill it out and so that non-English speaking or limited English residents can get a little help.

Another key goal is to boost overall attendance. We plan to cut back the number of workshops next year to two per site, for a total of eight workshops, but we aim to serve an average of ten residents per workshop for a total of eighty residents, which will result in a total of one hundred twenty contact hours.

A critical part of achieving the goal of increasing attendance is spending more time before the next series begins on outreach and program development. We plan to investigate holding the workshops on Resident Council meeting nights. At the very least, we will ask the Resident Councils to partner with us in our recruitment effort, which may include knocking on doors or phone calling, in addition to the posting and mailing of flyers and the mailing of a monthly reminder card that we currently utilize.

9-33

PHA 003347

### *SCHOLARSHIPS:*

The PHA first requested PHDEP funds for scholarships (maximum $500 per scholarship) in 1997, and awarded the first round of scholarships during the summer of 1998 to be used toward fall 1998 tuition. We also requested funding for scholarships in the 1998 PHDEP application, giving priority to residents enrolling in law enforcement training programs and who had participated in PHA crime watch or door watch programs, SPPD's Neighborhood Assistance Officer program, etc.

The PHA uses other funds to support additional resident scholarships which are not tied to law enforcement education. However, more pressing needs for scholarship funds have arisen within our family developments which support the PHDEP objectives. We would like to again request $5000 in funding for scholarships, but see a need to address both post secondary academic scholarships for our adult population and recreational and learning enrichment experiences for our youth.

Our goal is quite broad, but capable of reaching the entire population of residents in both the 16 hi-rises and 4 family developments. The scholarship distribution will remain consistent with our PHDEP objectives by giving our resident population the opportunity for positive life experiences which will strengthen their ability to make sound judgments in their personal and professional lives.

9-34