## POLICE-IN-RESIDENCE PROGRAM

**Contact:**
Lynn Connolly, Drug Elimination Program Coordinator, 651-292-6053

**Description:**
Following PHA Board approval on July 17, 1996, HUD approved the PHA's plan to allocate one dwelling unit at Front Hi-Rise to a Saint Paul Police Officer. Officer Jon Loretz moved into Front Hi-Rise on November 1, 1996. PHA staff, Front Hi-Rise residents, Officer Loretz, and Saint Paul Police Chief William Finney reported satisfaction with the program and supported its expansion. On June 17, 1998, HUD approved the PHA's plan to expand the Police-in-Residence Program to allow up to ten officers to reside in PHA hi-rises. Since that date, HUD implemented a 'no limit' policy on the number of police officers in PHA hi-rise units.

Each of PHA's sixteen hi-rises were prioritized to determine those most in need of an officer in residence. Points were assigned if the hi-rise met specific criteria. PHA staff periodically re-evaluate the point criteria to insure that officers are housed in the hi-rises most in need of the program and submit appropriate documentation to HUD in order to continue receiving subsidy for the unit .

In exchange for free rent, each police officer is asked to make a one year commitment to the program. They schedule office hours for resident contact, attend hi-rise resident council meetings and resident get-togethers when possible, park their squad car in the parking lot during their off-duty hours, and provide information and assistance to staff and residents related to illegal activity in and around their building.

**Program Start Date:**       November 1, 1996

**Program Size:**         There are currently Saint Paul Police Officers living at Front Hi-Rise, Edgerton Hi-Rise, Ravoux Hi-Rise, Wilson Hi-Rise and Central Hi-Rise. The program continues to expand on a regular basis.

**Police Officer Screening:**   Each interested police officer must give written notice to Saint Paul Police Department's Deputy Chief Ted Brown, that he/she is interested in the program. After a thorough review of the officer's employee file, Deputy Chief Brown determines whether or not the officer is a good candidate for the program. If so, a referral is made to PHA staff to continue the process of housing the officer.

**Funding Source:**    This is a volunteer program. There is no formal funding source.

9-35

PHA  003349

May 1999

# St. Paul Public Housing Program Evaluation: Community Safety and Residents' Satisfaction[1]

---

[1] A report for St. Paul Public Housing Drug Elimination Program funded through U.S. Department of Housing and Urban Development.

PHA  003350

# EXECUTIVE SUMMARY

The 1998 evaluation of the St. Paul PHA's Public Housing Drug Elimination Program (PHDEP) shows that a high percentage of residents feel safe in their communities.

Two approaches were used in the evaluation:

1.   The Wilder Research Center worked directly with the PHA and the three primary DEP partners to identify methods for evaluating funded programs:  A Community Outreach Policing Program (ACOP), Boys & Girls Club, and McDonough Parks and Recreation Teen Council.

2.   The general effectiveness of the DEP programs was measured, including residents perceptions of their communities as safe and positive places for their families.  Resident feedback was received through a family housing development interview conducted with a representatives sampling of family residents, and a mailed hi-rise survey completed by a sample of hi-rise residents.

## INDIVIDUAL PROGRAM HIGHLIGHTS

### A Community Outreach Program (ACOP)

Based on a survey of 406 family housing development residents conducted by the Wilder Research Center, residents report that:

- over four-fifths (88%) of those surveyed are very satisfied or satisfied with how police needs are met in the neighborhood,

- nearly three-quarters of residents surveyed (71%) know about ACOP officers and nearly one-quarter (24%) have had an ACOP officer follow-up with them to provide information or to check with the resident, and

- nearly one-quarter (22%) of those surveyed know that ACOP has social workers on staff.

Based on a survey regarding the effectiveness of the ACOP Liaison officers and the partnerships between ACOP and the PHA Site Managers, the 21 Site Managers throughout PHA sites reported that:

- the ACOP Liaison and other officers are very reliable in responding to pages, very helpful during joint information-sharing sessions, and very effective when responding to problem situations at PHA sites, and

- the overall regularity and reliability of the Liaison officer contact with the Site Manager and the officer's attendance at meetings could be improved in order to achieve the highest ratings from all Site Managers.

Wilder Research Center
May, 1999

-ii-

St. Paul Public Housing
Drug Elimination Program Evaluation Report

10-1

PHA  003351

**Boys and Girls Club of Saint Paul**

Based on the organization's strategic plan that includes the ongoing measurement of performance targets across each of the Boys and Girls Club program areas, staff collected and reported data from the first three quarters of the program year which note that:

- 174 youth[2] involved in the Leadership Development programs exemplified leadership qualities defined by criteria set by the Boys and Girls Club staff,

- an average of 88 percent of the youth identified as gang prevention candidates maintained active status in the Club,

- an average of 95 percent of the members in the gang prevention program did not join a gang as indicated by behavioral and staff assessment measures,

- 117 members in the Second Step and Talking with T.J. program demonstrated an understanding about appropriate behavior to resolve conflicts in a non-violent manner, and

- an average of over one-half (54%) of all youth who participated in Boys and Girls Club activities on three days designated as 'spot checks' in 1998 reported that they are public housing residents.

**McDonough Parks and Recreation Teen Council**

A Wilder Research Center survey and discussion with 20 Teen Council members regarding areas of social relationships, social responsibility, and satisfaction with Teen Council found that:

- youth report a positive attitude about their membership in Teen Council and their resulting involvement with the community through community service,

- youth rate themselves as successful at resolving conflicts, resisting negative peer pressure, and maintaining positive relationships with adults,

- youth rate themselves relatively lower in their likelihood to talk to others in Teen Council about tough situations, and

- eighty percent of youth members report that Teen Council has made a difference in their lives.

---

[2]   Individual youth are counted based on their participation during each quarter so that total figures may represent some youth being counted more than once.

Wilder Research Center
May, 1999

-iii-

St. Paul Public Housing
Drug Elimination Program Evaluation Report

10-2

PHA 003352

## RESIDENT PERSPECTIVES

### Hi-Rise Residents' Perspectives

As an indicator of the effectiveness of overall program efforts, residents' perspectives on community safety and on various aspects of program strategies (e.g., awareness of, usage of, value of) were sought. Based on a self-administered survey of 912 hi-rise residents regarding safety, awareness of strategies, and perceptions of problems in the hi-rises, residents reported that:

- over three-quarters (76%) of residents rate their hi-rise safety as excellent or good,

- 86% are very or somewhat satisfied with police service in the hi-rise,

- few respondents identify problems with illegal activities in their buildings, with more residents reporting safety concerns regarding the surrounding neighborhoods than the buildings themselves,

- just over half of the residents are aware of efforts by law enforcement to regularly visit hi-rise buildings.

### Family Housing Development Residents' Perspectives

Based on a survey of 406 family housing development residents conducted by the Wilder Research Center, residents reported that:

- over four-fifths (86%) of residents surveyed are satisfied with PHA as a place to raise children and 83 percent are satisfied with their family's safety at their PHA site,

- nearly all (95%) respondents report that they get along very well or well with their neighbor, and

- over one-quarter of respondents don't have enough information with which to rate satisfaction with DEP and related programs' impact on youth behavior. However, respondents clearly notice the youth in the community. A substantial percentage in each site believe that they have noticed changes in youth behavior, both positive and negative. Future efforts to get more resident input could include surveying a representative sample of youth in order to determine if a link can be established between positive behaviors and program involvement,

### Future Directions

In addition to the overall positive reports summarized above, residents' suggestions for new strategies and improvements in public housing communities were sought. Community members suggestions for improvements, especially related to drug and gang reduction efforts, reflect a tendency to turn to formal service or government solutions from PHA and the police. For some, suggestions are lacking altogether, with some residents reporting that nothing else can be done to combat drugs and gangs. Continuing efforts within Drug Elimination and Prevention programs to engage and partner with community members to problem solve around these areas could increase their sense of ownership of the community.

Wilder Research Center
May, 1999

-iv-

10-3

St. Paul Public Housing
Drug Elimination Program Evaluation Report
**PHA 003353**

## TAB 11 - BRIEF DEP PROGRAM DESCRIPTION

### BRIEF DEP PROGRAM DESCRIPTION:

The PHDEP grant to the St. Paul PHA will be used to support three successful current programs: (1) ACOP community policing program, providing services to the four family and 16 hi-rise developments; (2) Boys and Girls Club of St. Paul, supporting youth and family programs at Mt. Airy and East Side Clubs; and (3) McDonough Parks and Recreation Center, implementing teen and youth programs. The grant will also pay for special training on cross-cultural communication and conflict resolution; eviction prevention services; some resident scholarships; and a program evaluation.

PHA  003354

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ___1___ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)   (treasur) 5-27-99

Name   MARIA C. MANZANARES   Title

x   Manzanares

Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

Name   Jon M. Gutzmann   Title   Executive Director

x   Barbara L Sparlin

Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1. Name ___  Address ___
2. Name ___  Address ___
3. Name ___  Address ___
4. Name ___  Address ___

☐ Check if comments by residents are attached.

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

- ☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

- ☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

- ☒ Certification is applicable only for targeted development(s).

- ☒ If awarded, the applicant will involve residents in any change to the approved plan.

- ☒ Residents are aware that the application deadline date is ___June 15___, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this _____1_____ day of ____June____, 1999

Duly-Elected Resident representative (Print Name and Title)

Linda Williams                    Roosevelt Council board member
Name                              Title

✗ Linda Williams
Signature

**Executive Director**

Signed this ____15th____ day of ____June____, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann                   Executive Director
Name                              Title

✗ Barbara L Spalein  for/gmhs
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1. Name _____
   Address _____
2. Name _____
   Address _____
3. Name _____
   Address _____
4. Name _____
   Address _____

☐ Check if comments by residents are attached.

**PHA 003356**

**CERTIFICATION BY RESIDENT MANAGEMENT
CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs)
RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is ___June 15___, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this _____1_____ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

___Soua Yang_____        ___Secretary_____
Name                               Title

X ___Soua Yang_____
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

_Jon M. Gutzmann_____        _Executive Director____
Name                                    Title

X _Barbara L Sporlin for JMG_____
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

| | | |
|---|---|---|
| 1. | Name | _____ |
| | Address | _____ |
| 2. | Name | _____ |
| | Address | _____ |
| 3. | Name | _____ |
| | Address | _____ |
| 4. | Name | _____ |
| | Address | _____ |

☐ Check if comments by residents are attached.

PHA 003357

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☑ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☑ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☑ Certification is applicable only for targeted development(s).

☑ If awarded, the applicant will involve residents in any change to the approved plan.

☑ Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ___1___ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

_Barbara A. Freeman_          _Chairperson_
Name                                    Title

X _Barbara A. Freeman_
Signature

**Executive Director**

Signed this __15th__ day of __June__, 1999

Executive Director (Print Name and Title)

_Jon M. Gutzmann_              _Executive Director_
Name                                    Title

X _[signature]_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

| | | |
|---|---|---|
| 1. | Name | |
| | Address | |
| 2. | Name | |
| | Address | |
| 3. | Name | |
| | Address | |
| 4. | Name | |
| | Address | |

☐ Check if comments by residents are attached.

**PHA 003358**

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this __1 st__ day of __June__, 1999

Duly-Elected Resident representative (Print Name and Title)

__Beverly J. Carroll__   __6·1·99__
Name                      Title

**x** __Beverly J. Carroll__
Signature

**Executive Director**

Signed this __15th__ day of __June__, 1999

Executive Director (Print Name and Title)

__Jon M. Gutzmann__   __Executive Director__
Name                   Title

**x** __Barbara L. Sporlein for JMG__
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1. Name _____
   Address _____
2. Name _____
   Address _____
3. Name _____
   Address _____
4. Name _____
   Address _____

☐ Check if comments by residents are attached.

**PHA 003359**

**CERTIFICATION BY RESIDENT MANAGEMENT
CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs)
RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

The applicant certifies that:

☑  Residents participated in the preparation/strategy of the application for the public and Indian Housing
Drug Elimination Program for the targeted development(s);

☑  The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is
accurate and complete; and

☑  Certification is applicable only for targeted development(s).

☑  If awarded, the applicant will involve residents in any change to the approved plan.

☑  Residents are aware that the application deadline date is  June 15 , 1999,  6:00  P.M.,
local time.

**Duly-Elected Resident Representative**

Signed this  28 9h  day of  June , 1999

Duly-Elected Resident representative (Print Name and Title)

_JueAnn Ohson_               _President_
Name                         Title

X _Jueann Olson_
Signature

**Executive Director**

Signed this  15th  day of  June , 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann               Executive Director
Name                          Title

X _Barbara L Sporlein_
Signature      _for Jon M_

Signatures of other public housing authorities or Tribal housing resident organization presidents of public
housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership
organizations for the proposed/targeted developments for PHDEP funding.

1.   Name     _____
     Address  _____
2.   Name     _____
     Address  _____
3.   Name     _____
     Address  _____
4.   Name     _____
     Address  _____

☐  Check if comments by residents are attached.

PHA 003360

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☑ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☑ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☑ Certification is applicable only for targeted development(s).

☑ If awarded, the applicant will involve residents in any change to the approved plan.

☑ Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this _____1_____ day of _____June_____, 1999

Duly-Elected Resident representative (Print Name and Title)

_EULA NEWCOMB_         _PRESIDENT_
Name                          Title

X _Eula Newcomb_
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann          Executive Director
Name                          Title

X _Barbara L Spurlin for JMG_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.  Name    _____
    Address _____

2.  Name    _____
    Address _____

3.  Name    _____
    Address _____

4.  Name    _____
    Address _____

☐ Check if comments by residents are attached.

PHA 003361

**CERTIFICATION BY RESIDENT MANAGEMENT
CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs)
RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

The applicant certifies that:

☒    Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒    The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒    Certification is applicable only for targeted development(s).

☒    If awarded, the applicant will involve residents in any change to the approved plan.

☒    Residents are aware that the application deadline date is <u>June 15</u>, 1999, <u>6:00</u> P.M., local time.

**Duly-Elected Resident Representative**

Signed this <u>1</u> day of <u>June</u>, 1999

Duly-Elected Resident representative (Print Name and Title)

Lois C. Sigford      President
<u>Name</u>                 <u>Title</u>

X Lois C. Sigford
<u>Signature</u>

**Executive Director**

Signed this <u>15th</u> day of <u>June</u>, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann      Executive Director
<u>Name</u>                 <u>Title</u>

X ___
<u>Signature</u>

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.   Name ___
    Address ___
2.   Name ___
    Address ___
3.   Name ___
    Address ___
4.   Name ___
    Address ___

☐   Check if comments by residents are attached.

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ___/___ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

__Joan G. Hickman__          __Treasurer__
Name                          Title

X __Joan G. Hickman__
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

__Jon M. Gutzmann__          __Executive Director__
Name                          Title

X __Barbara L. Spmlein for JMS__
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1. Name _____
   Address _____
2. Name _____
   Address _____
3. Name _____
   Address _____
4. Name _____
   Address _____

☐ Check if comments by residents are attached.

PHA 003363

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

The applicant certifies that:

☒      Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒      The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒      Certification is applicable only for targeted development(s).

☒      If awarded, the applicant will involve residents in any change to the approved plan.

☒      Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ____/____ day of ____June____, 1999

Duly-Elected Resident representative (Print Name and Title)

_Emily GRIMALUSKUS_                  _PRESIDENT_
Name                                                      Title

X _Emily Grimaluskus_
Signature

**Executive Director**

Signed this ____15th____ day of ____June____, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann                           Executive Director
Name                                                      Title

X _Barbara L Sporlein for JMG_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

| | | |
|---|---|---|
| 1. | Name | _____ |
| | Address | _____ |
| 2. | Name | _____ |
| | Address | _____ |
| 3. | Name | _____ |
| | Address | _____ |
| 4. | Name | _____ |
| | Address | _____ |

❑ Check if comments by residents are attached.

PHA 003364

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is ___June 15___, 1999, ___6:00___ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ____1____ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

_Esther M Leuch_                    Esther Leuch          _President_
Name                                                        Title

x _Esther M Leuch_
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann                    Executive Director
Name                                                        Title

x _Barbara L Sponheim_
Signature          _for JMG_

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1. Name _____
   Address _____

2. Name _____
   Address _____

3. Name _____
   Address _____

4. Name _____
   Address _____

☐ Check if comments by residents are attached.

PHA 003365

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is ___June 15___, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ___7th___ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

ROBERTA STARKS                    TREASURER
Name                                          Title

✗ _Roberta Starks_
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann                    Executive Director
Name                                          Title

✗ _Barbara L. Sporlein for JMG_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.   Name     _____
     Address  _____
2.   Name     _____
     Address  _____
3.   Name     _____
     Address  _____
4.   Name     _____
     Address  _____

☐ Check if comments by residents are attached.

PHA 003366

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒   Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒   The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒   Certification is applicable only for targeted development(s).

☒   If awarded, the applicant will involve residents in any change to the approved plan.

☒   Residents are aware that the application deadline date is ___June 15___, 1999, ___6:00___ P.M., local time.

**Duly-Elected Resident Representative**
Signed this __7 th__ day of ___June___, 1999
Duly-Elected Resident representative (Print Name and Title)

_Margaret Fleming_                    _Board Member_
Name                                                      Title

X _Margaret Fleming_
Signature

**Executive Director**
Signed this ___15th___ day of ___June___, 1999
Executive Director (Print Name and Title)

Jon M. Gutzmann                         Executive Director
Name                                                      Title

X _Barbara L Sporlein for gmg_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.   Name _____
      Address _____
2.   Name _____
      Address _____
3.   Name _____
      Address _____
4.   Name _____
      Address _____

❑   Check if comments by residents are attached.

**CERTIFICATION BY RESIDENT MANAGEMENT
CORPORATIONS (RMCS)/RESIDENT COUNCILS (RCS)
RESIDENT ORGANIZATIONS (ROS) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

The applicant certifies that:

☒   Residents participated in the preparation/strategy of the application for the public and Indian Housing
Drug Elimination Program for the targeted development(s);

☒   The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is
accurate and complete; and

☒   Certification is applicable only for targeted development(s).

☒   If awarded, the applicant will involve residents in any change to the approved plan.

☒   Residents are aware that the application deadline date is ___June 15___, 1999, ___6:00___ P.M.,
local time.

**Duly-Elected Resident Representative**

Signed this ___7th___ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

___Tim Hall___                              ___2nd V. President___
Name                                        Title

x ___Tim Hall___
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann                             Executive Director
Name                                        Title

x ___Barbara L. Sprdein for JMG___
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public
housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership
organizations for the proposed/targeted developments for PHDEP funding.

1.   Name    _____
     Address _____

2.   Name    _____
     Address _____

3.   Name    _____
     Address _____

4.   Name    _____
     Address _____

☐   Check if comments by residents are attached.

PHA 003368

CERTIFICATION BY RESIDENT MANAGEMENT
CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs)
RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT

The applicant certifies that:

☒   Residents participated in the preparation/strategy of the application for the public and Indian Housing
Drug Elimination Program for the targeted development(s);

☒   The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is
accurate and complete; and

☒   Certification is applicable only for targeted development(s).

☒   If awarded, the applicant will involve residents in any change to the approved plan.

☒   Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M.,
local time.

**Duly-Elected Resident Representative**
Signed this _7th_ day of __June__, 1999
Duly-Elected Resident representative (Print Name and Title)

_Edward J. Maloney_          _Board Member_
Name                               Title

X _Edward J. Maloney_
Signature

**Executive Director**
Signed this ___15th___ day of ___June___, 1999
Executive Director (Print Name and Title)

Jon M. Gutzmann                Executive Director
Name                               Title

X _Barbara L Spurlin for JMG_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public
housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership
organizations for the proposed/targeted developments for PHDEP funding.

1.   Name    _____
     Address _____
2.   Name    _____
     Address _____
3.   Name    _____
     Address _____
4.   Name    _____
     Address _____

☐   Check if comments by residents are attached.

PHA 003369

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is <u>June 15</u>, 1999, <u>6:00</u> P.M., local time.

**Duly-Elected Resident Representative**

Signed this <u>2</u> day of <u>June</u>, 1999

**Duly-Elected Resident representative (Print Name and Title)**

<u>Kenneth Cons</u>   <u>Vice President</u>
Name                      Title

x <u>Ken Cons</u>
Signature

**Executive Director**

Signed this <u>15th</u> day of <u>June</u>, 1999

**Executive Director (Print Name and Title)**

<u>Jon M. Gutzmann</u>   <u>Executive Director</u>
Name                      Title

x <u>Barbara L Sporlein for JMG</u>
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1. Name _____
   Address _____
2. Name _____
   Address _____
3. Name _____
   Address _____
4. Name _____
   Address _____

☐ Check if comments by residents are attached.

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is ___June 15___, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ___3rd___ day of ___June___, 1999

Duly-Elected Resident representative (Print Name and Title)

___Nora Moore___        ___Vice-President Central H. Rise___
Name                                      Title

✗ _Nora Moore_
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

Executive Director (Print Name and Title)

___Jon M. Gutzmann___        ___Executive Director___
Name                                      Title

✗ _Barbara L Sprdein for JMG_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.  Name    _____
    Address _____
2.  Name    _____
    Address _____
3.  Name    _____
    Address _____
4.  Name    _____
    Address _____

☐ Check if comments by residents are attached.

PHA 003371

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☑   Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☑   The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☑   Certification is applicable only for targeted development(s).

☑   If awarded, the applicant will involve residents in any change to the approved plan.

☑   Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ___1___ day of ___June___, 1999

**Duly-Elected Resident representative (Print Name and Title)**

William Clark          Vice-President Iowa HiRise
Name                    Title

X _William Clark_
Signature

**Executive Director**

Signed this ___15th___ day of ___June___, 1999

**Executive Director (Print Name and Title)**

Jon M. Gutzmann          Executive Director
Name                      Title

X _Barbara L Sprelinfoges_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.   Name   _____
     Address   _____
2.   Name   _____
     Address   _____
3.   Name   _____
     Address   _____
4.   Name   _____
     Address   _____

❑   Check if comments by residents are attached.

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒ Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒ The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒ Certification is applicable only for targeted development(s).

☒ If awarded, the applicant will involve residents in any change to the approved plan.

☒ Residents are aware that the application deadline date is __June 15__, 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ____1____ day of ____June____, 1999

Duly-Elected Resident representative (Print Name and Title)

Eva Meyers                    Board member Cleveland Hi-Rise
Name                          Title

X _Eva Meyer_
Signature

**Executive Director**

Signed this ____15th____ day of ____June____, 1999

Executive Director (Print Name and Title)

Jon M. Gutzmann               Executive Director
Name                          Title

X _Barbara L Sporlen for JMG_
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.  Name _____
    Address _____

2.  Name _____
    Address _____

3.  Name _____
    Address _____

4.  Name _____
    Address _____

❑ Check if comments by residents are attached.

PHA 003373

**CERTIFICATION BY RESIDENT MANAGEMENT CORPORATIONS (RMCs)/RESIDENT COUNCILS (RCs) RESIDENT ORGANIZATIONS (ROs) OR RESIDENTS**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

The applicant certifies that:

☒     Residents participated in the preparation/strategy of the application for the public and Indian Housing Drug Elimination Program for the targeted development(s);

☒     The applicant's description in its plan of activities to be undertaken by the RMC/RC/RO or residents is accurate and complete; and

☒     Certification is applicable only for targeted development(s).

☒     If awarded, the applicant will involve residents in any change to the approved plan.

☒     Residents are aware that the application deadline date is __June 15__ , 1999, __6:00__ P.M., local time.

**Duly-Elected Resident Representative**

Signed this ____1____ day of ____June____ , 1999

**Duly-Elected Resident representative (Print Name and Title)**

Jonathan Hendrickson      Boardmember Welson Hi-Rise
Name                              Title

X _____
Signature

**Executive Director**

Signed this ____15th____ day of ____June____ , 1999

**Executive Director (Print Name and Title)**

Jon M. Gutzmann          Executive Director
Name                            Title

X _____
Signature

Signatures of other public housing authorities or Tribal housing resident organization presidents of public housing authorities of Tribal housing resident(s) if one does not exist, and other public Indian housing leadership organizations for the proposed/targeted developments for PHDEP funding.

1.      Name     _____
          Address    _____

2.      Name     _____
          Address    _____

3.      Name     _____
          Address    _____

4.      Name     _____
          Address    _____

☐   Check if comments by residents are attached.

**PHA 003374**

| CERTIFICATION OF DRUG TREATMENT PROGRAM (SINGLE STATE AGENCY OR LOCAL TRIBAL COMMISSION) | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT |
|---|---|

**Applicable only if applying for Treatment Activities.**

The administrator/director or designee for the single state agency or tribal commission hereby certifies:

The proposal drug treatment activity is appropriate and consistent with the State plan; and that the service(s) meets all Federal, State, Tribal and local government medical licensing, training, bonding, and certification requirements;

The applicant has notified and consulted with the relevant single state agency or authority with drug coordination responsibilities concerning its application; and

The administrator/director or designee understands that the application deadline date is on or before _____, 1999, _____ P.M., local time.

**State or local agency Administrator/Director/Designee**

Signed this _____ day of _____, 1999
Administrator/Director/Designee (Print Name and Title)

_____          _____
Name                                Title

✗ _____
Signature

❑ Check if comments by residents are attached.

NOT APPLICABLE

PHA 003375

# CERTIFICATION BY LAW ENFORCEMENT REPRESENTATIVE AND CHIEF EXECUTIVE OFFICER

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

**The Chief Executive Officer (CEO) hereby certifies that:**

The Applicant discussed the extent to which the relevant government jurisdiction has met its law enforcement obligations under the Cooperative Agreement with the applicant (as required by the housing authorities Annual Contributions Contract with HUD).

Requested law enforcement activities are in accordance with the requirements of the FY 1999 NOFA.
If the jurisdiction is not meeting its obligations under the Cooperative Agreement, the CEO should identify the circumstances relating to its failure to do so.

The applicant describes the current level of baseline law enforcement services being provided to the developments proposed for assistance. If applicable, please attach any supportive documentation.

**(The following is applicable only if applying for any of the below activities)**

The local law enforcement agency hereby assures/certifies that:

Check Applicable Box

| Yes | No | N/A | |
|-----|-----|-----|---|
| ☐ | ☒ | ☐ | Contracted security guard personnel. If grant amounts are to be used for contracted security guard personnel services, to include HA security, in HAs/developments the application described how the requirements of section II.D of the NOFA will be met. |
| ☐ | ☒ | ☐ | * Authorized Public Housing authority police departments. If grant amounts are to be used for HA police departments, the application described how the requirements of section II.D of the NOFA will be met. |
| ☒ | ☐ | ☐ | * Reimbursement of local law enforcement agencies over and above baseline. If grant amounts are to be used for reimbursement of local law enforcement agencies over and above baseline services the application described how section II.D of the NOFA will be met. |
| ☐ | ☒ | ☐ | Employment of Investigator(s). If grant amounts are to be used for employment of a investigator(s), the application described how section II.D of the NOFA will be met. |
| ☐ | ☒ | ☐ | Voluntary tenant patrol. If grant amounts are to be used for voluntary tenant patrols, the application described how the requirements of section II.D of the NOFA will be met. |

* If the applicant is applying for these activities, the "Baseline Services to Public Housing Residents by Local Law Enforcement Agencies" document must be completed. This document contains the information required to establish baseline services to public housing residents by local law enforcement agencies.

The law enforcement representative or designee understands that the application deadline date is on or before ___June 15___, 1999, ___6:00___ P.M., local time.

**Local Law Enforcement Representative**
Signed this ___26th___ day of ___May___, 1999
Local Law Enforcement Representative (Print Name and Title)

William K. Finney                     Chief of Police
Name                                  Title

X  _____
Signature

**Chief Executive Officer**
Signed this ___11th___ day of ___June___, 1999
Chief Executive Officer (Print Name and Title)

Norm Coleman                          Mayor
Name                                  Title

_____
Signature

## BASELINE SERVICES TO PUBLIC HOUSING RESIDENTS BY LAW ENFORCEMENT AGENCIES

## U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Current law enforcement baseline police services are defined, but may not be limited to, as the ordinary and routine police services provided to the residents of public housing developments as a result of the overall, city/county-wide deployment of police resources to respond to crime and other public safety incidents, including 911 communications, processing of calls for services, routine patrol, police officer response to calls for service, and investigative follow-up of criminal activity. The actual or estimated time spent on supporting basic patrol and investigative services by administrative and technical personnel may be included in baseline services. The PHDEP funds must be used for services above the baseline and shall not be used to supplant municipal funds for law enforcement services and shall not be used to support the reallocation of current police services to other locations within the municipality. A law enforcement written agreement between the PHA and municipality is required for PHDEP funding of supplemental police services to the public housing residents.

| Current and Supplemental Law Enforcement Services for the Public Housing Residents | | | |
|---|---|---|---|
| Police Services Provided to Public Housing residents | Current Hours (Baseline Services) | Proposed Hours Above Baseline (Funded by PHDEP) | Difference Between Current and Proposed |
| Patrol Services | | | |
| Criminal Investigations | | | |
| Specialized Units | | | |
| Traffic (if applicable) | SEE ATTACHED | | |
| Arrests & Processing | | | |
| Court Time | | | |
| Dispatch Support | | | |
| Records Support | | | |
| Hiring & Training | | | |
| Administrative Time | | | |
| Other | | | |
| Total Time | | | |

**Note:** Please provide a written description of current law enforcement baseline services regarding this application.

PHA 003377

## TAB 13D     BASELINE POLICE SERVICES in 1999

(Please see the attached chart documenting the current baseline service/staffing levels and the incremental staff provided by the PHDEP grant through the ACOP community policing program.)

The Saint Paul Police Department (SPPD) has operated the ACOP (A Community Outreach Program) Community Policing program in public housing since the first PHDEP grant of $250,000 was awarded to the Saint Paul PHA in 1990.  The program has evolved from a staff of one full-time supervisor, two interpreters and part-time officers serving one family housing area, to a staff of two supervisors, (one supervisor works with four full-time officers in the ACOP Liaison Team)  and seven full-time Officers on ACOP Patrol.  ACOP also provides three civilian staff over and above the civilian staffing of the SPPD: three full-time interpreters/Community Liaison Officers.

Throughout this period of PHDEP funding, the public housing areas have also been served by the rest of the Police Department through its traditional activities. The City is currently divided into three districts for police services, each served by a Police Team.  The PHA's McDonough, Mt. Airy and Dunedin Terrace family developments lie in the Central District, and Roosevelt Homes is in the Eastern District.  PHA hi-rises and scattered site family homes lie in all three districts. Officers from those District offices respond to emergency calls for service in public housing, although if an on-duty ACOP officer is closer he or she will take the call.

PHA 003378

The current staffing of the three Districts is shown on the chart and summarized below:

| | | |
|---|---|---|
| Eastern District | 78 Officers | 6 Investigators |
| Central District | 72 Officers | 6 Investigators |
| Western District | 90 Officers | 8 Investigators |

The investigators handle property crimes and some robberies.

An additional 21 officers are assigned to the FORCE unit and 21 officers work in the K-9 unit. There is also a mounted patrol including six officers. Other specialized units are listed on the chart. These units work citywide as needed, including in the public housing areas. There is also a police team assigned to the downtown district's skyway system, which benefits residents of the two PHA hi-rises which are downtown.

The public housing areas are also served by the citywide investigative resources of the Police Department, as well as special units like Juvenile, Traffic & Accident, Narcotics, Crimes Against Person, Crimes Against Property, and Special Investigations. All areas of the city, including public housing developments, are served on an equal basis by these units.

The Police Department's staff working exclusively on ACOP under PHDEP funding are described elsewhere in this proposal. The supervisors and full-time officers have received special training in Community Policing. Because of the large number of Asian families living in public housing, many of them fairly recent arrivals from Southeast Asia, the non-Asian officers receive special training on Asian culture as it relates to their work.

The Police Department furnishes the police cruisers and most of the other equipment used by ACOP officers, without charge to the PHA. The only equipment which has been purchased with PHDEP funds has included a

13C-5
13-25

PHA 003379

computer and printer for ACOP staff use, some communication sets, and most recently, two bicycles for patrolling the family public housing areas.

T13CBSLN.DOC

PHA 003380

SAINT PAUL POLICE DEPARTMENT PERSONNEL - 1999

| | Area/Unit | # of Officers | # of Investigators | # of Sgts. (supervisors) | # of Lts. | ** # of Commanders |
|---|---|---|---|---|---|---|
| **BASELINE SERVICES** | | | | | | |
| PATROL | East District | 78 | 6 | 8 | 2 | 1 |
| | Central District | 72 | 5 | 7 | 2 | 1 |
| | West District (North & South) | 90 | 8 | 10 | 2 | 1 |
| **Basic Specialized Units:** | | | | | | |
| | K-9 | 21 | 0 | 1 | 1 | 0 |
| | Mounted Patrol | 6 | 0 | 1 | 0 | 0 |
| | Downtown Beat (skyway) | 18 | 0 | 1 | 1 | 0 |
| | F.O.R.C.E. | 21 | 0 | 3 | 1 | 0 |
| | Traffic and Accident | 10 | 3 | 1 | 1 | 0 |
| | Narcotics (S.I.U.) | 8 | 16 | 0 | 1 | 0 |
| | Gang Unit | 8 | 0 | 1 | 1 | 0 |
| | Vice | 0 | 4 | 0 | 1 | 0 |
| | Crimes v. people (sex, homicide) | 1 | 20 | 0 | 2 | 0 |
| | Crimes v. property | 0 | 9 | 0 | 1 | 0 |
| | Juvenile Unit | 17 | 11 | 1 | 1 | 1 |
| **Civilian:** | | | | | | |
| | Communications Center | 47 | 0 | 8 | 1 | 0 |
| | Records | 24 | 0 | 1 | 1 | 0 |
| **TOTALS** | | 421 | 82 | 43 | 19 | 4 |
| **ADDITIONAL SERVICES  FUNDED PARTLY BY PHDEP (SEE BUDGETS)** | | | | | | |
| ACOP: | (plus 5 civilian staff) | 13 | 0 | 2 | 0.25 | 0 |

** SPPD Administration also includes the Chief of Police, 2 Deputy Chiefs, and 4 Administrative Aides.

PHA 003381

# Certification for
# a Drug-Free Workplace

**U.S. Department of Housing
and Urban Development**

ant Name

Public Housing Agency of the City of Saint Paul

Program/Activity Receiving Federal Grant Funding

PHDEP

Acting on behalf of the above named Applicant as its Authorized Official, I make the following certifications and agreements to the Department of Housing and Urban Development (HUD) regarding the sites listed below:

I certify that the above named Applicant will or will continue to provide a drug-free workplace by:

a. Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the Applicant's workplace and specifying the actions that will be taken against employees for violation of such prohibition.

b. Establishing an on-going drug-free awareness program to inform employees ---

(1) The dangers of drug abuse in the workplace;

(2) The Applicant's policy of maintaining a drug-free workplace;

(3) Any available drug counseling, rehabilitation, and employee assistance programs; and

(4) The penalties that may be imposed upon employees f. .ug abuse violations occurring in the workplace.

c. Making it a requirement that each employee to be engaged in the performance of the grant be given a copy of the statement required by paragraph a.;

d. Notifying the employee in the statement required by paragraph a. that, as a condition of employment under the grant, the employee will ---

(1) Abide by the terms of the statement; and

(2) Notify the employer in writing of his or her conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

e. Notifying the agency in writing, within ten calendar days after receiving notice under subparagraph d.(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice, including position title, to every grant officer or other designee on whose grant activity the convicted employee was working, unless the Federalagency has designated a central point for the receipt of such notices. Notice shall include the identification number(s) of each affected grant;

f. Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph d.(2), with respect to any employee who is so convicted ---

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or

(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency;

g. Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs a. thru f.

2. **Sites for Work Performance.** The Applicant shall list (on separate pages) the site(s) for the performance of work done in connection with the HUD funding of the program/activity shown above: Place of Performance shall include the street address, city, county, State, and zip code. Identify each sheet with the Applicant name and address and the program/activity receiving grant funding.)

McDonough Homes-1544 Timberlake Rd., St. Paul, MN  55117  Ramsey County
Mt. Airy Homes-200 E. Arch St., St. Paul, MN  55101  Ramsey County
Roosevelt Homes-1575 Ames Ave., St. Paul, MN  55106  Ramsey County
Dunedin Terrace-469 Ada St., St. Paul, MN  55107  Ramsey County

*See hi-rise list in TAB 6.5

Check here ☐ if there are workplaces on file that are not identified on the attached sheets.

I hereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.
Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties.
(18 U.S.C. 1001, 1010, 1012;  31 U.S.C. 3729, 3802)

| Name of Authorized Official | Title |
|---|---|
| on M. Gutzmann | Executive Director |
| S. e X | Date  6/11/99 |

form HUD-50070 (3/98)
ref. Handbooks 7417.1, 7475.13, 7485.1 & .3

13-28

PHA 003382

# Certification of Payments to Influence Federal Transactions

**U.S. Department of Housing and Urban Development**
Office of Public and Indian Housing

Applicant Name

Public Housing Agency of the City of St. Paul

Program/Activity Receiving Federal Grant Funding

PHDEP

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1)   No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

(2)   If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, Disclosure Form to Report Lobbying, in accordance with its instructions.

(3)   The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

I hereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.
**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties.
(18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name of Authorized Official | Title |
|---|---|
| Jon M. Gutzmann | Executive Director |

| Signature | Date |
|---|---|
| X | 6/11/99 |

Previous edition is obsolete

13-29

form HUD 50071 (3/98)
ref. Handboooks 7417.1, 7475.13, 7485.1, & 7485.3

PHA 003383

TAB 13G

# Disclosure of Lobbying Activities

Approved by OMB 0348-0046

Complete this form to disclose lobbying activities pursuant to 31 U.S.C. 1352
(See reverse side for Instructions.)

c Reporting Burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Please do not return your completed form to the Office of Management and Budget; send it to the address provided by the sponsoring agency.

| 1. Type of Federal Action (enter appropriate letter) | 2. Status of Federal Action (enter appropriate letter) | 3. Report Type (enter appropriate letter) |
|---|---|---|
| [b] a. contract<br>b. grant<br>c. cooperative agreement<br>d. loan<br>e. loan guarantee<br>f. loan insurance | [a] a. bid/offer/application<br>b. initial award<br>c. post-award | [a] a. initial filing<br>b. material change<br>**For Material Change Only**<br>year _____ quarter _____<br>date of last report _____ |

| 4. Name and Address of Reporting Entity<br>[x] Prime   [ ] Subawardee   Tier _____ , if known | 5. If Reporting Entity in No. 4 is Subawardee, enter Name and Address of Prime |
|---|---|
|  | N/A |
| Congressional District, if known | Congressional District, if known |

| 6. Federal Department/Agency | 7. Federal Program Name/Description |
|---|---|
| Housing and Urban Development | Public Housing Drug Elimination Program<br><br>CFDA Number, if applicable   14-854 |

| 8. Federal Action Number, if known | 9. Award Amount, if known<br>$ |
|---|---|

| 10a. Name and Address of Lobbying Registrant<br>(if individual, last name, first name, MI) | b. Individuals Performing Services (including address if different from No. 10a.)<br>(last name, first name, MI) |
|---|---|
| None | None |

| 11. Information requested through this form is authorized by Sec.319, Pub. L. 101-121, 103 Stat. 750, as amended by sec. 10; Pub. L. 104-65, Stat. 700 (31 U.S.C. 1352). This disclosure of lobbying activities is a material representation of fact upon which reliance was placed by the above when this transaction was made or entered into. This disclosure is required pursuant to 31 U.S.C. 1352. This information will be reported to the Congress semiannually and will be available public inspection.  Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure. | Signature _____<br>Print Name  Jon M. Gutzmann<br>Title Executive DIrector<br>Telephone No. 651-298-5664<br>Date  6/11/99 |
|---|---|

| Federal Use Only | Authorized for Local Reproduction<br>Standard Form-LLL (1/96) |
|---|---|

PHA 003384

# Certification Regarding Debarment and Suspension

U.S. Department of Housing
and Urban Development



**Certification A: Certification Regarding Debarment, Suspension, and Other Responsibility Matters - Primary Covered Transactions**

1. The prospective primary participant certifies to the best of its knowledge and belief that its principals;

    a. Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any Federal debarment or agency;

    b. Have not within a three-year period preceding this proposal, been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) transaction or contract under a public transaction; violation of Federal or State antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification, or destruction of records, making false statements, or receiving stolen property;

    c. Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, or local) with commission of any of the offenses enumerated in paragraph (1)(b) of this certification; and

    d. Have not within a three-year period preceding this application/ proposal had one or more public transactions (Federal, State, or local) terminated for cause or default.

2. Where the prospective primary participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

**Instructions for Certification (A)**

1. By signing and submitting this proposal, the prospective primary participant is providing the certification set out below.

2. The inability of a person to provide the certification required below will not necessarily result in denial of participation in this covered transaction. The prospective participant shall submit an explanation of why it cannot provide the certification set out below. The certification or explanation will be considered in connection with the department or agency's determination whether to enter into this transaction. However, failure of the prospective primary participant to furnish a certification or an explanation shall disqualify such person from participation in this transaction.

3. The certification in this clause is a material representation of fact upon which reliance was place when the department or agency determined to enter into this transaction. If it is later determined that the prospective primary participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause of default.

4. The prospective primary participant shall provide immediate written notice to the department or agency to whom this proposal is submitted if at any time the prospective primary participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

5. The terms covered transaction, debarred, suspended, ineligible, lower tier covered transaction, participant, person, primary covered transaction, principal, proposal, and voluntarily excluded, as used in this clause, have the meanings set out in the Definitions and Coverage sections of the rules implementing Executive Order 12549. You may contact the department or agency to which this proposal is being submitted for assistance in obtaining a copy of these regulations.

6. The prospective primary participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency entering into this transaction.

7. The prospective primary participant further agrees by submitting this proposal that it will include the clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction," provided by the department or agency entering into this covered transaction, without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

8. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines this eligibility of its principals. Each participant may, but is not required to, check the Nonprocurement List.

9. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

10. Except for transactions authorized under paragraph (6) of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency may terminate this transaction for cause of default.

**Certification B: Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transactions**

1. The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department or agency.

2. Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attach an explanation to this proposal.

**Instructions for Certification (B)**

1. By signing and submitting this proposal, the prospective lower tier participant is providing the certification set out below.

2. The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into. If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

3. The prospective lower tier participant shall provide immediate written notice to the person to which this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4. The terms covered transaction, debarred, suspended, ineligible, lower tier covered transaction, participant, person, primary covered transaction, principal, proposal, and voluntarily excluded, as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549. You may contact the person to which this proposal is submitted for assistance in obtaining a copy of these regulations.

5. The prospective lower tier participant agrees by submitting this proposal that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with which this transaction originated.

6. The prospective lower tier participant further agrees by submitting this proposal that it will include this clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion - Lower Tier Covered Transaction," without modification, in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

7. A participant in a covered transaction may rely upon a certification of a prospective participant in a lower tier covered transaction that it is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous. A participant may decide the method and frequency by which it determines the eligibility of its principals. Each participant may, but is not required to, check the Nonprocurement List.

8. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause. The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

9. Except for transactions authorized under paragraph (5) of these instructions, if a participant in a lower covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency with which this transaction originated may pursue available remedies including suspension and/or debarment.

| Applicant | Date |
|---|---|
| Public Housing Agency of the City of St. Paul | 6/11/99 |
| Signature of Authorized Certifying Official | Title: Executive Director |

Page 2 of 2

13-32

form HUD-2992 (3/98)

**PHA 003386**

| **CERTIFICATION OF LAW ENFORCEMENT RECORDS AND MEDICAL/DISABILITY INFORMATION** | **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** |

The applicant certifies that:

A system is currently in place to protect confidential information regarding law enforcement records, and medical and disability-related information. The system is described below in the comments area.   SEE ATTACHED.

**Housing Authority's Executive Director**

Signed this _____11th_____ day of _____June_____, 1999

Housing Authority's Executive Director (Print Name and Title)

Jon M. Gutzmann                        Executive Director
_____        _____
Name                                    Title

X _____
Signature

Comments:   SEE ATTACHED

PHA 003387

## TAB 13I - CERTIFICATIONS ON RECORDS CONFIDENTIALITY

**COMMENTS:** Minnesota has a strict Government Data Practices Act (MN Statutes, §13.01 et seq.) that regulates how the PHA handles the information it receives about applicants and residents. Under this Act, information about people living in public housing and receiving Section 8 is "private data on individuals". This means information about them cannot be disclosed to someone other than the resident without their written consent. Exceptions to this would only occur if the information was being disclosed:

1. When required by law.
2. To HUD.
3. To law enforcement staff (limited).
4. By court order.
5. "When necessary to administration of the public housing/Section 8 Program".
6. PHA staff "who need to know".

PHA Managers are responsible for ensuring that staff maintain confidentiality within the office. Confidentiality requirements and procedures are explained to all new employees and new supervisors, and reviewed with other staff periodically. Staff are made aware of what types of information are confidential and how to assure that no private data is left accessible to unauthorized persons. Confidential information regarding law enforcement records, and medical and disability-related information is maintained in individual participant files that are stored in file cabinets within a staff person's office, or within a central office file that is only accessible to authorized PHA staff.

The Minnesota Government Data Practices Act also sets strict safeguards for law enforcement agencies. The ACOP Supervisor/Sergeant and PHA Attorney regularly review data practices requirements related to police reports with Managers.

The PHA has designated a staff person as the "responsible authority" for matters relating to the Minnesota Government Data Practices Act, as required by the statute. That employee accepts and answers questions from all other staff about data privacy, and consults regularly with the PHA's attorney as new data practices issues arise.

PHA 003388

**CERTIFICATION OF CONSISTENCY WITH THE CONSOLIDATED PLAN**

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

I certify that the proposed activities/projects in the application are consistent with the jurisdiction's current, approved Consolidated Plan.

Applicant Name: Public Housing Agency of the City of Paul

Project Name: PHDEP

Location of the Project: Public Housing family developments (4) and hi-rises (16)

Name of the Federal Program(s) to which the applicant is applying: Public Housing Drug Elimination Program

Name of Certifying Jurisdiction: City of Saint Paul

Title: Mayor

Signature:

Date: 6/11/99

I-39

13-35

PHA 003389

**CERTIFICATION OF CONSISTENCY
WITH THE EZ/EC STRATEGIC PLAN**

**U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT**

I certify that the proposed activities/projects in this application are consistent with the Strategic Plan of a Federally-designated Empowerment Zone (EZ) and/or Enterprise Community (EC).

Type or clearly print the following information:

Applicant Name:  Saint Paul Public Housing Agency

Name of the Federal Program to
which the applicant is applying:  Public Housing Drug Elimination Program

Name of EZ/EC:  Saint Paul Enterprise Community

I further certify that the proposed activities/projects will be located within the EZ/EC and serves EZ/EC residents. (2 bonus points)

Name of the Official Authorized
to Certify the EZ/EC:  Norm Coleman

Title:  Mayor

Signature:  *[signature: Norm Coleman]*

Date:  6/11/99

I-41
13-36

PHA 003390