## DRUG-RELATED CRIME AND GANGS IN SAINT PAUL PUBLIC HOUSING

INTRODUCTION

The Saint Paul Public Housing Agency (PHA) has family public housing in four large townhouse developments totaling 1,280 units. These include: McDonough Homes (580 units), Roosevelt Homes (314 units), Mt. Airy Homes (298 units), and Dunedin Terrace (88 units). In addition, there are sixteen hi-rises (2,552 units), and 480 units of scattered sites (mostly single-family homes and duplexes).

The four family developments have been the primary focus of the Public Housing Drug Elimination Program (PHDEP); however, scattered site residents and hi-rises are also served. Part of the PHDEP is a community policing effort called ACOP (A Community Outreach Program). ACOP is a unit of the St. Paul Police Department and its primary focus is on providing outreach services to public housing residents. With its staffing of two supervisors, 11 sworn officers, two social workers (one Asian), and three interpreters/CLO's (Community Liaison Officers), we believe ACOP is the only program of its kind in the entire country.



PUBLIC HOUSING 4/97-4/98

Asian
Black
White
Native American

ACOP has been in a process of evolution. Until recently the general perception was that drug problems and criminal activities did not exist at elderly hi-rise sites; however,

-1-

PHA  004114

*[See chart]*

such is not the case. During 1997, one hi-rise (554 West Central) in particular experienced severe problems related to illegal drug and gang activity. PHA staff were threatened; law-abiding residents were intimidated. An aggressive PHA/ACOP response (described elsewhere in this proposal) quieted the situation. Over the past two years the PHA's sixteen hi-rises (2,552 units) have increasingly required and received services from ACOP, as the population there continues to shift from mostly elderly persons to a mix of elderly and disabled persons, along with young low income single persons who are not certified disabled. *[cit.]*

Through ACOP, public housing residents and management staff have developed police "storefront" operations. A storefront is similar to a block club or neighborhood watch team, wherein residents take an active part, along with police, in addressing potential problem areas. Storefront volunteers attend six hours of training on security, safety, and police procedures. The St. Paul PHA storefronts are located at: Mt. Airy Hi-Rise (200 E. Arch St.), Valley Hi-Rise (261 E. University Ave.) and Dunedin Hi-Rise (469 Ada St.). The City of St. Paul Police Department has also sponsored ten other storefront operations scattered throughout the city.

Working closely with ACOP is another police unit called FORCE (Focusing Our Resources on Community Empowerment). The unit consists of 25 sworn officers and five civilians. Its mission is to respond to community complaints on problem properties and street-level narcotics. In 1997 over 1,300 problem properties were identified throughout the city (including public housing), as compared with 911 in 1994. The FORCE unit has responded as follows:

- 251 narcotics arrests, 145 warrant arrests, 265 disorderly house arrests, and 295 miscellaneous arrests were made;
- 104 search warrants were executed along with 1,015 consents to search;

PHA 004115

- 44 weapons were seized; and
- $60,652 was recovered.

Clearly the City of St. Paul is very serious about eradicating drugs and problem properties from our city so they do not gain a larger foothold. During 1996, the SPPD Narcotics Unit handled 2,077 calls for service. In 1997 that number increased to 3,302 calls for service, indicating that drugs are still a major problem for our city.

*[margin note: prob- data]*

## SOUTHEAST ASIANS

The ACOP unit serves as liaison between the police department and 32,000 Southeast Asian residents (many former refugees) living in St. Paul. Of this total, approximately 54 percent are Hmong (Saint Paul has the second largest Hmong community in the United States). A 1990 briefing paper from the Minnesota Department of Human Services describes the Hmong refugees as follows:

> The Hmong, Minnesota's largest refugee group, are far more disadvantaged than other groups of Asian refugees ... They are primarily agricultural people with little, if any, formal education and limited previous contact with western culture. The Hmong are tribal, mountain people who were recruited to fight the communists in Laos. They did not have a written language until the 1950's and came to this country with little or no understanding of Western legal, educational, or medical systems, and few transferrable job skills. The Hmong traditionally marry young, have high fertility rates, and do not practice any form of birth control.

Approximately 62 percent of PHA family households are Southeast Asian. The first generation of immigrants–parents and grandparents–have often been overwhelmed by the language barrier and the myriad of issues they face. Traditionally, family elders

-3-

PHA 004116

wielded absolute authority and often reinforced this authority with physical punishment. This system of control has all but disappeared in most families. Their children and grandchildren are caught between two cultures, and many rebel by running away from home and dropping out of school. Some often find a strong attraction in gangs which offer a level of status, protection, and acceptance not available from any other source.

Like most gangs, Saint Paul's Southeast Asian youth gangs began developing allegiances based on various social needs. One immediate need they met was to fight back against acts of racism and prejudice against Asians in the area high schools and the community. Gang formation in public housing grew from two in 1989 to 31 in 1998. These groups are very mobile, moving through the city and public housing areas with ease. They are also known to travel from coast to coast committing offenses along the way. Most gangs in public housing have been formed on a territorial basis; however, in the last couple of years gang formation has become more sophisticated and usually includes a clearly defined leader and a complex structure of leadership roles. The job of intervention, prevention, and apprehension has become an uphill battle due to this increasing sophistication and the language barriers between gang members and law enforcement/social service providers.

The following is a list of Asian gangs that have evolved from public housing since 1989: (* indicates gangs which are currently active)

| NAME | DESCRIPTION | LOCATION |
|---|---|---|
| Cobra * | Hmong males | McDonough Homes |
| White Tigers * | Hmong males | Mt. Airy/Roosevelt Homes |
| 612 Hardcores * | Hmong males | McDonough/Roosevelt Homes |
| Hmong Mafia * | Hmong males | McDonough Homes |

PHA 004117

| | | |
|---|---|---|
| Oriental Crip Sisters | Hmong females | McDonough, Mt. Airy, Roosevelt Homes |
| Die One Die All | Hmong females | McDonough, Mt. Airy, Roosevelt Homes |
| Death Angels | Hmong females | Mt. Airy, Roosevelt Homes |
| Laos Boy Killers | Laos males | Minneapolis/St. Paul |
| Laos Boys | Laos males | Minneapolis |
| Asian Boy Crips | Laos/Vietnamese | Minneapolis/St. Paul |
| RCB (Red or Real Cambodian Bloods) * | Cambodian males | Roosevelt Homes/ Mt. Airy Homes |
| Tiny Man Crew * | Hmong males | McDonough, Roosevelt, Mt. Airy, Dunedin Homes |
| Posse * | Hmong males | Roosevelt Homes |
| Men or Master's of Destruction (MOD)* | Hmong males | Mt. Airy Homes |
| True Crip Gangsters | Asian males | Roosevelt, Mt. Airy Homes |
| Tiny Rascal Gang | Asian males | McDonough, Roosevelt Homes |
| Insane Disciples | Asian males | Roosevelt Homes |
| True Lady Crips* | Asian females | McDonough Homes |
| Imperial Bloods * | Asian males | St. Paul PHA |
| Asian Boyz | Asian males | St. Paul PHA |
| Crazy Boyz | Asian males | St. Paul PHA |
| Asian Crip Killer* | Asian males | St. Paul PHA |
| Oriental Ruthless Boyz * | Asian males | St. Paul PHA |
| Red Blood Dragons * | Asian males | St. Paul PHA |
| Hmong Pride * | Hmong males | St. Paul PHA |

PHA 004118

| | | |
|---|---|---|
| Oriental Hmong Blood * | Hmong males | St. Paul PHA |
| Any Blood Killer * (Asian Blood Killer) | Hmong males | St. Paul PHA |
| Unstoppable Criminals * | Asian males | St. Paul PHA |
| Minneapolis Boy's | Vietnamese males | Mpls./St. Paul |
| Vietnamese Crazy Boy's | Vietnamese males | Mpls./St. Paul |

* Indicates gang is still active.

ACOP staff have become quite knowledgeable on Asian gang activities and have received frequent inquiries from local and out-of-state law enforcement agencies. One area of special concern to ACOP is the Minnesota-California gang connection, which in turn leads to the huge and powerful Asian "Golden Triangle Mafia" or "Triad". There is a concerted effort underway to prevent public housing youths from connecting with this Asian Mafia.

Because ACOP is an on-site police operation, it has been able to weed out some of the "bad guys" and introduce good, solid programs through the PHDEP. Other organizations that have worked in conjunction with PHDEP include: The Boys and Girls Club of Saint Paul, the City's Parks and Recreation Division, Hmong American Partnership, and the Women's Association of Hmong and Lao Parenting Programs. In addition, a host of other program providers not funded through the drug elimination program felt safer providing services because of public housing's ACOP program efforts. Even the Minnesota Twins baseball team created a special program called the Rookie League for public housing youth.

PHA 004119

Another problem in public housing is that the rate of juvenile Asians and African-Americans arrested and incarcerated has been increasing rapidly. These two groups accounted for 27.5 percent of juvenile arrests in 1984, growing to 53 percent in 1994 and 55.3 percent in 1997. Between 1986 and 1990 the incarceration rate for black and Asian youth grew from 27 percent to 46 percent of all juveniles. While growing numbers of black youth are involved in criminal activity, arrest rates have remained relatively constant over the last 10 years. This is not true for Asian youth. The arrest rate of Asians is still well below that of other racial groups, but it has increased almost 400 percent since 1984. Because the Twin Cities' Asian population is growing, there has been a huge increase in the arrest rate of Asian juveniles. However since many of these youths have considered being in jail a badge of honor, perhaps incarceration is not the answer.

### Asian Youth Gang and Violence Team

The Mayor of Saint Paul, city council members, St. Paul Police Department and Ramsey County Sheriff's Department have recognized the growing gang problem in public housing and throughout the county. An underlying problem has been the lack of coordination and commitment among the various agencies dealing with juvenile crime issues. In 1995, the Saint Paul Police Department (SPPD) and Ramsey County Sheriff's Department (RCSD) began a pilot program called The Asian Youth Gang and Violence Team Task Force which focuses on Asian youth in Ramsey County.

The team was housed with, and worked under the direction of ACOP. It used a multi-faceted approach towards prevention and intervention which involved a collaborative effort in criminal investigation between the police and sheriff's departments. It worked on selected Asian cases as determined by the commanders of homicide, juvenile, ACOP, and the districts. The team was also available to respond immediately to any Asian youth violence or gang activity and acted as a resource to all other local

PHA 004120

law enforcement agencies. Since the team was Asian-specific, it had the time and knowledge to target specific violent individuals and the gangs they were involved with. The task force received support from the police department's Special Investigation Unit, with coordination on all levels provided by the ACOP staff.

In addition to investigation, the team strived to be proactive in gathering and sharing Asian gang intelligence throughout the east metro area. The team focused on violent Asian youth behavior both in and out of school. This kind of cooperative, specialized approach gave team members county-wide mobility and made them very knowledgeable about who's who in the various gangs. Their ability to function in this manner proved to be such a great tool in solving and often preventing gang crime, that the Governor of Minnesota proposed a Metro/State Gang Task Force patterned after this innovative program. Subsequently, The Asian Youth Gang and Violence Team Task Force was integrated into the Metro/State Gang Task Force during the Fall of 1997.

### ACOP/PHA Liaison Team

In the Winter of 1997, the PHDEP/ACOP program again evolved in response to the changing needs and demographics of the St. Paul Public Housing Agency.

While the majority (60 percent) of St. Paul PHA new "move-ins" are from other parts of Minnesota, 25 percent are from other states, and 13 percent from other countries. Many newcomers are bringing their own sets of problems and (sometimes violent) behavior. The efforts of other large-city PHA's to reduce drug-related crime in their housing developments may be responsible, in part, for some illegal drug and gang-related problems moving into the Twin Cities. Some local authorities believe that drug dealers and gang members from other large cities view Saint Paul as a safer place to do business, with less competition and perhaps "easier" enforcement of the law.

PHA 004121

With the recent transfer of The Asian Youth Gang and Violence Team Task Force, a decision was made to enhance our ability to pro-actively respond on site to the gang activity in the St. Paul PHA. Moreover, drug traffic and use in both family and hi-rise sites has steadily become more frequent.

In order to curb the persistent increase of gangs, drugs, and crime we needed the ability to immediately identify and develop solutions to those specific problems in St. Paul PHA. It has thus became imperative that we develop a "team" that could continue to focus attention directly on these issues and solutions.

The ACOP/PHA Liaison Team consists of a Sergeant supervisor and four full-time officers whose duties include but are not limited to the following:

- To coordinate proactive gang and drug enforcement strategies between the Metro/State Gang Task Force, the SPPD FORCE Unit and ACOP/PHA.
- To attend meetings with PHA residents and management staff on crime related issues and lease violations, and do follow up investigations.
- To establish working partnerships between all public/private agencies; including police, PHA, city and county attorneys, courts, and social service agencies to expedite solutions to specific problems (illegal tenant behavior, violence, gangs, drugs, etc.) within public housing.
- To research possible solutions to problems and identify strategies for action (bike patrol, foot patrol, crime prevention, safety and security training, etc.), and implement them.
- To participate in youth activities and mentoring programs as pro-active prevention strategies.
- To patrol St. Paul PHA Hi-Rise sites.

PHA 004122

The ACOP/PHA Liaison Officers role demands continuous, sustained contact with PHA managers and residents. Together they can explore creative new solutions to particular concerns (gangs, drugs, guns, welfare of children, etc.) resulting in an improved overall quality of life, well being and personal security. In order to accomplish this, the Liaison Officers are housed with and work under the direct supervision of the SPPD/PHDEP ACOP program.

While using many of the same techniques developed by the Asian Youth and Violence Team, the Liaison officers are not focused on Asian specific problems alone. With the changing demographics in St. Paul PHA, it has become necessary to deal with gang and drug problems in a more diverse setting. Using the multifaceted approach towards prevention and intervention, involving a collaborative effort between law enforcement, probation, corrections, courts, attorneys and social service agencies, the Liaison Team is able to provide an immediate response to any problem in PHA.

During the first four months of 1998, ACOP and the ACOP Liaison Team have collaborated with fifteen various agencies working toward solutions in PHA. The following selected cases are examples of the coordinated efforts between ACOP and other agencies/units:

- CN 98-099-859 and 98-010-530

    Working together with management and residents at Valley Hi-Rise, ACOP did knock and talk interviews at two apartments suspected of drug use and sale of narcotics. Several arrests were made and two terminations resulted.

- CN 98-015-824

    ACOP Liaison Team received information from Central District Investigators that a suspected drug user is doing robberies in the area of Mt. Airy PHA. The Liaison officers staked out the area and apprehend suspect immediately after he commits an aggravated assault and robbery.



PHA  004123

- CN 98-026-193

  ACOP was informed by Roosevelt resident that several men were talking about a burglary/auto theft while across the street from her home. The ACOP Liaison team worked with the Eastern District Investigator to uncover a burglary/auto theft ring. Fourteen stolen cars and over thirty thousand dollars in property were recovered. The suspects arrested had a history of drug use.

- CN 98-034-228

  ACOP officer on patrol in the Roosevelt family site was flagged down by a cab driver. The cab driver and victim of a crime got out of the cab and began screaming hysterically "he had a gun, he had a gun!" It took several minutes for the officer to calm the victim down so he could determine what happened. ACOP coordinated with Eastern District squads to form a perimeter to contain the suspect who was apprehended and the gun was recovered.

- CN 98-023-109

  Narcotics unit informed ACOP that drug dealing occurred in the neighborhood adjacent to Raves Hi-Rise. ACOP Liaison team worked with residents and management staff to set up surveillance of the area. The drug dealer was identified and arrested.

- CN 98-045-621

  The FORCE Unit notified ACOP that suspected narcotic use was occurring in an apartment at Exchange Hi-Rise. The ACOP Liaison Team worked with management and residents to identify the apartment and suspects. One termination resulted.

- CN 98-070-208

  Roosevelt/East Side Boys and Girls Clubs contacted ACOP with a complaint of gang members coming by their club. ACOP responded with frequent visits to the club site. A gang member was arrested for possession of a gun.

PHA 004124

- CN 98-072-987 and 98-074-344

  Several Asian youth were threatened by Asian gangsters with a gun. The victims ran approximately one mile to ACOP headquarters to report the crime. Even though the crime had not occurred in St. Paul, the victims requested ACOP to initiate and follow up on the case. The ACOP Liaison team in cooperation with the Metro/ State Gang Task Force followed up on this and a second assault by the same suspects. During the investigation a search warrant was executed resulting in the recovery of eleven guns.

During the month of May, ACOP collaborated with the Metro/State Gang Task Force on [*investigating*] three gun shop burglaries which occurred between Minnesota and Wisconsin. Approximately 45 hand guns were taken by Asian suspects.

On the other hand ACOP is also currently involved in youth sports, mentoring programs, bike safety camps for children, and store front/door watch programs at two new Hi-Rise locations.

Finally, it should be note[d that ACOP has been effective in] controlling crime in Saint Paul public housin[g. ACOP is a valuable pro]gram. Without its continued support, the [level of gang activ]ing and crime activity in Saint Paul's public h[ousing would increase.]

[handwritten margin notes: Schools / Parks & Rec / Fire dept / Public Wks]

PHA 004125

## Hester, Al

| | |
|---|---|
| **From:** | Hester, Al |
| **To:** | Sporlein, Barbara L. |
| **Cc:** | Gutzmann, Jon M.; Schnitker, Michele M.; Spreck, Kirsten E; Petro, Hank; Ander, Rita A.; Authier, Betty Lou |
| **Subject:** | Kathy Lantry Mtg on C of O changes - 2/11/99 |
| **Date:** | Friday, February 19, 1999 9:13AM |

Barb--
You asked about last week's meeting Kathy Lantry about changing the Certificate of Occupancy system. Jon and I went, and about 12 other people were there, including Steve Zaccard, Pat Fish and two other SPFSS folks, Steve Johnson and a large apt owner from MN Multi-Housing, Dick Anfang and a few other union reps, Marcia Moermond (Council Rsch) and Greg Blees (City budget director?).

Lantry rolled out a proposal for a cost-based C of O system, to replace the current one where fees only pay 34% of the cost of residential inspections. The system would rate all rental properties as Class A, B or C, with A's getting fewer inspections (every 5 years) and therefore paying less for inspections. Class B properties would be inspected every three years, and C buildings every year.

The group generally liked the proposal, although the details of the rating system are not worked out yet.

They had lots of multi-colored text and charts -- I'll give them to you. Greg Blees gave a good explanation.

The goals of the new system include:
   --Recover more of the cost of inspections
   --Increase the inspection rate
   --Improve the condition of properties
   --Make inspection fees more equitable (small bldgs pay relatively higher fees now)
   --Focus staff and resources where they are most needed - problem properties

Toward the end Jon announced that the PHA would consider tying Section 8 participation or subsidy levels to the rating system. Kathy Lantry loves the idea, as you know. The rest of the group seemed to like it, too.

I think the definition of the Class C bulding will be a key to using it with the Sec 8 program. Steve Zaccard says the Class C buildings will still meet City Codes (or they can't get a C of O at all), but will have frequent citations for code violations. The question for PHA and HUD will be, Will excluding C bldgs from Sec 8 participation unduly restrict the supply of affordable housing available to Sec 8 shoppers?

Another part of the proposal from Lantry (and Zaccard) is to computerize the inspection process as much as possible. We told Steve about the REAC/PHAS system, and he's interested.
   --Al

⇒ Federal law requires the PHA to inspect each Section 8-subsidized unit at least annually. ~~However, the~~ **Section 8 inspections** ~~likely will be quicker when City staff inspect all rental single family homes and duplexes for a C of O every two years.~~ *[handwritten: not unusual to find up to 25 deficiencies]* ~~That may reduce the staff workload in the Section 8 program. (On the other hand, Section 8 staff may spend more time coordinating inspections with City staff.)~~ *[handwritten: in SF or duplexes - when we inspect... annually... with insp. of CofO insp. we would expect to see that no. drop.]*

⇒ We will make every effort to work with the City to coordinate inspections and to **eliminate redundant inspections.** (Initially we probably will hear more complaints from property owners about multiple inspections.)

⇒ ~~Regularly inspecting all rental units to City code standards could eliminate the **perception that different standards apply** to Section 8-subsidized units.~~
~~(Actually, City staff who studied the Section 8 standards concluded that they were very close to the City Code, and even more stringent in a couple of respects.)~~

⇒ We have good **cooperation and coordination** between the City's Code enforcement staff and PHA staff now. City inspection of all rental properties will make it even better.
Currently City staff send the PHA copies of condemnation notices they issue. PHA staff notify the City inspectors when they see health and safety hazards during Section 8 inspections.

⇒ **More rental units may be available to Section 8 participants** under this proposal. Some owners refuse to accept Section 8 now just to avoid inspections. However, if those properties have to pass a City Code inspection and receive a C of O to be rented at all, the owners may be more willing to participate in Section 8.

PHA 011323

THURSDAY, OCTOBER 23, 1997                                                                                    SAINT PAUL PIONEE

# Reactions vary to plan for home inspections

**ANN BAKER** STAFF WRITER

Predictions that a proposed inspection plan will save St. Paul's housing stock and warnings that it will create a new class of homelessness were delivered in about equal doses to the City Council on Wednesday.

"I clearly support this — I just don't want it to blow up in everyone's face," Beth Randall, director of the Hamline-Midway Area Rehabilitation Corp., said of an ordinance that would require certificates of occupancy and biennial inspections of the 7,000 to 8,000 rented duplexes and single-family houses in St. Paul.

She was one of 17 tenants, landlords and neighbors of deteriorating rented homes who foretold benefits and dangers of the proposed ordinance.

Those dwellings now are inspected only in response to complaints from neighbors or occupants. That approach tends to address narrow problems, leaving the overall conditions to decline, said Jonathan Siess, a Merriam Park homeowner who complained of three deteriorating rental houses on his block.

"This takes a toll on the buildings and morale of the community," Siess said.

The inspections ordinance, which would take effect in March, was introduced by Council Members Dan Bostrom and Bobbi Megard. They call it an essential mechanism to halt decay and demolition.

The proposed ordinance will return to the Council for a vote on Nov. 12.

Representatives of tenants' and landlords' organizations warned the inspections plan could backfire, creating more demolitions and homelessness.

"It could benefit the city and improve dwellings ... and it could also lead to unreasonable burdens on small landlords, causing them to walk away," said St. Paul Tenants Union President Charlie Mae Hollins.

She said one way to prevent that is to provide low-interest loans for repairs.

Council Member Jerry Blakey agreed. "We need to make sure there's financial resources in place or the costs will be passed on to the tenants," he said.

Mayoral aide Roger Curtis asked for a six-week delay, to gather more information.

Council President Dave Thune said that city staff were able to put together complex financing plans in three weeks for a hockey arena, the Lawson Software Co. tower and Minnesota Mutual Insurance Co. "And they can do this, too."

# Vote dismisses St. Paul's oversight of school district

**ANDREW TELLIJOHN** STAFF WRITER

The St. Paul City Council would oppose any effort to eliminate or merge Independent School District 625 with the council, in a resolution passed unanimously Wednesday.

Council President Dave Thune introduced a resolution in response to comments from St. Paul Mayor Norm Coleman in a Sept. 28 Pioneer Press article. Coleman suggested that city oversight of the public schools might provide greater accountability to taxpayers. The school district was established as an independent body in 1965.

The item passed without discussion

"The city has enough on its plate without running the schools as well. It's empire building on the mayor's part — if he wants to take over the school board, what's he going to want to take over next?"

**SANDY PAPPAS**
STATE SENATOR

---

**TODAY'S NOTICES**

Anderson, Goodwin
Anderson, William
Bixler, Robert
Darmody, Edward
Deutsch, Daniel
Durfee, Courtney
Filister, Florence
Florin, Harvey
Fox, William
Ischer, Milton
Jensen, Dellard
Johnston, Maxine
Keefe, Elizabeth
Kertenian, Yester
Koempel, Anne
Lance, Wilma
Larson, Helmer
May, Lillian
Moe, Jessica
Newville, Christopher
Provan, A. Marie
Radecki, Anthony
Schuster, Dolores
Spear, Winifred
Vogt, Earl
Waldner, Michael
Walsh, Robert
SERVICE Dorothy
Williams, Alice

*WOULD YOU LIKE A PERMANENT KEEPSAKE of your loved one's obituary notice? The Pioneer Press now offers laminated copies of notices at a nominal cost of $2.50 per copy. If you would like to order copies when the notice is placed, speak to your funeral director. To order copies after the notice has been published, please call our Obituary Desk at 228-5263.*

**Anderson**
Goodwin S., age 87 of St. Paul. Complete notice Friday.

Bradshaw
*Events That Celebrate Life*
678 Snelling Avenue S.
698-3878

**Anderson**
William J. "Bill", age 84 of West St. Paul, died October 20, 1997. Preceded in death by wife Mabel. Survived by his son Alan & his wife Cheryl and granddaughter Kim, all of Mendota Hts. Services Friday, 11 AM at WILLWERSCHEID WEST-HEIGHTS CHAPEL, 235 Wentworth Ave. W., West St. Paul. Interment Lakewood Cemetery. Visitation at the mortuary 5-8 PM, Thursday (TODAY). Bill was his son's best friend and a loving devoted gramps.

**Bixler**

---

Durf
Court
Oakd.
Steph
of Ca
Sydne
daugl
Vanne
Scott.
daugh
Elizat
Onan
Kraus
Lorra
Town
Lilly
daug
Georg
Durfee
sister
Durfe
Heigh
Fairfa
uncle
neral
UNIT
CHUR
view
day
WULF
ES, V
TUAR
Drive,
day 3
prior
churc
ceme
WL

**Filist**
Flore
Mpls.
by h
Gross
her
daugh
Darle
pass;
law,
Filiste
Nancy
& Rei
Stillpa
ister,
Marc
grand
lavy;
Funera
11 AM
2324
Memo
donor
SHIVA
S., M
Mon.
Hodro

**Flori**
Harve
notice
5-8 F
ANDE
HOME

**Fox**
Williar
Born

PHA 01133?8



**ROBERTA MEGARD**
Councilmember

# CITY OF SAINT PAUL
### OFFICE OF THE CITY COUNCIL

310 City Hall
Saint Paul, MN 55102
612/266-8640
Fax 612/266-8574
Internet roberta.megard@stpaul.gov



**ANN D. CIESLAK**
Legislative Aide

October 2, 1997

Jon Gutzmann
Public Housing Agency
480 Cedar Street #600
Saint Paul MN 55102

Dear Jon,

On October 8, 1997 Councilmember Dan Bostrom and I will be introducing a new ordinance to require a city inspection for all rental single family homes and duplexes. Owner-occupied dwellings would be exempt from this requirement. Currently all multi-family dwellings, triplexes and larger, must be inspected.

Enclosed for your review are the ordinance, a companion resolution detailing guidelines, as well as supporting materials. The goal of this program is to improve the condition of housing in the city and to protect the health and safety of renters and nearby neighbors. It will be a considerable help to renters who might fear retribution if they make a complaint about their living conditions. It will also help the city deal with chronic problem properties.

I invite you to comment about the proposal at the public hearing on October 22, 1997 at 4:30 p.m. in City Council Chambers. Written comments would also be welcome. If you have questions, Councilmember Bostrom or I would be pleased to talk with you.

Sincerely,

*Bobbi*

Roberta Megard

Enclosures

Printed on Recycled Paper

**PHA 011340**