

**PUBLIC HOUSING AGENCY**
**SAINT PAUL**

480 Cedar Street • Suite 600
Saint Paul, Minnesota 55101-2240
651-298-5664 • Fax 651-298-5666
Hearing Impaired: 651-292-7280

# MONTHLY MANAGEMENT REPORT
## MONTH ENDING MAY 31, 2003
### CONTENTS

| | Page |
|---|---|
| Low Income Housing Owned or Administered by PHA | i |
| Occupancy Summary - Current Month | 1 |
| Occupancy - Year to Date | 2 |
| Families and Individuals Housed | 2 |
| Vacancy Days | 3 |
| Vacant Unit Turnaround Time | 4 |
| Waiting Lists - Public Housing and Section 8 | 5 |
| Uncollected Rents and Tenant Accounts Receivable | 6 |
| Applications for Continued Occupancy | 7 |
| Lease Terminations for Cause | 7 |
| Unit Inspections: Preventive Maintenance and Housekeeping | 8 |
| Maintenance Work Orders and Resident Satisfaction | 9-10 |
| Unit Preparation and Turnaround Time | 11-12 |
| Section 8 Utilization and Shopping Success Rates | 13 |
| Section 8 Utilization History | 14 |
| CHSP – Congregate Housing Services Program | 15 |

**PHA 015993**

# LOW INCOME HOUSING OWNED OR ADMINISTERED BY PHA

## PHA-OWNED UNITS - Public Housing

| HUD Proj. No. | Development Name or Address | Original Total Units | Present Total Units | Present Total Hi-rise | Present Total Family | 0 BR | 1 BR | 2BR | 3BR | 4BR | 5BR | 6BR | DOFA: Date of Initial Occupancy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | John J. McDonough Homes | 520 | 484 | | 484 | | 40 | 256 | 114 | 66 | 8 | | 12/31/52 |
| 1-4 | -1st Addition to McDonough | 42 | 42 | | 42 | | | | 34 | 4 | 4 | | 01/31/62 |
| 1-8A | -2nd Addition to McDonough | 54 | 54 | | 54 | | | | 18 | 20 | 16 | | 12/31/64 |
| 1-2 | Franklin D. Roosevelt Homes | 320 | 314 | | 314 | | 65 | 159 | 68 | 22 | | | 08/01/52 |
| 1-3 | Mt. Airy Homes & 200 E. Arch | 448 | 425 | 153 | 272 | | 99 | 86 | 172 | 48 | 20 | | 07/01/59 |
| 1-8B | -Addition to Mr. Airy | 22 | 22 | | 22 | | | 22 | | | | | 12/31/64 |
| 1-10 | -Mt. Airy Rehabs | 10 | 3 | | 3 | | | 2 | | 1 | | | 03/01/66 |
| 1-39 | -Replacement unit | 1 | 1 | | 1 | | | | | 1 | | | 1/30/1998 |
| 1-5 | 554 Central & Duplexes | 186 | 183 | 141 | 42 | 69 | 71 | 1 | 12 | 8 | 22 | | 01/31/64 |
| 1-6 | 261 E. University | 200 | 158 | 158 | | 22 | 135 | 1 | | | | | 09/01/63 |
| 1-7 | 325 Laurel & W Side Duplexes | 155 | 118 | 102 | 16 | | 101 | 11 | 6 | | | | 12/31/63 |
| 1-9 | 469 Ada & Dunedin Terrace | 233 | 230 | 142 | 88 | | 141 | 16 | 25 | 36 | 12 | | 03/01/66 |
| 1-11 | 899 South Cleveland | 144 | 144 | 144 | | | 143 | 1 | | | | | 12/31/69 |
| 1-13 | 1743 East Iowa | 148 | 148 | 148 | | | 147 | 1 | | | | | 08/01/70 |
| 1-14 | 1300 Wilson | 187 | 187 | 187 | | | 186 | 1 | | | | | 09/01/69 |
| 1-15 | 727 Front | 151 | 151 | 151 | | | 150 | 1 | | | | | 07/01/69 |
| 1-16 | 280 Ravoux | 220 | 220 | 220 | | | 219 | 1 | | | | | 01/01/70 |
| 1-17 | 545 Wabasha | 75 | 71 | 71 | | 30 | 40 | 1 | | | | | 06/01/69 |
| 1-18 | 1085 Montreal | 187 | 185 | 185 | | | 184 | 1 | | | | | 02/01/70 |
| 1-19 | 10 West Exchange | 194 | 194 | 194 | | | 193 | 1 | | | | | 05/30/72 |
| 1-20 | Scattered Sites | 36 | 18 | | 18 | | | | 7 | 11 | | | 12/31/68 |
| 1-22 | Scattered Sites | 24 | 16 | | 16 | | 8 | 3 | 5 | | | | 12/31/68 |
| 1-23 | Scattered Sites | 26 | 26 | | 26 | | | | 20 | 5 | 1 | | 02/28/77 |
| 1-24 | 1000 Edgerton | 220 | 219 | 219 | | | 218 | 1 | | | | | 01/31/74 |
| 1-26 | 777 North Hamline | 186 | 186 | 186 | | | 185 | 1 | | | | | 02/29/76 |
| 1-27 | 825 Seal | 144 | 144 | 144 | | | 143 | 1 | | | | | 05/31/76 |
| 1-29 | Scattered Sites | 67 | 67 | | 67 | | | | 54 | 13 | | | 10/31/80 |
| 1-30 | Scattered Sites | 25 | 25 | | 25 | | | | 21 | 4 | | | 10/31/81 |
| 1-31 | Scattered Sites | 75 | 75 | | 75 | | | | 60 | 15 | | | 12/31/84 |
| 1-32 | Scattered Sites | 26 | 26 | | 26 | | | | 18 | 6 | 2 | | 03/31/89 |
| 1-33 | Scattered Sites | 45 | 45 | | 45 | | | | 37 | 6 | 2 | | 12/31/88 |
| 1-34 | Scattered Sites | 50 | 50 | | 50 | | | | 40 | 6 | 3 | 1 | 06/30/90 |
| 1-35 | Scattered Sites | 15 | 16 | | 16 | | | | 6 | 7 | 2 | 1 | 01/31/92 |
| 1-37 | Scattered Sites | 25 | 25 | | 25 | | | | 5 | 8 | 10 | 2 | 05/31/93 |
| 1-38 | Scattered Sites HOMEWARD | 35 | 1 | | 1 | | | | 1 | | | | 01/31/96 |
| | **TOTAL PUBLIC HOUSING** | **4,496** | **4,273** | **2,545** | **1,728** | **121** | **2,468** | **568** | **723** | **287** | **102** | **4** | |

4,273

## SECTION 8 UNITS - Rent Subsidies for Privately-Owned Housing

| | | | | | 0 BR | 1 BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MR6 | Section 8 Mod. Rehab SRO's | 75 | | | 75 | | | | | | |
| V029 | Section 8 Vouchers | 3,952 | | | 45 | 1,164 | 1,252 | 1,077 | 301 | 90 | 11 |
| | **TOTAL SECTION 8 SUBSIDIES** | **4,027** | | **4,027** | **120** | **1,164** | **1,252** | **1,077** | **301** | **90** | **11** |

| | | Hi-rise | Family | 0 BR | 1 BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PHA UNITS** | **8,300** | **2,545** | **5,755** | **241** | **3,632** | **1,820** | **1,800** | **588** | **192** | **15** |

PHA Data Spreadsheet from Operating Budget for Fiscal Year 2004, ending 3/31/2004; Section 8 utilization 3/31/03 - FAH

**PHA 015994**

06/03/03

# SAINT PAUL PHA - MONTHLY OCCUPANCY SUMMARY - May 2003

Month Ending 5/31/2003

| MN # | Name or Address | Present Total Hi-rise Units | Present Total Family Units | Total Non DUs | Avail'ble for Occupancy | Vacant at Month End | Percent Occupied at End of Month | Units Vacated During Month | Units Readied During Month | Units Leased During Month | Turn-around Time (Days) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FAMILY DEVELOPMENTS** | | | | | | | | | | |
| 1-1,4,8A | John J. McDonough Homes | 0 | 580 | 2 | 578 | 10 | 98.27% | 21 | 17 | 14 | 31 |
| 1-2 | Franklin D. Roosevelt Homes | 0 | 314 | 1 | 313 | 2 | 99.36% | 5 | 6 | 4 | 11 |
| 1-3,8B,10,39 | Mt. Airy Homes & Rehabs | 0 | 298 | 0 | 298 | 1 | 99.66% | 3 | 3 | 2 | 14 |
| 1-9 | Dunedin Terrace, including | 0 | 104 | 0 | 104 | 0 | 100.00% | 1 | 1 | 2 | 21 |
| 1-7 | 16 W. Side Duplexes | | | | | | | | | | |
| | **SUBTOTAL DEVELPMTS** | 0 | 1,296 | 3 | 1,293 | 13 | 98.99% | 30 | 27 | 22 | 25 |
| | **SCATTERED SITES - FAMILY** | | | | | | | | | | |
| 1-20 | Scattered Sites | 0 | 18 | 0 | 18 | | | | | | |
| 1-22 | Scattered Sites | 0 | 16 | 0 | 16 | | | | | | |
| 1-23 | Scattered Sites | 0 | 26 | 0 | 26 | | | | | | |
| 1-29 | Scattered Sites | 0 | 67 | 0 | 67 | | | | | | |
| 1-30 | Scattered Sites | 0 | 25 | 0 | 25 | | | | | | |
| 1-31 | Scattered Sites | 0 | 75 | 0 | 75 | | | | | | |
| 1-32 | Scattered Sites | 0 | 26 | 0 | 26 | | | | | | |
| 1-33 | Scattered Sites | 0 | 45 | 0 | 45 | | | | | | |
| 1-34 | Scattered Sites | 0 | 50 | 0 | 50 | | | | | | |
| 1-35 | Scattered Sites | 0 | 16 | 0 | 16 | | | | | | |
| 1-37 | Scattered Sites | 0 | 25 | 0 | 25 | | | | | | |
| 1-5 | Central Duplexes | 0 | 42 | 0 | 42 | | | | | | |
| 1-38 | Scattered Sites | 0 | 1 | 0 | 1 | | | | | | |
| | **Subtotal Scattered Sites** | 0 | 432 | 0 | 432 | 10 | 97.69% | 8 | 2 | 1 | 91 |
| | **SUBTOTAL FAMILY** | 0 | 1,728 | 3 | 1,725 | 23 | 98.67% | 38 | 29 | 23 | 28 |
| | **HI-RISES** | | | | | | | | | | |
| 1-3 | Mt. Airy Hi-Rise | 153 | 0 | 1 | 152 | 0 | 100.00% | 3 | 3 | 2 | 8 |
| 1-5 | 554 Central Hi-Rise | 141 | 0 | 2 | 139 | 0 | 100.00% | 2 | 1 | 0 | 0 |
| 1-6 | 261 E. University Hi-Rise | 158 | 0 | 2 | 156 | 1 | 99.36% | 3 | 3 | 4 | 19 |
| 1-7 | 325 Laurel Hi-Rise | 102 | 0 | 2 | 100 | 0 | 100.00% | 1 | 0 | 0 | 0 |
| 1-9 | 469 Ada Hi-Rise | 142 | 0 | 1 | 141 | 0 | 100.00% | 3 | 2 | 1 | 0 |
| 1-11 | 899 S. Cleveland Hi-Rise | 144 | 0 | 1 | 143 | 0 | 100.00% | 2 | 1 | 2 | 19 |
| 1-13 | 1743 East Iowa Hi-Rise | 148 | 0 | 1 | 147 | 0 | 100.00% | 1 | 2 | 2 | 19 |
| 1-14 | 1300 Wilson Hi-Rise | 187 | 0 | 1 | 186 | 1 | 99.46% | 0 | 0 | 2 | 36 |
| 1-15 | 727 Front Hi-Rise | 151 | 0 | 1 | 150 | 1 | 99.33% | 2 | 4 | 4 | 26 |
| 1-16 | 280 Ravoux Hi-Rise | 220 | 0 | 1 | 219 | 0 | 100.00% | 3 | 3 | 6 | 17 |
| 1-17 | 545 Wabasha Hi-Rise | 71 | 0 | 1 | 70 | 1 | 98.57% | 4 | 3 | 4 | 18 |
| 1-18 | 1085 Montreal Hi-Rise | 185 | 0 | 3 | 182 | 0 | 100.00% | 4 | 4 | 4 | 13 |
| 1-19 | 10 West Exchange Hi-Rise | 194 | 0 | 2 | 192 | 0 | 100.00% | 2 | 3 | 3 | 12 |
| 1-24 | 1000 Edgerton Hi-Rise | 219 | 0 | 1 | 218 | 1 | 99.54% | 5 | 5 | 5 | 14 |
| 1-26 | 777 North Hamline Hi-Rise | 186 | 0 | 3 | 183 | 1 | 99.45% | 3 | 4 | 3 | 21 |
| 1-27 | 825 Seal Hi-Rise | 144 | 0 | 1 | 143 | 0 | 100.00% | 0 | 0 | 0 | 0 |
| | **SUBTOTAL HI-RISES** | 2,545 | 0 | 24 | 2,521 | 6 | 99.76% | 38 | 38 | 42 | 18 |
| | **TOTALS** | 2,545 | 1,728 | 27 | 4,246 | 29 | 99.32% | 76 | 67 | 65 | 21 |

1370 VACANCY DAYS
322 Make Ready Days
748 Lease Up Days

DATE: 6/3/2003

1.

PHA 015995

OCCUPANCY

| | FY98 AVG | FY99 AVG | FY2000 AVG | FY2001 AVG | FY2002 AVG | FY2003 AVG | FY 2003 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | FY2004 4/03 | 5/03 | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI-RISES | 99.0% | 98.9% | 98.9% | 99.1% | 99.2% | 99.4% | 99.4% | 99.3% | 99.5% | 99.4% | 99.3% | 99.3% | 99.5% | 99.2% | 99.6% | 99.5% | 99.3% | 99.8% | 99.6% | 99.8% | 99.7% |
| FAMILY | 99.6% | 99.0% | 99.3% | 98.9% | 98.7% | 98.9% | 99.0% | 98.5% | 98.6% | 98.6% | 98.8% | 98.7% | 99.0% | 98.4% | 99.1% | 99.4% | 99.1% | 99.3% | 99.4% | 98.7% | 99.7% |
| COMBINED | 99.2% | 98.9% | 99.1% | 99.0% | 99.0% | 99.2% | 99.3% | 99.0% | 99.2% | 99.1% | 99.1% | 99.0% | 99.3% | 98.9% | 99.4% | 99.5% | 99.3% | 99.6% | 99.6% | 99.3% | 99.4% |
| # Vacant | 34 | 46 | 40 | 41 | 42 | 34 | 32 | 43 | 36 | 40 | 38 | 41 | 31 | 48 | 25 | 23 | 32 | 18 | 19 | 29 | 24 |



NUMBER OF FAMILIES HOUSED (UNITS LEASED, INCLUDING TRANSFERS)

| | FY98 AVG | FY99 AVG | FY2000 AVG | FY2001 AVG | FY2002 AVG | FY 2003 AVG | FY 2003 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | FY 2004 4/03 | 5/03 | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI-RISES | 44 | 42 | 47 | 42 | 46 | 39 | 34 | 39 | 40 | 39 | 37 | 34 | 40 | 40 | 43 | 34 | 28 | 54 | 38 | 42 | 40 |
| FAMILY | 28 | 30 | 18 | 21 | 25 | 19 | 18 | 20 | 23 | 17 | 20 | 21 | 28 | 13 | 29 | 17 | 7 | 13 | 19 | 23 | 21 |
| COMBINED | 72 | 73 | 65 | 63 | 70 | 57 | 52 | 59 | 63 | 56 | 57 | 55 | 68 | 53 | 72 | 51 | 35 | 67 | 57 | 65 | 61 |



Ochsd04.xls   /2003

PHA 015996

## VACANCY DAYS

| MONTHLY | FY2003 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | FY 2004 4/03 | 5/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS LEASED | 52 | 59 | 63 | 56 | 57 | 55 | 68 | 53 | 72 | 51 | 35 | 67 | 57 | 65 |
| VACANCY DAYS | 1467 | 1760 | 1962 | 1486 | 1440 | 2748 | 2197 | 1767 | 3263 | 1581 | 1244 | 1852 | 1315 | 1370 |
| VACANCY RATE (Cumulative) | 1.15% | 1.25% | 1.34% | 1.29% | 1.25% | 1.40% | 1.44% | 1.43% | 1.55% | 1.51% | 1.47% | 1.47% | 1.44% | 1.52% |
| OCCUPANCY RATE | 98.85% | 98.75% | 98.66% | 98.71% | 98.75% | 98.60% | 98.56% | 98.57% | 98.45% | 98.49% | 98.53% | 98.53% | 98.56% | 98.48% |

| OCCUPANCY TARGETS: | 98% | 97% |
|---|---|---|
| Average Monthly Vacancy Days | 2,583 | 3,874 |
| Annual Vacancy Days | 30,996 | 46,494 |

| FY2004 YEAR TO DATE | |
|---|---|
| 98.52% | ACTUAL OCCUPANCY |
| 1,343 | Average Monthly Vacancy Days |
| 2,685 | Total Vacancy Days (Year to Date) |



"Vacancy Days" is scored under the "Occupancy Loss" component of the PHAS Financial Condition score.

"Modernization Vacancy Days" have not been deducted from the totals shown above.