## VACANT UNIT TURNAROUND TIME

| | FY98 AVG | FY99 AVG | FY2000 AVG | FY2001 AVG | FY2002 AVG | FY2003 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | FY 2004 4/03 | 5/03 | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI-RISE - # OF UNITS | 44 | 42 | 45 | 42 | 46 | 34 | 39 | 40 | 39 | 37 | 34 | 40 | 40 | 43 | 34 | 28 | 54 | 38 | 42 | 40 |
| HI-RISE TURNAROUND | 29.1 | 35.5 | 35.3 | 32.0 | 32.6 | 25 | 26 | 31 | 23 | 22 | 37 | 33 | 29 | 31 | 26 | 28 | 24 | 21 | 18 | 20 |
| FAMILY - # OF UNITS | 28 | 30 | 25 | 21 | 25 | 18 | 20 | 23 | 17 | 20 | 21 | 28 | 13 | 29 | 17 | 7 | 13 | 19 | 23 | 21 |
| FAMILY TURNAROUND | 17.3 | 27.3 | 30.6 | 33.0 | 43.3 | 34 | 38 | 32 | 35 | 31 | 70 | 32 | 48 | 66 | 40 | 65 | 42 | 28 | 28 | 28 |
| TOTAL VACANCY DAYS | | | | | 2534 | 1467 | 1760 | 1962 | 1486 | 1440 | 2748 | 2197 | 1767 | 3263 | 1581 | 1244 | 1852 | 1315 | 1370 | 1343 |
| COMBINED # OF UNITS | 72 | 73 | 70 | 62 | 70 | 52 | 59 | 63 | 56 | 57 | 55 | 68 | 53 | 72 | 51 | 35 | 67 | 57 | 65 | 61 |
| COMBINED TURNAROUND | 24.6 | 32.0 | 33.6 | 33.6 | 36.0 | 28 | 30 | 31 | 27 | 25 | 50 | 32 | 33 | 45 | 31 | 36 | 28 | 23 | 21 | 22 |
| FISCAL YTD AVERAGE | 24.6 | 32.0 | 33.6 | 33.6 | 36.0 | 28.2 | 29.1 | 29.8 | 29.0 | 28.3 | 31.8 | 31.9 | 32.0 | 33.8 | 33.6 | 33.7 | 33.1 | 23.1 | 22.0 | 22.0 |



Trnard04.xls

6/17/2003

PHA 015998

## PUBLIC HOUSING WAITING LIST

| WAITING LIST ACTIVITY | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR | Total |
|---|---|---|---|---|---|---|---|
| Previous Applicants | 1252 | 640 | 1864 | 712 | 440 | 167 | 5075 |
| + New Applicants | 9 | 82 | 14 | 9 | 2 | 2 | 118 |
| + Reinstated | 176 | 216 | 214 | 144 | 26 | 2 | 778 |
| - Applic's Canceled/Withdrawn | 57 | 127 | 31 | 34 | 5 | 5 | 259 |
| - Applicants Denied | 5 | 17 | 5 | 6 | 1 | 0 | 34 |
| - Applicants Housed | 1 | 35 | 7 | 9 | 1 | 0 | 53 |
| = Applicants Pending | 1374 | 759 | 2049 | 816 | 461 | 166 | 5625 |

| | |
|---|---|
| 5 | Hi-Rise Transfers |
| 7 | Family Transfers |
| 12 | Total Transfers |
| 65 | TOTAL LEASES SIGNED |

As of April 1, 2003 the public housing waiting list is open only to applicants who are elderly, near-elderly or disabled.

| | 0 BR | | 1 BR | | 2 BR | | 3 BR | | 4 BR | | 5 BR | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race and Ethnicity | No. | % | No. | % | No. | % | No. | % | No. | % | No. | % | No. | % |
| White | 236 | 17% | 389 | 51% | 483 | 24% | 136 | 17% | 32 | 7% | 15 | 9% | 1291 | 23% |
| African American | 992 | 72% | 279 | 37% | 1239 | 60% | 556 | 68% | 314 | 68% | 84 | 51% | 3464 | 62% |
| Native American | 20 | 1% | 9 | 1% | 37 | 2% | 20 | 2% | 8 | 2% | 1 | 1% | 95 | 2% |
| Asian/Pacific Islander | 126 | 9% | 82 | 11% | 290 | 14% | 104 | 13% | 107 | 23% | 66 | 40% | 775 | 14% |
| TOTAL | 1374 | 100% | 759 | 100% | 2049 | 100% | 816 | 100% | 461 | 100% | 166 | 100% | 5625 | 100% |
| Hispanic | 34 | 2% | 42 | 6% | 114 | 6% | 38 | 5% | 10 | 2% | 7 | 4% | 245 | 4% |
| Non-Hispanic | 1340 | 98% | 717 | 94% | 1935 | 94% | 778 | 95% | 451 | 98% | 159 | 96% | 5380 | 96% |

| | 0 BR | | 1 BR | | 2 BR | | 3 BR | | 4 BR | | 5+ BR | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicant Ages | No. | % | No. | % | No. | % | No. | % | No. | % | No. | % | No. | % |
| 62+ ("Elderly") * | 1 | 0% | 179 | 24% | 39 | 2% | 18 | 2% | 2 | 0% | 4 | 2% | 243 | 4% |
| 50 - 61 ("Near elderly") * | 89 | 7% | 156 | 21% | 87 | 4% | 49 | 6% | 36 | 8% | 7 | 4% | 424 | 8% |
| 25 - 49 | 618 | 45% | 346 | 47% | 881 | 43% | 602 | 75% | 388 | 83% | 153 | 93% | 2988 | 53% |
| 20 - 24 | 381 | 28% | 40 | 5% | 690 | 34% | 124 | 15% | 39 | 8% | 1 | 1% | 1275 | 23% |
| 18 - 19 | 280 | 20% | 19 | 3% | 347 | 17% | 11 | 1% | 2 | 0% | 0 | 0% | 659 | 12% |
| All Ages | 1369 | 100% | 740 | 100% | 2044 | 100% | 804 | 100% | 467 | 100% | 165 | 100% | 5589 | 100% |

*HUD terms                                                                                  (Reports run on different dates show different totals.)

## SECTION 8 WAITING LIST

The Section 8 waiting list has been closed to new applicants since November 21, 2002.

| | 0 BR | | 1 BR | | 2 BR | | 3 BR | | 4+ BR | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Race and Ethnicity | No. | % | No. | % | No. | % | No. | % | No. | % | No. | % |
| White | 61 | 21% | 666 | 50% | 673 | 27% | 222 | 17% | 41 | 9% | 1663 | 29% |
| African American | 205 | 72% | 586 | 44% | 1536 | 63% | 902 | 71% | 275 | 59% | 3504 | 60% |
| Native American | 10 | 4% | 30 | 2% | 65 | 3% | 35 | 3% | 12 | 3% | 152 | 3% |
| Asian/Pacific Islander | 9 | 3% | 41 | 3% | 182 | 7% | 110 | 9% | 142 | 30% | 484 | 8% |
| TOTAL | 285 | 100% | 1323 | 100% | 2456 | 100% | 1269 | 100% | 470 | 100% | 5803 | 100% |
| Hispanic | 14 | 5% | 46 | 3% | 136 | 6% | 64 | 5% | 15 | 3% | 275 | 5% |
| Non-Hispanic | 285 | 100% | 1323 | 100% | 2456 | 100% | 1269 | 100% | 470 | 100% | 5803 | 95% |

6/16/2003-FAH

PHA 015999

### RENTS UNCOLLECTED

| | FY2003 | | | | | | | | | | | | FY 2004 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | 4/03 | 5/03 |
| BEGINNING BALANCE 3/31/01 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 2,640 | 3,743 | 3,743 |
| CUMULATIVE MONTHLY RENT ROLL | 896,815 | 1,798,629 | 2,702,582 | 3,604,958 | 4,509,392 | 5,409,375 | 6,335,938 | 7,240,977 | 8,153,062 | 9,064,783 | 9,977,560 | 19,894,679 | 915,927 | 1,833,486 |
| CUMULATIVE NEGATIVE RENTS | 3,620 | 6,730 | 9,672 | 13,385 | 17,264 | 21,143 | 25,564 | 30,104 | 34,422 | 38,474 | 43,034 | 47,195 | 5,172 | 10,522 |
| (A) TOTAL GROSS RENTS | 903,075 | 1,807,999 | 2,714,894 | 3,620,983 | 4,529,296 | 5,433,158 | 6,364,142 | 7,273,721 | 8,190,124 | 9,105,897 | 10,023,234 | 19,944,514 | 924,842 | 1,847,751 |
| UNCOLLECTED RENT, CURRENT | 2,836 | 3,382 | 4,017 | 2,143 | 2,132 | 1,864 | 2,501 | 1,566 | 4,916 | 8,214 | 4,302 | 3,743 | 2,350 | 2,846 |
| UNCOLLECTED RENT, VACATED | 218 | 1,441 | 1,572 | 2,412 | 3,628 | 2,710 | 4,039 | 4,268 | 1,751 | 1,755 | 2,811 | 4,177 | 81 | 3,677 |
| CUMULATIVE COLLECTION WRITE-OFFS | 0 | 0 | 3,572 | 3,572 | 3,572 | 4,429 | 4,429 | 4,429 | 7,791 | 7,791 | 7,791 | 9,490 | 0 | 0 |
| (B) TOTAL UNCOLLECTED RENT | 3,054 | 4,823 | 9,161 | 8,128 | 9,332 | 9,003 | 10,969 | 10,263 | 14,458 | 17,759 | 14,903 | 17,409 | 2,431 | 6,523 |
| PHAS RATIO (B/A) | 0.34% | 0.27% | 0.34% | 0.22% | 0.21% | 0.17% | 0.17% | 0.14% | 0.18% | 0.20% | 0.15% | 0.09% | 0.3% | 0.4% |



RENTS UNCOLLECTED (PHAS) — PHAS GRADE "A"



EVICTION ACTIONS FILED FOR NON-PAYMENT OF RENT (Evictions Filed / Actual Evictions)

### LEASE TERMINATIONS FOR NONPAYMENT OF RENT

| | FY2003 | | | | | | | | | | | | FY 2004 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | 4/03 | 5/03 |
| Total Termination letters sent | 135 | 116 | 186 | 203 | 126 | 171 | 168 | 128 | 169 | 139 | 190 | 177 | 139 | 144 |
| Total Eviction Actions Filed | 7 | 4 | 4 | 5 | 2 | 1 | 9 | 5 | 8 | 8 | 10 | 4 | 9 | 0 |
| Total Tenants Evicted - Nonpayment | 1 | 1 | 3 | 3 | 0 | 1 | 0 | 1 | 0 | 4 | 1 | 2 | 3 | 0 |

## ANNUAL APPLICATIONS FOR CONTINUED OCCUPANCY (ACO's) - FY2004

100% of required ACOs for FY2004 were completed.

|  | Avail. Units | Number of ACO's Performed by Month ||||||||||| Year to Date Total* | Year to Date Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 4/04 |  |  |
| HI-RISE | 2521 | 139 | 285 |  |  |  |  |  |  |  |  |  |  | 424 | 17% |
| FAMILY | 1725 | 88 | 94 |  |  |  |  |  |  |  |  |  |  | 182 | 11% |
| TOTAL* | 4246 | 227 | 379 |  |  |  |  |  |  |  |  |  |  | 606 | 14% |

* Total ACO's may exceed total units due to residents moving and transferring during the year.
  Some ACO's were still pending at year-end due to resident hospitalizations and other causes.



Percentage of ACO's Completed

## PUBLIC HOUSING LEASE TERMINATIONS FOR CAUSE
(units vacated during the month due to lease termination by Housing Manager for cause)

|  | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 3/04 | Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Family Units | 4 | 5 |  |  |  |  |  |  |  |  |  |  | 9 |
| Hi-Rise Units | 1 | 3 |  |  |  |  |  |  |  |  |  |  | 4 |
| Total | 5 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13 |

Total Lease Terminations:
- FY96  31
- FY97  66
- FY98  61
- FY99  42
- FY00  56
- FY01  74
- FY02  68
- FY03  66

**PHA  016001**

## PREVENTIVE MAINTENANCE INSPECTIONS - FY2004
### (PHAS UNIT INSPECTIONS)
Maintenance Department

(100% of required FY 2003 inspections were completed)

| | Units | Number of Inspections Performed by Month | | | | | | | | | | | | Year To Date Total** | Year To Date Percent |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 3/04 | | |
| FAMILY* | 1728 | 191 | 225 | | | | | | | | | | | 416 | 24% |
| HI-RISE* | 2545 | 44 | 441 | | | | | | | | | | | 485 | 19% |
| TOTAL* | 4273 | 235 | 666 | | | | | | | | | 0 | 0 | 901 | 21% |

** Totals may exceed 100% due to multiple inspections of some units.



*Percentage of Preventive Maintenance Inspections Completed*



*Percentage of Housekeeping Inspections Completed*

## HOUSEKEEPING INSPECTIONS - FY2004
### Resident Services Department

(100% of required FY 2003 inspections were completed)

| | Units | Number of Inspections Performed by Month | | | | | | | | | | | | Year To Date Total | Year To Date Percent |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 3/04 | | |
| FAMILY HOUSING | 1728 | 45 | 336 | | | | | | | | | | | 381 | 22% |
| HI-RISE | 2545 | 51 | 233 | | | | | | | | | | | 284 | 11% |
| TOTAL | 4273 | 96 | 569 | | | | | | | | | | | 665 | 16% |

## Maintenance Work Orders

| | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 3/04 | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emergency Work Orders** | | | | | | | | | | | | | |
| Carried Forward from Last Month | 0 | 0 | | | | | | | | | | | |
| Received this Month | 561 | 547 | | | | | | | | | | | |
| Cancelled/Corrected | 13 | 15 | | | | | | | | | | | |
| Reporting Total | 548 | 532 | | | | | | | | | | | |
| Completed this Month | 548 | 532 | | | | | | | | | | | 1,080 |
| Completed within 24 Hours | 548 | 532 | | | | | | | | | | | 1,080 |
| **Percent within 24 Hours** (PHAS) | 100% | 100% | | | | | | | | | | | 100% |

| | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 3/04 | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Emergency Work Orders** | | | | | | | | | | | | | |
| Carried Over from Last Month | 466 | 288 | | | | | | | | | | | |
| Received this Month | 3034 | 2224 | | | | | | | | | | | |
| Cancelled/Corrected | 100 | 23 | | | | | | | | | | | |
| Reporting Total | 3400 | 2489 | | | | | | | | | | | |
| Completed this Month | 3097 | 2151 | | | | | | | | | | | 5,248 |
| **Average Completion Days** (PHAS) | 5.34 | 4.26 | | | | | | | | | | | 4.80 |

## Maintenance Work Orders - Resident Satisfaction

| | 4/03 | 5/03 | 6/03 | 7/03 | 8/03 | 9/03 | 10/03 | 11/03 | 12/03 | 1/04 | 2/04 | 3/04 | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sampled | 22 | 20 | | | | | | | | | | | 42 |
| Dissatisfied | 0 | 0 | | | | | | | | | | | 0 |
| Satisfied | 22 | 20 | | | | | | | | | | | 42 |
| Percent Satisfied | 100% | 100% | | | | | | | | | | | 100% |

Work Orders.xls

6/16/2003

**PHA 016003**