# Maintenance Work Orders





6/16/2003

**PHA 016004**

## Maintenance Department Unit Preparation Data

| Month | Mt. Airy Maintenance | | | McDonough Maintenance | | | Hi-Rise Maintenance | | | Combined Maintenance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Averages | | Units | Averages | | Units | Averages | | Units | Averages | |
| | Readied | Prep Hours | Days | Readied | Prep Hours | Days | Readied | Prep Hours | Days | Readied | Prep Hours | Days |
| April | 4 | 37.13 | 5.00 | 10 | 27.43 | 4.70 | 44 | 22.76 | 5.36 | 58 | 24.56 | 5.22 |
| May | 12 | 34.02 | 5.83 | 18 | 30.50 | 6.50 | 41 | 421.74 | 5.41 | 71 | 257.02 | 5.76 |
| June | | | | | | | | | | | | |
| July | | | | | | | | | | | | |
| August | | | | | | | | | | | | |
| September | | | | | | | | | | | | |
| October | | | | | | | | | | | | |
| November | | | | | | | | | | | | |
| December | | | | | | | | | | | | |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | | | | | | | | | | | | |
| Totals/Year to Date | 16 | | | 28 | | | 85 | | | 129 | | |
| Averages/Year to Date | | 34.80 | 5.62 | | 29.40 | 5.86 | | 215.21 | 5.38 | | 152.50 | 5.52 |

11.

PHA 016005

## Maintenance Department Unit Preparation Turnaround Time Averages





12.

PHA  016006

SECTION 8 UTILIZATION - MONTH ENDING 5-2003

| Budget Utilization | | |
|---|---|---|
| Last Month | 108.2% |
| FY to Date | 108.2% |

| | UNIT UTILIZA-TION | HARD TO HOUSE | HARD TO HOUSE-Disabled |
|---|---|---|---|

## HOUSING CHOICE VOUCHERS

| | | | | | UNIT UTILIZA-TION 99.5% | HARD TO HOUSE 19 | HARD TO HOUSE-Disabled 21 |

| | FY UNIT ALLOCATIONS | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| a | TOTAL ACC | | | | | | | | 3969 |
| b | TOTAL UNDER HAP | 46 | 1164 | 1249 | 1085 | 306 | 89 | 12 | 3951 |
| c | TOTAL NOT UNDER HAP | | | | | | | | 18 |
| d | NEW ISSUES from WAITING LIST | 0 | 16 | 29 | 21 | 3 | 1 | 0 | 70 |
| e | SHOPPERS (incl NEW ISSUES) | 0 | 59 | 84 | 68 | 16 | 7 | 2 | 236 |
| f | TENANTS GOING UNDER HAP DUE TO NEW ISSUES | 3 | 10 | 17 | 6 | 2 | 0 | 0 | 38 |
| g | COMPLETE CANCEL OF NEW ISSUES | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 |
| h | ALL CANCELED (as of End Of Month) | 0 | 12 | 14 | 7 | 2 | 2 | 0 | 37 |
| I | UNASSIGNED C/Vs | | | | | | | | 418 |

## TENANT-BASED SECTION 8 SHOPPING SUCCESS RATES

| | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR | TOTAL |
|---|---|---|---|---|---|---|---|---|
| NEW VOUCHERS UNDER HAP (e) | 3 | 10 | 17 | 6 | 2 | 0 | 0 | 38 |
| NEW VOUCHERS CANCELED (f) | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 2 |
| SUCCESS RATE (e/f) | 100% | 91% | 94% | 100% | 100% | | | 95% |

| | 0BR | 1-2BR | 2-3BR | 3-4BR | 3-6BR | 1-6BR |
|---|---|---|---|---|---|---|
| NEW VOUCHERS UNDER HAP | 3 | 27 | 23 | 8 | 8 | 38 |
| NEW VOUCHERS CANCELED | 0 | 2 | 1 | 0 | 0 | 2 |
| SUCCESS RATE | | 93% | 96% | 100% | 100% | 95% |

## SEC 8 PORTABILITY

| | |
|---|---|
| SEC 8 PORTS IN PHA ADMINISTERS | 199 |
| SEC 8 PORTS OUT PHA IS BILLED FOR | 291 |

| RAFS | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR | TOTAL |
|---|---|---|---|---|---|---|---|---|
| TOTAL AUTHORIZED | | | | | | | | 90 |
| TOTAL UNDER HAP | | 12 | 49 | 12 | 3 | 0 | 0 | 76 |

| MARY HALL (Mod Rehab SRO's) | 0BR |
|---|---|
| UNDER HAP | 72 |
| EXCLUDES (No payment) | 0 |
| COMPLETE CANCELS | 3 |
| UNASSIGNED | 3 |
| PROOF (UNITS AUTHORIZED) | 75 |

| SPECIAL ALLOCATIONS | | | |
|---|---|---|---|
| Program Name | ACC | HAP | % |
| Welfare to Wk | 55 | 68 | 124% |
| Mainstream | 100 | 105 | 105% |
| Family Unif'n | 50 | 47 | 94% |

| PBA - Project-Based Assistance | Projects | Units |
|---|---|---|
| Total PBA's Authorized | | 544 |
| PBA's Approved by Board (regular) | 15 | 362 |
| Hollman PBA's Approved by Board | 2 | 25 |
| All PBA Projects/Units Approved by | 12 | 312 |
| All Projects Leasing/ Units Under Lease | 8 | 140 |

13.

PHA 016007

## UTILIZATION OF SECTION 8 HOUSING CHOICE VOUCHERS

| COMBINED | FY98 | FY99 | FY2000 | FY2001 | FY2002 | FY2003 | | | | | | | | | | | | | | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVG | AVG | AVG | AVG | AVG | 4/02 | 5/02 | 6/02 | 7/02 | 8/02 | 9/02 | 10/02 | 11/02 | 12/02 | 1/03 | 2/03 | 3/03 | 4/03 | 5/03 | |
| TOTAL FUNDED | 3140 | 3332 | 3589 | 3625 | 3679 | 3839 | 3839 | 3839 | 3839 | 3839 | 3841 | 3841 | 3851 | 3861 | 3952 | 3952 | 3952 | 3969 | 3969 | 3870 |
| TOTAL UNDER HAP | 3192 | 3220 | 3105 | 3285 | 3657 | 3808 | 3810 | 3791 | 3808 | 3804 | 3819 | 3841 | 3849 | 3854 | 3914 | 3930 | 3940 | 3952 | 3951 | 3847 |
| # NOT UNDER HAP | -53 | 112 | 484 | 340 | 21 | 31 | 29 | 48 | 31 | 35 | 22 | 0 | 2 | 7 | 38 | 22 | 12 | 17 | 18 | 23 |
| VOUCHERS ISSUED | | | | | | 0 | 22 | 44 | 30 | 57 | 43 | 46 | 35 | 48 | 54 | 42 | 29 | 48 | 70 | 38 |
| UTILIZATION RATE | 102% | 96.7% | 86.5% | 90.6% | 99.7% | 99.2% | 99.2% | 98.7% | 99.2% | 99.1% | 99.4% | 100.0% | 99.9% | 99.8% | 99.0% | 99.4% | 99.7% | 99.6% | 99.5% | 99.4% |
| "SHOPPERS" | | | | | | 261 | 250 | 276 | 246 | 261 | 248 | 236 | 229 | 246 | 228 | 215 | 192 | 200 | 236 | 241 |
| | | | | 95% utilization = | | 3647 | 3647 | 3647 | 3647 | 3647 | 3649 | 3649 | 3658 | 3668 | 3754 | 3754 | 3754 | 3771 | | |



**During 2002,** 472 households from the waiting list leased a rental home or apartment in Saint Paul.

Another 93 households were issued a certificate or voucher but returned it without renting a unit in Saint Paul. (Some leased an apartment in another jurisdiction, using Section 8 "portability".) This is a 84% "shopping success rate".

These are the "shopping success rates" for previous years for households issued vouchers:

| Year | Leased | Cancels | Success Rate |
|---|---|---|---|
| 2002 | 472 | 93 | 84% |
| 2001 | 935 | 284 | 77% |
| 2000 | 734 | 432 | 63% |
| 1999 | 490 | 246 | 67% |
| 1998 | 511 | 186 | 73% |

These are the current Section 8 "Payment Standards", effective 10/1/2002.

| 1BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|
| $741 | $948 | $1,282 | $1,453 | $1,670 | $1,888 |

The Section 8 waiting list has been closed to new applicants since November 21, 2002.

S8util3b.xls-          TION-MRPT- FAH

PHA  016008

# CHSP - CONGREGATE HOUSING SERVICES PROGRAM

## PROGRAM ACTIVITY THIS MONTH - BY SITE

APRIL 2003

| SITES | Full Enroll-ment Capacity | Available Openings at End of Month | Number Served This Month (Incl. Temps) | Number of New Enrollees In Program | Enrollees Who Exited Program | New Applic's This Month | All Applica-tions in Process | Applic's Waiting for Housing | PAC or PHA Denied Applic's | Applic's Withdrew or Refused Offer |
|---|---|---|---|---|---|---|---|---|---|---|
| RAVOUX / VALLEY | 46 | 6 | 42 | 0 | 0 | 2 | 4 | 2 | 0 | 0 |
| IOWA | 35 | 6 | 30 | 3 | 1 | 0 | 5 | 3 | 0 | 0 |
| EDGERTON | 40 | 19 | 23 | 0 | 1 | 1 | 4 | 4 | 0 | 0 |
| MONTREAL | 28 | 1 | 28 | 3 | 1 | 2 | 2 | 1 | 0 | 1 |
| ALL SITES | 149 | 32 | 123 | 6 | 3 | 5 | 15 | 10 | 0 | 1 |

## PROGRAM ACTIVITY HISTORY - ALL SITES

| ALL SITES | Full Enroll-ment Capacity | Available Openings at End of Month | Number Served This Month (Incl. Temps) | Number of New Enrollees In Program | Enrollees Who Exited Program | New Applic's This Month | All Applica-tions in Process | Applic's Waiting for Housing | PAC or PHA Denied Applic's | Applic's Withdrew or Refused Offer |
|---|---|---|---|---|---|---|---|---|---|---|
| April-01 | 149 | 16 | 114 | 6 | 7 | 8 | 1 | 0 | 0 | 1 |
| May-01 | 149 | 19 | 133 | 6 | 6 | 9 | 9 | 5 | 0 | 1 |
| June-01 | 149 | 18 | 133 | 3 | 3 | 6 | 13 | 7 | 0 | 4 |
| July-01 | 149 | 22 | 128 | 8 | 8 | 3 | 6 | 1 | 1 | 0 |
| August-01 | 149 | 31 | 123 | 0 | 6 | 3 | 13 | 4 | 0 | 0 |
| September-01 | 149 | 35 | 119 | 2 | 2 | 3 | 12 | 6 | 0 | 0 |
| October-01 | 149 | 32 | 120 | 4 | 4 | 5 | 10 | 4 | 0 | 0 |
| November-01 | 149 | 35 | 122 | 5 | 5 | 8 | 16 | 8 | 1 | 1 |
| December-01 | 149 | 33 | 121 | 5 | 2 | 2 | 11 | 8 | 2 | 2 |
| January-02 | 149 | 35 | 119 | 3 | 5 | 5 | 13 | 9 | 0 | 0 |
| February-02 | 149 | 33 | 119 | 3 | 5 | 7 | 14 | 6 | 1 | 1 |
| March-02 | 149 | 30 | 133 | 9 | 3 | 6 | 11 | 3 | 0 | 0 |
| April-02 | 149 | 31 | 129 | 9 | 7 | 1 | 7 | 3 | 0 | 0 |
| May-02 | 149 | 34 | 123 | 2 | 5 | 3 | 6 | 4 | 0 | 0 |
| June-02 | 149 | 32 | 122 | 3 | 2 | 4 | 5 | 5 | 0 | 0 |
| July-02 | 149 | 31 | 122 | 2 | 4 | 8 | 10 | 7 | 0 | 0 |
| August-02 | 149 | 33 | 121 | 5 | 5 | 4 | 9 | 8 | 0 | 0 |
| September-02 | 149 | 32 | 121 | 4 | 1 | 0 | 6 | 5 | 0 | 3 |
| October-02 | 149 | 38 | 117 | 0 | 7 | 3 | 8 | 1 | 2 | 1 |
| November-02 | 149 | 38 | 117 | 3 | 2 | 16 | 19 | 11 | 0 | 1 |
| December-02 | 149 | 35 | 118 | 5 | 3 | 3 | 14 | 12 | 1 | 1 |
| January-03 | 149 | 42 | 116 | 2 | 9 | 6 | 18 | 11 | 0 | 1 |
| February-03 | 149 | 37 | 117 | 7 | 3 | 3 | 14 | 10 | 0 | 3 |
| March-03 | 149 | 34 | 117 | 7 | 2 | 11 | 15 | 8 | 0 | 1 |
| April-03 | 149 | 32 | 123 | 6 | 3 | 5 | 15 | 10 | 0 | 1 |
| May-03 | 149 | 32 | 123 | 6 | 3 | 5 | 15 | 10 | 0 | 1 |



**PHA 016009**