

**PUBLIC HOUSING AGENCY — SAINT PAUL**

555 N. Wabasha Street Suite 400
651-298-5664 • Fax 651-298-5666

Al Hester
Public Housing Policy Director
Central Administrative Office
Public Housing Policy

# MONTHLY MANAGEMENT REPORT
## MONTH ENDING DECEMBER 31, 2005

(End of 3rd Quarter of Fiscal Year 2006)

## CONTENTS

| | Page |
|---|---|
| Low Income Housing Owned or Administered by PHA | i |
| Occupancy Summary - Current Month | 1 |
| Occupancy - Year to Date | 2 |
| Families and Individuals Housed | 2 |
| Vacancy Days | 3 |
| Vacant Unit Turnaround Time | 4 |
| Waiting Lists - Public Housing and Section 8 | 5 |
| Uncollected Rents and Tenant Accounts Receivable | 6 |
| Applications for Continued Occupancy | 7 |
| Lease Terminations for Cause | 7 |
| Unit Inspections: Preventive Maintenance and Housekeeping | 8 |
| Maintenance Work Orders and Resident Satisfaction | 9-10 |
| Unit Preparation and Turnaround Time | 11-12 |
| Scattered Site Vacant Unit Turnaround | 13 |
| Section 8 Utilization and Shopping Rate Success | 14 |
| Section 8 Utilization History | 15 |
| CHSP – Congregate Housing Services Program | 16 |
| Race and Ethnicity Data – Public Housing and Section 8 | 17-18 |
| Hi-Rise Age (62+) Distribution as of September 2005 | 19 |
| Hi-Rise Population Trends | 20 |
| Elderly and Disabled Heads of Households in Family Housing | 21 |
| Family Self-Sufficiency Quarterly Report | 22 |
| Public Housing Household Incomes | 23 |
| Turndown Report | 24 |

PHA 016818

# LOW INCOME HOUSING OWNED OR ADMINISTERED BY PHA

## PHA-OWNED UNITS - Public Housing

| HUD Proj. No. | Development Name or Address | Original Total Units | Present Total Units | Present Total Hi-rise | Present Total Family | Number of dwelling units by bedroom size | | | | | | | DOFA: Date of Initial Occupancy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 BR | 1 BR | 2BR | 3BR | 4BR | 5BR | 6BR | |
| 1-1 | John J. McDonough Homes | 520 | 484 | 0 | 484 | 0 | 37 | 258 | 115 | 66 | 8 | 0 | 12/31/52 |
| 1-4 | -1st Addition to McDonough | 42 | 42 | 0 | 42 | 0 | 0 | 0 | 34 | 4 | 4 | 0 | 01/31/62 |
| 1-8A | -2nd Addition to McDonough | 54 | 54 | 0 | 54 | 0 | 0 | 0 | 18 | 20 | 16 | 0 | 12/31/64 |
| 1-2 | Franklin D. Roosevelt Homes | 320 | 314 | 0 | 314 | 0 | 63 | 161 | 68 | 22 | 0 | 0 | 08/01/52 |
| 1-3 | Mt. Airy Homes & 200 E. Arc | 448 | 425 | 153 | 272 | 0 | 99 | 86 | 172 | 48 | 20 | 0 | 07/01/59 |
| 1-8B | -Addition to Mt. Airy | 22 | 22 | 0 | 22 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | 12/31/64 |
| 1-10 | -Mt. Airy Rehabs | 10 | 3 | 0 | 3 | 0 | 0 | 2 | 0 | 1 | 0 | 0 | 03/01/66 |
| 1-39 | -Replacement unit | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1/30/1998 |
| 1-5 | 554 Central & Duplexes | 186 | 183 | 141 | 42 | 69 | 71 | 1 | 12 | 8 | 22 | 0 | 01/31/64 |
| 1-6 | 261 E. University | 200 | 159 | 159 | 0 | 23 | 135 | 1 | 0 | 0 | 0 | 0 | 09/01/63 |
| 1-7 | 325 Laurel & W Side Duplex | 155 | 120 | 104 | 16 | 2 | 101 | 10 | 7 | 0 | 0 | 0 | 12/31/63 |
| 1-9 | 469 Ada & Dunedin Terrace | 233 | 230 | 142 | 88 | 0 | 141 | 17 | 24 | 36 | 12 | 0 | 03/01/66 |
| 1-11 | 899 South Cleveland | 144 | 144 | 144 | 0 | 0 | 143 | 1 | 0 | 0 | 0 | 0 | 12/31/69 |
| 1-13 | 1743 East Iowa | 148 | 148 | 148 | 0 | 0 | 147 | 1 | 0 | 0 | 0 | 0 | 08/01/70 |
| 1-14 | 1300 Wilson | 187 | 187 | 187 | 0 | 0 | 186 | 1 | 0 | 0 | 0 | 0 | 09/01/69 |
| 1-15 | 727 Front | 151 | 151 | 151 | 0 | 0 | 150 | 1 | 0 | 0 | 0 | 0 | 07/01/69 |
| 1-16 | 280 Ravoux | 220 | 220 | 220 | 0 | 0 | 219 | 1 | 0 | 0 | 0 | 0 | 01/01/70 |
| 1-17 | 545 Wabasha | 75 | 71 | 71 | 0 | 30 | 40 | 1 | 0 | 0 | 0 | 0 | 06/01/69 |
| 1-18 | 1085 Montreal | 187 | 185 | 185 | 0 | 0 | 184 | 1 | 0 | 0 | 0 | 0 | 02/01/70 |
| 1-19 | 10 West Exchange | 194 | 194 | 194 | 0 | 0 | 193 | 1 | 0 | 0 | 0 | 0 | 05/30/72 |
| 1-20 | Scattered Sites | 36 | 17 | 0 | 17 | 0 | 0 | 0 | 6 | 11 | 0 | 0 | 12/31/68 |
| 1-22 | Scattered Sites | 24 | 0 | 0 | 0 | | | | | | | | 12/31/68 |
| 1-23 | Scattered Sites | 26 | 26 | 0 | 26 | 0 | 0 | 0 | 20 | 5 | 1 | 0 | 02/28/77 |
| 1-24 | 1000 Edgerton | 220 | 219 | 219 | 0 | 0 | 218 | 1 | 0 | 0 | 0 | 0 | 01/31/74 |
| 1-26 | 777 North Hamline | 186 | 186 | 186 | 0 | 0 | 185 | 1 | 0 | 0 | 0 | 0 | 02/29/76 |
| 1-27 | 825 Seal | 144 | 144 | 144 | 0 | 0 | 143 | 1 | 0 | 0 | 0 | 0 | 05/31/76 |
| 1-29 | Scattered Sites | 67 | 67 | 0 | 67 | 0 | 0 | 0 | 53 | 11 | 2 | 1 | 10/31/80 |
| 1-30 | Scattered Sites | 25 | 25 | 0 | 25 | 0 | 0 | 0 | 22 | 3 | 0 | 0 | 10/31/81 |
| 1-31 | Scattered Sites | 75 | 75 | 0 | 75 | 0 | 0 | 0 | 58 | 15 | 2 | 0 | 12/31/84 |
| 1-32 | Scattered Sites | 26 | 26 | 0 | 26 | 0 | 0 | 0 | 18 | 6 | 2 | 0 | 03/31/89 |
| 1-33 | Scattered Sites | 45 | 44 | 0 | 44 | 0 | 0 | 0 | 36 | 5 | 3 | 0 | 12/31/88 |
| 1-34 | Scattered Sites | 50 | 50 | 0 | 50 | 0 | 0 | 0 | 40 | 6 | 3 | 1 | 06/30/90 |
| 1-35 | Scattered Sites | 15 | 16 | 0 | 16 | 0 | 0 | 0 | 6 | 7 | 2 | 1 | 01/31/92 |
| 1-37 | Scattered Sites | 25 | 25 | 0 | 25 | 0 | 0 | 0 | 5 | 8 | 10 | 2 | 05/31/93 |
| 1-38 | Scattered Sites HOMEWARD | 35 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 01/31/96 |
| | **TOTAL PUBLIC HOUSING** | 4,496 | 4,258 | 2,548 | 1,710 | 124 | 2,455 | 569 | 715 | 283 | 107 | 5 | |

## SECTION 8 UNITS - Rent Subsidies for Privately-Owned Housing

| | | | | | 0 BR | 1 BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MR6 | Section 8 Mod. Rehab SRO's | 75 | | | 75 | 0 | 0 | 0 | 0 | 0 | 0 |
| V029 | Section 8 Vouchers | 3,984 | | | 27 | 1,246 | 1,080 | 1,141 | 298 | 82 | 18 |
| | **TOTAL SECTION 8 SUBSIDIES** | 4,059 | | 4,059 | 102 | 1,246 | 1,080 | 1,141 | 298 | 82 | 18 |

| | | | Hi-rise | Family | 0 BR | 1 BR | 2BR | 3BR | 4BR | 5BR | 6BR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **TOTAL PHA UNITS** | 8,317 | 2,548 | 5,769 | 226 | 3,701 | 1,649 | 1,856 | 581 | 189 | 23 |

Section 8 utilization 3/31/05; McDonough Modn as of 6/30/04; Scattered Site dispositions 9/1/04; Updated 5/17/05 - FAH; Updated 6/14/05 - FAH

UNITS05A.XLS                                                 i.

PHA  016819

01/05/06

# INT PAUL PHA - MONTHLY OCCUPANCY SUMMARY -

December 2005
Month Ending  12/31/2005

| | Name or Address | Present Total Hi-rise Units | Present Total Family Units | Total Non DUs | Avail'ble for Occupancy | Vacant at Month End | Percent Occupied at End of Month | Units Vacated During Month | Units Readied During Month | Units Leased During Month | Turn-around Time (Days) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N # | **FAMILY DEVELOPMENTS** | | | | | | | | | | |
| ,4,8A | John J. McDonough Homes | 0 | 580 | 1 | 579 | 6 | 98.96% | 12 | 9 | 11 | 55 |
| | Franklin D. Roosevelt Homes | 0 | 314 | 0 | 314 | 1 | 99.68% | 7 | 7 | 9 | 16 |
| 3,8B,10,39 | Mt. Airy Homes & Rehabs | 0 | 298 | 0 | 298 | 0 | 100.00% | 4 | 3 | 4 | 30 |
| 9 | Dunedin Terrace, including | 0 | 104 | 0 | 104 | 0 | 100.00% | 4 | 4 | 5 | 17 |
| 7 | 16 W. Side Duplexes | | | | | | | | | | |
| | **SUBTOTAL DEVELPMTS** | 0 | 1,296 | 1 | 1,295 | 7 | 99.46% | 27 | 23 | 29 | 33 |
| | **SCATTERED SITES - FAMILY** | | | | | | | | | | |
| -20 | Scattered Sites | 0 | 17 | 0 | 17 | | | | | | |
| -22 | Scattered Sites | 0 | 0 | 0 | 0 | | | | | | |
| 1-23 | Scattered Sites | 0 | 26 | 0 | 26 | | | | | | |
| 1-29 | Scattered Sites | 0 | 67 | 0 | 67 | | | | | | |
| 1-30 | Scattered Sites | 0 | 25 | 0 | 25 | | | | | | |
| 1-31 | Scattered Sites | 0 | 75 | 0 | 75 | | | | | | |
| 1-32 | Scattered Sites | 0 | 26 | 0 | 26 | | | | | | |
| 1-33 | Scattered Sites | 0 | 44 | 0 | 44 | | | | | | |
| 1-34 | Scattered Sites | 0 | 50 | 0 | 50 | | | | | | |
| 1-35 | Scattered Sites | 0 | 16 | 0 | 16 | | | | | | |
| 1-37 | Scattered Sites | 0 | 25 | 0 | 25 | | | | | | |
| 1-5 | Central Duplexes | 0 | 42 | 0 | 42 | | | | | | |
| 8 | Scattered Sites | 0 | 1 | 0 | 1 | | | | | | |
| | **Subtotal Scattered Sites** | 0 | 414 | 0 | 414 | 5 | 98.79% | 9 | 8 | 7 | 23 |
| | **SUBTOTAL FAMILY** | 0 | 1,710 | 1 | 1,709 | 12 | 99.30% | 36 | 31 | 36 | 31 |
| | **HI-RISES** | | | | | | | | | | |
| 1-3 | Mt. Airy Hi-Rise | 153 | 0 | 1 | 152 | 0 | 100.00% | 1 | 1 | 3 | 25 |
| 1-5 | 554 Central Hi-Rise | 141 | 0 | 1 | 140 | 0 | 100.00% | 6 | 3 | 2 | 8 |
| 1-6 | 261 E. University Hi-Rise | 159 | 0 | 2 | 157 | 0 | 100.00% | 0 | 0 | 2 | 43 |
| 1-7 | 325 Laurel Hi-Rise | 104 | 0 | 2 | 102 | 0 | 100.00% | 1 | 1 | 2 | 30 |
| 1-9 | 469 Ada Hi-Rise | 142 | 0 | 1 | 141 | 0 | 100.00% | 3 | 3 | 1 | 28 |
| 1-11 | 899 S. Cleveland Hi-Rise | 144 | 0 | 1 | 143 | 0 | 100.00% | 0 | 0 | 0 | 0 |
| 1-13 | 1743 East Iowa Hi-Rise | 148 | 0 | 1 | 147 | 0 | 100.00% | 2 | 3 | 5 | 19 |
| 1-14 | 1300 Wilson Hi-Rise | 187 | 0 | 1 | 186 | 0 | 100.00% | 0 | 1 | 2 | 29 |
| 1-15 | 727 Front Hi-Rise | 151 | 0 | 1 | 150 | 0 | 100.00% | 5 | 7 | 5 | 18 |
| 1-16 | 280 Ravoux Hi-Rise | 220 | 0 | 1 | 219 | 0 | 100.00% | 2 | 2 | 3 | 2: |
| 1-17 | 545 Wabasha Hi-Rise | 71 | 0 | 1 | 70 | 2 | 97.14% | 2 | 2 | 1 | 1 |
| 1-18 | 1085 Montreal Hi-Rise | 185 | 0 | 3 | 182 | 2 | 98.90% | 2 | 2 | 3 | 1 |
| 1-19 | 10 West Exchange Hi-Rise | 194 | 0 | 1 | 193 | 0 | 100.00% | 3 | 3 | 4 | 2 |
| 1-24 | 1000 Edgerton Hi-Rise | 219 | 0 | 1 | 218 | 0 | 100.00% | 2 | 2 | 3 | 1 |
| 1-26 | 777 North Hamline Hi-Rise | 186 | 0 | 3 | 183 | 1 | 99.45% | 2 | 2 | 3 | 4 |
| 1-27 | 825 Seal Hi-Rise | 144 | 0 | 1 | 143 | 0 | 100.00% | 2 | 2 | 2 | |
| | **SUBTOTAL HI-RISES** | 2,548 | 0 | 22 | 2,526 | 5 | 99.80% | 33 | 34 | 41 | |
| | **TOTALS** | 2,548 | 1,710 | 23 | 4,235 | 17 | 99.60% | 69 | 65 | 77 | |
| 2118 VACANCY DAYS | | Present Total Hi-rise Units | Present Total Family Units | Total Non DUs | Avail'ble for Occupancy | Vacant at Month End | Percent Occupied at End of Month | Units Vacated During Month | Units Ready During Month | Units Leased During Month | Turn arou Tim (Day |
| 955 Make Ready Days | | | | | | | | | | | |
| 1163 Lease Up Days | | | | | | | | | | | |

DATE:   1/5/2006

PHA  016820

OCCUPANCY

| | FY98 AVG | FY99 AVG | FY2000 AVG | FY2001 AVG | FY2002 AVG | FY2003 AVG | FY2004 AVG | FY2005 AVG | 1/05 | 2/05 | 3/05 | FY2006 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI-RISES | 99.0% | 98.9% | 98.9% | 99.1% | 99.2% | 99.4% | 99.7% | 99.7% | 99.4% | 99.8% | 99.7% | 99.8% | 99.6% | 99.8% | 99.8% | 99.8% | 99.8% | 99.6% | 99.5% | 99.8% | 99.7% |
| FAMILY | 99.6% | 99.0% | 99.3% | 98.9% | 98.7% | 98.9% | 98.6% | 98.8% | 98.9% | 99.0% | 98.8% | 99.1% | 98.8% | 99.1% | 99.5% | 98.8% | 99.4% | 99.0% | 99.1% | 99.3% | 99.1% |
| COMBINED | 99.2% | 98.9% | 99.1% | 99.0% | 99.0% | 99.2% | 99.3% | 99.3% | 99.2% | 99.5% | 99.4% | 99.5% | 99.2% | 99.5% | 99.7% | 99.4% | 99.6% | 99.4% | 99.3% | 99.6% | 99.5% |
| # Vacant | 34 | 46 | 40 | 41 | 42 | 34 | 32 | 29 | 34 | 23 | 27 | 21 | 32 | 21 | 14 | 25 | 17 | 27 | 30 | 17 | 23 |



NUMBER OF FAMILIES HOUSED (UNITS LEASED, INCLUDING TRANSFERS)

| | FY98 AVG | FY99 AVG | FY2000 AVG | FY2001 AVG | FY2002 AVG | FY2003 AVG | FY2004 AVG | FY2005 AVG | 1/05 | 2/05 | 3/05 | FY2006 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI-RISES | 44 | 42 | 47 | 42 | 46 | 39 | 38 | 35 | 30 | 34 | 41 | 39 | 36 | 34 | 39 | 33 | 37 | 45 | 35 | 41 | 38 |
| FAMILY | 28 | 30 | 18 | 21 | 25 | 19 | 30 | 29 | 29 | 30 | 33 | 24 | 24 | 37 | 33 | 37 | 45 | 33 | 37 | 36 | 34 |
| COMBINED | 72 | 73 | 65 | 63 | 70 | 57 | 68 | 64 | 59 | 64 | 74 | 63 | 60 | 71 | 72 | 70 | 82 | 78 | 72 | 77 | 72 |



Ochsd 1/9/2006

PHA 016821

## VACANCY DAYS

| MONTHLY | 11/04 | 12/04 | 1/05 | 2/05 | 3/05 | FY 2006 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | YTD Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS LEASED | 73 | 74 | 59 | 64 | 74 | 63 | 60 | 71 | 72 | 70 | 82 | 78 | 72 | 77 | 72 |
| VACANCY DAYS | 1880 | 1700 | 2185 | 2526 | 2544 | 1,690 | 1208 | 2824 | 1708 | 1257 | 2167 | 1540 | 1751 | 2118 | 1807 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 16263 |
| VACANCY RATE (Cumulative) | 1.36% | 1.35% | 1.38% | 1.45% | 1.49% | 1.33% | 1.12% | 1.48% | 1.44% | 1.34% | 1.40% | 1.37% | 1.37% | 1.40% | 1.36% |
| OCCUPANCY RATE | 98.64% | 98.65% | 98.62% | 98.55% | 98.51% | 98.67% | 98.88% | 98.52% | 98.56% | 98.66% | 98.60% | 98.63% | 98.63% | 98.60% | 98.64% |

| OCCUPANCY TARGETS: | 97% | 98% |
|---|---|---|
| Average Monthly Vacancy Days | 3,864 | 2,576 |
| Annual Vacancy Days | 46,373 | 30,916 |

**FY2006 YEAR TO DATE**

| | |
|---|---|
| 98.64% | ACTUAL OCCUPANCY |
| 1,807 | Average Monthly Vacancy Days |
| 16,263 | Total Vacancy Days (Year to Date) |



"Vacancy Days" is scored under the "Occupancy Loss" component of the PHAS Financial Condition score.

"Modernization Vacancy Days" have not been deducted from the totals shown above.

3.

Vacday05.xls - FAH

1/9/2006

**PHA 016822**