## VACANT UNIT TURNAROUND TIME

| | FY2003 AVG | FY2004 AVG | FY2005 AVG | FY 2005 4/04 | 5/04 | 6/04 | 7/04 | 8/04 | 9/04 | 10/04 | 11/04 | 12/04 | 1/05 | 2/05 | 3/05 | FY 2006 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HI-RISE - # OF UNITS | 39 | 38 | 35 | 32 | 29 | 33 | 35 | 36 | 40 | 31 | 39 | 40 | 30 | 34 | 41 | 39 | 36 | 34 | 39 | 33 | 37 | 45 | 35 | 41 | 38 |
| HI-RISE TURNAROUND | 27.9 | 21.3 | 24.3 | 18 | 23 | 19 | 25 | 21 | 23 | 23 | 23 | 20 | 26 | 30 | 41 | 23 | 22 | 26 | 21 | 20 | 21 | 19 | 24 | 25 | 22 |
| FAMILY - # OF UNITS | 19 | 30 | 29 | 30 | 17 | 32 | 29 | 25 | 31 | 23 | 34 | 34 | 29 | 30 | 33 | 24 | 24 | 37 | 33 | 37 | 45 | 33 | 37 | 36 | 34 |
| FAMILY TURNAROUND | 44.4 | 37.3 | 36.4 | 40 | 29 | 52 | 37 | 42 | 31 | 26 | 29 | 26 | 48 | 50 | 27 | 34 | 18 | 53 | 27 | 16 | 31 | 20 | 24 | 31 | 28 |
| TOTAL VACANCY DAYS | 1897 | 1932 | 1916 | 1771 | 1152 | 2287 | 1971 | 1806 | 1870 | 1294 | 1880 | 1700 | 2185 | 2526 | 2544 | 1690 | 1208 | 2824 | 1708 | 1257 | 2167 | 1540 | 1751 | 2118 | 1807 |
| COMBINED # OF UNITS | 57 | 68 | 64 | 62 | 46 | 65 | 64 | 61 | 71 | 54 | 73 | 74 | 59 | 64 | 74 | 63 | 60 | 71 | 72 | 70 | 82 | 78 | 72 | 77 | 72 |
| COMBINED TURNAROUND | 33.1 | 28.3 | 29.9 | 29 | 25 | 35 | 31 | 30 | 26 | 24 | 26 | 23 | 37 | 39 | 34 | 27 | 20 | 40 | 24 | 18 | 26 | 20 | 24 | 28 | 25 |
| FISCAL YTD AVERAGE | 33.1 | 28.3 | 30.0 | 28.6 | 27.1 | 30.1 | 30.3 | 30.2 | 29.4 | 28.7 | 28.3 | 27.6 | 28.5 | 29.5 | 30.0 | 26.8 | 23.6 | 29.5 | 27.9 | 25.9 | 26.0 | 25.0 | 24.9 | 25.2 | 25.2 |



* Modernization vacancy days are included here, but they are excluded from the PHAS "Turnaround Time" indicator.
**"Hotel units" used during modernization were leased during the starred months, raising the average family unit turnaround time.
The average vacant unit turnaround time in FY 2005, excluding modernization-vacancy days, was 26.4 days.
The average vacant unit turnaround time in FY 2004, excluding modernization-vacancy days, was 26.66 days. The average in FY 2003 was 28.87 days.

PHA 016823

# WAITING LISTS - 12-31-05

## PUBLIC HOUSING WAITING LIST

The public housing waiting list was opened for all applicants on September 13, 2004.

### A. WAITING LIST ACTIVITY

| WAITING LIST ACTIVITY | 0 BR | 1 BR | 2 BR | 3 BR | 4 BR | 5 BR | Total |
|---|---|---|---|---|---|---|---|
| Previous Applicants | 914 | 1371 | 2936 | 1165 | 407 | 136 | 6929 |
| + New Applicants | 78 | 80 | 116 | 58 | 19 | 10 | 361 |
| + Reinstated | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| - Applic's Canceled/Withdrawn | 33 | 46 | 58 | 3 | 8 | 0 | 148 |
| - Applicants Denied | 6 | 11 | 7 | 4 | 1 | 0 | 29 |
| - Applicants Housed | 2 | 33 | 8 | 10 | 5 | 1 | 59 |
| = Applicants Pending | 951 | 1361 | 2979 | 1206 | 412 | 145 | 7054 |

| | |
|---|---|
| 5 | Hi-Rise Transfers |
| 13 | Family Transfers |
| 18 | Total Transfers |
| 77 | TOTAL LEASES SIGNED |

### B. Race and Ethnicity

| Race and Ethnicity | 0 BR No. | % | 1 BR No. | % | 2 BR No. | % | 3 BR No. | % | 4 BR No. | % | 5 BR No. | % | TOTAL No. | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | 132 | 14% | 638 | 47% | 690 | 23% | 229 | 19% | 41 | 10% | 2 | 1% | 1732 | 25% |
| African American | 745 | 78% | 567 | 42% | 1761 | 59% | 697 | 58% | 208 | 50% | 43 | 30% | 4021 | 57% |
| Native American | 13 | 1% | 30 | 2% | 66 | 2% | 20 | 2% | 6 | 1% | 2 | 1% | 137 | 2% |
| Asian | 60 | 6% | 122 | 9% | 439 | 15% | 251 | 21% | 155 | 38% | 97 | 67% | 1124 | 16% |
| Pacific Islander | 0 | 0% | 0 | 0% | 8 | 0% | 1 | 0% | 0 | 0% | 0 | 0% | 9 | 0% |
| Multiple Races | 0 | 0% | 0 | 0% | 10 | 0% | 5 | 0% | 0 | 0% | 0 | 0% | 15 | 0% |
| None given | 1 | 0% | 4 | 0% | 5 | 0% | 3 | 0% | 2 | 0% | 1 | 1% | 16 | 0% |
| TOTAL | 951 | 100% | 1361 | 100% | 2979 | 100% | 1206 | 100% | 412 | 100% | 145 | 100% | 7054 | 100% |
| Hispanic | 22 | 2% | 81 | 6% | 153 | 5% | 71 | 6% | 18 | 4% | 2 | 1% | 347 | 5% |
| Non-Hispanic | 929 | 98% | 1276 | 94% | 2822 | 95% | 1133 | 94% | 392 | 95% | 142 | 98% | 6694 | 95% |
| Blank | 0 | 0% | 4 | 0% | 4 | 0% | 2 | 0% | 2 | 0% | 1 | 1% | 13 | 0% |

### C. Applicant Ages

| Applicant Ages | 0 BR No. | % | 1 BR No. | % | 2 BR No. | % | 3 BR No. | % | 4 BR No. | % | 5+ BR No. | % | TOTAL No. | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62+ ("Elderly") * | 0 | 0% | 209 | 15% | 50 | 2% | 29 | 2% | 10 | 2% | 5 | 3% | 303 | 4% |
| 50 - 61 ("Near elderly") * | 2 | 0% | 467 | 34% | 198 | 7% | 93 | 8% | 41 | 10% | 12 | 8% | 813 | 12% |
| 25 - 49 | 479 | 50% | 596 | 44% | 1378 | 46% | 887 | 74% | 336 | 82% | 126 | 87% | 3802 | 54% |
| 20 - 24 | 329 | 35% | 71 | 5% | 1094 | 37% | 188 | 16% | 22 | 5% | 1 | 1% | 1705 | 24% |
| 18 - 19 | 141 | 15% | 18 | 1% | 259 | 9% | 9 | 1% | 3 | 1% | 1 | 1% | 431 | 6% |
| All Ages | 951 | 100% | 1361 | 100% | 2979 | 100% | 1206 | 100% | 412 | 100% | 145 | 100% | 7054 | 100% |

*HUD terms  (Reports run on different dates show different totals.)

## SECTION 8 WAITING LIST

The Section 8 waiting list has been closed to new applicants since November 21, 2002.

### D. Race and Ethnicity

| Race and Ethnicity | 0 BR No. | % | 1 BR No. | % | 2 BR No. | % | 3 BR No. | % | 4 BR No. | % | 5+ BR No. | % | TOTAL No. | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| White | 0 | 0% | 245 | 47% | 130 | 23% | 44 | 12% | 9 | 9% | 4 | 13% | 432 | 27% |
| African American | 1 | 100% | 244 | 47% | 375 | 66% | 278 | 78% | 73 | 73% | 16 | 50% | 987 | 62% |
| Native American | 0 | 0% | 15 | 3% | 10 | 2% | 11 | 3% | 3 | 3% | 0 | 0% | 39 | 2% |
| Asian | 0 | 0% | 12 | 2% | 37 | 7% | 21 | 6% | 12 | 12% | 12 | 38% | 94 | 6% |
| Pacific Islander | 0 | 0% | 0 | 0% | 1 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 0% |
| Multiple Races | 0 | 0% | 7 | 1% | 15 | 3% | 4 | 1% | 3 | 3% | 0 | 0% | 29 | 2% |
| None given | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| TOTAL | 1 | 100% | 523 | 100% | 568 | 100% | 358 | 100% | 100 | 100% | 32 | 100% | 1582 | 100% |
| Hispanic | 0 | 0% | 20 | 4% | 27 | 45% | 17 | 5% | 2 | 2% | 2 | 6% | 68 | 4% |
| Non-Hispanic | 1 | 100% | 503 | 96% | 541 | 95% | 341 | 95% | 98 | 4% | 30 | 94% | 1514 | 96% |
| Blank | 0 | 0% | 3 | 1% | 0 | 0% | 3 | 1% | 1 | 1% | 1 | 3% | 8 | 1% |

RO-WL-AG.XLS - FAH   1/9/2006

PHA 016824

## RENTS UNCOLLECTED

| | FY 2005 | | | | | | FY 2006 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/04 | 11/04 | 12/04 | 1/05 | 2/05 | 3/05 | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 |
| BEGINNING BALANCE 3/31 | 3,059 | 3,059 | 3,059 | 3,059 | 3,059 | 3,059 | 1,764 | 1,764 | 1,764 | 1,764 | 1,764 | 1,764 | 1,764 | 1,764 | 1,764 |
| CUMULATIVE MONTHLY RENT ROLL | 6,245,783 | 7,143,138 | 8,035,348 | 8,936,098 | 9,832,631 | 10,729,935 | 904,818 | 1,825,119 | 2,750,024 | 3,675,664 | 4,596,776 | 5,518,725 | 6,439,831 | 7,363,277 | 8,293,207 |
| CUMULATIVE NEGATIVE RENTS | 46,651 | 53,249 | 59,839 | 66,438 | 73,795 | 80,622 | 6,843 | 12,739 | 18,639 | 24,724 | 31,379 | 38,000 | 44,060 | 49,562 | 55,078 |
| (A) TOTAL GROSS RENTS | 6,295,493 | 7,199,446 | 8,098,246 | 9,005,595 | 9,909,485 | 10,813,616 | 913,425 | 1,839,622 | 2,770,427 | 3,702,152 | 4,629,919 | 5,558,489 | 6,485,655 | 7,414,603 | 8,350,049 |
| UNCOLLECTED RENT, CURRENT | 2,959 | 5,042 | 3,870 | 2,017 | 2,634 | 1,764 | 2,097 | 3,224 | 4,056 | 3,676 | 2,445 | 2,325 | 4,675 | 2,712 | 4,899 |
| UNCOLLECTED RENT, VACATED | 3,951 | 5,890 | 5,357 | 5,695 | 5,179 | 2,729 | 603 | 449 | 777 | 3,010 | 2,860 | 3,883 | 4,243 | 6,656 | 3,695 |
| CUMULATIVE COLLECTION WRITE-OFFS | 5,259 | 5,259 | 7,365 | 7,365 | 7,365 | 11,179 | 0 | 0 | 2,279 | 2,279 | 2,279 | 3,566 | 3,566 | 3,566 | 6,343 |
| (B) TOTAL UNCOLLECTED RENT | 12,169 | 16,192 | 16,591 | 15,077 | 15,178 | 15,673 | 2,700 | 3,673 | 7,112 | 8,965 | 7,585 | 9,774 | 12,485 | 12,933 | 14,937 |
| PHAS RATIO (B/A) | 0.19% | 0.22% | 0.20% | 0.17% | 0.15% | 0.14% | 0.30% | 0.20% | 0.26% | 0.24% | 0.16% | 0.18% | 0.19% | 0.17% | 0.18% |
| PHAS STANDARD | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% | 2.00% |





## LEASE TERMINATIONS FOR NONPAYMENT OF RENT

| | 10/04 | 11/04 | 12/04 | 1/05 | 2/05 | 3/05 | FY2006 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Termination letters sent | 143 | 145 | 152 | 175 | 127 | 117 | 152 | 179 | 142 | 203 | 163 | 158 | 230 | 167 | 170 |
| Eviction Actions Filed | 6 | 8 | 4 | 5 | 6 | 3 | 4 | 5 | 7 | 7 | 2 | 7 | 7 | 8 | 14 |
| Tenants Evicted - Nonpayment | 1 | 2 | 1 | 2 | 2 | 0 | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 1 | 2 |

Unc-rt05 for mgmt report.xls-VJ

1/17/2006

PHA 016825

## ANNUAL APPLICATIONS FOR CONTINUED OCCUPANCY (ACO's) - FY2006

100% of required ACOs for FY2005 were completed.

|  | Avail. Units | Number of ACO's Performed by Month | | | | | | | | | | | | Year to Date Total* | Year to Date Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 |  |  |
| HI-RISE | 2526 | 206 | 284 | 191 | 153 | 189 | 5 | 355 | 145 | 342 |  |  |  | 1,870 | 74% |
| FAMILY | 1710 | 95 | 321 | 135 | 240 | 122 | 257 | 108 | 114 | 10 |  |  |  | 1,402 | 82% |
| TOTAL* | 4236 | 301 | 605 | 326 | 393 | 311 | 262 | 463 | 259 | 352 |  |  |  | 3,272 | 77% |

\* Total ACO's may exceed total units due to residents moving and transferring during the year.
Some ACO's were still pending at year-end due to resident hospitalizations and other causes.



Percentage of ACO's Completed

## PUBLIC HOUSING LEASE TERMINATIONS FOR CAUSE
(Units vacated during the month due to lease termination by Housing Manager for cause)

|  | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 | Year to Date Total* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Family Units | 2 | 1 | 3 | 4 | 9 | 2 | 10 | 3 | 4 |  |  |  | 38 |
| Hi-Rise Units | 2 | 4 | 4 | 9 | 8 | 7 | 4 | 2 | 4 |  |  |  | 44 |
| Total | 4 | 5 | 7 | 13 | 17 | 9 | 14 | 5 | 8 |  |  |  | 82 |

Total Lease Terminations:
| | |
|---|---|
| FY96 | 31 |
| FY97 | 66 |
| FY98 | 61 |
| FY99 | 42 |
| FY00 | 56 |
| FY01 | 74 |
| FY02 | 68 |
| FY03 | 66 |
| FY04 | 75 |
| FY05 | 72 |

PHA 016826

## PREVENTIVE MAINTENANCE INSPECTIONS - FY2006
### (PHAS UNIT INSPECTIONS)
Maintenance Department

(100% of required FY 2005 inspections were completed)

|  | Units | Number of Inspections Performed by Month | | | | | | | | | | | | Year To Date Total** | Year To Date Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 |  |  |
| FAMILY* | 1710 | 236 | 231 | 233 | 207 | 180 | 176 | 207 | 110 | 138 |  |  |  | 1718 | 100% |
| HI-RISE* | 2548 | 485 | 510 | 546 | 471 | 378 | 132 | 23 | 1 | 2 |  |  |  | 2548 | 100% |
| TOTAL* | 4258 | 721 | 741 | 779 | 678 | 558 | 308 | 230 | 111 | 140 |  |  |  | 4266 | 100% |

** Totals may exceed 100% due to multiple inspections of some units.



Percentage of Preventive Maintenance Inspections Completed



Percentage of Housekeeping Inspections Completed

## HOUSEKEEPING INSPECTIONS - FY2006
Resident Services Department

(100% of required FY 2005 inspections were completed)

|  | Units | Number of Inspections Performed by Month | | | | | | | | | | | | Year To Date Total | Year To Date Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 |  |  |
| FAMILY HOUSING | 1710 | 186 | 264 | 219 | 199 | 245 | 161 | 142 | 73 | 116 |  |  |  | 1605 | 94% |
| HI-RISE | 2548 | 67 | 238 | 247 | 284 | 284 | 256 | 261 | 269 | 244 |  |  |  | 2150 | 84% |
| TOTAL | 4258 | 253 | 502 | 466 | 483 | 529 | 417 | 403 | 342 | 360 |  |  |  | 3755 | 88% |

PHA 016827