## Maintenance Work Orders

| | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Emergency Work Orders** | | | | | | | | | | | | | |
| Carried Forward from Last Month | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | |
| Received this Month | 509 | 483 | 503 | 486 | 562 | 572 | 713 | 582 | 631 | | | | |
| Cancelled/Corrected | 6 | 9 | 6 | 9 | 16 | 15 | 12 | 7 | 7 | | | | |
| Reporting Total | 503 | 474 | 497 | 477 | 546 | 557 | 701 | 575 | 624 | | | | |
| Completed this Month | 503 | 474 | 497 | 477 | 546 | 557 | 701 | 575 | 624 | | | | 4,954 |
| Completed within 24 Hours | 503 | 474 | 497 | 477 | 546 | 557 | 701 | 575 | 624 | | | | 4,954 |
| Percent within 24 Hours (PHAS) | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | | | | 100% |

| | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-Emergency Work Orders** | | | | | | | | | | | | | |
| Carried Over from Last Month | 165 | 310 | 467 | 464 | 361 | 452 | 703 | 484 | 281 | | | | |
| Received this Month | 2664 | 2584 | 2734 | 2493 | 2793 | 2893 | 2311 | 1840 | 1959 | | | | |
| Cancelled/Corrected | 43 | 38 | 57 | 48 | 45 | 80 | 40 | 20 | 28 | | | | |
| Reporting Total | 2786 | 2856 | 3144 | 2909 | 3109 | 3265 | 2974 | 2304 | 2212 | | | | |
| Completed this Month | 2460 | 2372 | 2640 | 2531 | 2612 | 2869 | 2780 | 2191 | 2160 | | | | 22,615 |
| Average Completion Days (PHAS) | 3.21 | 4.67 | 5.44 | 5.37 | 5.10 | 5.54 | 7.88 | 6.30 | 4.17 | | | | 7.95 |

## Maintenance Work Orders - Resident Satisfaction

| | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | 1/06 | 2/06 | 3/06 | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sampled | 34 | 28 | 24 | 26 | 29 | 39 | 35 | 27 | 27 | | | | 269 |
| Dissatisfied | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | | | | 3 |
| Satisfied | 34 | 28 | 24 | 26 | 29 | 39 | 34 | 26 | 26 | | | | 266 |
| Percent Satisfied | 100% | 100% | 100% | 100% | 100% | 100% | 97% | 96% | 96% | | | | 99% |

WORKORDE.XLS

1/9/2006

PHA 016828

# Maintenance Work Orders



Emergency Work Orders Completed within 24 Hours



Non-Emergency Work Orders Average Completion Time

10.

Work Orders Etc.xls-Work Order Graph

1/9/2006

PHA 016829

## Maintenance Department Unit Preparation Data

| Month | Mt. Airy Maintenance | | | McDonough Maintenance | | | Hi-Rise Maintenance | | | Combined Maintenance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Units Readied | Averages Prep Hours | Days | Units Readied | Averages Prep Hours | Days | Units Readied | Averages Prep Hours | Days | Units Readied | Averages Prep Hours | Days |
| April | 6 | 34.04 | 4.83 | 10 | 31.50 | 4.10 | 39 | 21.28 | 6.56 | 55 | 28.94 | 5.16 |
| May | 14 | 24.63 | 4.21 | 11 | 23.61 | 3.91 | 36 | 22.08 | 7.92 | 61 | 23.44 | 5.35 |
| June | 16 | 20.84 | 6.19 | 13 | 23.90 | 3.92 | 35 | 19.61 | 7.86 | 64 | 21.45 | 5.99 |
| July | 11 | 21.86 | 5.45 | 12 | 20.90 | 3.50 | 34 | 21.95 | 5.82 | 57 | 21.57 | 4.92 |
| August | 15 | 23.22 | 4.20 | 21 | 21.69 | 4.10 | 36 | 19.99 | 6.61 | 72 | 21.63 | 4.97 |
| September | 11 | 21.43 | 5.36 | 22 | 22.73 | 3.77 | 39 | 22.36 | 8.90 | 72 | 22.17 | 6.01 |
| October | 14 | 23.00 | 3.86 | 20 | 23.09 | 4.00 | 45 | 24.41 | 14.47 | 79 | 23.50 | 7.44 |
| November | 16 | 22.77 | 5.00 | 16 | 21.66 | 3.19 | 47 | 21.62 | 10.43 | 79 | 22.02 | 6.21 |
| December | 12 | 26.71 | 4.17 | 16 | 23.94 | 2.94 | 34 | 23.46 | 6.18 | 62 | 24.70 | 4.43 |
| January | | | | | | | | | | | | |
| February | | | | | | | | | | | | |
| March | | | | | | | | | | | | |
| Totals/Year to Date | 115 | | | 141 | | | 345 | | | 601 | | |
| Averages/Year to Date | | 23.60 | 4.81 | | 23.28 | 3.72 | | 21.92 | 8.55 | | 23.14 | 5.69 |

11.

Unit Prep/FY06

PHA   016830

## Maintenance Department Unit Preparation Turnaround Time Averages





Work Orders Etc.xls-Unit Prep Graph

1/9/2006

PHA 016831

# Scattered Site Vacant Unit Turnaround

| Month | Scattered Sites | | |
| --- | --- | --- | --- |
| | Units Readied | Averages Prep Hours | Averages Days |
| *April | 5 | 22.80 | 5.40 |
| **May | 3 | 54.42 | 32.00 |
| **June | 6 | 36.17 | 38.83 |
| **July | 10 | 28.88 | 36.30 |
| **August | 5 | 29.60 | 15.80 |
| **September | 8 | 30.53 | 17.88 |
| **October | 6 | 24.29 | 41.50 |
| **November | 4 | 27.63 | 38.25 |
| **December | 5 | 25.25 | 28.60 |
| January | | | |
| February | | | |
| March | | | |
| Totals/Year to Date | 52 | | |
| Averages/Year to Date | | 29.96 | 28.58 |



Scattered Site Vacant Unit Turnaround (by Month, Days)

* These numbers only include Maintenance staff unit prep time.
** These numbers include Maintenance staff unit prep time and mod (major) work. In the future we plan on including re-rental time.

Scatts/FY06

13

PHA 016832