SECTION 8 UTILIZATION - MONTH ENDING 12-31-05

| Budget Utilization | | | UNIT UTILIZATION | HARD TO HOUSE | HARD TO HOUSE-Disabled |
|---|---|---|---|---|---|
| Last Month | 101.6% | | | | |
| FY to Date | 100.4% | | 97.8% | 26 | 41 |

## HOUSING CHOICE VOUCHERS

| | FY UNIT ALLOCATIONS | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR | |
|---|---|---|---|---|---|---|---|---|---|
| a | TOTAL ACC (excl. 100 Disability Vouchers) | | | | | | | | 3884 |
| b | TOTAL UNDER HAP | 23 | 1211 | 1056 | 1118 | 293 | 84 | 17 | 3802 |
| c | TOTAL NOT UNDER HAP | | | | | | | | 82 |
| d | NEW ISSUES from WAITING LIST | 0 | 15 | 13 | 15 | 3 | 2 | 2 | 50 |
| e | SHOPPERS (incl NEW ISSUES) | 3 | 52 | 63 | 76 | 16 | 9 | 2 | 221 |
| f | TENANTS GOING UNDER HAP DUE TO NEW ISSUES | 4 | 9 | 13 | 12 | 5 | 0 | 1 | 44 |
| g | COMPLETE CANCEL OF NEW ISSUES | 0 | 3 | 3 | 0 | 0 | 1 | 0 | 7 |
| h | ALL CANCELED (as of End Of Month) | 2 | 15 | 21 | 16 | 3 | 2 | 0 | 59 |
| i | UNASSIGNED C/Vs | | | | | | | | |

## TENANT-BASED SECTION 8 SHOPPING SUCCESS RATES

| | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR | TOTAL |
|---|---|---|---|---|---|---|---|---|
| NEW VOUCHERS UNDER HAP (e) | 4 | 9 | 13 | 12 | 5 | 0 | 1 | 44 |
| NEW VOUCHERS CANCELED (f) | 0 | 3 | 3 | 0 | 0 | 1 | 0 | 7 |
| SUCCESS RATE (e/f) | 100% | 75% | 81% | 100% | 100% | 0% | 100% | 86% |

| | 0BR | 1-2BR | 2-3BR | 3-4BR | 3-6BR | 1-6BR |
|---|---|---|---|---|---|---|
| NEW VOUCHERS UNDER HAP | 4 | 22 | 25 | 17 | 17 | 44 |
| NEW VOUCHERS CANCELED | 0 | 6 | 3 | 0 | 1 | 7 |
| SUCCESS RATE | | 79% | 89% | 100% | 94% | 86% |

### SEC 8 PORTABILITY

| | |
|---|---|
| SEC 8 PORTS IN PHA ADMINISTERS | 150 |
| SEC 8 PORTS OUT PHA IS BILLED FOR | 341 |

## RAFS

| | 0BR | 1BR | 2BR | 3BR | 4BR | 5BR | 6BR | TOTAL |
|---|---|---|---|---|---|---|---|---|
| TOTAL AUTHORIZED | | | | | | | | 20 |
| TOTAL UNDER HAP | | 0 | 0 | 0 | 0 | 0 | 0 | 13 |

### MARY HALL (Mod Rehab SRO's)

| | 0BR |
|---|---|
| UNDER HAP | 71 |
| EXCLUDES (No payment) | 0 |
| COMPLETE CANCELS | 0 |
| UNASSIGNED | 4 |
| PROOF (UNITS AUTHORIZED) | 75 |

### SPECIAL ALLOCATIONS

| Program Name | ACC | HAP | % |
|---|---|---|---|
| Welfare to Wk | n/a | 25 | n/a |
| Mainstream/DV's | 100 | 92 | 92% |

*WTW funding elimated

Vouchers revert to regular

### PBA - Project-Based Assistance

| | Projects | Units |
|---|---|---|
| Total PBA's Authorized | | 544 |
| PBA's Approved by Board (regular) | 17 | 384 |
| Hollman PBA's Approved by Board | 2 | 25 |
| All PBA Projects/Units Approved by HUD | 16 | 348 |
| All Projects Leasing/ Units Under Lease | 15 | 289 |

PHA 016833

## UTILIZATION OF SECTION 8 HOUSING CHOICE VOUCHERS

| COMBINED | FY98 | FY99 | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | | | | FY2006 | | | | | | | | | YTD AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVG | AVG | AVG | AVG | AVG | 4/02 | 4/03 | 4/04 | 1/05 | 2/05 | 3/05 | 4/05 | 5/05 | 6/05 | 7/05 | 8/05 | 9/05 | 10/05 | 11/05 | 12/05 | |
| TOTAL AUTHORIZED | 3140 | 3332 | 3589 | 3625 | 3679 | 3839 | 3969 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 | 3984 |
| TOTAL UNDER HAP | 3192 | 3220 | 3105 | 3285 | 3657 | 3808 | 3952 | 4021 | 3880 | 3884 | 3892 | 3941 | 3944 | 3919 | 3890 | 3907 | 3927 | 3906 | 3925 | 3894 | 3917 |
| # NOT UNDER HAP | -53 | 112 | 484 | 340 | 21 | 31 | 17 | (37) | 104 | 100 | 92 | 43 | 40 | 65 | 90 | 77 | 57 | 78 | 59 | 90 | 67 |
| VOUCHERS ISSUED | | | | | | 0 | 48 | 0 | 74 | 80 | 77 | 88 | 87 | 82 | 57 | 51 | 39 | 36 | 40 | 50 | 59 |
| UTILIZATION RATE | 102% | 96.7% | 86.5% | 90.6% | 99.7% | 99.2% | 99.6% | 100.9% | 97.3% | 97.0% | 97.6% | 98.9% | 98.9% | 98.3% | 97.6% | 98.1% | 98.7% | 98.1% | 98.6% | 97.8% | 98.3% |
| "SHOPPERS" | | | | | | 261 | 200 | 152 | 221 | 214 | 219 | 214 | 245 | 269 | 256 | 257 | 217 | 221 | 206 | 221 | 234 |
| | | | | | 95% utilization = | 3647 | 3771 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 | 3785 |



COMBINED SECTION 8 UTILIZATION

These are the "shopping success rates" for previous years for households issued vouchers:

| Year | Leased | Cancels | Success Rate |
|---|---|---|---|
| 2005 | 487 | 56 | 90% |
| 2004 | 0 | 3 | — |
| 2003 | 485 | 29 | 94% |
| 2002 | 472 | 93 | 84% |
| 2001 | 935 | 284 | 77% |
| 2000 | 734 | 432 | 63% |
| 1999 | 490 | 246 | 67% |
| 1998 | 511 | 186 | 73% |

The Section 8 waiting list has been closed to new applicants since November 21, 2002.

Because HUD abruptly cut funding for vouchers in 2004, the PHA had to reduce the number of vouchers in use and reduce the cost per voucher. Therefore no new families from the waiting list were issued a voucher and leased up during 2004.

**PHA 016834**

# PHA'S ASSISTED LIVING PROGRAM
## (CHSP - CONGREGATE HOUSING SERVICES PROGRAM)

### PROGRAM ACTIVITY THIS MONTH - BY SITE

| SITES | Full Enrollment Capacity* | Enrollment at End of Month | Available Openings at End of Month | Number Served This Month (Incl. Temps) | Number of New Enrollees In Program | Enrollees Who Exited Program | New Applic's This Month | All Applications in Process | Applic's Waiting for Housing | PAC or PHA Denied Applic's | Applic's Withdrew or Refused Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAVOUX | 30 | 28 | 2 | 28 | 1 | 1 | 0 | 5 | 5 | 0 | 0 |
| VALLEY* | 15 | 17 | -2 | 17 | 0 | 0 | 1 | 1 | 1 | 0 | 0 |
| IOWA | 30 | 30 | 0 | 31 | 1 | 1 | 5 | 7 | 4 | 0 | 1 |
| EDGERTON | 25 | 19 | 6 | 19 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| MONTREAL | 35 | 28 | 7 | 28 | 0 | 1 | 2 | 4 | 4 | 0 | 0 |
| MT AIRY | 15 | 16 | -1 | 16 | 1 | 1 | 1 | 2 | 2 | 0 | 0 |
| ALL SITES* | 150 | 138 | 12 | 139 | 4 | 5 | 10 | 20 | 17 | 1 | 1 |

*Negative numbers for "available openings" mean those sites served additional clients above their "full enrollment" target.

### PROGRAM ACTIVITY HISTORY - ALL SITES

| ALL SITES* | Full Enrollment Capacity* | Enrollment at End of Month | Available Openings at End of Month | Number Served This Month (Incl. Temps) | Number of New Enrollees In Program | Enrollees Who Exited Program | New Applic's This Month | All Applications in Process | Applic's Waiting for Housing | PAC or PHA Denied Applic's | Applic's Withdrew or Refused Offer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April-04 | 150 | 129 | 21 | 132 | 6 | 4 | 8 | 25 | 18 | 0 | 0 |
| May-04 | 150 | 131 | 19 | 135 | 8 | 4 | 7 | 27 | 20 | 1 | 0 |
| June-04 | 150 | 134 | 16 | 138 | 4 | 0 | 4 | 23 | 16 | 0 | 1 |
| July-04 | 150 | 135 | 15 | 137 | 1 | 2 | 5 | 22 | 20 | 0 | 2 |
| August-04 | 150 | 134 | 16 | 137 | 6 | 3 | 5 | 18 | 18 | 0 | 1 |
| September-04 | 150 | 142 | 8 | 144 | 11 | 4 | 5 | 15 | 12 | 0 | 0 |
| October-04 | 150 | 142 | 8 | 147 | 8 | 6 | 2 | 9 | 7 | 0 | 1 |
| November-04 | 150 | 142 | 8 | 144 | 2 | 2 | 3 | 8 | 8 | 0 | 0 |
| December-04 | 150 | 136 | 14 | 145 | 3 | 7 | 5 | 14 | 14 | 0 | 0 |
| January-05 | 150 | 130 | 20 | 134 | 2 | 8 | 7 | 20 | 18 | 0 | 1 |
| February-05 | 150 | 132 | 18 | 134 | 2 | 3 | 5 | 15 | 13 | 4 | 2 |
| March-05 | 150 | 143 | 7 | 147 | 16 | 3 | 10 | 13 | 14 | 0 | 2 |
| April-05 | 150 | 146 | 4 | 146 | 6 | 1 | 6 | 20 | 17 | 1 | 1 |
| May-05 | 150 | 146 | 4 | 149 | 6 | 5 | 10 | 19 | 18 | 2 | 3 |
| June-05 | 150 | 148 | 2 | 154 | 8 | 7 | 9 | 15 | 13 | 0 | 5 |
| July-05 | 150 | 144 | 6 | 146 | 2 | 5 | 6 | 19 | 16 | 0 | 2 |
| August-05 | 150 | 142 | 8 | 147 | 3 | 6 | 5 | 21 | 17 | 0 | 0 |
| September-05 | 150 | 145 | 5 | 151 | 10 | 5 | 10 | 19 | 19 | 1 | 0 |
| October-05 | 150 | 141 | 9 | 146 | 2 | 8 | 5 | 21 | 19 | 0 | 0 |
| November-05 | 150 | 139 | 11 | 143 | 6 | 5 | 10 | 19 | 18 | 2 | 6 |
| December-05 | 150 | 138 | 12 | 139 | 4 | 5 | 10 | 20 | 17 | 1 | 1 |



CHSP ENROLLMENT (MAXIMUM 150*) — Available Openings at End of Month; Enrollment at End of Month (Apr-04 through Dec-05)

* The PHA's contracts with HUD authorize up to 166 CHSP slots, but the budget supports no more than 150.

PHA 016835

# RACE/ETHNICITY OF PUBLIC HOUSING HOUSEHOLDS

12-31-05

4th Quarter Calendar 2005

| FAMILY HOUSING | | White | | Afr-Am | | AmInd | | Asian/PI | | Multiple | | TOTAL | | Hisp | | Non-Hisp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HUD Proj. | Development Name or Address | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| 1-1+ | McDonough Homes | 45 | 8.0% | 245 | 43.5% | 5 | 0.9% | 265 | 47.1% | 3 | 0.5% | 563 | 100.0% | 21 | 3.7% | 542 | 96.3% |
| 1-2 | Roosevelt Homes | 38 | 12.3% | 112 | 36.2% | 1 | 0.3% | 156 | 50.5% | 2 | 0.6% | 309 | 100.0% | 13 | 4.2% | 296 | 95.8% |
| 1-3+ | Mt. Airy Homes | 23 | 7.9% | 132 | 45.2% | 2 | 0.7% | 135 | 46.2% | 0 | 0.0% | 292 | 100.0% | 13 | 4.5% | 279 | 95.5% |
| 1-9 | Dunedin Terrace | 9 | 10.3% | 44 | 50.6% | 3 | 3.4% | 30 | 34.5% | 1 | 1.1% | 87 | 100.0% | 7 | 8.0% | 80 | 92.0% |
| 1-7 | W. Side Duplexes | 4 | 25.0% | 12 | 75.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 16 | 100.0% | 3 | 18.8% | 13 | 81.3% |
| | Subtotal Developments | 119 | 9.4% | 545 | 43.0% | 11 | 0.9% | 586 | 46.3% | 6 | 0.5% | 1,267 | 100.0% | 57 | 4.5% | 1,210 | 95.5% |
| | Scattered Sites + Central Du | 37 | 9.2% | 129 | 31.9% | 3 | 0.7% | 233 | 57.7% | 2 | 0.5% | 404 | 100.0% | 9 | 2.2% | 395 | 97.8% |
| | FAMILY PUBLIC HOUSING | 156 | 9.3% | 674 | 40.3% | 14 | 0.8% | 819 | 49.0% | 8 | 0.5% | 1,671 | 100.0% | 66 | 3.9% | 1,605 | 96.1% |

| HI-RISES | | White | | Afr-Am | | AmInd | | Asian/PI | | Multiple | | TOTAL | | Hisp | | Non-Hisp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HUD Proj. | Development Name or Address | # | % | # | % | # | % | # | % | # | % | # | % | # | % | # | % |
| 1-3A | Mt. Airy Hi-Rise | 42 | 27.8% | 31 | 20.5% | 1 | 0.7% | 77 | 51.0% | 0 | 0.0% | 151 | 100.0% | 4 | 2.6% | 147 | 97.4% |
| 1-5A | Central Hi-Rise | 19 | 14.6% | 77 | 59.2% | 0 | 0.0% | 34 | 26.2% | 0 | 0.0% | 130 | 100.0% | 2 | 1.5% | 128 | 98.5% |
| 1-6 | 261 E. University (Valley) | 54 | 34.8% | 81 | 52.3% | 0 | 0.0% | 19 | 12.3% | 1 | 0.6% | 155 | 100.0% | 4 | 2.6% | 151 | 97.4% |
| 1-7A | Neill (Laurel) Hi-Rise | 65 | 65.0% | 31 | 31.0% | 1 | 1.0% | 3 | 3.0% | 0 | 0.0% | 100 | 100.0% | 1 | 1.0% | 99 | 99.0% |
| 1-9A | Dunedin Hi-Rise | 84 | 60.9% | 45 | 32.6% | 3 | 2.2% | 6 | 4.3% | 0 | 0.0% | 138 | 100.0% | 31 | 22.5% | 107 | 77.5% |
| 1-11 | 899 South Cleveland | 121 | 85.8% | 18 | 12.8% | 1 | 0.7% | 1 | 0.7% | 0 | 0.0% | 141 | 100.0% | 8 | 5.7% | 133 | 94.3% |
| 1-13 | 1743 East Iowa | 128 | 88.9% | 8 | 5.6% | 2 | 1.4% | 6 | 4.2% | 0 | 0.0% | 144 | 100.0% | 7 | 4.9% | 137 | 95.1% |
| 1-14 | 1300 Wilson | 110 | 59.8% | 57 | 31.0% | 3 | 1.6% | 13 | 7.1% | 1 | 0.5% | 184 | 100.0% | 9 | 4.9% | 175 | 95.1% |
| 1-15 | 727 Front | 72 | 49.3% | 66 | 45.2% | 1 | 0.7% | 7 | 4.8% | 0 | 0.0% | 146 | 100.0% | 3 | 2.1% | 143 | 97.9% |
| 1-16 | 280 Ravoux | 126 | 57.8% | 74 | 33.9% | 1 | 0.5% | 16 | 7.3% | 1 | 0.5% | 218 | 100.0% | 9 | 4.1% | 209 | 95.9% |
| 1-17 | 545 Wabasha | 29 | 43.3% | 33 | 49.3% | 2 | 3.0% | 3 | 4.5% | 0 | 0.0% | 67 | 100.0% | 2 | 3.0% | 65 | 97.0% |
| 1-18 | 1085 Montreal | 130 | 72.6% | 42 | 23.5% | 1 | 0.6% | 5 | 2.8% | 1 | 0.6% | 179 | 100.0% | 6 | 3.4% | 173 | 96.6% |
| 1-19 | 10 West Exchange | 123 | 65.4% | 54 | 28.7% | 4 | 2.1% | 7 | 3.7% | 0 | 0.0% | 188 | 100.0% | 8 | 4.3% | 180 | 95.7% |
| 1-24 | 1000 Edgerton | 141 | 66.2% | 52 | 24.4% | 2 | 0.9% | 18 | 8.5% | 0 | 0.0% | 213 | 100.0% | 7 | 3.3% | 206 | 96.7% |
| 1-26 | 777 North Hamline | 129 | 71.7% | 39 | 21.7% | 1 | 0.6% | 10 | 5.6% | 1 | 0.6% | 180 | 100.0% | 2 | 1.1% | 178 | 98.9% |
| 1-27 | 825 Seal | 62 | 44.6% | 53 | 38.1% | 1 | 0.7% | 23 | 16.5% | 0 | 0.0% | 139 | 100.0% | 1 | 0.7% | 138 | 99.3% |
| | HI-RISE TOTALS | 1,435 | 58.0% | 761 | 30.8% | 24 | 1.0% | 248 | 10.0% | 5 | 0.2% | 2,473 | 100.0% | 104 | 4.2% | 2,369 | 95.8% |

ALL UNIT SIZES

17

05Race.xls

PHA 016836

## RACE/ETHNICITY OF PUBLIC HOUSING HOUSEHOLDS

12-31-05

| OCCUPANCY | White | | Afr-Am | | AmInd | | Asian/PI | | Multiple | | TOTAL | | Hisp | | Non-Hisp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMBINED PH & SEC 8 | 3,181 | 39.5% | 3,417 | 42.4% | 136 | 1.7% | 1,304 | 16.2% | 13 | 0.2% | 8,051 | 100.0% | 354 | 4.4% | 7,697 | 95.6% |
| PUBLIC HOUSING | 1,591 | 38.4% | 1,435 | 34.6% | 38 | 0.9% | 1,067 | 13.3% | 13 | 0.3% | 4,144 | 100.0% | 170 | 4.1% | 3,974 | 95.9% |
| SECTION 8 | 1,590 | 40.7% | 1,982 | 50.7% | 98 | 2.5% | 237 | 6.1% | 0 | 0.0% | 3,907 | 100.0% | 184 | 4.7% | 3,723 | 95.3% |

| WAITING LISTS | White | | Afr-Am | | AmInd | | Asian/PI | | Multiple/None | | TOTAL | | Hisp | | Non-Hisp/Blank | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMBINED PH & SEC 8 | 2,172 | 25.1% | 5,031 | 58.1% | 178 | 2.1% | 1,238 | 14.3% | 44 | 0.5% | 8,663 | 100.0% | 418 | 4.8% | 8,245 | 95.2% |
| PUBLIC HOUSING | 1,740 | 24.6% | 4,043 | 57.1% | 139 | 2.0% | 1,145 | 16.2% | 15 | 0.2% | 7,082 | 100.0% | 350 | 4.9% | 6,732 | 95.1% |
| SECTION 8 | 432 | 27.3% | 988 | 62.5% | 39 | 2.5% | 93 | 5.9% | 29 | 1.8% | 1,581 | 100.0% | 68 | 4.3% | 1,513 | 95.7% |

c: JMG;Sr.Staff;N.Semmelroth,C.Toavs,K.Lindgren,P.O'Sullivan,B.Jurewitsch,R.Ander,S.Borndale;Housing Managers;J.MacDonald;Rick Jordan;M.Driscoll



SAINT PAUL PHA'S FAMILY PUBLIC HOUSING RESIDENTS
1975-2005

05Race.xls

PHA  016837