ST. PAUL PHA

19.



**PHA HI-RISES - December 2005**
**Most Residents Are Elderly or Disabled**

☐ OTHER
■ DISABLED <62
▨ ELDERLY

HI-RISE-Age-Disab-1-05.xls-5.%Chart1-FAH

1/12/2006

**PHA 016838**

SAINT PAUL PHA

## HI-RISE POPULATION TRENDS



20.

1/12/2006

**PHA 016839**

## ELDERLY & DISABLED HEADS OF HOUSEHOLDS IN PHA FAMILY HOUSING

| | Total DU's | Other | Other | Head of HH 62+ | Head of HH 62+ | Head of HH <62 & Disab'd | Head of HH <62 & Disab'd | Head of HH 62+ OR Disab'd | Head of HH 62+ OR Disab'd |
|---|---|---|---|---|---|---|---|---|---|
| McDonough | 580 | 353 | 61% | 77 | 13% | 150 | 26% | 227 | 39% |
| Roosevelt | 314 | 176 | 56% | 59 | 19% | 79 | 25% | 138 | 44% |
| Mt Airy | 298 | 202 | 68% | 21 | 7% | 75 | 25% | 96 | 32% |
| Dunedin | 104 | 78 | 75% | 8 | 8% | 18 | 17% | 26 | 25% |
| All Family Developments | 1296 | 809 | 62% | 165 | 13% | 322 | 25% | 487 | 38% |
| Scattered Sites | 414 | 218 | 53% | 32 | 8% | 164 | 40% | 196 | 47% |

21.



ELDERLY & DISABLED HEADS OF HOUSEHOLDS - FAMILY DEVELOPMENTS

Note:  McDonough and Roosevelt Homes have 1-bedroom units which typically house elderly and disabled single persons.

**PHA  016840**

# FAMILY SELF-SUFFICIENCY QUARTERLY ACTIVITY UPDATE REPORT

October 1, 2005 - December 31, 2005

|  | S/8 | PH | TOTAL |
|---|---|---|---|
| **Current Active FSS Clients:** | 91 | 22 | 113 |
| New FSS Contracts Added: | 12 | 2 | 14 |
| FSS Clients Graduated this Quarter: | 2 | 0 | 2 |
| FSS Clients Terminated this Quarter: | 11 | 1 | 12 |
| Current Clients Ported-Out but Not Absorbed: (Receiving HRA has FSS Contract) | 12 | 0 | 12 |
| Revised FSS Program Minimum Size: | 490 | 26 | 516 |
| ACTIVE CLIENTS AT ENDING OF FY05 (March 31, 2005) | 87 | 19 | 106 |
| Total Clients Served FY06: (Counting Non-Absorbed Port-Outs) | 114 | 23 | 137 |
| FSS Clients Who Purchased Homes-to-Date: | 20 | 2 | 22 |

## For HUD SEMAP Purposes

|  | S/8 | PH | TOTAL |
|---|---|---|---|
| Total Clients Served FY06 to Date: (Not counting Non-Absorbed Port-outs) | 102 | 23 | 125 |
| Total Clients Active on 12/31/2005: | 91 | 22 | |
| Active Clients on 12/31/2005 w/Escrow Accounts: | 60 | 13 | |
| %Total Clients on 12/31/2005 w/Escrow Accounts: | 66% | 59% | |

PHA 016841

ST PAUL PHA

# SUMMARY OF PUBLIC HOUSING INCOMES

| December 2005 Data | FAMILY | | HI-RISE | |
|---|---|---|---|---|
| **Average Household Size** | **4.2** | | **1.0** | |
| **Average Income - All HHs** | $ **17,463** | | $ **10,617** | |
| *Twin Cities Median Income* | *$* *77,000* | *(4-person)* | *$* *53,900* | *(1-person)* |
| **Average HH Income as Percent of Median Income** | **23%** | | **20%** | |

| Income by Source | FAMILY | | HI-RISE | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| HH's with Wage Income | 732 | 44% | 517 | 21% |
| Average Income from Wages | $ 20,058 | | $ 13,741 | |
| HH's with SocSec or SSI | 849 | 51% | 1733 | 70% |
| Average Income from SS/SSI | $ 8,863 | | $ 8,793 | |
| HH's with Public Assistance (MFIP, MSA) | 650 | 39% | 272 | 11% |
| Average Income from Public Assistance | $ 4,975 | | $ 1,376 | |
| HH's with Income from Assets | 235 | 14% | 618 | 25% |
| Average Income from Assets | $ 69 | | $ 317 | |
| HH's with Other Income (Child Support, pension, etc) | 397 | 24% | 865 | 35% |
| Average Other Income | $ 2,971 | | $ 2,864 | |
| HH's with Excluded Income (Earned Income Disregard) | 201 | 12% | 98 | 4% |
| Average Excluded Income | $ 8,491 | | $ 8,523 | |

| | FAMILY | | HI-RISE | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| Occupied Units Reported | 1662 | | 2470 | |
| Average Rent Paid | $ 231 | | $ 217 | |
| Average Utility Allowance | $ 104 | | $ - | |
| Average Rent + Utilities | $ 335 | | $ 217 | |
| **Flat Rent Payers** | **189** | **11%** | **295** | **12%** |
| **Households with Zero Income** | **41** | **2%** | **141** | **6%** |

**PHA 016842**

## Unit Refused -Turndown Report for 4th Quarter (October to December) 2005

| Hi Rises | Total Offered | Total Turdowns | Total Housed | % Turndowns |
|----------|--------------|----------------|--------------|-------------|
| Mt. Airy | 9 | 2 | 7 | 22% |
| Central | 10 | 3 | 7 | 30% |
| Valley | 9 | 1 | 8 | 11% |
| Neil | 5 | 0 | 5 | 0% |
| Dunedin | 8 | 2 | 6 | 25% |
| Cleveland | 2 | 0 | 2 | 0% |
| Iowa | 8 | 0 | 8 | 0% |
| Wilson | 9 | 1 | 8 | 11% |
| Front | 16 | 3 | 13 | 19% |
| Ravoux | 9 | 4 | 5 | 44% |
| Wabasha | 7 | 4 | 3 | 57% |
| Montreal | 15 | 9 | 6 | 60% |
| Exchange | 13 | 4 | 9 | 31% |
| Edgerton | 17 | 3 | 14 | 18% |
| Hamline | 17 | 5 | 12 | 29% |
| Seal | 14 | 5 | 9 | 36% |
| **Sub Total** | **168** | **46** | **122** | **27%** |

| Turndown by Reasons | | |
|---------------------|--|--|
| Reasons | # of Turndowns | % of Turndowns |
| Did Not like location | 17 | 18% |
| Did Not like unit | 21 | 22% |
| Found other housing | 2 | 2% |
| Has lease in place | 3 | 3% |
| Has Section 8 | 0 | 0% |
| Need parking space | 2 | 2% |
| Need smaller unit | 1 | 1% |
| **No Longer Eligible | 2 | 2% |
| No longer interested | 4 | 4% |
| No response | 12 | 13% |
| No show to see unit | 4 | 4% |
| Not ready to move | 20 | 21% |
| Wants 1 BR | 6 | 6% |
| Wants unit at another site | 0 | 0% |
| Wants unit on lower floor | 0 | 0% |
| **Total** | **94** | **100%** |

** Due to new criminal or new lease vilation.

| Family Developments | | | | |
|---------------------|--|--|--|--|
| McDonough Homes | 53 | 15 | 38 | 28% |
| Roosevelt Homes | 36 | 8 | 28 | 22% |
| Mt. Airy Homes | 26 | 12 | 14 | 46% |
| Dunedin Terrace | 15 | 4 | 11 | 27% |
| Central Scats.** | 26 | 9 | 17 | 35% |
| **Sub Total** | **156** | **48** | **108** | **31%** |

| Hi Rise + Family | Total Offered | Total Turndowns | Total Housed | % Turndowns |
|------------------|--------------|-----------------|--------------|-------------|
| **Grand Total** | **324** | **94** | **230** | **29%** |

| Turndown by Management Sties | | |
|------------------------------|--|--|
| Management Sites | | # of Turndowns |
| Central Scattered Sites | 12 | 13% |
| Dunedin Mmgt | 6 | 6% |
| Hi Rise Mgmt | 33 | 35% |
| McDonough Homes | 15 | 16% |
| Mt. Airy Mgmts | 14 | 15% |
| Roosevelt Homes | 8 | 9% |
| Valley Mgmt | 6 | 6% |
| **Total Turndown by Management Sites** | | **94** |

**Includes turndowns by transfers from Scats tenant training list.

PHA 016843