PHA Name: Saint Paul Public Housing Agency                     Streamlined Annual Plan for FFY 2008
HA Code: MN001                                                 PHA FY 2009

## 6. Supporting Documents Available for Review for Streamlined Annual PHA Plans

PHAs are to indicate which documents are available for public review by placing a mark in the "Applicable & On Display" column in the appropriate rows. All listed documents must be on display if applicable to the program activities conducted by the PHA.

| List of Supporting Documents Available for Review | | |
|---|---|---|
| **Applicable & On Display** | **Supporting Document** | **Related Plan Component** |
| X | *PHA Certifications of Compliance with the PHA Plans and Related Regulations and Board Resolution to Accompany the Standard Annual, Standard Five-Year, and Streamlined Five-Year/Annual Plans;* | 5 Year and Annual Plans |
| X | *PHA Certifications of Compliance with the PHA Plans and Related Regulations and Board Resolution to Accompany the Streamlined Annual Plan* | Streamlined Annual Plans |
| X | Certification by State or Local Official of PHA Plan Consistency with Consolidated Plan. | 5 Year and standard Annual Plans |
| X | Fair Housing Documentation Supporting Fair Housing Certifications: Records reflecting that the PHA has examined its programs or proposed programs, identified any impediments to fair housing choice in those programs, addressed or is addressing those impediments in a reasonable fashion in view of the resources available, and worked or is working with local jurisdictions to implement any of the jurisdictions' initiatives to affirmatively further fair housing that require the PHA's involvement. | 5 Year and Annual Plans |
| X | Housing Needs Statement of the Consolidated Plan for the jurisdiction(s) in which the PHA is located and any additional backup data to support statement of housing needs for families on the PHA's public housing and Section 8 tenant-based waiting lists. | Annual Plan: Housing Needs |
| X | Most recent board-approved operating budget for the public housing program | Annual Plan: Financial Resources |
| X | Public Housing Admissions and (Continued) Occupancy Policy (A&O/ACOP), which includes the Tenant Selection and Assignment Plan [TSAP] and the Site-Based Waiting List Procedure. | Annual Plan: Eligibility, Selection, and Admissions Policies |
| X | Deconcentration Income Analysis | Annual Plan: Eligibility, Selection, and Admissions Policies |
| X | Any policy governing occupancy of Police Officers and Over-Income Tenants in Public Housing. ☒ Check here if included in the public housing A&O Policy. | Annual Plan: Eligibility, Selection, and Admissions Policies |
| X | Section 8 Administrative Plan | Annual Plan: Eligibility, Selection, and Admissions Policies |
| X | Public housing rent determination policies, including the method for setting public housing flat rents. ☒ Check here if included in the public housing A & O Policy. | Annual Plan: Rent Determination |
| X | Schedule of flat rents offered at each public housing development. ☒ Check here if included in the public housing A & O Policy. | Annual Plan: Rent Determination |
| X | Section 8 rent determination (payment standard) policies (if included in plan, not necessary as a supporting document) and written analysis of Section 8 payment standard policies. ☒ Check here if included in Section 8 Administrative Plan. | Annual Plan: Rent Determination |
| X | Public housing management and maintenance policy documents, including policies for the prevention or eradication of pest infestation (including cockroach infestation). | Annual Plan: Operations and Maintenance |
| X | Results of latest Public Housing Assessment System (PHAS) Assessment (or other applicable assessment). | Annual Plan: Management and Operations |
| Not Applicable | Follow-up Plan to Results of the PHAS Resident Satisfaction Survey (if necessary) | Annual Plan: Operations and Maintenance and Community Service & Self-Sufficiency |

**PHA 017348**

Annual Plan for FFY 2006

**Consolidated Plan jurisdiction:** *Saint Paul, Minnesota*

a. The PHA has taken the following steps to ensure consistency of this PHA Plan with the
Consolidated Plan for the jurisdiction: (select all that apply):

☒　　The PHA has based its statement of needs of families on its waiting list on the
　　　needs expressed in the Consolidated Plan/s.

☒　　The PHA has participated in any consultation process organized and offered by
　　　the Consolidated Plan agency in the development of the Consolidated Plan.

☒　　The PHA has consulted with the Consolidated Plan agency during the
　　　development of this PHA Plan.

☒　　Activities to be undertaken by the PHA in the coming year are consistent with the
　　　initiatives contained in the Consolidated Plan. (list below)
　　　*The PHA will continue to serve primarily both small family and large family*
　　　*renter households with very low incomes (<50% of median) and extremely low*
　　　*incomes (<30% of median), most of whom have high housing cost burdens.*
　　　*Theses groups are among the highest priority housing needs and planned housing*
　　　*activities identified by the City in its Consolidated Plan.*

☐　　Other: (list below)

b. The Consolidated Plan of the jurisdiction supports the PHA Plan with the following
actions and commitments: (describe below)

*The City's 2005 – 2009 Consolidated Plan describes the PHA's programs and housing*
*resources in some detail, (pp.46 – 49, Sec. 91.210 (b))*

*The City's 2005 - 2009 Consolidated Plan includes the following statement under*
*§91.220(f) Other Actions: "Saint Paul will continue to work closely with Ramsey*
*County...and the Saint Paul Public Housing Agency (the administrator of public housing*
*and vouchers in Saint Paul) in 2005 " (p.155)*

*"The preservation of existing publicly-assisted affordable housing is a key strategy of the*
*Housing Plan. During the five-year period of the Consolidated Plan, the preservation*
*and stabilization of existing affordable housing will be an important activity" (p.49)*

**(4)  (Reserved)**
Use this section to provide any additional information requested by HUD.

## 10.  Project-Based Voucher Program

form **HUD-50075-SF** (04/30/2003)

**PHA 017394**

COMPREHENSIVE GRANT PROGRAM

# COMPREHENSIVE PLAN AND ANNUAL STATEMENT

1999 (708) Budget Application


SUBMITTED BY THE PUBLIC HOUSING AGENCY OF
THE CITY OF SAINT PAUL, MINNESOTA
480 CEDAR STREET
SUITE 600
SAINT PAUL, MINNESOTA 55101


FOR:
MN46POO1-708 (1999), MN46P001-709 (2000), MN46P001-710 (2001), MN46P001-711 (2002),
MN46P001-712 (2003)
December 16, 1998

Exhibit 10a

PHA 017505

COMPREHENSIVE GRANT PROGRAM
# COMPREHENSIVE PLAN AND ANNUAL STATEMENT
1999 (708) Budget Application

INDEX:                                                                           TAB
COMPREHENSIVE PLAN

A.   EXECUTIVE SUMMARY
     1.   SUMMARY OF PRELIMINARY ESTIMATED COSTS............................A
     2.   STRATEGY STATEMENT ...................................................B
     3.   STATEMENT ON DEVELOPMENTS WITH COMPREHENSIVE
          GRANT PROGRAM MODERNIZATION IN PROGRESS ......................C
          a.   1996, 1997 & 1998 (Phases 705, 706 & 707)
               Comprehensive Grant Program Annual Statement
               Performance and Evaluation Reports, Part I: Summary;
               Part II: Supporting Pages, & Part III: Implementation
               Schedules
     4.   DESCRIPTION OF RESIDENT PARTNERSHIP PROCESS
          AND SUMMARY OF GENERAL ISSUES...............................D
          a.   Resident Comments from Public Hearings and
               Resident Council Meetings Where Comprehensive
               Grant Program Funding and Work Items Were
               Discussed (with PHA comments)
          b.   PHA Staff Meeting Comments Regarding Comprehensive
               Grant Program Funding and Work Items
B.   SAINT PAUL PHA DATA SHEET ....................................................E
C.   PHYSICAL NEEDS ASSESSMENT MANAGEMENT NEEDS
     ASSESSMENT/FIVE YEAR ACTION PLAN ....................................F
D.   LOCAL GOVERNMENT STATEMENT (to follow under separate cover)
E.   PHA BOARD RESOLUTION ........................................................G
F.   1999 ANNUAL STATEMENT
     1.   ANNUAL STATEMENT, Part I: Summary, Part II: Supporting
          Pages, & Part III: Implementation Schedule ...........................H
     2.   CERTIFICATION OF A DRUG FREE WORKPLACE ...........................I
     3.   CERTIFICATION FOR CONTRACTS, GRANTS, LOANS AND
          COOPERATIVE AGREEMENTS............................................I
     4.   DISCLOSURE OF LOBBYING ACTIVITIES..........................................I

FOR:
MN46POO1-708 (1999), MN46P001-709 (2000), MN46P001-710 (2001), MN46P001-711
(2002), MN46P001-712 (2003)
December 16, 1998

PHA  017506

COMPREHENSIVE GRANT PROGRAM
# EXECUTIVE SUMMARY:
SUMMARY OF PRELIMINARY ESTIMATED COSTS/FIVE YEAR
FUNDING SUMMARY

FOR:
MN46POO1-708 (1999), MN46P001-709 (2000), MN46P001-710 (2001), MN46P001-711
(2002), MN46P001-712 (2003)
December 16, 1998

PHA 017507

**Executive Summary**
**of Preliminary Estimated Costs**
**Physical and Management Needs**
**Comprehensive Grant Program (CGP)**

U.S. Department of Housing
and Urban Development
Office of Public and Indian Housing

OMB Approval No. 2577-0157 (Exp. 7/31/96)

... me

**Federal Fiscal Year**
1999

ST. PAUL PUBLIC HOUSING AGENCY

| Development Number/ Name | Total Current Units | Total Preliminary Estimated Hard Cost | Per Unit Hard Cost | Long-Term Viability (Y/N) | Percentage of Vacant Units |
|---|---|---|---|---|---|
| MN46-P001-000/CENTRAL ADMINISTR | 0 | 582000.00 | 0.00 | Y | 0.00% |
| MN46-P001-001/MCDONOUGH HOMES | 484 | 26385000.00 | 54514.46 | Y | 1.03% |
| MN46-P001-002/ROOSEVELT HOMES | 314 | 13091400.00 | 41692.35 | Y | 2.54% |
| MN46-P001-003/MT AIRY HOMES | 272 | 335000.00 | 1231.61 | Y | 1.47% |
| MN46-P001-003A/MT AIRY HI-RISE | 153 | 150000.00 | 980.39 | Y | 1.30% |
| MN46-P001-004/MC DONOUGH HOMES | 42 | 116325.00 | 2769.64 | Y | 0.00% |
| MN46-P001-005/CENTRAL DUPLEXES | 42 | 1122500.00 | 26726.19 | Y | 0.00% |
| MN46-P001-005A/CENTRAL HI-RISE | 144 | 956000.00 | 6638.88 | Y | 0.69% |
| MN46-P001-006/VALLEY HI-RISE | 158 | 30000.00 | 189.87 | Y | 0.00% |
| MN46-P001-007/CURTICE LIVINGSTO | 16 | 100000.00 | 6250.00 | Y | 0.00% |
| MN46-P001-007A/NEILL HI-RISE | 103 | 120000.00 | 1165.04 | Y | 1.94% |
| MN46-P001-008A/MCDONOUGH HOMES | 54 | 84150.00 | 1558.33 | Y | 0.00% |
| MN46-P001-008B/MT AIRY HOMES 1S | 22 | 190700.00 | 8668.18 | Y | 0.00% |
| MN46-P001-009/DUNEDIN TERRACE | 88 | 492000.00 | 5590.90 | Y | 3.40% |
| MN46-P001-009A/DUNEDIN TERRACE | 145 | 689600.00 | 4755.86 | Y | 0.68% |
| MN46-P001-010/MT AIRY REHABS | 4 | 0.00 | 0.00 | Y | 25.00% |
| MN46-P001-011/CLEVELAND HI-RISE | 144 | 80000.00 | 555.55 | Y | 0.00% |
| MN46-P001-013/IOWA HI-RISE | 148 | 588000.00 | 3972.97 | Y | 0.00% |
| MN46-P001-014/WILSON HI-RISE | 187 | 505000.00 | 2700.53 | Y | 0.00% |
| MN46-P001-015/FRONT STREET HI-R | 151 | 565200.00 | 3743.04 | Y | 1.32% |
| P001-016/RAVOUX HI-RISE | 221 | 486000.00 | 2199.09 | Y | 0.00% |
| ...6-P001-017/WABASHA HI-RISE | 71 | 743000.00 | 10464.78 | Y | 0.00% |
| MN46-P001-018/MONTREAL HI-RISE | 187 | 62180.00 | 332.51 | Y | 2.67% |
| MN46-P001-019/EXCHANGE HI-RISE | 194 | 1099400.00 | 5667.01 | Y | 0.51% |
| MN46-P001-020/SCATTERED SITES 0 | 18 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-022/SCATTERED SITES 0 | 16 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-023/SCATTERED SITES 0 | 26 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-024/EDGERTON HI-RISE | 220 | 2030000.00 | 9227.27 | Y | 0.90% |
| MN46-P001-026/HAMLINE HI-RISE | 186 | 1567000.00 | 8424.73 | Y | 0.00% |
| MN46-P001-027/SEAL HI-RISE | 144 | 768000.00 | 5333.33 | Y | 0.00% |
| MN46-P001-029/SCATTERED SITES 0 | 67 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-030/SCATTERED SITES 0 | 25 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-031/SCATTERED SITES 0 | 75 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-032/SCATTERED SITES 0 | 26 | 0.00 | 0.00 | Y | 0.00% |

| | |
|---|---|
| Total Preliminary Estimated Hard Cost for Physical Needs | $ |
| Total Preliminary Estimated Cost for HA-Wide Management Needs | $ |
| Total Preliminary Estimated Cost for HA-Wide Nondwelling Structures and Equipment | $ |
| Total Preliminary Estimated Cost for HA-Wide Administration | $ |
| Total Preliminary Estimated Cost for HA-Wide Other | $ |
| Grand Total of HA Needs | $ |

...re of Executive Director

Date
12/08/98

This form reproduced by Memory Lane Systems emPHAsys Software

form HUD-52831 (10/96)
ref Handbook 7485.3

PHA 017508

# Executive Summary of Preliminary Estimated Costs
## Physical and Management Needs
### Comprehensive Grant Program (CGP)

U.S. Department of Housing
and Urban Development
Office of Public and Indian Housing

OMB Approval No. 2577-0157 (Exp. 7/31/98)

| ...ame | | Federal Fiscal Year |
|---|---|---|
| ... PAUL PUBLIC HOUSING AGENCY | | 1999 |

| Development Number/ Name | Total Current Units | Total Preliminary Estimated Hard Cost | Per Unit Hard Cost | Long-Term Viability (Y/N) | Percentage of Vacant Units |
|---|---|---|---|---|---|
| MN46-P001-033/SCATTERED SITES 0 | 45 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-034/SCATTERED SITES 0 | 50 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-035/SCATTERED SITES 0 | 16 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-037/SCATTERED SITES 0 | 25 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-038/SCATTERED SITES 0 | 35 | 0.00 | 0.00 | Y | 0.00% |
| MN46-P001-039/MT AIRY HOMES REP | 1 | 0.00 | 0.00 | Y | 100.00% |
| MN46-P001-____/HA WIDE | 0 | 2,045,000.00 | 0.00 | Y | 0.00% |

| | |
|---|---|
| Total Preliminary Estimated Hard Cost for Physical Needs | $ 54,983,455.00 |
| Total Preliminary Estimated Cost for HA-Wide Management Needs | $ 2,133,500.00 |
| Total Preliminary Estimated Cost for HA-Wide Nondwelling Structures and Equipment | $ 7,971,000.00 |
| Total Preliminary Estimated Cost for HA-Wide Administration | $ 2,426,500.00 |
| Total Preliminary Estimated Cost for HA-Wide Other | $ 1,554,900.00 |
| Grand Total of HA Needs | $ 69,069,355.00 |

...ire of Executive Director

Date 12/08/98

PHA 017509

COMPREHENSIVE GRANT PROGRAM
# EXECUTIVE SUMMARY:
STRATEGY STATEMENT

FOR:
MN46POO1-708 (1999), MN46P001-709 (2000), MN46P001-710 (2001), MN46P001-711
(2002), MN46P001-712 (2003)
December 16, 1998

PHA 017510

> *The Public Housing Agency
> of the City of Saint Paul
> Comprehensive Grant Program
> Strategy Statement*

99cgstra.doc (dal/c)

The Public Housing Agency of the City of Saint Paul is pleased to submit its eighth annual budget application for Comprehensive Grant Program (CGP) funding. This budget application is for the 1999 federal year (Phase 708). The Public Housing Agency is submitting a one-year application in lieu of the optional two year application.

The PHA received $7,529,514 of funding under the 1992 Phase 701 Comprehensive Grant Program in November of 1992. The PHA received $8,818,532 of funding under the 1993 Phase 702 CGP in June of 1993 and $10,026,329 of funding under the 1994 Phase 703 CGP in May of 1994. In March of 1995 the PHA received $10,950,855 of 1995 Phase 704 CGP funding. In July of 1995 the President signed the CGP rescission bill and in August HUD reduced the amount of our 1995 Phase 704 CGP funding to $8,915,647. In October of 1995 the PHA executed a Grant Amendment which provided a $2,035,208 loan from the CGP Emergency Reserve to replace the amount of funding lost to the 1995 CGP rescission. The PHA received this loan because the PHA had already fully obligated the entire $10,950,855 of funding. The PHA originally agreed to repay this loan by reducing the amount of our annual CGP funding allocation over the next four years.

On February 2, 1996 the PHA wrote to HUD asking permission to skip the 1996 payment on the $2,035,208 loan and agreed to repay the loan in four payments which would be deducted from our FFY97, 98, 99 and 00 Comprehensive Grant Program allocations. We made this request due to our need to have the higher level of funding to complete all of the modernization work which was in the planning and bidding process. HUD

approved this request and gave the PHA a FFY96 CGP allocation of $8,141,041 which became available for our use in August of 1996. Our adjusted FFY97 CGP allocation of $7,836,207, which became available for our use in May of 1997, reflected the first reduction of $508,802 for the repayment of the FFY95 loan. Our adjusted FFY98 CGP allocation of $8,372,321, which became available for our use in July of 1998, reflected the second reduction of $508,802 for the repayment of the FFY95 loan.

The PHA generated this FFY99 CGP application based on our belief that we will receive an amount equal to our FFY98 CGP allocation. Based on this assumption we have generated this proposed CGP budget and Five Year Action Plan to fit a FFY99 CGP allocation of $8,372,321 ($8,881,123 less $508,802)

Information about the PHA's progress in implementing and expending our 1996, 97 and 1998 GGP funds is included in the Annual Statement/Performance and Evaluation Reports for Phases 705, 706 and 707 dated December 16, 1998 which are included at Tab C. All CGP programs prior to 1996 have been fully expended and closed out.

The PHA has obligated and expended the above referenced Comprehensive Grant Program funding as follows:

1996 (Phase 705)
> 100% Obligated as of 5/20/98 which was well ahead of the 9/30/98 ACC plus 24 months goal date. 94.42% Expended as of 12/9/98. The PHA should have no trouble fully expending these funds before the 9/30/99 ACC plus 36 months goal date. The ACC date (date the Annual Contributions Contract was signed) was 8/8/96. 9/30/99 represents the end of the federal quarter following the ACC plus 36 months date of 8/8/99.

1

PHA 017511

Budget Revision No. 8 to the 96 CGP Phase 705 dated December 16, 1998 is being submitted to HUD with this application and is included in this application.

1997 (Phase 706)

100% Obligated as of 12/16/98. These funds were obligated in advance of the 12/31/98 goal date for obligating these funds within 18 months of the ACC date. 52.51% Expended as of 12/9/98. The PHA will have no trouble fully expending these funds before the 6/30/00 goal date. 6/30/00 represents the end of the federal quarter following the ACC date (5/1/97) plus 36 months. Budget Revision No. 5 to the 97 CGP Phase 706 dated December 16, 1998 is being submitted to HUD with this application and is included in this application.

1998 (Phase 707)

70.65% Obligated as of 12/16/98. The PHA should have no trouble fully obligating these funds in advance of the 3/30/00 goal date of ACC (7/6/98) plus 18 months. The 3/30/00 goal date is the end of the federal quarter following the 7/6/98 ACC date plus 18 months. 4.70% expended as of 12/9/98. The PHA should have no trouble fully expending these funds prior to the 9/30/01 goal date of ACC plus 36 months. Budget Revision No. 1 to the 98 CGP Phase 707 dated December 16, 1998 is being submitted to HUD with this application and is included in this application.

This 1999 Comprehensive Grant Program Five Year Action Plan and application was developed using $8,372,321 as our CGP funding amount for each of the next two loan repayment years of 1999 and 2000. We used the full $8,881,123 for each of the

subsequent years of 2001, 2002 and 2003. The PHA has not to date received a final funding amount for our 1999 Comprehensive Grant Phase 708 program. When the final funding amount for 1999 is received, this application will be revised to match same and resubmitted to HUD for approval. This Comp. Grant Program application is being submitted prior to HUD's determination of our actual 1999 funding allocation to expedite HUD approval and PHA access to the 1999 funds. HUD has indicated that the PHA's 1999 CGP funds will be made available in June or July of 1999.

The Five Year Comprehensive Grant Program Action Plan projects PHA Comprehensive Grant Program fund utilization for 1999 (Phase 708), 2000 (Phase 709), 2001 (Phase 710), 2002 (Phase 711), and 2003 (Phase 712). As discussed above the PHA has based its planning on the assumption that its 1999 through 2003 Comp. Grant Program funding will remain constant at the $8,372,321 and $8,881,123 levels.

The PHA held staff meetings with Senior Staff, Technical Services, Operation and Finance, Resident Services and Maintenance supervisory personnel to update our previous lists of work items which are included in this funding utilization plan. Minutes from these staff meetings are included in Section 4b at Tab D of this application.

The work items identified through these staff meetings were then reviewed with each of the PHA Resident Councils, and a draft funding plan was generated based on both staff and resident input and priorities. Several draft budget plans were prepared and discussed with both staff and residents. The last draft of the budget plan was then posted in all PHA offices, sent to all PHA Resident Council Presidents and discussed at each of the three Public Hearings. The first Public Hearing was held at the McDonough Community Center at 6:30 pm on December

2

PHA 017512

2, the second Public Hearing was held at the Mt. Airy Hi-Rise at 2:00 pm on December 3 and the third Public Hearing was held at the Ravoux Hi-Rise at 6:30 pm on December 3, 1998. Each PHA resident received an invitation with their rent statement to attend any of these three Public Hearings. Resident comments, (and PHA responses), from the PHA Resident Council Meetings and Public Hearings are included in section 4a of Tab D of this application. The final budget action plan contained in this application responds to many of the comments received at the Public Hearings.

This funding application has identified in excess of $69,000,000 of work which needs to be accomplished by the PHA within the next five years to maintain our ability to provide safe, decent and sanitary housing for our residents. We hope that HUD and Congress will continue to fund the Comprehensive Grant Program at the FFY98 funding level which is significantly less than the FFY95 peak funding amount. PHA staff have worked with residents to adjust expectations to the lower FFY98 funding level and hope that we will not have to adjust to yet another lower funding level in the future.

The PHA has developed procedures for resident participation in the development, review and prioritization of the PHA's funding plan for improvements. The PHA's residents have participated in the modifications and additions to our Phase 705, 706 and 707 Comp. Grant Budgets which have been necessary as we make adjustments to match planned funding amounts to the actual work item costs. In addition, the PHA's residents have been integrally involved in the planning and accomplishment of all modernization work within their development or hi-rise.

The PHA would like to continue our policy of completing repairs and modernization work in a comprehensive manner at a limited number of developments, rather than accomplishing partial improvement work at many developments. Due to the decreased CGP funding levels however, we are going to have to increasingly deviate from this policy and accomplish partial work on the most urgently needed items while delaying the less urgently needed work items that normally would have been accomplished during a comprehensive modernization. The PHA has responded to identified work items at all PHA properties within this five year application and will proceed to accomplish the listed work which sometimes consists of quite small work items. The PHA will allocate funding, as necessary, to handle emergency or high priority needs which may develop within the span of this Five Year Action Plan after resident participation in the revision of priorities.

***The PHA's Five Year Action Plan goals are as follows:***

I.  **To continue work to accomplish all legally required work such as:** *(Note: The information below does not include the work which the PHA will accomplish utilizing PHA Non Routine Operating Funds. Information about the PHA's plans to utilize non routine operating budget funds are available upon request and will be submitted to HUD with the PHA's Operating Budget.*

1.  ***Compliance with Handicapped Accessibility requirements*** contained in Section 504 of the Rehabilitation Act of 1973. The PHA has completed all required public area handicapped accessibility modifications and has been responding to all individual resident requests for handicapped modification in their apartments with Phase 705, 706 and 707 Comp. Grant funds. The PHA will continue to fund individual resident handicapped modification requests utilizing a PHA wide funding line item in each of the five years contained in this plan.

In addition, the PHA will make handicapped accessibility modifications to 5% of the existing apartments in a hi-rise or development when large scale building modernization is being accomplished if it is economically feasible to do so. The PHA recently created 9 handicapped accessible apartments at the Mt. Airy Hi-Rise, 11 handicapped accessible units at the Ravoux Hi-Rise, 9 handicapped family units at the Mt. Airy family homes site and 10 handicapped accessible units during the modernization of the Montreal Hi-Rise. The PHA has awarded contracts to convert 5% of the dwelling units at the Cleveland Hi-Rise to be fully handicapped accessible and to convert 5% of the dwelling units at the Edgerton Hi-Rise to be fully handicapped accessible in 1999. In addition the PHA will make every effort to convert 5% of the units at the Roosevelt Homes site to be handicapped accessible during the upcoming 4 phased modernization.

Handicapped modification work consists of:

a. Site modifications to provide curbcuts, handicapped parking facilities, etc.

b. The development of an agency-wide fund for the accomplishment, upon resident request, of dwelling unit modifications for handicapped accessibility. The PHA will handle requests for dwelling unit modifications for the hearing and visually impaired on an as-needed basis for current residents, utilizing the agency-wide handicapped accessibility fund.

c. Non dwelling unit modifications, including the modification of building entries and public areas to allow access by the handicapped, have been completed. Work to modify elevator controls was accomplished with elevator modernization at the Wilson and Montreal Hi-Rises and has been completed at all PHA buildings except the Wabasha, Hamline and Seal Hi-Rises. Funding for the elevator modernization at Wabasha, Hamline and Seal is included in this five year funding period.

2. *Fire alarm system modifications and installation of public area and apartment area sprinklers at PHA Hi-Rises.*

The PHA had extensive negotiations with the Saint Paul Fire Marshal and has come to an agreement that the PHA will sprinkle our 14, (2 of our elderly buildings do not exceed 75 feet in height), hi-rises over the next 5 or 6 years. Funding for the sprinkling and replacement of the fire alarm system at the Exchange Hi-Rise is included in our FFY99 CGP application. The first two buildings which the Fire Department selected to have sprinkled are the Seal and Valley Hi-Rises. The sprinkling of these two buildings is now under contract. The PHA has also awarded contracts to install fire suppression sprinklers and new fire alarm systems at the Mt. Airy, Montreal, Cleveland and Edgerton Hi-Rises. Sprinkling of the Cleveland and Edgerton Hi-Rises is included in the scope of work for the modernization of each building. The sprinkling of the other PHA hi-rises show up within this five year action

4

PHA   017514

plan. The Fire Marshal and Saint Paul Fire Department have been made aware that our commitment to sprinkle our hi-rises is contingent upon continued funding at our current FFY98 CGP level.

3. *The PHA has completed all required lead based paint testing utilizing Phase 701, 702 and 703 funds.* The PHA abated the existing lead based paint at the Mt. Airy Family units during the Family unit Modernization work which was completed in 1997. Lead based paint abatement at Roosevelt Homes has been incorporated into the upcoming 4 phase modernization work which began in the fall of 1998. This five year funding plan provides for the abatement of the lead based paint at the PHA's scattered site homes in Developments MN 1-23, 29, 30, 31, 33, 34 and 35 during preparation for re-rental. Homes with small children that have surfaces containing lead paint within reach of the children will be the highest priority for abatement. The PHA has also budgeted funds for the completion of needed work on a site specific basis for each of the MN 1-23, 30, 31, 33, 34 and 35 developments. These funds will provide for new driveways, roofs, furnaces, windows and other work which may not be able to wait until comprehensive modernization work is started at a particular house.

The PHA received special funding from HUD and has completed a Lead Based Paint Risk Assessment. The results of this assessment will be reviewed and necessary work incorporated in the above noted scattered site lead based paint abatement. Funding has been provided in this budget application for the cleaning of lead dust and other work which was suggested by the Risk Assessment.

II. *To provide funding to accomplish comprehensive modernization work at selected sites such as:*

1. *Comprehensive Modernization of the family units and site at Mt. Airy*

The fourth and final phase of the Modernization of the Mt. Airy Family units was completed in 1997. Additional FFY96 and FFY97 funds were provided for the replacement of apartment ranges, and installation of new playgrounds. The FFY99 application will provide limited funding to correct problems which have developed with rock faced concrete block as we negotiate with the block supplier.

Master Planning funds for the modernization of the Mt. Airy family units was provided under our 1990 CIAP budget, and initial architectural/engineering funding was provided under our 1991 CIAP budget. The PHA contracted for the completion of Phase I of the modernization work utilizing 1992 Phase 701 and 1993 702 CGP funds. Phase II of the modernization work was completed utilizing 1994 Phase 703 CGP funds. Phase III and the final Phase IV of the work were completed utilizing 1995 Phase 704 CGP funds. The installation of the ranges and playground equipment referenced above completed the comprehensive modernization of the MN 1-3 Mt. Airy Family Units.

5

PHA 017515

2. *Comprehensive Modernization at the Montreal Hi-Rise*

The PHA divided the modernization work at the Montreal Hi-Rise into two phases. The first phase was completed utilizing 1995 Phase 704 funds and included the modernization of the non handicapped apartments and replacement of shower valves. Architectural services which were funded out of the PHA Discretionary Fund were completed and provided the construction documents for the modernization of the non dwelling areas and the creation of 10 handicapped dwelling units as phase 2 of the work.. The modernization of the non dwelling unit areas was recently completed utilizing 1996 Phase 705 funds and included adding onto the community room, modernizing the current community room and other first floor spaces, moving the Caretaker's apartment to the second floor, modernizing the building corridors and upgrading the laundry.

3. *Comprehensive Modernization of the Roosevelt Homes Site*

The PHA will utilize FFY97, 98, 99, 00, 01 and 02 CGP funding to modernize each of the 314 family units at the Roosevelt Homes site. The scope of work will be very similar to that recently completed at the Mt. Airy Family Homes site. Phase I of the work for modernization of the first 48 rowhouse type units has been awarded and the work is progressing. The PHA hired an architect who proceeded with the design development and prototype construction work which was

incorporated into the final construction documents for Phase I of the work. The PHA is estimating that approximately $12,500,000 will be spent to modernize the 244 townhome style family units and that approximately $1,250,000 will be spent to modernize the 70 one bedroom apartments in the three story walk up buildings.

4. *Comprehensive Modernization of the McDonough Homes Site*

The PHA plans to accomplish the modernization of the 484 townhouse style family units at the McDonough Homes site in eight or nine phases spanning from 2001 through approximately 2009. Projected funding for architectural / engineering fees in FFY2000 for this work and the first 3 of the modernization phases in FFY01,02, and 03 are shown on the five year action plan. The PHA is anticipating that the scope of the modernization work will be similar to that accomplished at Mt. Airy. The total cost to modernize all of the 484 dwelling units at $50,000 per apartment is anticipated to be $24,000,000.

5. *Modernization of the Cleveland Hi-Rise*

The PHA hired an architectural / engineering team using FFY97 CGP funds to develop construction documents for the planned $1.587 million modernization of Cleveland Hi-Rise in 1998. The construction work was awarded in October of 1998. Work is now starting utilizing FFY98 CGP funds. The scope of work includes; installation of sprinklers and replacement of

6

PHA 017516

the fire alarm system, reconfiguration and remodeling of the first floor community room space, the creation of 7 fully accessible handicapped dwelling units, miscellaneous site improvements and the accomplishment of work in each of the 137 non handicapped units which includes replacement of kitchen counter-tops, addition of new kitchen cabinetry, replacement of closet doors, repair of under window shelving, shower improvements, etc.

6. *Modernization of the Edgerton Hi-Rise.*

The PHA hired an architectural / engineering firm to develop construction documents for the two phases of planned modernization work. The first phase has been awarded at a cost of $1.4 million and includes a small addition to the community room for a new kitchen and meeting room, the remodeling and reconfiguration of the existing community room and adjacent offices, the installation of full building sprinkling, revisions to the building entry and the correction of plumbing problems. The second phase of the modernization work will cost $1.1 million will include site improvements, building corridor improvements, the creation of 11 fully handicapped accessible dwelling units and miscellaneous improvements to each of the apartments including installing new kitchen counters and sinks, replacing closet doors, and shower improvements. In addition another separate contract will be let for improvements to the buildings exterior totaling approximately $580,000. The

exterior envelope work will be bid in the spring of 99 for spring/summer /early fall construction.

III.    *To continue computer system replacement, Resident Initiatives Programs, and other Management Improvements originally started in prior Comp Grant or CIAP phases. Funded items in years one through five consist of:*

A1.    PHA staff training on the PHA's new business system computer software program which is being provided by Memory Lane Systems Inc. Phase I of the implementation of the Memory Lane software systems has been completed and Phase II is expected to be completed in 1999. Continued PHA staff training on this new system and other computerized systems will be needed throughout this five year funding period. The hardware and software systems were purchased utilizing 1992, 1993, 1994 and 1995 Comprehensive Grant Program funds.

A2    Installation of modems in PHA hi-rises where PHA Resident Services staff office. The PHA plans to install modems to allow PHA staff to access centralized MLS data when working with residents on site. The accomplishment of this work will be funded by 1998 and 99 CGP Phase 707/708 and later funding.

A3    Memory Lane Systems software systems enhancements. As PHA staff implement and start using the new MLS

7

PHA 017517

software systems it is becoming clear that certain enhancements to the software will be necessary to meet their needs. The 1999 CGP will provide funding for these necessary enhancements.

A4.   The PHA budgeted 1999 Phase 708 funds for necessary security improvements and the occasional hiring of guard services on an as-needed basis.

A5.   The continuation of the PHA's Resident Initiatives Program by funding:
1. Resident Initiatives staff salaries.
2. Resident Initiatives staff benefit costs.
3. Resident Initiatives staff training.
4. Resident training and leadership capacity building.
5. Resident employment and business development assistance through:
   a. Continuation of the security training program.
   b. Continuation of the janitorial training program.
   c. Provision of funds to cover resident training and employment costs.
   d. Youth employment programs.

IV. *To continue to provide additionally needed space and facilities for community programs.*

1. The PHA completed modernization of our Roosevelt Homes Community Center in 1993, our Mt. Airy Community Center in 1994 and our McDonough Community Center in 1998 utilizing CGP funding. The PHA used 1996 Phase 705 CGP funds for the construction work to complete the modernization of the McDonough Community Center which was completed in February of 1998. This CGP funding was combined with the PHA's 1995 Youth Development Initiatives under the Family Investment Center program $1,000,000. grant and our $1,000,000 grant under the Family Investment Centers program to create a model Youth Development/Family Investment/Community Center at McDonough Homes. Additional funding was provided in the 1997 CGP for exterior and interior playground equipment for the new McDonough Community Center, additional contingency funding for the Community Center construction work, and provision of cabling, phone, and security systems for the community center. The 1997 CGP also provided funding for the office equipment and furniture for the new Resident Services office space and other furnishings for the new
- McDonough Community Center.

2. The PHA budgeted architectural/engineering and construction costs in the 1996 Phase 705 CGP for the construction of a new Dunedin Family Community Center at our Dunedin Terrace site. Construction of the new Family Community Center in a wing of the

8

hi-rise is now complete and the space is being fully utilized.

*V.*  *To check galvanized water piping in all properties for scaling and corrosion and replace problem piping.*

    1. The PHA has discovered that there are significant amounts of scaling and corrosion within the galvanized water piping at several PHA properties including:
       a. McDonough Homes family units
       b. Roosevelt Homes family units
       c. Cleveland Hi-Rise
       d. Wilson Hi-Rise
       e. Front Hi-Rise
       f. Ravoux Hi-Rise
       g. Wabasha Hi-Rise
       h Montreal Hi-Rise
       i. Edgerton Hi-Rise.

The PHA began introducing polyphosphates into the water at the Ravoux and Montreal Hi-Rises in 1996 to determine if this is an effective means of removing the scaling and corrosion and restoring water flow and pressure. The PHA has determined that this process is not effective and has discontinued the introduction of the polyphosphates. All of the family unit piping at the Mt. Airy sites was replaced during modernization. The PHA is currently replacing all of the apartment supply piping at Roosevelt Homes and plans on replacing all of the apartment plumbing at the McDonough family units when we do comprehensive modernization there. The PHA recently completed the replacement of the water mains and risers at the Cleveland Hi-Rise. The PHA also recently completed replacement of all plumbing supply lines at the Iowa Hi-Rise. The replacement of the galvanized plumbing supply lines at Edgerton Hi-Rise is included in the current modernization contract.

*VI.*  *To continue to accomplish elevator modernization at PHA hi-rises. PHA residents have stressed that elevator modernization is a top priority and the PHA will continue its program of elevator modernization as follows:*

Elevator Modernization work was recently completed for the Wilson Hi-Rise and Montreal Hi-Rise elevators. To date the PHA has utilized Comprehensive Grant Program and CIAP funds to modernize all of its buildings' elevators except those at the Wabasha, Hamline and Seal Hi-Rises. Funding for the modernization of these remaining elevators will be provided as follows:
       a. Wabasha Hi-Rise elevator modernization is scheduled to be funded in 2003. Engineering fees will be funded in 2002.
       b. Hamline Hi-Rise elevator modernization is scheduled to be funded in 2003. Engineering fees will be funded in 2002.
       c. Seal Hi-Rise elevator modernization is scheduled to be funded in 2003. Engineering fees will be funded in 2002.

*VII.*  *Other work items included in the five year funding plan are summarized by Development as follows:*

    1. At *McDonough Homes,* MN 46P001001
       a.   Architectural/engineering master plan for future comprehensive modernization similar to that created for Mt. Airy Homes (2000,2001)

9

PHA 017519

b. Replacement of shingled roofs (1998-2001). PHA Non Routine Operating and CGP funds were used to replace some of the worst roofs in 1996. Additional work has been accomplished in 97 and 98.

c. Replacement of some dwelling unit refrigerators each year until they are all replaced. (1999 through 2003)

d. Beginning of comprehensive modernization in the dwelling units (2001 through 2009)

e. The Bryant furnaces will be replaced using FFY99 and 00 CGP funds in 1999 and 2000.

f. The roof on the existing gym will be replaced utilizing FFY1999 funding.

g. The south brick wall of the large gym at the community center will be tuckpointed to stop leaking with FFY1999 funding.

h. Replacement of apartment kitchen cabinets which can not wait for comprehensive modernization will be funded in either CGP or NROB in 1999, 2000 and 2001.

2. At *Roosevelt Homes,* MN 46P001002

a. Architectural/engineering master plan, prototypes and construction documents for four phase comprehensive modernization (1997-1999). See discussion of Roosevelt Homes Comprehensive Modernization above.

b. Comprehensive modernization of the site and dwelling units (1997-2002) See discussion of Roosevelt Homes Comprehensive Modernization above.

3. At *Mt. Airy Hi-Rise and Family Homes,* MN 46P001003

a. Paint steel porch columns in family phase I and II areas. (1999)

b. Hire a consultant to evaluate and recommend solutions for crumbling rock faced retaining walls (1999)

c. Repair family unit shingles and downspouts (1999).

d. Replace crumbling retaining wall rock faced block (2000).

e. Replace warped family unit doors and door closers (2001).

f. Modernize and expand the hi-rise community room kitchen (2000).

g. Replace and clean hi-rise DU radiator covers and fin tube radiation (2002).

h. Parking lot repair and sealcoating. (2002).

i. Install community room divider at 91 E. Arch. (2002).

j. Conversion of some 2 bedroom apartments to 2 bedroom handicapped units (2003)

10

PHA 017520

4.  *First and Second Addition to McDonough Homes* MN 46P991004 & 8A
    a.  Installation of basement glass block windows (2001)
    b.  Correct settling window heads (2001)
    c.  Replace medicine cabinets, lavatories and faucets (2001)
    d.  Interlock exhaust fans with lights. (2001)
    e.  Tuckpoint chimneys (2001)
    f.  Fix gutters, downspouts, wet basements (2001)
    g.  Replace roofs (2001)

5.  At the *Central Hi-Rise and duplexes.* MN 46P001005
    a.  Complete privacy fence replacements started with earlier CGP funds (1999)
    b.  Repair hi-rise balconies and railings (1999).
    c.  Eng. fees for sprinkler installation and fire alarm system replacement (2000)
    d.  Construction costs for new sprinklers and fire alarm system replacement (2000)
    e.  Replace hi-rise kitchen and bedroom lights (2002)
    f.  Upgrade hi-rise corridor lights (2002).
    g.  Replace hi-rise DU kitchen cabinets, counters (2002).
    h.  Modernize hi-rise DU bathrooms (2002)
    i.  Install new parking lot at Marshall/Victoria family site (2003).

    j.  Complete family unit floor covering replacement. (2003)

6.  At the *Valley Hi-Rise*, 261 East University, MN 46P001006
    a.  Sealcoat parking lot (2002)
    b.  Replace DU accordion closet doors (2002)
    c.  Remodel PHA Resident Services office kitchen (2003)

7.  At the *Neill Hi-Rise and West Side Family Duplexes*, MN 46P001007
    a.  Remove or renovate large playground (2002).
    b.  Replace family unit kitchen cabinets (2002)
    c.  Repair broken hi-rise DU window sill tracks (2002)
    d.  Replace hi-rise roof mounted exhaust fans (2002).

8.  At the *1st Addition to the Mt. Airy Homes* Site, MN 46P001008B
    a.  Replace floors throughout (1999)
    b.  Replace cabinets, counters, sinks (1999)
    c.  Change light fixtures (1999)
    d.  Replace closet doors (1999)
    e.  Paint apartments (1999)
    f.  Replace front and rear prime doors (1999).

9.  At the *Dunedin Family Units and Hi-Rise*, MN 46P001009
    a.  Replace or repair family unit kitchen cabinets (1998, 99)
    b.  Repair, stain building exteriors (1998, 99,00)

11

PHA 017521

c.   Replace bad sidewalks (1997,98,99,00,01,02).

d.   Replace shingles on mansard roofs (1998, 99)

e.   Paint hi-rise hallways and DU doors/frames (1999).

f.   Engineering fees for hi-rise sprinkling and fire alarm system replacement (2000)

g.   Install sprinklers and new fire alarm system in the hi-rise (2001)

h.   Replace family unit bathroom floors (2002)

I.   Energy improvements per NSP audit at hi-rise (2002)

j.   Replace hi-rise living room light fixtures (2002)

k.   Replace hi-rise DU bathroom sinks and faucets.(2002)

l.   Clean hi-rise radiation (2002)

m.   Weatherstrip hi-rise DU windows (2002)

n.   Correct brick cracking @ hi-rise balconies (2002)

o.   Correct leaks at hi-rise DU floors (2002)

10.   At the *899 South Cleveland Hi-Rise*, MN 46P001011. See discussion of Cleveland Hi-Rise Comprehensive Modernization above for more information.

a.   Comprehensive modernization (1998)

b..   Replace domestic water pressure booster pumps (1999)

c.   Clean DU radiation (2002)

d.   Paint hallways and apartment doors/frames (2003

11.   At the *1743 East Iowa Hi-Rise*, MN 46P001013

a.   Expand community room kitchen (1999)

b.   Caulk building exterior (1999)

c.   Engineering fees for sprinklers and fire alarm replacement (2000)

d.   Install sprinklers and replace fire alarm system (2001)

e.   Replace community room divider door (2002)

f.   Replace apartment sinks and counters (2002)

12.   At the *1300 Wilson Hi-Rise*, MN 46P001014

a.   Engineering fees to sprinkle building and replace fire alarm system (1999)

b.   Correct plumbing waste line problems - finish work started in previous years. (1999)

c.   Cover DU shower walls and floors (1999) partial.

d.   Install sprinklers, replace fire alarm system (2000)

e.   Energy improvements per NSP audit (2002)

13.   At the *727 Front Hi-Rise*, MN 46P001015

a.   Engineering fees for sprinklers and fire alarm system replacement (1999)

b.   Cover DU shower walls and floors with ceramic tile. (1999) partial.

c.   Install sprinklers, replace fire alarm system (2000)

d.   Expand community room kitchen (2000)

12

e.   Repair, repaint DU closet doors (2002)

f.   Sealcoat parking lot (2002)

g.   Energy improvements per NSP audit (2002)

h.   Cover shower walls and floors with ceramic tile (2002)

14.   At the *280 Ravoux Hi-Rise*, MN 46P001016

a.   Replace building hot water recirculating lines (1999)

b.   Clean DU radiation (2002)

c.   Install grease shields at stoves (2002)

d.   Engineering fees for sprinklers and fire alarm system replacement (2002)

e.   Install sprinklers and replace fire alarm system (2003)

15.   At the *545 North Wabasha Hi-Rise*, MN 46P001017

a.   Correct exterior building problems (1999)

b.   Replace DU curtain rods (2002)

c.   Replace bathroom light lenses (2002)

d.   Replace DU kitchen light fixtures (2002).

e.   Replace bathroom and kitchen faucets (2002).

f.   Improve security at building entry (2002).

g.   Replace DU entry locks (2002)

h.   Install ceiling lights at living rooms and bedrooms (2002)

I.   Engineering fees for elevator modernization (2002)

j.   Engineering fees for sprinklers and fire alarm system replacement (2002)

k.   Repaint corridors (2003)

l.   Modernize elevator (2003)

m.   Install sprinklers and replace fire alarm system (2003)

16.   At the *Montreal Hi-Rise*, MN 46P001018

a.   Install new screens on DU air conditioner sleeves (1999)

b.   Repair cracking building exterior (2002)

c.   Repair or replace retaining wall at north property line (2002)

17.   At the *Exchange Hi-Rise*, MN 46P001019

a.   Engineering fees for sprinklers and fire alarm system replacement (1999)

b.   Install sprinklers and replace fire alarm system (1999)

c.   Expand community room and modernize first floor (2001)

d.   Install handles on DU kitchen cabinet doors (2002)

e.   Close up vertical vent chases (2002)

f.   Install lights over DU dining tables (2002)

g.   Replace corridor carpet (2002)

h.   Correct drain line problems (2002)

18.   At the *1000 Edgerton Hi-Rise*, MN 46P001024

13

PHA 017523

a. Comprehensive Modernization of Dwelling Units and corridors (1999).
b. Exterior building envelope repairs (1999)
c. Replace corridor carpet (1999)
d. Repair DU kitchen cabinets (1999)
e. Replace DU closet door hardware (1999)
f. Expand handicapped parking (2003)

19. At the *777 North Hamline Avenue Hi-Rise,* MN 46P001026
a. Prototype water supply line fix (1999)
b. Prototype waste line fix (1999)
c. Replace DU closet doors (stage) (1999)
d. Engineering fees for exterior building envelope repairs (1999)
e. Correct exterior building envelope problems (1999)
f. Engineering fees for elevator modernization (2002)
g. Engineering fees for sprinklers and fire alarm system replacement (2002)
h. Paint hallways, doors and frames (2002)
I. Plumbing line repairs (2002)
j. Drain line repairs (2002)
k. Replace DU closet doors (stage) (2002)
l. Install sprinklers, replace fire alarm system (2002)
m. Elevator modernization (2003)

20. At the *825 Seal Street Hi-Rise,* MN 46P001027
a. Correct exterior building envelope problems (1999)
b. Engineering fees for elevator modernization (2002)
c. Elevator modernization (2003)

21. At the *PHA Central and Rental Office 480 Cedar*
a. Window replacements (1999)
b. Replace first floor lobby HVAC unit (1999)
c. Engineering fees for parking ramp repair (2000)
d. Parking ramp repair (2000)
e. Misc. HVAC system repairs and improvements (2000)
f. Bituminous strip at east side of building (2000)
g. Replace card access system (2000)
h. Replace first floor lobby entry doors (2000)
I. Replace sixth floor carpet (2002)
j. Replace building roof (2002)

VII. *PHA wide improvements funded within the five year action plan include:*

1. Installation or repair of lawn irrigation systems at the hi-rises. Some work each year of 5 year plan.
2. Scattered Site Home miscellaneous repairs as needed each year or lead paint abatement on rerental. Money will be set aside each of the five years for work as needed.

14

PHA 017524

3. DU modifications as requested and needed by residents. Money will be set aside each year to deal with these requests as they come up.
4. Elevator improvements. Money will be set aside each year to make improvements to the elevators on an as needed basis.
5. Nurse alarm repairs and or replacements. Money will be set aside each year to make improvements to the hi-rise nurse alarm systems on an as needed basis.
6. Hi-Rise electrical service testing, repair and improvement. Money will be set aside each year to test and improve electrical systems at each of the hi-rises on an as needed basis.
7. Hi-Rise public address system improvements and repairs. Money will be set aside each year for improvements or replacements of public address systems on an as needed basis.
8. Card entry/phone entry system improvements and replacements. Some funding will be provided each year until all of the systems have been replaced.
9. Hi-Rise wall wheelchair protection. A little bit of money will be set aside each year to install bumpers on walls to protect them from wheelchair damage.
10. Program to take care of lead paint dust per Risk Assessment. (1998)
11. PHA handicapped accessibility modification fund to address resident requests as they develop.(on-going)

PHA 017525

# 2000 Performance and Evaluation Reports for Comprehensive Grant Programs

*Phase MN46P-001-706-97*
*Phase MN46P-001-707-98*
*Phase MN46P-001-708-99*
*Submitted by the Public Housing Agency of*
*The City of Saint Paul, Minnesota, September 27, 2000*

The Public Housing Agency of the City of Saint Paul is pleased to present this FFY2000 Performance and Evaluation Report for Comprehensive Grant Program Phases MN46P-001-706-97 (1997), MN46P-001-707-98 (1998), and MN46P-001-708-99 (1999). This report contains information about how the PHA utilized the $7,836,207 provided by HUD under Comprehensive Grant Program Phase 706-97, the $8,372,321 provided by HUD under Comprehensive Grant Program Phase 707-98, and the $9,611,393 provided under Comprehensive Grant Program Phase 708-99. The reports for Phase 706-97, Phase 707-98 and Phase 708-99 list the PHA's progress in obligating and expending the above referenced funds through June 30, 2000.

The Comprehensive Grant Program has been replaced for FFY2000 with the Capital Fund Program. The PHA submitted a signed Annual Contributions Contract (ACC) for the FFY2000 Capital Fund Program (MN46P-001-501-00) in the amount of $9,051,124 on 7/13/00. The PHA also submitted a signed ACC for $18,946 of Capital Fund Replacement Housing Funds on 7/13/00. The PHA anticipates gaining access to these funds in early August 2000 and has not included information on this most recent modernization phase in this report.

The $8,141,041 Phase 705-96 funds were fully expended by 6/30/99 and the PHA submitted the final Actual Modernization Cost Certificate to close out the phase 9/24/99. The $10,950,855 Phase 704-95 (1995) CGP funds were fully expended by 4/7/97 and the final paperwork to close the phase out was submitted to HUD on 9/19/97. Phase 703-94 (1994) was closed out on September 18, 1996. The 1992 Comp. Grant (Phase 701) and 1993 Comp. Grant (Phase 702) programs were closed out in February of 1996. There is no information included in this report for any of these prior CGP phases, which have been closed out.

The $7,836,207 of funding provided under the 1997 Comp. Grant (Phase 706) became available to the PHA in May of 1997. The $8,372,321 of funding provided under the 1998 Comp. Grant (Phase 707) became available to the PHA in July of 1998. The $9,611,393 of funding provided by the 1999 Comp. Grant (Phase 708) became available for PHA use on 7/30/99.

HUD informed the PHA on August 9, 1995 that our CGP Phase 704-95 funding was reduced by $2,035,208 to $8,915,647. This funding reduction was a result of legislation, which rescinded $815 million of funds previously appropriated for Federal Fiscal Year (FFY) 1995 modernization. The PHA had already contractually obligated all of the $2,035,208 of rescinded funding prior to July 27, 1995 and obtained a HUD CGP emergency funding loan in the amount of $2,035,208 which was repaid by reducing CGP allocations in FY97, 98, 99 and 2000. The PHA's FFY97 CGP, FFY98 CGP, FFY99 CGP, and FFY Capital Fund Program allocations were reduced by $508,802 each to repay this loan. The 97, 98, 99 and 2000 amounts listed above are after deduction of the $508,802 loan re-payments.

PHA 017714