2. **Explanation of how the PHA has used the CGP funds to address the needs identified in its comprehensive plan and to carry out the activities identified in its approved annual statement:**

   Please see the attached 1997, 1998 & 1999 Annual Statements/Performance and Evaluation Reports for information about how the actual obligations and expenditures carry out the activities identified in each approved annual statement. Funding for some original activities has been reduced or eliminated while funding for other activities has been increased to match actual expenses.

   (I) **Use of funds for emergency needs not set forth in our Annual Statements:**

   None of the CGP Phase 706-97, or 707-98 funds have been utilized to accomplish emergency work items which were not set forth in the respective Annual Statements. Approximately $255,277 of 708-99 funds are however, being used to rebuild showers at the Iowa Hi-Rise addressing resident concerns and complaints about mold and mildew on an emergency basis. A copy of the budget revision detailing items cut to make funds available for this work was presented to the PHA Agency Plan Resident Advisory Board on 7/18/00. The PHA has after resident consultation, submitted Annual Statement Budget Revision numbers 1-8 to the 706-97 Annual Statement, Revisions 1-5 to the 708-98 Annual Statement, and Revisions 1-2 to the 708-99 Annual Statement to HUD for approval or information. The anticipated budget revisions #6 to the 98 and #3 to the 99 Phases are shown on the attached reports and will be submitted to the PHA's Board of Commissioners for approval at their 7/26/00 meeting.

   (ii). **Deviations within the 10% cap:**
   The PHA has and will continue to submit all CGP Phase budget revisions to HUD for approval or for their information whether the total of the increases exceeds 10% or not.

3. **Change of work between years one and year two of the two-year annual statement:**
   The PHA submitted a two-year funding plan for Phases 702-93 and 703-94 in February of 1993. In each subsequent year the PHA has submitted a single year funding plan. The PHA will continue to submit Annual Statements for one year at a time and will move work items from Phase to Phase if the need develops via HUD approval of budget revisions.

4. **Results of the PHA's process for consulting with residents on the implementation of the plan:**
   PHA staff has worked with Resident Council leaders to identify a resident committee to meet with PHA staff and contractors throughout the planning and construction processes for each work activity. When necessary, the affected resident groups have been informed of funding changes or delays in originally planned work activities.
   Both the PHA and the residents have benefited from the resident's involvement throughout the planning and construction phases for each work activity. The following are three examples of changes that were made during the course of construction or budgeting in response to resident input:
   a. During the Modernization of the Ravoux Hi-Rise the residents informed the PHA that they did not all like the location of additional cabinetry, which was to be installed in each kitchen. As a result the PHA made arrangements

**respect to the implementation schedules provided in the approved Annual Statements:**

The actual fund obligations and expenditures through June 30, 2000 are listed next to the Budgets as revised by Budget Revisions for Phase 706-97, Phases 707-98 and Phase 708-99 on the attached reports. The PHA will continue to submit Budget Revisions for HUD approval to reconcile deviations between actual obligations and expenditures and approved Budgets.

The attached reports also contain information about how the PHA is performing in meeting the target dates for obligating and expending the funds as originally stated in the Annual Statements. As stated above the PHA is confidant that all HUD requirements for the obligation and expenditure of funds in a timely manner will be met.

6. **Summary of Resident Comments.**
The PHA prepared a first draft of this Annual Statement/Performance Report, distributed it to each PHA office, and sent notices to each PHA Resident Council President informing them of its availability for review.

Resident Comments
No resident comments were received.

7. **PHA Board of Commissioner Resolution approving the submittal of this report.**
A copy of PHA Board of Commissioner Resolution number 00-9/27-1 authorizing submittal of this report and the Certificate of the Secretary is attached. Please note that this Resolution certifies that reasonable efforts were made to notify residents of the opportunity to review the draft report and comment on it

---

so that the residents could delete the cabinet or change its installation location.

b. During the second phase of the four phase modernization of our Mt. Airy Homes Family units residents complained about the dust and inconvenience of staying in their units while the modernization was being accomplished. As a result the PHA began a new program of cycling residents through two already modernized units while the work in their unit was being completed.

c. Residents of the Iowa Hi-Rise complained of allergy symptoms and other health problems which they felt were due to excessive mold and mildew problems within the building at the Comprehensive Grant Program Public Hearing which was held in their building. The PHA was unaware of this resident concern until the 3/8/2000 date of this meeting. The PHA hired McGinley and Associates (environmental engineers) and Building Consulting Group (exterior envelope structural engineers) to investigate and respond to the resident's complaints. The PHA reallocated FFY99 CGP funds and cut an emergency purchase order in the amount of $143,350 to rebuild 85 showers which were identified as a source of mold and mildew due to their faulty initial construction and subsequent leaking. The PHA has also reallocated FFY2000 Capital Fund funds to rebuild the balance of the showers, recaulk the windows and accomplish interior sheetrock repair.

Although there are many other examples, the three above illustrate the PHA's commitment to working with and responding to our residents' concerns.

5. Actual obligations and expenditures compared to Revised Annual Statements and how the PHA is performing with

PHA 017717

## Capital Fund Program Resident Comments:

Resident Comments and PHA Response to resident questions when Draft #1 of the proposed 2002 Capital Fund Program budget was presented and discussed at the listed Resident Council Meetings:

1. **McDonough Family Homes Resident Council**
   Note: There was no active McDonough Resident Council during the Sept. 01 time-period that Resident input was being sought. The PHA has however, had extensive conversations and input from the McDonough Resident community and the McDonough Modernization Resident Focus group during the planning and architectural team selection process for the upcoming McDonough Modernization program. McDonough Resident Council Representatives and McDonough residents are urged to review the Final Draft PHA CFP 02 Application and Five Year Action Plan and to attend the November 20, 2001 PHA Agency Plan Public Hearing at 4:30 pm at the 554 West Central Avenue Hi-Rise.

2. **Roosevelt Family Homes Resident Council**
   Note: PHA staff was unable to meet with the Roosevelt Homes Family Resident Council during the Sept. 01 time-period that Resident input was being sought. The PHA has however, been keeping the residents informed throughout the ongoing modernization. PHA staff will renew outreach and the distribution of Resident Newsletters as we begin the final Phase IV of the Modernization work. .
   Roosevelt Resident Council Representatives and Roosevelt residents are urged to review the Final Draft PHA CFP 02 Application and Five Year Action Plan and to attend the November 20, 2001 PHA Agency Plan Public Hearing at 4:30 pm at the 554 West Central Avenue Hi-Rise

3. **Mt. Airy Family Resident Council**
   Meeting held 9/18/01
   Resident Comments:
   a. Do something about the deteriorating retaining walls, trash enclosures, and cap blocks.
      PHA Response: We have awarded a contract for the repair of most of the deteriorating retaining walls, trash enclosures and cap blocks. The PHA spent a significant amount of time trying to get satisfaction from the manufacturer of the rock faced retaining wall blocks, trash enclosure blocks and cap blocks with little results. The PHA is budgeting a significant amount of $ each year for the repair of these problems.

4. **Mt. Airy Hi-Rise Resident Council**
   Meeting held 9/10/01
   Resident Comments:
   a. Install a small sink in the storefront.

       PHA Comment: The security volunteers should talk to the Building Manager about this. She may be able to get the sink installed using PHA operating budget funds.

b. Improve ventilation in kitchens.
PHA Comment: Residents should call in a work order if they feel that the apartment exhaust systems are not operating effectively. Adding more ventilation or making large changes to the existing apartment exhaust systems would be very expensive and has not been identified as a high priority task by the PHA.

c. Provide and install more cork strips at the elevator lobbies.
PHA Comment: This issue will be forwarded to Tim Angaran of the PHA's Technical Services staff for analysis. He may be able to use funds in a general line item to make this improvement.

d. Install more shade trees on the Hi-Rise grounds.
PHA Comment: PHA staff will review this request to determine if there are locations where more trees could be installed.

e. Need more grocery carts. (Residents are not returning the carts they currently have).
PHA Comment: This issue should be brought to the attention of the Building Manager – she will determine if residents will return the existing carts or if it is necessary to purchase more.

5. **Central Hi-Rise Resident Council**
Meeting held 9/13/01
Resident Comments:
a. Repair and clean the community room blinds.
PHA Response: This issue will be referred to Tim Angaran who will analyze the situation and develop a recommendation.
b. Install security cameras on the parking lot.
PHA Response: This issue should be referred to the Building Manager and she should contact PHA Technical Services staff for discussions about the feasibility of installing and monitoring additional cameras.

6. **Valley (261 E. University) Hi-Rise Resident Council**
Meeting held 9/4/01
Resident Comments:
a. Need better drinking fountain in the Community Room
PHA Comment: The PHA will review the possibility and need to replace the current drinking fountain with one that has a chiller.
b. Need better lighting in the stairwells.
PHA Comment: Increasing the light level in the stairwells has not come to the top of the priority list for the many items that are competing for limited PHA improvement funding. It is currently listed for completion with FFY2006 $.
c. Need handicapped openers in the public restrooms.

PHA 017829

      PHA Response: Residents should call in work orders if they feel that the amount of noise from their pipes is excessive. Some noise is normal.

  c. Do something about poor heat distribution and lack of heat.
PHA Response: Residents should call in work orders when they have complaints about the amount and distribution of heat in their apartments. Maintenance will correct problems if they exist. Residents should try not to cover heat registers with carpeting, curtains or furniture.

  d. Some of the ceilings are cracking.
PHA Response: Residents should call in a work order when they see evidence of ceiling cracking in their apartment. They should call their Building Manager if they are unhappy with the Maintenance work.

  e. Install air conditioning.
PHA Response: The PHA is studying the feasibility and cost of installing air conditioner sleeves in family units. No good economical solution has been found to date.

  f. Do something about mold and mildew on the walls.
PHA Response: Residents should call in a work order when they notice mold or mildew on their walls – it should be removed and the wall should be sealed and painted.

9. **Dunedin Hi-Rise Resident Council**
Meeting held 9/10/01
Resident Comments:
  a. Replace existing outdoor benches at main entrance with new.
PHA Response: This request will be referred to Tim Angaran of the PHA Technical Services Department for analysis and recommendation.
  b. Replace main floor lobby and rear lobby/hall carpet.
PHA Response: This request will be referred to Tim Angaran who will add it to the list of carpet jobs that are competing for the PHA's limited funding sources. Tim will let the residents know how this request ranks in the list of priorities.

10. **Cleveland Hi-Rise Resident Council**
Meeting held 9/18/01
Resident Comments:
  a. Install more storage – would like lockers in the basement.
PHA Response: The PHA doesn't provide additional storage like this at any other building and the basement/boiler room is restricted from public access for safety reasons.
  b. Replace DU curtain rods.
PHA Response: Residents should call in work orders if their apartment curtain rods are broken.
  c. Install cabinets above sinks in kitchen. Most residents stated that this wasn't necessary.

PHA 017830

    PHA Response: The PHA just installed additional cabinets in the kitchens above the refrigerators – installation of additional cabinets above the sink is not a high priority at this time.

d. Install more runners in the building lobby during the winter to catch snow/slush.
PHA Response: This issue is up to the Caretaker, his Supervisor and the Building Manager.

e. Install air conditioning in the laundry room.
PHA Response: The PHA does not provide air conditioning in any of our laundry rooms because of the high cost of overcoming the heat that is produced by the dryers.

f. Clean storage out of computer closets and install shelves in the electrical closet to hold storage.
PHA Response: This is an issue to be resolved between the residents, the Building Manager and the Caretaker. There are many code restrictions on what can be stored in electrical closets and it is unlikely that additional storage in this room would be allowed.

g. Clean exhaust ductwork – residents complain that dust gets in their apartments from the vents.
PHA Response: This issue will be forwarded to our Maintenance Department for analysis and recommendation.

h. Hot water takes too long to reach apartments.
PHA Response: Residents should call in work orders to have the quantity of hot water they are receiving checked by our Maintenance Department.

i. Install new soap dishes in the showers – when the plastic dishes break they can't find replacements.
PHA Response: The Caretaker should take this up with the PHA's Central Storeroom and work out a plan to install substitutions if required.

j. Clean the fin tube radiation in the apartments.
PHA Response: The PHA is looking into the practicality and cost of having fin tube radiation cleaned at other hi-rises. We budgeted for prototype work in the past but had to cut the work because of competing funding priorities.

11. **Iowa Hi-Rise Resident Council**
Meeting held 9/10/01
Resident Comments:
a. Residents are concerned about the planned expansion of the community room kitchen. They believe this will expand the meals programs and take away more space for resident activities.
PHA Response: The PHA has not started studying the feasibility of improving the community room kitchen at this time but will seek resident input when we do. The main goal will be to improve the exhaust for the re-heat ovens and stove.

b. One of the biggest wants of the residents was for new kitchen cabinets, countertops, sinks and faucets.

**PHA 017831**

       PHA Response: The funding for new countertops, sinks and faucets has been moved up to our 2002 Capital Fund application. Hopefully HUD will fully fund our application.
   c.   Clean the radiator fins.
       PHA Response: Please see the PHA response for Cleveland above.
   d.   Need new roof.
       PHA Response: This request will be forwarded to John Wold of the PHA Technical Services Department who will review the condition of the roof. Replacing the roof at Iowa was not on the PHA's list of high priorities.

12. **Wilson Hi-Rise Resident Council**
    Meeting held 9/11/01
    Resident Comments:
    a. What happened to the work item to cover the walls in our showers – it was on the earlier budgets that were discussed last year?
       PHA Response: Lower priority work items that were on previous lists were reviewed by PHA staff and were removed from the list if they weren't high enough priority to be funded in the next five years.
    b. When will the sprinklers be installed and how will they work?
       PHA Response: The installation of the fire suppression sprinklers at Wilson is budgeted to be completed in 2003. It was explained that the fire must melt the fusible link to get water to flow out of any head and that water will not flow into any units where there is not a fire.
    c. Fix the slope on the sides of the curb cut that leads from the building entry to the parking lot – some people have tripped and fallen.
       PHA Response: A work order should be called into the PHA Maintenance Department on this item. They will investigate and repair.
    d. Install doorbells on the apartments.
       PHA Response: The PHA has expended a great deal of funding to install the new Doorking entry systems so visitors can call residents when they arrive at the building. Visitors can knock on resident's apartment doors after they have been let in and gotten to the appropriate floor.
    e. Expand the parking lot.
       PHA Response:
       The PHA already expanded the parking lot to its maximum size at a considerable cost. PHA staff will review the situation again but it is unlikely that a reasonable way to expand the lot will be found.
    f. There is no need to repaint the closet doors.
       PHA staff will talk with the residents before proceeding with repainting the closet doors. It was our understanding that this was a high priority and should be funded in 2002.
    g. Install a lip on the shower floor to keep water in – there was considerable debate between the residents about whether this was necessary.
       PHA Response: Residents should discuss this item with their Building Manager who will include it in the list of items for possible funding next year – if there is resident consensus.

6

PHA 017832

13. **Front Hi-Rise Resident Council**
    Meeting held 9/5/01
    Resident Comments:
    a. Glad to get the new refrigerator – could you hurry?
       PHA Response: If the PHA receives the projected amount of funding from HUD we should be able to pursue getting the refrigerator in August of 2002 when the funds become available.
    b. Happy to have the roof replaced.
       PHA Response: Good.
    c. Would like to have the other items not so far out – we'll all be dead in 5 years.
       PHA Response: We regret that there are competing needs at other PHA properties and that the priority of these work items at Front is not higher.
    d. Additional items of concern:
       1) Replace the entrance apron to the parking lot – cars and buses scrape it.
          PHA Response: PHA Technical Services staff will take a look at this apron and see what the options are and what the priority of this work is.
       2) Have alarms to community room doors removed.
          PHA Response: The PHA is worried that the doors to the community room could be propped open causing a building security breach – we do not support removing the alarms.
       3) Add parking spaces (Kathi K. didn't think necessary and that vehicles not registered would soon be getting towed at night).
          PHA Response: The PHA recently installed a large addition to the parking lot at Front Hi-Rise that seems to be lightly used – we won't attach a high priority level to this request.

14. **Ravoux Hi-Rise Resident Council**
    Meeting held 9/5/01
    Resident Comments:
    a. Install fence-mounted planters along the northern courtyard.
       PHA Response: Is there any chance that the Resident Council could fund this work? It will be added to the list of community room improvements that Tim Angaran is keeping.

15. **Wabasha Hi-Rise Resident Council**
    Meeting held 9/10/01
    Resident Comments:
    a. Improve kitchen ventilation to the outdoors.
       PHA Response: Residents should call in a work order if they are unhappy with the function of the exhaust systems for their apartments. The PHA's Operating Engineers will make a determination about what needs to be done if there is a problem.
    b. Replace rusty medicine cabinets in the apartments.

PHA 017833

        PHA Response: Residents should call in work orders if their medicine cabinets are broken or rusty. PHA Maintenance staff will either replace the medicine cabinets or sand and repaint them.

    c. Correct plumbing leaks in the building.
        PHA Response: Plumbing leaks should always be called in as work orders for repair by the PHA Maintenance staff. Maintenance has not informed us that there is a need to budget funds to make large-scale improvements.

    d. Provide more metal tables and chairs for the patio.
        PHA Response: This request will be turned over to Tim Angaran who will add it to the list of furniture and equipment requests for prioritization.

    e. Create an Aquatic Center for PHA residents at the 10th Street property.
        PHA Response: None

16. **Montreal Hi-Rise Resident Council**
    Meeting held 9/6/01
    Resident Comments:
    a. Do something to prevent back drafting of fumes into apartments through bathroom exhaust vents.
       PHA Response: The PHA has quit duty cycling the exhaust fans – this turned the fans off for approximately 15 minutes out of each hour. The duty cycling of the exhaust fans may have allowed exhaust fumes to drift back down the exhaust risers into the apartments.
    b. Do something to prevent back drafting of fumes into corridors through elevator lobby vents.
       PHA Response: The PHA has quit duty cycling the corridor make up air units. This should make it less likely that air will back-draft into the corridors.
    c. Clean ductwork
       PHA Response: The PHA's Operating Engineers are studying the feasibility and cost of cleaning the exhaust ductwork in the hi-rises.
    d. Make the corridors cooler in summer.
       PHA Response: The PHA recently installed additional fresh air registers at the ends of each of the apartment corridors to help bring in more fresh air during the summer. The PHA cannot afford to air condition the apartment corridors.
    e. Add sweeps to apartment door bottoms to prevent air transfer between corridor and apartment interiors.
       PHA Response: The gaps around the apartment doors are necessary to allow the transfer of fresh make-up air, which is introduced into the corridors, to the apartments and out through the kitchen and bathroom exhaust vents. Closing the gap under the doors would interfere with this air transfer.

17. **Exchange Hi-Rise Resident Council**
    Meeting held 9/10/01
    Resident Comments:
    a. They were very happy to get the new refrigerator.

**PHA 017834**

        PHA Response: Your welcome it is our pleasure to meet your needs.
- b. They were very happy to hear about getting handicapped access at the front entry and auto opener on the patio entry door.
  PHA Response: The PHA has already installed the automatic opener on the patio door. Technical Services staff will have discussions with the Building Manager and residents about what to do to improve HC access at the building entry while maintaining building security. We are very concerned that the extra amount of time that an automatic door opener will keep the doors open will compromise the building security systems.
- c. They would like to have the community room expansion and DU lights not so far out.
  PHA Response: These work items may be able to be done sooner If the PHA gets a significantly greater amount of funding from HUD than what we are anticipating at this time.

18. **Edgerton Hi-Rise Resident Council**
    Meeting held 9/12/01
    Resident Comments:
    a. Why are the DU locks being replaced?
       PHA Response: The Caretaker informed us during the funding process that the locks need to be replaced because the internal springs and other parts are wearing out.
    b. Can the residents use the fire alarm system public address system to make announcements?
       PHA Response: Technical Services staff have studied this problem and discussed it with other PHA staff – and the answer is no. The reason the residents won't be able to use the public address system for announcements is that the system is too complex and requires too many steps for the residents to perform. For instance; 1) step one = call the PHA fire alarm remote monitoring station and tell them to disregard alarms while they are using the system, 2) Unlock the cover plate and gain access to the microphone, 3) change the status of the fire alarm panel, and on and on.
    c. They would like to have drapery rods at their patio doors funded for replacement.
       PHA Response: This work was discussed at length while we were doing the planning for the modernization. It was decided at that time that the curtain rods would not be replaced because so many residents already had curtains that worked with the higher ceiling mounted location. Residents who want new curtain rods should contact their Building Manager or Caretaker.
    d. They still want a defined space in the area where their computer is located for their use, and want to secure their copier to the counter top/desktop for easy use by all.
       PHA Response: Kedrick White of Technical Services will look into this request and complete the work at this time if it is possible.

19. **Hamline Hi-Rise Resident Council**

PHA 017835

Meeting held 9/4/01
Resident Comments:
a.  Update the public address system.
    PHA Response: The new fire alarm system has a very sophisticated public address system that makes the old public address system obsolete. See response to 18b above. The PHA may have to limit resident access to the new public address systems.
b.  Update the garden areas.
    PHA Response: Please discuss this issue with your Building Manager or Caretaker.
c.  Install a large screen TV
    PHA Response: None

20. **Seal Hi-Rise Resident Council**
    Meeting held 9/12/01
    Resident Comments:
    a.  Install new chairs in the community room.
        PHA Response: This request will be forwarded to Tim Angaran of PHA Technical Services who will put it on a list to be prioritized with requests from other PHA buildings. Limited funding will be used to meet high priority requests.
    b.  Expand the community room into the breezeway.
        PHA Response: The PHA does not see an overwhelming need to expand the size of the community room.
    c.  Replace corridor carpet.
        PHA Response: This request will be forwarded to Tim Angaran of PHA Technical Services who will put it on a list to be prioritized with requests from other PHA buildings. Limited funding will be used to meet high priority requests.
    d.  Install additional electrical outlets in apartment living rooms and kitchens.
        PHA Response: This would be very expensive and is not a high priority issue.
    e.  Increase heat to the apartments.
        PHA Response: Residents should submit a work order for repair when their heat does not work appropriately.