Property Address: __*1222 Desoto*__

| | See Page 1 for Rating Key | Item # | Comments |
|---|---|---|---|

Specify location(s), where necessary

**BASEMENT/CELLAR**
1. Stairs and handrails  . . . . . . . . . . . . . . . . . . . __*B*__
2. Basement/cellar floor  . . . . . . . . . . . . . . . . . . __*M*__
3. Foundation  . . . . . . . . . . . . . . . . . . . . . . . . . __*M*__
4. Evidence of dampness or staining  . . . . . . . . __*Y*__
5. First floor, floor system  . . . . . . . . . . . . . . . . __*M*__
6. Beams and columns  . . . . . . . . . . . . . . . . . . . __*M*__

1. B Ends of handrail are not returned
4. *Previous minor stains on unfinished walls and under steps on drywall there is discoloration*

**ELECTRICAL SERVICE(S)** # of Services . __*1*__
7. Service size:
   Amps:  30 ____ 60 ____ 100 _*X*_ 150 ____ Other _____
   Volts:  115 ____ 115/220 _*X*_
**BASEMENT ONLY:**
8. Electrical service installation/grounding  . . . . . __*H*__
9. Electrical wiring, outlets and fixtures  . . . . . . . __*M*__

8. *H No electrical grounding loop at water meter. Service ground is connected to street side of water meter only.*

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) . . . . . . . . . . . . . . . . __*M*__
11. Waste and vent piping (all floors) . . . . . . . . . . __*M*__
12. Water piping (all floors) . . . . . . . . . . . . . . . . . __*M*__
13. Gas piping (all floors)  . . . . . . . . . . . . . . . . . . __*M*__
14. Water heater(s), installation  . . . . . . . . . . . . . . __*B*__
15. Water heater(s), venting  . . . . . . . . . . . . . . . . . __*B*__
16. Plumbing fixtures (basement) . . . . . . . . . . . . . __*M*__

14. *B Corrosion at burner door*
15. *B Vent pipe connects with a 90 degree angle vs 45 to furnace exhaust, corrosion at joints*

**HEATING SYSTEM(S) # of** . . . . . . . . . . . __*1*__
17. Heating plant(s): Type: _*Air*_  Fuel: _*Gas*_
   a. Installation and visible condition  . . . . . . . . . __*C,B*__
   b. Viewed in operation (required in heating season) . . . __*Y*__
   c. Combustion venting  . . . . . . . . . . . . . . . . . . . __*M*__

17A *B Debris in burner area*
17A *C Heat exchanger and interior components are not visible.*

**The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.**

18. Additional heating unit(s) Type: _____  Fuel: _____
   a. Installation and visible condition  . . . . . . . . . . ___-___
   b. Viewed in operation  . . . . . . . . . . . . . . . . . . ___-___
   c. Combustion venting  . . . . . . . . . . . . . . . . . . . ___-___

**19. ADDITIONAL COMMENTS (1 through 18)**  ___-___

EVALUATOR:_____ *Scott Scheunemann* _____ DATE:___*01/09/2007*___  Page _2_ of _4_
Rev 1/2004

**PHA  018459**

**39. Smoke detector Information:**

| | |
|---|---|
| Smoke detector(s) | _Y_ |
| Properly located | _Y_ |
| Hard-Wired | _Y_ |

# Disclosure Report
## St. Paul Truth-In-Sale of Housing
(Carefully read this entire report)

For Office Use, ONLY:

Date Received _____

Payment Ref: _____

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

Notice:   A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

**Address of Evaluated Dwelling:**   *550 Robert St S*
Addresses without the correct street type and/or direction may be returned and may incur a late fee.

**Owner's Name:**   *Public Housing Agency*

**Owner's Address:**   *555 N Wabasha St #400, St. Paul, MN 55102*
include City & State if  NOT  St. Paul, and ALL Zip codes,  EVEN IN  St. Paul

**Type of Dwelling:**   **Single Family** _X_   **Townhouse** _____   **Condo\*** _____
**Duplex** _____  Usage may not be legal. See below.

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

**Comments:**

---

## PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION

*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.*   You may obtain a printout of all this information by visiting the LIEP website at:    www.liep.us
According to information provided to Truth-In-Sale of Housing Evaluators by the City of St. Paul this property:

☐ **IS**   located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site.  Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff.  For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

☐ **IS**   a Registered Vacant Building   Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code.  New owners must re-register the building and must comply with all existing Code Compliance Orders.  Other regulation or restrictions regarding occupancy may apply.  Contact the Vacant Buildings Division for specific information at 651. 266-1900.

☐ **HAS** Open permits.    Completion and/or occupancy restictions or requirements may apply.  Contact LIEP at 651.266-9090.

☐ **IS**   a Verified Legal Duplex.    If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Reseach into a property's history may incur a fee.

---

**RATING KEY:**

"M" = Meets minimum standards - the item conforms to minimum standards of maintenance

"B" = Below minimum standards - the item is below minimum standards

"C" = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

"H" = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked **"B", "C", or "H"** must have a written comment about the item.  Additional comment sheets may be attached if needed.

"Y" = Yes   "N" = No   "NV" = Not Visible/Viewed   "NA" = Not Applicable

**This Report:**

1. is intended to provide basic information to the home buyer and seller prior to the time of sale.  This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2. is based on the current Truth-in-Sale of Housing Evaluator Guidelines.

3. is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report.

4. covers only the items listed on the form and only those items   *visible at the time of the evaluation.*  The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5. may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6. is valid for one year from the date of issue and only for the owner named on this report.

Questions regarding this report should be directed to the evaluator.

Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-In-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.

EVALUATOR:____*Scott Scheunemann*____   PHONE:_*651-646-0009*_  DATE:___*01/09/2007*___  Rev 1/2004

Address 5 5 0  ROBERT ST S

Date 0 1 / 0 9 / 2 0 0 7

page I of

4

PHA  018460

Property Address: _550 Robert St S_

| | See Page 1 for Rating Key | | Item # | Comments |
|---|---|---|---|---|
| | | | | Specify location(s), where necessary |

**BASEMENT/CELLAR**
1. Stairs and handrails  . . . . . . . . . . . . . . . . . . . .  __B__
2. Basement/cellar floor  . . . . . . . . . . . . . . . . . . .  __M__
3. Foundation  . . . . . . . . . . . . . . . . . . . . . . . . . .  __M__
4. Evidence of dampness or staining  . . . . . . . .  __Y__
5. First floor, floor system  . . . . . . . . . . . . . . . .  __M__
6. Beams and columns  . . . . . . . . . . . . . . . . . . .  __M__

1. B Low headroom and guardrail, lacking round handrail with returned ends
4. Previous stains on unfinished walls and at laundry

**ELECTRICAL SERVICE(S)**  # of Services .  __1__
7. Service size:
   Amps:  30 ____ 60 ____ 100 _X_ 150 ____ Other _____
   Volts:  115 ____ 115/220 _X_
**BASEMENT ONLY:**
8. Electrical service installation/grounding  . . . . .  __M__
9. Electrical wiring, outlets and fixtures  . . . . . . .  __M__

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) . . . . . . . . . . . . . . . .  __B__
11. Waste and vent piping (all floors) . . . . . . . . . .  __M__
12. Water piping (all floors) . . . . . . . . . . . . . . . . . .  __B__
13. Gas piping (all floors)  . . . . . . . . . . . . . . . . . .  __B__
14. Water heater(s), installation  . . . . . . . . . . . . . .  __M__
15. Water heater(s), venting  . . . . . . . . . . . . . . . . .  __B__
16. Plumbing fixtures (basement) . . . . . . . . . . . . . .  __M__

10. B Debris in drain- potentially clogged
12. B No backflow prevention on exterior water faucets.
13. B Obsolete gas valve installed for water heater
15. B Lacking screws for vent joints. Water heater is not visibly connected to a metal chimney liner

**HEATING SYSTEM(S)**  # of  . . . . . . . . . . . .  __1__
17. Heating plant(s): Type:  __Air__  Fuel:  __Gas__
  a. Installation and visible condition  . . . . . . . . . .  __C__
  b. Viewed in operation (required in heating season) . . .  __Y__
  c. Combustion venting  . . . . . . . . . . . . . . . . . . . .  __M__

17A C Heat exchanger and interior components are not visible.

**The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.**

18. Additional heating unit(s) Type: _____ Fuel: _____
  a. Installation and visible condition  . . . . . . . . . .  __-__
  b. Viewed in operation  . . . . . . . . . . . . . . . . . . . .  __-__
  c. Combustion venting  . . . . . . . . . . . . . . . . . . . .  __-__

19. **ADDITIONAL COMMENTS (1 through 18)**  __-__

| | | |
|---|---|---|
| EVALUATOR: _Scott Scheunemann_ | DATE: _01/09/2007_ | Page _2_ of _4_ |
| | | Rev 1/2004 |

**39. Smoke detector Information:**

| | |
|---|---|
| Smoke detector(s) | Y |
| Properly located | Y |
| Hard-Wired | Y |

# Disclosure Report
## St. Paul Truth-In-Sale of Housing
(Carefully read this entire report)

For Office Use, ONLY:

Date Received _____

Payment Ref: _____

Address 1 0 3 2 OTTO AVE

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

Notice: A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be given to the buyer prior to the time of signing a Purchase Agreement.

Address of Evaluated Dwelling: **1032 Otto Ave**
Addresses without the correct street type and/or direction may be returned and may incur a late fee.

Owner's Name: **Public Housing Agency, City of St Paul**

Owner's Address: **261 University Ave E, St. Paul, MN 55103**
Include City & State if NOT St. Paul, and ALL Zip codes, EVEN IN St. Paul

Type of Dwelling: Single Family **X**   Townhouse ____   Condo* ____
Duplex ____  Usage may not be legal. See below.

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

Comments:

---

## PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION

*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.* You may obtain a printout of all this information by visiting the LIEP website at:  www.liep.us
According to information provided to Truth-In-Sale of Housing Evaluators by the City of St. Paul this property:

☐ **IS** located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site. Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff. For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

☐ **IS** a Registered Vacant Building Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code. New owners must re-register the building and must comply with all existing Code Compliance Orders. Other regulation or restrictions regarding occupancy may apply. Contact the Vacant Buildings Division for specific information at 651. 266-1900.

☐ **HAS** Open permits. Completion and/or occupancy restictions or requirements may apply. Contact LIEP at 651. 266-9090.

☐ **IS** a Verified Legal Duplex. If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Reseach into a property's history may incur a fee.

---

**RATING KEY:**

"M" = Meets minimum standards - the item conforms to minimum standards of maintenance

"B" = Below minimum standards - the item is below minimum standards

"C" = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

"H" = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked "B", "C", or "H" must have a written comment about the item. Additional comment sheets may be attached if needed.

"Y" = Yes   "N" = No   "NV" = Not Visible/Viewed   "NA" = Not Applicable

Date 0 1 / 1 0 / 2 0 0 7

**This Report:**

1. is intended to provide basic information to the home buyer and seller prior to the time of sale. This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2. is based on the current Truth-in-Sale of Housing Evaluator Guidelines.

3. is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report.

4. covers only the items listed on the form and only those items *visible at the time of the evaluation.* The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5. may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6. is valid for one year from the date of issue and only for the owner named on this report.

Questions regarding this report should be directed to the evaluator.

Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.

EVALUATOR: **Vicki Scheunemann**  PHONE: **651-646-0009**  DATE: **01/10/2007**  Rev 1/2004

page 1 of  4

PHA 018462

Property Address:  _1032 Otto Ave_ _____

See Page 1 for Rating Key          **Item #**          **Comments**

Specify location(s), where necessary

**BASEMENT/CELLAR**
1. Stairs and handrails . . . . . . . . . . . . . . . . . .  _B_          *1. B Low headroom (less than 6' 8")*
2. Basement/cellar floor . . . . . . . . . . . . . . . . .  _B_          *2. B Rough floor*
3. Foundation . . . . . . . . . . . . . . . . . . . . . . . . . .  _B_          *3. B Some cracks in plaster covering*
4. Evidence of dampness or staining . . . . . . . .  _Y_          *4. Previous stains on unfinished walls.*
5. First floor, floor system . . . . . . . . . . . . . . . .  _M_
6. Beams and columns . . . . . . . . . . . . . . . . . . . .  _M_

**ELECTRICAL SERVICE(S)** # of Services . _1_
7. Service size:
    Amps:  30 ____ 60 ____ 100 _X_ 150 ____ Other _____
    Volts:  115 ____ 115/220 _X_
**BASEMENT ONLY:**
8. Electrical service installation/grounding . . . . .  _M_
9. Electrical wiring, outlets and fixtures . . . . . . .  _M_

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) . . . . . . . . . . . . . . .  _M_
11. Waste and vent piping (all floors) . . . . . . . . . .  _M_
12. Water piping (all floors) . . . . . . . . . . . . . . . . .  _M_
13. Gas piping (all floors) . . . . . . . . . . . . . . . . .  _M_
14. Water heater(s), installation . . . . . . . . . . . . . .  _M_
15. Water heater(s), venting . . . . . . . . . . . . . . . . .  _M_
16. Plumbing fixtures (basement) . . . . . . . . . . . . .  _M_

**HEATING SYSTEM(S)** # of . . . . . . . . . . . .  _1_          *17A C RPZ valve in place, no maitenance tag*
17. Heating plant(s): Type: _Water_  Fuel:  _Gas_          *visible*
    a. Installation and visible condition . . . . . . . . . .  _C_
    b. Viewed in operation (required in heating season) . . .  _Y_
    c. Combustion venting . . . . . . . . . . . . . . . . . . . .  _M_

**The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.**

18. Additional heating unit(s) Type: _____  Fuel: _____
    a. Installation and visible condition . . . . . . . . . .  _-_
    b. Viewed in operation . . . . . . . . . . . . . . . . . . . .  _-_
    c. Combustion venting . . . . . . . . . . . . . . . . . . . .  _-_

19. **ADDITIONAL COMMENTS (1 through 18)** _-_

EVALUATOR: _____ _Vicki Scheunemann_ _____  DATE: ___ _01/10/2007_ ___  Page _2_ of _4_

PHA 018463

39. Smoke detector Information:

| | |
|---|---|
| Smoke detector(s) | Y |
| Properly located | Y |
| Hard-Wired | Y |

# Disclosure Report
## St. Paul Truth-In-Sale of Housing
### (Carefully read this entire report)

For Office Use, ONLY:

Date Received _____

Payment Ref: _____

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

**Notice:**    A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

**Address of Evaluated Dwelling:**    *1673 Lafond Ave*
Addresses without the correct street type and/or direction may be returned and may incur a late fee.

**Owner's Name:**    _____ *Public Housing Agency, City of St Paul* _____

**Owner's Address:**    _____ *261 University Ave E, St. Paul, MN 55103* _____
include City & State if NOT St Paul, and ALL Zip codes, EVEN IN St Paul

**Type of Dwelling:**    Single Family  _X_    Townhouse  ____    Condo*  ____
              Duplex  ____   Usage may not be legal. See below.

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

**Comments:**

---

## PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION

*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.*  You may obtain a printout of all this information by visiting the LIEP website at:    www.liep.us
According to information provided to Truth-in-Sale of Housing Evaluators by the City of St. Paul this property:

☐   **IS**   located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site.  Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff.  For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

☐   **IS**   a Registered Vacant Building   Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code.  New owners must re-register the building and must comply with all existing Code Compliance Orders.  Other regulation or restrictions regarding occupancy may apply.  Contact the Vacant BuildingsDivision for specific information at 651. 266-1900.

☐   **HAS** Open permits.    Completion and/or occupancy restrictions or requirements may apply.  Contact LIEP at 651.266-9090.

☐   **IS**   a Verified Legal Duplex.    If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Reseach into a property's history may incur a fee.

---

## RATING KEY:

"M" = Meets minimum standards - the item conforms to minimum standards of maintenance

"B" = Below minimum standards - the item is below minimum standards

"C" = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

"H" = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked "B", "C", or "H" must have a written comment about the item.  Additional comment sheets may be attached if needed.

"Y" = Yes    "N" = No    "NV" = Not Visible/Viewed      "NA" = Not Applicable

**This Report:**

1. is intended to provide basic information to the home buyer and seller prior to the time of sale.  This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences

2. is based on the current Truth-in-Sale of Housing Evaluator Guidelines

3. is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report.

4. covers only the items listed on the form and only those items    *visible at the time of the evaluation.*  The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5. may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6. is valid for one year from the date of issue and only for the owner named on this report

Questions regarding this report should be directed to the evaluator.

Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.

EVALUATOR: _____ *Vicki Scheunemann* _____   PHONE: 651-646-0009   DATE: _____ *01/09/2007* _____   Rev 1/2004

Address 1 6 7 3 LAFOND AVE

Date 0 1 / 0 9 / 2 0 0 7

page 1 of ___ 4

PHA 018464

Property Address: _1673 Lafond Ave_____

|  | See Page 1 for Rating Key | Item # | Comments |
|---|---|---|---|
|  |  |  | Specify location(s), where necessary |

**BASEMENT/CELLAR**
1. Stairs and handrails .................... _M_
2. Basement/cellar floor ................... _M_
3. Foundation ........................... _M_
4. Evidence of dampness or staining ........ _N_
5. First floor, floor system ................. _M_
6. Beams and columns .................... _M_

**ELECTRICAL SERVICE(S)** # of Services . _1_
7. Service size:
   Amps: 30 ____ 60 ____ 100 _X_ 150 ____ Other _____
   Volts: 115 ____ 115/220 _X_

   *8. H Service ground is connected to street side of water meter only. No electrical grounding loop at meter*

**BASEMENT ONLY:**
8. Electrical service installation/grounding ..... _H_
9. Electrical wiring, outlets and fixtures ....... _M_

**PLUMBING SYSTEM**
10. Floor drain(s) (basement)................. _M_
11. Waste and vent piping (all floors)........... _B_
12. Water piping (all floors)................... _B_
13. Gas piping (all floors) ................... _B_
14. Water heater(s), installation .............. _M_
15. Water heater(s), venting ................. _M_
16. Plumbing fixtures (basement) ............. _M_

*11. B Some corrosion cast iron waste line*
*12. B No backflow prevention on exterior water faucets.*
*13. B Lacking drip-T fitting for dryer.*

**HEATING SYSTEM(S)** # of ............ _1_
17. Heating plant(s): Type: _Water_  Fuel: _Gas_
   a. Installation and visible condition .......... _H_
   b. Viewed in operation (required in heating season) ... _Y_
   c. Combustion venting .................... _M_

*17A H No backflow preventer on boiler water supply (DCIVA)*

The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.

18. Additional heating unit(s) Type: _____  Fuel: _____
   a. Installation and visible condition .......... _-_
   b. Viewed in operation .................... _-_
   c. Combustion venting .................... _-_

19. **ADDITIONAL COMMENTS (1 through 18)** _-_

EVALUATOR: _____ _Vicki Scheunemann_ _____ DATE: _01/09/2007_   Page _2_ of _4_

PHA 018465

Property Address: _1673 Lafond Ave_

See Page 1 for Rating Key     Item #     Comments

Where there are multiple rooms to a category, the Evaluator must specify the room to which a Comment is related.

**KITCHEN**

| | | | |
|---|---|---|---|
| 20. Walls and ceiling | M | 25. B Water flow below minimal requirements. No |
| 21. Floor condition and ceiling height | M | flow when other fixtures running. |
| 22. Evidence of dampness or staining | N | |
| 23. Electrical outlets and fixtures | M | |
| 24. Plumbing fixtures | M | |
| 25. Water flow | B | |
| 26. Window size/openable area/mechanical exhaust | M | |
| 27. Condition of doors/windows/mech. exhaust | M | |

**LIVING AND DINING ROOM(S)**

| | |
|---|---|
| 28. Walls and ceiling | M |
| 29. Floor condition and ceiling height | M |
| 30. Evidence of dampness or staining | N |
| 31. Electrical outlets and fixtures | M |
| 32. Window size and openable area | M |
| 33. Window and door condition | M |

**HALLWAYS, STAIRS AND ENTRIES**

| | |
|---|---|
| 34. Walls, ceilings and floors | M |
| 35. Evidence of dampness or staining | N |
| 36. Stairs and handrails to upper floors | M |
| 37. Electrical outlets and fixtures | M |
| 38. Window and door condition | M |
| 39. Smoke detector(s) | Y |
| Properly located | Y |
| Hard-wired | Y |

**BATHROOM(S)**

| | | | |
|---|---|---|---|
| 40. Walls and ceiling | M | 44. B  Corrosion on wasteline bathroom sink. |
| 41. Floor condition and ceiling height | M | 45. B Below minimal water flow. Tub runs at less |
| 42. Evidence of dampness or staining | N | than pencil diameter. When tub faucet |
| 43. Electrical outlets and fixtures | M | running there is no water flow to bathroom |
| 44. Plumbing fixtures | B | or kitchen sink. |
| 45. Water flow | B | |
| 46. Window size/openable area/mechanical exhaust | M | |
| 47. Condition of windows/doors/mech. exhaust | M | |

**SLEEPING ROOM(S)**

| | | | |
|---|---|---|---|
| 48. Walls and ceiling | M | 51. H Ungrounded 3 prong outlets. |
| 49. Floor condition, area, and ceiling height | M | |
| 50. Evidence of dampness or staining | N | |
| 51. Electrical outlets and fixtures | H | |
| 52. Window size and openable area | M | |
| 53. Window and door condition | M | |

**ENCLOSED PORCHES AND OTHER ROOMS**

| | |
|---|---|
| 54. Walls and floor condition | |
| 55. Evidence of dampness or staining | |
| 56. Electrical outlets and fixtures | |
| 57. Window and door condition | |

**ATTIC SPACE**   (Visible Areas)

| | | | |
|---|---|---|---|
| 58. Roof boards and rafters | C | 58. , 59, 60, 61 Not accessed closet stored |
| 59. Evidence of dampness or staining | | items /clothes / shelf in way of access |
| 60. Electrical wiring/outlets/fixtures | | |
| 61. Ventilation | | |

62. ADDITIONAL COMMENTS (20 through 61) _____

EVALUATOR:_____ _Vicki Scheunemann_ _____ DATE: _01/09/2007_     Page _3_ of _4_

Rev 1/2004

PHA 018466

Property Address: _____1673 Lafond Ave_____

|  | See Page 1 for Rating Key | Item # | Comments |
|---|---|---|---|

## EXTERIOR (Visible Areas)

| | | | |
|---|---|---|---|
| 63. Foundation ..................... | B | 63. B Peeling paint. | |
| 64. Basement/cellar windows ............... | M | 65. B Grade is low / flat in areas. | |
| 65. Drainage (grade) ...................... | B | 66. B Stucco cracked. Peeling areas on porch. | |
| 66. Exterior walls ........................ | B | | |
| 67. Doors (frames/storms/screens) .......... | M | | |
| 68. Windows (frames/storms/screens) ......... | M | | |
| 69. Open porches, stairways and decks ........ | M | | |
| 70. Cornice and trim ...................... | M | | |
| 71. Roof structure and covering ............. | M | | |
| 72. Gutters and downspouts ................. | M | | |
| 73. Chimneys ............................ | M | | |
| 74. Outlets, fixtures and service entrance ....... | M | | |

## GARAGE(S)/ACCESSORY STRUCTURE(S)

| | | | |
|---|---|---|---|
| 75. Roof structure and covering .............. | M | 76. B Peeling paint | |
| 76. Wall structure and covering .............. | B | 77. C Limited view due to stored goods. | |
| 77. Slab condition ........................ | C | 80. C No power to garage. Remnants of old knob & | |
| 78. Garage doors .......................... | M | tube remain. | |
| 79. Garage opener- (see important notice #6) .... | N | | |
| 80. Electrical wiring, outlets and fixtures ...... | C | | |
| 81. ADDITIONAL COMMENTS (62 through 80) | | | |

## FIREPLACE/WOODSTOVES   # of _____

| | | | |
|---|---|---|---|
| 82. Dampers installed in fireplaces ........... | C | 82. C Fireplace not viewed, furnature in front | |
| 83. Installation .......................... | | of unit | |
| 84. Condition ............................ | | | |

---

SUPPLEMENTAL INFORMATION No determination is made
whether items meet minimum standards   (Y/N, NA, NV, only)

| INSULATION | Y/N | Type | Inches/Depth |
|---|---|---|---|
| 85. Attic Insulation | NV | | |
| 86. Foundation Insulation | N | | |
| 87. Kneewall Insulation | NA | | |
| 88. Rim Joist Insulation | NA | | |

89. ADDITIONAL COMMENTS (81 through 88) _____

I hereby certify I prepared this report in compliance with the St. Paul Evaluator Guidelines and all other applicable policies and procedures
of the Truth-in-Sale of Housing Board. I have utilized reasonable and ordinary care and diligence and I have noted all conditions found that
do not conform to the minimum standards of maintenance.

| _Vicki Scheunemann_ | 651-646-0009 | 01/09/2007 | Page _4_ of _4_ |
|---|---|---|---|
| Evaluator Signature | Phone Number | Date | Rev 1/2004 |

Printed Name: _____Vicki Scheunemann_____

**IMPORTANT NOTICES**
1. Any single family residence in St. Paul must have at least one smoke detector connected to the electrical system (hard-wired). The detector must be located near sleeping rooms. For more information call Fire Prevention. (651) 228-6230. (St. Paul Legislative Code, Chapter 58.)
2. Rainleaders connected to the sanitary sewer system must be disconnected. For more information call Public Works, Sewer Division, (651) 266-6234.
3. Any house built before 1950 may have lead paint on/in it. If children eat lead paint, they can be poisoned. For more information call Ramsey County Public Health, (651) 292-6525.
4. Neither the City of St. Paul nor the Evaluator is responsible for the determination of the presence of airborne particles such as asbestos, noxious gases such as radon, or other conditions of air quality that may be present, nor the conditions which may cause the above.
5. If this building is used for any purpose other than a single family dwelling, it may be illegally zoned. To help you determine legal uses under the zoning ordinance, contact the Zoning Administrator at (651) 266-9008.
6. An automatic garage door should reverse upon striking an object. If it does not reverse it poses a serious hazard and should be immediately repaired or replaced.

**PHA 018467**

**39. Smoke detector Information:**

| | |
|---|---|
| Smoke detector(s) | Y |
| Properly located | Y |
| Hard-Wired | Y |

# Disclosure Report
## St. Paul Truth-In-Sale of Housing
### (Carefully read this entire report)

**For Office Use, ONLY:**

Date Received _____

Payment Ref: _____

*Right margin (vertical text):* Address 1012 ASHLAND AVE   Date 01/10/2007

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

Notice:   A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

**Address of Evaluated Dwelling:** *1012 Ashland Ave*
Addresses without the correct street type and/or direction may be returned and may incur a late fee.

**Owner's Name:** *Public Housing Agency, City of St Paul*

**Owner's Address:** *261 University Ave E, St. Paul, MN 55103*
include City & State if NOT St. Paul, and ALL Zip codes, EVEN IN St. Paul

**Type of Dwelling:**  Single Family _X_   Townhome ____   Condo* ____
Duplex ____   Usage may not be legal. See below.

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

**Comments:**

---

## PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION

*If a box is not checked then the information does not apply to this dwelling  This information is not guaranteed by the evaluator nor by the City of St. Paul.*   You may obtain a printout of all this information by visiting the LIEP website at:   www.liep.us
According to information provided to Truth-in-Sale of Housing Evaluators by the City of St. Paul this property:

☐ **IS**   located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site. Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff. For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

☐ **IS**   a Registered Vacant Building   Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code. New owners must re-register the building and must comply with all existing Code Compliance Orders. Other regulation or restrictions regarding occupancy may apply. Contact the Vacant Buildings Division for specific information at 651. 266-1900.

☐ **HAS** Open permits.   Completion and/or occupancy restictions or requirements may apply. Contact LIEP at 651.266-9090.

☐ **IS**   a Verified Legal Duplex.   If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Reseach into a property's history may incur a fee.

---

## RATING KEY:

"M" = Meets minimum standards - the item conforms to minimum standards of maintenance

"B" = Below minimum standards - the item is below minimum standards

"C" = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

"H" = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked "B", "C", or "H" must have a written comment about the item. Additional comment sheets may be attached if needed.

"Y" = Yes   "N" = No   "NV" = Not Visible/Viewed   "NA" = Not Applicable

---

This Report:

1.  is intended to provide basic information to the home buyer and seller prior to the time of sale. This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2.  is based on the current Truth-in-Sale of Housing Evaluator Guidelines.

3.  is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report

4.  covers only the items listed on the form and only those items    *visible at the time of the evaluation.* The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5.  may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6.  is valid for one year from the date of issue and only for the owner named on this report

Questions regarding this report should be directed to the evaluator.

Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.

EVALUATOR:____ *Vicki Scheunemann* ____   PHONE: *651-646-0009*   DATE: ___ *01/10/2007* ___   Rev 1/2004

*Right margin:* Page 1 of 4

PHA 018468

Property Address: _1012 Ashland Ave_

See Page 1 for Rating Key        Item #        **Comments**

Specify location(s), where necessary

**BASEMENT/CELLAR**
1. Stairs and handrails ................... _B_
2. Basement/cellar floor ................... _M_
3. Foundation ........................... _M_
4. Evidence of dampness or staining ........ _N_
5. First floor, floor system ................. _M_
6. Beams and columns ................... _M_

*1. B Low headroom (less than 6' 8"). Openings in guardrail wider than 4 inches.*

**ELECTRICAL SERVICE(S) # of Services** . _1_
7. Service size:
   Amps: 30 ____ 60 ____ 100 _X_ 150 ____ Other _____
   Volts: 115 ____ 115/220 _X_
   **BASEMENT ONLY:**
8. Electrical service installation/grounding ..... _H_
9. Electrical wiring, outlets and fixtures ....... _M_

*8. H No electrical grounding loop at water meter.*

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) ................ _M_
11. Waste and vent piping (all floors) .......... _M_
12. Water piping (all floors) ................. _M_
13. Gas piping (all floors) ................. _B_
14. Water heater(s), installation ............. _B_
15. Water heater(s), venting ................. _B_
16. Plumbing fixtures (basement) ............. _M_

*13. B White plastic used as dryer vent*
*14. B Stains, discoloration above burner compartment.*
*15. B Vent lacks proper slope*

**HEATING SYSTEM(S) # of** ............ _1_
17. Heating plant(s): Type: _Water_ Fuel: _Gas_
   a. Installation and visible condition ......... _M_
   b. Viewed in operation (required in heating season) ... _Y_
   c. Combustion venting .................... _M_

The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.

18. Additional heating unit(s) Type: _____ Fuel: _____
   a. Installation and visible condition .......... _-_
   b. Viewed in operation .................... _-_
   c. Combustion venting .................... _-_

19. **ADDITIONAL COMMENTS (1 through 18)** _-_

EVALUATOR: _Vicki Scheunemann_        DATE: _01/10/2007_        Page _2_ of _4_
Rev 1/2004

PHA 018469

Property Address: _1012 Ashland Ave_

| | See Page 1 for Rating Key | Item # | Comments |

Where there are multiple rooms to a category, the Evaluator must specify the room to which a Comment is related.

**KITCHEN**

| | | |
|---|---|---|
| 20. Walls and ceiling | M | |
| 21. Floor condition and ceiling height | M | |
| 22. Evidence of dampness or staining | N | |
| 23. Electrical outlets and fixtures | M | |
| 24. Plumbing fixtures | M | |
| 25. Water flow | M | |
| 26. Window size/openable area/mechanical exhaust | M | |
| 27. Condition of doors/windows/mech. exhaust | M | |

**LIVING AND DINING ROOM(S)**

| | | |
|---|---|---|
| 28. Walls and ceiling | M | |
| 29. Floor condition and ceiling height | M | |
| 30. Evidence of dampness or staining | N | |
| 31. Electrical outlets and fixtures | M | |
| 32. Window size and openable area | M | |
| 33. Window and door condition | M | |

**HALLWAYS, STAIRS AND ENTRIES**

| | | |
|---|---|---|
| 34. Walls, ceilings and floors | M | |
| 35. Evidence of dampness or staining | N | |
| 36. Stairs and handrails to upper floors | M | |
| 37. Electrical outlets and fixtures | M | |
| 38. Window and door condition | M | |
| 39. Smoke detector(s) | Y | |
| Properly located | Y | |
| Hard-wired | Y | |

**BATHROOM(S)**

| | | |
|---|---|---|
| 40. Walls and ceiling | M | |
| 41. Floor condition and ceiling height | M | |
| 42. Evidence of dampness or staining | N | |
| 43. Electrical outlets and fixtures | M | |
| 44. Plumbing fixtures | M | |
| 45. Water flow | M | |
| 46. Window size/openable area/mechanical exhaust | M | |
| 47. Condition of windows/doors/mech. exhaust | M | |

**SLEEPING ROOM(S)**

| | | |
|---|---|---|
| 48. Walls and ceiling | M | |
| 49. Floor condition, area, and ceiling height | M | |
| 50. Evidence of dampness or staining | N | |
| 51. Electrical outlets and fixtures | M | |
| 52. Window size and openable area | M | |
| 53. Window and door condition | M | |

**ENCLOSED PORCHES AND OTHER ROOMS**

| | | |
|---|---|---|
| 54. Walls and floor condition | | |
| 55. Evidence of dampness or staining | | |
| 56. Electrical outlets and fixtures | | |
| 57. Window and door condition | | |

**ATTIC SPACE   (Visible Areas)**

| | | |
|---|---|---|
| 58. Roof boards and rafters | C | 58. C Attic entrance sealed, not viewed |
| 59. Evidence of dampness or staining | | |
| 60. Electrical wiring/outlets/fixtures | | |
| 61. Ventilation | | |

62. ADDITIONAL COMMENTS (20 through 61) -

EVALUATOR: _Vicki Scheunemann_   DATE: _01/10/2007_   Page _3_ of _4_

Rev 1/2004

PHA  018470

Property Address: **1012 Ashland Ave**

| | See Page 1 for Rating Key | | Item # | Comments |
|---|---|---|---|---|

**EXTERIOR** (Visible Areas)

| | Rating | | Comments |
|---|---|---|---|
| 63. Foundation .......................... | M | | 66. B Some stucco cracks |
| 64. Basement/cellar windows ............... | M | | 67. H Broken / jagged glass rear porch door. |
| 65. Drainage (grade) ....................... | M | | 69. B High risers, no handrail front steps. |
| 66. Exterior walls ........................ | B | | Cracks on interior of front porch |
| 67. Doors (frames/storms/screens) .......... | H | | |
| 68. Windows (frames/storms/screens) ........ | M | | |
| 69. Open porches, stairways and decks ........ | B | | |
| 70. Cornice and trim ...................... | M | | |
| 71. Roof structure and covering .............. | M | | |
| 72. Gutters and downspouts ................. | M | | |
| 73. Chimneys ............................ | M | | |
| 74. Outlets, fixtures and service entrance ....... | M | | |

**GARAGE(S)/ACCESSORY STRUCTURE(S)**

| | |
|---|---|
| 75. Roof structure and covering .............. | _____ |
| 76. Wall structure and covering .............. | _____ |
| 77. Slab condition ........................ | _____ |
| 78. Garage doors ......................... | _____ |
| 79. Garage opener- (see important notice #6) .... | _____ |
| 80. Electrical wiring, outlets and fixtures ...... | _____ |
| 81. **ADDITIONAL COMMENTS** (62 through 80) | _____ |

**FIREPLACE/WOODSTOVES**  # of ___1___

| | | | |
|---|---|---|---|
| 82. Dampers installed in fireplaces ........... | C | | 82. C Fireplace sealed |
| 83. Installation ........................... | _____ | | |
| 84. Condition ............................ | _____ | | |

**SUPPLEMENTAL INFORMATION** No determination is made
whether items meet minimum standards    **(Y/N, NA, NV, only)**

| INSULATION | Y/N | Type | Inches/Depth |
|---|---|---|---|
| 85. Attic Insulation | NV | _____ | _____ |
| 86. Foundation Insulation | N | _____ | _____ |
| 87. Kneewall Insulation | NV | _____ | _____ |
| 88. Rim Joist Insulation | NA | _____ | _____ |

89. **ADDITIONAL COMMENTS** (81 through 88) _____

I hereby certify I prepared this report in compliance with the St. Paul Evaluator Guidelines and all other applicable policies and procedures of the Truth-in-Sale of Housing Board. I have utilized reasonable and ordinary care and diligence and I have noted all conditions found that do not conform to the minimum standards of maintenance.

| _Vicki Scheunemann_ | 651-646-0009 | 01/10/2007 | Page _4_ of _4_ |
|---|---|---|---|
| Evaluator Signature | Phone Number | Date | Rev 1/2004 |

Printed Name: _____ **Vicki Scheunemann** _____

**IMPORTANT NOTICES**

1. Any single family residence in St. Paul must have at least one smoke detector connected to the electrical system (hard-wired). The detector must be located near sleeping rooms. For more information call Fire Prevention, (651) 228-6230. (St. Paul Legislative Code, Chapter 58.)
2. Rainleaders connected to the sanitary sewer system must be disconnected. For more information call Public Works, Sewer Division, (651) 266-6234.
3. Any house built before 1950 may have lead paint on/in it. If children eat lead paint, they can be poisoned. For more information call Ramsey County Public Health, (651) 292-6525.
4. Neither the City of St. Paul nor the Evaluator is responsible for the determination of the presence of airborne particles such as asbestos, noxious gases such as radon, or other conditions of air quality that may be present, nor the conditions which may cause the above.
5. If this building is used for any purpose other than a single family dwelling, it may be illegally zoned. To help you determine legal uses under the zoning ordinance, contact the Zoning Administrator at (651) 266-9008.
6. An automatic garage door should reverse upon striking an object. If it does not reverse it poses a serious hazard and should be immediately repaired or replaced.

PHA 018471

| 39. Smoke detector Information: | | **Disclosure Report** | **For Office Use, ONLY:** |
| Smoke detector(s) | Y | **St. Paul Truth-In-Sale of Housing** | Date Received _____ |
| Properly located | Y | (Carefully read this entire report) | Payment Ref: _____ |
| Hard-Wired | Y | | |

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

Notice:   A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

**Address of Evaluated Dwelling:**   *245 Maria*
Addresses without the correct street type and/or direction may be returned and may incur a late fee.

**Owner's Name:**   *Public Housing Agency*

**Owner's Address:**   *555 N Wabasha St #400, St. Paul, MN 55102*
include City & State if NOT St. Paul, and ALL Zip codes, EVEN IN St. Paul

**Type of Dwelling:**   Single Family _X_   Townhome ____   Condo* ____
Duplex ____   Usage may not be legal. See below.

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

**Comments:** *C/O Dave Lang*

---

**PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION**
*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.*   You may obtain a printout of all this information by visiting the LIEP website at:   www.liep.us
According to information provided to Truth-In-Sale of Housing Evaluators by the City of St. Paul this property:

[X] **IS**   located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site. Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff. For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

[ ] **IS**   a Registered Vacant Building   Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code. New owners must re-register the building and must comply with all existing Code Compliance Orders. Other regulation or restrictions regarding occupancy may apply. Contact the Vacant Buildings Division for specific information at 651. 266-1900.

[ ] **HAS Open permits.**   Completion and/or occupancy restictions or requirements may apply. Contact LIEP at 651.266-9090.

[ ] **IS**   a Verified Legal Duplex.   If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Reseach into a property's history may incur a fee.

---

**RATING KEY:**

"M" = Meets minimum standards - the item conforms to minimum standards of maintenance

"B" = Below minimum standards - the item is below minimum standards

"C" = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

"H" = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked "B", "C", or "H" must have a written comment about the item. Additional comment sheets may be attached if needed.

"Y" = Yes   "N" = No   "NV" = Not Visible/Viewed   "NA" = Not Applicable

**This Report:**

1. is intended to provide basic information to the home buyer and seller prior to the time of sale. This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2. is based on the current Truth-in-Sale of Housing Evaluator Guidelines.

3. is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report.

4. covers only the items listed on the form and only those items   *visible at the time of the evaluation.* The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5. may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6. is valid for one year from the date of issue and only for the owner named on this report.

**Questions regarding this report should be directed to the evaluator.**

**Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.**

EVALUATOR: _Scott Scheunemann_   PHONE: _651-646-0009_   DATE: _01/09/2007_   Rev 1/2004

*Sidebar (right margin):* Address 245 MARIA   Date 01/09/2007

*Right margin:* page 1 of 4

PHA 018472

Property Address: _245 Maria_

See Page 1 for Rating Key | Item # | Comments
Specify location(s), where necessary

## BASEMENT/CELLAR
1. Stairs and handrails .................... __B__
2. Basement/cellar floor ................... __B__
3. Foundation ........................... _B,C_
4. Evidence of dampness or staining ........ __Y__
5. First floor, floor system ................ __M__
6. Beams and columns .................... __M__

1. B Ends of handrail are not returned to wall, low overhead
2. B Cracked slab.
3. B Spalling plaster.
3. C Foundation is covered by plaster and not visible
4. Previous stains on unfinished walls.

## ELECTRICAL SERVICE(S) # of Services . __1__
7. Service size:
Amps: 30 ____ 60 ____ 100 _X_ 150 ____ Other _____
Volts: 115 ____ 115/220 _X_
### BASEMENT ONLY:
8. Electrical service installation/grounding ..... __M__
9. Electrical wiring, outlets and fixtures ....... __M__

## PLUMBING SYSTEM
10. Floor drain(s) (basement) .................. __M__
11. Waste and vent piping (all floors) ........... __M__
12. Water piping (all floors) ................... __B__
13. Gas piping (all floors) .................... __B__
14. Water heater(s), installation .............. __M__
15. Water heater(s), venting ................. _B,H_
16. Plumbing fixtures (basement) .............. __M__

12. B No backflow prevention on exterior water faucets.
13. B Lacking drip-T fitting for dryer.
15. B Water heater is not visibly connected to a metal chimney liner
15. H Vent is lacking clearance to combustible framing at masonry chimney

## HEATING SYSTEM(S) # of ............. __1__
17. Heating plant(s): Type: _Water_ Fuel: __Gas_
a. Installation and visible condition .......... _C,H_
b. Viewed in operation (required in heating season) ... __Y__
c. Combustion venting .................... __M__

17A C Combustion chamber and internal components are not visible
17A H No backflow preventer on boiler water supply (DCIVA-Check valve only.

**The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.**

18. Additional heating unit(s) Type: _____ Fuel: _____
a. Installation and visible condition .......... ___-___
b. Viewed in operation .................... ___-___
c. Combustion venting .................... ___-___

19. **ADDITIONAL COMMENTS** (1 through 18) ___-___

EVALUATOR:_____ _Scott Scheunemann_ _____ DATE: ___01/09/2007___ Page _2_ of _4_
Rev 1/2004

PHA 018473

Property Address: __245 Maria__

See Page 1 for Rating Key    **Item #**    **Comments**

Where there are multiple rooms to a category, the Evaluator must specify the room to which a Comment is related.

### KITCHEN
20. Walls and ceiling ........................ __M__
21. Floor condition and ceiling height ......... __M__
22. Evidence of dampness or staining ......... __N__
23. Electrical outlets and fixtures ............. __M__
24. Plumbing fixtures ...................... __M__
25. Water flow ........................... __M__
26. Window size/openable area/mechanical exhaust __M__
27. Condition of doors/windows/mech. exhaust ... __M__

### LIVING AND DINING ROOM(S)
28. Walls and ceiling ........................ __M__    *29. C Floors are slightly out of level.*
29. Floor condition and ceiling height ......... __C__    *31. H Extension cord wiring is used as permanent*
30. Evidence of dampness or staining ......... __N__    *to florescent ceiling light near entry*
31. Electrical outlets and fixtures ............. __H__
32. Window size and openable area ........... __M__
33. Window and door condition ............. __M__

### HALLWAYS, STAIRS AND ENTRIES
34. Walls, ceilings and floors ................ __M__    *36. B Lacking grippable handrail by design*
35. Evidence of dampness or staining ......... __N__
36. Stairs and handrails to upper floors ........ __B__
37. Electrical outlets and fixtures ............. __M__
38. Window and door condition ............. __M__
39. Smoke detector(s) ...................... __Y__
    Properly located ...................... __Y__
    Hard-wired .......................... __Y__

### BATHROOM(S)
40. Walls and ceiling ........................ __B__    *40. B Loose tiles at tub.*
41. Floor condition and ceiling height ......... __M__
42. Evidence of dampness or staining ......... __N__
43. Electrical outlets and fixtures ............. __M__
44. Plumbing fixtures ...................... __M__
45. Water flow ........................... __M__
46. Window size/openable area/mechanical exhaust __M__
47. Condition of windows/doors/mech. exhaust ... __M__

### SLEEPING ROOM(S)
48. Walls and ceiling ........................ __M__    *51. C Limited view due to stored items /*
49. Floor condition, area, and ceiling height .... __M__    *furniture, can't fully evaluate.*
50. Evidence of dampness or staining ......... __N__
51. Electrical outlets and fixtures ............. __C__
52. Window size and openable area ........... __M__
53. Window and door condition ............. __M__

### ENCLOSED PORCHES AND OTHER ROOMS
54. Walls and floor condition ................ __NA__
55. Evidence of dampness or staining ......... __NA__
56. Electrical outlets and fixtures ............. __NA__
57. Window and door condition ............. __NA__

### ATTIC SPACE    (Visible Areas)
58. Roof boards and rafters .................. __C__    *58. C Attic access is locked and not viewed*
59. Evidence of dampness or staining ......... _____
60. Electrical wiring/outlets/fixtures .......... _____
61. Ventilation ........................... _____

62. ADDITIONAL COMMENTS (20 through 61) _____

EVALUATOR:_____ *Scott Scheunemann* _____ DATE: __01/09/2007__    Page __3__ of __4__

Rev 1/2004

PHA 018474

Property Address: _245 Maria_

See Page 1 for Rating Key    Item #    Comments

## EXTERIOR (Visible Areas)

| | | Rating |
|---|---|---|
| 63. | Foundation ...................... | __B__ |
| 64. | Basement/cellar windows ............... | __M__ |
| 65. | Drainage (grade) ...................... | __B__ |
| 66. | Exterior walls ...................... | __M__ |
| 67. | Doors (frames/storms/screens) .......... | __M__ |
| 68. | Windows (frames/storms/screens) ........ | __M__ |
| 69. | Open porches, stairways and decks ........ | __B__ |
| 70. | Cornice and trim ...................... | __M__ |
| 71. | Roof structure and covering .............. | __M__ |
| 72. | Gutters and downspouts ................. | __M__ |
| 73. | Chimneys ......................... | __M__ |
| 74. | Outlets, fixtures and service entrance ....... | __M__ |

63. B Missing / spalling mortar in block joints

65. B Grading of soil lacks slope away from house in areas.

69. B Worn decking finish and boards, guardrail is spaced over 4", spalling mortar at steps

## GARAGE(S)/ACCESSORY STRUCTURE(S)

| | | Rating |
|---|---|---|
| 75. | Roof structure and covering .............. | __C__ |
| 76. | Wall structure and covering .............. | _____ |
| 77. | Slab condition ...................... | _____ |
| 78. | Garage doors ......................... | _____ |
| 79. | Garage opener- (see important notice #6) .... | _____ |
| 80. | Electrical wiring, outlets and fixtures ...... | _____ |
| 81. | ADDITIONAL COMMENTS (62 through 80) _____ | |

75. C No garage.

## FIREPLACE/WOODSTOVES # of    __0__

| | | |
|---|---|---|
| 82. | Dampers installed in fireplaces ........... | _____ |
| 83. | Installation ......................... | _____ |
| 84. | Condition ......................... | _____ |

---

**SUPPLEMENTAL INFORMATION** No determination is made whether items meet minimum standards    (Y/N, NA, NV, only)

| INSULATION | Y/N | Type | Inches/Depth |
|---|---|---|---|
| 85. Attic Insulation | _NV_ | _____ | _____ |
| 86. Foundation Insulation | __N_ | _____ | _____ |
| 87. Kneewall Insulation | _NV_ | _____ | _____ |
| 88. Rim Joist Insulation | __N_ | _____ | _____ |

89. ADDITIONAL COMMENTS (81 through 88) _____

I hereby certify I prepared this report in compliance with the St. Paul Evaluator Guidelines and all other applicable policies and procedures of the Truth-in-Sale of Housing Board. I have utilized reasonable and ordinary care and diligence and I have noted all conditions found that do not conform to the minimum standards of maintenance.

| _Scott Scheunemann_ | 651-646-0009 | 01/09/2007 | Page _4_ of _4_ |
|---|---|---|---|
| Evaluator Signature | Phone Number | Date | Rev 1/2004 |

Printed Name: _____Scott Scheunemann_____

### IMPORTANT NOTICES

1. Any single family residence in St. Paul must have at least one smoke detector connected to the electrical system (hard-wired). The detector must be located near sleeping rooms. For more information call Fire Prevention, (651) 228-6230. (St. Paul Legislative Code, Chapter 58.)
2. Rainleaders connected to the sanitary sewer system must be disconnected. For more information call Public Works, Sewer Division, (651) 266-6234.
3. Any house built before 1950 may have lead paint on/in it. If children eat lead paint, they can be poisoned. For more information call Ramsey County Public Health, (651) 292-6525.
4. Neither the City of St. Paul nor the Evaluator is responsible for the determination of the presence of airborne particles such as asbestos, noxious gases such as radon, or other conditions of air quality that may be present, nor the conditions which may cause the above.
5. If this building is used for any purpose other than a single family dwelling, it may be illegally zoned. To help you determine legal uses under the zoning ordinance, contact the Zoning Administrator at (651) 266-9008.
6. An automatic garage door should reverse upon striking an object. If it does not reverse it poses a serious hazard and should be immediately repaired or replaced.

PHA 018475

| 39. Smoke detector Information: | |
|---|---|
| Smoke detector(s) | Y |
| Properly located | Y |
| Hard-Wired | Y |

## Disclosure Report
### St. Paul Truth-In-Sale of Housing
(Carefully read this entire report)

**For Office Use, ONLY:**

Date Received _____

Payment Ref: _____

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

Notice:   A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

**Address of Evaluated Dwelling:**   _1115 Rose E_
Addresses without the correct street type and/or direction may be returned and may incur a late fee.

**Owner's Name:**   _Public Housing Agency_

**Owner's Address:**   _555 N Wabasha St #400, St. Paul, MN 55102_
include City & State if NOT St. Paul, and ALL Zip codes, EVEN IN St. Paul

**Type of Dwelling:**   Single Family _X_   Townhouse ____   Condo* ____
Duplex ____ Usage may not be legal. See below.

**Comments:** _C/O Dave Lang_

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

---

### PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION
*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.*   You may obtain a printout of all this information by visiting the LIEP website at:   www.liep.us
According to information provided to Truth-In-Sale of Housing Evaluators by the City of St. Paul this property:

☐ **IS**   located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site. Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff. For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

☐ **IS**   a Registered Vacant Building   Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code. New owners must re-register the building and must comply with all existing Code Compliance Orders. Other regulation or restrictions regarding occupancy may apply. Contact the Vacant Buildings Division for specific information at 651. 266-1900.

☐ **HAS Open permits.**   Completion and/or occupancy restrictions or requirements may apply. Contact LIEP at 651.266-9090.

☐ **IS**   a Verified Legal Duplex.   If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Research into a property's history may incur a fee.

---

### RATING KEY:

"M" = Meets minimum standards - the item conforms to minimum standards of maintenance

"B" = Below minimum standards - the item is below minimum standards

"C" = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

"H" = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked "B", "C", or "H" must have a written comment about the item. Additional comment sheets may be attached if needed.

"Y" = Yes    "N" = No    "NV" = Not Visible/Viewed      "NA" = Not Applicable

**This Report:**

1.  is intended to provide basic information to the home buyer and seller prior to the time of sale. This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2.  is based on the current Truth-in-Sale of Housing Evaluator Guidelines.

3.  is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report.

4.  covers only the items listed on the form and only those items   *visible at the time of the evaluation.* The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5.  may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6.  is valid for one year from the date of issue and only for the owner named on this report.

Questions regarding this report should be directed to the evaluator.

Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.

EVALUATOR:_____ _Scott Scheunemann_ _____   PHONE: _651-646-0009_   DATE: _01/09/2007_   Rev 1/2004

PHA 018476

Property Address:   _1115 Rose E_

See Page 1 for Rating Key     Item #     **Comments**

Specify location(s), where necessary

**BASEMENT/CELLAR**
1. Stairs and handrails ................... __B__
2. Basement/cellar floor ................... __M__
3. Foundation .......................... __C__
4. Evidence of dampness or staining ........ __Y__
5. First floor, floor system ............... __M__
6. Beams and columns ................... __M__

*1. B Ends of handrail are not returned to wall, Low headroom, lacking returned ends for handrail*
*3. C 3-4-5-6- Areas covered/finished off, can not fully view.*
*4. Previous stains on base of walls.*

**ELECTRICAL SERVICE(S)** # of Services · ___1___
7. Service size:
   Amps: 30 ____ 60 ____ 100 _X_ 150 ____ Other _____
   Volts: 115 ____ 115/220 _X_
   **BASEMENT ONLY:**
8. Electrical service installation/grounding ..... __M__
9. Electrical wiring, outlets and fixtures ....... __M__

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) ................. __M__
11. Waste and vent piping (all floors) ........... __M__
12. Water piping (all floors) .................... __B__
13. Gas piping (all floors) .................... __B__
14. Water heater(s), installation .............. __M__
15. Water heater(s), venting ................. __B,H__
16. Plumbing fixtures (basement) .............. __B__

*12. B No backflow prevention on exterior water faucets.*
*13. B Obsolete gas valve installed for water heater*
*15. B Water heater is not visibly connected to a metal chimney liner*
*15. H Vent is lacking clearance to combustible framing.*
*16. B Unvented sink and shower in basement*

**HEATING SYSTEM(S)** # of ............ ___1___
17. Heating plant(s): Type: _Air_  Fuel: _Gas_
   a. Installation and visible condition .......... __C,B__
   b. Viewed in operation (required in heating season) ... __Y__
   c. Combustion venting .................... __B__

The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.

*17A B A/C condensation drains into pipe at slab*
*17A C Heat exchanger and interior components are not visible.*
*17C B Rust on components,  Thermal vent damper is installed on furnace exhaust vent*

18. Additional heating unit(s) Type: _____  Fuel: _____
   a. Installation and visible condition .......... ___:___
   b. Viewed in operation .................... ___:___
   c. Combustion venting .................... ___:___

**19. ADDITIONAL COMMENTS (1 through 18)** ___:___

EVALUATOR:_____ *Scott Scheunemann* _____  DATE: __01/09/2007__   Page _2_ of _4_
Rev 1/2004

**PHA  018477**

Property Address: _1115 Rose E_

See Page 1 for Rating Key    **Item #    Comments**

Where there are multiple rooms to a category, the Evaluator must specify the room to which a Comment is related.

### KITCHEN

| | | |
|---|---|---|
| 20. Walls and ceiling | M | 24. B Corrosion on wasteline, sink is not |
| 21. Floor condition and ceiling height | M | vented. |
| 22. Evidence of dampness or staining | N | |
| 23. Electrical outlets and fixtures | M | |
| 24. Plumbing fixtures | B | |
| 25. Water flow | M | |
| 26. Window size/openable area/mechanical exhaust | M | |
| 27. Condition of doors/windows/mech. exhaust | M | |

### LIVING AND DINING ROOM(S)

| | |
|---|---|
| 28. Walls and ceiling | M |
| 29. Floor condition and ceiling height | M |
| 30. Evidence of dampness or staining | N |
| 31. Electrical outlets and fixtures | M |
| 32. Window size and openable area | M |
| 33. Window and door condition | M |

### HALLWAYS, STAIRS AND ENTRIES

| | | |
|---|---|---|
| 34. Walls, ceilings and floors | B | 34. B Low headroom,  Random plaster cracks. |
| 35. Evidence of dampness or staining | N | 36. B Low guardrail at ledge |
| 36. Stairs and handrails to upper floors | B | 37. B Outlet is wired with reverse polarity at |
| 37. Electrical outlets and fixtures | B | top of steps |
| 38. Window and door condition | M | |
| 39. Smoke detector(s) | Y | |
| Properly located | Y | |
| Hard-wired | Y | |

### BATHROOM(S)

| | |
|---|---|
| 40. Walls and ceiling | M |
| 41. Floor condition and ceiling height | M |
| 42. Evidence of dampness or staining | N |
| 43. Electrical outlets and fixtures | M |
| 44. Plumbing fixtures | M |
| 45. Water flow | M |
| 46. Window size/openable area/mechanical exhaust | M |
| 47. Condition of windows/doors/mech. exhaust | M |

### SLEEPING ROOM(S)

| | |
|---|---|
| 48. Walls and ceiling | M |
| 49. Floor condition, area, and ceiling height | M |
| 50. Evidence of dampness or staining | N |
| 51. Electrical outlets and fixtures | M |
| 52. Window size and openable area | M |
| 53. Window and door condition | M |

### ENCLOSED PORCHES AND OTHER ROOMS

| | |
|---|---|
| 54. Walls and floor condition | NA |
| 55. Evidence of dampness or staining | NA |
| 56. Electrical outlets and fixtures | NA |
| 57. Window and door condition | NA |

### ATTIC SPACE    (Visible Areas)

| | | |
|---|---|---|
| 58. Roof boards and rafters | C | 58. C Limited view of attic from access. |
| 59. Evidence of dampness or staining | Y | |
| 60. Electrical wiring/outlets/fixtures | M | |
| 61. Ventilation | M | |

62. **ADDITIONAL COMMENTS (20 through 61)** ___:___

EVALUATOR:_____ _Scott Scheunemann_ _____ DATE: ___01/09/2007___ Page _3_ of _4_

Rev 1/2004

PHA 018478

Property Address:    1115 Rose E

See Page 1 for Rating Key

| | | Item #    Comments |

## EXTERIOR  (Visible Areas)

| | | |
|---|---|---|
| 63. Foundation | M | 65. B Grading of soil lacks slope away from |
| 64. Basement/cellar windows | M | house in areas. |
| 65. Drainage (grade) | B | |
| 66. Exterior walls | M | |
| 67. Doors (frames/storms/screens) | M | |
| 68. Windows (frames/storms/screens) | M | |
| 69. Open porches, stairways and decks | M | |
| 70. Cornice and trim | M | |
| 71. Roof structure and covering | M | |
| 72. Gutters and downspouts | M | |
| 73. Chimneys | M | |
| 74. Outlets, fixtures and service entrance | M | |

## GARAGE(S)/ACCESSORY STRUCTURE(S)

| | | |
|---|---|---|
| 75. Roof structure and covering | M | 77. C Slab cracks. Limited view due to stored |
| 76. Wall structure and covering | M | goods/car |
| 77. Slab condition | C | 80. B Outlet is wired with reversed polarity. |
| 78. Garage doors | M | |
| 79. Garage opener- (see important notice #6) | N | |
| 80. Electrical wiring, outlets and fixtures | B | |
| 81. ADDITIONAL COMMENTS (62 through 80) | | |

## FIREPLACE/WOODSTOVES  # of _____

| | |
|---|---|
| 82. Dampers installed in fireplaces | _____ |
| 83. Installation | _____ |
| 84. Condition | _____ |

SUPPLEMENTAL INFORMATION No determination is made
whether items meet minimum standards   (Y/N, NA, NV, only)

| INSULATION | Y/N | Type | Inches/Depth |
|---|---|---|---|
| 85. Attic Insulation | Y | Cellulose | 10 |
| 86. Foundation Insulation | N | | |
| 87. Kneewall Insulation | NA | | |
| 88. Rim Joist Insulation | NA | | |

89. ADDITIONAL COMMENTS (81 through 88) _____

I hereby certify I prepared this report in compliance with the St. Paul Evaluator Guidelines and all other applicable policies and procedures of the Truth-in-Sale of Housing Board. I have utilized reasonable and ordinary care and diligence and I have noted all conditions found that do not conform to the minimum standards of maintenance.

| *Scott Scheunemann* | 651-646-0009 | 01/09/2007 | Page 4 of 4 |
|---|---|---|---|
| Evaluator Signature | Phone Number | Date | Rev 1/2004 |

Printed Name: _____ Scott Scheunemann _____

IMPORTANT NOTICES
1. Any single family residence in St. Paul must have at least one smoke detector connected to the electrical system (hard-wired). The detector must be located near sleeping rooms. For more information call Fire Prevention, (651) 228-6230. (St. Paul Legislative Code, Chapter 58.).
2. Rainleaders connected to the sanitary sewer system must be disconnected. For more information call Public Works, Sewer Division, (651) 266-6234.
3. Any house built before 1950 may have lead paint on/in it. If children eat lead paint, they can be poisoned. For more information call Ramsey County Public Health, (651) 292-6525.
4. Neither the City of St. Paul nor the Evaluator is responsible for the determination of the presence of airborne particles such as asbestos, noxious gases such as radon, or other conditions of air quality that may be present, nor the conditions which may cause the above.
5. If this building is used for any purpose other than a single family dwelling, it may be illegally zoned. To help you determine legal uses under the zoning ordinance, contact the Zoning Administrator at (651) 266-9008.
6. An automatic garage door should reverse upon striking an object. If it does not reverse it poses a serious hazard and should be immediately repaired or replaced.

PHA 018479

**9. Smoke detector Information:**

| | |
|---|---|
| Smoke detector(s) | Y |
| Properly located | Y |
| Hard-Wired | Y |

# Disclosure Report

## St. Paul Truth-In-Sale of Housing
(Carefully read this entire report)

For Office Use, ONLY:

Date Received _____

Payment Ref: _____

**Address** 1720 SELBY AVE

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

**Notice:** A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

**Address of Evaluated Dwelling:** _1720 Selby Ave_
Addresses without the correct street type and/or direction may be returned and may incur a late fee

**Owner's Name:** _Public Housing Agency, City of St Paul_

**Owner's Address:** _261 University Ave E, St. Paul, MN 55103_
include City & State if NOT St Paul, and ALL Zip codes, EVEN IN St Paul

**Type of Dwelling:** Single Family _X_   Townhouse ____   Condo* ____
Duplex ____   Usage may not be legal. See below.

*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.

**Comments:**

---

## PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION

*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.* You may obtain a printout of all this information by visiting the LIEP website at:   www.liep.us
According to information provided to Truth-In-Sale of Housing Evaluators by the City of St. Paul this property:

☐ **IS** located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site. Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff. For questions regarding Heritage Preservation contact the Office of License, Inspections and Environmental Protection (LIEP) at 651. 266-9090.

☐ **IS** a Registered Vacant Building  Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code. New owners must re-register the building and must comply with all existing Code Compliance Orders. Other regulation or restrictions regarding occupancy may apply. Contact the Vacant Buildings Division for specific information at 651.266-1900.

☐ **HAS** Open permits.  Completion and/or occupancy restictions or requirements may apply. Contact LIEP at 651.266-9090.

☐ **IS** a Verified Legal Duplex.  If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information. Reseach into a property's history may incur a fee.

---

**Date** 01 / 09 / 2007

## RATING KEY:

**"M"** = Meets minimum standards - the item conforms to minimum standards of maintenance

**"B"** = Below minimum standards - the item is below minimum standards

**"C"** = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

**"H"** = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item marked "B", "C", or "H" must have a written comment about the item. Additional comment sheets may be attached if needed.

**"Y"** = Yes   **"N"** = No   **"NV"** = Not Visible/Viewed   **"NA"** = Not Applicable

---

**This Report:**

1. is intended to provide basic information to the home buyer and seller prior to the time of sale. This report WILL NOT be used to enforce the requirements of the Legislative Code; however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2. is based on the current Truth-In-Sale of Housing Evaluator Guidelines.

3. is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report.

4. covers only the items listed on the form and only those items _visible at the time of the evaluation._ The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas.

5. may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6. is valid for one year from the date of issue and only for the owner named on this report.

Questions regarding this report should be directed to the evaluator.

**Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN 55106, Phone No. (651) 266-1900.**

page 1 of 4

**EVALUATOR:** _Vicki Scheunemann_   **PHONE:** _651-646-0009_   **DATE:** _01/09/2007_   Rev 1/2004

PHA 018480

Property Address: _1720 Selby Ave_

|  | See Page 1 for Rating Key | Item # | Comments |
|---|---|---|---|
|  |  |  | Specify location(s), where necessary |

**BASEMENT/CELLAR**
1. Stairs and handrails  . . . . . . . . . . . . . . . . . . . .  _B_
2. Basement/cellar floor  . . . . . . . . . . . . . . . . . . .  _M_
3. Foundation  . . . . . . . . . . . . . . . . . . . . . . . . .  _B_
4. Evidence of dampness or staining  . . . . . . . .  _N_
5. First floor, floor system  . . . . . . . . . . . . . . . .  _M_
6. Beams and columns  . . . . . . . . . . . . . . . . . . . .  _M_

1. B Low headroom (less than 6' 8")
3. B Spalling plaster

**ELECTRICAL SERVICE(S)**  # of Services .  _1_
7. Service size:
  Amps:  30 ____  60 ____  100 _X_ 150____  Other _____
  Volts:  115 ____  115/220 _X_

**BASEMENT ONLY:**
8. Electrical service installation/grounding  . . . . .  _H_
9. Electrical wiring, outlets and fixtures  . . . . . . .  _M_

8. H No electrical grounding loop at water meter.

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) . . . . . . . . . . . . . . . .  _M_
11. Waste and vent piping (all floors) . . . . . . . . . .  _M_
12. Water piping (all floors) . . . . . . . . . . . . . . . . .  _M_
13. Gas piping (all floors)  . . . . . . . . . . . . . . . . . .  _M_
14. Water heater(s), installation  . . . . . . . . . . . . . .  _M_
15. Water heater(s), venting  . . . . . . . . . . . . . . . . .  _M_
16. Plumbing fixtures (basement) . . . . . . . . . . . . .  _M_

**HEATING SYSTEM(S)**  # of  . . . . . . . . . . . .  _1_
17. Heating plant(s): Type:  _Air_   Fuel:  _Gas_
  a. Installation and visible condition  . . . . . . . . . .  _M_
  b. Viewed in operation (required in heating season)  . . .  _Y_
  c. Combustion venting  . . . . . . . . . . . . . . . . . . . .  _M_

**The Evaluator is not required to ignite the heating plant(s), except during heating season, between October 15 and April 15.**

18. Additional heating unit(s) Type: _____  Fuel: _____
  a. Installation and visible condition  . . . . . . . . . .  _-_
  b. Viewed in operation  . . . . . . . . . . . . . . . . . . .  _-_
  c. Combustion venting  . . . . . . . . . . . . . . . . . . . .  _-_

19. **ADDITIONAL COMMENTS (1 through 18)**  _-_

EVALUATOR:_____ _Vicki Scheunemann_ _____  DATE: _01/09/2007_  Page _2_ of _4_

PHA  018481

Property Address: _1720 Selby Ave_

See Page 1 for Rating Key   **Item #**   **Comments**

Where there are multiple rooms to a category, the Evaluator must specify the room to which a Comment is related.

## KITCHEN

| | | |
|---|---|---|
| 20. Walls and ceiling | M | 23. H Some ungrounded three prong outlets |
| 21. Floor condition and ceiling height | M | |
| 22. Evidence of dampness or staining | N | |
| 23. Electrical outlets and fixtures | H | |
| 24. Plumbing fixtures | M | |
| 25. Water flow | M | |
| 26. Window size/openable area/mechanical exhaust | M | |
| 27. Condition of doors/windows/mech. exhaust | M | |

## LIVING AND DINING ROOM(S)

| | | |
|---|---|---|
| 28. Walls and ceiling | M | 31. H Ungrounded 3-prong outlets. |
| 29. Floor condition and ceiling height | M | |
| 30. Evidence of dampness or staining | N | |
| 31. Electrical outlets and fixtures | H | |
| 32. Window size and openable area | M | |
| 33. Window and door condition | M | |

## HALLWAYS, STAIRS AND ENTRIES

| | |
|---|---|
| 34. Walls, ceilings and floors | M |
| 35. Evidence of dampness or staining | N |
| 36. Stairs and handrails to upper floors | M |
| 37. Electrical outlets and fixtures | M |
| 38. Window and door condition | M |
| 39. Smoke detector(s) | Y |
| Properly located | Y |
| Hard-wired | Y |

## BATHROOM(S)

| | | |
|---|---|---|
| 40. Walls and ceiling | M | 42. Stains evident. |
| 41. Floor condition and ceiling height | M | 43. H One bathroom outlet not ground fault |
| 42. Evidence of dampness or staining | Y | protected. |
| 43. Electrical outlets and fixtures | H | |
| 44. Plumbing fixtures | M | |
| 45. Water flow | M | |
| 46. Window size/openable area/mechanical exhaust | M | |
| 47. Condition of windows/doors/mech. exhaust | M | |

## SLEEPING ROOM(S)

| | |
|---|---|
| 48. Walls and ceiling | M |
| 49. Floor condition, area, and ceiling height | M |
| 50. Evidence of dampness or staining | N |
| 51. Electrical outlets and fixtures | M |
| 52. Window size and openable area | M |
| 53. Window and door condition | M |

## ENCLOSED PORCHES AND OTHER ROOMS

| | |
|---|---|
| 54. Walls and floor condition | |
| 55. Evidence of dampness or staining | |
| 56. Electrical outlets and fixtures | |
| 57. Window and door condition | |

## ATTIC SPACE   (Visible Areas)

| | |
|---|---|
| 58. Roof boards and rafters | M |
| 59. Evidence of dampness or staining | N |
| 60. Electrical wiring/outlets/fixtures | M |
| 61. Ventilation | M |

62. ADDITIONAL COMMENTS (20 through 61) _-_

EVALUATOR: _Vicki Scheunemann_   DATE: _01/09/2007_   Page _3_ of _4_

Rev 1/2004

PHA  018482

Property Address: *1720 Selby Ave*

See Page 1 for Rating Key          Item #          Comments

## EXTERIOR  (Visible Areas)

| | | |
|---|---|---|
| 63. Foundation . . . . . . . . . . . . . . . . . . . . . . . | M | 65. B Grade is low / flat in areas. |
| 64. Basement/cellar windows . . . . . . . . . . . . . . | M | 66. B Corner dented/damaged |
| 65. Drainage (grade) . . . . . . . . . . . . . . . . . . . | B | |
| 66. Exterior walls . . . . . . . . . . . . . . . . . . . . . | B | |
| 67. Doors (frames/storms/screens) . . . . . . . . . . | M | |
| 68. Windows (frames/storms/screens) . . . . . . . . | M | |
| 69. Open porches, stairways and decks . . . . . . . . | M | |
| 70. Cornice and trim . . . . . . . . . . . . . . . . . . . . | M | |
| 71. Roof structure and covering . . . . . . . . . . . . . | M | |
| 72. Gutters and downspouts . . . . . . . . . . . . . . . . | M | |
| 73. Chimneys . . . . . . . . . . . . . . . . . . . . . . . . . | M | |
| 74. Outlets, fixtures and service entrance . . . . . . . | M | |

## GARAGE(S)/ACCESSORY STRUCTURE(S)

75. Roof structure and covering . . . . . . . . . . . . . . _____
76. Wall structure and covering . . . . . . . . . . . . . . _____
77. Slab condition . . . . . . . . . . . . . . . . . . . . . . _____
78. Garage doors . . . . . . . . . . . . . . . . . . . . . . . _____
79. Garage opener- (see important notice #6) . . . . _____
80. Electrical wiring, outlets and fixtures . . . . . . _____
81. ADDITIONAL COMMENTS (62 through 80) _____

## FIREPLACE/WOODSTOVES  # of          0

82. Dampers installed in fireplaces . . . . . . . . . . . _____
83. Installation . . . . . . . . . . . . . . . . . . . . . . . . . _____
84. Condition . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**SUPPLEMENTAL INFORMATION** No determination is made
whether items meet minimum standards     (Y/N, NA, NV, only)

| INSULATION | Y/N | Type | Inches/Depth |
|---|---|---|---|
| 85. Attic Insulation | NV | _____ | _____ |
| 86. Foundation Insulation | N | _____ | _____ |
| 87. Kneewall Insulation | NA | _____ | _____ |
| 88. Rim Joist Insulation | NA | _____ | _____ |

89. ADDITIONAL COMMENTS (81 through 88) _____

I hereby certify I prepared this report in compliance with the St. Paul Evaluator Guidelines and all other applicable policies and procedures of the Truth-in-Sale of Housing Board. I have utilized reasonable and ordinary care and diligence and I have noted all conditions found that do not conform to the minimum standards of maintenance.

| | | | |
|---|---|---|---|
| *Vicki Scheunemann* | 651-646-0009 | 01/09/2007 | Page 4 of 4 |
| Evaluator Signature | Phone Number | Date | Rev 1/2004 |

Printed Name: _____ *Vicki Scheunemann* _____

**IMPORTANT NOTICES**

1. Any single family residence in St. Paul must have at least one smoke detector connected to the electrical system (hard-wired). The detector must be located near sleeping rooms. For more information call Fire Prevention, (651) 228-6230. (St. Paul Legislative Code, Chapter 58.)
2. Rainleaders connected to the sanitary sewer system must be disconnected. For more information call Public Works, Sewer Division, (651) 266-6234.
3. Any house built before 1950 may have lead paint on/in it. If children eat lead paint, they can be poisoned. For more information call Ramsey County Public Health, (651) 292-6525.
4. Neither the City of St. Paul nor the Evaluator is responsible for the determination of the presence of airborne particles such as asbestos, noxious gases such as radon, or other conditions of air quality that may be present, nor the conditions which may cause the above.
5. If this building is used for any purpose other than a single family dwelling, it may be illegally zoned. To help you determine legal uses under the zoning ordinance, contact the Zoning Administrator at (651) 266-9008.
6. An automatic garage door should reverse upon striking an object. If it does not reverse it poses a serious hazard and should be immediately repaired or replaced.

| 39. Smoke detector Information: | |
|---|---|
| Smoke detector(s) | Y |
| Properly located | Y |
| Hard-Wired | Y |

# Disclosure Report
## St. Paul Truth-In-Sale of Housing
(Carefully read this entire report)

**For Office Use, ONLY:**

Date Received  _____

Payment Ref:  _____

**Address 325 ARBOR ST**

**THIS REPORT IS NOT A WARRANTY, BY THE CITY OF ST. PAUL OR EVALUATOR OF THE FUTURE USEFUL LIFE, OR THE FUTURE CONDITION OF ANY BUILDING COMPONENT OR FIXTURE.**

Notice:   A copy of this Report must be publicly displayed at the premises when the house is shown to prospective buyers, and a copy of this Report must be provided to the buyer prior to the time of signing a Purchase Agreement.

Address of Evaluated Dwelling:   *325 Arbor St*
<small>Addresses without the correct street type and/or direction may be returned and may incur a late fee</small>

Owner's Name:   *Public Housing Agency, City of St Paul*

Owner's Address:   *261 University Ave E, St. Paul, MN 55103*
<small>include City & State if NOT  St. Paul, and ALL Zip codes,  EVEN IN  St Paul</small>

Type of Dwelling:   **Single Family** _X_   **Townhouse** ____   **Condo\*** ____
                                    **Duplex** ____   Usage may not be legal. See below.

<small>*For condominium units, this evaluation includes only those items located within the residential units and does not include the common use area, or other residential areas of the structure.</small>

Comments:

---

## PROPERTY LOCATION AND POSSIBLE USE RESTRICTION INFORMATION

*If a box is not checked then the information does not apply to this dwelling. This information is not guaranteed by the evaluator nor by the City of St. Paul.* You may obtain a printout of all this information by visiting the LIEP website at:   www.liep.us
According to information provided to Truth-In-Sale of Housing Evaluators by the City of St. Paul this property:

- [ ] **IS**   located within a St. Paul Heritage Preservation District or it is individually designated as a Saint Paul Heritage Preservation Site.  Review and approval of exterior work (excluding painting), modifications, additions and demolition is required by the Heritage Preservation Commission and city staff.  For questions regarding Heritage Preservation contact the Office of License, Inspections and  Environmental Protection (LIEP) at 651. 266-9090.

- [ ] **IS**   a Registered Vacant Building     Vacant Buildings are regulated by Chapter 43 of the St. Paul Legislative Code.  New owners must re-register the building and must comply with all existing Code Compliance Orders.  Other regulation or restrictions regarding occupancy may apply.  Contact the Vacant BuildingsDivision for specific information at 651-266-1900.

- [ ] **HAS** Open permits.    Completion and/or occupancy restictions or requirements may apply.  Contact LIEP at 651.266-9090.

- [ ] **IS**   a Verified Legal Duplex.     If this dwelling is in use is a duplex and this box is not checked, contact LIEP Zoning at 651-266-9008 for the most recent information.  Reseach into a property's history may incur a fee.

---

**RATING KEY:**

**"M"** = Meets minimum standards - the item conforms to minimum standards of maintenance

**"B"** = Below minimum standards - the item is below minimum standard

**"C"** = Comments - the item cannot be adequately evaluated or it has some deficiency, but the deficiency is insufficient to make the item below minimum standards

**"H"** = Hazardous - the item in its present condition may endanger the health and safety of the occupant

Any item  marked  "B", "C", or "H"  must have a written comment about the item.  Additional comment sheets may be attached if needed.

**"Y"** = Yes   **"N"** = No   **"NV"** = Not Visible/Viewed       **"NA"** = Not Applicable

**Date 01/11/2007**

This Report:

1.  is intended to provide basic information to the home buyer and seller prior to the time of sale.  This report WILL NOT be used to enforce the requirements of the Legislative Code, however, this evaluation form will be used by the Fire Department to determine if there is compliance with the requirements for a hard-wired smoke detector in single family residences.

2.  is based on the current Truth-in-Sale of Housing Evaluator Guidelines

3.  is not warranted, by the City of St. Paul, or by the evaluator, for the condition of the building component, nor of the accuracy of this report

4.  covers only the items listed on the form and only those items        *visible at the time of the evaluation.* The Evaluator is not required to ignite the heating plant (except during the heating season), use a ladder to observe the condition of the roofing, disassemble items or evaluate inaccessible areas

5.  may be based upon different standards than the lender, Federal Housing Administration (FHA) or Veterans Administration (VA).

6.  is valid for one year from the date of issue and only for the owner named on this report.

   Questions regarding this report should be directed to the evaluator.

   Complaints regarding this report should be directed to Department of Neighborhood Housing and Property Improvement, Truth-in-Sale of Housing, 1600 White Bear Ave North, St. Paul, MN  55106, Phone No. (651) 266-1900.

**page 1 of 4**

EVALUATOR: _____ *Vicki Scheunemann* _____ PHONE: *651-646-0009* DATE: _ *01/11/2007* _ Rev 1/2004

PHA 018484

Property Address:  _325 Arbor St_

See Page 1 for Rating Key          Item #          **Comments**

Specify location(s), where necessary

**BASEMENT/CELLAR**
1. Stairs and handrails  . . . . . . . . . . . . . . . . . . . .  _M_
2. Basement/cellar floor  . . . . . . . . . . . . . . . . . . .  _M_
3. Foundation  . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _C_
4. Evidence of dampness or staining  . . . . . . . .  _Y_
5. First floor, floor system  . . . . . . . . . . . . . . . . .  _M_
6. Beams and columns  . . . . . . . . . . . . . . . . . . . .  _M_

*3. C 3,4,5,6 Areas concealed - can't view to*
*   evaluate.*
*4. Stains on walls, floor*

**ELECTRICAL SERVICE(S)**  # of Services .  _1_
7. Service size:
   Amps:  30 _____ 60 _____ 100 _X_ 150 _____ Other _____
   Volts: 115 _____  115/220 _X_
   **BASEMENT ONLY:**
8. Electrical service installation/grounding  . . . . .  _H_
9. Electrical wiring, outlets and fixtures  . . . . . . .  _M_

*8. H Service ground is connected to street side*
*   of water meter only. No electrical grounding*
*   loop at water meter.*

**PLUMBING SYSTEM**
10. Floor drain(s) (basement) . . . . . . . . . . . . . . . . .  _M_
11. Waste and vent piping (all floors) . . . . . . . . . . .  _M_
12. Water piping (all floors) . . . . . . . . . . . . . . . . . .  _M_
13. Gas piping (all floors)  . . . . . . . . . . . . . . . . . .  _B_
14. Water heater(s), installation  . . . . . . . . . . . . . .  _M_
15. Water heater(s), venting  . . . . . . . . . . . . . . . . .  _M_
16. Plumbing fixtures (basement) . . . . . . . . . . . . . .  _M_

*13. B White plastic used as dryer vent Lacking*
*    drip-T fitting for dryer.*

**HEATING SYSTEM(S)**  # of . . . . . . . . . . . .  _1_
17. Heating plant(s): Type: _Air_  Fuel: _Gas_
a. Installation and visible condition  . . . . . . . . . .  _M_
b. Viewed in operation (required in heating season) . . .  _Y_
c. Combustion venting  . . . . . . . . . . . . . . . . . . . .  _M_

The Evaluator is not required to ignite the heating plant(s), except
during heating season, between October 15 and April 15.

18. Additional heating unit(s) Type:  _____  Fuel: _____
a. Installation and visible condition  . . . . . . . . . .  _-_
b. Viewed in operation  . . . . . . . . . . . . . . . . . . . .  _-_
c. Combustion venting  . . . . . . . . . . . . . . . . . . . .  _-_

19. **ADDITIONAL COMMENTS** (1 through 18)  _-_

EVALUATOR:_____  _Vicki Scheunemann_  _____  DATE: __ _01/11/2007_ ___  Page _2_ of _4_
Rev 1/2004

**PHA  018485**

Property Address: _325 Arbor St_

See Page 1 for Rating Key       Item #       **Comments**

Where there are multiple rooms to a category, the Evaluator must specify the room to which a Comment is related.

**KITCHEN**

20. Walls and ceiling ..................... __M__
21. Floor condition and ceiling height ........ __M__
22. Evidence of dampness or staining ........ __N__
23. Electrical outlets and fixtures ............. __M__
24. Plumbing fixtures .................... __M__
25. Water flow .......................... __M__
26. Window size/openable area/mechanical exhaust __M__
27. Condition of doors/windows/mech. exhaust ... __M__

**LIVING AND DINING ROOM(S)**

28. Walls and ceiling ..................... __M__
29. Floor condition and ceiling height ........ __M__
30. Evidence of dampness or staining ......... __N__
31. Electrical outlets and fixtures ............. __M__
32. Window size and openable area ........... __M__
33. Window and door condition ............. __M__

**HALLWAYS, STAIRS AND ENTRIES**

34. Walls, ceilings and floors ............... __M__
35. Evidence of dampness or staining ......... __N__
36. Stairs and handrails to upper floors ........ __M__
37. Electrical outlets and fixtures ............. __M__
38. Window and door condition ............. __M__
39. Smoke detector(s) .................... __Y__
    Properly located ...................... __Y__
    Hard-wired .......................... __Y__

**BATHROOM(S)**

40. Walls and ceiling ..................... __M__
41. Floor condition and ceiling height ........ __M__
42. Evidence of dampness or staining ......... __N__
43. Electrical outlets and fixtures ............. __M__
44. Plumbing fixtures .................... __M__
45. Water flow .......................... __M__
46. Window size/openable area/mechanical exhaust __M__
47. Condition of windows/doors/mech. exhaust .. __M__

**SLEEPING ROOM(S)**

48. Walls and ceiling ..................... __M__       *51. B Some ungrounded 3 prong outlets*
49. Floor condition, area, and ceiling height .... __M__
50. Evidence of dampness or staining ........ __N__
51. Electrical outlets and fixtures ............. __B__
52. Window size and openable area ........... __M__
53. Window and door condition ............. __M__

**ENCLOSED PORCHES AND OTHER ROOMS**

54. Walls and floor condition ............... _____
55. Evidence of dampness or staining ........ _____
56. Electrical outlets and fixtures ............. _____
57. Window and door condition ............. _____

**ATTIC SPACE**   (Visible Areas)

58. Roof boards and rafters ................. __C__       *58. C No visible attic areas.*
59. Evidence of dampness or staining ......... _____
60. Electrical wiring/outlets/fixtures .......... _____
61. Ventilation .......................... _____

62. ADDITIONAL COMMENTS (20 through 61) __-__

EVALUATOR:_____ _Vicki Scheunemann_ _____ DATE: __01/11/2007__       Page _3_ of _4_

Rev 1/2004

Property Address: 325 Arbor St.

See Page 1 for Rating Key     Item #     Comments

## EXTERIOR  (Visible Areas)

63. Foundation .......................... _M_
64. Basement/cellar windows ............... _M_
65. Drainage (grade) ...................... _M_
66. Exterior walls ........................ _M_
67. Doors (frames/storms/screens) .......... _M_
68. Windows (frames/storms/screens) ........ _M_
69. Open porches, stairways and decks ....... _M_
70. Cornice and trim ...................... _M_
71. Roof structure and covering ............. _M_
72. Gutters and downspouts ................. _M_
73. Chimneys ............................ _M_
74. Outlets, fixtures and service entrance ....... _M_

## GARAGE(S)/ACCESSORY STRUCTURE(S)

75. Roof structure and covering ............. _M_
76. Wall structure and covering ............. _B_      *76. B Worn finish*
77. Slab condition ....................... _C_          *77. C Viewed from outside only*
78. Garage doors ........................ _M_
79. Garage opener- (see important notice #6) .... _____
80. Electrical wiring, outlets and fixtures ...... _____
81. ADDITIONAL COMMENTS (62 through 80) _____

## FIREPLACE/WOODSTOVES # of          _0_

82. Dampers installed in fireplaces ........... _____
83. Installation ........................... _____
84. Condition ........................... _____

SUPPLEMENTAL INFORMATION No determination is made
whether items meet minimum standards   (Y/N, NA, NV, only)

| INSULATION | Y/N | Type | Inches/Depth |
|---|---|---|---|
| 85. Attic Insulation | _NV_ | _____ | _____ |
| 86. Foundation Insulation | _NV_ | _____ | _____ |
| 87. Kneewall Insulation | _NV_ | _____ | _____ |
| 88. Rim Joist Insulation | _NV_ | _____ | _____ |

89. ADDITIONAL COMMENTS (81 through 88) _____

I hereby certify I prepared this report in compliance with the St. Paul Evaluator Guidelines and all other applicable policies and procedures of the Truth-in-Sale of Housing Board. I have utilized reasonable and ordinary care and diligence and I have noted all conditions found that do not conform to the minimum standards of maintenance.

| Vicki Scheunemann | 651-646-0009 | 01/11/2007 | Page _4_ of _4_ |
|---|---|---|---|
| Evaluator Signature | Phone Number | Date | Rev 1/2004 |

Printed Name: _____ *Vicki Scheunemann* _____

**IMPORTANT NOTICES**
1. Any single family residence in St. Paul must have at least one smoke detector connected to the electrical system (hard-wired). The detector must be located near sleeping rooms. For more information call Fire Prevention, (651) 228-6230. (St. Paul Legislative Code, Chapter 58.)
2. Rainleaders connected to the sanitary sewer system must be disconnected. For more information call Public Works, Sewer Division, (651) 266-6234.
3. Any house built before 1950 may have lead paint on/in it. If children eat lead paint, they can be poisoned. For more information call Ramsey County Public Health, (651) 292-6525.
4. Neither the City of St. Paul nor the Evaluator is responsible for the determination of the presence of airborne particles such as asbestos, noxious gases such as radon, or other conditions of air quality that may be present, nor the conditions which may cause the above.
5. If this building is used for any purpose other than a single family dwelling, it may be illegally zoned. To help you determine legal uses under the zoning ordinance, contact the Zoning Administrator at (651) 266-9008.
6. An automatic garage door should reverse upon striking an object. If it does not reverse it poses a serious hazard and should be immediately repaired or replaced.

PHA 018487