# Potential Disposition of Scattered Site Unit

**DRESS:** 789/791 Ashland

**UNIT TYPE:** Two-Story Duplex (Upper/Lower)

**YEAR BUILT:** 1916

**BEDROOMS:** 3 up/3 down

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair | 12.00/sf | $12,650.00 |
| 2 | Replace Roof on House and Garage | 290.00/sq | $6,960.00 |
| 3 | Stucco Repair/Redash | 2.50/sf | $10,000.00 |
| 4 | Lead Based Paint Abatement | LS | $28,000.00 |
| 5 | Interior Paint/ Plaster Repair | LS | $3,600.00 |
| 6 | Interior Flooring/Carpet | LS | $5,500.00 |
|   | TOTAL |   | $66,710.00 |

COMMENTS

- Duplex Units hard to rent.
- Building Foundation structurally sound but could use some repair.
- Roof is in need of replacing. No leaks identified.
- Stucco cracking but structurally sound. Needs to be redashed.
- Lead based paint identified in units and common areas.
- Needs plaster paint and interior floor finishes.

Exhibit RHA 018488, 1

## Potential Disposition of Scattered Site Unit

**ADDRESS:** 782 Dayton Up/Lower

**UNIT TYPE:** Two-Story Duplex (Upper/Lower)

**YEAR BUILT:** 1904

**BEDROOMS:** 3 up/3 down

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair | 12.00/sf | $13,440.00 |
| 2 | Replace Roof on House and Garage | 290.00/sq | $7,540.00 |
| 3 | Aluminum Facia and Soffit Repair | LS | $750.00 |
| 4 | Hot Water Heating System Repair/Replacement | 9.75/sf | $15,600.00 |
| 5 | Lead Based Paint Abatement | LS | $19,000.00 |
| 6 | Interior Paint | LS | $3,600.00 |
| 7 | Interior Flooring/Carpet | LS | $6,300.00 |
|   | TOTAL |   | $66,230.00 |

**COMMENTS**
- Duplex Units hard to rent.
- Fieldstone foundation. High Maintenance.
- Building Foundation structurally sound but could use some repair.
- Roof is in need of replacing. No leaks identified.
- Aluminum siding, soffit facia repair.
- Lead based paint identified in units and common areas.
- Needs plaster paint and interior floor finishes.

PHA 018489

# Potential Disposition of Scattered Site Unit

ADDRESS: 773/775 Hague

UNIT TYPE: Two-Story Duplex (Upper/Lower)

YEAR BUILT: 1921

BEDROOMS: 3 up/2 down

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair | 6.00/sf | $6,900.00 |
| 2 | Replace Roof on House and Garage | 290.00/sq | $6,380.00 |
| 4 | Stucco Repair/Redash | 2.50/sf | $10,500.00 |
| 5 | Retaining Wall Replacement | 120.00/lf | $13,200.00 |
| 6 | Lead Based Paint Abatement | LS | $24,000.00 |
| 7 | Interior Paint | LS | $3,600.00 |
| 8 | Interior Flooring/Carpet | LS | $5,500.00 |
| | TOTAL | | $70,080.00 |

COMMENTS
- Duplex Units hard to rent.
- Lower unit is two-bedroom.
- Building Foundation structurally sound but could use some minor repair.
- Roof is in need of replacing. No leaks identified.
- Stucco cracking but structurally sound. Needs to be redashed.
- Retaining wall is Masonry Block with cap block. Repair or replace.
- Lead based paint identified in units and common areas.
- Needs plaster paint and interior floor finishes.

PHA 018490

# Potential Disposition of Scattered Site Unit

**ADDRESS:** 1088 Dayton

**UNIT TYPE:** Two-Story, 4-Unit Apartment Building

**YEAR BUILT:** 1915

**BEDROOMS:** 4, 1-Bedroom Units

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair | 5.00/sf | $6,400.00 |
| 2 | Replace Flat Roof | 8.00/sf | $12,800.00 |
| 3 | Tuckpoint/stabilization of Brick Front and sides | 5.50/sf | $30,800.00 |
| 4 | Cover Soffit and Facia | 5.80/lf | $1,856.00 |
| 5 | Driveway Replacement | 2.75/sf | $2,887.50 |
| 6 | Hot Water Heating System Repair/Replacement | 9.75/sf | $31,200.00 |
| 7 | Asbestos Pipe Insulation Removal | 14.00/lf | $3,640.00 |
| 8 | Lead Based Paint Abatement | LS | $18,000.00 |
| 9 | Interior Plaster/Paint | LS | $8,500.00 |
| 10 | Interior Flooring/Carpet | 4.00/sf | $12,800.00 |
| | **TOTAL** | | **$128,883.50** |

**COMMENTS**

- Difficult units for Resident Services to Manage.
- Difficult units to occupy (A lot of turn downs).
- Building Foundation structurly sound but could use some minor repair.
- Roof is approximately 30 years old and is in need of replacing. Leaks have been repaired. Leaks have leaked in the past.
- Tuckpoint and brick repair needed.
- Exterior wood components need to be painted or covered.
- Parking pad starting to deteriorate.
- Heating system piping is old and appears to have leaked in the past.
- Asbestos thermal system insulation identified in the basement.
- Lead based paint identified in units and common areas.
- Needs plaster paint and interior floor finishes.
- All identified items not as critical as 728 Hague.

PHA 018491

# Potential Disposition of Scattered Site Unit

**ADDRESS:** 940 Marshall Up/Lower

**UNIT TYPE:** Two-Story Duplex (Upper/Lower)

**YEAR BUILT:** 1904

**BEDROOMS:** 2 up/2 down

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair | 12.00/sf | $13,200.00 |
| 2 | Replace Roof on House and Garage | 290.00/sq | $6,960.00 |
| 3 | Aluminum Facia and Soffit Repair | LS | $750.00 |
| 4 | Hot Water Heating System Repair/Replacement | 9.75/sf | $11,700.00 |
| 5 | Lead Based Paint Abatement | LS | $6,000.00 |
| 6 | Interior Paint | LS | $3,200.00 |
| 7 | Interior Flooring/Carpet | LS | $5,500.00 |
|   | TOTAL |   | $47,310.00 |

**COMMENTS**

- Duplex Units hard to rent.
- Two-bedroom units hard to find family.
- Fieldstone foundation. High Maintenance.
- Building Foundation structurally sound but could use some repair.
- Roof is in need of replacing. No leaks identified.
- Aluminum siding, soffit facia repair.
- Heating system piping is old and appears to have leaked in the past.
- Lead based paint identified in units and common areas.
- Needs plaster paint and interior floor finishes.

PHA 018492

# Potential Disposition of Scattered Site Unit

**ADDRESS:** 988 Freemont

**UNIT TYPE:** Single Family Rambler

**YEAR BUILT:** 1955

**BEDROOMS:** 3

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair/replacement | LS | $28,000.00 |
| 2 | Replace Roof on House and Garage | 250.00/sq | $5,300.00 |
| 3 | Replace windows throughout Unit | 850.00/unit | $9,600.00 |
| 4 | Stucco Repair/Replacement | 6.50/sf | $14,300.00 |
| 5 | Driveway Replacement | 2.75/sf | $1,100.00 |
| 6 | Interior Paint | LS | $2,800.00 |
| 7 | Lead Based Paint Abatement | LS | $9,000.00 |
| 8 | Interior Flooring/Carpet | LS | $3,700.00 |
| 9 | Kitchen Cabinet Replacement | LS | $9,000.00 |
| | **TOTAL** | | **$82,800.00** |

**COMMENTS**

- House appears to be sinking. House was apparently buildt on an old dump.
- Unaware of proper footing size and locations.
- Entire foundation may need to be replaced.
- Consultant would need to be hired to assess repair/replacement of foundation.
- Roof is in need of replacing. No leaks identified.
- Windows need replacing. Rotting sash components.
- Stucco cracking and loose in sections. Damage is caused by foundation problems.
- Parking pad starting to deteriorate.
- Lead based paint identified in unit.
- Needs plaster paint and interior floor finishes.

PHA 018493

# Potential Disposition of Scattered Site Unit

**ADDRESS:** 728 Hague

**UNIT TYPE:** Two-Story, 4-Unit Apartment Building

**YEAR BUILT:** 1915

**BEDROOMS:** 4, 1-Bedroom Units

| No. | Repairs Needed | Unit Cost | Total Cost |
|---|---|---|---|
| 1 | Foundation Repair | 12.00/sf | $15,360.00 |
| 2 | Replace Flat Roof | 8.00/sf | $12,800.00 |
| 3 | Tuckpoint/stabilization of Brick Front | 11.50/sf | $16,100.00 |
| 4 | Stucco Repair/Replacement on Sides | 6.50/sf | $37,400.00 |
| 5 | Cover Soffit and Facia | 5.80/lf | $1,856.00 |
| 6 | Driveway Replacement | 2.75/sf | $2,887.50 |
| 7 | Hot Water Heating System Repair/Replacement | 9.75/sf | $31,200.00 |
| 8 | Asbestos Pipe Insulation Removal | 14.00/lf | $3,640.00 |
| 9 | Lead Based Paint Abatement | LS | $18,000.00 |
| 10 | Interior Plaster/Paint | LS | $10,800.00 |
| 11 | Interior Flooring/Carpet | 4.00/sf | $12,800.00 |
| | **TOTAL** | | **$162,843.50** |

**COMMENTS**

- Difficult units for Resident Services to Manage.
- Difficult units to occupy (A lot of turn downs).
- Building Foundation appears to be failing North side middle.
- Roof is approximately 33 years old and is in need of replacing. Leaks have been repaired.
- Tuckpoint and brick repair needed
- Stucco on sides and rear of building cracking and loose in sections.
- Exterior wood components need to be painted or covered.
- Parking pad starting to deteriorate.
- Heating system piping is old and appears to have leaked in the past.
- Asbestos thermal system insulation identified in the basement.
- Lead based paint identified in units and common areas.
- Needs plaster paint and interior floor finishes.

PHA 018494

## SCATTERED-SITE DISPOSITION PROPOSAL

The following properties were selected because they meet one or more of the following criteria:

- Located in impacted areas for minority and/or poverty concentrations.
- Require large amounts of maintenance and repair due to their age.
- Are energy-inefficient and have high utility bills.

## ▊ FREMONT

- MN1-33
- Built in 1955
- 3 bedroom single-family rambler with detached garage

Reasons for Disposition:
Needs:
- Repair settled and cracked foundation walls and basement floors.
- Window replacement
- New driveway
- Interior work including painting, new flooring/carpeting and kitchen remodel.
- Lead-based paint abatement.
- Total estimated cost of work is $85,700.

PHA 018495

## HAGUE

- MN 1-22
- Built in 1915
- Four-plex consisting of 1-bedroom units

Reasons for disposition:
- One-bedroom units not suited for "family" housing needs.

Needs:
- Exterior brick repair
- Foundation repair
- Stucco replacement
- Roof replacement
- Asbestos and lead-based paint abatement
- Individual apartment control of heating
- Total estimated cost of work is $199,100.

## DAYTON

- MN 1-22
- Built in 1915
- Four-plex consisting of 1-bedroom units

Reasons for disposition:
- One-bedroom units not suited for "family" housing needs.

Needs:
- Brick tuck-pointing
- Interior and exterior paint
- Foundation repair
- Stucco replacement
- Roof replacement and installation of new metal cap at parapet
- Lead-based paint abatement
- Hot water heating system replacement
- New driveway
- Total estimated cost of work is $163,000.

PHA 018496

PHA 018497

## 7██/7██ ASHLAND

- MN-1-22
- Built in 1916
- 3-bedroom unit duplex
- Reasons for disposition:
  Needs:
- Front porch wood floor replacement
- Lead-based paint abatement
- Non-structural foundation repair
- Stucco repair
- Interior painting, plaster repair and flooring replacement
- Total estimated cost of work is $62,250

## 7██/7██ HAGUE

- MN-1-22
- Built in 1921
- 2-bedroom unit duplex
- Reasons for disposition:
  Needs
- Front porch wood floor replacement
- Lead-based paint abatement
- Non-structural foundation repair
- Retaining wall replacement
- Stucco repair
- Interior painting, plaster repair and flooring replacement
- Total estimated cost of work is $66,200



3



# 11█ SELBY

- MN 1-20
- Built in 1906.
- 3-bedroom single family home

Reasons for disposition:
- Home has no off-street parking.

Needs:
- Aluminum trim on front porch replacement
- Kitchen remodeling
- Total estimated cost of work is $12,500.



# 9█ MARSHALL

- MN-1-22
- Built in 1921
- 2-bedroom unit duplex

Reasons for disposition:

Needs:
- Foundation repair
- New roof
- Aluminum fascia and soffit repair
- Aluminum wrap of attic windows
- Hot water heating system repair/replacement
- Front porch floor repair
- Lead-based paint abatement
- Interior paint, flooring and carpet replacement
- Bathroom remodel in both units
- Kitchen remodel in lower unit
- Total estimated cost of work is $74,810.

PHA 018498



# 7 DAYTON

- MN-1-22
- Built in 1904
- 3-bedroom-unit duplex
- Reasons for disposition:
- Needs:
  - Foundation repair
  - New roof on house
  - Hot water heating system repair/replacement
  - Lead-based paint abatement
  - Interior paint, flooring and carpet replacement
  - Bathroom remodel in both units
  - Kitchen remodel in lower unit
  - Total estimated cost of work is $80,480

PHA 018499

# Bedroom Count Comparison

Proposed Disposition / Replacement Units
Bedroom Count Comparisons

| Proposed Disposition | No. of Units | BR's per Unit | Total BR's | Proposed Replacement | No. of BR's |
|---|---|---|---|---|---|
| Fremont (single family) | 4 | 3 | 3 | 1516 Klainert BR | 2 |
| Hague (4 plex) | 4 | 1 | 4 | 1092 Hazelwood C | 2 |
| Dayton (4 plex) | 4 | 1 | 4 | 253 Congress A | 2 |
| Ashland (duplex) | 2 | 3 | 6 | Exchange #203 | 1 |
| Hague (duplex) | 2 | 2 | 4 | Central #210 (0BR) | 1* |
| Selby (single family) | 1 | 3 | 3 | Valley #916 (0BR) | 1* |
| Marshall (duplex) | 2 | 2 | 4 | Neill 2nd floor unit (0BR) | 1* |
| Dayton (duplex) | 2 | 3 | 6 | Neill 5th floor unit (0BR) | 1* |
|  |  |  |  | PBA voucher #1 | 3 |
|  |  |  |  | PBA voucher #2 | 3 |
|  |  |  |  | PBA voucher #3 | 3 |
|  |  |  |  | PBA voucher #4 | 2 |
|  |  |  |  | PBA voucher #5 | 2 |
|  |  |  |  | PBA voucher #6 | 2 |
|  |  |  |  | PBA voucher #7 | 2 |
|  |  |  |  | PBA voucher #8 | 2 |
|  |  |  |  | PBA voucher #9 | 2 |
|  |  |  |  | PBA voucher #10 | 2 |
| Totals | 18 Units |  | 34 BR's | 18 Units | 34 BR's |

PBA = Project Based Assistance Section 8 voucher (Hollman Units) @ Upper Landing Development

PHA 018500



Dave Lang - dispo unit costs                                           Page 1

PHA 018502

**From:** John Wright
**To:** Dave Lang
**Date:** 2/12/2008 10:58:55 AM
**Subject:** dispo unit costs

missing are: 2036 Iglehart, 1720 Selby, 325 Arbor and 1673 LaFond

Exhibit (12)a ii 1

**Saint Paul Public Housing Agency**
245 Maria, 3 BDRM, MN #1-23
Year Built: 1915
Remodel Estimate
Present : Larry Gurtin, Steve Ahner

| Item # | Staff present recommend the following Items: | Cost: |
|---|---|---|
| 1 | remove and replace asphalt driveway | $5,000.00 |
| 2 | remove wood retaining wall and replace with landscape block | $2,300.00 |
| 3 | Powerwash Metal siding (whole house) | $3,500.00 |
| 4 | Stain Back wood stair. | $300.00 |
| 5 | Replace wire fence on North side with chain link 5' high fence. | $2,100.00 |
| 6 | Repair and Paint wood deck and front railing. | $600.00 |
| 7 | Paint exterior window trim at second floor | $150.00 |
| 8 | Tuck Point stone at front entry | $500.00 |
| 9 | Paint steps to basment | $100.00 |
| 10 | Patch stone foundation walls in basment | $2,500.00 |
| 11 | Problem with roof shingles on overhangs and around edge of roof. Extend roof sheathing @ peremiter | $850.00 |
| | Sub Total: | $17,900.00 |
| | Contingency @15% | $2,685.00 |
| | Total: | $20,585.00 |

This is a 3 bedroom house of approximately 1656 square feet which is 91 years old. The house has a full basement, and a full attic (currently inaccessible). The cost of maintaining a house of this size as compared to a 3 bedroom ram and-a-half house is unreasonable high. The shear size of this house means that there are increased costs for utilities : general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 36 windows. This l of windows adds to the maintenance and energy costs associated with this house. To further add to the cost of maint house, it is located in the Historic Preservation area of St. Paul.(see Dayton's Bluff area map at stpaul.gov/depts/liep/images/daytonsbluff.gif) The PHA is not, therefore, permitted to install such items as mainte vinyl or metal siding, vinyl windows, glass-block windows and other improvements that can save the agency money

Dave Lang - 245 Maria.xls   Page 1

PHA 018503

PHA 018504

Dave Lang - 245 Maria.xls                                                                                          Page 2

**Cost Detail:**

| per service contract pricing |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |

...ouse has a full basement, two full floors
...pared to a 3 bedroom rambler or story-
...creased costs for utilities as well as
...tal of 36 windows. This large number
...r add to the cost of maintaining this
...p at
...tall such items as maintenance-free
...n save the agency money over the life

Dave Lang - 590 Laurel Estimate.xls   Page 1

# Saint Paul Public Housing Agency
## 590 Laurel
## Remodel Estimate

Inspection date: 7/13/06

| | COST: | COST DETAILS: |
|---|---|---|
| **Basement** | | |
| Install light at basement stairs | $250.00 | estimate based on current service cont. costs |
| Repair spalling walls throughout | $1,345.50 | typical costs for similar work |
| Demo deteriorated plaster from interior walls throughout | 500 | estimate based on current service cont. costs |
| Drylock all exterior walls | 1200 | typical costs |
| Replace deteriorated interior door | 250 | estimate based on current service cont. costs |
| Replace windows with glass block | $1,200.00 | Install 4 glass block windows and one vinyl egress window. |
| **KITCHEN** | | |
| Revise poor layout, install new cabinets, sink | $10,000 | Based on previous similar work |
| **General Interior** | | |
| Replace all single pane doublehung windows with insulated windows | $9,000 | 36 units x $250 |
| Plaster throughout is cracked and deteriorated....demo and install sheetrock, paint | $6,000.00 | Typical cost for cosmetic interior plaster repairs and painting of all walls, ceilings and previously painted trim. Does not include DryLok to basement walls. |
| Antique wood trim throughout is in rough condition...repair/replace in select areas | $1,000 | estimate based on current service cont. costs |
| **Attic** | | |
| Evidence of water infiltration around chimney... see exterior | | |
| **Exterior** | | |
| T&G beadboard is falling off soffit on east side | $250 | 4 hours + materials and painter |
| Remove tree at NE corner where touching house | $500 | estimate based on current service cont. costs |
| Replace deteriorated gutters | $350 | based on similar gutter replacement work |
| Replace uneven sidewalk slabs at front of house | $1,150 | estimate based on current service cont. costs |
| Replace/repair crumbling masonry abutments at front stairs | $4,000 | staff estimate |
| Tuckpoint fieldstone foundation | $1,200 | staff estimate |

PHA 018505