| | | |
|---|---:|---|
| Prep and paint wood soffit, fascia and raftertails | $3,500 | very high work |
| Cover exposed wood fascia | $900 | cannot do per heritage preservation code |
| Replace broken concrete parking pad | $3,500 | estimate based on current service cont. costs |
| Regrade to eliminate water infiltration in basement | $400 | estimate based on current service cont. costs |
| Re-flash chimney | $600 | staff estimate |
| Replace illegal handrail at front steps | $350 | Based on typ. Selby Iron cost |
| Typical unit prep. | $ 550.00 | PHA staff cost estimate from John Higgs. |
| subtotal | $ 47,745.50 | |
| Contingency @10% | $4,775 | |
| Total | $ 52,520.05 | |

This is a 3 bedroom house of approximately 2055 square feet. The house has a full basement, two full floors and a full attic. The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story-and-a-half house is unreasonably high. The shear size of this house means that there are increased costs for utilities as well as general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 36 windows. This large number of windows adds to the maintenance and energy costs associated with this house. To further add to the cost of maintaining this house, it is located in the Historic Preservation area of St. Paul.(see Hill area map at http://www.stpaul.gov/depts/liep/images/histhill.gif. The PHA is not, therefore, permitted to install such items as maintenance-free vinyl or metal siding, vinyl windows, glass-block windows and other improvements that can save the agency money over the life of the house.

PHA 018506

Dave Lang - 782 Fuller Estimate.xls                                                    Page 1

## Saint Paul Public Housing Agency
782 Fuller
Remodel Estimate

Inspection date: 7/12/06

| | COST: | COST DETAILS: |
|---|---|---|
| **Basement** | | |
| Repair spalling walls throughout | $1,345.50 | estimate based on similar SS work |
| Questionable pipe wrap on heating pipes…test and abate | $750 | staff estimate |
| Replace laundry tub with rusted legs | $350 | estimate based on current service cont. costs |
| Uninsulated rim joists…remove stone infill and insulate w/ fiberglass | $1,610 | estimate 32 man hours |
| Replace 5 basement windows with glass block | $1,250 | 250 each |
| Remove dead gas line | $75 | estimate based on current service cont. costs |
| Landing on stairs to basement: replace 3 x 3 VCT | $250 | estimate based on current service cont. costs |
| | | |
| **KITCHEN** | | |
| Revise poor layout, install new cabinets, sink | $10,000 | estimate based on similar SS kitchen remod. Work |
| Replace deteriorated lay-in ceiling | $500 | staff estimate |
| | | |
| **2nd floor stairwell** | | |
| Stairwell is very narrow and winds | | probably cannot be rebuilt |
| | | |
| **SW bedroom** | | |
| Abate VAT and refinish hardwood floor | $1,200 | abatement $200, refinish $1000 |
| **NW bedroom** | | |
| Abate VAT and refinish hardwood floor | $1,201 | abatement $200, refinish $1001 |
| **NE bedroom** | | |
| Abate VAT and refinish hardwood floor | $1,200 | abatement $200, refinish $1000 |
| | | |
| **Bathroom** | | |
| Replace cracked VCT | $500 | estimate based on current service cont. costs |
| Replace fan and ensure venting to exterior | $900 | estimate based on similar SS ex. Fan installations |
| | | |
| **Front Porch** | | |
| Abate VAT floor and install VCT | $1,500 | estimate based on current service cont. costs |

PHA 018507

Dave Lang - 782 Fuller Estimate.xls          Page 2

| | | |
|---|---|---|
| Demolish old wooden storm windows and install 3-tracks (3) | $600 | 3 windows |
| **General Interior** | | |
| Replace 28 single pane doublehung windows with insulated windows | $7,000 | staff estimate based on similar window replacements |
| Plaster throughout is cracked and deteriorated....demo and install sheetrock | $4,500 | staff estimate |
| Antique wood trim throughout is in rough condition...repair/replace in select areas | $1,000 | staff estimate |
| Prime and paint all interior wall surfaces | $4,500 | estimate based on similar S.S. painting work |
| **Exterior** | | |
| All brickwork needs to be repaired and tuckpointed (1460 sf) | $7,300 | staff est. based on 5/sf |
| Install chain link fencing along east side of back yard | $1,100 | estimate based on current service cont. costs |
| Remove old pole footing from back yard | $150 | estimate based on current service cont. costs |
| Sealcoat parking pad | $300 | staff estimate |
| Replace broken concrete near back door | $500 | estimate based on current service cont. costs |
| Install new iron handrail at back steps | $350 | estimate based on typ. Costs from Selby Iron |
| | | |
| subtotal | $49,931.50 | |
| Contingency @10% | $4,993 | |
| Total | $54,924.65 | |

This is a 3 bedroom house of approximately 1696 square feet. The house has a full basement, two full floors and a full attic. The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story-and-a-half house is unreasonably high. The shear size of this house means that there are increased costs for utilities as well as general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 28 windows. This large number of windows adds to the maintenance and energy costs associated with this house.

PHA 018508

# Saint Paul Public Housing Agency

904 Hague

Remodel Estimate

Inspection date: 7/13/06

| | COST: | COST DETAILS: |
|---|---|---|
| **Basement** | | |
| Remove and rebuild illegal stairs (no headroom) | $1,200 | estimate based on current service contract costs |
| Install floor leveler to correct uneven and damaged floor | $1,000 | staff estimate |
| | | |
| **Stairwell** | | |
| Replace illegal handrail | $100 | estimate based on current service contract costs |
| Replace illegal window at stair landing | | see general interior |
| | | |
| **KITCHEN** | | |
| Replace cabinets | $3,000 | estimate based on similar SS kit. Cab replacements |
| Demo lay-in ceiling and grid...install sheetrock and replace | $700 | staff estimate |
| | | |
| **General Interior** | | |
| Replace 21 single pane doublehung windows with insulated windows | $5,250 | estimate based on similar SS window replacements |
| Plaster throughout is cracked and deteriorated....demo and install sheetrock | $3,500 | staff estimate |
| Antique wood trim throughout is in rough condition...repair/replace in select areas | $1,000 | staff estimate |
| Prime and paint all interior wall surfaces | $4,000 | estimate based on similar SS painting work |
| | | |
| **Attic** | | |
| Install access | $250 | estimate based on current service contract costs |
| | | |
| **Exterior** | | |
| Remove laundry poles and footings from back yd. | $150 | estimate based on current service contract costs |
| Remove unused and damaged concrete pad from back yd | $500 | estimate based on current service contract costs |
| Install legal handrail on steps to city walk. | $350 | estimate based on typ. Cost fromm Selby Iron |
| Illegal railing at porch perimiter...replace (45 LF) | $450 | estimate based on current service contract costs |
| Replace deteriorated T&G fir flor at front porch (24 x 9) | $2,000 | estimate based on current service contract costs |
| Tuckpoint fieldstone foundation | $1,200 | staff estimate |
| Rebuild wooden stoop, stairs and handrail at back door | $500 | estimate based on current service contract costs |
| Completely re-landscape the yard | $2,000 | estimate based on current service contract costs |

| | | |
|---|---:|---|
| Repair exterior siding (20 x 25) | $900 | staff estimate |
| Install new front porch light | $250 | estimate based on current service contract costs |
| Sealcoat parking pad | $300 | staff estimate |
| | | |
| subtotal | $27,400 | |
| Contingency @10% | $2,740 | |
| Total | $30,140 | |

This is a 3 bedroom house of approximately 1440 square feet. The house has a full basement, two full floors and a full attic. The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story-and-a-half house is unreasonably high. The shear size of this house means that there are increased costs for utilitics as well as general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 21 windows. This large number of windows adds to the maintenance and energy costs associated with this house.

PHA 018510

Dave Lang - 948 Dayton.xls  Page 1

Saint Paul Public Housing Agency
948 Dayton Avenue, MN 1-20
Remodel Estimate

Present: Tim Braun, Tim Angaran

| Staff present recommend the following items: | COST: | COST DETAILS: |
|---|---|---|
| Replace settling concrete landscape steps with new. Replace separate concrete entry steps with new. | $3,600.00 | ~~Six risers at 48 inches in width plus three additional risers at 60~~ inches in width. New iron handrails per code. Based on current service contract rates. |
| Upgrade landscaping. Correct grade at foundation and install fabric, shrubs and rock. Remove saplings along perimeter cyclone fencing. Treat existing creeping charlie. Remove and dispose of bent clothes line poles. | $3,000.00 | Typical cost paid to landscape service contractor for similar work. |
| Replace missing gutter downspouts and damaged extensions. | $200.00 | Based on current service contract rates. |
| Repair entry porch storm screens | $50.00 | PHA maintenance staff repairs. |
| Spot repair stress cracks in existing exterior stucco surfaces. | $3,000.00 | Budget figure for the repairs to match existing stucco. |
| Replace window sashes within six existing windows with new Marvin Tilt Pacs | $2,400.00 | Based on recent costs paid for similar scat site window replacement contracts. |
| Remove and replace existing bituminous driveway/parking pad. Correct grade as needed. | $4,000.00 | Based on recent costs paid for similar scat site driveway replacement contracts. |
| Repair cyclone fence gates, poles, etc. | $300.00 | Based on current service contract rates. |
| Patch spalling concrete basement window sills. | $1,500.00 | Budget figure to remove loose material and tie-in new concrete surface. |
| ~~Replace front entry door and interior~~ Replace previously painted exterior trim. Clean extensive interior woodwork throughout home. Spot stain and varnish as needed. Interior plaster repairs as-needed. | $700.00 | Typical costs paid to carpentry service contractor. |
| Spot repair loose skim coating over existing limestone foundation. Water intrusion present. | $4,500.00 | Demo, mesh, and two-coat build-up. Apply DryLok over cured surface. |
| Install interior foundation draintile and sump basket. | $4,500.00 | ~~Service costs~~ ~~and drain tile~~ ~~interior~~ ~~coat~~ ~~of~~ ~~~~removal from home out basement window(s.)  Estimate when combined with |
| Replace entire basement concrete floor with new. | $10,000.00 | foundation draintile work above. |
| Revise basement stair configuration to meet code and provide safe landing zones. Includes new vinyl stair treads. | $1,750.00 | Budget figure based on current carpentry service contract rates. |

PHA 018511

| Description | Cost | Notes |
|---|---|---|
| Replace all kitchen cabinets and countertops with new. Re-use existing plumbing fixtures. | $4,500.00 | Typical costs paid for similar work. |
| Replace all existing kitchen vinyl floor tile with new. | $850.00 | Based on current service contract rates. |
| Replace worn stove with new. | $300.00 | PHA maintenance staff to provide. |
| Replace rear storm door weather-strip. | $50.00 | Based on current service contract rates. |
| Refinish existing wood flooring within living room, dining room, entry, and lengthy staircase to upper level. | $5,000.00 | Typical costs paid to flooring contractor for similar work. |
| Replace all upper level bedroom carpet with new. Replace soft substrates at bedroom windows. | $1,600.00 | Based on current service contract rates. |
| Install exhaust fan in bathroom. | $850.00 | Typical costs paid to carpentry and electrical service contractors. |
| Replace bathroom vinyl floor tile with new ceramic flooring. | $950.00 | Based on current service contract rates. |
| Replace five upper level interior doors with new. | $1,000.00 | Typical costs paid to carpentry service contractor. |
| Typical unit prep. | $550.00 | PHA staff cost estimate from John Higgs. |
| Sub-Total: | $60,150.00 | |
| Contingency @ 10%: | $6,000.00 | |
| Total: | $66,150.00 | |

Note: Boiler currently in good working order.

This is a 3 bedroom house of approximately 1456 square feet which is 103 years old. The house has a full basement, two floors and a full attic (currently inaccessible). The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story and a half house is unreasonable high. The shear size of this house means that there are increased costs for utilities as well as general upkeep on such items as roofing, exterior and interior finishes. There is no garage on the property requiring tenants to place combustible items, lawn mowers, etc. on the rear lawn in full view of the neighbors.

PHA  018512

## Saint Paul Public Housing Agency
550 S. Robert, 3 BDRM, MN# 1-23
Year Built: 1953
Remodel Estimate
Present : Larry Gurtin, Steve Ahner

| Item # | Staff present recommend the following items: | Cost: |
|---|---|---|
| 1 | Patch cracks at rear of house | $200.00 |
| 2 | Replace cap block on existing retaining wall, tuckpoint all loose or missing mortar, replace damaged or missing cement blocks with new, replace existing retaining wall along robert street, reove existing plants as needed along retaining walls. | $18,200.00 |
| 3 | Install chain link fence along north and east side of property, high retaining wall to the north and rock cliff to the east. Remove trees as needed | $2,700.00 |
| 4 | Repair side walk to the north | $1,275.00 |
| 5 | Repair steps to the North | $1,332.00 |
| 6 | Remove tile in laundry room and in old shower room(Abate)in basment | $400.00 |
| 7 | Replace garage door | $250.00 |
| 8 | Install GFI in Garage | $200.00 |
| 9 | Paint and patch throughout house including window sills, and tuck under garage | $2,500.00 |
| 10 | redash stucco exterior walls | $3,500.00 |
| 11 | Remove and replace driveway | $1,000.00 |
| | Sub Total: | $31,557.00 |
| | Contingency @15% | $4,733.55 |
| | Total: | $36,290.55 |

The PHA-owned vacant lot adjacent to this house is a liability for the agency. On the north side of the property is a massive ret that is in poor condition and needs to be rebuilt

PHA 018513

Dave Lang - 550 S. Robert.xls    Page 2

PHA 018514

| Cost Detail: | |
|---|---|
| from previous Sept 2000 est plus 30% | |
| per concrete service contract | |
| per concrete service contract | |
| per service contract | |
| | |
| | |

Dave Lang - 700 Lafond Estimate.xls   Page 1

# Saint Paul Public Housing Agency
700 Lafond
Remodel Estimate
Inspection Date 7/12/06

| Basement | COST: | COST DETAILS: |
|---|---|---|
| Abate VAT from floor (30 x 20) | 400 | estimate based on current service contact costs |
| Test and abate lay-in ceiling tiles and grid (12 x 12) | 400 | staff estimate |
| Repair rotten window sills (4) | 400 | estimate based on current service contact costs |
| Replace old fuse panel box | 1900 | estimate based on typical costs |
| stairs are illegal (7" treads) ..rebuild | 1500 | estimate based on current service contact costs |
| | | |
| **KITCHEN** | | |
| Revise poor layout, install new cabinets, sink | $7,000 | staff estimate based on similar kitchen remod. work |
| VCT is in poor condition and subfloor is buckeling | $500 | estimate based on current service contact costs |
| | | |
| **Living room** | | |
| Stabalize floor from below | $250 | estimate based on current service contact costs |
| remove all carpet, sand and refinish floor | $2,000 | estimate based on similar flooring work |
| | | |
| **(3) Bedrooms** | | |
| Remove deteriorated carpet, sand and refinish hardwood floors | $2,000 | estimate based on similar flooring work |
| | | |
| **Bathroom** | | |
| Replace cracked VCT | $500 | estimate based on current service contact costs |
| Replace bathtub | $900 | estimate based on current service contact costs |
| | | |
| **Front Porch** | | |
| Abate VAT floor and install VCT | $1,500 | estimate based on current service contact costs |

PHA 018515

| Demolish old wooden storm windows and install 3-tracks | $600 | 3 windows | |
| --- | --- | --- | --- |
| **General Interior** | | | |
| Replace all single pane doublehung windows with insulated windows | $6,000 | staff estimate based on similar window replacements | |
| Plaster throughout is cracked and deteriorated….demo and install sheetr | $4,500 | staff estimate | |
| Antique wood trim throughout is in rough condition…repair/replace in sele | $1,000 | staff estimate | |
| Prime and paint all interior wall surfaces | $4,500 | estimate based on similar painting work | |
| | | | |
| **Exterior** | | | |
| Paint metal siding at south side where faded | $900 | staff estimate 18 man hours | |
| Replace broken 3 track windows (3) | $300 | staff estimate $200 ea | |
| Replace concrete | $1,000 | estimate based on current service contact costs | |
| rebuild back door wooden stoop and rail | $500 | estimate based on current service contact costs | |
| re-landscape yard | | | |
| | | | |
| subtotal | $ 33,950.00 | | |
| Contingency @10% | $3,395 | | |
| Total | $ 37,345.00 | | |

This is a 3 bedroom house of approximately 1048 square feet. The house has a full basement, two full floors and a full attic. The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story-and-a-half house is unreasonably high. The shear size of this house means that there are increased costs for utilities as well as general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 24 windows. This large number of windows adds to the maintenance and energy costs associated with this house.

PHA 018516

Dave Lang - 1012 Ashland Estimate.xls   Page 1

## Saint Paul Public Housing Agency
1012 Ashland Ave
Remodel Estimate

Inspection date: 7/14/06

| | COST: | COST DETAILS: |
|---|---|---|
| **Basement** | | |
| Install 6 glass block windows and 1 operable | $2,100.00 | typical GB window cost |
| Install floor leveler to correct uneven and damaged floor | $1,000.00 | 8 man hours plus materials |
| | | |
| **Stairwell** | | |
| Replace illegal handrail | $200.00 | based on service contract rates |
| | | |
| **KITCHEN** | | |
| Replace cabinets | $3,500.00 | typical turn-over rate |
| Demo lay-in ceiling and grid…install sheetrock and replace | $1,000.00 | service contract rates |
| | | |
| **General Interior** | | |
| Replace all single pane doublehung windows with insulated windows | $13,200.00 | 44 windows |
| | | |
| **Bath** | | |
| Install new ceramic tile at tub surround | $1,000.00 | service contract sq. ft. pricing |
| | | |
| **Attic** | | |
| Install access | $250.00 | service contract rates |
| | | |
| **Exterior** | | |
| Existing field stone walls at foundation and front porch need to be raked and tucked | $1,000.00 | |
| Rebuild brick chimney | $1,500.00 | based on previous PO pricing |
| Replace 30 sq ft. conc. At front walk | $345.00 | service contract pricing |
| replace 2' x 60' sidewalk at rear | $1,380.00 | service contract pricing |
| Sealcoat 18 x 27' asphalt pk. Pad | $200.00 | 486 sf |
| Install new hand rails at 2 sets of front steps | $700.00 | based on typical costs from Selby |
| Roof appears to have structural issues i.e. dips is several areas | | |

PHA 018517

| | |
|---|---|
| subtotal | $25,275.00 |
| Contingency @10% | $2,527.50 |
| Total | $27,802.50 |

Gerneral Note:

This is a 3 bedroom house of approximately 1594 square feet. The house has a full basement, two full floors and a full attic (currently inaccessible). The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story-and-a-half house is unreasonable high. The shear size of this house means that there are increased costs for utilities as well as general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 44 windows. This large number of windows adds to the maintenance and energy costs associated with this house.

PHA 018518

Dave'Lang - 1032 Otto Estimate.xls    Page 1

# Saint Paul Public Housing Agency
1032 Otto
Remodel Estimate

Inspection date: 8/25/06

| | COST: | COST DETAILS: |
|---|---|---|
| **Basement** | | |
| Floor is uneven and cracked...relevel | $3,000.00 | staff estimate |
| All exterior walls are deteriorated, mud over with concrete | $2,500.00 | staff estimate |
| Areas of structural framing are inadequate for load...reframe for 1st floor | $7,000.00 | staff estimate |
| | | |
| **Stairwell** | | |
| Make corrections to handrail height | $200.00 | based on service contract costs |
| | | |
| **Downstairs bedroom** | | |
| Replace broken door | $350.00 | based on service contract costs |
| Install rod in closet | $55.00 | based on service contract costs |
| | | |
| **Upstairs Bedrooms** | | |
| Install bifold door on closet in SE bedroom | $300.00 | based on service contract costs |
| Remove deteriorated carpet throughout and replace with VCT | $1,825.00 | approx 500 sf (remove 950, install 875) |
| | | |
| **General Interior** | | |
| replace all windows with double-glazed | $7,200.00 | 24 windows |
| Sagging of floor in living room on 1st floor...see note for basement | | |
| **Bath** | | |
| | | |
| **Attic** | | |
| | | |
| **Exterior** | | |
| The are multiple areas of stucco infill.  Dash entire house for consistent finish | $8,000.00 | staff estimate |
| Multiple cracks in stucco foundation | $400.00 | staff estimate |
| Trim all trees in close proximity to house | $350.00 | based on service contract costs |

PHA 018519

| | | |
|---|---|---|
| Replace concrete trip hazzard at rear of house | $1,150.00 | 15 sf |
| need sidewalk extension to parking pad | | 30 sf (see above for minimum mobilization and pour charge) |
| | | |
| | | |
| subtotal | $32,330.00 | |
| Contingency @10% | $3,233.00 | |
| Total | $35,563.00 | |

Gerneral Note:

This is a 4 bedroom house of approximately 1435 square feet. The house was built in 1905, has a full basement, two full floors and a full attic (currently inaccessible). The cost of maintaining a house of this size as compared to a 3 bedroom rambler or story-and-a-half house is unreasonable high. The shear size of this house means that there are increased costs for utilities as well as general upkeep on such items as roofing, exterior and interior finishes. This house has a total of 44 windows. This large number of windows adds to the maintenance and energy costs associated with this house.

PHA 018520

**Saint Paul Public Housing Agency**
1115 Rose Ave., 3 BDRM, MN#1-23
Year Built: 1923
Remodel Estimate
Present : Larry Gurtin, Steve Ahner

| Item # | Staff present recommend the following Items: | Cost: |
|---|---|---|
| 1 | Add seed or sod front yard | $150.00 |
| 2 | Redash exterior stucco walls | $3,000.00 |
| 3 | clean exterior siding on garage (power wash) | $500.00 |
| 4 | Replace concrete garage floor | $2,400.00 |
| 5 | Replace retaining wall on East side of property | $4,500.00 |
| 6 | Replace support rod at front stair that supports walls | $170.00 |
| 7 | Patch concrete steps | $120.00 |
| 8 | Paint exterior wood rails | $100.00 |
| 9 | Demo basment shower and Lav and toilet , cap off plumbing | $300.00 |
| 10 | Install GFI at laundry tub. | $200.00 |
| 11 | Demo wood walls and remove carpet in basment | $1,100.00 |
| 12 | Drylok all walls. | $250.00 |
| 13 | Replace 6 windows in basment with Glass block and vent windows. | $360.00 |
| 14 | Replace kitchen cabinets | $4,000.00 |
| 15 | Install range hood in kitchen | $250.00 |
| 16 | remove existing kitchen window at sink and make window opening smaller to accomadate countertop | $300.00 |
| 17 | Remove kitchen floor and install tile. | $400.00 |
| 18 | remove carpet in all rooms. | $200.00 |
| 19 | Install tile in all rooms | $875.00 |
| 20 | Paint and stain throughout house. | $3,200.00 |
| 21 | Remove tile in bathroom and retile walls around tub and room | $2,300.00 |
| 22 | Replace bathroom door | $200.00 |
| 23 | replace closet door in bedroom. | $200.00 |
| 24 | | |
| | Sub Total: | $13,835.00 |

PHA 018521

PHA 018522

| Cost Detail: |
| --- |
| per landscape service contract |
| |
| per concrete service contract |
| per landscape service contract |
| per concrete service contract |
| per concrete service contract |
| |
| Per lelectrical service contract |
| |
| typical pricing for scat |
| typical pricing for scat |
| typical pricing for scat |
| typical pricing for scat |
| |
| Per flooring service contract |
| Per flooring service contract |
| Per flooring service contract |
| typical painting for unit this size |
| Per tile service contract |
| |
| |

**Saint Paul Public Housing Agency**
1222 Desoto, 3 BDR, MN 1-31
Year Built: 1956
Remodel Estimate
Present : Larry Gurtin, Steve Ahner, John Higgs

| Item # | Staff present recommend the following Items: | Cost: | Cost Detail: |
|---|---|---|---|
| 1 | Demo front stoop, install suitable foundation and new stoop. | $1,100.00 | based on concrete service contract |
| 2 | Existing Addition to the North is separating from main part of house. Replace sinking foundation and install new wood framed floor. | $20,000.00 | Mobilization, Excavate around addition, jack up and shore addition, remove existing foundation, floor slab and footings, Install new footings and foundation, install new wood framed floor, insulate, provide crawl space though existing foundation, backfill, repair stucco, correct minimul damage to interior, install tile floor. |
| 3 | Remove and replace sidewalk to the north and sidewalk to basment entry door | $1,200.00 | based on concrete service contract |
| 4 | Dash all exterior stucco walls. | $2,000.00 | |
| 5 | Paint exposed block foundation walls. | $200.00 | |
| 6 | Remove large tree just to the west of the house and remove root system. Remove dead brush along the west property line | $2,500.00 | Based on service contract pricing |
| 7 | Clean all gutters. | $550.00 | est cost per John higgs (unit Prep) |
| 8 | Regrade back yard for proper drainage and sod | $15,000.00 | based on previous sod and dirt pricing at CAO |
| 9 | Install landscape retaining walls on south side of house near basement entry,( erosion control) | $2,280.00 | per landscape service contract |
| 10 | Install landscape rock around house and install bushes to control erosion | $850.00 | per landscape service contract |
| | | Sub Total: $45,680.00 | |
| | | Contingency @15% $6,852.00 | |

PHA 018523