The Atlantic Monthly March 1982: 29-38.

## GOVERNMENT DOCUMENTS

Bratton, William J. "Great Expectations: How Higher Expectations for Police Departments Can Lead to a Decrease in Crime." Measuring What Matters: Proceedings from the Policing Research Institute Meetings Ed. Robert Langworthy. United States Department of Justice: National Institute of Justice, July 1999.

Kelling, George. "Measuring What Matters: A New Way of Thinking About Crime and Public Order." Measuring What Matters: Proceedings from the Policing Research Institute Meetings Ed. Robert Langworthy. United States Department of Justice: National Institute of Justice, July 1999.

Memphis Shelby Crime Commission. "Best Practices Number Ten: Fixing Broken Windows - Strategies to Strengthen Housing Code Enforcement and Related Approaches to Community-Based Crime Prevention in Memphis." By Phyllis Betts. April 2001.
<http://www.memphiscrime.org/research/bestpractices/bestpractices-10.html>

Saint Paul City Council Investigation and Research Center. "A Study of Remedies for Chronic Problem Properties." March 1995.

Skogan, Wesley G. "Measuring What Matters: Crime, Disorder, and Fear." Measuring What Matters: Proceedings from the Policing Research Institute Meetings Ed. Robert Langworthy. United States Department of Justice: National Institute of Justice, July 1999.

Stephens, Darryl W. "Measuring What Matters." Measuring What Matters: Proceedings from the Policing Research Institute Meetings Ed. Robert Langworthy. United States Department of Justice: National Institute of Justice, July 1999.

Taylor, Ralph B. "The Incivilities Thesis: Theory, Measurement, and Policy." Measuring What Matters: Proceedings from the Policing Research Institute Meetings Ed. Robert Langworthy. United States Department of Justice: National Institute of Justice, July 1999.

United States Department of Justice, National Institute of Justice. "Crime and Place: Plenary Papers of the 1997 Conference on Criminal Justice Research and Evaluation." July 1998.

- - -. "Prevention Through Community Prosecution." By Catherine M. Coles and George L. Kelling. 1999.

- - -. "Research in Brief: Controlling Drug and Disorder Problems: Oakland's Beat Health Program." By Lorraine Green Mazerolle and Jan Roehl. March 1999.

- - -. "Research in Brief: Crime, Grime, Fear and Decline: A Longitudinal Look." By Ralph B. Taylor. July 1999.

- - -. "Research in Brief: Disorder in Urban Neighborhoods-Does it Lead to Crime?" By Robert J. Sampson and Stephan W. Raudenbush. February 2001.

- - -. "Research in Brief: Preventing Crime: What Works, What Doesn't, What's Promising." By Lawrence W. Sherman, Denise C. Gottfredson, Doris L. MacKenzie, John Eck, Peter Reuter, and Shawn D. Bushway. July 1998.

- - -. "Research Preview: Attitudes Toward Crime, Police, and the Law: Individual and Neighborhood

Differences." By Robert J. Sampson and Dawn Jeglum Bartusch. June 1999.

- - -. "Research Preview: Neighborhood Collective Efficacy-Does It Help Reduce Violence?" By Robert J. Sampson, Stephen W. Raudenbush, and Felton Earls. April 1998.

- - -. "Research Report: 'Broken Windows' and Police Discretion." By George Kelling. October 1999.

- - -. "Research Report: Physical Environment and Crime." By Ralph Taylor and Adele V. Harrell. January 1996.

## REFERENCE

City of Madison, WI "Chapter 32: Landlord and Tenant." Municipal Code
<http://www.ci.madison.wi.us>

Minnesota Attorney General's Office. "Landlords and Tenants: Rights and Responsibilities." October 1999 <http://www.ag.state.mn.us/consumer/housing/txt/LT.htm>

Reynolds, Osborne M. Jr. "Chapter 18: Local Control of the Use of Property: Zoning and Related Methods." Handbook of Local Government Law. St. Paul, Minnesota: West Publishing Company. 1982. 352-414.

- - -. "Chapter 19: Municipal Acquisition of Property: Eminent Domain and Other Methods." Handbook of Local Government Law. St. Paul, Minnesota: West Publishing Company. 1982. 415-443.

- - -. "Chapter 30: Local Governmental Liability in Tort and Related Theories." Handbook of Local Government Law. St. Paul, Minnesota: West Publishing Company. 1982. 670-722.

## NEWSPAPERS

"A Blight on the Cities: Problem Properties Series." Pioneer Press 1999.

Beckstrom, Maja. "State Leads U.S. in Youth Issues Index: Kids Count Measures Ills Linked to Poverty." Pioneer Press 20 June 2000.

Burson, Pat. "Neighborhood Info in the Bag: Frogtown Activists Have Compiled Details About Programs and Resources that are Available in the St. Paul Neighborhood. On Saturday, Volunteers will Fan Out to Distribute Bags of Information to Each of the Area's Households." Pioneer Press 7 May 2000.

Burson, Pat. "Neighborhood Seeks to Take Back its Park: Residents Say Some Visitors Make it Unsafe." Pioneer Press 7 August 2000.

Chanen, David. "Woman in Garbage House Charged with Child Endangerment." Star Tribune 13 July 2000.

Coleman, Toni. "Finances Hobble Tenants Union: Funding Problems Force Reduction in Activities." Pioneer Press 8 June 2000.

Duchschere, Kevin. "St. Paul Appeals Federal Decision to Save HUD House." Star Tribune 19 May 2000.

"Fatal Shootings by Minneapolis Police." Star Tribune 15 June 2000.

Graves, Chris. "Woodbury Police Shoot, Kill Man; Chief says Man Tried to get Officer's Gun." Star Tribune 5 June 2000.

Hayes Taylor, Kimberly. "Landlord Agrees to Relinquish Rights to Building." Star Tribune 28 June 2000.

Karlson, Karl J. "Tenants Turn up Heat on Housing Issues: 1st Landlord Singled Out Says Fixes in Progress." Pioneer Press 17 April 2000.

Laszewski, Charles. "Cleaning Up the Property Mess: Initiative Developed Locally and Elsewhere Offer Hope for Fixing Chronic Housing Code Violations in the Twin Cities." Pioneer Press 7 December 1999.

- - -. "Frustrated Neighbors Seeking own Solutions: Groups Pressing Landlords, City on Problem Properties." Pioneer Press 3 December 1999.

- - -. "Housing Inspector has Thankless Task: Demands Come from All Sides." Pioneer Press 7 December 1999.

- - -. "Housing Plan gets Cool Reception: Commissioner's Bonding Proposal Stirs Tax Concerns." Pioneer Press 7 June 2000.

- - -. "Housing Sweep Brings Arrest: More Were Sought; Letters Prompted Some to Pay Fines." Pioneer Press 18 December 1999.

- - -. "Management Problems: Landlord: School Official Owns Problem Sites." Pioneer Press 6 December 1999.

- - -. "Problems Move with Residents: City's Empty Homes not all Crime-ridden." Pioneer Press 4 October 1999.

- - -. "Putting Screws to Crime: How Much is Enough? Frogtown, Still Troubled but Better, Duels for Resources." Pioneer Press 5 June 2000.

- - -. "St. Paul Focuses on Problem Area St. Paul Housing Code Inspectors and Police Began Concentrating Tuesday." Pioneer Press 16 June 2000.

- - -. "St. Paul Lists Names of Violating Property Owners on Internet." Pioneer Press 13 September 1999.

- - -. "St. Paul to Start Arresting Housing Code Violators with Court Warrants this Weekend." Pioneer Press 14 December 1999.

- - -. "13 Tax-forfeit Properties Transferred to St. Paul." Pioneer Press 7 June 2000.
Laszewski, Charles, and Janet Roberts. "A Blight on the Cities." Pioneer Press 3 December 1999.

- - -. "Problem Properties Owners: HUD, Ramsey County Draw Complaints." Pioneer Press 6 December 1999.

CASE 0:05-cv-00461-MJD-SER Document 231-40 Filed 08/23/08 Page 4 of 19

Chronic Problem Properties in Saint Paul: Case Study Lessons _____ Appendix Page 7

Lundy, Walker. "Hell-raising' Policy Keeps Public Officials on Their Toes." Pioneer Press 19 December 1999.

Mayron, Amy, and Lisa Donovan. "Confrontations with Mentally Ill Can Overtax Police: Recent Deaths Raise Concern Over Training." Pioneer Press 18 June 2000.

Moore, Natalie Y. "Resident Down to Last Chance to Keep her Home: West St. Paul says House Isn't Fit to Live In; Inspection Today." Pioneer Press 17 July 2000.

Ngo, Nancy. "Fire Blamed on Methamphetamine Makers: Damage Leaves 18 Units Uninhabitable." Pioneer Press 28 June 2000.

Olson, Rochelle. "Study: Minneapolis Neighborhood Revitalization Program a Stabilizing Force." Star Tribune 20 June 2000.

Powell, Joy. "Police Confrontations with the Mentally Ill are Common." Star Tribune 18 June 2000.

- - -. "Police: 911 Caller Wanted Crisis Team to Calm Woman." Star Tribune 15 June 2000.

"Problem Properties in the Twin Cities." Pioneer Press December 1999.

"Resources: What Can You do if the House Next Door Has Trash Piled on the Front Lawn, a Car Parked in the Yard, Peeling Paint or other Problems, and your Pleas to the Owner that Something be Done Have Not Been Heeded?" Pioneer Press 7 December 1999.

Roberts, Janet. "698 Edmund Avenue Tells Tale of Long-running Neglect: Inspection Record Says How Problems Lingered Six Years." Pioneer Press 7 December 1999.

- - -. "Some Local Landlords Fault Tenants for Their Troubles: But Others Dispute that Contention, Call Their Actions Lacking." Pioneer Press 5 December 1999.

- - -. "St. Paul Inspection Data Proves Hard to Track." Pioneer Press 5 December 1999.

Rybin, Virginia. "St. Paul to Fight Decision on HUD: Judge: City Can't Force Housing Code on Federal Agency." Pioneer Press 19 May 2000.

Sherman, Amy. "Council to Discuss Rules for Problem Properties: Plan Addresses Exterior Condition, Vehicles, Sheds." Pioneer Press 20 June 2000.

Stassen-Berger, Rachel E. "Code-violating Property Owners Face Crackdown: Those Who Ignore Warning Letters May be Arrested." Pioneer Press 16 June 2000.

- - -. "Minneapolis Apartments Illustrate Complexity of Problem: After '98 Homicide, 1818 Park Redone; Complaints Continue." Pioneer Press 3 December 1999.

Wildeboer, Kathy A. "E.L. Oks Inspection Firms." The State News: Michigan State University's Independent Voice 9 April 1998.

## APPENDIX C: GLOSSARY OF TERMS

Abatement – The process by which the City takes action to put an end to a nuisance condition.

**Summary Abatement** – The process by which the City intervenes to put an end to a nuisance condition where the cost of the City's intervention is less than $3,000. (example, removing garbage from yard, removing an abandoned vehicle, boarding a broken window, etc.)

**Substantial Abatement** – The process by which the City intervenes to put an end to a nuisance condition where the cost of the City's intervention is more than $3,000. (Example, removing a delapidate building, removing heavy machinery from a lot, etc.)

**Broken Windows Theory** – A theory, developed by James Q. Wilson and George Keiling in the early nineteen eighties, which holds that if physical and social disorders are allowed to go uncorrected in a neighborhood, others will be emboldened to create more disorders. Eventually, this environment will attract criminals, who thrive in conditions of public apathy and neglect.

**Buy and Sells** – For purposes of this study, the process of having a police informant attempt to buy or buy drugs or narcotics from a suspected drug dealer.

**Calls for Service** – These are the telephone calls which come in through the City's 911 line requesting police, fire or medical service at a particular location.

**Certificate of Occupancy ( C of O)** – All non-residential buildings and non-owner occupied residential building with three or more living units are required to obtain a certificate issued by the Fire Marshall certifying the building is in compliance with applicable codes.

**Certificate of Occupancy ( C of O)Revocation** – The Fire Marshall may revoke a certificate of occupancy if it is determined the building is not in compliance with applicable codes.

**Chronic Problem Property** – Chronic problem properties are properties with *serious* (founded and substantial), *repetitive* (at least 3 instances of problems in 18 months) and *enduring* (active as a problem property for at least 18 months) problems which *adversely affect* their neighbors and/or the community as a whole.

**Code Violation** – A behavior or condition prohibited by Code. (occupying a building lacking in proper smoke detectors, failure to provide heat in winter, maintaining unsanitary conditions, etc.)

**Collective Efficacy** – The level of mutual trust among neighbors combined with the willingness of a individuals to intervene on behalf of the common good; for instance to supervise children and maintain public order.

**Community Expectations/Standards** – A set of beliefs expressing a community's vision, derived from the historical and learned framework of shared assumptions, values, norms and local laws that a group of interacting individuals, in a common location agree to abide by as an expression of their tolerance for behaviors within their community.

**Complaint-Based Enforcement** – A method of ensuring property, housing, health and building codes are followed throughout the community by responding to specific complaints or concerns cititzens or others informed inspection officials about. This is considered one of the three basic approaches to ensuring codes are observed in the community.

**Condemnation** – A determination by City officials a building is unfit for human habitation and ordering the building to be vacated.

**Conflict Theory** – One of the major theoritical approaches to sociology which traces its roots to the work of Karl Marx and his critique of capitalism. In general, conflict theory assumes that social life is shaped by groups and individuals who struggle or compete with one another over various resources and rewards, resulting in particular distributions of wealth, power and prestige.

**Correction Notice** – A notice issued to the property owner by a City inspector noting a violation of City Code and directing the violation be corrected.

**Disorder, Physical** – Physical conditions, such as broken windows, junk cars, and garbage houses, that are viewed as troublesome and potentially threatening by its residents and users of public spaces.

**Disorder, Social** – Social conditions or activities, such as prostitution, drug-dealing, and loitering, that are viewed as troublesome and potentially threatening by its residents and users of public spaces.

**Disorderly Boys** – This is a term used in the Police Department's call-management system which refers to rowdy and/or disorderly youth.

**District Council** – City of Saint Paul citizen participation process whereby the City is divided into 17 districts which set up advisory councils that plan and advise the City on physical, economic and social development of their area, as well as on Citywide issues. In addition, they identify neighborhood needs, initiate community programs, recruit volunteers and inform residents through community newspapers, newsletters, flyers and community events.

**Domestic Violence** – Acts of violence, sexual assaults and or child abuse directed against family members, relatives or roommates, by another family member, relative or roommate who lives in the same house or apartment.

**Exterior Code Violations** – These are violations of City and State building, housing, health and property maintenance codes which occur on the exterior of the building or in the yard/area surrounding the building. For purposes of this study, we have have divided these violations into two categories:

   1) **structural code violations**— broken or missing windows and screens, broken or missing locks on doors, paint or siding in bad condition, roof/fascia/soffits with holes or leaking, outbuildings in poor condition, building walls with holes and stairs which are broken or in bad condition; and

   2) **garbage/yard violations**— garbage or trash build-up, junk vehicle, tall grass and weeds, junk furniture, mattresses and appliances.

**FORCE Unit** – The Focusing Our Resources on Community Empowerment (FORCE) Unit of the Police Department was established in 1992 with the mission of providing a comprehensive approach to drug-related problem properties. Its purpose is to work with the community to reduce the level of drugs, narcotics and disruptive behavior at the neighborhood level. The FORCE unit has staff dedicated to crime prevention and block club coordination, code enforcement and street-level drug interdiction.

**Good Neighbor Program** – A program administered by Code Enforcement which trains citizens to identify certain exterior code violations such as tall weeds, snow removal, trash and abandoned vehicles. Following the training, citizens conduct exterior inspections of neighborhood properties and send or deliver form letters to property owners who may not be meeting code requirements. The program began as a pilot

program in the Dayton's Bluff neighborhood and was deemed successful. It has subsequently expanded to three additional areas in 2001.

**Heavy Enforcement Activity for Thirty Days (HEAT)** – A Saint Paul Police Department effort to concentrate law enforcement activity on a particular area in order to fight street level crimes, such as narcotics dealing, prostitution and traffic violations, which effect neighborhood quality of life.

**Housing Court** – A part of the Ramsey County Disctrict Court system which exclusively handles housing, health and building code related citations and complaints. It was formed with the intention of providing a venue for hearing housing code cases which was expert in understanding the impact of code violations.

**Incivilities (see disorder)** – Incivilities, also known as disorders, are social and physical conditions in a neighborhood that are viewed as troublesome and potentially threatening by its residents and users of public spaces.

**Interior Code Violations** – These are violations of City and State building, housing, health and property maintenance codes which occur *inside* the building or dwelling on a property. For purposes of this study, we have divided these violations into three categories:

   1) **house systems violations**— heat/furnace, electricity, water shut-off or malfunction, gas shut-off or malfuction, refridgerator failure, water heater failure and stove/oven failure;

   2) **structural code violations**— floor coverings, missing and broken doors, holes in walls, water damage and stairs which are broken or in bad condition; and

   3) **health-related violations**— rodent or insect infestation, garbage build-up, overcrowding, missing or malfunctioning smoke detectors.

**Intervention** – Government action to address the practices and or habits of its citizens and businesses that are perceived as violating local codes, nuisance laws and or community standards.

**Knock and Talk** – For purposes of this study, the activity of police visiting people, mostly in their homes, where the police discuss the concerns of drug dealing and use with the people thought to be involved.

**Market Value** – The assessed value of a property calculated by the County that uses the current real estate activity in the surrounding area to determine the property's value. This value is the basis for determining property taxes for the property.

**Minnesota Gang Strike Force** – A state-wide law enforcement agency created to identify, investigate, arrest and prosecute gang members engaged in "criminal activity."

**Nuisance Crime** – These are sometimes also called "quality of life" crimes. For purposes of this study, we have labeled the following types of criminal activity as nuisance: disorderly boys, narcotics/drugs, disturbances, public drining, prostitution, loud music, harranguing of passers-by, dog fighting, and barking dog problems.

**PP2000** – A Saint Paul Code Enforcement program which existed from January – December 2000 which sought to identify property owners who have had repeated complaints against their properties and assigned these owners to an inspector who case managed the owner's properties.

**Periodic-Systematic Inspection** – A the method where buildings and conditions are comprehensively reviewed on a regular basis.

**Problem Properties Task Force** – This is a group of City staff representing a wide range of City activities which meets on a monthly basis to discuss problem and chronic problem properties they are working to devise strategies to fix the problems.

**Property Crime** – For purposes of this study, we have labeled the following types of criminal activity as property crime: theft, vandalism, burglary, auto theft, dangerous conditions and arson.

**Remove or Repair (Order to)** – An order approved by the City Council determining a property constitutes a public nuisance and ordering the owner to remove or repair the nuisance condition with a specified number of days.

**Restorative Justice** – Value-based approach to criminal justice with a balanced focus on the offender, victim and the community. Involves the creation of programs designed to serve the needs of victims by providing a holistic approach to healing the harm suffered, while offering opportunities for offenders to realize the harm they caused, apologize for the wrong, help repair the harm, and earn their way back into good standing in the community.

**Saint Paul Association of Responsible Landlords (SPARL)** – An non-profit organization which educates landlords in effort to make them more successful and responsible members of the community.

**Slum Lord** – A slang term referring to an owner of rental property who behaves in an irresponsible and exploitive manner.

**Social Cohesion** – The degree to which participants in social systems feel committed to the system and the well-being of other participants.

**Social Capital** – Social capital refers to features of social organization such as networks, norms, and social trust that facilitate coordination and cooperation for mutual benefit.

**Southern Minnesota Regional Legal Services (SMRLS)** – A law office for low income persons and senior citizens which provides free civil legal assistance to eligible persons in Saint Paul. SMRLS provides help in the following areas: housing, public benefits, family law, education and consumer problems.

**Structural Functionalism** – A theory that suggests a society functions best when individuals share the same norms and values because it promotes solidarity. Subsequently, because a society has established norms and values, that society will also have deviance because the rules of the society will not be agreed to or shared by everyone.

**Surveillance** – For purposes of this study, the process of police observing people suspected of being drug dealers, or locations where it is thought to occur.

**Symbolic Interaction** – A theory that attempts to explain the development of one's identity through one's interaction with others and how acts in response to what one perceives of what others think of oneself.

**System Failure** – When government, community and family interventions fail to keep a household or business from becoming a chronic problem property.

**Tenant Remedy Action** – Also known as a TRA, this is the means by which a tenant or group of tenants may take action through the court system to get needed repairs and maintenance completed on their

building or in their units. This is accomplished by the tenant(s) paying rent to a court-appointed administrator, rather than the landlord, who then oversees the correction of problem conditions.

**Vacant Building, Registered** – A legal term used by the City of Saint Paul to mean a building that is unoccupied and meets one or more of the following conditions: unsecured, or secured by other than normal means; or it is a dangerous structure; or is condemned; or has multiple housing or Building Code violations; or is condemned and illegally occupied; or is unoccupied for a period of time longer than one year during which time the Code Enforcement Officer has issued an order to correct nuisance conditions.

**Violent Crime** – For purposes of this study, we have labeled the following types of criminal activity as violent: domestic violence, assault, fights, aggravated assault, weapons, missing persons, stalking and robbery.

CASE 0:05-cv-00461-MJD-SER   Document 231-40   Filed 08/23/08   Page 10 of 19

Chronic Problem Properties in Saint Paul: Case Study Lessons_____Appendix Page 13

## APPENDIX D: CALLS TO CITY, BY VIOLATION, BY CASE

| Name | Code | C of O | Police | Fire | EMS | Animal | Licensing - Zoning |
|---|---|---|---|---|---|---|---|
| Alligator Alley | 0 | 5 | 146 | 4 | 10 | 5 | 0 |
| Bad Boys | 4 | 0 | 81 | 0 | 0 | 0 | 0 |
| Brothers Grim | 6 | 0 | 46 | 0 | 3 | 1 | 0 |
| Career Criminals | 4 | 0 | 46 | 0 | 0 | 0 | 0 |
| Case Case | 7 | 20 | 114 | 5 | 9 | 1 | 0 |
| Cash Cow | 0 | 9 | 207 | 51 | 38 | 3 | 0 |
| Cracking Up | 5 | 0 | 164 | 2 | 4 | 1 | 0 |
| Cultural Conflict | 6 | 0 | 73 | 3 | 8 | 0 | 0 |
| Danger Island | 4 | 2 | 214 | 5 | 19 | 0 | 0 |
| Dirty Business | 7 | 0 | 9 | 1 | 0 | 5 | 3 |
| Dirty Dealing | 13 | 0 | 150 | 0 | 1 | 0 | 0 |
| Dog House | 2 | 0 | 10 | 0 | 2 | 9 | 0 |
| Double Gross | 2 | 0 | 40 | 0 | 4 | 1 | 0 |
| Double Trouble | 7 | 0 | 101 | 0 | 3 | 0 | 0 |
| Down 'n Out | 0 | 0 | 91 | 10 | 12 | 1 | 0 |
| Empty Promise | 3 | 7 | 72 | 1 | 3 | 6 | 0 |
| Errant Investor I | 6 | 0 | 29 | 0 | 0 | 0 | 0 |
| Errant Investor II | 7 | 0 | 18 | 0 | 0 | 0 | 0 |
| Fear Factor | 2 | 0 | 14 | 1 | 0 | 0 | 0 |
| Fight Club | 0 | 4 | 83 | 2 | 4 | 0 | 8 |
| Gangster Boyfriend | 3 | 0 | 24 | 0 | 0 | 2 | 0 |
| Home Alone | 5 | 0 | 17 | 0 | 1 | 0 | 0 |
| La Cucaracha | 0 | 11 | 185 | 13 | 8 | 0 | 0 |
| Misplaced | 3 | 1 | 5 | 1 | 1 | 0 | 12 |
| Motel California | 1 | 10 | 296 | 31 | 30 | 1 | 0 |
| Nasty Four | 4 | 4 | 47 | 2 | 0 | 0 | 0 |
| Old and Ugly | 3 | 6 | 55 | 5 | 12 | 1 | 0 |
| Over the Edge | 2 | 2 | 21 | 0 | 0 | 0 | 0 |
| Overwhelmed | 6 | 0 | 36 | 0 | 0 | 0 | 0 |
| Through the Cracks | 6 | 0 | 15 | 1 | 2 | 0 | 0 |
| Watering Hole | 2 | 0 | 75 | 0 | 2 | 0 | 11 |
| Weird Neighbor | 8 | 0 | 4 | 0 | 0 | 7 | 11 |

## APPENDIX E: CALLS TO CITY, TOTALS AND AVERAGES, BY CASE

| Name | Total-Study Period | Average Per Year | Average Per Month |
| --- | --- | --- | --- |
| Alligator Alley | 170 | 85 | 7.1 |
| Bad Boys | 85 | 43 | 3.5 |
| Brothers Grim | 25 | 13 | 1.0 |
| Career Criminals | 56 | 28 | 2.3 |
| Case Case | 42 | 21 | 1.8 |
| Cash Cow | 50 | 25 | 2.1 |
| Cracking-Up | 156 | 78 | 6.5 |
| Cultural Conflict | 308 | 154 | 12.8 |
| Danger Island | 176 | 88 | 7.3 |
| Dirty Business | 244 | 122 | 10.2 |
| Dirty Dealing | 90 | 45 | 3.8 |
| Dog House | 25 | 13 | 1.0 |
| Double Gross | 164 | 82 | 6.8 |
| Double Trouble | 23 | 12 | 1.0 |
| Down 'N Out | 47 | 24 | 2.0 |
| Empty Promise | 111 | 56 | 4.7 |
| Errant Investor I | 92 | 46 | 3.8 |
| Errant Investor II | 114 | 57 | 4.8 |
| Fear Factor | 35 | 18 | 1.4 |
| Fight Club | 25 | 13 | 1.0 |
| Gangster Boyfriend | 17 | 9 | 0.7 |
| Home Alone | 101 | 51 | 4.2 |
| La Cucaracha | 29 | 15 | 1.2 |
| Misplaced | 23 | 12 | 1.0 |
| Motel California | 217 | 109 | 9.0 |
| Nasty Four | 23 | 12 | 1.0 |
| Old and Ugly | 369 | 185 | 15.4 |
| Over the Edge | 57 | 29 | 2.4 |
| Overwhelmed | 82 | 41 | 3.4 |
| Through the Cracks | 24 | 12 | 1.0 |
| Watering Hole | 90 | 45 | 3.8 |
| Weird Neighbor | 30 | 15 | 1.3 |

## APPENDIX F: PROPERTY CODE INTERVENTION, BY CASE

| Name | Correction Notices | Abatements | Citations | Housing Ct. Warrants | Condemnations |
|---|---|---|---|---|---|
| Alligator Alley | 0 | 4 | 1 | no | 0 |
| Bad Boys | 3 | 2 | 0 | no | 0 |
| Brothers Grim | 0 | 0 | 3 | yes | 0 |
| Career Criminals | 0 | 3 | 0 | no | 0 |
| Case Case | 0 | 1 | 0 | no | 0 |
| Cash Cow | 3 | 0 | 2 | no | 0 |
| Cracking-Up | 3 | 6 | 0 | no | 0 |
| Cultural Conflict | 1 | 2 | 2 | no | 0 |
| Danger Island | 1 | 2 | 0 | no | 0 |
| Dirty Business | 5 | 2 | 2 | yes | 0 |
| Dirty Dealing | 3 | 6 | 2 | no | 1 |
| Dog House | 6 | 2 | 4 | yes | 1 |
| Double Gross | 0 | 1 | 0 | yes | 2 |
| Double Trouble | 4 | 1 | 2 | no | 1 |
| Down 'N Out | 0 | 0 | 0 | no | 0 |
| Empty Promise | 2 | 8 | 5 | no | 1 |
| Errant Investor I | 2 | 12 | 1 | yes | 1 |
| Errant Investor II | 1 | 7 | 0 | yes | 0 |
| Fear Factor | 0 | 3 | 0 | no | 0 |
| Fight Club | 0 | 0 | 0 | no | 0 |
| Gangster Boyfriend | 1 | 2 | 2 | no | 0 |
| Home Alone | 1 | 0 | 1 | no | 0 |
| La Cucaracha | 7 | 0 | 0 | no | 1 |
| Misplaced | 3 | 5 | 0 | no | 3 |
| Motel California | 1 | 1 | 0 | no | 0 |
| Nasty Four | 4 | 0 | 2 | no | 2 |
| Old and Ugly | 1 | 3 | 0 | yes | 1 |
| Over the Edge | 1 | 1 | 1 | no | 1 |
| Overwhelmed | 0 | 5 | 0 | yes | 0 |
| Through the Cracks | 0 | 5 | 0 | yes | 0 |
| Watering Hole | 5 | 0 | 2 | no | 0 |
| Weird Neighbor | 2 | 1 | 6 | yes | 0 |

## APPENDIX F: PROPERTY CODE INTERVENTION, BY CASE (CONTINUED)

| Name | C of O Revocation | Rental Registration | Problem Prop. Task Force | PP 2000 |
|---|---|---|---|---|
| Alligator Alley | 1 | no | yes | no |
| Bad Boys | 0 | no | no | no |
| Brothers Grim | 0 | no | no | no |
| Career Criminals | 0 | no | no | no |
| Case Case | 4 | no | yes | yes |
| Cash Cow | 1 | no | yes | no |
| Cracking-Up | 0 | no | no | yes |
| Cultural Conflict | 0 | no | no | no |
| Danger Island | 0 | no | no | no |
| Dirty Business | 0 | no | no | no |
| Dirty Dealing | 0 | no | no | no |
| Dog House | 0 | no | no | no |
| Double Gross | 0 | no | no | yes |
| Double Trouble | 0 | yes | yes | no |
| Down 'N Out | 0 | no | no | no |
| Empty Promise | 0 | no | yes | no |
| Errant Investor I | 0 | yes | no | yes |
| Errant Investor II | 0 | no | no | yes |
| Fear Factor | 0 | no | no | no |
| Fight Club | 0 | no | yes | no |
| Gangster Boyfriend | 0 | no | no | no |
| Home Alone | 0 | yes | no | no |
| La Cucaracha | 0 | no | no | no |
| Misplaced | 1 | no | no | no |
| Motel California | 0 | no | yes | no |
| Nasty Four | 0 | no | yes | yes |
| Old and Ugly | 4 | no | yes | no |
| Over the Edge | 0 | no | no | no |
| Overwhelmed | 0 | no | no | no |
| Through the Cracks | 0 | no | no | no |
| Watering Hole | 1 | no | no | no |
| Weird Neighbor | 0 | no | no | no |

## APPENDIX G: FORCE INTERVENTIONS, BY CASE

| Name | Knock n' Talks | Search Warrants | Buys n' Surveillance | FORCE Arrests |
|---|---|---|---|---|
| Alligator Alley | 1 | 0 | 2 | 0 |
| Bad Boys | 2 | 1 | 1 | 3 |
| Brothers Grim | 4 | 0 | 4 | 3 |
| Career Criminals | 0 | 1 | 2 | 2 |
| Cash Cow | 2 | 0 | 0 | 0 |
| Case Case | 0 | 2 | 4 | 2 |
| Cracking-Up | 0 | 1 | 1 | 0 |
| Cultural Conflict | 0 | 0 | 0 | 0 |
| Danger Island | 1 | 4 | 0 | 3 |
| Dirty Business | 0 | 0 | 0 | 0 |
| Dirty Dealing | 2 | 1 | 7 | 1 |
| Dog House | 2 | 0 | 2 | 0 |
| Double Gross | 0 | 3 | 2 | 2 |
| Double Trouble | 4 | 0 | 3 | 0 |
| Down 'N Out | 0 | 0 | 0 | 0 |
| Empty Promise | 3 | 1 | 1 | 1 |
| Errant Investor I | 0 | 1 | 0 | 0 |
| Errant Investor II | 0 | 0 | 0 | 0 |
| Fear Factor | 0 | 0 | 0 | 0 |
| Fight Club | 0 | 0 | 0 | 0 |
| Gangster Boyfriend | 0 | 1 | 0 | 1 |
| Home Alone | 0 | 0 | 0 | 0 |
| La Cucaracha | 6 | 0 | 7 | 2 |
| Misplaced | 0 | 0 | 0 | 0 |
| Motel California | 2 | 0 | 2 | 0 |
| Nasty Four | 1 | 0 | 0 | 1 |
| Old and Ugly | 1 | 2 | 0 | 0 |
| Over the Edge | 1 | 0 | 7 | 2 |
| Overwhelmed | 0 | 0 | 0 | 0 |
| Through the Cracks | 0 | 0 | 2 | 1 |
| Watering Hole | 0 | 0 | 0 | 0 |
| Weird Neighbor | 0 | 0 | 0 | 0 |

CASE 0:05-cv-00461-MJD-SER   Document 231-40   Filed 08/23/08   Page 15 of 19

Chronic Problem Properties in Saint Paul: Case Study Lessons_____Appendix Page 18

## APPENDIX H: COSTS FOR COMPLAINTS, CALLS FOR SERVICE AND EMS/FIRE RUNS, BY CASE

| Name | Police Calls | FORCE Unit | | | | Animal Control |
|---|---|---|---|---|---|---|
| | | Arrests | Buys/Surveillance | Knock & Talk | Warrant | |
| Alligator Alley | $18,980 | | $650 | $130 | | $750 |
| Bad Boys | $10,530 | $1,560 | $325 | $260 | $1,300 | |
| Brothers Grim | $5,980 | $1,560 | $1,300 | $520 | | $150 |
| Career Criminals | $5,980 | $1,040 | $650 | | $1,300 | |
| Case Case | $14,820 | $1,040 | $1,300 | | $2,600 | $150 |
| Cash Cow | $26,910 | | | $260 | | $450 |
| Cracking-Up | $21,320 | | $325 | | $1,300 | $150 |
| Cultural Conflict | $9,490 | | | | | |
| Danger Island | $27,820 | $1,560 | | $130 | $5,200 | |
| Dirty Business | $1,170 | | | | | $750 |
| Dirty Dealing | $19,500 | $520 | $2,275 | $260 | $1,300 | |
| Dog House | $1,300 | | $650 | $260 | | $1,350 |
| Double Gross | $5,200 | $1,040 | $650 | | $3,900 | $150 |
| Double Trouble | $13,130 | | $975 | $520 | | |
| Down 'N Out | $11,830 | | | | | $150 |
| Empty Promise | $9,360 | $520 | $325 | $390 | $1,300 | $900 |
| Errant Investor I | $3,770 | | | | $1,300 | |
| Errant Investor II | $2,340 | | | | | |
| Fear Factor | $1,820 | | | | | |
| Fight Club | $10,790 | | | | | |
| Gangster Boyfriend | $3,120 | $520 | | | $1,300 | $300 |
| Home Alone | $2,210 | | | | | |
| La Cucaracha | $24,050 | $1,040 | $2,275 | $780 | | |
| Misplaced | $650 | | | | | |
| Motel California | $38,480 | | $650 | $260 | | $150 |
| Nasty Four | $6,110 | $520 | | $130 | | |
| Old and Ugly | $7,150 | | | $130 | $2,600 | $150 |
| Over the Edge | $2,730 | $1,040 | $2,275 | $130 | | |
| Overwhelmed | $4,680 | | | | | |
| Through the Cracks | $1,950 | $520 | $650 | | | |
| Watering Hole | $9,750 | | | | | |
| Weird Neighbor | $520 | | | | | $1,050 |

## APPENDIX H: COSTS FOR COMPLAINTS, CALLS FOR SERVICE AND EMS/FIRE RUNS, BY CASE (CONTINUED)

| Name | Code Enforcement Complaints | Certificate of Occupancy | Licensing | Zoning | EMS & Fire | Total Cost |
|---|---|---|---|---|---|---|
| Alligator Alley | | $750 | | | $6,398 | $27,658 |
| Bad Boys | | $600 | | | | $14,575 |
| Brothers Grim | $900 | | | | $1,371 | $11,781 |
| Career Criminals | | $600 | | | | $9,570 |
| Case Case | $1,050 | $3,000 | | | $6,398 | $30,358 |
| Cash Cow | | $1,350 | | | $40,673 | $69,643 |
| Cracking-Up | $750 | | | | $2,742 | $26,587 |
| Cultural Conflict | | $900 | | | $5,027 | $15,417 |
| Danger Island | $600 | $300 | | | $10,968 | $46,578 |
| Dirty Business | $1,050 | | | $450 | $457 | $3,877 |
| Dirty Dealing | $1,950 | | | | $457 | $26,262 |
| Dog House | | $300 | | | $914 | $4,774 |
| Double Gross | $300 | | | | $1,828 | $13,068 |
| Double Trouble | $1,050 | | | | $1,371 | $17,046 |
| Down 'N Out | | | | | $10,054 | $22,034 |
| Empty Promise | | $450 | $1,050 | | $1,828 | $16,123 |
| Errant Investor I | $900 | | | | | $5,970 |
| Errant Investor II | $1,050 | | | | | $3,390 |
| Fear Factor | $300 | | | | $457 | $2,577 |
| Fight Club | | $600 | $1,200 | | $2,742 | $15,332 |
| Gangster Boyfriend | $450 | | | | | $5,690 |
| Home Alone | | $750 | | | $457 | $3,417 |
| La Cucaracha | | $1,650 | | | $9,597 | $39,392 |
| Misplaced | $450 | $150 | $1,500 | $300 | $914 | $3,964 |
| Motel California | $150 | $1,500 | | | $27,877 | $69,067 |
| Nasty Four | $600 | $600 | | | $914 | $8,874 |
| Old and Ugly | $450 | $900 | | | $7,769 | $19,149 |
| Over the Edge | | $300 | $300 | | | $6,775 |
| Overwhelmed | $900 | | | | | $5,580 |
| Through the Cracks | $900 | | | | $1,371 | $5,391 |
| Watering Hole | $300 | | $1,650 | | $914 | $12,614 |
| Weird Neighbor | $1,200 | | | $1,650 | | $4,420 |

## APPENDIX I: 2000 TAX INFORMATION, BY CASE

| Name | Total Local Taxes | County Taxes | Municipal Taxes |
| --- | --- | --- | --- |
| Alligator Alley | $9,166 | $2,516 | $2,242 |
| Bad Boys | $1,038 | $282 | $251 |
| Brothers Grim | $1,924 | $528 | $471 |
| Career Criminals | $779 | $214 | $191 |
| Case Case | $2,921 | $794 | $708 |
| Cash Cow | $18,865 | $5,129 | $4,573 |
| Cracking-Up | $875 | $240 | $214 |
| Cultural Conflict | $1,019 | $280 | $249 |
| Danger Island | $4,058 | $1,114 | $993 |
| Dirty Business | $1,476 | $405 | $361 |
| Dirty Dealing | $903 | $248 | $221 |
| Dog House | $721 | $198 | $176 |
| Double Gross | $504 | $138 | $123 |
| Double Trouble | $1,218 | $334 | $298 |
| Down 'N Out | $1,799 | $494 | $440 |
| Empty Promise | $1,302 | $357 | $319 |
| Errant Investor I | $894 | $246 | $219 |
| Errant Investor II | $666 | $183 | $163 |
| Fear Factor | $788 | $216 | $193 |
| Fight Club | * | * | * |
| Gangster Boyfriend | $612 | $169 | $150 |
| Home Alone | $1,856 | $509 | $454 |
| La Cucaracha | $17,294 | $4,763 | $4,245 |
| Misplaced | $590 | $163 | $144 |
| Motel California | $12,376 | $3,397 | $3,028 |
| Nasty Four | $1,246 | $342 | $305 |
| Old and Ugly | $1,922 | $528 | $470 |
| Over the Edge | $1,384 | $380 | $340 |
| Overwhelmed | $952 | $262 | $234 |
| Through the Cracks | $741 | $202 | $180 |
| Watering Hole | $2,713 | $745 | $664 |
| Weird Neighbor | $1,615 | $443 | $395 |

## APPENDIX J: AGE OF RESIDENTIAL STRUCTURES, PRE- AND POST- 1939

## APPENDIX K: ROBBERY INCIDENCES 2000 AND 1999