As many people know there is an affordable housing crisis in the Twin Cities

# Housing Barriers and Resources
# for African Americans in East St. Paul

Conducted on behalf of
The East Side African American Task Force
Prepared by Jamie Lane
Undergraduate Research Assistant
Metropolitan State University

July 2001

The East Side Community Outreach Partnership Center supported the work of the author of this report but has not reviewed it for publication.  The content is solely the responsibility of the author and is not necessarily endorsed by East Side COPC.

East Side COPC is coordinated by the Center for Urban and Regional Affairs at the University of Minnesota.  The work that provided the basis for this publication was supported by funding under an award with the U.S. Department of Housing and Urban Development.  The author and publisher are solely responsible for the accuracy of the statements and interpretations contained in this publication.  Such interpretations do not necessarily reflect the views of the Government.

East Side Community Outreach Partnership Center
Administrative Office
330 Hubert H. Humphrey Center
301 - 19th Avenue South
Minneapolis, MN  55455

Phone:  612-625-1020
e-mail:  npcr@freenet.msp.mn.us
Website: http://www.npcr.org/

040011

As many people know there is an affordable housing crisis in the Twin Cities

## Acknowledgements

East Side African American Task Force:
Petey Mitchell, Mary Poe, Roxy Walker, Nieeta Presley, Vanessa Steele, Sam Grant, Dr. Nicholas Cooper-Lewter, Patricia Bruce, Pearl Evans, Na'im Madyun, Chiyedza Nyahuye, Yvette Pye, Jamie Lane

Pat Fish, City St. Paul Fire Department

Steve Magren, City of St. Paul Code Enforcement

Susan Marschalk, Roof Project

Debra Mitchell, Roof Project

Rita Williams, HomeLINK

JoAnne Max, provided all photographs

East Side Residents

Michelle Roman, map design

Research & Advocacy Class, Metropolitan State University (sum-fall 2000)

East Side Neighborhood Development Company

East Side Family Center

Dorothy Day Center

New Hope Baptist Church

Center for Urban and Regional Affairs

Urban Coalition

As many people know there is an affordable housing crisis in the Twin Cities

# Table of Contents

Introduction ................................................................................. 1

What Is "Affordable" To African Americans On The East Side? ...... 3

Quality And Availability Of Housing On The East Side .................. 3

Housing Barriers for African Americans ....................................... 7

What Are The Housing Needs Of The East Side? ........................... 9

Are Homeownership Programs An Option Why Or Why Not? ........ 10

What Can Be Done To Correct The Housing Problems Of The East Side? ... 11

Works Cited .................................................................................. 13

Appendices .................................................................................. 19-46

    Appendix A: Housing Resource Guide ..................................... 20-26

    Appendix B: Maps ................................................................ 27-37
       • City of St. Paul Map
    The following are maps that reflect information from the 1990 U.S. Census
       • African American Population in District 4, 1960-1990
       • African American Population in District 5, 1960-1990
       • African American: Per Capita Income in District 4
       • African American: Per Capita Income in District 5
       • African American Renters in District 4

As many people know there is an affordable housing crisis in the Twin Cities

- African American Renters in District 5
- African American Homeownership and Home Value in District 4
- African American Homeownership and Home Value in District 5

| Appendix C: Common Myths Regarding Rental Housing Center | 38 | City of St. Paul Housing Information |
| --- | --- | --- |
| Appendix D: Surveys, Focus Group, and Interview Materials | 42-46 | |

## Introduction

Many people are aware of the affordable housing crisis in the Twin Cities. This crisis is having a great impact on low-income families and a disproportionate affect on people of color. The East Side African American Task Force is investigating what impact the housing crisis has on African Americans on the East Side of St. Paul, Minnesota. The Task Force is a project of the East Side Community Outreach Partnership Center (COPC). COPC is a collaboration of East Side community-based organizations, Metropolitan State University, Macalester College, and the University of Minnesota. COPC is sponsored by the US Department of Housing and Urban Development.

The Task Force began in the summer of 2000 by conducting a needs assessment of the African American community on the East Side. Based upon community feedback, the Task Force's research came to concentrate in five areas of concerns: health and safety, crime, housing, schools (education), and faith-based community involvement. This report will focus on East Side housing conditions and resources, and the housing issues identified by African American residents.

The following issues are addressed in the report:

- What is "affordable" housing for African Americans on the East Side?
- What is the quality of the available housing both rental and for sale?
- What are the housing barriers that are preventing African Americans from obtaining stable housing?
- Are the home ownership programs an option? Why or why not?
- What are the housing needs of the East Side?
- What can be done to meet these needs?
- Housing resources that are available for African Americans on the East Side.

As many people know there is an affordable housing crisis in the Twin Cities

The methods used to obtain the answers to the above questions were document research, web searches, personal interviews, community forums, and confidential questionnaires.

As many people know there is an affordable housing crisis in the Twin Cities

## What is "affordable" to African Americans on the East Side?

A rental unit is considered affordable if it is 30% of a tenant's income, and according to the National Low Income Housing Coalition a person living in Ramsey County would have to work 99 hours at federal minimum wage ($5.15) to afford a 2-bedroom apartment, for which fair market value is $666.00(NLIHC). Renters need employment paying $12.81 per hour, (249% of federal minimum wage), to afford "fair" market rents. This means that approximately 43% of renters in Ramsey County cannot afford a 2-bedroom unit.

This "fair" market rent is even more unrealistic for residents of the East Side specifically in District 4 (Dayton's Bluff). The 2000 U.S. Census shows a population of 17,661 for District 4, yet according to the 1998/1999 Commissioners Report District 4 had 4,681 cases of public assistance.

|  | District 4 | District 5 |
|---|---|---|
| • MFIP | 818 | 1,224 |
| • Food Stamps | 748 | 1,338 |
| • General Assistance | 128 | 147 |
| • Medical Assistance | 2,543 | 3,407 |
| • MN Supplemental Aid | 444 | 636 |
| Total cases of public assistance | 4,681 | 6,752 |

In Ramsey County, a person receiving Social Security Income with a maximum benefit in 1997 of $565 has an "affordable" housing cost of $170. A single-parent family of three with a state grant of $783 would need to rent a unit for $235 for their rent to be considered "affordable". The 1990 census shows the per capita income for District 4 as $10,239 and for District 5 as $10,746. Estimates of the 2000 census show little to no change in the per capita income for Districts 4 and 5. There are a total of 47,000 households that earned less than $20,000 a year and paid more than 30% of that income to rent in the east metro. It should also be noted that according to the U.S. Census Bureau (1990), there were 15,442 people living in District 4 in 1989, 20% or 3,124 lived in poverty, and in District 5 there were 26,692 people and 19% or 5,182 lived in poverty.

## Quality and availability of housing on the East Side

There are some major issues with the quality and availability of housing on the East Side, the age of the buildings and their condition, the lack of available rental units and the amount of "problem properties."

The rental property on the East Side tends to be old and in need of repairs.  The Urban Coalition shows a total of 6,209 housing structures in District 4 and 11,089 housing structures in District 5.  Below is a chart showing how many units were built by 1939, 1959 and the total built before 1960:

| | District 4 | District 5 |
|---|---|---|
| Number of Housing Structures | 6,209 (100%) | 11,089 (100%) |
| Number built before 1939 | 4,071 (66%) | 5,658 (51%) |
| Number built before 1959 | 985 (16%) | 2,366 (21%) |
| Total built before 1960 | 5,056 (81%) | 8,024 (72%) |

The age of the East Side's buildings also presents a problem to its children, lead paint. Low income, poor nutrition and urban residency are all factors in lead poisoning and many of the East Side's children face them daily by no choice of their own. Often they are not just risk factors, but a reality.  According to the Minnesota Department of Health 5%-9.9% of Ramsey Counties children have lead paint poisoning that figures out to 709 out of 7566.

Another sign of the quality of the housing is the fact that in 1990 between Districts 4 and 5 there were 156 units that lacked complete plumbing and another 136 lacked complete kitchens (Urban Coalition's web site).

Of the above-mentioned buildings most of them are 1-3 bedroom units. There are 5,367 1-3-bedroom units in District 4 and 9,711 1-3-bedroom units in District 5, leaving larger families facing a more intense housing crisis.

At the current time there is only a 1% vacancy rate in the entire metro area.  This is also true on the East Side, in part to the fact it is one of the only neighborhoods that has "affordable" rental units.  However, these units are usually of the poorest quality and landlords tend to offer only month-to-month leases.  With the high demand for rental units, landlords can put tenants on month-to-month leases, and if there are any complaints about code violations or repairs a landlord just simply does not renew the lease for the next month, leaving tenants in fear of being homeless.  This also works to help landlords in removing problem tenants.  If a tenant violates the agreement, again the landlord just simply does not renew the lease for the next month and does not have to go the courts to have a tenant removed.  In a neighborhood that needs stability, month-to-month leases do not encourage landlords and tenants to work out their differences, but rather to continue on a cycle of

As many people know there is an affordable housing crisis in the Twin Cities

blaming each other and not working towards a point that would benefit them both.

This shortage of housing has caused many families to use transitional housing as a way to prevent living on the streets. In 1999, there were 674 people that used various transitional housing programs. Forty-two percent of those individuals were African American. Seventy-two percent of the African Americans either lived in a shelter, with friends/ relatives or were on the streets before entering the transitional housing programs (Ramsey County Report).

The third area of concern on the East Side are "Problem Properties." In St. Paul there are between 150-250 chronic problem properties at any given time (Villares 1). So what is a problem property? On the East Side a property is considered a problem if there one of the following: the building is run down, disorderly conduct by tenants, drug related activities, dirty yards, public drinking, lack of shoveling, loose animals (Villares 2).

Other cities are suffering similar problems and have set up their own criteria for what are considered "problem properties." Some communities are developing NEWS (Neighborhood Early Warning Systems) to address problem properties in a systematic way. A NEWS in Chicago uses the following seven indicators to determine problem properties:

- Code violations
- Housing court
- Water arrears
- Current property tax delinquencies-annual sale
- Severe property tax delinquencies-scavenger sale
- Fire Records
- Real estates sales, buyer and assessment information

This program is run by a non-profit organization called Center for Neighborhood Technology in an attempt to increase community access to local government information.

In Los Angeles there is a similar program run by the Community Building Institute and UCLA's School of Public Policy and Social Research called Neighborhood Knowledge Los Angeles (NKLA). This program provides better access to public information about property deterioration and community development" (Villares 3.) This program also has several indicators to indicate "problem properties" they are:

- Property tax delinquency
- Building and code violations
- Health code violations
- Slum Enforcement (when buildings have serious physical problems they can be referred to Slum Enforcement)

As many people know there is an affordable housing crisis in the Twin Cities

- Fire records Environmental information

This program also encourages contact between residents and local government, so that more may be done to improve neighborhoods.

In every city it is important to figure out who is responsible for the problems, the landlord, the tenant or both, because both parties play a role in the problem landlords and tenants must work together towards a solution, and when they do everyone will benefit. The landlords will have higher property values, and a higher quality tenant. Renters will have a higher quality units, landlords.

As many people know there is an affordable housing crisis in the Twin Cities

## Images of Housing on the East Side

The photos below were taken in Districts 4 and 5. Housing on the East Side is often characterized with a historic and Victorian sense. Fifty-six percent of the housing in Districts 4 and 5 was built before 1939.

The disparity in housing quality and income is evident from block to block. These photos do not reflect the majority of properties on the East Side. Most of these photos are intended to reflect some of the housing problems and code violations with housing in the area, particularly rental housing. Common complaints about housing made by residents, housing organizers, and City and County officials are about dilapidated housing, excess garbage near houses/apartments, and abandoned cars and other items. Both the District 4 and District 5 Community Councils identify problem problems as significant to their work, and have programs setup to address some aspects of the issue (e.g., mediation, tenant/landlord training, housing placement, etc.).



Photo A: waste in the back of a duplex    Photo B: tires and other waste in front of house

As many people know there is an affordable housing crisis in the Twin Cities



Photo C: a historic East Side house

Photo D: a water damaged apartment building

As many people know there is an affordable housing crisis in the Twin Cities

## Housing Barriers for African Americans

There are many barriers that are preventing African Americans on the East Side from obtaining and maintaining stable housing. With the rental market as tight as it is landlords are able to be extremely selective in whom they rent to. The slightest infraction in a person's past can prevent them from obtaining a rental unit. Through surveys, interviews and two community forums the first being at the East Side Family Center, (August 2000), and the other at the Dorothy Day Homeless Shelter, (August of 2000), several key issues were identified. They are as follows:

- **Affordability**- Many families are unable to afford the monthly rent due to under employment and unemployment. (11.5% of Ramsey County's population lives in poverty U.S. Census 2000.) Many families are also unable to pay the application fees that are required when applying for a rental unit, because the fees usually range between, $15.00 -$30.00 per unit applied for. Another issue with affordability was that stable housing was needed before stable employment could be found. The reasons for this were named as being daycare and a need to have an address.

- **Rental History**- On the East Side unlawful detainers are the second biggest problem in housing right behind affordability. Inability to pay high rent and a lack of knowledge to tenants' rights, were often cited as the reasons for evictions. For example, one person that attended the forum at Dorothy Day states he and his landlord were in disagreement about utility bills and repairs. He chose to not pay his rent, in an attempt to force the landlord to fix things and to pay his half of the utility bills. Because this man was unaware of his tenant's right and how to pay rent in escrow, he was evicted from his rental unit. He now has an unlawful detainer for lack of payment that will prevent him from obtaining new stable housing.

- **Bad Credit**- Bad credit and no credit is a huge problem for African Americans on the East Side. There are various reasons for this, low paying jobs and fixed incomes play a major role in the credit of African Americans on the East Side as well does a basic lack of knowledge on how the credit system works. There is a shortage of opportunities to learn the system before an individual's credit rating is severely damaged.

- **Criminal Background**-Many people on the East Side see the fact that most landlords require a clean criminal background as being a barrier.

  Though the criminal background varies with each person they should not be used to define every person that has one.  One male that participated in the housing forum had a misdemeanor marijuana charge in 1995.  He thought selling marijuana was his only way to provide income for his family at the time and has no other charges, nor does he participate in any criminal behavior at the current time.  However because of this charge, 6 years ago, he is unable to get housing for his family.  His wife can get an apartment for herself and the kids but he cannot be on the lease, resulting in him not being allowed to live with his family.

- **Not From Minnesota**- Many of the African American residents on the East Side are not from Minnesota. In a survey conducted by the African American Task Force in Aug/Sept 2000 it was found that 83% of the people that were surveyed were not from Minnesota.  The number one answer was Chicago, IL.  In the housing forum at the Dorothy Day Homeless Shelter, many of the participants, (also from Chicago), felt that landlords treated them differently as soon as they found out they were from Chicago.  Many of the people talked to felt their place of origin clearly prevented them from obtaining housing.

- **Lack of resources**- There is a shortage of resources in just about every area of housing on the East Side.  Educational programs that deal with housing issues are in great need.  Over and over in surveys, interviews and forums the phrase "if I only knew that then," was applied to when discussing tenant rights, legal rights, unlawful detainers, application fees, the credit system, etc.  Of the resources that are available, there is concern as to how access and use the programs.

- **Discrimination**- Although color based discrimination is an issue, discrimination that was based on sex and place of origin was mentioned more in the community forums.  Some single men felt that a landlord would give women with kids Section 8 an apartment before he/she would give it to a single man, because of the guaranteed rent, even though the single man had a steady employment record.  A single adult (usually male) has limited opportunities for assistance.  The other discrimination that came up was landlords do not like to rent to people from Chicago,

As many people know there is an affordable housing crisis in the Twin Cities

IL. Participants felt they were stereo typed and have little to no chance of getting an apartment. The participants felt this was because people that are from Chicago are stereotyped as being "wild and irresponsible."

## What are the Housing Needs of the East Side?

What are the housing needs of the East Side? This question was posed to four people that are actively working in the community on housing issues and with people in different stages of housing (rental, homeownership). They are: Susan Marschalk of the ROOF Project (homeless people), Mary Poe of the Dayton's Bluff Community Council (homeless, participants of the Dayton's Bluff Children's Stability Program, and East Side resident's with U.D.'s, etc.), Jim Erchul of Dayton's Bluff Housing Services, Inc. (homebuyers and homeowners), and Rita Williams of Home Link (homebuyers). The biggest needs of the East Side are the housing quality, tenant/landlord relationships and impact unlawful detainers, criminal backgrounds, and poor credit are having on the residents of the East Side.

"The hot issue is the rental market. It seems to be against renters." This is the answer I got from Jim Erchul, when asked what he saw as the housing needs on the East Side. His other concern are the landlords; he feels they are not providing quality housing to the residents of the East Side.

This quality of housing is also a need that Mary Poe sees. Not only are landlords not providing quality housing, the tenants are not caring for their units. This is a vicious cycle that the East Side is caught in. The old buildings need repair, but the landlords won't fix them because the tenants won't care for the unit. And the residents won't care for the units because they are already in need of repair. In an attempt to stop this cycle, the Dayton's Bluff Community Council is working with many of the local landlords and numerous families in a tenant/landlord mediation, tenant screening and advocacy, and basic case management. This boils down to training landlords to be better landlords and tenants to be better tenants, and then acting as a mediator when there is a problem.

Susan Marschalk of the ROOF Project, (a Wilder Foundation Project), works with families that are homeless and unable to get housing because of criminal backgrounds, unlawful detainers and other problems that often stem from poverty. The ROOF Project works with numerous landlords to obtain housing for families. Without the ROOF Project these families would have no housing in part to poverty, poor landlord/tenant relationships and their personal history.

With the rental market as tight as it is the landlords on the East Side, have the opportunity to be extremely selective in whom they rent to. Not only is the rental market tight, it is going to get tighter. New HUD regulations on lead paint have made rehabilitating older housing even more expensive. According to Jim Erchul of Dayton's Bluff Neighborhood Services the cost to rehabilitate a house has increased $15,000-$20,000 due to lead paint regulations. A HUD certified contractor, (only 6-10 in Ramsey County), must remove the paint and the process is long and involved, anything that has lead paint on it must be completely replaced or enclosed. For example a wall with lead paint on it either needs all new wallboard or all the old paint has to stripped off according to HUD regulations. Any woodwork would need to be

As many people know there is an affordable housing crisis in the Twin Cities

torn out or completely stripped (Jim Erchul personal interview). Rehabilitating is usually not a very cost effective option however; it did help in maintaining the neighborhoods integrity as well as maintaining the amount of affordable housing. With the increased cost, more units will be torn down instead of rehabilitated and statistically when affordable housing is torn down it is replaced with fewer units, leaving the market tighter.

As many people know there is an affordable housing crisis in the Twin Cities

## Are Homeownership Programs an option why or why not?

There are several homeownership programs that service the East Side. These programs range from housing fairs to first time homebuyers programs. These programs have a lot to offer the people on the East Side, unfortunately many of the African Americans do not participate in these programs. Only one family attended the last housing fair the Dayton's Bluff Community Council held, which was in the fall of 2000.

The first time homebuyer programs offer mortgage counseling to prevent foreclosures, classes on what being a homebuyer means as well as explaining the process of buying a home. The homebuyer programs often help in finding or fund down payment and closing cost assistance. Although these programs offer a lot of information, African American residents of the East Side face the same barriers in homeownership as they do in the rental market, low incomes, bad credit, bad rental history, and a lack of awareness about tenant rights and homeownership opportunities.

If someone does to have good credit and a good rental history they still must meet income guidelines that vary with family size and with each program. For example to participate in "Habitat for Humanity", (a program that is well known for building housing for low-income families), families must have good credit and meet the following income guidelines:

### Habitat for Humanity Guidelines

| Family Size | Income Guidelines (monthly) |
| --- | --- |
| 1-2 | $1160.00-$1930.00 |
| 3 | $1260.00-$2170.00 |
| 4 | $1350.00-$2410.00 |
| 5 | $1410.00-$2610.00 |
| 6 | $1450.00-$2800.00 |
| 7 | $1500.00-$2990 |
| 8 | $1530.00-$3190.00 |

In an area where the average annually income is $6,000-$8,000, homebuyer programs are not an option because families earn too much to qualify for the program, but they are still very poor, $1000-$2000 over the poverty line.

As many people know there is an affordable housing crisis in the Twin Cities

There are several programs that help families buy homes in District 4 is the Dayton's Bluff Neighborhood Housing Services. They have helped 47 families buy homes from September 1992 –December 1999.  Of these 47 families 40% (15 families) were African American. Home Link another homebuyer education and assistance program has helped   African American families.

As many people know there is an affordable housing crisis in the Twin Cities

## What can be done to correct the housing problems of the East Side?

Many people offered suggestions on how to fix the housing problems on the East Side. The following lists problems and the solutions suggested by residents, community organizers and housing advocates, City and County housing officials:

**Affordable and Quality Housing-**

- Build more realistically affordable housing.
- Replace affordable housing in equal numbers to the numbers of demolished units.
- Push for legislation that requires tougher penalties for landlords that do not repair and maintain their rental property.
- Educate tenants on being good renters and what to do when there are issues with repairs and/or landlords.
- Have community meetings to set the standards for what quality housing is.

**Rental History and Unlawful Detainers-**

- Limit the time items stay on your rental history, similar to tickets on your driving record.
- Start up programs that help people stay in their apartment. Often families need to choose between buying necessities and paying there rent. If they know that help will be available, paying rent will be the priority.
- Create programs that explain how rental history and unlawful detainers can and will effect you. Take these programs into the high schools and youth programs so the next generation of tenants is not faced with the same problems.

**Bad Credit-**

As many people know there is an affordable housing crisis in the Twin Cities

- More programs that teach the affects of bad credit, how and why people get bad credit and how to prevent it.
- These programs could also be taken into the high schools and youth programs
- Credit improvement classes

**Criminal Background-**

- Push for legislation that would clearly state what offenses could prevent you from renting.
- Research the legalities of criminal backgrounds for preventing someone from renting. (Is it even legal for a landlord to not rent to some one with a criminal background no matter how minor it is.)?
- Start legislation that would limit the time that criminal offenses can affect a person renting.

**Others barriers-**

- Talk with landlords about the fact that not everyone from Chicago is going to be a bad tenant
- Increase landlord/tenant mediation
- Increase each parties understanding of what the other feels is the problem. Explain to the landlords the struggles of low-income residents and how to best work with residents.
- Seek attorneys that would be willing to donate time to help with legal housing issues, like the attorney service that is available through District 5 Community Council on Tuesdays.

As many people know there is an affordable housing crisis in the Twin Cities

## Works Cited

**Personal Interviews and Focus groups-**

Jim Erchul of Dayton's Bluff Neighborhood Services

Susan Marschalk of the ROOF Project

Mary Poe of Dayton's Bluff Community Council

Rita Williams of Home Link

Focus Group, August 2000 (East Side Family Center, St. Paul, MN)

Focus Group, March 2001 (Dorothy Day Center, St. Paul, MN)

**Reports-**

1. Davis, L., Jeinek, S., Mandershiel, M., Schukker, M. "CDBG Workbook: Action Guide for Affordable Housing."

2. Keller, Stephanie, "Creating a Housing Database for the East Side Neighborhood of St. Paul, Minnesota." Oct, 1997 Document: NPCR 1072

3. Federal Housing Resource Guide, Technical Assistance Collaborative, August 1999

4. Manger, Paige. "Problem /At Risk (PAR) Property Study Dayton's Bluff Neighborhood, St. Paul, Minnesota". Sept, 1999 Document COPC 013

5. "Minnesota's Lead Poisoning Prevention Programs Biannual Report to the Legislature" February, 2001 Minnesota Department of Health

6. "Opportunities for Change the Foundations and Critical Housing Issues", Housing Preservation Project Sept, 1999

http://www.npcr.org/copc/reports/copc28/copc28.html

2/6/2005

As many people know there is an affordable housing crisis in the Twin Cities

7.  Ramsey County Community Human Services Commissioner District Report 1998/1999

8.  Ramsey County Emergency Shelter, Transitional Housing and Battered Women's Shelters 9th Annual Data Collection Project, August 2000

9.  U.S. Census 1990 and U.S. Census 2000

10. Villares, Gonzalo, "Strategies in Dealing with Problem Properties in Dayton's Bluff", June, 1999 Document: COPC 012

**Web Sites-**

www.ag.state.mn.us                **Minnesota State Attorney General's Office**

www.ccspm.org                     **Catholic Charities**

www.fedstats.org                  **U.S. Census Information**

www.health.state.mn.us            **Minnesota State Department of Health**

www.lssmn.org                     **Lutheran Social Services**

www.nlihc.org                     **National Low Income Housing Coalition**

www.saarmy-mn-nd.org              **Salvation Army**

www.urbancoalition.org            **Urban Coalition**

www.wilder.org                    **Amherst H. Wilder Foundation**

As many people know there is an affordable housing crisis in the Twin Cities

## Appendices

### Appendix A –Housing Resource Guide

### Appendix B –Maps

- City of St. Paul Map

The following are maps that reflect information from the 1990 U.S. Census

- African American Population in District 4, 1960-1990
- African American Population in District 5, 1960-1990
- African American: Per Capita Income in District 4
- African American: Per Capita Income in District 5
- African American Renters in District 4
- African American Renters in District 5
- African American Homeownership and Home Value in District 4
- African American Homeownership and Home Value in District 5

### Appendix C – "Common Myths Regarding Rental Housing" by the City of St. Paul Housing Information Center

### Appendix D –Questionnaires, Surveys

As many people know there is an affordable housing crisis in the Twin Cities

# Appendix A: Housing Resource Guide

## Homeless Youth

### Arlington House

704/712 East Larpenter Av.

St. Paul, MN

(651) 774-3701

A home for boys and girls ages 12-17, referred by police and county workers.

### Booth Brown House (Salvation Army)

1471 Como Ave. W.

St. Paul, MN 55108

(651) 646-2601

Fax (651) 646-1655

www.salarmy-mn-nd.org

This home is for youth, usually placed by the police or social service workers for truancy, incorrigibility, minor crimes, etc...

### Cross Streets Program

1167 Arcade St. No.

St. Paul

(651) 771-0076

Youth ages 10-18

As many people know there is an affordable housing crisis in the Twin Cities

## Lutheran Social Services East Metro Office

1299 Arcade At

St. Paul, MN

(651) 774-9507 Shelter Information (651) 644-3446

Safe house/shelter for homeless youth 16-20 years old

As many people know there is an affordable housing crisis in the Twin Cities

# Emergency Shelters, Rental Assistance, Family Stability

**Catholic Charities**

215 Old Sixth St.

St. Paul, MN 55102

(651) 222-3001

Fax (651) 222-4581

www.ccspm.org

Offers a variety of programs including: homeless shelters, eviction protections, drop-in services, low cost housing, supportive housing, structured housing, residential care for chronic alcoholics, transitional housing, and they participate in the rental assistance fund with Ramsey County and the city of St. Paul.

**Common Bond Communities**

328 W. Kellogg Blvd.

St. Paul, MN 55102

(651) 291-1750

Hotline (651) 290-6228

Affordable Housing for seniors, families, disabled people.  They have apartments and town homes through out the metro area.  Call for a listing and qualifications

http://www.npcr.org/copc/reports/copc28/copc28.html

2/6/2005

A's many people know there is an affordable housing crisis in the Twin Cities

**Community Stabilization Project**

671 E. Selby Ave.

St. Paul, MN 55104

(651) 225-8778

Fax (651) 225-9820

They offer assistance to tenants with rental escrows, rent abatement process, legal rent withholdings, and contacting the city inspectors about needed repairs. There is also a tenant/landlord mediation program. Also offer a landlord repair loan fund (for further information on this fund see the landlord/ homeowner section.)

**Dayton's Bluff Community Council**

823 E. 7th St.

St. Paul, MN 55106

(651) 774-3437

As many people know there is an affordable housing crisis in the Twin Cities

Provides landlord and tenant mediation, tenant training, housing placement services, tenant screening, landlord trainings, housing fairs, and connections to home buyer programs.

**Emergency Social Service**

100 So. Robert St.

St. Paul, MN

(651) 291-6795

Child protection, emergency shelter placement, temp, over night lodging and meals

As many people know there is an affordable housing crisis in the Twin Cities

**J. Fairbanks Chemical Dependency Service**

806 N. Albert St.

St. Paul, MN

(651) 644-6204

½ way and ¾ way house for men and women

**Lutheran Social Services**

2485 Como Ave

2414 Park Ave. So.

St. Paul, MN

Mpls, MN 55404

(651) 642-5990

(612) 879-5224

Fax (651) 969-2360

(612) 871-0354

www.lssmn.org

This organization offers shelters, meals, rental assistance, and in Minneapolis there is the "Housing Resource Center." The range of programs is great and this organization should be contacted directly if you think they may assist you, which I am sure they can.

**Naomi Family Center**

http://www.npcr.org/copc/reports/copc28/copc28.html

As many people know there is an affordable housing crisis in the Twin Cities

77 E 9th St.
St. Paul, MN
(651) 222-7962

Shelter for women and children

**New Foundations**
287 E. 6th St.
Suite #270
St. Paul, MN 55101
(651) 227-8976
Fax (651) 227-7140

New Foundations offers Crestview Community, "a supportive and affordable apartment community where women in recovery and their families grow economical." They also work with families in school stability and a general healthier family life.

**Ramsey Action Programs**
450 No. Syndicate
St. Paul, MN 55104
(651) 645-6445
Fax (651 603-5994

Provides no interest loans for to those with an immediate need for rental assistance or help with obtaining housing, in partnership with

As many people know there is an affordable housing crisis in the Twin Cities

Ramsey County and the city of St. Paul.

**Roof Project (Wilder Foundation)**

1600 University Av.

Suite 219

St. Paul, MN 55104

(651) 917-6211

Fax (651) 644-8494

www.wilder.org

Individuals must be invited to participate in this project. They provide housing, budgeting, and job skills and well as ways to improve the

basic lives of the participants.

**Salvation Army**

2300 Freeway Blvd.

Brooklyn Center, MN 55430

(763) 566-2040

Fax (763) 566-8954

As many people know there is an affordable housing crisis in the Twin Cities

www.salarmy-mn-nd.org

Provides a variety of services including homeless shelters, meals, rental assistance, move in money, and assistance with utilities. The programs and qualifications range greatly so this organization should be contacted directly for up to date information.

**Union Gospel Mission**

435 E. University

St. Paul, MN

(651) 292-1721

Men's facility, free emergency housing, job training, and medical treatment

**United Way**

166 4th St. Suite #100

St. Paul, MN 55101

(651) 291-8300

Fax (651) 293-8353

First Call For Help (Metro Area) (651) 224-1133

The United Way has a variety of programs in the housing area. They are most often in conjunction with other organizations. These programs include but are not limited to rental assistance, eviction protection, shelters, supportive housing and meals. If interested in accessing any of these programs one should call United Ways "First Call for Help."

As many people know there is an affordable housing crisis in the Twin Cities

**Urban League**
401 Selby Av.
St. Paul, MN 55102
(651) 224-5771
Fax (651) 224-8009
www.nul.org

They offer housing services that address housing problems and maintaining stable housing, including interest free loans so that a family may obtain or maintain their housing.  The rental assistance program is in partnership with Ramsey County and the city of St. Paul.

**Appendix B: Maps**

2/6/2005

As many people know there is an affordable housing crisis in the Twin Cities



Saint Paul, Minnesota

Select a
neighborhood
to see a map with
a little more detail.

From the City of St. Paul Website:
http://www.ci.stpaul.mn.us/maps/maps/citymap2.html#neighbor_map

2/6/2005