| | | | | |
|---|---|---|---|---|
| | | | | Agency |
| 26.29.22.11.0036 | 2174 | Rose Ave E | St. Paul | Public Housing Agency |
| 26.29.22.12.0043 | 2315 | Nokomis Ave | St. Paul | Public Housing Agency |
| 26.29.22.13.0014 | 2102 | Magnolia Ave E | St. Paul | Public Housing Agency |
| 26.29.22.23.0022 | 1858 | Mechanic Ave | St. Paul | Public Housing Agency |
| 26.29.22.31.0156 | 2048 | Mohawk Ave | St. Paul | Public Housing Agency |

Prev Page

Page 7: Results 181 to 210 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 05-13-2004
Copyright 2003 Ramsey County
Email: RRInfoTechSupport@co.ramsey.mn.us

040132

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | What's New | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 26.29.22.33.0052 | 1883 | Bush Ave | St. Paul | Public Housing Agency |
| 26.29.22.41.0008 | 887 | Mcknight Rd N | St. Paul | Public Housing Agency |
| 26.29.22.42.0080 | 2142 | Nokomis Ave | St. Paul | Public Housing Agency |
| 26.29.22.42.0101 | 834 | Pedersen St | St. Paul | Public Housing Agency |
| 26.29.22.42.0162 | 2056 | Manitou Ave | St. Paul | Public Housing Agency |
| 26.29.22.43.0153 | 2044 | Bush Ave | St. Paul | Public Housing Agency |
| 26.29.22.44.0035 | 781 | Lake St | St. Paul | Public Housing Agency |
| 26.29.22.44.0139 | 2176 | Bush Ave | St. Paul | Public Housing Agency |
| 26.29.23.11.0007 | 664 | Maryland Ave W | St. Paul | Public Housing Agency |
| 26.29.23.13.0215 | 849 | Front Ave | St. Paul | Public Housing Agency |

040133

| | | | | |
|---|---|---|---|---|
| 26.29.23.14.0133 | 727 | Front Ave | St. Paul | Public Housing Agency |
| 26.29.23.24.0107 | 1020 | Milton St N | St. Paul | Public Housing Agency |
| 26.29.23.32.0074 | 1008 | Topping St | St. Paul | Public Housing Agency |
| 26.29.23.33.0011 | 1033 | Hubbard Ave | St. Paul | Public Housing Agency |
| 26.29.23.33.0120 | 1064 | Hubbard Ave | St. Paul | Public Housing Agency |
| 26.29.23.43.0052 | 749 | Minnehaha Ave W | St. Paul | Public Housing Agency |
| 26.29.23.43.0105 | 831 | Minnehaha Ave W | St. Paul | Public Housing Agency |
| 27.29.22.11.0029 | 1160 | Breen St | St. Paul | Public Housing Agency |
| 27.29.22.14.0013 | 1040 | Flandrau St | St. Paul | Public Housing Agency |
| 27.29.22.31.0028 | 936 | Barclay St | St. Paul | Public Housing Agency |
| 27.29.22.33.0037 | 1374 | Bush Ave | St. Paul | Public Housing Agency |
| 27.29.22.33.0111 | 1341 | Reaney Ave | St. Paul | Public Housing Agency |
| 27.29.22.34.0002 | 1534 | 7th St E | St. Paul | Public Housing Agency |
| 27.29.22.34.0024 | 765 | Hazelwood St | St. Paul | Public Housing Agency |
| 27.29.22.41.0055 | 1763 | Stillwater Ave | St. Paul | Public Housing |

040134

| | | | | |
|---|---|---|---|---|
| | | | | Agency |
| 27.29.22.41.0085 | 1688 | Case Ave | St. Paul | Public Housing Agency |
| 27.29.22.42.0097 | 1554 | York Ave | St. Paul | Public Housing Agency |
| 27.29.22.43.0087 | 1610 | Reaney Ave | St. Paul | Public Housing Agency |
| 27.29.22.43.0124 | 815 | Germain St | St. Paul | Public Housing Agency |
| 27.29.23.21.0090 | 1143 | Albert St N | St. Paul | Public Housing Agency |

Prev Page

Page 8: Results 211 to 240 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 05-13-2004

Copyright 2003 Ramsey County

Email: RRInfoTechSupport@co.ramsey.mn.us

040135

RRInfo Information from Ramsey County's Department of Property Records & Revenue

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 27.29.23.31.0014 | 1358 | Taylor Ave | St. Paul | Public Housing Agency |
| 27.29.23.34.0013 | 777 | Hamline Ave N | St. Paul | Public Housing Agency |
| 27.29.23.34.0111 | 787 | Holton St | St. Paul | Public Housing Agency |
| 27.29.23.43.0011 | 1258 | Hewitt Ave | St. Paul | Public Housing Agency |
| 27.29.23.44.0041 | 1152 | Englewood Ave | St. Paul | Public Housing Agency |
| 27.29.23.44.0071 | 1169 | Hubbard Ave | St. Paul | Public Housing Agency |
| 27.29.23.44.0125 | 1215 | Minnehaha Ave W | St. Paul | Public Housing Agency |
| 28.29.22.12.0141 | 1115 | Rose Ave E | St. Paul | Public Housing Agency |
| 28.29.22.13.0125 | 1145 | Cook Ave E | St. Paul | Public Housing Agency |
| 28.29.22.13.0186 | 1164 | Jenks Ave | St. Paul | Public Housing Agency |

040136

| | | | | |
|---|---|---|---|---|
| 28.29.22.21.0072 | 1007 | Jessamine Ave E | St. Paul | Public Housing Agency |
| 28.29.22.22.0079 | 893 | Magnolia Ave E | St. Paul | Public Housing Agency |
| 28.29.22.22.0144 | 842 | Geranium Ave E | St. Paul | Public Housing Agency |
| 28.29.22.23.0077 | 934 | Jenks Ave | St. Paul | Public Housing Agency |
| 28.29.22.23.0126 | 855 | Cook Ave E | St. Paul | Public Housing Agency |
| 28.29.22.24.0013 | 1076 | Cypress St | St. Paul | Public Housing Agency |
| 28.29.22.32.0147 | 875 | York Ave | St. Paul | Public Housing Agency |
| 28.29.22.42.0032 | 1081 | Sims Ave | St. Paul | Public Housing Agency |
| 28.29.22.44.0025 | 1253 | Ross Ave | St. Paul | Public Housing Agency |
| 28.29.23.34.0048 | 824 | Tatum St | St. Paul | Public Housing Agency |
| 29.29.22.11.0037 | 736 | Maryland Ave E | St. Paul | Public Housing Agency |
| 29.29.22.13.0138 | 618 | Lawson Ave E | St. Paul | Public Housing Agency |
| 29.29.22.13.0160 | | Jenks Ave | St. Paul | Public Housing Agency |
| 29.29.22.14.0085 | 769 | Lawson Ave E | St. Paul | Public Housing Agency |
| 29.29.22.14.0158 | 753 | Case Ave | St. Paul | Public Housing |

040137

| | | | | |
|---|---|---|---|---|
| | | | | Agency |
| 29.29.22.22.0031 | 362 | Maryland Ave E | St. Paul | Public Housing Agency |
| 29.29.22.22.0068 | 422 | Rose Ave E | St. Paul | Public Housing Agency |
| 29.29.22.23.0093 | 416 | Cook Ave E | St. Paul | Public Housing Agency |
| 29.29.22.23.0171 | 440 | Magnolia Ave E | St. Paul | Public Housing Agency |
| 29.29.22.24.0022 | 1058 | Bradley St | St. Paul | Public Housing Agency |

Prev Page | Page 9: Results 241 to 270 of 390 | Next Page

1 2 3 4 5 6 7 8 9 10 11 12 13

Database Last Refreshed 05-13-2004

Copyright 2003 Ramsey County

Email: RRInfoTechSupport@co.ramsey.mn.us

040138

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | What's New | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 29.29.22.24.0153 | 972 | Desoto St | St. Paul | Public Housing Agency |
| 29.29.22.31.0009 | 921 | Jessie St | St. Paul | Public Housing Agency |
| 29.29.23.24.0016 | 996 | Manvel St | St. Paul | Public Housing Agency |
| 29.29.23.43.0001 | 825 | Seal St | St. Paul | Public Housing Agency |
| 30.29.22.22.0005 | 112 | Maryland Ave W | St. Paul | Public Housing Agency |
| 30.29.22.22.0158 | 45 | Magnolia Ave W | St. Paul | Public Housing Agency |
| 30.29.22.23.0159 | 89 | Front Ave | St. Paul | Public Housing Agency |
| 30.29.22.43.0142 | 837 | Agate St | St. Paul | Public Housing Agency |
| 31.29.22.12.0018 | 124 | Arch St E | St. Paul | Public Housing Agency |
| 31.29.22.13.0018 | 261 | University Ave E | St. Paul | Public Housing Agency |
| 31.29.22.22.0044 | 626 | Park St | St. Paul | Public Housing Agency |
| 31.29.22.34.0012 | 545 | Wabasha St N | St. Paul | Public Housing Agency |
| 31.29.22.34.0220 | 10 | Exchange St W | St. Paul | Public Housing Agency |
| 31.29.22.34.0279 | 555 | Wabasha St N | St. Paul | Public Housing Agency |
| 32.29.22.14.0165 | 740 | 4th St E | St. | Public Housing |

040139

| | | | | |
|---|---|---|---|---|
| | | | Paul | Agency |
| 32.29.22.22.0044 | 651 | Desoto St | St. Paul | Public Housing Agency |
| 32.29.22.41.0084 | 245 | Maria Ave | St. Paul | Public Housing Agency |
| 32.29.23.13.0043 | 2230 | St Anthony Ave | St. Paul | Public Housing Agency |
| 32.29.23.24.0006 | 574 | Eustis St | St. Paul | Public Housing Agency |
| 32.29.23.24.0022 | 2366 | St Anthony Ave | St. Paul | Public Housing Agency |
| 32.29.23.44.0001 | 344 | Cretin Ave N | St. Paul | Public Housing Agency |
| 33.29.22.11.0043 | 1281 | Margaret St | St. Paul | Public Housing Agency |
| 33.29.22.14.0045 | 1268 | Fremont Ave | St. Paul | Public Housing Agency |
| 33.29.22.14.0071 | 1232 | 5th St E | St. Paul | Public Housing Agency |
| 33.29.22.14.0161 | 501 | Griffith St | St. Paul | Public Housing Agency |
| 33.29.22.21.0032 | 1036 | Beech St | St. Paul | Public Housing Agency |
| 33.29.22.23.0209 | 868 | 3rd St E | St. Paul | Public Housing Agency |
| 33.29.22.24.0166 | 988 | Fremont Ave | St. Paul | Public Housing Agency |
| 33.29.22.32.0004 | 922 | Conway St | St. Paul | Public Housing Agency |
| 33.29.22.33.0055 | 697 | Short St | St. Paul | Public Housing Agency |

Prev Page

Page 10: Results 271 to 300 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 05-13-2004
Copyright 2003 Ramsey County
Email: RRInfoTechSupport@co.ramsey.mn.us

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | What's New | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 33.29.22.33.0088 | 74 | Maria Ave | St. Paul | Public Housing Agency |
| 33.29.22.41.0026 | 1300 | Wilson Ave | St. Paul | Public Housing Agency |
| 33.29.22.42.0013 | 1139 | Euclid St | St. Paul | Public Housing Agency |
| 33.29.22.42.0099 | 1075 | Wilson Ave | St. Paul | Public Housing Agency |
| 33.29.22.42.0136 | 1098 | Wakefield Ave | St. Paul | Public Housing Agency |
| 33.29.22.43.0081 | 1062 | Pacific St | St. Paul | Public Housing Agency |
| 33.29.22.43.0109 | 1075 | Suburban Ave | St. Paul | Public Housing Agency |
| 33.29.22.44.0027 | 1210 | Pacific St | St. Paul | Public Housing Agency |
| 33.29.23.11.0176 | 1673 | Lafond Ave | St. Paul | Public Housing Agency |
| 33.29.23.12.0159 | 1793 | Blair Ave | St. Paul | Public Housing Agency |

040141

http://rrinfo.co.ramsey.mn.us/subscribe/characteristic/PropertySearchResults.pasp?pg=11&=&... 5/13/04

| | | | | |
|---|---|---|---|---|
| 33.29.23.14.0128 | 1684 | Edmund Ave | St. Paul | Public Housing Agency |
| 33.29.23.33.0108 | 2036 | Iglehart Ave | St. Paul | Public Housing Agency |
| 33.29.23.44.0093 | 1635 | Marshall Ave | St. Paul | Public Housing Agency |
| 34.29.22.12.0089 | 1553 | Beech St | St. Paul | Public Housing Agency |
| 34.29.22.13.0067 | 1635 | 3rd St E | St. Paul | Public Housing Agency |
| 34.29.22.13.0110 | 1573 | Conway St | St. Paul | Public Housing Agency |
| 34.29.22.14.0082 | 1675 | Fremont Ave | St. Paul | Public Housing Agency |
| 34.29.22.23.0053 | 1365 | 3rd St E | St. Paul | Public Housing Agency |
| 34.29.22.31.0040 | 479 | Birmingham St | St. Paul | Public Housing Agency |
| 34.29.22.31.0084 | 1529 | Old Hudson Rd | St. Paul | Public Housing Agency |
| 34.29.22.33.0082 | 260 | Point Douglas Rd N | St. Paul | Public Housing Agency |
| 34.29.22.34.0005 | 1521 | Pacific St | St. Paul | Public Housing Agency |
| 34.29.22.41.0011 | 1728 | Conway St | St. Paul | Public Housing Agency |
| 34.29.22.41.0076 | 1699 | Euclid St | St. Paul | Public Housing Agency |
| 34.29.22.43.0048 | 1655 | Mclean Ave | St. Paul | Public Housing |

040142

| | | | | |
|---|---|---|---|---|
| | | | | Agency |
| 34.29.22.43.0077 | 1576 | Mclean Ave | St. Paul | Public Housing Agency |
| 34.29.23.11.0049 | 637 | Lexington Pky N | St. Paul | Public Housing Agency |
| 34.29.23.11.0158 | 1167 | Blair Ave | St. Paul | Public Housing Agency |
| 34.29.23.11.0217 | 1171 | Thomas Ave | St. Paul | Public Housing Agency |
| 34.29.23.13.0004 | 1232 | Thomas Ave | St. Paul | Public Housing Agency |

Prev Page Page 11: Results 301 to 330 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13 Next Page

Database Last Refreshed 05-13-2004
Copyright 2003 Ramsey County
Email: RRInfoTechSupport@co.ramsey.mn.us

040143

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | What's New | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 34.29.23.21.0100 | 1382 | Lafond Ave | St. Paul | Public Housing Agency |
| 34.29.23.24.0018 | 1387 | Edmund Ave | St. Paul | Public Housing Agency |
| 34.29.23.33.0073 | 1485 | Iglehart Ave | St. Paul | Public Housing Agency |
| 35.29.22.11.0014 | 2150 | Minnehaha Ave E | St. Paul | Public Housing Agency |
| 35.29.22.11.0146 | 2209 | 5th St E | St. Paul | Public Housing Agency |
| 35.29.22.12.0038 | 2091 | Margaret St | St. Paul | Public Housing Agency |
| 35.29.22.13.0091 | 2137 | Conway St | St. Paul | Public Housing Agency |
| 35.29.22.14.0052 | 2240 | Fremont Ave | St. Paul | Public Housing Agency |
| 35.29.22.22.0111 | 1811 | Margaret St | St. Paul | Public Housing Agency |
| 35.29.22.23.0099 | 1891 | Conway St | St. Paul | Public Housing Agency |
| 35.29.22.24.0094 | 1927 | Fremont Ave | St. Paul | Public Housing Agency |
| 35.29.22.41.0054 | 2199 | Wilson Ave | St. Paul | Public Housing Agency |
| 35.29.22.43.0003 | 280 | Ruth St | St. Paul | Public Housing Agency |
| 35.29.22.43.0021 | 2111 | Suburban Ave | St. Paul | Public Housing Agency |
| 35.29.23.11.0162 | 700 | Lafond Ave | St. | Public Housing |

040144

| | | | | |
|---|---|---|---|---|
| | | | Paul | Agency |
| 35.29.23.12.0198 | 748 | Lafond Ave | St. Paul | Public Housing Agency |
| 35.29.23.13.0157 | 830 | Charles Ave | St. Paul | Public Housing Agency |
| 35.29.23.14.0056 | 695 | Edmund Ave | St. Paul | Public Housing Agency |
| 35.29.23.22.0173 | 1085 | Thomas Ave | St. Paul | Public Housing Agency |
| 35.29.23.23.0007 | 1008 | Thomas Ave | St. Paul | Public Housing Agency |
| 35.29.23.24.0079 | 905 | Sherburne Ave | St. Paul | Public Housing Agency |
| 35.29.23.31.0040 | 961 | Fuller Ave | St. Paul | Public Housing Agency |
| 35.29.23.31.0085 | 946 | Central Ave W | St. Paul | Public Housing Agency |
| 35.29.23.31.0162 | 873 | Fuller Ave | St. Paul | Public Housing Agency |
| 35.29.23.31.0182 | 909 | Central Ave W | St. Paul | Public Housing Agency |
| 35.29.23.33.0025 | 1029 | Carroll Ave | St. Paul | Public Housing Agency |
| 35.29.23.33.0127 | 1067 | Marshall Ave | St. Paul | Public Housing Agency |
| 35.29.23.34.0101 | 946 | Carroll Ave | St. Paul | Public Housing Agency |
| 35.29.23.42.0133 | 782 | Fuller Ave | St. Paul | Public Housing Agency |
| 35.29.23.43.0028 | 805 | Carroll Ave | St. Paul | Public Housing Agency |

Prev Page

Page 12: Results 331 to 360 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 05-13-2004
Copyright 2003 Ramsey County
Email: RRInfoTechSupport@co.ramsey.mn.us

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | What's New | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 35.29.23.43.0047 | 753 | Iglehart Ave | St. Paul | Public Housing Agency |
| 35.29.23.43.0081 | 793 | Iglehart Ave | St. Paul | Public Housing Agency |
| 35.29.23.43.0123 | 838 | Iglehart Ave | St. Paul | Public Housing Agency |
| 35.29.23.44.0025 | 667 | Carroll Ave | St. Paul | Public Housing Agency |
| 36.29.23.12.0108 | 273 | Thomas Ave | St. Paul | Public Housing Agency |
| 36.29.23.12.0160 | 632 | Farrington St | St. Paul | Public Housing Agency |
| 36.29.23.13.0057 | 286 | Edmund Ave | St. Paul | Public Housing Agency |
| 36.29.23.21.0005 | 406 | Minnehaha Ave W | St. Paul | Public Housing Agency |
| 36.29.23.21.0066 | 465 | Van Buren Ave | St. Paul | Public Housing Agency |
| 36.29.23.21.0106 | 465 | Blair Ave | St. Paul | Public Housing Agency |
| 36.29.23.21.0133 | 418 | Lafond Ave | St. Paul | Public Housing Agency |
| 36.29.23.21.0199 | 455 | Thomas Ave | St. Paul | Public Housing Agency |
| 36.29.23.22.0022 | 519 | Van Buren Ave | St. Paul | Public Housing Agency |
| 36.29.23.23.0252 | 554 | Thomas Ave | St. Paul | Public Housing Agency |
| 36.29.23.32.0083 | 554 | Central Ave | St. | Public Housing |

040146

| | | | | |
|---|---|---|---|---|
| | | | Paul | Agency |
| 36.29.23.32.0084 | 375 | Mackubin St | St. Paul | Public Housing Agency |
| 36.29.23.43.0003 | 280 | Ravoux St | St. Paul | Public Housing Agency |
| 36.29.23.43.0013 | | | St. Paul | Public Housing Agency |
| 36.29.23.43.0014 | | | St. Paul | Public Housing Agency |
| 34.29.22.44.0035 | 1683 | Burns Ave | St. Paul | Public Housing Agency Of |
| 20.29.22.11.0016 | 726 | Larpenteur Ave E | St. Paul | Public Housing Agency Of The |
| 26.29.22.23.0073 | 1852 | La Crosse Ave | St. Paul | Public Housing Agency Of The |
| 26.29.22.44.0003 | 829 | Mcknight Rd N | St. Paul | Public Housing Agency Of The |
| 26.29.23.13.0175 | 779 | Front Ave | St. Paul | Public Housing Agency Of The |
| 34.29.22.42.0030 | 1624 | Euclid St | St. Paul | Public Housing Agency Of The |
| 16.28.23.33.0141 | 2055 | Bordner Pl | St. Paul | Public Housing Agency St Paul |
| 19.29.22.13.0006 | 1553 | Timberlake Rd | St. Paul | Public Housing Agency/mcdonoug |
| 27.29.22.12.0051 | 1544 | Fellows Ln | St. Paul | Public Housing Agency/roosevel |
| 21.28.23.21.0050 | 1881 | Worcester Ave | St. Paul | St Paul Public Housing Agency |
| 24.29.23.14.0075 | 1477 | Albemarle St | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 13: Results 361 to 390 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 05-13-2004

Copyright 2003 Ramsey County

Email: RRInfoTechSupport@co.ramsey.mn.us

040147

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 03.28.23.43.0079 | 1227 | Osceola Ave | St. Paul | Public Housing Agency |
| 03.28.23.44.0074 | 1140 | Osceola Ave | St. Paul | Public Housing Agency |
| 04.28.23.11.0138 | 1690 | Marshall Ave | St. Paul | Public Housing Agency |
| 04.28.23.12.0031 | 1720 | Selby Ave | St. Paul | Public Housing Agency |
| 04.28.23.12.0098 | 1737 | Laurel Ave | St. Paul | Public Housing Agency |
| 14.28.23.22.0027 | 730 | Lexington Pky S | St. Paul | Public Housing Agency |
| 36.29.23.43.0003 | 280 | Ravoux St | St. Paul | Public Housing Agency |
| 01.28.23.12.0143 | 325 | Laurel Ave | St. Paul | St Paul Public Housing Agency |
| 01.28.23.22.0210 | 590 | Laurel Ave | St. Paul | St Paul Public Housing Agency |
| 01.28.23.34.0036 | 418 | Banfil St | St. Paul | St Paul Public Housing Agency |
| 01.28.23.34.0139 | 458 | Goodhue St | St. Paul | St Paul Public Housing Agency |
| 02.28.22.21.0092 | 105 | Ruth St N | St. Paul | St Paul Public Housing Agency |
| 02.28.22.23.0074 | 18 | White Bear Ave N | St. Paul | St Paul Public Housing Agency |
| 02.28.22.44.0097 | 2213 | Glenridge Ave | St. Paul | St Paul Public Housing Agency |

040148

| | | | | |
|---|---|---|---|---|
| 02.28.23.11.0001 | 221 | Dale St N | St. Paul | St Paul Public Housing Agency |
| 02.28.23.11.0266 | 654 | Hague Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.12.0015 | 771 | Dayton Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.12.0189 | 809 | Laurel Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.21.0001 | 868 | Marshall Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.21.0037 | 908 | Dayton Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.21.0085 | 904 | Hague Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.21.0135 | 948 | Dayton Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.22.0139 | 1082 | Hague Ave | St. Paul | St Paul Public Housing Agency |
| 02.28.23.23.0030 | 1012 | Ashland Ave | St. Paul | St Paul Public Housing Agency |
| 03.28.22.12.0056 | 228 | Sigurd St | St. Paul | St Paul Public Housing Agency |
| 03.28.22.14.0073 | 1749 | Grace Ln | St. Paul | St Paul Public Housing Agency |
| 03.28.22.21.0028 | 1536 | Upper Afton Rd | St. Paul | St Paul Public Housing Agency |
| 03.28.23.12.0133 | 1247 | Hague Ave | St. Paul | St Paul Public Housing Agency |
| 03.28.23.24.0080 | 1440 | Laurel Ave | St. Paul | St Paul Public Housing Agency |
| 03.28.23.43.0030 | 1232 | Goodrich Ave | St. Paul | St Paul Public Housing Agency |

Prev Page Page 1: Results 1 to 30 of 390 Next Page
1 2 3 4 5 6 7 8 9 10 11 12 13



Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040149

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 04.28.23.14.0104 | 1684 | Laurel Ave | St. Paul | St Paul Public Housing Agency |
| 04.28.23.23.0003 | 110 | Cleveland Ave N | St. Paul | St Paul Public Housing Agency |
| 04.28.23.24.0049 | 1823 | Ashland Ave | St. Paul | St Paul Public Housing Agency |
| 04.28.23.34.0173 | 205 | Fairview Ave S | St. Paul | St Paul Public Housing Agency |
| 05.28.23.44.0053 | 193 | Cleveland Ave S | St. Paul | St Paul Public Housing Agency |
| 07.28.22.11.0117 | 50 | Congress St W | St. Paul | St Paul Public Housing Agency |
| 07.28.22.12.0029 | 435 | Bidwell St | St. Paul | St Paul Public Housing Agency |
| 07.28.22.13.0110 | 212 | Stevens St W | St. Paul | St Paul Public Housing Agency |
| 07.28.22.14.0099 | 112 | Stevens St W | St. Paul | St Paul Public Housing Agency |
| 07.28.22.42.0109 | 166 | Sidney St W | St. Paul | St Paul Public Housing Agency |
| 07.28.22.44.0066 | 836 | Hall Ave | St. Paul | St Paul Public Housing Agency |
| 08.28.22.12.0094 | 224 | Winifred St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.12.0107 | 175 | Congress St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.13.0074 | 310 | Robie St E | St. Paul | St Paul Public Housing Agency |

040150

| | | | | |
|---|---|---|---|---|
| 08.28.22.21.0068 | 469 | Ada St | St. Paul | St Paul Public Housing Agency |
| 08.28.22.24.0052 | 550 | Robert St S | St. Paul | St Paul Public Housing Agency |
| 08.28.22.31.0059 | 210 | Page St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.31.0143 | 132 | Page St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.32.0012 | 35 | Baker St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.32.0072 | 715 | Humboldt Ave | St. Paul | St Paul Public Housing Agency |
| 08.28.22.33.0002 | 71 | Curtice St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.33.0008 | 74 | Curtice St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.33.0011 | | Unassigned | St. Paul | St Paul Public Housing Agency |
| 08.28.22.33.0012 | 755 | Livingston Ave | St. Paul | St Paul Public Housing Agency |
| 08.28.22.34.0097 | 144 | Winona St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.34.0155 | 139 | Annapolis St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.41.0074 | 712 | Andrew St | St. Paul | St Paul Public Housing Agency |
| 08.28.22.42.0163 | 284 | Sidney St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.42.0186 | 331 | Page St E | St. Paul | St Paul Public Housing Agency |
| 08.28.22.43.0061 | 327 | Wyoming St E | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 2: Results 31 to 60 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

040151

RRInfo Information from Ramsey County's Department of Property Records & Revenue

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 08.28.23.14.0108 | 415 | Cleveland Ave S | St. Paul | St Paul Public Housing Agency |
| 08.28.23.43.0112 | 2197 | Eleanor Ave | St. Paul | St Paul Public Housing Agency |
| 08.28.23.44.0120 | 2081 | Eleanor Ave | St. Paul | St Paul Public Housing Agency |
| 09.28.23.13.0097 | 1740 | Juliet Ave | St. Paul | St Paul Public Housing Agency |
| 09.28.23.14.0008 | 1601 | Juliet Ave | St. Paul | St Paul Public Housing Agency |
| 09.28.23.22.0207 | 2040 | Wellesley Ave | St. Paul | St Paul Public Housing Agency |
| 09.28.23.24.0182 | 1885 | James Ave | St. Paul | St Paul Public Housing Agency |
| 09.28.23.41.0050 | 1620 | Niles Ave | St. Paul | St Paul Public Housing Agency |
| 10.28.23.14.0151 | 1153 | Randolph Ave | St. Paul | St Paul Public Housing Agency |
| 10.28.23.21.0201 | 1428 | Wellesley Ave | St. Paul | St Paul Public Housing Agency |
| 10.28.23.32.0047 | 555 | Warwick St | St. Paul | St Paul Public Housing Agency |
| 10.28.23.33.0153 | 1475 | Highland Pky | St. Paul | St Paul Public Housing Agency |
| 10.28.23.34.0125 | 1419 | Bayard Ave | St. Paul | St Paul Public Housing Agency |
| 10.28.23.42.0153 | 1271 | Watson Ave | St. Paul | St Paul Public Housing Agency |

040153

| | | | | |
|---|---|---|---|---|
| 10.28.23.43.0032 | 1312 | Hartford Ave | St. Paul | St Paul Public Housing Agency |
| 10.28.23.43.0070 | 1269 | Scheffer Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.11.0016 | 311 | Toronto St | St. Paul | St Paul Public Housing Agency |
| 11.28.23.11.0087 | 325 | Arbor St | St. Paul | St Paul Public Housing Agency |
| 11.28.23.12.0005 | 761 | Jefferson Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.14.0160 | 717 | Randolph Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.21.0062 | 273 | Deubener Pl | St. Paul | St Paul Public Housing Agency |
| 11.28.23.24.0156 | 868 | James Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.31.0035 | 894 | Juno Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.31.0093 | 902 | Watson Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.31.0174 | 538 | Chatsworth St S | St. Paul | St Paul Public Housing Agency |
| 11.28.23.33.0078 | 1003 | Eleanor Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.34.0039 | 974 | Tuscarora Ave | St. Paul | St Paul Public Housing Agency |
| 11.28.23.41.0149 | 682 | Watson Ave | St. Paul | St Paul Public Housing Agency |
| 12.28.23.41.0062 | 734 | Chippewa Ave | St. Paul | St Paul Public Housing Agency |
| 14.28.23.22.0129 | 1032 | Otto Ave | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 3: Results 61 to 90 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page



Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040153

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 14.28.23.23.0002 | 1085 | Montreal Ave | St. Paul | St Paul Public Housing Agency |
| 15.28.23.11.0019 | 803 | Lexington Pky S | St. Paul | St Paul Public Housing Agency |
| 15.28.23.34.0017 | 2190 | 7th St W | St. Paul | St Paul Public Housing Agency |
| 15.28.23.41.0087 | 1833 | Ivan Way | St. Paul | St Paul Public Housing Agency |
| 16.28.23.11.0057 | 1653 | Ford Pky | St. Paul | St Paul Public Housing Agency |
| 16.28.23.23.0129 | 1957 | Rome Ave | St. Paul | St Paul Public Housing Agency |
| 16.28.23.32.0109 | 2 | Villard Ct | St. Paul | St Paul Public Housing Agency |
| 16.28.23.33.0038 | 1954 | Dorothea Ave | St. Paul | St Paul Public Housing Agency |
| 16.28.23.33.0092 | 2025 | Thure Ave | St. Paul | St Paul Public Housing Agency |
| 16.28.23.33.0141 | 2055 | Bordner Pl | St. Paul | St Paul Public Housing Agency |
| 16.28.23.33.0183 | 1095 | St Paul Ave | St. Paul | St Paul Public Housing Agency |
| 16.28.23.34.0107 | 1898 | Dorothea Ave | St. Paul | St Paul Public Housing Agency |
| 16.28.23.34.0127 | 1130 | St Paul Ave | St. Paul | St Paul Public Housing Agency |
| 16.28.23.42.0028 | 1812 | Yorkshire Ave | St. Paul | St Paul Public Housing Agency |

040154

| | | | | |
|---|---|---|---|---|
| 16.28.23.42.0043 | 1738 | Montreal Ave | St. Paul | St Paul Public Housing Agency |
| 17.28.23.11.0063 | 2162 | Pinehurst Ave | St. Paul | St Paul Public Housing Agency |
| 17.28.23.14.0004 | 899 | Cleveland Ave S | St. Paul | St Paul Public Housing Agency |
| 17.28.23.41.0049 | 1067 | Bowdoin St | St. Paul | St Paul Public Housing Agency |
| 17.28.23.44.0025 | 1363 | Colby Ave | St. Paul | St Paul Public Housing Agency |
| 19.29.22.13.0006 | 1553 | Timberlake Rd | St. Paul | St Paul Public Housing Agency |
| 19.29.22.14.0053 | 1543 | Westminster St | St. Paul | St Paul Public Housing Agency |
| 19.29.22.22.0096 | 65 | Hoyt Ave W | St. Paul | St Paul Public Housing Agency |
| 19.29.22.32.0036 | 1408 | Park St | St. Paul | St Paul Public Housing Agency |
| 19.29.22.33.0030 | 1285 | Park St | St. Paul | St Paul Public Housing Agency |
| 19.29.22.41.0010 | 1385 | Westminster St | St. Paul | St Paul Public Housing Agency |
| 20.29.22.11.0016 | 726 | Larpenteur Ave E | St. Paul | St Paul Public Housing Agency |
| 20.29.22.12.0001 | 1676 | Payne Ave | St. Paul | St Paul Public Housing Agency |
| 20.29.22.21.0005 | 489 | Idaho Ave E | St. Paul | St Paul Public Housing Agency |
| 20.29.22.21.0040 | 540 | Larpenteur Ave E | St. Paul | St Paul Public Housing Agency |
| 20.29.22.22.0002 | 1676 | Westminster St | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 4: Results 91 to 120 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

040155

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 20.29.22.23.0033 | 434 √ | Hoyt Ave E | St. Paul | St Paul Public Housing Agency |
| 20.29.22.23.0081 | 1505 √ | Arkwright St | St. Paul | St Paul Public Housing Agency |
| 20.29.22.23.0089 | 1480 √ | Westminster St | St. Paul | St Paul Public Housing Agency |
| 20.29.22.31.0133 | 1375 √ | Jessie St | St. Paul | St Paul Public Housing Agency |
| 20.29.22.34.0044 | 504 √ | Ivy Ave E | St. Paul | St Paul Public Housing Agency |
| 20.29.22.34.0059 | 1222 √ | Desoto St | St. Paul | St Paul Public Housing Agency |
| 20.29.22.34.0075 | 492 √ | Brainerd Ave | St. Paul | St Paul Public Housing Agency |
| 20.29.22.42.0058 | 659 √ | Sherwood Ave | St. Paul | St Paul Public Housing Agency |
| 20.29.22.43.0006 | 1294 √ | Edgerton St | St. Paul | St Paul Public Housing Agency |
| 20.29.22.43.0103 | 698 | Ivy Ave E | St. Paul | St Paul Public Housing Agency |
| 20.29.22.44.0016 | 789 | Hyacinth Ave E | St. Paul | St Paul Public Housing Agency |
| 21.28.23.21.0031 | 1265 | St Paul Ave | St. Paul | St Paul Public Housing Agency |
| 21.28.23.21.0050 | 1881 | Worcester Ave | St. Paul | St Paul Public Housing Agency |
| 21.28.23.21.0071 | 1884 | Worcester Ave | St. Paul | St Paul Public Housing Agency |

040156

| | | | | |
|---|---|---|---|---|
| 21.28.23.23.0008 | 1364 ✓ | Sumner St | St. Paul | St Paul Public Housing Agency |
| 21.28.23.24.0071 | 1914 ✓ | Sheridan Ave | St. Paul | St Paul Public Housing Agency |
| 21.29.22.11.0018 | 1664 ✓ | Chamber St | St. Paul | St Paul Public Housing Agency |
| 21.29.22.11.0160 | 1570 ✓ | Chamber St | St. Paul | St Paul Public Housing Agency |
| 21.29.22.32.0050 | 876 | Sherwood Ave | St. Paul | St Paul Public Housing Agency |
| 21.29.22.32.0074 | 1403 | Forest St | St. Paul | St Paul Public Housing Agency |
| 21.29.22.33.0010 | 896 | Ivy Ave E | St. Paul | St Paul Public Housing Agency |
| 21.29.22.33.0090 | 832 | Hawthorne Ave E | St. Paul | St Paul Public Housing Agency |
| 21.29.22.34.0159 | 971 | Maryland Ave E | St. Paul | St Paul Public Housing Agency |
| 21.29.22.44.0031 | 1223 | Maryland Ave E | St. Paul | St Paul Public Housing Agency |
| 22.28.23.23.0044 | 2417 | Youngman Ave | St. Paul | St Paul Public Housing Agency |
| 22.29.22.11.0027 | 1725 | Idaho Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.11.0036 | 1743 | Iowa Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.11.0046 | 1721 | Hoyt Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.11.0104 | 1686 | Idaho Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.13.0088 | 1621 | Arlington Ave E | St. Paul | St Paul Public Housing Agency |

Prev Page Page 5: Results 121 to 150 of 390 1 2 3 4 5 6 7 8 9 10 11 12 13 Next Page



Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040157

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 22.29.22.13.0127 | 1562 | Montana Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.14.0152 | 1716 | Nevada Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.22.0087 | 1616 | Mcafee St | St. Paul | St Paul Public Housing Agency |
| 22.29.22.23.0144 | 1449 | Clarence St | St. Paul | St Paul Public Housing Agency |
| 22.29.22.31.0043 | 1398 | Barclay St | St. Paul | St Paul Public Housing Agency |
| 22.29.22.32.0047 | 1396 | Arlington Ave E | St. Paul | St Paul Public Housing Agency |
| 22.29.22.33.0047 | 1279 | Etna St | St. Paul | St Paul Public Housing Agency |
| 22.29.22.41.0025 | 1765 | Sherwood Ave | St. Paul | St Paul Public Housing Agency |
| 22.29.22.41.0120 | 1686 | Sherwood Ave | St. Paul | St Paul Public Housing Agency |
| 22.29.22.42.0086 | 1540 | Sherwood Ave | St. Paul | St Paul Public Housing Agency |
| 22.29.22.44.0026 | 1268 | Breen St | St. Paul | St Paul Public Housing Agency |
| 22.29.23.12.0044 | 1265 | Idaho Ave W | St. Paul | St Paul Public Housing Agency |
| 22.29.23.13.0019 | 1510 | Huron St | St. Paul | St Paul Public Housing Agency |
| 22.29.23.23.0012 | 1504 | Snelling Ave N | St. Paul | St Paul Public Housing Agency |

040153

| | | | | |
|---|---|---|---|---|
| 23.29.22.21.0020 | 1676 ✓ | Luella St N | St. Paul | St Paul Public Housing Agency |
| 23.29.22.21.0024 | 1636 ✓ | Luella St N | St. Paul | St Paul Public Housing Agency |
| 23.29.22.21.0104 | 1997 ✓ | Hoyt Ave E | St. Paul | St Paul Public Housing Agency |
| 23.29.22.22.0090 | 1876 ✓ | Iowa Ave E | St. Paul | St Paul Public Housing Agency |
| 23.29.22.24.0026 | 1900 ✓ | Hoyt Ave E | St. Paul | St Paul Public Housing Agency |
| 23.29.22.32.0101 | 1869 ✓ | Cottage Ave E | St. Paul | St Paul Public Housing Agency |
| 23.29.22.33.0121 | 1822 | Hyacinth Ave E | St. Paul | St Paul Public Housing Agency |
| 23.29.22.42.0117 | 2123 | Clear Ave | St. Paul | St Paul Public Housing Agency |
| 23.29.22.43.0004 | 2118 | Ivy Ave E | St. Paul | St Paul Public Housing Agency |
| 23.29.22.44.0043 | 2255 | Tilsen Ave | St. Paul | St Paul Public Housing Agency |
| 23.29.23.12.0097 | 852 | California Ave W | St. Paul | St Paul Public Housing Agency |
| 23.29.23.12.0110 | 807 | Idaho Ave W | St. Paul | St Paul Public Housing Agency |
| 23.29.23.12.0130 | 806 | Iowa Ave W | St. Paul | St Paul Public Housing Agency |
| 23.29.23.14.0017 | 1556 | Alameda St | St. Paul | St Paul Public Housing Agency |
| 23.29.23.14.0107 | 1491 | Alameda St | St. Paul | St Paul Public Housing Agency |
| 23.29.23.21.0042 | 1667 | Victoria St N | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 6: Results 151 to 180 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

040153

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 23.29.23.24.0147 | 977 | Nevada Ave W | St. Paul | St Paul Public Housing Agency |
| 23.29.23.44.0093 | 1259 | St Albans St N | St. Paul | St Paul Public Housing Agency |
| 24.29.23.11.0048 | 1565 | Marion St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.12.0029 | 1569 | Virginia St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.14.0075 | 1477 | Albemarle St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.23.0069 | 1500 | Danforth St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.32.0123 | 1361 | Danforth St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.33.0037 | 1290 | Kent St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.33.0087 | 551 | Hawthorne Ave W | St. Paul | St Paul Public Housing Agency |
| 24.29.23.33.0131 | 1240 | Dale St N | St. Paul | St Paul Public Housing Agency |
| 24.29.23.41.0036 | 1422 | Woodbridge St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.42.0019 | 290 | Arlington Ave W | St. Paul | St Paul Public Housing Agency |
| 24.29.23.42.0063 | 264 | Cottage Ave W | St. Paul | St Paul Public Housing Agency |
| 24.29.23.43.0017 | 1286 | Matilda St | St. Paul | St Paul Public Housing Agency |

040180

| | | | | |
|---|---|---|---|---|
| 24.29.23.43.0058 | 1271 | Farrington St | St. Paul | St Paul Public Housing Agency |
| 24.29.23.44.0026 | 1319 | Albemarle St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.11.0016 | 1181 | Albemarle St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.12.0090 | 1129 | Galtier St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.13.0048 | 1047 | Matilda St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.14.0049 | 1012 | Albemarle St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.21.0074 | 1116 | Arundel St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.24.0023 | 1075 | Norton St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.24.0068 | 1047 | Arundel St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.24.0110 | 434 | Lawson Ave W | St. Paul | St Paul Public Housing Agency |
| 25.29.23.41.0242 | 855 | Albemarle St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.41.0245 | 861 | Albemarle St | St. Paul | St Paul Public Housing Agency |
| 25.29.23.42.0208 | 340 | Topping St | St. Paul | St Paul Public Housing Agency |
| 26.29.22.11.0036 | 2174 | Rose Ave E | St. Paul | St Paul Public Housing Agency |
| 26.29.22.12.0043 | 2315 | Nokomis Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.13.0014 | 2102 | Magnolia Ave E | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 7: Results 181 to 210 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page



Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040161

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 26.29.22.23.0022 | 1858 | Mechanic Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.23.0073 | 1852 | La Crosse Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.31.0156 | 2048 | Mohawk Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.33.0052 | 1883 | Bush Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.41.0008 | 887 | Mcknight Rd N | St. Paul | St Paul Public Housing Agency |
| 26.29.22.42.0080 | 2142 | Nokomis Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.42.0101 | 834 | Pedersen St | St. Paul | St Paul Public Housing Agency |
| 26.29.22.42.0162 | 2056 | Manitou Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.43.0153 | 2044 | Bush Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.22.44.0003 | 829 | Mcknight Rd N | St. Paul | St Paul Public Housing Agency |
| 26.29.22.44.0035 | 781 | Lake St | St. Paul | St Paul Public Housing Agency |
| 26.29.22.44.0139 | 2176 | Bush Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.23.11.0007 | 664 | Maryland Ave W | St. Paul | St Paul Public Housing Agency |
| 26.29.23.13.0175 | 779 | Front Ave | St. Paul | St Paul Public Housing Agency |

040163

| | | | | |
|---|---|---|---|---|
| 26.29.23.13.0215 | 849 | Front Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.23.14.0133 | 727 | Front Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.23.24.0107 | 1020 | Milton St N | St. Paul | St Paul Public Housing Agency |
| 26.29.23.32.0074 | 1008 | Topping St | St. Paul | St Paul Public Housing Agency |
| 26.29.23.33.0011 | 1033 | Hubbard Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.23.33.0120 | 1064 | Hubbard Ave | St. Paul | St Paul Public Housing Agency |
| 26.29.23.43.0052 | 749 | Minnehaha Ave W | St. Paul | St Paul Public Housing Agency |
| 26.29.23.43.0105 | 831 | Minnehaha Ave W | St. Paul | St Paul Public Housing Agency |
| 27.29.22.11.0029 | 1160 | Breen St | St. Paul | St Paul Public Housing Agency |
| 27.29.22.12.0051 | 1544 | Fellows Ln | St. Paul | St Paul Public Housing Agency |
| 27.29.22.12.0052 | 1544 | Fellows Ln | St. Paul | St Paul Public Housing Agency |
| 27.29.22.14.0013 | 1040 | Flandrau St | St. Paul | St Paul Public Housing Agency |
| 27.29.22.31.0028 | 936 | Barclay St | St. Paul | St Paul Public Housing Agency |
| 27.29.22.33.0037 | 1374 | Bush Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.22.33.0111 | 1341 | Reaney Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.22.34.0002 | 1534 | 7th St E | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 8: Results 211 to 240 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page



Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040163

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 27.29.22.34.0024 | 765 | Hazelwood St | St. Paul | St Paul Public Housing Agency |
| 27.29.22.41.0055 | 1763 | Stillwater Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.22.41.0085 | 1688 | Case Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.22.42.0097 | 1554 | York Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.22.43.0087 | 1610 | Reaney Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.22.43.0124 | 815 | Germain St | St. Paul | St Paul Public Housing Agency |
| 27.29.23.21.0090 | 1143 | Albert St N | St. Paul | St Paul Public Housing Agency |
| 27.29.23.31.0014 | 1358 | Taylor Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.23.34.0013 | 777 | Hamline Ave N | St. Paul | St Paul Public Housing Agency |
| 27.29.23.34.0111 | 787 | Holton St | St. Paul | St Paul Public Housing Agency |
| 27.29.23.43.0011 | 1258 | Hewitt Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.23.44.0041 | 1152 | Englewood Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.23.44.0071 | 1169 | Hubbard Ave | St. Paul | St Paul Public Housing Agency |
| 27.29.23.44.0125 | 1215 | Minnehaha Ave W | St. Paul | St Paul Public Housing Agency |

040164

| | | | | |
|---|---|---|---|---|
| 28.29.22.12.0141 | 1115 | Rose Ave E | St. Paul | St Paul Public Housing Agency |
| 28.29.22.13.0125 | 1145 | Cook Ave E | St. Paul | St Paul Public Housing Agency |
| 28.29.22.13.0186 | 1164 | Jenks Ave | St. Paul | St Paul Public Housing Agency |
| 28.29.22.21.0072 | 1007 | Jessamine Ave E | St. Paul | St Paul Public Housing Agency |
| 28.29.22.22.0079 | 893 | Magnolia Ave E | St. Paul | St Paul Public Housing Agency |
| 28.29.22.22.0144 | 842 | Geranium Ave E | St. Paul | St Paul Public Housing Agency |
| 28.29.22.23.0077 | 934 | Jenks Ave | St. Paul | St Paul Public Housing Agency |
| 28.29.22.23.0126 | 855 | Cook Ave E | St. Paul | St Paul Public Housing Agency |
| 28.29.22.24.0013 | 1076 | Cypress St | St. Paul | St Paul Public Housing Agency |
| 28.29.22.32.0147 | 875 | York Ave | St. Paul | St Paul Public Housing Agency |
| 28.29.22.42.0032 | 1081 | Sims Ave | St. Paul | St Paul Public Housing Agency |
| 28.29.22.44.0025 | 1253 | Ross Ave | St. Paul | St Paul Public Housing Agency |
| 28.29.23.34.0048 | 824 | Tatum St | St. Paul | St Paul Public Housing Agency |
| 29.29.22.11.0037 | 736 | Maryland Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.12.0080 | 691 | Magnolia Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.13.0138 | 618 | Lawson Ave E | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 9: Results 241 to 270 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 07-29-2005

Copyright 2003 Ramsey County

Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040165

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results 

Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 29.29.22.13.0160 | 595-626 | Jenks Ave | St. Paul | St Paul Public Housing Agency |
| 29.29.22.13.0204 | 1000 | Edgerton St | St. Paul | St Paul Public Housing Agency |
| 29.29.22.14.0085 | 769 | Lawson Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.14.0158 | 753 | Case Ave | St. Paul | St Paul Public Housing Agency |
| 29.29.22.22.0031 | 362 | Maryland Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.22.0068 | 422 | Rose Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.23.0093 | 416 | Cook Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.23.0171 | 440 | Magnolia Ave E | St. Paul | St Paul Public Housing Agency |
| 29.29.22.24.0022 | 1058 | Bradley St | St. Paul | St Paul Public Housing Agency |
| 29.29.22.24.0153 | 972 | Desoto St | St. Paul | St Paul Public Housing Agency |
| 29.29.22.31.0009 | 921 | Jessie St | St. Paul | St Paul Public Housing Agency |
| 29.29.23.24.0016 | 996 | Manvel St | St. Paul | St Paul Public Housing Agency |
| 29.29.23.43.0001 | 825 | Seal St | St. Paul | St Paul Public Housing Agency |
| 30.29.22.21.0006 | 4 | Maryland Ave E | St. Paul | St Paul Public Housing Agency |

040166

| | | | | |
|---|---|---|---|---|
| 30.29.22.22.0005 | 112 | Maryland Ave W | St. Paul | St Paul Public Housing Agency |
| 30.29.22.22.0158 | 45 | Magnolia Ave W | St. Paul | St Paul Public Housing Agency |
| 30.29.22.23.0159 | 89 | Front Ave | St. Paul | St Paul Public Housing Agency |
| 30.29.22.43.0142 | 837 | Agate St | St. Paul | St Paul Public Housing Agency |
| 31.29.22.12.0018 | 124 | Arch St E | St. Paul | St Paul Public Housing Agency |
| 31.29.22.13.0018 | 261 | University Ave E | St. Paul | St Paul Public Housing Agency |
| 31.29.22.22.0044 | 626 | Park St | St. Paul | St Paul Public Housing Agency |
| 31.29.22.34.0012 | 545 | Wabasha St N | St. Paul | St Paul Public Housing Agency |
| 31.29.22.34.0220 | 10 | Exchange St W | St. Paul | St Paul Public Housing Agency |
| 31.29.22.34.0279 | 555 | Wabasha St N | St. Paul | St Paul Public Housing Agency |
| 32.29.22.14.0165 | 740 | 4th St E | St. Paul | St Paul Public Housing Agency |
| 32.29.22.22.0044 | 651 | Desoto St | St. Paul | St Paul Public Housing Agency |
| 32.29.22.41.0084 | 245 | Maria Ave | St. Paul | St Paul Public Housing Agency |
| 32.29.23.13.0022 | 2202 | St Anthony Ave | St. Paul | St Paul Public Housing Agency |
| 32.29.23.13.0043 | 2230 | St Anthony Ave | St. Paul | St Paul Public Housing Agency |
| 32.29.23.24.0006 | 574 | Eustis St | St. Paul | St Paul Public Housing Agency |

Prev Page

Page 10: Results 271 to 300 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13

Next Page

Database Last Refreshed 07-29-2005

Copyright 2003 Ramsey County

Email: PropertyTaxInfo@co.ramsey.mn.us

040167

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 32.29.23.24.0022 | 2366 | St Anthony Ave | St. Paul | St Paul Public Housing Agency |
| 32.29.23.44.0001 | 344 | Cretin Ave N | St. Paul | St Paul Public Housing Agency |
| 33.29.22.11.0043 | 1281 | Margaret St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.14.0045 | 1268 | Fremont Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.22.14.0071 | 1232 | 5th St E | St. Paul | St Paul Public Housing Agency |
| 33.29.22.14.0161 | 501 | Griffith St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.21.0032 | 1036 | Beech St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.23.0209 | 868 | 3rd St E | St. Paul | St Paul Public Housing Agency |
| 33.29.22.32.0004 | 922 | Conway St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.33.0055 | 697 | Short St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.33.0088 | 74 | Maria Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.22.41.0026 | 1300 | Wilson Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.22.42.0013 | 1139 | Euclid St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.42.0099 | 1075 | Wilson Ave | St. Paul | St Paul Public Housing Agency |

040163

| | | | | |
|---|---|---|---|---|
| 33.29.22.42.0136 | 1098 | Wakefield Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.22.43.0081 | 1062 | Pacific St | St. Paul | St Paul Public Housing Agency |
| 33.29.22.43.0109 | 1075 | Suburban Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.22.44.0027 | 1210 | Pacific St | St. Paul | St Paul Public Housing Agency |
| 33.29.23.11.0176 | 1673 | Lafond Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.23.12.0159 | 1793 | Blair Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.23.14.0128 | 1684 | Edmund Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.23.33.0108 | 2036 | Iglehart Ave | St. Paul | St Paul Public Housing Agency |
| 33.29.23.44.0093 | 1635 | Marshall Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.22.12.0089 | 1553 | Beech St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.13.0067 | 1635 | 3rd St E | St. Paul | St Paul Public Housing Agency |
| 34.29.22.13.0110 | 1573 | Conway St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.14.0082 | 1675 | Fremont Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.22.23.0053 | 1365 | 3rd St E | St. Paul | St Paul Public Housing Agency |
| 34.29.22.31.0040 | 479 | Birmingham St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.31.0084 | 1529 | Old Hudson Rd | St. Paul | St Paul Public Housing Agency |

Prev Page
Page 11: Results 301 to 330 of 390
1 2 3 4 5 6 7 8 9 10 11 12 13
Next Page

Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

040169

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 34.29.22.33.0082 | 260 | Point Douglas Rd N | St. Paul | St Paul Public Housing Agency |
| 34.29.22.34.0005 | 1521 | Pacific St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.41.0011 | 1728 | Conway St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.41.0076 | 1699 | Euclid St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.42.0030 | 1624 | Euclid St | St. Paul | St Paul Public Housing Agency |
| 34.29.22.43.0048 | 1655 | Mclean Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.22.43.0077 | 1576 | Mclean Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.22.44.0035 | 1683 | Burns Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.23.11.0049 | 637 | Lexington Pky N | St. Paul | St Paul Public Housing Agency |
| 34.29.23.11.0158 | 1167 | Blair Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.23.11.0217 | 1171 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.23.13.0004 | 1232 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.23.21.0100 | 1382 | Lafond Ave | St. Paul | St Paul Public Housing Agency |
| 34.29.23.24.0018 | 1387 | Edmund Ave | St. Paul | St Paul Public Housing Agency |

040170

| | | | | |
|---|---|---|---|---|
| 34.29.23.33.0073 | 1485 | Iglehart Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.22.11.0014 | 2150 | Minnehaha Ave E | St. Paul | St Paul Public Housing Agency |
| 35.29.22.11.0146 | 2209 | 5th St E | St. Paul | St Paul Public Housing Agency |
| 35.29.22.12.0038 | 2091 | Margaret St | St. Paul | St Paul Public Housing Agency |
| 35.29.22.13.0091 | 2137 | Conway St | St. Paul | St Paul Public Housing Agency |
| 35.29.22.14.0052 | 2240 | Fremont Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.22.14.0081 | 2210 | 3rd St E | St. Paul | St Paul Public Housing Agency |
| 35.29.22.22.0111 | 1811 | Margaret St | St. Paul | St Paul Public Housing Agency |
| 35.29.22.23.0099 | 1891 | Conway St | St. Paul | St Paul Public Housing Agency |
| 35.29.22.24.0094 | 1927 | Fremont Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.22.41.0054 | 2199 | Wilson Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.22.43.0003 | 280 | Ruth St | St. Paul | St Paul Public Housing Agency |
| 35.29.22.43.0021 | 2111 | Suburban Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.22.43.0057 | 2122 | Scenic Pl | St. Paul | St Paul Public Housing Agency |
| 35.29.23.11.0162 | 700 | Lafond Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.12.0198 | 748 | Lafond Ave | St. Paul | St Paul Public Housing Agency |

Prev Page    Page 12: Results 331 to 360 of 390    Next Page
1 2 3 4 5 6 7 8 9 10 11 12 13

Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

040171

RRInfo Information from Ramsey County's Department of Property Records & Revenue

RRInfo Home | Tips | User Admin | Tax & Property Characteristic | Recorded Document | Contact Us | Logout

Tax & Property Characteristic Information

New Property Search > Property Search Results  Note: Click on a PIN (Property ID#) to continue

| PIN (Property ID#) | Number | Street Address | City | Name |
|---|---|---|---|---|
| 35.29.23.13.0157 | 830 | Charles Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.14.0056 | 695 | Edmund Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.22.0173 | 1085 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.23.0007 | 1008 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.24.0079 | 905 | Sherburne Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.31.0040 | 961 | Fuller Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.31.0085 | 946 | Central Ave W | St. Paul | St Paul Public Housing Agency |
| 35.29.23.31.0162 | 873 | Fuller Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.31.0182 | 909 | Central Ave W | St. Paul | St Paul Public Housing Agency |
| 35.29.23.33.0025 | 1029 | Carroll Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.34.0101 | 946 | Carroll Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.42.0133 | 782 | Fuller Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.43.0028 | 805 | Carroll Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.43.0047 | 753 | Iglehart Ave | St. Paul | St Paul Public Housing Agency |

040173

| | | | | |
|---|---|---|---|---|
| 35.29.23.43.0081 | 793 | Iglehart Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.43.0123 | 838 | Iglehart Ave | St. Paul | St Paul Public Housing Agency |
| 35.29.23.44.0025 | 667 | Carroll Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.12.0108 | 273 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.12.0160 | 632 | Farrington St | St. Paul | St Paul Public Housing Agency |
| 36.29.23.13.0057 | 286 | Edmund Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.21.0005 | 406 | Minnehaha Ave W | St. Paul | St Paul Public Housing Agency |
| 36.29.23.21.0066 | 465 | Van Buren Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.21.0106 | 465 | Blair Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.21.0133 | 418 | Lafond Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.21.0199 | 455 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.22.0022 | 519 | Van Buren Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.23.0252 | 554 | Thomas Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.32.0083 | 554 | Central Ave | St. Paul | St Paul Public Housing Agency |
| 36.29.23.32.0084 | 375 | Mackubin St | St. Paul | St Paul Public Housing Agency |
| 36.29.23.43.0013 | 280 | Ravoux St | St. Paul | St Paul Public Housing Agency |

Prev Page Page 13: Results 361 to 390 of 390 Next Page
1 2 3 4 5 6 7 8 9 10 11 12 13



Database Last Refreshed 07-29-2005
Copyright 2003 Ramsey County
Email: PropertyTaxInfo@co.ramsey.mn.us

</html

040173