Please note: Under the Data Practices Act, the complainant's name, address and telephone numbers are private. This information can not be given out.

**RR Exists?** No.

| In Date | ID# - Status | Complainant - Subtype - Details | Response / Results |
|---|---|---|---|
| 12/19/01 | 01 242377<br>Closed | Complainant: ███████<br>COFO - #717 - THERMOSTAT DOESN'T WORK. APT HAS DUST PROBLEMS FROM HEATING SYSTEM. MAKES TENANT SICK. | **CSO Complaint Admin**<br>Assigned To: CSO Complaint Analyst Pool 651-266-8989<br><br>**Fire Prevention Response**<br>Assigned To: Mondry, Nancy 651-228-6273<br>12/20/2001: Orders Issued - No Inspection<br>1/3/2002: Correction Orders<br>1/28/2002: Comply |

**1 Complaint for 280 Ravoux St**

**Status Key:**

Open = Not responded to
Under Review = At least one referred dept has entered a response
Callback Pending = Closed except for callback to complainant
Closed = Completed

044545

Please note: Under the Data Practices Act, the complainant's name, address and telephone numbers are private. This information can not be given out.

**RR Exists? No.**

| In Date | ID# - Status | Complainant - Subtype - Details | Response / Results |
|---|---|---|---|
| 7/7/04 | 04 115194 Closed | Special Exterior - misc. boarding and securing | **CSO Complaint Admin** <br> Assigned To: CSO Complaint Analyst Pool 651-266-8989 <br><br> **CSO Vacant Building Response** <br> Assigned To: Magner, Steve 651-266-1928 <br> 7/6/2004: Close - Boarding/Securing (Abated) |

1 Complaint for 10 Exchange St E

044546

## Complaint Report For 10 Exchange St W

Please note: Under the Data Practices Act, the complainant's name, address and telephone numbers are private. This information can not be given out.

**RR Exists? No.**

| In Date | ID# - Status | Complainant - Subtype - Details | Response / Results |
|---|---|---|---|
| 12/21/01 | 01 242712 Closed | COFO - ASBESTOS PROBLEM IN THE BUILDING. CONSTRUCTION WORK BEING DONE IN THE BUILDING THAT IS CAUSING DUST PROBLEMS IN THE BUILDING. COMPLAINANT THINKS DUST IS FULL OF ASBESTOS. | **CSO Complaint Admin** <br> Assigned To: CSO Complaint Analyst Pool 651-266-8989 <br><br> **Fire Prevention Response** <br> Assigned To: Mondry, Nancy 651-228-6273 <br> 12/27/2001: Closed with Comments |
| 7/30/02 | 02 142443 Closed | COFO - Buzzer to let the company/friends into bldg does not work...has not worked for the entire month of July. It is has been in disrepair than repair since it was installed. People have to go to the main door to allow relatives/friends into the bldg. This is a nuisance and a hardship for some of the tenants in the building. Management is always slow to make repairs. | **CSO Complaint Admin** <br> Assigned To: CSO Complaint Analyst Pool 651-266-8989 <br><br> **Fire Prevention Response** <br> Assigned To: Mondry, Nancy 651-228-6273 <br> 7/31/2002: Under Investigation (RF) <br> 8/16/2002: Comply |

**2 Complaints for 10 Exchange St W**

044547

# Complaint Report For 10 Exchange St W Apt 1004

Please note: Under the Data Practices Act, the complainant's name, address and telephone numbers are private. This information can not be given out.

**RR Exists? No.**

| In Date | ID# - Status | Complainant - Subtype - Details | Response / Results |
|---|---|---|---|
| 12/28/01 | 01 243475 Closed | Complainant: Roger Rhodes 651-665-9657  10 Exchange St W Apt 1004 St Paul Mn<br>Pollution - Asbestos suspected in building; people working on ceiling tipped him off on asbestos; please contact complainant Roger Rhodes in Apt. 1004 before inspection: 665-9657 | **CSO Complaint Admin**<br>Assigned To: CSO Complaint Analyst Pool 651-266-8989<br><br>**LIEP Env Health Response**<br>Assigned To: CSO Complaint Analyst Pool 651-266-8989<br>1/2/2002: Referred |

**1 Complaint for 10 Exchange St W Apt 1004**

---
**Status Key:**
Open = Not responded to
Under Review = At least one referred dept has entered a response
Callback Pending = Closed except for callback to complainant
Closed = Completed

---

044548