# MCDONOUGH HOMES

## Location:  North end of city.

## 580 Units

## Street Names:

## Arlington

## Biglow

## Klainert

## Timberlake

044549

# The City of Saint Paul
### Minnesota's Capital City




**Map**   **Info**   **Main**   **City Contact**   **Web Contact**

## 1471 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 205824 000 00 CO | 1471 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Oct 22, 2007 | Pending |
| 03 386524 000 00 CO | 1471 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Aug 12, 2005<br><br>Inspection Results (most recent first):<br>11/29/2005: Approved<br>1. 1471 E: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>2. 1471 E: Exit Obstruction MSFC 1011.2 (Abated - 2nd reinspection) - Severity 4<br>3. 1471 C: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>4. 1471 C: Repair Interior Walls SPLC 34.10 (7), 34.33 (6) (Abated - 2nd reinspection) - Severity 4<br>5. 1471 G: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>6. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5<br><br>10/21/2005: Correction Orders | Certified |
| 01 220366 000 00 CO | 1471 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Jul 30, 2003<br><br>Inspection Results (most recent first):<br>10/31/2003: Approved<br>1. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>2. UNIT G: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>3. UNIT H: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br><br>09/17/2003: Correction Orders<br><br>08/12/2003: Correction Orders | History |
| 01 021535 | 1471 | Certificate of Occupancy | | History |

044550

| 000 00 CO | TIMBERLAKE ROAD | | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Apr 22, 2001 | |
|---|---|---|---|---|
| | | | Inspection Results (most recent first):<br>08/22/2001: Approved<br>1. UNIT C: Repair Interior Walls SPLC 34.10 (7), 34.33 (6) (Abated - 2nd reinspection) - Severity 4<br>2. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1 | |
| | | | 06/25/2001: Correction Orders | |
| 00 149691<br>EXP 00 B | 1471<br>TIMBERLAKE ROAD | Reshingle (w/TearOff). | Building Permit<br>Type: Residential (Multi-Fam) Express Repair<br>Issued Date: 11/14/2000<br>Final Date: 03/26/2001<br>Contractor: Twin City Roofing Constr Specialists Inc<br>State Valuation: $9,167.00 | Closed |
| | | | Activity (most recent first):<br>Final Inspection: 03/26/2001: Permit Closed | |
| | | | Preliminary Inspection: 12/01/2000: No Action | |

Move Top

044551



The City of Saint Paul
Minnesota's Capital City



**Map** | **Info** | **Main** | **City Contact** | **Web Contact**

## 1475 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 218615 000 00 CO | 1475 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Nov 19, 2007 | Pending |
| 05 181277 000 00 RF | 1475 TIMBERLAKE ROAD | 1479 TIMERLAKE RD - APT E - UNIT STILL HAS MICE. THE OUTSIDE OF BUILDING NEEDS TO BE PATCHED. EXTERMINATOR COMES BUT THAT DOESN'T STOP IT. | Referral Type: Citizen Complaint Entered on: 10/18/2005 Closed on: 11/15/2005 | Closed |
| 03 386527 000 00 CO | 1475 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Aug 12, 2005 <br><br> Inspection Results (most recent first): 12/16/2005: Approved 1. UNIT C: Exit Obstruction MSFC 1011.2 (Abated - 2nd reinspection) - Severity 4 2. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5 3. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5 4. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5 5. UNIT B: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5 <br><br> 11/17/2005: Correction Orders | Certified |
| 01 220367 000 00 CO | 1475 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Jul 30, 2003 <br><br> Inspection Results (most recent first): 10/31/2003: Approved 1. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5 2. UNIT E: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5 3. UNIT G: Heating Equipment Maintenance SPLC 34.11 | History |

044552

(6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders

08/12/2003: Correction Orders

| 01 021835 000 00 CO | 1475 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Apr 22, 2001 | History |

Inspection Results (most recent first):
08/22/2001: Approved
1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1

06/25/2001: Correction Orders

| 00 149684 EXP 00 B | 1475 TIMBERLAKE ROAD | Reshingle(w/TearOff). | Building Permit Type: Residential (Multi-Fam) Express Repair Issued Date: 11/14/2000 Final Date: 12/06/2000 Contractor: Twin City Roofing Constr Specialists Inc State Valuation: $9,167.00 | Closed |

Activity (most recent first):
Final Inspection: 12/06/2000: Permit Closed

Back Top

044553





# The City of Saint Paul
Minnesota's Capital City

| Map | Info | Main | City Contact | Web Contact |

## 1479 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

## Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

## List of Activity...

| Number | Address | Description | Details | | Status |
|---|---|---|---|---|---|
| 05 143930 000 00 RF | 1479 TIMBERLAKE ROAD | UNIT E - MICE IN UNIT. - COULD BE PART OF 1475 TIMBERLAKE | Referral Type: Citizen Complaint Entered on: 08/10/2005 | | Closed |

Move Top

044554





## The City of Saint Paul
Minnesota's Capital City

**Map | Info | Main | City Contact | Web Contact**

### 1487 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 206299 000 00 CO | 1487 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Oct 15, 2007 | Pending |
| 03 386529 000 00 CO | 1487 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Aug 12, 2005 | Certified |

**Inspection Results (most recent first):**
11/30/2005: Approved
1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

11/15/2005: Correction Orders
1. 1487A: Repair Interior Floors SPLC 34.10 (7), 34.33 (6) (Abated - 2nd reinspection) - Severity 4
2. 1487A: Unit Light/Ventilation SPLC 34.14 (Abated - 2nd reinspection) - Severity 3
3. 1487D: Unit Light/Ventilation SPLC 34.14 (Abated - 2nd reinspection) - Severity 3
4. 1487E: Provide GFCI SPLC 34.14 (2) c (Abated - 2nd reinspection) - Severity 5
5. 1487F: Unit Illegal Locks MSFC 1003.3.1.8 (Abated - 2nd reinspection) - Severity 4

10/15/2005: Correction Orders

| 01 022250 000 00 CO | 1487 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Jul 30, 2003 | History |

**Inspection Results (most recent first):**
10/31/2003: Approved
1. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT E: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
3. UNIT G: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders
1. UNIT D: Ext. Window Glass SPLC 34.09 (3), 34.32 (3) (Abated - 2nd reinspection) - Severity 2

044555

2. UNIT G: Repair Ceilings SPLC 34.10 (7), 34.33 (6)
(Abated - 2nd reinspection) - Severity 4

08/12/2003: Correction Orders

| 00 149683 EXP 00 B | 1487 TIMBERLAKE ROAD | Reshingle (w/TearOff). | **Building Permit**<br>**Type: Residential (Multi-Fam) Express Repair**<br>**Issued Date: 11/14/2000**<br>**Final Date: 01/24/2001**<br>**Contractor: Twin City Roofing Constr Specialists Inc**<br>**State Valuation: $9,167.00** | Closed |

Activity (most recent first):
Final Inspection: 01/24/2001: Permit Closed

Move Top

044556



## The City of Saint Paul
Minnesota's Capital City



| Map | Info | Main | City Contact | Web Contact |

### 1491 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 06 004528 000 00 CO | 1491 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Dec 12, 2007 | Pending |
| 03 397050 000 00 CO | 1491 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Aug 12, 2005 | Certified |

Inspection Results (most recent first):
01/10/2006: Approved
1. UNIT C: Interior Unsanitary SPLC 34.10 (5), 34.33 (4), 34.16 (Abated - 2nd reinspection) - Severity 8
2. UNIT D: Exit Obstruction MSFC 1011.2 (Abated - 2nd reinspection) - Severity 4
3. UNIT D: Excessive Accumulation Of Materials MN Stat 299F.18 (Abated - 2nd reinspection) - Severity 8
4. UNIT D: Interior Unsanitary SPLC 34.10 (5), 34.33 (4), 34.16 (Abated - 2nd reinspection) - Severity 8
5. UNIT D: Unit Ilegal Locks MSFC 1003.3.1.8 (Abated - 2nd reinspection) - Severity 4
6. UNIT G: Unit Ilegal Locks MSFC 1003.3.1.8 (Abated - 2nd reinspection) - Severity 4
7. UNIT A: Overcrowding Sleeping Unit SPLC 34.13, (3), SPLC 34.17 (2) (Abated - 2nd reinspection) - Severity 7

12/12/2005: Correction Orders

| 01 222982 000 00 CO | 1491 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Jul 30, 2003 | History |

Inspection Results (most recent first):
11/17/2003: Approved
1. UNIT E: Repair Ceilings SPLC 34.10 (7), 34.33 (6) (Abated - 4th reinspection) - Severity 4

10/31/2003: Correction Orders
1. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT E: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
3. UNIT G: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

044557

**09/17/2003: Correction Orders**
**1. UNIT A: Window Screen SPLC 34.09 (3), 34.32 (3)**
**(Abated - 2nd reinspection) - Severity 2**

**08/12/2003: Correction Orders**

| 01 022280 000 | 1491 | | |
|---|---|---|---|
| 00 CO | TIMBERLAKE | | |
| | ROAD | | |

**Certificate of Occupancy**                                                    History
**Type: Residential**
**Occupancy Type: PHA**
**Residential Units: 7**
**Renewal Due Date: Apr 22, 2001**

**Inspection Results (most recent first):**
**09/11/2001: Approved**
**1. UNIT F: Discontinue Use of Extension Cords MSFC 605.5**
**(Abated - 3rd reinspection) - Severity 2**

**08/22/2001: Correction Orders**
**1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34**
**(Abated - 2nd reinspection) - Severity 5**

**06/26/2001: Correction Orders**

Move top

044558



The City of Saint Paul
Minnesota's Capital City



| Map | Info | Main | City Contact | Web Contact |

## 1541 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 06 000612 000 00 CO | 1541 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Oct 5, 2007 | Pending |
| 05 150575 SandC 00 E | 1541 TIMBERLAKE ROAD APT F | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 08/29/2005<br>Final Date: 09/14/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $500.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 09/15/2005: Final<br>09/14/2005: Final<br>07/26/2005: Approved | Finaled |
| 05 150573 SandC 00 E | 1541 TIMBERLAKE ROAD APT E | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 08/29/2005<br>Final Date: 09/14/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $500.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 09/14/2005: Final<br>07/26/2005: Approved | Finaled |
| 05 150570 SandC 00 E | 1541 TIMBERLAKE ROAD APT D | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 08/29/2005<br>Final Date: 09/14/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $500.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 09/14/2005: Final<br>07/26/2005: Approved | Finaled |
| 05 149502 PLB 00 PG | 1541 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 08/25/2005<br>Final Date: 09/14/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $9,000.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 09/13/2005: Final<br>08/25/2005: Approved<br>08/22/2005: Approved | Finaled |
| 05 147668 | 1541 | | Warm Air, Ventilation and General Sheet | Finaled |

044559

|  |  |  |  |  |
|---|---|---|---|---|
| VEN 00 W | TIMBERLAKE ROAD APT F | | Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 08/23/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final | |
| 05 147662<br>VEN 00 W | 1541<br>TIMBERLAKE ROAD APT E | | Web Application Review-Warm Air: 08/23/2005: Approved to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 08/23/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final | Finaled |
| 05 147651<br>VEN 00 W | 1541<br>TIMBERLAKE ROAD APT D | | Web Application Review-Warm Air: 08/23/2005: Approved to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 08/23/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final | Finaled |
| 05 136367<br>SandC 00 E | 1541<br>TIMBERLAKE ROAD | | Web Application Review-Warm Air: 08/23/2005: Approved to Pay<br>Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 07/27/2005<br>Final Date: 08/12/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 08/12/2005: Final<br>07/26/2005: Approved | Finaled |
| 05 136364<br>SandC 00 E | 1541<br>TIMBERLAKE ROAD | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 07/27/2005<br>Final Date: 08/12/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 08/12/2005: Final<br>07/26/2005: Approved | Finaled |
| 05 136361<br>SandC 00 E | 1541<br>TIMBERLAKE ROAD | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 07/27/2005<br>Final Date: 08/12/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 08/12/2005: Final<br>07/26/2005: Approved | Finaled |
| 04 149866<br>REM 00 B | 1541<br>TIMBERLAKE ROAD | ADDITION TO PERMIT #04-138122, PERMIT FEES DUE | Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 09/30/2004<br>Contractor: Socon Construction Inc<br>State Valuation: $305,548.75<br><br>Activity (most recent first): | Inspected |

044560

Building Permit Inspection: 09/14/2005: Inspection Done

Warm Air/Ventilation Review: 09/23/2004: Approved

Electrical Review: 09/23/2004: Approved

Architectural (C) Review: 09/23/2004: Preliminary Plan Check
09/23/2004: Approved

| 04 138122 REM 00 B | 1541 TIMBERLAKE ROAD | **Building Permit** Type: Residential (Multi-Fam) Remodel Issued Date: 09/20/2004 Contractor: Socon Construction Inc State Valuation: $44,451.25 | Inspected |
|---|---|---|---|

Activity (most recent first):
Building Permit Inspection: 09/13/2005: Inspection Done
08/12/2005: Inspection Done

Warm Air/Ventilation Review: 09/17/2004: Minor Permit Alert

Electrical Review: 09/17/2004: Minor Permit Alert

Architectural (C) Review: 09/17/2004: Approved
08/27/2004: Preliminary Plan Check

| 03 386548 000 00 CO | 1541 TIMBERLAKE ROAD | **Certificate of Occupancy** Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Aug 12, 2005 | Certified |
|---|---|---|---|

Inspection Results (most recent first):
12/30/2005: Approved
1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

11/14/2005: Correction Orders
1. 1541B : Exit Obstruction MSFC 1011.2 (Abated - 2nd reinspection) - Severity 4

10/05/2005: Correction Orders

| 01 023169 000 00 CO | 1541 TIMBERLAKE ROAD | **Certificate of Occupancy** Type: Residential Occupancy Type: PHA Residential Units: 7 Renewal Due Date: Jul 30, 2003 | History |
|---|---|---|---|

Inspection Results (most recent first):
10/31/2003: Approved
1. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
3. UNIT E: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders

08/12/2003: Correction Orders

| 00 117981 SandC 00 E | 1541 TIMBERLAKE ROAD | **Electrical Permit** Type: Service and Circuits Residential Repair/Alter Issued Date: 02/01/2000 Final Date: 06/02/2000 Contractor: White Bear Electric, Inc. Estimated Value: $3,500.00 | Finaled |
|---|---|---|---|

Activity (most recent first):
MAIN-Electrical Inspection: 06/02/2000: Final

| 00 117609 | 1541 | **Water Utility** | Finaled |
|---|---|---|---|

044561

| | | | |
|---|---|---|---|
| WUT 00 WU | TIMBERLAKE ROAD | Type: Water Utility Commercial Remodel<br>Issued Date: 01/26/2000<br>Final Date: 04/11/2001<br>Contractor: B J And M Plbg and Htg CO<br>Estimated Value: $4,200.00 | |
| 00 117608<br>PLB 00 PL | 1541<br>TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Water Utility Inspection: 04/10/2001: Final<br>Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Commercial Repair/Alter<br>Issued Date: 01/26/2000<br>Final Date: 04/11/2001<br>Contractor: B J And M Plbg and Htg CO<br>Estimated Value: $4,200.00 | Finaled |
| 00 117553<br>VEN 00 W | 1541<br>TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/10/2001: Final<br>02/03/2000: Approved<br>01/25/2000: Preliminary<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 01/26/2000<br>Final Date: 03/30/2000<br>Contractor: Fore Mechanical Inc<br>Estimated Value: $2,750.00 | Finaled |
| 00 116206<br>REM 00 B | 1541<br>TIMBERLAKE ROAD APT G | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 03/29/2000: Final<br>03/24/2000: Approved<br>01/26/2000: Approved<br>Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 01/10/2000<br>Final Date: 04/07/2000<br>Contractor: Bnm Construction<br>State Valuation: $65,000.00 | Finaled |

Activity (most recent first):
Final Inspection: 05/15/2000: Final

Framing Inspection: 05/03/2000: Approved

Preliminary Inspection: 04/13/2000: Approved

Plaster Inspection: 02/10/2000: Approved

Preliminary Inspection: 02/01/2000: Approved
01/11/2000: No Action

Architectural (C) Review: 01/07/2000: Preliminary Plan Check
01/07/2000: Approved

Final Inspection: 01/05/2000: Approved

Move Top

044562

 The City of Saint Paul
Minnesota's Capital City



| Map | Info | Main | City Contact | Web Contact |

## 1544 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | RM1 | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 06 091525 STM 00 M | 1544 TIMBERLAKE ROAD - McDonough Public Housing | | Mechanical Permit Type: Steam or Hot Water Commercial Replace Issued Date: 06/01/2006 Final Date: 06/02/2006 Contractor: Galaxy Mechanical Inc. Estimated Value: $4,800.00 <br><br>Activity (most recent first): MAIN-Mechanical Inspection: 06/01/2006: Final | Finaled |
| 06 088036 000 00 SR | McDonough Homes Site Renovation Phase 3 | | Site Plan Review Type: Other Site Work Work Type: Multi-family Residential Entered on: 05/25/2006 | Approved |
| 06 059919 GAS 00 M | 1544 TIMBERLAKE ROAD - McDonough Public Housing | | Mechanical Permit Type: Gas Commercial Replace Issued Date: 03/31/2006 Final Date: 06/02/2006 Contractor: Galaxy Mechanical Inc. Estimated Value: $10,400.00 <br><br>Activity (most recent first): MAIN-Mechanical Inspection: 06/01/2006: Final | Finaled |
| 06 021095 SandC 00 E | 1544 TIMBERLAKE ROAD - McDonough Public Housing | | Electrical Permit Type: Service and Circuits Commercial Repair/Alter Issued Date: 02/16/2006 Contractor: Solberg Electric Inc Estimated Value: $1,600.00 <br><br>Activity (most recent first): MAIN-Electrical Inspection: 04/04/2006: Approved by Location | Inspected |
| 06 005659 SSP 00 EG | 1544 TIMBERLAKE ROAD | MCDONOUGH COMMUNITY CENTER - ADD 8 HEADS UNDER MEZZ. | Engineering Type: Sprinkler / Standpipe Permit Work Type: Existing Building - Alter Systems Entered on: 01/12/2006 Closed on: 04/05/2006 | Finaled |
| 06 002456 000 00 RF | 1544 TIMBERLAKE ROAD | Follow up on C of O folder approved with corrections. | Referral Type: C of O Entered on: 01/06/2006 Closed on: 01/24/2006 | Closed |
| 06 002455 000 00 CO | 1544 TIMBERLAKE ROAD | 192922120035 | Certificate of Occupancy Type: Institutional Occupancy Type: Day Care Center gt 10 Children Renewal Due Date: Nov 14, 2008 | Pending |
| 05 151733 GSM 00 W | 1544 TIMBERLAKE ROAD RM 10 | | Warm Air, Ventilation and General Sheet Type: General Sheet Metal Commercial Replace Issued Date: 08/30/2005 | Finaled |

044563

| | | | | |
|---|---|---|---|---|
| | | | Final Date: 01/25/2006<br>Contractor: MandS Roofing Inc<br>Estimated Value: $4,900.00 | |
| 05 151714<br>EXP 00 B | 1544<br>TIMBERLAKE<br>ROAD RM 10 | | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 01/25/2006: Final<br>Building Permit<br>Type: Commercial Express Repair<br>Issued Date: 08/30/2005<br>Contractor: MandS Roofing Inc<br>State Valuation: $60,000.00 | Active/Issued |
| 03 293472<br>ELC 00 E | 1544<br>TIMBERLAKE<br>ROAD | | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 05/01/2003<br>Final Date: 05/02/2003<br>Contractor: Summit Electric Corporation<br>Estimated Value: $200.00 | Finaled |
| 03 251193<br>000 00 CO | 1544<br>TIMBERLAKE<br>ROAD | 192922120035 | Activity (most recent first):<br>MAIN-Electrical Inspection: 05/02/2003: Final<br>Certificate of Occupancy<br>Type: Institutional<br>Occupancy Type: Day Care Center gt 10 Children<br>Renewal Due Date: Nov 21, 2005 | Certified |
| | | | Inspection Results (most recent first):<br>01/06/2006: Approved w/Corrections<br>1. PHA UPSTAIRS: Provide Directional Exit Sign MSFC<br>1010.1, 1003.2.10 (Abated - 2nd reinspection) - Severity<br>5<br>2. PHA UPSTAIRS: Emergency Lighting Required MSFC<br>1010.5 (Deficiency - 2nd reinspection) - Severity 7<br>3. PHA UPSTAIRS: Misc. Equip.Repair and Maintain SPLC<br>34.12 (2), 34.35 (1) (Abated - 2nd reinspection) -<br>Severity 5<br>4. PHA-COMPUTER LAB: Discontinue Use of Extension<br>Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>5. RM 132: Res. Interior Allow Access SPLC 34.19 (Abated<br>- 2nd reinspection) - Severity 2<br>6. SHOP: Sprinkler Does Not Protect Hazard MSFC 901.6<br>(Deficiency - 2nd reinspection) - Severity 1<br>7. SMALL GYM SIDE EXIT: Fire Doors MSFC 703 (as<br>amended) (Abated - 2nd reinspection) - Severity 6<br>8. THROUGH OUT BUILDING: Provide Emerg. Power To<br>Exit Sign MSFC 1010.4 (Abated - 2nd reinspection) -<br>Severity 7<br>9. Sprinkler Annual Testing MSFC 901.6 (Abated - 1st<br>inspection) - Severity 4<br><br>11/14/2005: Correction Orders | |
| 02 139223<br>SIT 00 EG | 1544<br>TIMBERLAKE<br>ROAD | McDonough<br>Homes site<br>renovations -<br>Phase 1B. | Engineering<br>Type: Site Plan<br>Work Type: Existing Building - Alter Systems<br>Entered on: 07/16/2002<br>Closed on: 07/19/2002 | Finaled |
| 02 135441<br>SIT 00 EG | 1544<br>TIMBERLAKE<br>ROAD | McDonough<br>Homes site<br>renovations -<br>Phase 1. | Engineering<br>Type: Site Plan<br>Work Type: Existing Building - New Systems<br>Entered on: 06/27/2002<br>Closed on: 07/19/2002 | Finaled |
| 02 110712<br>SIT 00 EG | 1544<br>TIMBERLAKE<br>ROAD | McDonough<br>Homes-site<br>renovations. | Engineering<br>Type: Site Plan<br>Work Type: Existing Building - New Systems<br>Entered on: 04/16/2002<br>Closed on: 07/15/2002 | Finaled |
| 02 109667<br>000 00 SR | McDonough<br>Homes Site<br>Renovation<br>Phase 1 | | Site Plan Review<br>Type: Other Site Work<br>Work Type: Multi-family Residential<br>Entered on: 04/11/2002 | Completed |
| 01 023225<br>INS 00 CO | 1544<br>TIMBERLAKE | 30 DAY 2/26/03 | Certificate of Occupancy<br>Type: Institutional | History |

044564

ROAD

**Occupancy Type: Day Care Center gt 10 Children**
**Renewal Due Date: Jul 25, 2002**

**Inspection Results (most recent first):**
01/23/2003: Approved
1. Fire Alarm Annual Testing MSFC 907.20 as amended
(Abated - 3rd reinspection) - Severity 4
2. Fire Extinguisher Location MSFC 906.1, MN Stat.
299F.361 (Abated - 3rd reinspection) - Severity 6
3. Storage Clearance to Sprinkler Head MSFC 315.2.1
(Abated - 3rd reinspection) - Severity 4
4. Post Certificate of Occupancy SPLC 33.05 (Abated - 3rd
reinspection) - Severity 2

12/24/2002: Correction Orders
1. Sprinkler Annual Testing MSFC 901.6 (Abated - 2nd
reinspection) - Severity 4
2. Misc. Equip.Repair and Maintain SPLC 34.12 (2), 34.35
(1) (Abated - 2nd reinspection) - Severity 5

11/20/2002: Correction Orders

00 150906    1544
SandC 00 E  TIMBERLAKE
ROAD

**Electrical Permit**                                           Finaled
**Type: Service and Circuits Commercial Repair/Alter**
**Issued Date: 11/22/2000**
**Final Date: 12/15/2000**
**Contractor: Peoples Electric Company Inc**
**Estimated Value: $200.00**

**Activity (most recent first):**
MAIN-Electrical Inspection: 12/15/2000: Final

044565

 *The City of Saint Paul*
Minnesota's Capital City



**Map** | **Info** | **Main** | **City Contact** | **Web Contact**

## 1545 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description / Details | Status |
|---|---|---|---|
| 06 006671 000 00 CO | 1545 TIMBERLAKE ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Jan 7, 2008 | Pending |
| 05 136358 SandC 00 E | 1545 TIMBERLAKE ROAD | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 07/27/2005<br>Final Date: 08/12/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 08/12/2005: Final<br>07/28/2005: Approved | Finaled |
| 05 136354 SandC 00 E | 1545 TIMBERLAKE ROAD | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 07/27/2005<br>Final Date: 08/12/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 08/12/2005: Final<br>07/25/2005: Approved | Finaled |
| 05 135990 PLB 00 W | 1545 TIMBERLAKE ROAD | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 07/25/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,000.00 | Active/Issued |
| 05 135988 PLB 00 PG | 1545 TIMBERLAKE ROAD | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 07/25/2005<br>Final Date: 08/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $9,000.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 08/12/2005: Final<br>07/22/2005: Approved | Finaled |
| 05 135985 WAV 00 W | 1545 TIMBERLAKE ROAD | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 07/25/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,000.00<br><br>Activity (most recent first): | Finaled |

044566

| | | | |
|---|---|---|---|
| 05 135982<br>PLB 00 PG | 1545<br>TIMBERLAKE<br>ROAD | MAIN-Warm Air/VentilationInspection: 02/02/2006: Final<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 07/25/2005<br>Final Date: 08/15/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $10,000.00 | Finaled |
| 05 131203<br>PLB 00 PG | 1545<br>TIMBERLAKE<br>ROAD | Activity (most recent first):<br>MAIN-Plumbing Inspection: 08/12/2005: Final<br>07/25/2005: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 07/14/2005<br>Final Date: 07/25/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $10,000.00 | Finaled |
| 05 126231<br>VEN 00 W | 1545<br>TIMBERLAKE<br>ROAD D | Activity (most recent first):<br>MAIN-Plumbing Inspection: 07/12/2005: Final<br>06/24/2005: Approved by Location<br>06/21/2005: Approved by Location<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 07/01/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 126224<br>VEN 00 W | 1545<br>TIMBERLAKE<br>ROAD APT E | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final<br><br>Web Application Review-Warm Air: 07/01/2005: Approved<br>to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 07/01/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 126220<br>VEN 00 W | 1545<br>TIMBERLAKE<br>ROAD APT F | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final<br><br>Web Application Review-Warm Air: 07/01/2005: Approved<br>to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 07/01/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 126215<br>VEN 00 W | 1545<br>TIMBERLAKE<br>ROAD G | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final<br><br>Web Application Review-Warm Air: 07/01/2005: Approved<br>to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 07/01/2005<br>Final Date: 02/03/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 126193<br>VEN 00 W | 1545<br>TIMBERLAKE | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/02/2006: Final<br><br>Web Application Review-Warm Air: 07/01/2005: Approved<br>to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace | Finaled |

044567

ROAD H

**Issued Date:** 07/01/2005
**Final Date:** 02/03/2006
**Contractor:** Erickson Plbg/Htg/Cooling, Inc
**Estimated Value:** $1,000.00

Activity (most recent first):
MAIN-Warm Air/VentilationInspection: 02/02/2006: Final

Web Application Review-Warm Air: 07/01/2005: Approved
to Pay

| | | | | |
|---|---|---|---|---|
| 05 123970 SandC 00 E | 1545 TIMBERLAKE ROAD | | **Electrical Permit** Type: Service and Circuits Residential Repair/Alter Issued Date: 06/27/2005 Final Date: 07/13/2005 Contractor: Ram Electric Inc Estimated Value: $1,000.00 | Finaled |

Activity (most recent first):
MAIN-Electrical Inspection: 07/13/2005: Final
06/22/2005: Approved

| | | | | |
|---|---|---|---|---|
| 05 123969 SandC 00 E | 1545 TIMBERLAKE ROAD | | **Electrical Permit** Type: Service and Circuits Residential Repair/Alter Issued Date: 06/27/2005 Final Date: 07/13/2005 Contractor: Ram Electric Inc Estimated Value: $1,000.00 | Finaled |

Activity (most recent first):
MAIN-Electrical Inspection: 07/13/2005: Final
06/22/2005: Approved

| | | | | |
|---|---|---|---|---|
| 05 123968 SandC 00 E | 1545 TIMBERLAKE ROAD | | **Electrical Permit** Type: Service and Circuits Residential Repair/Alter Issued Date: 06/27/2005 Final Date: 07/14/2005 Contractor: Ram Electric Inc Estimated Value: $1,000.00 | Finaled |

Activity (most recent first):
MAIN-Electrical Inspection: 07/14/2005: Final
07/13/2005: Corrections Required
06/22/2005: Approved

| | | | | |
|---|---|---|---|---|
| 05 123967 SandC 00 E | 1545 TIMBERLAKE ROAD | | **Electrical Permit** Type: Service and Circuits Residential Repair/Alter Issued Date: 06/27/2005 Final Date: 07/13/2005 Contractor: Ram Electric Inc Estimated Value: $1,000.00 | Finaled |

Activity (most recent first):
MAIN-Electrical Inspection: 07/13/2005: Final
06/24/2005: Approved

| | | | | |
|---|---|---|---|---|
| 05 123966 SandC 00 E | 1545 TIMBERLAKE ROAD | | **Electrical Permit** Type: Service and Circuits Residential Repair/Alter Issued Date: 06/27/2005 Final Date: 07/14/2005 Contractor: Ram Electric Inc Estimated Value: $1,000.00 | Finaled |

Activity (most recent first):
MAIN-Electrical Inspection: 07/14/2005: Final
06/24/2005: Approved

| | | | | |
|---|---|---|---|---|
| 04 149855 REM 00 B | 1545 TIMBERLAKE ROAD | ADDITION TO PERMIT #04-138125, PERMIT FEES DUE | **Building Permit** Type: Residential (Multi-Fam) Remodel Issued Date: 09/30/2004 Contractor: Socon Construction Inc State Valuation: $305,548.75 | Inspected |

Activity (most recent first):
Building Permit Inspection: 07/06/2005: Inspection Done

Warm Air/Ventilation Review: 09/23/2004: Approved

044568

Electrical Review: 09/23/2004: Approved

Architectural (C) Review: 09/23/2004: Preliminary Plan Check
09/23/2004: Approved

| 04 138125 REM 00 B | 1545 TIMBERLAKE ROAD | Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 09/20/2004<br>Contractor: Socon Construction Inc<br>State Valuation: $44,451.25 | Inspected |
|---|---|---|---|

Activity (most recent first):
Building Permit Inspection: 08/12/2005: Inspection Done
07/14/2005: Inspection Done
04/15/2005: Inspection Done

Warm Air/Ventilation Review: 09/17/2004: Minor Permit Alert

Electrical Review: 09/17/2004: Minor Permit Alert

Architectural (C) Review: 09/17/2004: Approved
08/27/2004: Preliminary Plan Check

| 03 386550 000 00 CO | 1545 TIMBERLAKE ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Aug 12, 2005 | Certified |
|---|---|---|---|

Inspection Results (most recent first):
01/17/2006: Approved
1. 1545 C: Excessive Accumulation Of Materials MN Stat 299F.18 (Abated - 2nd reinspection) - Severity 8

01/05/2006: Correction Orders

| 01 220368 000 00 CO | 1545 TIMBERLAKE ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Jul 30, 2003 | History |
|---|---|---|---|

Inspection Results (most recent first):
10/31/2003: Approved
1. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
3. UNIT F: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders
1. UNIT D: Misc. Equip.Repair and Maintain SPLC 34.12 (2), 34.35 (1) (Abated - 2nd reinspection) - Severity 5

08/12/2003: Correction Orders

| 01 023227 000 00 CO | 1545 TIMBERLAKE ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 7<br>Renewal Due Date: Apr 22, 2001 | History |
|---|---|---|---|

Inspection Results (most recent first):
08/22/2001: Approved
1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1

06/25/2001: Correction Orders

044569





## The City of Saint Paul
Minnesota's Capital City

**Map** | **Info** | **Main** | **City Contact** | **Web Contact**

## 1546 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 219464 000 00 CO | 1546 TIMBERLAKE ROAD - WARMING HOUSE | | Certificate of Occupancy Type: Assembly Occupancy Type: Municipal Recreation Center Renewal Due Date: Nov 10, 2008 | Pending |
| 02 247921 000 00 RF | 1546 TIMBERLAKE ROAD - WARMING HOUSE | Follow up on C of O folder approved with corrections. | Referral Type: C of O Entered on: 12/30/2002 Closed on: 06/30/2003 | Closed |
| 02 247920 000 00 CO | 1546 TIMBERLAKE ROAD - WARMING HOUSE | | Certificate of Occupancy Type: Assembly Occupancy Type: Municipal Recreation Center Renewal Due Date: Nov 28, 2005 Inspection Results (most recent first): 12/19/2005: Approved 11/14/2005: Correction Orders 11/10/2005: No Entry (no fee) | Certified |
| 01 018400 000 00 CO | 1546 TIMBERLAKE ROAD - WARMING HOUSE | | Certificate of Occupancy Type: Assembly Occupancy Type: Municipal Recreation Center Renewal Due Date: Jul 25, 2002 Inspection Results (most recent first): 12/30/2002: Approved w/Corrections 1. Missing Elect.Cover Plate MSFC 605.6 (Abated - 2nd reinspection) - Severity 2 2. Repair Damaged Elect. Fixtures MSFC 605.1 (Abated - 2nd reinspection) - Severity 5 3. Address - Not posted SPLC 71.01 (Abated - 2nd reinspection) - Severity 5 4. Ext. Walls SPLC 34.09 (1) b,c, 34.32 (1) b,c (Deficiency - 2nd reinspection) - Severity 7 5. Fire Extinguisher Service MSFC 901.6 (Abated - 2nd reinspection) - Severity 4 11/26/2002: Correction Orders | History |
| 00 005675 000 00 CO | 1546 TIMBERLAKE ROAD - WARMING HOUSE | | Certificate of Occupancy Type: Assembly Occupancy Type: Municipal Recreation Center Completed on: 01/30/1979 Inspection Results (most recent first): | History |

044570

CASE 0:05-cv-00461-MJD-SER   Document 231-48   Filed 08/23/08   Page 23 of 40

**07/25/2000: Approved**

Move Top

044571


### The City of Saint Paul
Minnesota's Capital City



| Map | Info | Main | City Contact | Web Contact |

## 1549 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 089590 ELC 00 E | 1549 TIMBERLAKE ROAD | | **Electrical Permit**<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 04/15/2005<br>Final Date: 05/10/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 05/10/2005: Final<br>04/18/2005: Approved | Finaled |
| 05 089584 SMO 00 E | 1549 TIMBERLAKE ROAD | | **Electrical Permit**<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 04/15/2005<br>Final Date: 05/11/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 05/11/2005: Final<br>05/10/2005: Corrections Required<br>04/18/2005: Approved | Finaled |
| 05 088644 PLB 00 PG | 1549 TIMBERLAKE ROAD | | **Plumbing/Gasfitting/Inside Water Piping**<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 04/13/2005<br>Final Date: 05/06/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $9,000.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 05/05/2005: Final<br>04/18/2005: Approved | Finaled |
| 05 087309 VEN 00 W | 1549 TIMBERLAKE ROAD | | **Warm Air, Ventilation and General Sheet**<br>Type: Ventilation Only Residential Replace<br>Issued Date: 04/19/2005<br>Final Date: 02/04/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,000.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/04/2006: Final<br><br>Web Application Review-Warm Air: 04/15/2005: Approved to Pay | Finaled |
| 05 076236 VEN 00 W | 1549 TIMBERLAKE ROAD | | **Warm Air, Ventilation and General Sheet**<br>Type: Ventilation Only Residential Replace<br>Issued Date: 03/15/2005<br>Final Date: 02/04/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc | Finaled |

044572

Estimated Value: $4,000.00

| | | | | |
|---|---|---|---|---|
| 05 075733 SandC 00 E | 1549 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Warm Air/VentilationInspection: 02/04/2006: Final Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 03/14/2005 Final Date: 04/08/2005 Contractor: Ram Electric Inc Estimated Value: $500.00 | Finaled |
| 05 075717 SandC 00 E | 1549 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/08/2005: Final 03/18/2005: Approved Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 03/14/2005 Final Date: 04/08/2005 Contractor: Ram Electric Inc Estimated Value: $500.00 | Finaled |
| 05 075715 SandC 00 E | 1549 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/08/2005: Final 03/18/2005: Approved Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 03/14/2005 Final Date: 04/08/2005 Contractor: Ram Electric Inc Estimated Value: $500.00 | Finaled |
| 05 075696 SandC 00 E | 1549 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/08/2005: Final 03/16/2005: Approved Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 03/14/2005 Final Date: 04/08/2005 Contractor: Ram Electric Inc Estimated Value: $500.00 | Finaled |
| 05 075222 PLB 00 PG | 1549 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/08/2005: Final 03/16/2005: Approved Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Replace Issued Date: 03/11/2005 Final Date: 04/07/2005 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $18,000.00 | Finaled |
| 04 149852 REM 00 B | 1549 TIMBERLAKE ROAD | ADDITION TO PERMIT #04-138126, PERMIT FEES DUE | Activity (most recent first): MAIN-Plumbing Inspection: 04/06/2005: Final 04/05/2005: Approved 03/17/2005: Approved 03/15/2005: Approved Building Permit Type: Residential (Multi-Fam) Remodel Issued Date: 09/30/2004 Contractor: Socon Construction Inc State Valuation: $305,548.75 | Inspected |

Activity (most recent first):
Building Permit Inspection: 05/09/2005: Inspection Done

Warm Air/Ventilation Review: 09/23/2004: Approved

Electrical Review: 09/23/2004: Approved

Architectural (C) Review: 09/23/2004: Preliminary Plan Check
09/23/2004: Approved

044573

| 04 138126 | 1549 | **Building Permit** | Inspected |
| REM 00 B | TIMBERLAKE | **Type: Residential (Multi-Fam) Remodel** | |
| | ROAD | **Issued Date: 09/20/2004** | |
| | | **Contractor: Socon Construction Inc** | |
| | | **State Valuation: $44,451.25** | |

**Activity (most recent first):**
**Building Permit Inspection: 04/06/2005: Inspection Done**

**Warm Air/Ventilation Review: 09/17/2004: Minor Permit Alert**

**Electrical Review: 09/17/2004: Minor Permit Alert**

**Architectural (C) Review: 09/17/2004: Approved**
**08/27/2004: Preliminary Plan Check**

Move Top ⌂

044574





**The City of Saint Paul**
Minnesota's Capital City

| Map | Info | Main | City Contact | Web Contact |

## 1553 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 152050 SandC 00 E | 1553 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Saver Switch Only Residential Repair/Alter<br>Issued Date: 08/31/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $100.00 | Active/Issued |
| 05 119333 WRM 00 W | 1553 TIMBERLAKE ROAD | | Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 06/17/2005<br>Final Date: 02/28/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $800.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/27/2006: Final | Finaled |
| 05 119332 GAS 00 M | 1553 TIMBERLAKE ROAD | | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 06/17/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $700.00<br><br>Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/04/2005: No Entry - Notice | Active/Issued |
| 05 100158 SandC 00 E | 1553 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 05/16/2005<br>Final Date: 06/14/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 06/14/2005: Final 05/20/2005: Approved | Finaled |
| 05 100157 SandC 00 E | 1553 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 05/16/2005<br>Final Date: 09/22/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 09/22/2005: Final 05/18/2005: Approved | Finaled |
| 05 100153 SandC 00 E | 1553 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 05/16/2005<br>Final Date: 06/28/2005<br>Contractor: Ram Electric Inc | Finaled |

044575

Estimated Value: $1,000.00

| | | | |
|---|---|---|---|
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 06/28/2005: Final<br>05/17/2005: Approved | |
| 05 100147<br>SandC 00 E | 1553<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 05/16/2005<br>Final Date: 06/14/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 06/14/2005: Final<br>05/16/2005: Approved | |
| 05 100142<br>SandC 00 E | 1553<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 05/16/2005<br>Final Date: 06/14/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 06/14/2005: Final<br>06/08/2005: Advised<br>05/16/2005: Approved | |
| 05 099887<br>PLB 00 PG | 1553<br>TIMBERLAKE<br>ROAD | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 05/13/2005<br>Final Date: 06/10/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $18,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 06/09/2005: Final<br>06/08/2005: Approved<br>05/20/2005: Approved<br>05/17/2005: Approved | |
| 05 099881<br>VEN 00 W | 1553<br>TIMBERLAKE<br>ROAD | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 05/13/2005<br>Final Date: 02/28/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $5,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/27/2006: Final<br>06/08/2005: Approved by Location | |
| 05 089595<br>ELC 00 E | 1553<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 04/15/2005<br>Final Date: 05/10/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 05/10/2005: Final<br>04/18/2005: Approved | |
| 05 089592<br>ELC 00 E | 1553<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 04/15/2005<br>Final Date: 05/10/2005<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 05/10/2005: Final<br>04/18/2005: Approved | |
| 05 088652<br>PLB 00 PG | 1553<br>TIMBERLAKE<br>ROAD | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 04/13/2005<br>Final Date: 05/06/2005 | Finaled |

044576

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $7,000.00 |  |
|  |  |  | Activity (most recent first):<br>MAIN-Plumbing Inspection: 05/05/2005: Final<br>04/19/2005: Approved |  |
| 05 087312<br>VEN 00 W | 1553<br>TIMBERLAKE<br>ROAD |  | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 04/19/2005<br>Final Date: 02/28/2006<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,000.00 | Finaled |
|  |  |  | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/27/2006: Final |  |
|  |  |  | Web Application Review-Warm Air: 04/15/2005: Approved<br>to Pay |  |
| 04 149850<br>REM 00 B | 1553<br>TIMBERLAKE<br>ROAD | ADDITION TO<br>PERMIT #04-<br>138129, PERMIT<br>FEES DUE | Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 09/30/2004<br>Final Date: 06/20/2005<br>Contractor: Socon Construction Inc<br>State Valuation: $305,548.75 | Finaled |
|  |  |  | Activity (most recent first):<br>Final Inspection: 06/15/2005: Final<br>06/09/2005: Verbal Order<br>05/24/2005: Verbal Order<br>05/18/2005: Verbal Order |  |
|  |  |  | Warm Air/Ventilation Review: 09/23/2004: Approved |  |
|  |  |  | Electrical Review: 09/23/2004: Approved |  |
|  |  |  | Architectural (C) Review: 09/23/2004: Preliminary Plan<br>Check<br>09/23/2004: Approved |  |
| 04 138129<br>REM 00 B | 1553<br>TIMBERLAKE<br>ROAD |  | Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 09/20/2004<br>Final Date: 06/20/2005<br>Contractor: Socon Construction Inc<br>State Valuation: $44,451.25 | Finaled |
|  |  |  | Activity (most recent first):<br>Final Inspection: 06/15/2005: Final<br>05/09/2005: Partial Approval |  |
|  |  |  | Warm Air/Ventilation Review: 09/17/2004: Minor Permit<br>Alert |  |
|  |  |  | Electrical Review: 09/17/2004: Minor Permit Alert |  |
|  |  |  | Architectural (C) Review: 09/17/2004: Approved<br>08/27/2004: Preliminary Plan Check |  |

044577

 The City of Saint Paul
Minnesota's Capital City



Map   Info   Main   City Contact   Web Contact

1560 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 206306 000 00 CO | 1560 TIMBERLAKE ROAD | Certificate of Occupancy | Type: Residential Occupancy Type: PHA Residential Units: 4 Renewal Due Date: Nov 1, 2007 | Pending |
| 05 191089 SandC 00 E | 1560 TIMBERLAKE ROAD - McDonough Public Housing | Electrical Permit | Type: Service and Circuits Residential Repair/Alter Issued Date: 11/04/2005 Final Date: 11/15/2005 Contractor: Lakeridge Electric Llc Estimated Value: $500.00 Activity (most recent first): MAIN-Electrical Inspection: 11/14/2005: Final 10/27/2005: Approved | Finaled |
| 05 191088 SandC 00 E | 1560 TIMBERLAKE ROAD - McDonough Public Housing | Electrical Permit | Type: Service and Circuits Residential Repair/Alter Issued Date: 11/04/2005 Final Date: 11/15/2005 Contractor: Lakeridge Electric Llc Estimated Value: $500.00 Activity (most recent first): MAIN-Electrical Inspection: 11/14/2005: Final 11/09/2005: Approved by Location 10/27/2005: Approved | Finaled |
| 05 191086 SandC 00 E | 1560 TIMBERLAKE ROAD - McDonough Public Housing | Electrical Permit | Type: Service and Circuits Residential Repair/Alter Issued Date: 11/04/2005 Final Date: 11/15/2005 Contractor: Lakeridge Electric Llc Estimated Value: $500.00 Activity (most recent first): MAIN-Electrical Inspection: 11/14/2005: Final 10/25/2005: Approved | Finaled |
| 05 191085 SandC 00 E | 1560 TIMBERLAKE ROAD - McDonough Public Housing | Electrical Permit | Type: Service and Circuits Residential Repair/Alter Issued Date: 11/04/2005 Final Date: 11/15/2005 Contractor: Lakeridge Electric Llc Estimated Value: $500.00 Activity (most recent first): MAIN-Electrical Inspection: 11/14/2005: Final 10/25/2005: Approved | Finaled |
| 05 191026 PLB 00 PG | 1560 TIMBERLAKE | Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Replace | | Finaled |

044578

|  |  |  |  |  |
|---|---|---|---|---|
|  | ROAD -<br>McDonough<br>Public Housing |  | Issued Date: 11/04/2005<br>Final Date: 11/15/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $5,000.00 |  |
| 05 184211<br>VEN 00 W | 1560<br>TIMBERLAKE<br>ROAD -<br>McDonough<br>Public Housing |  | Activity (most recent first):<br>MAIN-Plumbing Inspection: 11/14/2005: Final<br>10/25/2005: Approved<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 10/25/2005<br>Final Date: 11/15/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| 05 159178<br>REM 00 B | 1560<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 11/14/2005: Final<br><br>Web Application Review-Warm Air: 10/25/2005: Approved<br>to Pay<br>Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 09/26/2005<br>Contractor: Socon Construction Inc<br>State Valuation: $283,333.00 | Inspected |
| 04 089875<br>SIT 00 EG | 1560<br>TIMBERLAKE<br>ROAD | McDonough Homes<br>modernization<br>phase II. | Activity (most recent first):<br>Building Permit Inspection: 11/15/2005: Inspection Done<br>11/06/2005: Inspection Done<br>10/31/2005: Inspection Done<br>10/25/2005: Inspection Done<br><br>Warm Air/Ventilation Review: 09/20/2005: Minor Permit<br>Alert<br><br>Electrical Review: 09/20/2005: Minor Permit Alert<br><br>Architectural (C) Review: 09/20/2005: Preliminary Plan<br>Check<br>09/20/2005: Approved<br>Engineering<br>Type: Site Plan<br>Work Type: Existing Building - New Systems<br>Entered on: 05/20/2004<br>Closed on: 05/27/2004 | Finaled |
| 04 086686<br>000 00 SR | McDonough<br>Homes Site<br>Renovation<br>Phase 2 |  | Site Plan Review<br>Type: Other Site Work<br>Work Type: Multi-family Residential<br>Entered on: 05/14/2004 | Approved |
| 03 386551<br>000 00 CO | 1560<br>TIMBERLAKE<br>ROAD |  | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Aug 12, 2005<br><br>Inspection Results (most recent first):<br>11/30/2005: Approved<br>1. UNIT B: Discontinue Use of Extension Cords MSFC<br>605.5 (Abated - 2nd reinspection) - Severity 2<br>2. UNIT B: Exit Obstruction MSFC 1011.2 (Abated - 2nd<br>reinspection) - Severity 4<br>3. UNIT D: Discontinue Use of Multi-Plug Adapters MSFC<br>605.4 (Abated - 2nd reinspection) - Severity 2<br>4. UNIT D: Discontinue Use of Extension Cords MSFC<br>605.5 (Abated - 2nd reinspection) - Severity 2<br>5. Heating Equipment Maintenance SPLC 34.11 (6), 34.34<br>(Abated - 2nd reinspection) - Severity 5<br><br>11/01/2005: Correction Orders | Certified |
| 03 372948<br>WRM 00 W | 1560<br>TIMBERLAKE |  | Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace | Finaled |

044579

| | | | |
|---|---|---|---|
| | ROAD | Issued Date: 10/22/2003<br>Final Date: 10/23/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,800.00 | |
| | | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 10/22/2003: Final | |
| | | Web Application Review-Warm Air: 10/20/2003: Approved<br>to Pay | |
| 03 372928<br>GAS 00 M | 1560<br>TIMBERLAKE<br>ROAD | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 10/15/2003<br>Final Date: 10/29/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,600.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/22/2003: Final | |
| | | Web Application Review-Mechanical: 10/15/2003:<br>Approved to Pay | |
| 03 372892<br>ELC 00 E | 1560<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/20/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/20/2004: Final | |
| 03 372891<br>ELC 00 E | 1560<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 11/13/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 11/13/2003: Final | |
| 03 372890<br>ELC 00 E | 1560<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/20/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/20/2004: Final | |
| 03 372889<br>ELC 00 E | 1560<br>TIMBERLAKE<br>ROAD | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/20/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/20/2004: Final | |
| 01 023807<br>000 00 CO | 1560<br>TIMBERLAKE<br>ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Jul 30, 2003 | History |
| | | Inspection Results (most recent first):<br>10/31/2003: Approved<br>1. UNIT A: Heating Equipment Maintenance SPLC 34.11<br>(6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>2. UNIT D: Heating Equipment Maintenance SPLC 34.11<br>(6), 34.34 (Abated - 3rd reinspection) - Severity 5 | |
| | | 09/17/2003: Correction Orders | |

044580

**08/12/2003: Correction Orders**

Move Top

044581



The City of Saint Paul

Minnesota ■ Capital City



**Map**   **Info**   **Main**   **City Contact**   **Web Contact**

## 1564 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | RFC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

Data Disclaimer:-

The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 06 062873 TAX 00 XC | MOHAMED ADAM JAMA - 1564 TIMBERLAKE ROAD APT D | ECLIPS License# 20060000599 | ECLIPS License - Car/Taxi Type: Taxicab Driver * Entered on: 03/01/2006 | Active/Issued |
| 05 216080 000 00 CO | 1564 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 4 Renewal Due Date: Dec 12, 2007 | Pending |
| 05 163643 PLB 00 PG | 1564 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Replace Issued Date: 09/29/2005 Final Date: 10/18/2005 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $25,900.00 <br><br>Activity (most recent first): MAIN-Plumbing Inspection: 10/17/2005: Final 10/14/2005: Corrections Required 09/23/2005: Approved | Finaled |
| 05 163431 SandC 00 E | 1564 TIMBERLAKE ROAD | | Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 09/30/2005 Final Date: 10/18/2005 Contractor: Lakeridge Electric Llc Estimated Value: $200.00 <br><br>Activity (most recent first): MAIN-Electrical Inspection: 10/17/2005: Final 09/28/2005: Approved | Finaled |
| 05 163429 SandC 00 E | 1564 TIMBERLAKE ROAD | | Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 09/30/2005 Final Date: 10/26/2005 Contractor: Lakeridge Electric Llc Estimated Value: $200.00 <br><br>Activity (most recent first): MAIN-Electrical Inspection: 10/25/2005: Final 10/17/2005: Corrections Required 09/28/2005: Approved | Finaled |
| 05 163428 SandC 00 E | 1564 TIMBERLAKE ROAD | | Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 09/30/2005 Final Date: 10/18/2005 Contractor: Lakeridge Electric Llc Estimated Value: $200.00 | Finaled |

044582

|  |  |  |  |
|---|---|---|---|
| 05 163424<br>SandC 00 E | 1564<br>TIMBERLAKE<br>ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 10/17/2005: Final<br>09/27/2005: Approved<br>**Electrical Permit**<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 09/30/2005<br>Final Date: 10/18/2005<br>Contractor: Lakeridge Electric Llc<br>Estimated Value: $200.00 | Finaled |
| 05 162609<br>VEN 00 W | 1564<br>TIMBERLAKE<br>ROAD D | Activity (most recent first):<br>MAIN-Electrical Inspection: 10/17/2005: Final<br>09/27/2005: Approved<br>**Warm Air, Ventilation and General Sheet**<br>Type: Ventilation Only Residential Replace<br>Issued Date: 10/03/2005<br>Final Date: 10/18/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 162607<br>VEN 00 W | 1564<br>TIMBERLAKE<br>ROAD APT C | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 10/17/2005: Final<br><br>Web Application Review-Warm Air: 10/03/2005: Approved<br>to Pay<br>**Warm Air, Ventilation and General Sheet**<br>Type: Ventilation Only Residential Replace<br>Issued Date: 10/03/2005<br>Final Date: 11/02/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 162601<br>VEN 00 W | 1564<br>TIMBERLAKE<br>ROAD APT B | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 11/02/2005: Final<br><br>Web Application Review-Warm Air: 10/03/2005: Approved<br>to Pay<br>**Warm Air, Ventilation and General Sheet**<br>Type: Ventilation Only Residential Replace<br>Issued Date: 10/03/2005<br>Final Date: 11/02/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 162596<br>VEN 00 W | 1564<br>TIMBERLAKE<br>ROAD APT A | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 11/02/2005: Final<br><br>Web Application Review-Warm Air: 10/03/2005: Approved<br>to Pay<br>**Warm Air, Ventilation and General Sheet**<br>Type: Ventilation Only Residential Replace<br>Issued Date: 10/03/2005<br>Final Date: 10/18/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 05 159186<br>REM 00 B | 1564<br>TIMBERLAKE<br>ROAD | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 10/17/2005: Final<br><br>Web Application Review-Warm Air: 10/03/2005: Approved<br>to Pay<br>**Building Permit**<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 09/26/2005<br>Contractor: Socon Construction Inc<br>State Valuation: $283,333.00<br><br>Activity (most recent first):<br>Building Permit Inspection: 12/05/2005: Inspection Done<br>10/17/2005: Inspection Done<br>10/14/2005: Inspection Done | Inspected |

044583

|  |  | Warm Air/Ventilation Review: 09/20/2005: Minor Permit Alert |  |
|---|---|---|---|
|  |  | Electrical Review: 09/20/2005: Minor Permit Alert |  |
|  |  | Architectural (C) Review: 09/20/2005: Preliminary Plan Check | |
| 05 152056 SAV 00 E | 1564 TIMBERLAKE ROAD | 09/20/2005: Approved Electrical Permit Type: Saver Switch Only Residential Repair/Alter Issued Date: 08/31/2005 Final Date: 12/22/2005 Contractor: Ram Electric Inc Estimated Value: $100.00 | Finaled |
|  |  | Activity (most recent first): MAIN-Electrical Inspection: 12/21/2005: Final 09/28/2005: 09/15/2005: Approved Notify Xcel | |
| 03 386553 000 00 CO | 1564 TIMBERLAKE ROAD | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 4 Renewal Due Date: Aug 12, 2005 | Certified |
|  |  | Inspection Results (most recent first): 12/12/2005: Approved | |
| 03 372949 WRM 00 W | 1564 TIMBERLAKE ROAD | Warm Air, Ventilation and General Sheet Type: Warm Air Only Residential Replace Issued Date: 10/22/2003 Final Date: 10/23/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $2,100.00 | Finaled |
|  |  | Activity (most recent first): MAIN-Warm Air/VentilationInspection: 10/22/2003: Final | |
| 03 372929 GAS 00 M | 1564 TIMBERLAKE ROAD | Web Application Review-Warm Air: 10/20/2003: Approved to Pay Mechanical Permit Type: Gas Residential Replace Issued Date: 10/15/2003 Final Date: 03/01/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $2,700.00 | Finaled |
|  |  | Activity (most recent first): MAIN-Mechanical Inspection: 03/01/2004: Final | |
| 03 372897 ELC 00 E | 1564 TIMBERLAKE ROAD | Web Application Review-Mechanical: 10/15/2003: Approved to Pay Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/13/2003 Final Date: 04/15/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
|  |  | Activity (most recent first): MAIN-Electrical Inspection: 04/15/2004: Final | |
| 03 372896 ELC 00 E | 1564 TIMBERLAKE ROAD | Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/13/2003 Final Date: 04/20/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
|  |  | Activity (most recent first): MAIN-Electrical Inspection: 04/20/2004: Final | |
| 03 372894 | 1564 | Electrical Permit | Finaled |

044584

| | | | |
|---|---|---|---|
| ELC 00 E | TIMBERLAKE ROAD | Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/20/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 04/20/2004: Final | |
| 01 220370<br>000 00 CO | 1564<br>TIMBERLAKE ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Jul 30, 2003<br><br>Inspection Results (most recent first):<br>10/31/2003: Approved<br>1. UNIT B: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>2. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br><br>09/17/2003: Correction Orders<br><br>08/12/2003: Correction Orders | History |
| 01 023970<br>000 00 CO | 1564<br>TIMBERLAKE ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Apr 22, 2001<br><br>Inspection Results (most recent first):<br>08/22/2001: Approved<br>1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1<br><br>06/25/2001: Correction Orders | History |

Back Top

044585

 The City of Saint Paul
Minnesota's Capital City



| MAP | Info | Main | City Contact | Web Contact |

## 1565 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 218608 000 00 CO | 1565 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Oct 18, 2007 | Pending |
| 04 042616 PLB 00 PG | 1565 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 02/13/2004<br>Final Date: 02/25/2004<br>Contractor: Mcquillan Bros Plbg and Htg<br>Estimated Value: $600.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/24/2004: Final | Finaled |
| 04 018981 VEN 00 W | 1565 TIMBERLAKE ROAD | | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 01/07/2004<br>Final Date: 06/22/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 06/22/2005: Final | Finaled |
| 03 419574 PLB 00 PG | 1565 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 12/30/2003<br>Final Date: 02/06/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,500.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/05/2004: Final<br>01/21/2004: Approved | Finaled |
| 03 419569 PLB 00 PG | 1565 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 12/30/2003<br>Final Date: 02/06/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,500.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/05/2004: Final<br>01/20/2004: Approved | Finaled |
| 03 419565 PLB 00 PG | 1565 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 12/30/2003<br>Final Date: 02/06/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc | Finaled |

044586

Estimated Value: $2,500.00

| | | | | |
|---|---|---|---|---|
| 03 419563<br>PLB 00 PG | 1565<br>TIMBERLAKE<br>ROAD | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/05/2004: Final<br>01/20/2004: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 12/30/2003<br>Final Date: 11/16/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,500.00 | Finaled |
| 03 408986<br>SandC 00 E | 1565<br>TIMBERLAKE<br>ROAD | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/24/2004: Final<br>02/09/2004: Corrections Required<br>01/21/2004: Approved by Location<br>Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 12/08/2003<br>Final Date: 02/26/2004<br>Contractor: Ram Electric Inc<br>Estimated Value: $3,000.00 | Finaled |
| 03 386554<br>000 00 CO | 1565<br>TIMBERLAKE<br>ROAD | | Activity (most recent first):<br>MAIN-Electrical Inspection: 02/25/2004: Final<br>01/22/2004: Advised<br>Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Aug 12, 2005 | Certified |

Inspection Results (most recent first):
12/16/2005: Approved
1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34
(Abated - 3rd reinspection) - Severity 5

11/18/2005: Correction Orders
1. 1565 A.: Discontinue Use of Extension Cords MSFC
605.5 (Abated - 2nd reinspection) - Severity 2
2. 1565 B: Discontinue Use of Extension Cords MSFC
605.5 (Abated - 2nd reinspection) - Severity 2
3. 1565 B: Interior Unsanitary SPLC 34.10 (5), 34.33 (4),
34.16 (Abated - 2nd reinspection) - Severity 8

10/18/2005: Correction Orders

| | | | | |
|---|---|---|---|---|
| 03 372947<br>WRM 00 W | 1565<br>TIMBERLAKE<br>ROAD | | Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 10/22/2003<br>Final Date: 10/23/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,800.00 | Finaled |

Activity (most recent first):
MAIN-Warm Air/VentilationInspection: 10/22/2003: Final

Web Application Review-Warm Air: 10/20/2003: Approved
to Pay

| | | | | |
|---|---|---|---|---|
| 03 372927<br>GAS 00 M | 1565<br>TIMBERLAKE<br>ROAD | 12-Oct-2005: Folder<br>closed by system due<br>to no activity in one<br>year | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 10/15/2003<br>Final Date: 10/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,600.00 | Closed |

Activity (most recent first):
MAIN-Mechanical Inspection: 10/12/2005: Permit Closed

Web Application Review-Mechanical: 10/15/2003:
Approved to Pay

| | | | | |
|---|---|---|---|---|
| 03 372887 | 1565 | | Electrical Permit | Finaled |

044587

|  |  |  |  |
|---|---|---|---|
| ELC 00 E | TIMBERLAKE ROAD | Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/20/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | |
| 03 372885<br>ELC 00 E | 1565<br>TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/20/2004: Final<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/21/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| 03 372884<br>ELC 00 E | 1565<br>TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/21/2004: Final<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/21/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| 03 372883<br>ELC 00 E | 1565<br>TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/21/2004: Final<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/13/2003<br>Final Date: 04/21/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| 03 331146<br>REM 00 B | 1565<br>TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/21/2004: Final<br>Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 08/11/2003<br>Final Date: 03/14/2006<br>Contractor: Socon Construction Inc<br>State Valuation: $280,687.00<br><br>Activity (most recent first):<br>Final Inspection: 03/14/2006: Final<br>02/05/2004: Verbal Order<br>11/12/2003: Verbal Order<br><br>Warm Air/Ventilation Review: 08/05/2003: Minor Permit<br>Alert<br><br>Electrical Review: 08/05/2003: Minor Permit Alert<br><br>Structural Review: 08/05/2003: Approved<br><br>Architectural (C) Review: 08/05/2003: Preliminary Plan<br>Check | Finaled |
| 01 220371<br>000 00 CO | 1565<br>TIMBERLAKE ROAD | 08/05/2003: Approved<br>Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Jul 30, 2003<br><br>Inspection Results (most recent first):<br>10/31/2003: Approved<br>1. UNIT A: Heating Equipment Maintenance SPLC 34.11<br>(6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>2. UNIT D: Heating Equipment Maintenance SPLC 34.11<br>(6), 34.34 (Abated - 3rd reinspection) - Severity 5<br><br>09/17/2003: Correction Orders | History |

044588