CASE 0:05-cv-00461-MJD-SER   Document 231-50   Filed 08/23/08   Page 1 of 36

**(2) (Abated - 2nd reinspection) - Severity 5**
**3. UNIT F: Ext. Door SPLC 34.09 (3), 34.32 (3) (Abated -**
**2nd reinspection) - Severity 3**
**4. UNIT F: Misc. Equip.Repair and Maintain SPLC 34.12**
**(2), 34.35 (1) (Abated - 2nd reinspection) - Severity 5**
**5. Heating Equipment Maintenance SPLC 34.11 (6), 34.34**
**(Abated - 2nd reinspection) - Severity 1**

**06/25/2001: Correction Orders**

Move Top ⌃.

044625



The City of Saint Paul
Minnesota's Capital City



| MAP | Info | Main | City Contact | Web Contact |

1597 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| **192922130006** | **R-Townhouse(R-1)** | |

Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 222537 000 00 CO | 1597 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Nov 26, 2007 | Pending |
| 03 401778 PLB 00 PG | 1597 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 11/21/2003<br>Final Date: 12/08/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $189.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 12/05/2003: Final<br>11/14/2003: Approved | Finaled |
| 03 401777 PLB 00 PG | 1597 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 11/21/2003<br>Final Date: 12/08/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $189.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 12/05/2003: Final<br>11/14/2003: Approved | Finaled |
| 03 401776 PLB 00 PG | 1597 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 11/21/2003<br>Final Date: 12/08/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $189.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 12/05/2003: Final<br>11/14/2003: Approved | Finaled |
| 03 401775 PLB 00 PG | 1597 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 11/21/2003<br>Final Date: 12/08/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $189.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 12/05/2003: Final<br>11/14/2003: Approved | Finaled |
| 03 401738 SandC 00 E | 1597 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 11/21/2003 | Finaled |

044626

| | | | | |
|---|---|---|---|---|
| | | | Final Date: 01/12/2004<br>Contractor: Ram Electric Inc<br>Estimated Value: $3,000.00 | |
| 03 398482<br>VEN 00 W | 1597<br>TIMBERLAKE<br>ROAD | | Activity (most recent first):<br>MAIN-Electrical Inspection: 01/12/2004: Final<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 11/19/2003<br>Final Date: 02/26/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| 03 386563<br>000 00 CO | 1597<br>TIMBERLAKE<br>ROAD | | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/25/2004: Final<br><br>Web Application Review-Warm Air: 11/18/2003: Approved to Pay<br>Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Aug 12, 2005<br><br>Inspection Results (most recent first):<br>12/23/2005: Approved<br>1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34<br>(Abated - 3rd reinspection) - Severity 5<br><br>11/23/2005: Correction Orders<br><br>11/23/2005: Correction Orders | Certified |
| 03 360399<br>WRM 00 W | 1597<br>TIMBERLAKE<br>ROAD | | Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 10/07/2003<br>Final Date: 02/26/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,800.00 | Finaled |
| 03 360163<br>GAS 00 M | 1597<br>TIMBERLAKE<br>ROAD | | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/25/2004: Final<br><br>Web Application Review-Warm Air: 10/06/2003: Approved to Pay<br>Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 10/02/2003<br>Final Date: 10/09/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,600.00 | Finaled |
| 03 360154<br>ELC 00 E | 1597<br>TIMBERLAKE<br>ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/08/2003: Approved<br>10/08/2003: Approved<br>10/08/2003: Approved<br>10/08/2003: Final<br><br>Web Application Review-Mechanical: 10/02/2003: Approved to Pay<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 04/14/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| 03 360153<br>ELC 00 E | 1597<br>TIMBERLAKE<br>ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. | Activity (most recent first):<br>MAIN-Electrical Inspection: 04/13/2004: Final<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003 | Finaled |

044627

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Customer refunded $13.00. CAG | Final Date: 03/31/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 |  |
| 03 360152<br>ELC 00 E | 1597<br>TIMBERLAKE<br>ROAD | 10/02/2003 Paid for Service and should have paid for Circuits.<br>Customer refunded $13.00. CAG | Activity (most recent first):<br>MAIN-Electrical Inspection: 03/31/2004: Final<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 03/31/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| 03 360151<br>ELC 00 E | 1597<br>TIMBERLAKE<br>ROAD | 10/02/2003 Paid for Service and should have paid for Circuits.<br>Customer refunded $13.00. CAG | Activity (most recent first):<br>MAIN-Electrical Inspection: 03/31/2004: Final<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 03/31/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
| 03 331129<br>REM 00 B | 1597<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>MAIN-Electrical Inspection: 03/31/2004: Final<br>Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 08/11/2003<br>Final Date: 03/14/2006<br>Contractor: Socon Construction Inc<br>State Valuation: $280,687.00<br><br>Activity (most recent first):<br>Final Inspection: 03/14/2006: Final<br>12/09/2003: Verbal Order<br>12/08/2003: Verbal Order<br><br>Warm Air/Ventilation Review: 08/03/2003: Minor Permit Alert<br><br>Electrical Review: 08/03/2003: Minor Permit Alert<br><br>Structural Review: 08/03/2003: Approved<br><br>Architectural (C) Review: 08/03/2003: Preliminary Plan Check<br>08/03/2003: Approved | Finaled |
| 01 220377<br>000 00 CO | 1597<br>TIMBERLAKE<br>ROAD |  | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Jul 30, 2003<br><br>Inspection Results (most recent first):<br>10/31/2003: Approved<br>1. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>2. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br><br>09/17/2003: Correction Orders<br><br>08/12/2003: Correction Orders | History |
| 01 019972<br>000 00 CO | 1597<br>TIMBERLAKE<br>ROAD |  | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Apr 22, 2001<br><br>Inspection Results (most recent first):<br>08/22/2001: Approved<br>1. UNIT D: Window Screen SPLC 34.09 (3), 34.32 (3) | History |

044628

(Abated - 2nd reinspection) - Severity 2
2. UNIT D: Misc. Equip.Repair and Maintain SPLC 34.12
(2), 34.35 (1) (Abated - 2nd reinspection) - Severity 5
3. UNIT D: No Interior Handrail SPLC 34.10 (3), 34.33(2)
(Abated - 2nd reinspection) - Severity 5
4. Heating Equipment Maintenance SPLC 34.11 (6), 34.34
(Abated - 2nd reinspection) - Severity 1

06/26/2001: Correction Orders

Move Top .

044629




## The City of Saint Paul
Minnesota's Capital City

**Map**    **Info**    **Main**    **City Contact**    **Web Contact**

### 1605 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 03 350740 GAS 00 M | 1605 TIMBERLAKE ROAD | 12-Oct-2005: Folder closed by system due to no activity in one year | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 09/11/2005<br>Final Date: 10/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,700.00<br><br>Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/12/2005: Permit Closed<br><br>Web Application Review-Mechanical: 09/11/2003: Approved to Pay | Closed |
| 03 350731 WRM 00 W | 1605 TIMBERLAKE ROAD | | Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 09/11/2003<br>Final Date: 11/03/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,100.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 10/29/2003: Final<br>09/18/2003: Approved by Location<br>09/16/2003: Corrections Required<br><br>Web Application Review-Warm Air: 09/11/2003: Approved to Pay | Finaled |
| 03 349553 ELC 00 E | 1605 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 09/09/2003<br>Final Date: 01/28/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 01/28/2004: Final | Finaled |
| 03 349367 ELC 00 E | 1605 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 09/09/2003<br>Final Date: 01/28/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 01/28/2004: Final | Finaled |
| 03 349366 ELC 00 E | 1605 TIMBERLAKE ROAD | | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 09/08/2003<br>Final Date: 01/28/2004 | Finaled |

044630

Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $300.00

| | | | |
|---|---|---|---|
| 03 344943 SandC 00 E | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 01/28/2004: Final<br>Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 08/27/2003<br>Final Date: 08/10/2004<br>Contractor: Ram Electric Inc<br>Estimated Value: $3,000.00 | Finaled |
| 03 342094 PLB 00 PG | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Electrical Inspection: 08/10/2004: Final<br>09/17/2003: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 08/20/2003<br>Final Date: 09/18/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| 03 342092 PLB 00 PG | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Plumbing Inspection: 09/17/2003: Final<br>08/15/2003: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 08/20/2003<br>Final Date: 09/17/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| 03 342091 PLB 00 PG | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Plumbing Inspection: 09/16/2003: Final<br>08/15/2003: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 08/20/2003<br>Final Date: 09/17/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| 03 342088 PLB 00 PG | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Plumbing Inspection: 09/16/2003: Final<br>08/15/2003: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 08/20/2003<br>Final Date: 09/17/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| 03 342082 VEN 00 W | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Plumbing Inspection: 09/16/2003: Final<br>08/15/2003: Approved<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 08/20/2003<br>Final Date: 11/03/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| 03 331125 REM 00 B | 1605 TIMBERLAKE ROAD | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 10/29/2003: Final<br>09/18/2003: Approved by Location<br>Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 08/11/2003<br>Final Date: 09/19/2003<br>Contractor: Socon Construction Inc<br>State Valuation: $280,687.00 | Finaled |

044631

**Activity (most recent first):**
**Final Inspection: 09/17/2003: Final**

**Warm Air/Ventilation Review: 08/04/2003: Minor Permit
Alert**

**Electrical Review: 08/04/2003: Minor Permit Alert**

**Structural Review: 08/04/2003: Approved**

**Architectural (C) Review: 08/04/2003: Preliminary Plan
Check**
**08/04/2003: Approved**

Move Top △

044632





# The City of Saint Paul
Minnesota's Capital City

| Map | Info | Main | City Contact | Web Contact |

### 1609 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

## Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

## List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 03 360142 ELC 00 E | 1609 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 04/01/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 04/01/2004: Final | Finaled |
| 03 360141 ELC 00 E | 1609 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 04/01/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 04/01/2004: Final | Finaled |
| 03 360140 ELC 00 E | 1609 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 04/01/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 04/01/2004: Final | Finaled |
| 03 360139 ELC 00 E | 1609 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 04/01/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 04/01/2004: Final | Finaled |
| 03 355891 PLB 00 PG | 1609 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Repair<br>Issued Date: 09/22/2003<br>Final Date: 10/14/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 10/13/2003: Final<br>09/23/2003: Approved | Finaled |
| 03 355889 PLB 00 PG | 1609 TIMBERLAKE | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Repair | Finaled |

044633

|  |  |  |  |  |
|---|---|---|---|---|
|  | ROAD |  | Issued Date: 09/22/2003<br>Final Date: 10/14/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 |  |
| 03 355887<br>PLB 00 PG | 1609<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>MAIN-Plumbing Inspection: 10/13/2003: Final<br>09/23/2003: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Repair<br>Issued Date: 09/22/2003<br>Final Date: 10/10/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| 03 355884<br>PLB 00 PG | 1609<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>MAIN-Plumbing Inspection: 10/09/2003: Final<br>09/23/2003: Approved<br>Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Repair<br>Issued Date: 09/22/2003<br>Final Date: 10/10/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| 03 353834<br>GAS 00 M | 1609<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>MAIN-Plumbing Inspection: 10/10/2003: Final<br>09/23/2003: Approved<br>Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 09/18/2003<br>Final Date: 04/02/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,600.00 | Finaled |
| 03 353823<br>WRM 00 W | 1609<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>MAIN-Mechanical Inspection: 03/31/2004: Final<br><br>Web Application Review-Mechanical: 09/18/2003:<br>Approved to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 09/23/2003<br>Final Date: 06/22/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,800.00 | Finaled |
| 03 351940<br>ELC 00 E | 1609<br>TIMBERLAKE<br>ROAD | 10/03/2003 Permit<br>canceled and refunded<br>100%. | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 06/22/2005: Final<br>02/25/2004: Advised<br><br>Web Application Review-Warm Air: 09/22/2003: Approved<br>to Pay<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 09/13/2003<br>Final Date: 10/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,200.00 | Canceled |
| 03 350353<br>SandC 00 E | 1609<br>TIMBERLAKE<br>ROAD |  | Activity (most recent first):<br>Cancellation Process: 10/06/2003: Full Refund<br>Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 09/10/2003<br>Final Date: 06/16/2004<br>Contractor: Ram Electric Inc<br>Estimated Value: $3,000.00 | Finaled |
|  |  |  | Activity (most recent first):<br>MAIN-Electrical Inspection: 06/16/2004: Final<br>10/13/2003: Advised |  |

044634

| | | |
|---|---|---|
| 03 331123   1609 | 09/24/2003: Approved | |
| REM 00 B   TIMBERLAKE | Building Permit | Finaled |
| ROAD | Type: Residential (Multi-Fam) Remodel | |

**09/24/2003: Approved**
**Building Permit**                                    **Finaled**
**Type: Residential (Multi-Fam) Remodel**
**Issued Date: 08/11/2003**
**Final Date: 11/13/2003**
**Contractor: Socon Construction Inc**
**State Valuation: $280,687.00**

**Activity (most recent first):**
**Final Inspection: 11/07/2003: Final**
**10/14/2003: Verbal Order**

**Warm Air/Ventilation Review: 08/05/2003: Minor Permit**
**Alert**

**Electrical Review: 08/05/2003: Minor Permit Alert**

**Structural Review: 08/05/2003: Approved**

**Architectural (C) Review: 08/05/2003: Preliminary Plan**
**Check**
**08/05/2003: Approved**

Move Top

044635



The City of Saint Paul
Minnesota's Capital City



**Map** **Info** **Main** **City Contact** **Web Contact**

## 1617 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

## Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

## List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 218617 000 00 CO | 1617 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Nov 19, 2007 | Pending |
| 03 386569 000 00 CO | 1617 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Aug 15, 2005<br><br>Inspection Results (most recent first):<br>12/16/2005: Approved<br>1. UNIT A: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>2. UNIT A: Excessive Accumulation Of Materials MN Stat 299F.18 (Abated - 2nd reinspection) - Severity 8<br>3. UNIT D: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>4. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5<br><br>11/17/2005: Correction Orders | Certified |
| 03 376815 VEN 00 W | 1617 TIMBERLAKE ROAD | | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 10/21/2003<br>Final Date: 12/15/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00<br><br>Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 12/15/2003: Final | Finaled |
| 03 375666 PLB 00 PG | 1617 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 10/20/2003<br>Final Date: 11/07/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00<br><br>Activity (most recent first):<br>MAIN-Plumbing Inspection: 11/06/2003: Final<br>10/20/2003: Approved | Finaled |
| 03 375664 PLB 00 PG | 1617 TIMBERLAKE ROAD | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 10/20/2003<br>Final Date: 11/07/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc | Finaled |

044636

Estimated Value: $3,500.00

| Permit | Address | Note | Activity | Status |
|---|---|---|---|---|
| 03 375661 PLB 00 PG | 1617 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Plumbing Inspection: 11/06/2003: Final 10/20/2003: Approved Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Replace Issued Date: 10/20/2003 Final Date: 11/07/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Finaled |
| 03 375660 PLB 00 PG | 1617 TIMBERLAKE ROAD | 27-Oct-2005: Folder closed by system due to no activity in one year | Activity (most recent first): MAIN-Plumbing Inspection: 11/06/2003: Final 10/20/2003: Approved Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Replace Issued Date: 10/20/2003 Final Date: 10/27/2005 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Closed |
| 03 371537 SandC 00 E | 1617 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Plumbing Inspection: 10/27/2005: Permit Closed 11/06/2003: No Entry - Notice 10/20/2003: Approved Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 10/09/2003 Final Date: 11/10/2003 Contractor: Ram Electric Inc Estimated Value: $3,000.00 | Finaled |
| 03 360166 WRM 00 W | 1617 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 11/10/2003: Final 10/22/2003: Approved 10/21/2003: Approved Warm Air, Ventilation and General Sheet Type: Warm Air Only Residential Replace Issued Date: 10/02/2003 Final Date: 10/03/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $700.00 | Finaled |
| 03 360161 GAS 00 M | 1617 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Warm Air/VentilationInspection: 10/01/2003: Final Web Application Review-Warm Air: 10/01/2003: Approved to Pay Mechanical Permit Type: Gas Residential Replace Issued Date: 10/02/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $900.00 | Finaled |
| 03 360146 ELC 00 E | 1617 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Mechanical Inspection: 10/09/2003: Final Web Application Review-Mechanical: 10/02/2003: Approved to Pay Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360145 ELC 00 E | 1617 TIMBERLAKE | 10/02/2003 Paid for Service and should | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter | Finaled |

044637

| | | | | |
|---|---|---|---|---|
| | ROAD | have paid for Circuits. Customer refunded $13.00. CAG | Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | |
| 03 360144 ELC 00 E | 1617 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360143 ELC 00 E | 1617 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 353835 GAS 00 M | 1617 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Mechanical Permit Type: Gas Residential Replace Issued Date: 09/18/2003 Final Date: 10/02/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $2,700.00 | Finaled |
| 03 353825 WRM 00 W | 1617 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Mechanical Inspection: 10/01/2003: Final Web Application Review-Mechanical: 09/18/2003: Approved to Pay Warm Air, Ventilation and General Sheet Type: Warm Air Only Residential Replace Issued Date: 09/23/2003 Final Date: 10/02/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $2,100.00 | Finaled |
| 03 351941 ELC 00 E | 1617 TIMBERLAKE ROAD | 10/03/2003 Permit canceled and refunded 100%. | Activity (most recent first): MAIN-Warm Air/VentilationInspection: 10/01/2003: Final Web Application Review-Warm Air: 09/22/2003: Approved to Pay Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 09/13/2003 Final Date: 10/06/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $900.00 | Canceled |
| 03 331139 REM 00 B | 1617 TIMBERLAKE ROAD | | Activity (most recent first): Cancellation Process: 10/06/2003: Full Refund Building Permit Type: Residential (Multi-Fam) Remodel Issued Date: 08/11/2003 Final Date: 11/13/2003 Contractor: Socon Construction Inc State Valuation: $280,687.00 Activity (most recent first): Final Inspection: 11/07/2003: Final Structural Review: 08/05/2003: Approved Architectural (C) Review: 08/05/2003: Approved | Finaled |

044638

Warm Air/Ventilation Review: 07/23/2003: Denied

Electrical Review: 07/23/2003: Minor Permit Alert

Architectural (C) Review: 07/23/2003: Preliminary Plan Check

| 01 220378 000 00 CO | 1617 TIMBERLAKE ROAD | Certificate of Occupancy | History |

Type: Residential
Occupancy Type: PHA
Residential Units: 4
Renewal Due Date: Jul 30, 2003

Inspection Results (most recent first):
10/31/2003: Approved
1. UNIT B: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders

08/13/2003: Correction Orders

| 01 021374 000 00 CO | 1617 TIMBERLAKE ROAD | Certificate of Occupancy | History |

Type: Residential
Occupancy Type: PHA
Residential Units: 4
Renewal Due Date: Apr 22, 2001

Inspection Results (most recent first):
08/22/2001: Approved
1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1

06/25/2001: Correction Orders

044639





## The City of Saint Paul
### Minnesota • Capital City

**Map** **Info** **Main** **City Contact** **Web Contact**

### 1621 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 06 001118 000 00 RF | 1621 TIMBERLAKE ROAD | 4 plex apartment complex with fire inside of apt B on 2nd floor in bedroom. Occupant was woken by kids who said there was fire on 2nd floor. She went upstairs and found ironing board and towel on fire. She then pulled on towel that dropped to floor and then ignited bed. She informed me that her 5 year old son admitted he had started the fire with a lighte. Fire confined to ironing board and bed. Smoke damage to 2nd floor area. Fire caused by 5 year old who admitted to me he was playing with fire. Occupant has no insurance. Red Cross called. Manager taking care of board up. | Referral Type: Form 4 Entered on: 01/04/2006 | Closed |
| 05 205807 000 00 CO | 1621 TIMBERLAKE ROAD | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 4 Renewal Due Date: Oct 29, 2007 | | Pending |
| 03 386567 000 00 CO | 1621 TIMBERLAKE ROAD | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 4 Renewal Due Date: Aug 15, 2005  Inspection Results (most recent first): 11/29/2005: Approved 1. UNIT 1621 C: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2 2. UNIT 1621 D: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2 3. UNIT 1621 D: Excessive Accumulation Of Materials MN Stat 299F.18 (Abated - 2nd reinspection) - Severity 8 4. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5 | | Certified |

044640

10/27/2005: Correction Orders

| | | | | |
|---|---|---|---|---|
| 03 376818   1621<br>VEN 00 W TIMBERLAKE<br>ROAD | | | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 10/21/2003<br>Final Date: 12/15/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,000.00 | Finaled |

Activity (most recent first):
MAIN-Warm Air/VentilationInspection: 12/15/2003: Final

| | | | | |
|---|---|---|---|---|
| 03 375672   1621<br>PLB 00 PG TIMBERLAKE<br>ROAD | | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 10/20/2003<br>Final Date: 11/12/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |

Activity (most recent first):
MAIN-Plumbing Inspection: 11/10/2003: Final
10/22/2003: Approved

| | | | | |
|---|---|---|---|---|
| 03 375670   1621<br>PLB 00 PG TIMBERLAKE<br>ROAD | | | Plumbing/Gasfitting/Inside Water Piping<br>Type: Plumbing/Inside Water (All) Residential Replace<br>Issued Date: 10/20/2003<br>Final Date: 11/12/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |

Activity (most recent first):
MAIN-Plumbing Inspection: 11/10/2003: Final
10/22/2003: Approved

| | | | | |
|---|---|---|---|---|
| 03 371534   1621<br>SandC 00 E TIMBERLAKE<br>ROAD | | | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 10/09/2003<br>Final Date: 04/28/2004<br>Contractor: Ram Electric Inc<br>Estimated Value: $3,000.00 | Finaled |

Activity (most recent first):
MAIN-Electrical Inspection: 04/28/2004: Final

| | | | | |
|---|---|---|---|---|
| 03 360398   1621<br>WRM 00 W TIMBERLAKE<br>ROAD | | | Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 10/07/2003<br>Final Date: 12/15/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,800.00 | Finaled |

Activity (most recent first):
MAIN-Warm Air/VentilationInspection: 12/15/2003: Final

Web Application Review-Warm Air: 10/06/2003: Approved
to Pay

| | | | | |
|---|---|---|---|---|
| 03 360162   1621<br>GAS 00 M TIMBERLAKE<br>ROAD | 12-Oct-2005: Folder<br>closed by system due to<br>no activity in one year | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 10/02/2003<br>Final Date: 10/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,600.00 | Closed |

Activity (most recent first):
MAIN-Mechanical Inspection: 10/12/2005: Permit Closed
10/08/2003: Approved
10/08/2003: Approved

Web Application Review-Mechanical: 10/02/2003:
Approved to Pay

| | | | | |
|---|---|---|---|---|
| 03 360150   1621<br>ELC 00 E TIMBERLAKE<br>ROAD | 10/02/2003 Paid for<br>Service and should have<br>paid for Circuits.<br>Customer refunded<br>$13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 03/31/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |

| | | | | |
|---|---|---|---|---|
| 03 360149 ELC 00 E | 1621 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 03/31/2004: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 03/31/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360148 ELC 00 E | 1621 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 03/31/2004: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 04/14/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360147 ELC 00 E | 1621 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 04/13/2004: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 04/05/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 355897 PLB 00 PG | 1621 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/05/2004: Final Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Repair Issued Date: 09/22/2003 Final Date: 10/15/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Finaled |
| 03 355895 PLB 00 PG | 1621 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Plumbing Inspection: 10/14/2003: Final 09/26/2003: Approved Plumbing/Gasfitting/Inside Water Piping Type: Plumbing/Inside Water (All) Residential Repair Issued Date: 09/22/2003 Final Date: 10/14/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Finaled |
| 03 350350 SandC 00 E | 1621 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Plumbing Inspection: 10/13/2003: Final 09/26/2003: Approved Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 09/10/2003 Final Date: 11/10/2003 Contractor: Ram Electric Inc Estimated Value: $1,500.00 | Finaled |
| 03 331126 REM 00 B | 1621 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 11/10/2003: Final 10/23/2003: Approved 10/14/2003: Approved 09/26/2003: Approved Building Permit Type: Residential (Multi-Fam) Remodel Issued Date: 08/11/2003 Contractor: Socon Construction Inc State Valuation: $280,687.00 | Inspected |
| | | | Activity (most recent first): Building Permit Inspection: 11/10/2003: Inspection Done 11/07/2003: Inspection Done 10/14/2003: Inspection Done | |

044642

Warm Air/Ventilation Review: 08/04/2003: Minor Permit Alert

Electrical Review: 08/04/2003: Minor Permit Alert

Structural Review: 08/04/2003: Approved

Architectural (C) Review: 08/04/2003: Preliminary Plan Check
08/04/2003: Approved

| 01 220379   1621<br>000 00 CO TIMBERLAKE<br>ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Jul 30, 2003 | History |

Inspection Results (most recent first):
10/31/2003: Approved
1. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders

08/13/2003: Correction Orders

| 01 021520   1621<br>000 00 CO TIMBERLAKE<br>ROAD | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 4<br>Renewal Due Date: Apr 22, 2001 | History |

Inspection Results (most recent first):
08/22/2001: Approved
1. UNIT B: Misc. Equip.Repair and Maintain SPLC 34.12 (2), 34.35 (1) (Abated - 2nd reinspection) - Severity 5
2. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1

06/25/2001: Correction Orders

044643

 

## The City of Saint Paul
### Minnesota • Capital City

| Map | Info | Main | City Contact | Web Contact |

### 1628 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 222538 000 00 CO | 1628 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Nov 26, 2007 | Pending |
| 03 415821 GAS 00 M | 1628 TIMBERLAKE ROAD | 12-Oct-2005: Folder closed by system due to no activity in one year | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 12/31/2003<br>Final Date: 10/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $400.00<br><br>Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/12/2005: Permit Closed<br><br>Web Application Review-Mechanical: 12/31/2003: Approved to Pay | Closed |
| 03 386568 000 00 CO | 1628 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Aug 15, 2005<br><br>Inspection Results (most recent first):<br>12/23/2005: Approved<br>1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5<br><br>11/23/2005: Correction Orders | Certified |
| 03 360109 ELC 00 E | 1628 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 10/14/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 10/14/2003: Final | Finaled |
| 03 360107 ELC 00 E | 1628 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 10/14/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 10/14/2003: Final | Finaled |

044644

| | | | | |
|---|---|---|---|---|
| 03 360104 ELC 00 E | 1628 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/14/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| | | | Activity (most recent first): MAIN-Electrical Inspection: 10/14/2003: Final | |
| 03 360102 ELC 00 E | 1628 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/16/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| | | | Activity (most recent first): MAIN-Electrical Inspection: 10/16/2003: Final | |
| 03 353831 GAS 00 M | 1628 TIMBERLAKE ROAD | | Mechanical Permit Type: Gas Residential Replace Issued Date: 09/18/2003 Final Date: 03/02/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $4,500.00 | Finaled |
| | | | Activity (most recent first): MAIN-Mechanical Inspection: 03/01/2004: Final 09/24/2003: Corrections Required | |
| | | | Web Application Review-Mechanical: 09/18/2003: Approved to Pay | |
| 03 353821 WRM 00 W | 1628 TIMBERLAKE ROAD | | Warm Air, Ventilation and General Sheet Type: Warm Air Only Residential Replace Issued Date: 09/23/2003 Final Date: 06/20/2005 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Finaled |
| | | | Activity (most recent first): MAIN-Warm Air/VentilationInspection: 06/20/2005: Final | |
| | | | Web Application Review-Warm Air: 09/22/2003: Approved to Pay | |
| 03 351938 ELC 00 E | 1628 TIMBERLAKE ROAD | 10/03/2003 Permit canceled and refunded 100%. | Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 09/13/2003 Final Date: 10/06/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $1,500.00 | Canceled |
| | | | Activity (most recent first): Cancellation Process: 10/06/2003: Full Refund | |
| 03 252839 WUT 00 WU | 1628 TIMBERLAKE ROAD | | Water Utility Type: Water Utility Residential Remodel Issued Date: 02/03/2003 Final Date: 03/04/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $1,000.00 | Finaled |
| | | | Activity (most recent first): MAIN-Water Utility Inspection: 03/03/2003: Final | |
| 03 252838 PLB 00 PL | 1628 TIMBERLAKE ROAD | | Plumbing and Gas Fitting Type: Plumbing (ALL) Residential Repair/Alter Issued Date: 02/03/2003 Final Date: 03/04/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $4,000.00 | Finaled |
| | | | Activity (most recent first): MAIN-Plumbing Inspection: 03/03/2003: Final 02/12/2003: Approved | |
| 03 252837 | 1628 | | Water Utility | Finaled |

044645

| | | | |
|---|---|---|---|
| WUT 00 WU | TIMBERLAKE ROAD | | Type: Water Utility Residential Remodel<br>Issued Date: 02/03/2003<br>Final Date: 03/04/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | |
| 03 252835<br>PLB 00 PL | 1628<br>TIMBERLAKE ROAD | | Activity (most recent first):<br>MAIN-Water Utility Inspection: 03/03/2003: Final<br>Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 02/03/2003<br>Final Date: 03/04/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| 03 252832<br>WUT 00 WU | 1628<br>TIMBERLAKE ROAD | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 03/03/2003: Final<br>02/12/2003: Approved<br>Water Utility<br>Type: Water Utility Residential Remodel<br>Issued Date: 02/03/2003<br>Final Date: 03/04/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 03 252830<br>PLB 00 PL | 1628<br>TIMBERLAKE ROAD | | Activity (most recent first):<br>MAIN-Water Utility Inspection: 03/03/2003: Final<br>Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 02/03/2003<br>Final Date: 03/04/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| 03 252829<br>WUT 00 WU | 1628<br>TIMBERLAKE ROAD | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 03/03/2003: Final<br>02/13/2003: Approved<br>Water Utility<br>Type: Water Utility Residential Remodel<br>Issued Date: 02/03/2003<br>Final Date: 03/04/2003<br>Contractor: Erickson Plbg/Htg/Cooling, inc<br>Estimated Value: $1,000.00 | Finaled |
| 03 252828<br>PLB 00 PL | 1628<br>TIMBERLAKE ROAD | | Activity (most recent first):<br>MAIN-Water Utility Inspection: 03/03/2003: Final<br>Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 02/03/2003<br>Final Date: 03/04/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $6,000.00 | Finaled |
| 03 252825<br>VEN 00 W | 1628<br>TIMBERLAKE ROAD | 08-Apr-2004; folder closed by system - no activity in one year. | Activity (most recent first):<br>MAIN-Plumbing Inspection: 03/03/2003: Final<br>02/13/2003: Approved<br>Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Replace<br>Issued Date: 02/03/2003<br>Final Date: 04/08/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Closed |
| 03 248114<br>WUT 00 WU | 1628<br>TIMBERLAKE ROAD | | Water Utility<br>Type: Water Utility Residential Remodel<br>Issued Date: 01/07/2003<br>Final Date: 02/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| 03 248113 | 1628 | | Activity (most recent first):<br>MAIN-Water Utility Inspection: 02/03/2003: Final<br>Plumbing and Gas Fitting | Finaled |

044646

| | | | |
|---|---|---|---|
| PLB 00 PL | TIMBERLAKE ROAD | Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 01/07/2003<br>Final Date: 02/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/03/2003: Final<br>01/21/2003: Advised | |
| 03 248111<br>WUT 00 WU | 1628<br>TIMBERLAKE ROAD | Water Utility<br>Type: Water Utility Residential Remodel<br>Issued Date: 01/07/2003<br>Final Date: 02/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Water Utility Inspection: 02/03/2003: Final | |
| 03 248108<br>PLB 00 PL | 1628<br>TIMBERLAKE ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 01/07/2003<br>Final Date: 02/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 02/03/2003: Final<br>01/02/2002: Approved | |
| 03 248107<br>VEN 00 W | 1628<br>TIMBERLAKE ROAD | Warm Air, Ventilation and General Sheet<br>Type: Ventilation Only Residential Repair/Alter<br>Issued Date: 01/07/2003<br>Final Date: 02/07/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 02/06/2003: Final<br>02/05/2003: Advised | |
| 02 244444<br>SandC 00 E | 1628<br>TIMBERLAKE ROAD | Electrical Permit<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 12/10/2002<br>Final Date: 03/04/2003<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,200.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Electrical Inspection: 03/04/2003: Advised<br>03/04/2003: Final<br>02/14/2003: Advised<br>02/13/2003: Approved<br>02/06/2003: Approved<br>01/17/2003: Approved | |
| 02 228033<br>REM 00 B | 1628<br>TIMBERLAKE ROAD | Building Permit<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 11/25/2002<br>Final Date: 03/07/2005<br>Contractor: Socon Construction Inc<br>State Valuation: $379,700.00 | Finaled |
| | | Activity (most recent first):<br>Final Inspection: 03/03/2005: Final<br>07/15/2003: Verbal Order<br>07/11/2003: Verbal Order<br>07/10/2003: Verbal Order<br>03/04/2003: Verbal Order<br>02/06/2003: Verbal Order<br><br>Warm Air/Ventilation Review: 11/18/2002: Minor Permit Alert<br><br>Electrical Review: 11/18/2002: Minor Permit Alert | |

Structural Review: 11/18/2002: Approved

Architectural (C) Review: 11/18/2002: Approved
10/30/2002: Preliminary Plan Check

| 02 004856<br>PED 00 XS | MARTA<br>BASURTO -<br>1628<br>TIMBERLAKE<br>ROAD APT A | ECLIPS License#<br>20020004856 | ECLIPS License - Miscellaneous<br>Type: Peddler<br>Entered on: 09/27/2002 | Canceled |
|---|---|---|---|---|

| 01 220380<br>000 00 CO | 1628<br>TIMBERLAKE<br>ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Jul 30, 2003 | History |

Inspection Results (most recent first):
10/31/2003: Approved
1. UNIT C: Heating Equipment Maintenance SPLC 34.11
(6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT F: Heating Equipment Maintenance SPLC 34.11
(6), 34.34 (Abated - 3rd reinspection) - Severity 5
3. UNIT G: Heating Equipment Maintenance SPLC 34.11
(6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders

08/13/2003: Correction Orders

| 01 023090<br>000 00 CO | 1628<br>TIMBERLAKE<br>ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Apr 22, 2001 | History |

Inspection Results (most recent first):
08/22/2001: Approved
1. UNIT F: Ext. Door SPLC 34.09 (3), 34.32 (3) (Abated -
2nd reinspection) - Severity 3
2. Heating Equipment Maintenance SPLC 34.11 (6), 34.34
(Abated - 2nd reinspection) - Severity 1

06/25/2001: Correction Orders

| 00 149682<br>EXP 00 B | 1628<br>TIMBERLAKE<br>ROAD | Reshingle<br>(w/TearOff). | Building Permit<br>Type: Residential (Multi-Fam) Express Repair<br>Issued Date: 11/14/2000<br>Final Date: 05/31/2001<br>Contractor: Twin City Roofing Constr Specialists Inc<br>State Valuation: $9,167.00 | Closed |

Activity (most recent first):
Final Inspection: 05/30/2001: Permit Closed

044648

 The City of Saint Paul
Minnesota's Capital City



**Map**   **Info**   **Main**   **City Contact**   **Web Contact**

1636 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | HPC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 222539 000 00 CO | 1636 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 6 Renewal Due Date: Oct 18, 2007 | Pending |
| 03 415822 GAS 00 M | 1636 TIMBERLAKE ROAD | | Mechanical Permit Type: Gas Residential Replace Issued Date: 12/31/2003 Final Date: 03/02/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $400.00 | Finaled |
| | | | Activity (most recent first): MAIN-Mechanical Inspection: 03/01/2004: Final | |
| | | | Web Application Review-Mechanical: 12/31/2003: Approved to Pay | |
| 03 386570 000 00 CO | 1636 TIMBERLAKE ROAD | | Certificate of Occupancy Type: Residential Occupancy Type: PHA Residential Units: 6 Renewal Due Date: Aug 15, 2005 | Certified |
| | | | Inspection Results (most recent first): 12/23/2005: Approved 1. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5 | |
| | | | 11/18/2005: Correction Orders 1. 1636 A: Discontinue Use of Multi-Plug Adapters MSFC 605.4 (Abated - 2nd reinspection) - Severity 2 2. 1636 A: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2 3. 1636 D: Discontinue Use of Multi-Plug Adapters MSFC 605.4 (Abated - 2nd reinspection) - Severity 2 4. 1636F: Provide GFCI SPLC 34.14 (2) c (Abated - 2nd reinspection) - Severity 5 5. 166 E : Discontinue Use of Multi-Plug Adapters MSFC 605.4 (Abated - 2nd reinspection) - Severity 2 | |
| | | | 10/18/2005: Correction Orders | |
| 03 360138 ELC 00 E | 1636 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |

044649

| | | | | |
|---|---|---|---|---|
| 03 360137 ELC 00 E | 1636 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360136 ELC 00 E | 1636 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360135 ELC 00 E | 1636 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360134 ELC 00 E | 1636 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/01/2003 Final Date: 10/09/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360133 ELC 00 E | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 10/09/2003: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/02/2003 Final Date: 04/05/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360132 ELC 00 E | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/05/2004: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/03/2003 Final Date: 04/05/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360129 ELC 00 E | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/05/2004: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/03/2003 Final Date: 04/05/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |
| 03 360127 ELC 00 E | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/05/2004: Final Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 10/03/2003 Final Date: 04/05/2004 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $300.00 | Finaled |

044650

| | | | | |
|---|---|---|---|---|
| 03 353833 GAS 00 M | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 04/05/2004: Final Mechanical Permit Type: Gas Residential Replace Issued Date: 09/18/2003 Final Date: 10/17/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $4,500.00 | Finaled |
| 03 353822 WRM 00 W | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Mechanical Inspection: 10/16/2003: Final 09/24/2003: Corrections Required Web Application Review-Mechanical: 09/18/2003: Approved to Pay Warm Air, Ventilation and General Sheet Type: Warm Air Only Residential Replace Issued Date: 09/23/2003 Final Date: 12/15/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Finaled |
| 03 351939 ELC 00 E | 1636 TIMBERLAKE ROAD | 10/03/2003 Permit canceled and refunded 100%. | Activity (most recent first): MAIN-Warm Air/VentilationInspection: 12/15/2003: Final Web Application Review-Warm Air: 09/22/2003: Approved to Pay Electrical Permit Type: Electrical Residential Repair/Alter Issued Date: 09/13/2003 Final Date: 10/06/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $1,500.00 | Canceled |
| 03 251069 SandC 00 E | 1636 TIMBERLAKE ROAD | | Activity (most recent first): Cancellation Process: 10/06/2003: Full Refund Electrical Permit Type: Service and Circuits Residential Repair/Alter Issued Date: 01/23/2003 Final Date: 07/22/2003 Contractor: Ram Electric Inc Estimated Value: $1,200.00 | Finaled |
| 03 248121 WUT 00 WU | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Electrical Inspection: 07/22/2003: Final 02/06/2003: Approved Water Utility Type: Water Utility Residential Remodel Issued Date: 01/07/2003 Final Date: 02/06/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $1,000.00 | Finaled |
| 03 248120 PLB 00 PL | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Water Utility Inspection: 02/03/2003: Final Plumbing and Gas Fitting Type: Plumbing (ALL) Residential Repair/Alter Issued Date: 01/07/2003 Final Date: 02/06/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $3,500.00 | Finaled |
| 03 248119 VEN 00 W | 1636 TIMBERLAKE ROAD | | Activity (most recent first): MAIN-Plumbing Inspection: 02/03/2003: Final 01/16/2003: Approved Warm Air, Ventilation and General Sheet Type: Ventilation Only Residential Repair/Alter Issued Date: 01/07/2003 Final Date: 07/08/2003 Contractor: Erickson Plbg/Htg/Cooling, Inc Estimated Value: $2,000.00 | Finaled |

044651

Activity (most recent first):
MAIN-Warm Air/VentilationInspection: 07/03/2003: Final
07/03/2003: Final
02/06/2003: Advised
02/05/2003: Advised

| 03 248117 | 1636 | Plumbing and Gas Fitting | Finaled |
| PLB 00 PL | TIMBERLAKE ROAD | Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 01/07/2003<br>Final Date: 02/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | |

Activity (most recent first):
MAIN-Plumbing Inspection: 02/03/2003: Final
01/16/2003: Advised

| 03 248116 | 1636 | Water Utility | Finaled |
| WUT 00 WU | TIMBERLAKE ROAD | Type: Water Utility Residential Remodel<br>Issued Date: 01/07/2003<br>Final Date: 02/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | |

Activity (most recent first):
MAIN-Water Utility Inspection: 02/05/2003: Final

| 02 244520 | 1636 | Warm Air, Ventilation and General Sheet | Finaled |
| VEN 00 W | TIMBERLAKE ROAD | Type: Ventilation Only Residential Replace<br>Issued Date: 12/12/2002<br>Final Date: 01/09/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | |

Activity (most recent first):
MAIN-Warm Air/VentilationInspection: 01/08/2003: Final
01/07/2003: Advised

Web Application Review-Warm Air: 12/11/2002: Approved
to Pay
12/11/2002: Approved to Pay

| 02 244066 | 1636 | Electrical Permit | Finaled |
| SandC 00 E | TIMBERLAKE ROAD | Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 12/09/2002<br>Final Date: 07/22/2003<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,200.00 | |

Activity (most recent first):
MAIN-Electrical Inspection: 07/22/2003: Final
02/07/2003: Approved
01/17/2003: Approved

| 02 243037 | 1636 | Water Utility | Finaled |
| WUT 00 WU | TIMBERLAKE ROAD | Type: Water Utility Residential Remodel<br>Issued Date: 12/06/2002<br>Final Date: 01/09/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | |

Activity (most recent first):
MAIN-Water Utility Inspection: 01/08/2003: Final

| 02 243036 | 1636 | Plumbing and Gas Fitting | Finaled |
| PLB 00 PL | TIMBERLAKE ROAD | Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 12/06/2002<br>Final Date: 01/09/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $3,500.00 | |

Activity (most recent first):
MAIN-Plumbing Inspection: 01/08/2003: Final
12/13/2002: Approved

| 02 243035 | 1636 | Plumbing and Gas Fitting | Finaled |
| PLB 00 PL | TIMBERLAKE ROAD | Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 12/06/2002 | |

044652

Final Date: 01/09/2003
Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $3,500.00

Activity (most recent first):
MAIN-Plumbing Inspection: 01/08/2003: Final
12/13/2002: Approved

| 02 243034 | 1636 | Water Utility | Finaled |
| WUT 00 WU | TIMBERLAKE | Type: Water Utility Residential Remodel | |
| | ROAD | Issued Date: 12/06/2002 | |

Final Date: 01/09/2003
Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $1,000.00

Activity (most recent first):
MAIN-Water Utility Inspection: 01/08/2003: Final

| 02 243033 | 1636 | Water Utility | Finaled |
| WUT 00 WU | TIMBERLAKE | Type: Water Utility Residential Remodel | |
| | ROAD | Issued Date: 12/06/2002 | |

Final Date: 01/08/2003
Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $1,000.00

Activity (most recent first):
MAIN-Water Utility Inspection: 01/07/2003: Final

| 02 243032 | 1636 | Plumbing and Gas Fitting | Finaled |
| PLB 00 PL | TIMBERLAKE | Type: Plumbing (ALL) Residential Repair/Alter | |
| | ROAD | Issued Date: 12/06/2002 | |

Final Date: 01/08/2003
Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $3,500.00

Activity (most recent first):
MAIN-Plumbing Inspection: 01/07/2003: Final
12/16/2002: Approved

| 02 243030 | 1636 | Water Utility | Finaled |
| WUT 00 WU | TIMBERLAKE | Type: Water Utility Residential Remodel | |
| | ROAD | Issued Date: 12/06/2002 | |

Final Date: 01/08/2003
Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $1,000.00

Activity (most recent first):
MAIN-Water Utility Inspection: 01/07/2003: Final

| 02 243027 | 1636 | Plumbing and Gas Fitting | Finaled |
| PLB 00 PL | TIMBERLAKE | Type: Plumbing (ALL) Residential Repair/Alter | |
| | ROAD | Issued Date: 12/06/2002 | |

Final Date: 01/08/2003
Contractor: Erickson Plbg/Htg/Cooling, Inc
Estimated Value: $3,500.00

Activity (most recent first):
MAIN-Plumbing Inspection: 01/07/2003: Final
12/16/2002: Approved
12/06/2002: Preliminary

| 02 228036 | 1636 | Building Permit | Finaled |
| REM 00 B | TIMBERLAKE | Type: Residential (Multi-Fam) Remodel | |
| | ROAD | Issued Date: 11/25/2002 | |

Final Date: 03/07/2005
Contractor: Secon Construction Inc
State Valuation: $379,700.00

Activity (most recent first):
Final Inspection: 03/03/2005: Final
02/06/2003: Verbal Order

General/Repeat Inspection: 01/08/2003: Partial Approval

Framing Inspection: 12/11/2002: Approved

Warm Air/Ventilation Review: 11/18/2002: Minor Permit
Alert

044653

Architectural (C) Review: 11/18/2002: Approved

Electrical Review: 10/06/2002: Minor Permit Alert

Architectural (C) Review: 10/06/2002: Preliminary Plan Check

01 220381    1636    **Certificate of Occupancy**    History
000 00 CO  TIMBERLAKE    Type: Residential
           ROAD    Occupancy Type: PHA
                 Residential Units: 6
                 Renewal Due Date: Jul 30, 2003

Inspection Results (most recent first):
10/31/2003: Approved
1. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
2. UNIT C: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5
3. UNIT D: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5

09/17/2003: Correction Orders

08/13/2003: Correction Orders

01 023206    1636    **Certificate of Occupancy**    History
000 00 CO  TIMBERLAKE    Type: Residential
           ROAD    Occupancy Type: PHA
                 Residential Units: 6
                 Renewal Due Date: Apr 22, 2001

Inspection Results (most recent first):
08/22/2001: Approved
1. UNIT A: Repair Interior Walls SPLC 34.10 (7), 34.33 (6) (Abated - 2nd reinspection) - Severity 4
2. Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 1

06/25/2001: Correction Orders

00 149690    1636    Reshingle(w/TearOff).  **Building Permit**    Finaled
EXP 00 B  TIMBERLAKE    Type: Residential (Multi-Fam) Express Repair
           ROAD    Issued Date: 11/14/2000
                 Final Date: 05/31/2001
                 Contractor: Twin City Roofing Constr Specialists Inc
                 State Valuation: $9,167.00

Activity (most recent first):
Final Inspection: 05/30/2001: Final

044654



*The City of Saint Paul*
Minnesota's Capital City



| Map | Info | Main | City Contact | Web Contact |

## 1604 TIMBERLAKE ROAD --- Property Information ---

| Pin Number | Zoning/Use | NFC District |
|---|---|---|
| 192922130006 | R-Townhouse(R-1) | |

### Information disclaimer...

**Data Disclaimer:-**
The City of Saint Paul and its officials, officers, employees or agents does not warrant the accuracy, reliability or timeliness of any information published by this system, and shall not be held liable for any losses caused by reliance on the accuracy, reliability or timeliness of such information. Portions of such information may be incorrect or not current. Any person or entity that relies on any information obtained from this system does so at his or her own risk.

### List of Activity...

| Number | Address | Description | Details | Status |
|---|---|---|---|---|
| 05 206095 000 00 CO | 1604 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Oct 22, 2007 | Pending |
| 03 386566 000 00 CO | 1604 TIMBERLAKE ROAD | | Certificate of Occupancy<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Aug 12, 2005<br><br>Inspection Results (most recent first):<br>11/30/2005: Approved<br>1. 1604 A: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>2. 1604 A: Overcrowding Sleeping Unit SPLC 34.13, (3), SPLC 34.17 (2) (Abated - 2nd reinspection) - Severity 7<br>3. 1604C: Discontinue Use of Extension Cords MSFC 605.5 (Abated - 2nd reinspection) - Severity 2<br>4. 1604G: Exit Obstruction MSFC 1011.2 (Abated - 2nd reinspection) - Severity 4<br>5. ALL UNITS: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 2nd reinspection) - Severity 5<br><br>10/20/2005: Correction Orders | Certified |
| 03 360068 ELC 00 E | 1604 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 01/30/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 01/29/2004: Final | Finaled |
| 03 360057 ELC 00 E | 1604 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded $13.00. CAG | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 01/30/2004<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 01/29/2004: Final | Finaled |
| 03 360014 ELC 00 E | 1604 TIMBERLAKE ROAD | 10/02/2003 Paid for Service and should have paid for Circuits. Customer refunded | Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 10/01/2003<br>Final Date: 01/30/2004 | Finaled |

044655

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | $13.00. CAG | Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 |
|  |  |  |  | Activity (most recent first):<br>MAIN-Electrical Inspection: 01/29/2004: Final |
| 03 353828<br>GAS 00 M | 1604<br>TIMBERLAKE<br>ROAD | 12-Oct-2005: Folder<br>closed by system due<br>to no activity in one<br>year | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 09/18/2003<br>Final Date: 10/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,700.00 | Closed |
|  |  |  | Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/12/2005: Permit Closed |  |
| 03 353108<br>WRM 00 W | 1604<br>TIMBERLAKE<br>ROAD |  | Web Application Review-Mechanical: 09/18/2003:<br>Approved to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 09/17/2003<br>Final Date: 10/16/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,100.00 | Finaled |
|  |  |  | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 10/16/2003: Final |  |
| 03 351932<br>ELC 00 E | 1604<br>TIMBERLAKE<br>ROAD | 10/03/2003 Permit<br>canceled and refunded<br>100%. | Web Application Review-Warm Air: 09/17/2003: Approved<br>to Pay<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 09/13/2003<br>Final Date: 10/06/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $900.00 | Canceled |
|  |  |  | Activity (most recent first):<br>Cancellation Process: 10/06/2003: Full Refund |  |
| 03 350746<br>GAS 00 M | 1604<br>TIMBERLAKE<br>ROAD | 12-Oct-2005: Folder<br>closed by system due<br>to no activity in one<br>year | Mechanical Permit<br>Type: Gas Residential Replace<br>Issued Date: 09/11/2003<br>Final Date: 10/12/2005<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,700.00 | Closed |
|  |  |  | Activity (most recent first):<br>MAIN-Mechanical Inspection: 10/12/2005: Permit Closed |  |
| 03 350739<br>WRM 00 W | 1604<br>TIMBERLAKE<br>ROAD |  | Web Application Review-Mechanical: 09/11/2003:<br>Approved to Pay<br>Warm Air, Ventilation and General Sheet<br>Type: Warm Air Only Residential Replace<br>Issued Date: 09/11/2003<br>Final Date: 12/15/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $2,100.00 | Finaled |
|  |  |  | Activity (most recent first):<br>MAIN-Warm Air/VentilationInspection: 12/15/2003: Final<br>10/16/2003: Advised |  |
| 03 350041<br>ELC 00 E | 1604<br>TIMBERLAKE<br>ROAD |  | Web Application Review-Warm Air: 09/11/2003: Approved<br>to Pay<br>Electrical Permit<br>Type: Electrical Residential Repair/Alter<br>Issued Date: 09/10/2003<br>Final Date: 11/03/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $300.00 | Finaled |
|  |  |  | Activity (most recent first):<br>MAIN-Electrical Inspection: 10/30/2003: Final |  |

044656

03 350040        1604              **Electrical Permit**                                              **Finaled**
ELC 00 E    TIMBERLAKE        Type: Electrical Residential Repair/Alter
               ROAD              Issued Date: 09/10/2003
                                 Final Date: 11/03/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $300.00

                                 Activity (most recent first):
                                 MAIN-Electrical Inspection: 10/30/2003: Final

03 349740        1604              **Electrical Permit**                                              **Finaled**
ELC 00 E    TIMBERLAKE        Type: Electrical Residential Repair/Alter
               ROAD              Issued Date: 09/10/2003
                                 Final Date: 04/23/2004
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $300.00

                                 Activity (most recent first):
                                 MAIN-Electrical Inspection: 04/23/2004: Final

03 275619        1604              **Warm Air, Ventilation and General Sheet**                        **Finaled**
VEN 00 W    TIMBERLAKE        Type: Ventilation Only Residential Replace
               ROAD              Issued Date: 04/02/2003
                                 Final Date: 10/16/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $7,000.00

                                 Activity (most recent first):
                                 MAIN-Warm Air/VentilationInspection: 10/15/2003: Final

03 275558        1604              **Water Utility**                                                  **Finaled**
WUT 00 WU   TIMBERLAKE        Type: Water Utility Residential Remodel
               ROAD              Issued Date: 04/02/2003
                                 Final Date: 04/28/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $1,500.00

                                 Activity (most recent first):
                                 MAIN-Water Utility Inspection: 04/25/2003: Final

03 275557        1604              **Water Utility**                                                  **Finaled**
WUT 00 WU   TIMBERLAKE        Type: Water Utility Residential Remodel
               ROAD              Issued Date: 04/02/2003
                                 Final Date: 04/24/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $1,500.00

                                 Activity (most recent first):
                                 MAIN-Water Utility Inspection: 04/23/2003: Final

03 275556        1604              **Water Utility**                                                  **Finaled**
WUT 00 WU   TIMBERLAKE        Type: Water Utility Residential Remodel
               ROAD              Issued Date: 04/02/2003
                                 Final Date: 04/28/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $1,000.00

                                 Activity (most recent first):
                                 MAIN-Water Utility Inspection: 04/25/2003: Final

03 275555        1604              **Water Utility**                                                  **Finaled**
WUT 00 WU   TIMBERLAKE        Type: Water Utility Residential Remodel
               ROAD              Issued Date: 04/02/2003
                                 Final Date: 04/24/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $1,000.00

                                 Activity (most recent first):
                                 MAIN-Water Utility Inspection: 04/23/2003: Final

03 275554        1604              **Water Utility**                                                  **Finaled**
WUT 00 WU   TIMBERLAKE        Type: Water Utility Residential Remodel
               ROAD              Issued Date: 04/02/2003
                                 Final Date: 04/28/2003
                                 Contractor: Erickson Plbg/Htg/Cooling, Inc
                                 Estimated Value: $1,000.00

                                 Activity (most recent first):
                                 MAIN-Water Utility Inspection: 04/25/2003: Final

044657

| 03 275553<br>WUT 00 WU | 1604<br>TIMBERLAKE<br>ROAD | Water Utility<br>Type: Water Utility Residential Remodel<br>Issued Date: 04/02/2003<br>Final Date: 04/24/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $1,000.00 | Finaled |
|---|---|---|---|
| | | Activity (most recent first):<br>MAIN-Water Utility Inspection: 04/23/2003: Final | |
| 03 275552<br>PLB 00 PL | 1604<br>TIMBERLAKE<br>ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 04/02/2003<br>Final Date: 04/24/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/23/2003: Final<br>04/03/2003: Approved | |
| 03 275551<br>PLB 00 PL | 1604<br>TIMBERLAKE<br>ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 04/02/2003<br>Final Date: 04/28/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/25/2003: Final<br>04/24/2003: Corrections Required<br>04/03/2003: Approved | |
| 03 275550<br>PLB 00 PL | 1604<br>TIMBERLAKE<br>ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 04/02/2003<br>Final Date: 04/24/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/23/2003: Final<br>04/03/2003: Approved | |
| 03 275549<br>PLB 00 PL | 1604<br>TIMBERLAKE<br>ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 04/02/2003<br>Final Date: 04/28/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $4,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/25/2003: Final<br>04/24/2003: Corrections Required<br>04/08/2003: Approved | |
| 03 275548<br>PLB 00 PL | 1604<br>TIMBERLAKE<br>ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 04/02/2003<br>Final Date: 04/28/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $6,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/25/2003: Final<br>04/24/2003: Corrections Required<br>04/03/2003: Approved | |
| 03 275547<br>PLB 00 PL | 1604<br>TIMBERLAKE<br>ROAD | Plumbing and Gas Fitting<br>Type: Plumbing (ALL) Residential Repair/Alter<br>Issued Date: 04/02/2003<br>Final Date: 04/24/2003<br>Contractor: Erickson Plbg/Htg/Cooling, Inc<br>Estimated Value: $6,000.00 | Finaled |
| | | Activity (most recent first):<br>MAIN-Plumbing Inspection: 04/23/2003: Final<br>04/08/2003: Approved | |

044658

| 03 267770<br>SandC 00 E | 1604<br>TIMBERLAKE<br>ROAD | **Electrical Permit**<br>Type: Service and Circuits Residential Repair/Alter<br>Issued Date: 03/17/2003<br>Final Date: 04/24/2003<br>Contractor: Ram Electric Inc<br>Estimated Value: $1,200.00<br><br>Activity (most recent first):<br>MAIN-Electrical Inspection: 04/24/2003: Final<br>04/22/2003: Approved<br>04/09/2003: Approved<br>04/04/2003: Approved | Finaled |
| 02 228025<br>REM 00 B | 1604<br>TIMBERLAKE<br>ROAD | **Building Permit**<br>Type: Residential (Multi-Fam) Remodel<br>Issued Date: 11/25/2002<br>Final Date: 02/25/2004<br>Contractor: Socon Construction Inc<br>State Valuation: $379,700.00<br><br>Activity (most recent first):<br>Final Inspection: 02/24/2004: Permit Closed<br><br>Preliminary Inspection: 04/09/2003: Approved<br><br>Warm Air/Ventilation Review: 11/19/2002: Minor Permit Alert<br><br>Electrical Review: 11/19/2002: Minor Permit Alert<br><br>Structural Review: 11/19/2002: Approved<br><br>Architectural (C) Review: 11/19/2002: Preliminary Plan Check<br>11/19/2002: Approved | Closed |
| 01 226240<br>000 00 CO | 1604<br>TIMBERLAKE<br>ROAD | **Certificate of Occupancy**<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Jul 30, 2003<br><br>Inspection Results (most recent first):<br>10/31/2003: Approved<br>1. UNIT A: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>2. UNIT B: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br>3. UNIT G: Heating Equipment Maintenance SPLC 34.11 (6), 34.34 (Abated - 3rd reinspection) - Severity 5<br><br>09/17/2003: Correction Orders<br><br>08/12/2003: Correction Orders | History |
| 01 020505<br>000 00 CO | 1604<br>TIMBERLAKE<br>ROAD | **Certificate of Occupancy**<br>Type: Residential<br>Occupancy Type: PHA<br>Residential Units: 6<br>Renewal Due Date: Apr 22, 2001<br><br>Inspection Results (most recent first):<br>09/27/2001: Approved<br>1. UNIT A: Ext. Door Frame SPLC 34.09 (3), 34.32 (3) (Abated - 2nd reinspection) - Severity 3<br>2. UNIT A: Misc. Equip.Repair and Maintain SPLC 34.12 (2), 34.35 (1) (Abated - 4th reinspection) - Severity 5<br><br>09/11/2001: Correction Orders<br>1. UNIT A: Misc. Equip. Repair and Maintain SPLC 34.12 (2), 34.35 (1) (Abated - 2nd reinspection) - Severity 5<br><br>08/22/2001: Correction Orders<br>1. UNIT A: Unsafe Interior Stairway SPLC 34.10 (3), 34.33 | History |

044659

(Abated - 2nd reinspection) - Severity 7
2. UNIT A: Repair Interior Walls SPLC 34.10 (7), 34.33 (6)
(Abated - 2nd reinspection) - Severity 4
3. Heating Equipment Maintenance SPLC 34.11 (6), 34.34
(Abated - 2nd reinspection) - Severity 1

**06/25/2001: Correction Orders**

Move Top

044660